UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F04-0026--CV (RRB)
"DON M. KUBANYI ET AL V GOLDEN VALLEY ET AL"

Including terminated parties, excluding terminated counsel

```
      Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
                Filed: 10/04/04
               Closed: NO

         Jurisdiction: (3) Federal Question (US Govt not a Party)
         PLF Diversity:
         DEF Diversity:

       Nature of Suit: (290) Other real property actions
                       42 USC 1983
               Origin: (1) Original Proceeding
               Demand:
           Filing fee: Paid $150.00 on 10/04/04 receipt # 40100999
             Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | KUBANYI, DON M. | Michael J. Walleri<br>330 Wendell Street, Suite E<br>Fairbanks, AK 99701<br>907-452-4716<br>FAX 907-452-4725 |
| PLF 2.1 | KUBANYI, JIMMY | Michael J. Walleri<br>(see above) |
| PLF 3.1 | WELTON, AILEEN | Michael J. Walleri<br>(see above) |
| PLF 4.1 | TUZROYLUK, ELIZABETH | Michael J. Walleri<br>(see above) |
| PLF 5.1 | KUBANYI, DORIS | Michael J. Walleri<br>(see above) |
| PLF 6.1 | KUBANYI, VICTOR | Michael J. Walleri<br>(see above) |
| PLF 7.1 | KUBANYI, BOBBY | Michael J. Walleri<br>(see above) |
| PLF 8.1 | KUBANYI, ARLETTE | Michael J. Walleri<br>(see above) |
| PLF 9.1 | BAGGETT, BRIAN | Michael J. Walleri<br>(see above) |
| DEF 1.1 | GOLDEN VALLEY ELECTRIC ASSOC | Cory R. Borgeson<br>Borgeson & Burns<br>100 Cushman Street, Suite 311<br>Fairbanks, AK 99701<br>907-452-1666<br>FAX 907-456-5055 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE F04-0026--CV (RRB)
"DON M. KUBANYI ET AL V GOLDEN VALLEY ET AL"

Including terminated parties, excluding terminated counsel

Parties of Record:                                    Counsel of Record:

| | | |
|---|---|---|
| DEF 2.1 | CRUZ, DAVE | Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501<br>907-276-5727<br>FAX 907-276-2953 |
| DEF 3.1 | BLACK & VECH CORP | Eric P. Gillett<br>Preg O'Donnell et al<br>1800 9th Avenue, Suite 1500<br>Seattle, WA 98101-1340<br>206-287-1775<br>FAX 206-287-9113 |
| DEF 4.1 | COVEY, JAKE | Venable Vermont Jr<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5190<br>FAX 907-258-0760 |
| DEF 5.1 | NELSON, PATRICK | Venable Vermont Jr<br>(see above) |
| DEF 6.1 | [T] ALASKA, STATE OF | No counsel found for this party! |
| 3PP 1.1 | CRUZ CONSTRUCTION, INC | Daniel T. Quinn<br>(see above) |
| 3PP 2.1 | CRUZ, DAVE | Daniel T. Quinn<br>(see above) |
| 3DF 1.1 | [T] GLOBAL POWER AND COMMUNICATIONS, LLC | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F04-0026--CV (RRB)
"DON M. KUBANYI ET AL V GOLDEN VALLEY ET AL"

For all filing dates

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 10/04/04
           Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (290) Other real property actions
                  42 USC 1983
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $150.00 on 10/04/04 receipt # 40100999
        Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/04/04 | Complaint filed; Summons issued. |
| 2 - 1 | 12/30/04 | RRB Minute Order plf is required to take action as to failure to serve so as to comply with Rule 4(m), FRCP.  cc: cnsl |
| 3 - 1 | 01/03/05 | Return of summons executed on 12/21/04 by certified mail on Trooper Jack Covey Alaska State Troopers. cc; Judge Beistline |
| 4 - 1 | 01/03/05 | Return of summons executed on 12/21/04 by certified mail to State of Alaska Office of Attorney General. cc; Judge Beistline |
| 5 - 1 | 01/03/05 | Return of summons executed on 12/21/04 by certified mail to Golden Valley Electric Assoc. cc; Judge Beistline |
| 6 - 1 | 01/03/05 | Return of summons executed on 12/27/04 by certified mail to Cruz Construction. cc; Judge Beistline |
| 7 - 1 | 01/03/05 | Return of summons executed on 12/27/04 by certified mail to Mr David Cruz. cc; Judge Beistline |
| 8 - 1 | 01/05/05 | Return of summons executed on 12/29/04 by certified mail to Black and Veatch Corp. cc; Judge Beistline |
