Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
Attorneys for Defendants CRUZ CONST.,
INC. and DAVE CRUZ, individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>　　　　Defendants. | **DEFENDANT DAVE CRUZ, INDIVIDUALLY, AND D/B/A CRUZ CONSTRUCTION, INC.'S EXPERT WITNESS DISCLOSURE**<br><br><br><br><br><br>Case No. 4:04-cv-00026-RRB |

COMES NOW defendants Dave Cruz, individually and d/b/a Cruz Construction, Inc., by and through their attorneys, Richmond & Quinn, and discloses the identification of expert

witnesses who may be called at trial.  Defendants identify the following:

    1.   An expert surveyor, as yet to be identified.

DATED this \_10th\_ day of January, 2006, at Anchorage, Alaska.

```
                          RICHMOND & QUINN
                          Attorneys for Defendants Dave
                          Cruz individually, and d/b/a
                          Cruz Construction, Inc.


                    By:   ___s/Daniel T. Quinn_____
                          RICHMOND & QUINN
                          360 K Street, Suite 200
                          Anchorage, AK  99501
                          Ph:  907-276-5727
                          Fax:  907-276-2953
                          dquinn@richmondquinn.com
                          ABA #8211141
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically and by mail this __10th__ day of January, 2006 on:

| | |
|---|---|
| Michael J. Walleri<br>Michael J. Walleri Law Offices<br>330 Wendell St., Suite E<br>Fairbanks, AK 99701 | Cory Borgeson<br>Borgeson & Burns, PC<br>100 Cushman, Suite 311<br>Fairbanks, AK 99701 |
| Venable Vermont, Jr.<br>Assistant Attorney General<br>State of Alaska<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 | Eric Gillett<br>PREG, O'DONNELL & GILLETT<br>1800 9th Ave., Ste. 1500<br>Seattle, WA 98101 |

_____s/Daniel T. Quinn_____
         RICHMOND & QUINN

2073\038\pld\EXPERT WITNESS DISCLOSURE