FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN 17 PM 1: 53

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI, and BRIAN
BAGGETT,

        Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
and d/b/a/ CRUZ CONSTRUCTION, BLACK
& VECH CORPORATION, JAKE COVEY
AND PATRICK NELSON,

        Defendants.

**MOTION TO ACCEPT LATE FILED
PLAINTIFF'S EXPERT
DISCLOSURE**

Case No. FO4-0026

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

COMES NOW, Plaintiffs by and through their attorney, Michael J. Walleri and

moves the Court to accept this late filed Plaintiff's Expert Disclosures, for the reasons set

forth in the accompanying memorandum.

Dated this 17th day of January, 2006 at Fairbanks, Alaska.

MICHAEL J. WALLERI

AK Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on _17_ January, 2006 via U.S. Mail to:

Mr. Venable Vermont, Jr.                Mr. Cory Borgeson
Assistant Attorney General              Boreson & Burns, P.C.
Department of Law                       100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200          Fairbanks, Alaska 99701
Anchorage, Ak 99501

Mr. Eric P. Gillett                     Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.          Richmond & Quinn
1800 Ninth Ave., Suite 1500             360 K Street, Suite 200
Seattle, WA 98101-1340                  Anchorage, AK 99501-2038

Chris Woodward

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725