Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI, and BRIAN
BAGGETT,

            Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
and d/b/a/ CRUZ CONSTRUCTION, BLACK
& VECH CORPORATION, JAKE COVEY
AND PATRICK NELSON,

           Defendants.

**MEMORANDUM IN SUPPORT OF
MOTION TO ACCEPT LATE FILED
PLAINTIFF'S EXPERT
DISCLOSURE**

Case No. FO4-0026

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Plaintiff's are requesting leave for late filing of the Plaintiff's Expert Witness Disclosures.  The undersigned plaintiff's counsel was attempting coordination of expert witnesses and was discussing a proposed stipulation relating to survey issues that emerged during discovery.  The number of attorneys, the press of business for all the attorneys, and the intervening holidays delayed responses from most parties.  As a result, the plaintiff was unable to confirm coordination and the efforts to obtain the proposed stipulation failed.  As a consequence, Plaintiff's expert disclosure list was delayed.  There is no known prejudice to the opposing parties.

Dated this 17th day of January, 2006 at Fairbanks, Alaska.

MICHAEL J. WALLERI

AK Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on January 17 , 2006 via U.S. Mail to:

Mr. Venable Vermont, Jr.                    Mr. Cory Borgeson
Assistant Attorney General                  Boreson & Burns, P.C.
Department of Law                           100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200              Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett                         Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.              Richmond & Quinn
1800 Ninth Ave., Suite 1500                 360 K Street, Suite 200
Seattle, WA  98101-1340                     Anchorage, AK 99501-2038

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Motion to Accept Late Filing

2 of 2