Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

LODGED
JAN 1 7 2006
FAIRBANKS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI, and BRIAN
BAGGETT,

    Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
and d/b/a/ CRUZ CONSTRUCTION, BLACK
& VECH CORPORATION, JAKE COVEY
AND PATRICK NELSON,

    Defendants.

Case No. F04-0026

**ORDER TO ACCEPT LATE FILED PLAINTIFF'S EXPERT DISCLOSURE**

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Order to Accept Late Filing

1 of 2

UPON Plaintiff's motion to accept the late filing of the Plaintiff's Expert Witness Disclosure, and the Court being apprised of the premises therein,

IT IS HEREBY ORDERED, that Plaintiff's request is hereby GRANTED and the Plaintiff's Expert Witness Disclosure shall be accepted.

Date: 3/6/06

United States District Court Judge

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Order to Accept Late Filing