| 9 - 1 | 01/07/05 | DEF 2 Attorney Appearance of Atkinson, Conway and Gagnon for defendant Dave Cruz dba Cruz Construction. |
| 10 - 1 | 01/10/05 | Return of summons executed on 12/23/04 by certified mail on Trooper Patrick Nelson Alaska State troopers. cc: Judge Beistline |
| 11 - 1 | 01/10/05 | DEF 4-6 Attorney Appearance of Venable Vermont Jr on behalf of Trooper Patrick Nelson, Trooper jake Covey and State of Alaska. |
| 12 - 1 | 01/10/05 | DEF 4-6 motion to dismiss certain state defendants with memorandum in support attached. |
| NOTE - 1 | 01/18/05 | Issued: 3pp summons re: Global power. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F04-0026--CV (RRB)
"DON M. KUBANYI ET AL V GOLDEN VALLEY ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 01/18/05 | DEF 2 Answer and Third-party Complaint v Global Power. |
| 14 - 1 | 01/19/05 | PLF 1-8 (partial) opposition to DEF 4-6 motion to dismiss certain state defendants (12-1). |
| 15 - 1 | 01/27/05 | DEF 4-6 reply to opposition to DEF 4-6 motion to dismiss certain state defendants (12-1). |
| 16 - 1 | 01/31/05 | RRB Order granting/denying motion to dismiss: Claims against the State of Alaska are dismissed w prejudice.  Motions of Patrick Nelson and Jake Covery are granted with respect to them in their official capacity and denied as to their individual capacity (12-1).  cc: cnsl |
| 17 - 1 | 02/02/05 | DEF 3 Attorney Appearance. |
| 18 - 1 | 02/02/05 | DEF 2; 3PP 1-2 motion for Withdrawal by Attorney and Substitution. |
| 19 - 1 | 02/07/05 | DEF 4-5 Answer to Complaint. |
| 20 - 1 | 02/07/05 | RRB Order granting motion for Withdrawal by Attorney and Substitution (18-1), allowing Daniel Quinn to substitute as cnsl of record for Cruz. cc: cnsl |
| 21 - 1 | 02/07/05 | DEF 1 Attorney Appearance. |
| 22 - 1 | 02/16/05 | DEF 1 Answer to Complaint. |
| 23 - 1 | 02/22/05 | Minute Order: Plaintiff to take action re ans from D-3 Black and Vetch Corp. cc: csnl |
| 24 - 1 | 02/22/05 | Minute Order: 3PP required to take action re proof of service on 3PD. cc: cnsl |
| 25 - 1 | 02/23/05 | DEF 3 Answer to Complaint. |
| 26 - 1 | 02/28/05 | PLF 1-8 motion to Amend First Complaint (w/Memo att and Amended Complaint lodged). |
| 27 - 1 | 02/28/05 | PLF 1-8 Jury Demand. |
| 28 - 1 | 02/28/05 | 3PP 1-2 Response to Order/Proof of Service re 3PD Global Power on 12/25/05 and R/A on 01/25/05. |
| 29 - 1 | 03/10/05 | 3PP 1-2 Dismissal Notice (Party) re 3PD  Global Power before answer. |
| 30 - 1 | 03/11/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 31 - 1 | 03/17/05 | DEF 4-5 non-opposition to PLF 1-8 motion to Amend First Complaint (26-1). |
| 32 - 1 | 03/21/05 | DEF 2 non-opposition to PLF 1-8 motion to Amend First Complaint (26-1). |
| 33 - 1 | 03/21/05 | RRB Minute Order granting motion to Amend First Complaint (26-1). |
| 34 - 1 | 03/21/05 | PLF 1-9 Complaint (Amended). |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F04-0026--CV (RRB)
"DON M. KUBANYI ET AL V GOLDEN VALLEY ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 03/29/05 | DEF 3 Answer to (Amended) Complaint. |
| 36 - 1 | 03/31/05 | DEF 1 Answer to (Amended) Complaint. |
| 37 - 1 | 03/31/05 | DEF 2; 3PP 1-2 Answer to (Amended) Complaint. |
| 38 - 1 | 04/11/05 | DEF 2; 3PP 1 Rule 7.1 Disclosure Statement of Defendants. |
| 39 - 1 | 04/20/05 | DEF 4-5 Answer to First Amended Complaint. |
| 40 - 1 | 04/21/05 | RRB Minute Order re Rules 16(b) and 26(f) Initial Case Status Report must be filed with the court before 5/10/05.  cc: cnsl; Judge Beistline. |
| 41 - 1 | 05/04/05 | PLF 1-8 Report re: scheduling and planning meeting held 4-8-05. |
| 42 - 1 | 05/13/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 04/10/06; Dispositive motions deadline 05/10/06; Estimate of trial 5 days. cc: cnsl |
| 43 - 1 | 05/23/05 | DEF 3 Rule 7.1 Disclosure Statement |
| 44 - 1 | 05/31/05 | PLF 1-9 Initial Witness List. |
| 45 - 1 | 06/02/05 | DEF 1-6; 3PP 1-2 Preliminary Witness List. |
| 46 - 1 | 06/03/05 | DEF 2; 3PP 1 Preliminary Witness List. |
| 47 - 1 | 06/30/05 | DEF 1 Preliminary Witness List. |
| 48 - 1 | 08/04/05 | DEF 1 (Rule 7.1) Disclosure Statement. |