# EXHIBIT 1

F-14577

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 WEST SEVENTH AVENUE, #13
ANCHORAGE, ALASKA 99513-7599

NATIVE ALLOTMENT

Heirs, Devisees and/or Assigns of Nora Kubanyi

IT IS HEREBY CERTIFIED THAT the application F-14577, filed pursuant to
the Act of May 17, 1906, as amended, 43 U.S.C. 270-1 to 270-3 (1970),
repealed with a savings provision by the Alaska Native Claims Settlement Act
of December 18, 1971, 43 U.S.C. 1617(a) (1988), has been approved pursuant
to that Act for the following described land:

U.S. Survey No. 9954, Alaska, situated on the easterly, southerly, and
westerly shores of Seven Mile Lake, (local name), approximately 9 miles
southeasterly from Anderson, Alaska.

Containing 159.98 acres, as shown on the plat of survey officially filed on
June 17, 1992.

Therefore, let it be known that, pursuant to the Act of May 17, 1906, as
amended, the land above-described shall be deemed the homestead of the
allottee and her heirs in perpetuity, and shall be inalienable and nontaxable
until otherwise provided by Congress or until the Secretary of the Interior or
his delegate, pursuant to the provisions of the Act of May 17, 1906, as
amended, approves a deed of conveyance vesting in the purchaser a complete
title to the land.

EXCEPTING AND RESERVING TO THE UNITED STATES, a right-of-way
thereon for ditches or canals constructed by the authority of the United States.
Act of August 30, 1890, 43 U.S.C. 945 (1988).

CERTIFICATE NO. **50-93-0056**

F-14577

THE GRANT OF THE ABOVE DESCRIBED LAND IS SUBJECT TO:

The continued right of public access along the non-exclusive use Rex to
Bonnifield Trail not to exceed 50 feet in width.

/s/ Sharon E. Fleek

Sharon E. Fleek
Chief, Branch of Doyon/Northwest Adjudication

Dated at ANCHORAGE, ALASKA

on        DECEMBER 0 9 1992

CERTIFICATE NO.  5 0 - 9 3 - 0 0 5 6

# EXHIBIT 2

**RECEIVED**

FEB 1 0 2006

PREG O'DONNELL & GILLETT

F-14577 (2561)
(964) RR/MKW

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

DECISION                    OCT 23 1992

| | | |
|---|---|---|
| Heirs of Nora Kubanyi | : | F-14577 |
| c/o Tanana Chiefs Conference, Inc. | : | Native Allotment Application |
| 122 First Avenue | : | |
| Fairbanks, Alaska  99701-4198 | : | |
| | : | |
| State of Alaska | : | |
| Department of Natural Resources | : | |
| Division of Land | : | |
| Title and Contracts Section | : | |
| 3601 C Street, Suite 960 | : | |
| Anchorage, Alaska  99503 | : | |

Decision of September 21, 1992, Modified in Part

On September 21, 1992, a decision was issued by the Bureau of Land Management approving Native allotment application F-14577 under the Act of May 17, 1906, as amended, 43 U.S.C. 170-1 to 270-3 (1970). The decision identified on page three, paragraph three, that the allotment would be made subject to the Rex to Bonnifield Trail, not to exceed twenty-five (25) feet in width.

Additional evidence regarding the use of the trail from five witnesses was submitted by the State of Alaska. The heirs are aware of the width as indicated by a memorandum dated March 8, 1992, received by the Bureau of Land Management. Attached to the memorandum was a sketch map showing the trail and the fifty (50) foot easement width. Based upon the additional evidence received, and the heirs acknowledgment of the width, the decision of September 21, 1992, is hereby modified to read:

This allotment shall be subject to:

> The continued right of public access along the non-exclusive use Rex to Bonnifield Trail not to exceed fifty (50) feet in width.



An appeal from this decision may be taken to the Interior Board of Land Appeals, Office of Hearings and Appeals, in accordance with the enclosed regulations in Title 43 Code of Federal Regulations (CFR), Part 4, Subpart E. The appellant has the burden of showing that the decision appealed from is in error.

If an appeal is taken, the notice of appeal must be filed with the Bureau of Land Management, Alaska State Office, 222 West Seventh Avenue, #13, Anchorage, Alaska 99513-7599 within 30 days of the receipt of this decision. Do not send the appeal directly to the Board from this office. The regulations also require the appellant to serve a copy of the notice of appeal, statement of reasons, written arguments or briefs on the Regional Solicitor, Alaska Region, U.S. Department of the Interior, 4230 University Drive, Suite 300, Anchorage, Alaska 99508-4626. To avoid summary dismissal of the appeal, there must be strict compliance with the regulations. Form 1842-1 is enclosed for additional information.

If an appeal is filed, each party named in the heading of this decision must be served.

/s/ Marcia K. Walker

Marcia K. Walker
Lead Land Law Examiner
Branch of Doyon/Northwest Adjudication

Enclosures:
Form 1841-1
Appeal Regulations

Copy furnished to:

Jimmy Edward Kubanyi
General Delivery
Nulato, Alaska  99765

Don Michael Kubanyi
Box 81431
Fairbanks, Alaska  99701

Eileen Kubanyi Welton
627 Bottles Street
North Pole, Alaska  99705

Elizabeth Kubanyi Tuzroyluke
Box 36
Point Hope, Alaska  99766

Doris Marie Ness
Box 81367
Fairbanks, Alaska  99701

Victor John Kubanyi
1929 Kittiwake Drive
Fairbanks, Alaska  99701

Bobby Lloyd Kubanyi
Arlette Jean Kubanyi
93 Timberline Drive
Fairbanks, Alaska  99701

Bureau of Indian Affairs
Alaska Title Services Center (ATSC)
1675 C Street
Anchorage, Alaska  99501-5198
(true certified copy)

Bureau of Indian Affairs
Federal Building and Courthouse
101 12th Avenue, Box 16
Fairbanks, Alaska  99701-6270

Larry Ethelbah
Area Rights Protection Officer
Juneau Area Office
Bureau of Indian Affairs
P.O. Box 25520
Juneau, Alaska  99802-5520

cc:

    DM-(070)

964:RRodriguez:rr:10/22/92:14577dec



# STATE OF ALASKA

**WALTER J. HICKEL, GOVERNOR**

## DEPARTMENT OF NATURAL RESOURCES

### DIVISION OF LAND

*NORTHERN REGION*
*3700 AIRPORT WAY*
*FAIRBANKS, ALASKA  99709-4699*
*PHONE: (907) 451-2700*

October 13, 1992

Robin Rodriguez
BLM Alaska State Office
222 West 7th Avenue, #13
Anchorage, Alaska  99513-7599

Re:  Rex Trail

Dear Ms. Rodriguez:

I have enclosed an affidavit from Dave Pott, Gold King Homestead
resident, regarding his use of the Rex trail as well as his
knowledge of other users of this access route.  In addition, the
Division of Mining, Alaska Department of Natural Resources,
supplied the enclosed the annual placer mining permit applications
(26) which show the Rex trail as their overland access route.
These and other miners have used the Rex Trail for decades.

The State submits this information to you and requests that you
place a 50 foot easement on the Rex Trail where it crosses the
subject native allotment.  It is also requested that your office
contact ours regarding access cases such as this.  It is in the
State's best interest to preserve historical access routes with the
widest width possible for our future access needs.

Thank you for your cooperation.

Sincerely yours,

Joseph P. Sullivan
Natural Resource Officer

Enclosures

printed on recycled paper b y C.D.

(1)

DAVID F POTT
10/9/92

## REX TRAIL

MY PHYSICAL USE OF THE REX TRAIL ONLY GOES BACK TO 1988, HOWEVER FROM RESEARCH I HAVE DONE ON IT I KNOW THAT IT STARTED OUT AS AN ALASKA RAILROAD EXTENSION SURVEY LINE IN THE 1920'S, AND WAS AGAIN SURVEYED AS A POSSIBLE ALASKA RAILROAD EXTENSION FROM KOBE TO THE YUKON BORDER IN 1942. DURING THE 1920'S IT BEGAN TO BE USED AS AN ACCESS TO MINES ON GOLD KING, BONNIFIELD AND GRUBSTAKE CREEKS.

SINCE 1983 AND PROBABBLY MUCH EARLIER THE MINERS HAVE BLADED OFF THE SNOW IN THE EARLY SPRING ( FEB - MARCH) , AND DROVE HEAVY EQUIPMENT ALONG THE TRAIL TO THEIR MINES, I HAVE SEEN LARGE CATS, LOADERS, 18 WHEELER TRUCKS AND PICK UP TRUCKS ON THE REX TRAIL AS FAR IN AS GOLD KING CREEK, AND HAVE SEEN THEIR TRACES TO BONNIFIELD CREEK. SOME HAVE EVEN TAKEN EQUIPMENT IN DURING THE SUMMER, BUT THAT REALLY TEARS UP THE TRAIL. NODWELLS AND OTHER TRACKED VEHICLES USE THE TRAIL EACH HUNTING SEASON, AS FAR AS THE WOOD RIVER. MINERS THAT I KNOW HAVE USED THE REX TRAIL AS FAR AS GOLD KING AND BONNIFIELD CREEKS ARE DON MAY, DEL JOHNSON , ALASKA UNLIMITED AND DON KIEL. DON WRIGHT TOLD ME OF DRIVING A CAT UP THE REX TRAIL PAST GOLD KING BACK IN THE EARLY 1950'S.

FOR THE MOST PART THE REX TRAIL IS ABOUT 20 FT. WIDE IN DRY AREAS, BUT THROUGH THE WET NIGGERHEAD AREAS THE TRAFFIC MAKES NEW TRAILS ON BOTH SIDES OF THE ~~OLD~~ OLD WET RUTS, AND CAN BE UP TO 150 FT. IN WIDTH. IN THE VICINITY OF SEVEN MILE LAKE THE TRAIL IS ABOUT 150 FT. WIDE, DUE TO

②

PEOPLE DRIVING AROUND WET SPOTS AND DEEP RUTS. THE TRAIL ALSO SUFFERS FROM EROSION PROBLEMS AND LACK OF MAINTANENCE. IF THE LARGE CATS AND TRACKED VEHICLES ARE NOT KEPT OFF THE TRAIL DURING THE SUMMER, THE TRAIL WILL EVENTUALLY TURN INTO A 50 MILE LONG, DEEP MUD HOLE. THE TRAIL DOES SEE 70% OF ITS HEAVY EQUIPMENT USE DURING FEBUARY AND MARCH, ON THE ICE ROAD CLEARED BY THE MINERS.

THE REX TRAIL IS AN RS 2477 TRAIL, AND THE STATE SHOULD ASSERT ITS AUTHORITY FOR A 100 FT. R.O.W. OVER THE ENTIRE LENGTH.

DAVID F. POTT

Davis F. Pott        10/9/92

GOLD KING PROPERTY OWNER AND PART TIME RESIDENT OF GOLD KING.

STAT.    ASKA

**ANNUAL PLACER MINING APPLICATION**
**LAND USE AND WATER USE PERMITS AND MINING LICENSE**



No.

## APPLICANT AND SITE INFORMATION

| Do you plan to do the following work? ☐ Explore  ☒ Mine/Reclamation  ☐ Transport Equipment | Coastal Zone ☐ Yes  ☒ No | Are the mining claims ☐ Federal  ☒ State  ☐ Private |
|---|---|---|

Check box(es) and list number(s) if you had any of the following permits for these claims:
☒ EPA-NPDES Wastewater Discharge Permit No.: Applied for       ☒ Corps of Engineers 404 Permit: APPLIED FOR

| Claim owners full legal name | Street address or P.O. Box (Specify if summer address different from winter) |
|---|---|
| Carole Hickam | P.O. Box 72496 |

| City Fairbanks | State AK | Zip Code 99707 | Home Telephone 488-3210 | Office Telephone |
|---|---|---|---|---|

| Name of lease holder (if rights to claim are leased) | Street address or P.O. Box (Specify if summer address different from winter) |
|---|---|
| | |

| City | State | Zip Code | Home Telephone | Office Telephone |
|---|---|---|---|---|

| Name of operating company or authorized representative in field | Street address or P.O. Box (Specify if summer address different from winter) |
|---|---|
| Tim Kiehl | 3210 mansnot in NP AK |

| City Fairbanks | State AK | Zip Code 99707 | Home Telephone 488-6980 | Office Telephone |
|---|---|---|---|---|

| Employer I.D./Social Security Number | Month/day of start-up this year May, | Month/day of shut-down this year Oct, | Number people working claims 2 |
|---|---|---|---|

| On what creek(s) is your activity? Gold King Creek | Claim(s) location: Township(s), Range(s), Section(s), Meridian(s) FM, T9S R2W, Sec 8, 17. | USGS Quad Map Fairbanks A2 |
|---|---|---|

## CLAIM LISTING

List only those claims on which activity will take place. Use separate sheet if necessary.

| No. | Claim Name | ADL/BLM No. | No. | Claim Name | ADL/BLM No. |
|---|---|---|---|---|---|
| 1 | Bench Claim 1 | 530286 | 7 | | |
| 2 | Bench Claim 2 | 530287 | 8 | | |
| 3 | Bench Claim 3 | 530288 | 9 | | |
| 4 | Bench Claim 4 | 530289 | 10 | | |
| 5 | | | 11 | | |
| 6 | | | 12 | | |

## DESCRIPTION OF OPERATION

List type, size, purpose, and number of pieces of equipment to be used on the claim:

1 D-8H Dozer / 1 6" water pump
1 950 loader / 1 20" Sluice Box

**RECEIVED**

Which equipment listed above is used for the removal of overburden?
D-8H Dozer

**JAN 16 1991**

Fbks, DOM

Which equipment listed above will be used in the stream?   None

| Beginning and ending dates for transportation of equipment across country to a claim: March – April 15 | If using hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD: |
|---|---|
| Beginning and ending dates for transportation of equipment across country from a claim: Nov. 15 – Jan. | None |

| List type and amount of explosives to be used: None | If explosives will be used in or near streams or other bodies of water, indicate when, where, and why they will be used None |
|---|---|

| Type of overburden: ☐ None ☒ Gravel  Average thickness 3-5 ft ☒ Organic material  Average thickness 2-3 ft | Amount of area to be disturbed ± 30 AC / 20 | Amount of area to be reclaimed ± 20 AC |
|---|---|---|

No. **F91587 1**

## PLACER MINING METHOD

Check method of mining and processing (O.K. to check more than one):
- ☐ Suction dredge    Suction line size _____ (in.) Engine HP _____
- ☐ Bucket line dredge    Size of buckets _____ (cu. ft.)
- ☒ Washing plant:    ☐ Slick plate    ☐ Shaker screen    ☐ Trommel
- ☒ Sluice box: Length _20_ (ft.) Width _2_
    Slope _1½_ (in./ft.) Number of channels _1_
- ☐ Jig plant:  Cell Size _____
- ☐ Chemical treatment    ☐ Mercury    ☐ Cyanide    ☐ Other:

Number of sluice days per year _____ 100
Daily volume of material processed _____ 1200 (cubic yds.)
Estimated annual sluiced yardage _100,000_ (cubic yds.)

## MAKE UP WATER SUPPLY

- ☒ Stream    ☒ Groundwater seepage    ☐ Surface runoff    ☐ Waterwell
- ☐ Natural pond or lake    ☐ Manmade reservoir    ☒ Other:

Method of taking water: ☐ Seepage infiltration
- ☒ Pump    Pump intake size _6_ inches
- ☐ Diversion ditch from stream w/headgate    ☐ Other: _____
                                                          (Specify)

Volume of make up water _____ N/A _____ gpm _____ gpd
Make up water will be added _____ hours per day

Make up water reservoir storage capacity: _____ N/A _____
Length _____ Width _____ Average depth of water _____

Size of dam (in feet) ☒ Existing _____ To be constructed _____
Length _____ Width at crest _____ Width at base _____ Height _____

## RECYCLE/SETTLING POND SYSTEM

Capacity of pond(s): Indicate length, width, and average depth of each pond. Do not include information on reclaimed ponds.
Presettling pond ☒ Yes ☐ No
Length _____ Width _____ Depth _____
1. 100 x 50 x 10 DEEP    2. 100 x 50 x 10 DEEP
3. 50 x 50 x 10 DEEP    4. 20 x 50 x 4' DEEP
                                 PRE-SETTLING
Recycle pond is pond number _2_

## FUEL

Volume stored _10,000_
Type of storage:
- ☐ 55 gallon drums    ☒ Tanks larger than 660 gallons
- ☐ Tanks smaller than 660 gallons    ☐ Fuel bladder
- ☐ Other (Specify):

Are fuel containment berms constructed around storage containers?
☒ Yes    ☐ No will be constructed  Is berm area lined? ☒ Yes    ☐ No

Method of transporting fuel: _Truck_

Distance from stored fuel to nearest body of water: _½ mile_

Amount of fuel transported per trip _10,000_
Number of trips _1_

## WATER USEAGE

What % of stream is bypassed around operation? _100_ %
Of water used for mining, what % is recycled? _100_ %

Will bypass be constructed? ☐ Yes ☒ No    BENCH MINE
If "Yes" indicate: Length _____ Width _____ Depth _____
Expected length of time stream bypass will be in place:
_____ Months _____ Years

Source of excess water
- ☐ Operation has no excess water    ☐ High water events from rain
- ☒ Groundwater gain from cut    ☒ Runoff from hillsides
- ☐ Seepage infiltration from stream
- ☐ Other: _____
                                    (Specify)

Excess water discharged: _____ GPM
Discharge: _N/A_ Hours/Day _N/A_ Days/Weeks _"_
Recycle pump: Horsepower: _____ Return line size: _6_ inches
Water recycled: _1200_ GPM

If water gain to mine site is not needed for make up, is it diverted or routed around recycle treatment pond system? ☐ Yes ☐ No _N/A_

## ACCESS  ☒ EXISTING  ☐ NEW

- ☐ Road    ☐ All weather trail    ☒ Winter only trail    ☐ Cross country
- ☐ Airstrip    Number of round trips _____
If being built: Length _____ Width _____ Depth _____

## DRILLING

Estimated maximum depth: _____ Number of holes drilled: _____
(ft.)
Diameter of holes drilled: _____ Type of drill used: _____
(in.)

## RECLAMATION

Indicate method of reclaiming area of operation and methods of stream rehabilitation
- ☒ Contour tailings and strippings to approximate surrounding valley contours.
- ☐ Reestablish stream channel.
- ☐ Reclaim ponds by mucking fines and spreading them over coarser tailings.
- ☐ Reclaim ponds by covering with coarse tailings.
- ☐ Stockpile and respread topsoil over contoured site.
- ☒ Stabilize and protect ponds from erosion.
- ☐ Other (Specify):    **RECEIVED**

                        JAN 16 1991

- ☐ Revegetation (Specify):    FLITS, DOM
    ☒ Natural    ☐ Reseed    ☐ Fertilize

| Signature of Applicant | Relationship to claims(s) | Date |
|---|---|---|
| _Jim Riehl_ | ☐ Owner ☐ Lessee ☒ Operator | 11/19/90 |



F915871

Fairbanks A-2

RR23

The Gap

JAPAN

T.8.S
T.4.S

Bench Claim #1-9

Bench Discovery

RECEIVED

JAN 16 1991

FLTA DOM

(FAIRBANKS A-3)

# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
## LAND USE AND WATER USE PERMITS AND MINING LICENSE

F885767

No 854096

## APPLICANT AND SITE INFORMATION

| DO NOT MARK IN THIS SPACE | Do you plan to do the following work on the claim(s)? | Is claim patented? | Are the mining claims: |
|---|---|---|---|

B.W.C. 12/15/87

RECEIVED DEC 15 1987 Fbks. DOM

Do you plan to do the following work on the claim(s)?
[X] Explore  [X] Mine  [X] Transport Equipment

Check box(es) and list number(s) if you have had any of the following permits for these claims:

N/A DNR Land Use Permit No.:

N/A Fish & Game - Habitat Protection Permit No.:

N/A DNR - Water Use Permit ADL No.:  NONE

N/A ADEC - Wastewater Discharge Permit No.:

N/A Revenue - Alaska Mining License No.:

N/A EPA-NPDES Wastewater Discharge Permit No.:

Is claim patented?
[ ] Yes  [X] No

Check the mining district in which the claims are located:
N/A Circle
N/A Fairbanks
N/A Forty Mile
N/A Hot Springs
N/A Iditarod
N/A Innoko
N/A Koyukuk
N/A Kuskokwim
N/A Seward
N/A Seward Peninsula
[X] Other (Specify): Bonnifield

Are the mining claims:
[ ] Federal  [X] State

Check the box to indicate who controls the land on which the claim(s) are located and which is crossed for access:
N/A U.S. National Park Service
N/A U.S. Military
N/A U.S. Forest Service
N/A U.S. Bureau of Land Management
N/A U.S. Fish & Wildlife Service
[X] State of Alaska
N/A City (Specify):
N/A Borough (Specify):
N/A Native Corporation (Specify):
N/A Other (Specify):

| Claim Owner's Full Legal Name | Street Address or P.O. Box | | | |
|---|---|---|---|---|
| James W. Cude | P.O. Box 876 | | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| Pleasanton | Texas | 78064 | 512-569-2015 | 512-569-5581 |
| Name of Lease Holder (if rights to claim are leased) | Street Address or P.O. Box | | | |
| NONE | NONE | | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| NONE | NONE | NONE | NONE | NONE |
| Name of Operating Company or Authorized Representative in Field | Street Address or P.O. Box (Specify if Summer Address is different from Winter) | | | |
| James W. Cude Mining | P.O. Box 876 | | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| Pleasanton | Texas | 78064 | 512-569-2015 | 512-569-5581 |
| Employer I.D./Social Security Number | Month Start Up This Year | Month Shut Down This Year | Number of People Working Claim |
| 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 | March, 1988 | November, 1988 | 12 |
| On what creek(s) are your claim(s) located? | | Claim(s) Location: Section(s), Township(s), Range(s), Meridian: |
| No Name Creek | (Tatlanika Creek) | Wells #1 - #2     Section 10, Township 9 S., Range 4 W., Fairbanks |

## DESCRIPTION OF OPERATION

List type, size, purpose and number of pieces of equipment to be used on the claim.

D8K CAT Dozer
D6 Track Loader                    (4)
225 CAT Excavator
820 Vardax Washing-plant

Which equipment listed above is used for the removal of overburden?

D8K CAT Dozer
225 CAT Excavator

Which equipment listed above will be used in the stream?

NONE

Beginning and ending dates for transportation of equipment across country TO a claim:

Beginning March, 1988 To April 15, 1988

Beginning and ending dates for transportation of equipment across country FROM a claim:

November 1, 1988 to December 20, 1988

If using a hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD:

NONE

List type and amount of explosives to be used:

NONE

If explosives will be used in or near streams or other bodies of water, indicate when, where and why they will be used;

NONE

| Type of overburden: (O.K. to check more than one) | Depth of Overburden | Amount of Overburden to be removed: 40,000 (yds.) |
|---|---|---|
| [X] Rock [X] Sand [X] Silt [X] Clay [ ] Organic Material [ ] Other (Specify): | 3' to 12' | Number of acres: 4     Average depth in feet:  6' |

Form 00-001(Rev. 1/83)

F885767
No. 854096

## PLACER MINING METHOD

Check method of mining and processing: (O.K. to check more than one.)

N/A Suction Dredge   Intake Size N/A (in.) Pump Capacity N/A (GPM)

N/A Sluice Pump   Intake Size N/A (in.) Pump Capacity N/A (GPM)

N/A Bucket Line Dredge   Size of Buckets N/A (cu. ft.)

[X] Washing Plant   Type Vardax Vol. Material Processed/hr. 50.0 (cu. yd.)

N/A Sluice Box   Length N/A (ft.) Width N/A (in.)

Depth of Water in Box N/A (in.)   Slope N/A (in./ft.)

N/A Chemical Treatment N/A Mercury N/A Cyanide N/A Other
Describe process on a separate sheet.

Daily Volume of Material Processed: 1,000.0 (cu. yds.)

## WATER SUPPLY

Type of Dam (Exclude settling ponds):

[X] Earthfill N/A Timbercrib N/A Concrete N/A Other: N/A

[X] Temporary   N/A On-stream

☐ Permanent   [X] Off-stream

Size of Dam (in feet)

Length 20' Width at Crest 8' Width at Base 12' Height 4'

Storage Capacity: (Indicate Length and Width of Area and Depth of Water)

Spillway Dimensions (in feet)        NONE

Depth       Width at Base       Side Slope

## FUEL

Fuel Stored: (List type of fuel)

Diesel - 30,000 Gals.       Gas - 500 Gals.

| Amount of fuel stored: 30,500 Gals. | Distance from stored fuel to nearest body of water: 500' |
| Method of transporting fuel: Sled by D8K Dozer | Amount of fuel transported per trip: 5,000 Gals. |

## RECLAMATION

Indicate method of reclaiming area of operation.
(O.K. to check more than one)

[X] Level tailings piles            [X] Reestablish stream channels

N/A Regrade contours               N/A Remove toxic materials

N/A Respread topsoil               N/A Other: (Specify)

N/A Revegetate or reseed

## WATER USAGE

| What % of a natural stream is diverted for any reason: 25 % | What % of diverted water is used for mining: 25 % | Of water used for mining what % is recycled: 50 % |

| Amt. of water required: Qty: 600 [X] GPM ☐ GPD ☐ CFS | Usage: Hours/Day 20 hrs. | Usage: Days/Week 6 |

Date commenced operations:
May 1 Month 1988 Year

Years needed to mine out claim: 20

If water is not used for mining, is it routed around the treatment pond? ☐ YES ☐ NO

When wastewater is returned to a stream, is it treated? ☐ YES ☐ NO

Condition of stream above claim, prior to discharge of wastewater:

N/A Clear   [X] Murky   N/A Muddy

If "muddy", is it: N/A Natural N/A Manmade

N/A Other: (Describe)

Method of taking water:

[X] Diversion Ditch N/A Headgate N/A Capacity (GPM)

## WASTE WATER TREATMENT

Capacity of Settling Pond(s): Indicate length and width of area and depth of water for each pond.

1. 50' X 50' X 4'      2. 50' X 50' X 4'

3. 50' X 50' X 4'      4.

## Existing trail ACCESS

If access roads or airstrips will be built to the claim, indicate:

Length 1,000 (ft.)       Depth of Material 3 (ft.)

Width 50 (ft.)       Kind of Material Used Gravel

## DRILLING

| Estimated maximum depth: NONE (ft.) | Number of holes drilled: NONE |
| Diameter of holes drilled: NONE (in.) | Type of drill used: NONE |

## CLAIM LISTING

Please list all claim names within this claim group. If claim numbers are not known, attach copies of location notices. Each claim will be specifically named on your water permit or certificate. You may use the number of each claim on your sketch and USGS map for convenience.

| No. | CLAIM NAME | ADL/BLM No. if known | No. | CLAIM NAME | ADL/BLM No. if known |
|---|---|---|---|---|---|
| 1. | Wells #1 | Not Known | 9. | | |
| 2. | Wells #2 | Not Known | 10. | | |
| 3. | | | 11. | | |
| 4. | | | 12. | | |
| 5. | | | 13. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

| Signature of Applicant James W. Pardo | Relationship to Claim(s): [X] Owner ☐ Leasee ☐ Operator | Date 12/7/87 |

Form 00-001 (Rev. 1/83)

(b) Township-9s range-4w Meridian-Fairbanks Section -10-11

(c) Northeast 1/4 Section -10-11

Fairbanks (A-3) 1450



UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

APMAF88576?

STATE OF ALASKA

ANNUAL PLACER MINING APPLICATION
LAND USE AND WATER USE PERMITS AND MINING LICENSE

No. 23632

## APPLICANT AND SITE INFORMATION

| DO NOT MARK IN THIS SPACE | Do you plan to do the following work on the claim(s)?<br>☐ Explore  ☒ Mine  ☒ Transport Equipment | Is claim patented?<br>☐ Yes  ☒ No | Are the mining claims:<br>☐ Federal  ☒ State |
|---|---|---|---|

Check box(es) and list number(s) if you have had any of the following permits for these claims:

☐ DNR Land Use Permit No.:

☐ Fish & Game - Habitat Protection Permit No.:

☐ DNR - Water Use Permit ADL No.:

☐ DEC - Wastewater Discharge Permit No.:

☐ Revenue - Alaska Mining License No.:

☐ EPA-NPDES Wastewater Discharge Permit No.:

*RECEIVED JUL 6 1984 Fbks. DOM*

*RECEIVED AUG 02 1984 Fbks. DOM*

Check the mining district in which the claims are located:

☐ Circle
☒ Fairbanks
☐ Forty Mile
☐ Hot Springs
☐ Iditarod
☐ Innoko
☐ Koyukuk
☐ Kuskokwim
☐ Seward
☐ Seward Peninsula
☐ Other (Specify):

Check the box to indicate who controls the land on which the claim(s) are located and which is crossed for access:

☐ U.S. National Park Service
☐ U.S. Military
☐ U.S. Forest Service
☐ U.S. Bureau of Land Management
☐ U.S. Fish & Wildlife Service
☒ State of Alaska
☐ City (Specify):
☐ Borough (Specify):
☐ Native Corporation (Specify):
☐ Other (Specify):

| Claim Owner's Full Legal Name | | Street Address or P.O. Box | | |
|---|---|---|---|---|
| Philip Kib Cannon / Jack Dunshie | | P.O. Box 60675 | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| Fairbanks | AK | 99706 | 907-479-6862 | |

| Name of Lease Holder (if rights to claim are leased) | | Street Address or P.O. Box | | |
|---|---|---|---|---|
| NONE | | NONE | | |
| City | State | Zip Code | Home Telephone | Office Telephone |

| Name of Operating Company or Authorized Representative in Field | | Street Address or P.O. Box (Specify if Summer Address is different from Winter) | | |
|---|---|---|---|---|
| Arctic Knight Mining Company | | P.O. Box 60675 | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| Fairbanks | AK | 99706 | 907-479-6862 | |

| Employer I.D./Social Security Number | Month Start Up This Year | Month Shut Down This Year | Number of People Working Claim |
|---|---|---|---|
| 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 | May 1,1985 | Oct. 31,1985 | 2 |

| On what creek(s) are your claim(s) located? | Claim(s) Location: Section(s), Township(s), Range(s), Meridian: |
|---|---|
| Saint George Creek | TOWNSHIP:9S RANGE:3W SECTION:23 |

*Fairbanks A-3*

## DESCRIPTION OF OPERATION

List type, size, purpose and number of pieces of equipment to be used on the claim.

1 each of a John Deere 410 Backhoe

1 each of a 8" suction derdge

Which equipment listed above is used for the removal of overburden?

John Deere 410 backhoe

Which equipment listed above will be used in the stream?

NONE

| Beginning and ending dates of transportation of equipment across country TO a claim: | If using a hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD: |
|---|---|
| April 1,1985 | |
| Beginning and ending dates for transportation of equipment across country FROM a claim:<br>NONE | |

| List type and amount of explosives to be used: | If explosives will be used in or near streams or other bodies of water, indicate when, where and why they will be used; |
|---|---|
| NONE | |

| Type of overburden: (O.K. to check more than one)<br>☒ Rock  ☐ Sand  ☐ Silt  ☐ Clay  ☐ Organic Material<br>☒ Other (Specify):  Gravel | Depth of Overburden<br><br>2'TO 8' | Amount of Overburden to be removed:<br><br>Number of acres:  acres<br>Average depth in feet  3 feet |

*8/8/84*

Form 00-001(Rev. 1/83)



F 896988
No.

ning claims:
☑ State ☐ Private

e box to indicate who controls the
vhich the claim(s) are located and
crossed for access:

lational Park Service
Ailitary
'orest Service
lureau of Land Management
'ish & Wildlife Service

of Alaska

Specify):

igh (Specify):

Corporation (Specify):

(Specify):

Office Telephone

Office Telephone

dress is different from Winter)

Office Telephone

ar Number of People Working Claim

USGS Quad Map  A-2
Fairbanks  A-3

if nozzles, feet of head and total

r bodies of water, indicate when,

ed:
3

No. F896988

## PLACER MINING METHOD

Check method of mining and processing: (O.K. to check more than one.)

- ☐ Suction Dredge   Intake Size _____(in.)  Water Used _____ (GPM)
- ☒ Sluice Pump   Intake Size _6_ (in.)  Water Used _900_ (GPM)
- ☐ Bucket Line Dredge   Size of Buckets _____ (cu. ft.)
- ☒ Washing Plant   Type *Shaker Screen - 1/2"*  Vol. Material Processed/hr. _135_ (cu. yd.)
- ☒ Sluice Box   Length _40_ (ft.)  Width _36_ (in.)
  Depth of Water in Box _2_ (in.)  Slope _1 1/2_ (in./ft.)
- ☐ Chemical Treatment  ☐ Mercury  ☐ Cyanide  ☐ Other
  Describe process on a separate sheet.
  Daily Volume of Material Processed: _1,000_ (cu. yds.)

## WATER USAGE

| What % of a natural stream is diverted for any reason? | What % of diverted water is used for mining: | Of water used for mining what % is recycled: |
|---|---|---|
| _5_ % | _100_ % | _100_ % |

| Amt of water discharged: | Usage: Hours/Day | Usage: Days/Week |
|---|---|---|
| Qty: _300_ ☒ GPM  ☐ GPD  ☐ CFS | _10_ | _7_ |

| Date commenced operations: _6_ Month _76_ Year | Years needed to mine out claim: _3+_ |
|---|---|

| If water is not used for mining, is it routed around the treatment pond? ☒ YES  ☐ NO | When wastewater is returned to a stream, is it treated? ☒ YES  ☐ NO |
|---|---|

Condition of stream above claim, prior to discharge of wastewater:
☐ Clear  ☒ Murky  ☐ Muddy
If "muddy", is it: ☐ Natural  ☐ Manmade
☐ Other: (Describe)

## WATER SUPPLY

Type of Reservoir   *Pump as Needed*
- ☐ Earthfill Dam  ☐ Settling Pond  ☐ Sump  ☐ Other
- ☐ Temporary  ☐ On-stream   *or*
- ☐ Permanent  ☒ Off-stream   *Seepage -*

Size of Dam (in feet)

Length ____ Width at Crest ____ Width at Base ____ Height ____

Storage Capacity: (Indicate Length and Width of Area and Depth of Water)

Spillway Dimensions (in feet)

Depth ____ Width at Base ____ Side Slope ____

Method of taking water: *Pipe as Needed* _900_ (GPM)
☐ Diversion Ditch  ☐ Headgate  ☐ Capacity _____

## WASTE WATER TREATMENT

Capacity of Settling Pond(s): Indicate length and width of area and depth of water for each pond.

1. *Presettling* 100 X 100 X 3  2. 150 X 250 X 8
3. 150 X 150 X 8  4. 150 X 150 X 8

## FUEL

Fuel Stored: (List type of fuel)  *Diesel*

| Amount of fuel stored: _7500 Gals_ | Distance from stored fuel to nearest body of water: _400 ft_ |
|---|---|
| Method of transporting fuel: *Truck* | Amount of fuel transported per trip: _1000 Gals_ |

## ACCESS   ☒ EXISTING   ☐ TO BE BUILT

Indicate type of access if being built:   ☐ Road   ☐ Airstrip

Length _____ ft.  Width _____ ft.  Depth _____

## RECLAMATION

Indicate method of reclaming area of operation.
(O.K. to check more than one)
- ☒ Level tailings piles
- ☐ Regrade contours
- ☐ Respread topsoil
- ☐ Natural Revegetation
- ☐ Reestablish stream channels
- ☐ Spread fines on tailings
- ☐ Other: (Specify)

## DRILLING *None*

| Estimated maximum depth: (ft.) | Number of holes drilled: |
|---|---|
| Diameter of holes drilled: (in.) | Type of drill used: |

## CLAIM LISTING   (Indicate with an asterisk (*) those claims to be worked this season)

Please list all claim names within this claim group. If claim numbers are not known, attach copies of location notices. Each claim will be specifically named on your water permit or certificate. You may use the number of each claim on your sketch and USGS map for convenience.

| No. | CLAIM NAME | ADL/BLM No. if known | No. | CLAIM NAME | ADL/BLM No. if known |
|---|---|---|---|---|---|
| 1. | 25 Below Disc. | 304760 | 9. | 23 | 304758 |
| 2. | 31 " " | 309435 | 10. | 22 | 304757 |
| 3. | 30 " " | 434 | 11. | 21 | 304756 |
| 4. | 29 " " | 433 | 12. | | |
| 5. | 28 " " | 432 | 13. | H2O Rights | 400204 |
| 6. | 27 | 431 | 14. | | |
| 7. | 26 | 430 | 15. | | |
| 8. | 24 | 304759 | 16. | | |

| Signature of Applicant  *Dell S. Johnson* | Relationship to Claim(s): ☒ Owner  ☐ Leasee  ☐ Operator | Date _1-13-89_ |
|---|---|---|

Form 00-001 (Rev. 10/88)



Fairbanks
A-3    A-2

DELL E. JOHNSON
AA#F896988
1/12/89
SHEET No. 1

MINE
AREA
NO. 1

T 9 S
T 10 S

# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
## LAND USE AND WATER USE PERMITS AND MINING LICENSE

 No. 894636

### APPLICANT AND SITE INFORMATION

| DO NOT MARK IN THIS SPACE | Do you plan to do the following work on the claim(s)? ☐ Explore ☒ Mine ☐ Transport Equipment | Is claim patented? ☐ Yes ☒ No | Are the mining claims: ☐ Federal ☒ State |
|---|---|---|---|

**ACCEPTED OCT 11 1988 F&G. DOM**

| Check box(es) and list number(s) if you have had any of the following permits for these claims: | Check the mining district in which the claims are located: | Check the box to indicate who controls the land on which the claim(s) are located and which is crossed for access: |
|---|---|---|
| ☒ DNR Land Use Permit No.: NC83-121 | ☐ Circle ☐ Fairbanks ☐ Forty Mile ☐ Hot Springs ☐ Iditarod ☐ Innoko ☐ Koyukuk ☐ Kuskokwim ☐ Seward ☐ Seward Peninsula ☒ Other (Specify): Bonnifield | ☐ U.S. National Park Service ☐ U.S. Military ☐ U.S. Forest Service ☐ U.S. Bureau of Land Management ☐ U.S. Fish & Wildlife Service ☒ State of Alaska ☐ City (Specify): ☐ Borough (Specify): ☐ Native Corporation (Specify): ☐ Other (Specify): |
| ☐ Fish & Game - Habitat Protection Permit No.: | | |
| ☒ DNR - Water Use Permit ADL No.: 49682-P-C | | |
| ☒ DEC - Wastewater Discharge Permit No.: 823L-DB568 | | |
| ☒ Revenue - Alaska Mining License No.: F884380 | | |
| ☐ EPA-NPDES Wastewater Discharge Permit No.: | | |

| Claim Owner's Full Legal Name RICHARD KARP | Street Address or P.O. Box |
|---|---|
| Alaska Unlimited Company ROBERT SOUTHWOOD | P.O. Box 60782 |

| City | State | Zip Code | Home Telephone | Office Telephone |
|---|---|---|---|---|
| Fairbanks | AK | 99706 | 457-3346 | 488-2750 |

| Name of Lease Holder (if rights to claim are leased) N/A | Street Address or P.O. Box |
|---|---|

| City | State | Zip Code | Home Telephone | Office Telephone |
|---|---|---|---|---|
| | | | | |

| Name of Operating Company or Authorized Representative in Field Robert L. Southwood | Street Address or P.O. Box (Specify if Summer Address is different from Winter) P.O. Box 60782 |
|---|---|

| City | State | Zip Code | Home Telephone | Office Telephone |
|---|---|---|---|---|
| Fairbanks | AK | 99706 | 457-3346 | 488-2750 |

| Employer I.D./Social Security Number 92-0073733 | Month Start Up This Year May 1989 | Month Shut Down This Year September 1989 | Number of People Working Claim 6 |
|---|---|---|---|

| On what creek(s) are your claim(s) located? Gold King Creek | Claim(s) Location: Section(s), Township(s), Range(s), Meridian: Section 31   T9S-2W   F.M. |
|---|---|

### DESCRIPTION OF OPERATION

**List type, size, purpose and number of pieces of equipment to be used on the claim.**

2-966D Cat Loaders
2-235  Cat Backhoes
2-D-9H Cat Dozers
1-988  Cat Loader

**Which equipment listed above is used for the removal of overburden?**

D-9H Dozer & 966D Loader

**Which equipment listed above will be used in the stream?**

None

| Beginning and ending dates for transportation of equipment across country TO a claim: March 20 to April 5, 1989 | If using a hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD: |
|---|---|
| Beginning and ending dates for transportation of equipment across country FROM a claim: None | N/A |

| List type and amount of explosives to be used: None | If explosives will be used in or near streams or other bodies of water, indicate when, where and why they will be used: N/A |
|---|---|

| Type of overburden: (O.K. to check more than one) ☐ Rock ☐ Sand ☒ Silt ☐ Clay ☐ Organic Material ☐ Other (Specify): | Depth of Overburden: 6 Inches | Amount of Area to be disturbed: Number of acres: 4 Acres |
|---|---|---|

Form 00-001 (Rev. 12/86)



F 894636

FAIRBANKS

SCALE 1:250,000

CONTOUR INTERVAL 200 FEET

F-14577 (2561)
F-028718 (2627)
(964) RR/FJR

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**SEP 21 1992**

DECISION

| | | |
|---|---|---|
| Heirs of Nora Kubanyi | : | F-14577 |
| c/o Tanana Chiefs Conference, Inc. | : | Native Allotment Application |
| 122 First Avenue | : | |
| Fairbanks, Alaska  99701-4897 | : | |
| | : | |
| State of Alaska | : | F-028718 |
| Department of Natural Resources | : | General Purposes Grant |
| Division of Land | : | State Selection Application |
| Title and Contracts Section | : | |
| 3601 C Street, Suite 960 | : | |
| Anchorage, Alaska  99503 | : | |

Native Allotment Application Approved
State Selection Application Rejected in Part
Native Allotment Application Conformed to Survey

On November 22, 1971, the Bureau of Indian Affairs (BIA) filed Native allotment application F-14577 and evidence of use and occupancy on behalf of Nora Kubanyi. The application was filed under the provisions of the Act of May 17, 1906, as amended, 43 U.S.C. 270-1 to 270-3 (1970), which was repealed with a savings provision by the Alaska Native Claims Settlement Act (ANCSA) of December 18, 1971, 43 U.S.C. 1617. The application indicates use and occupancy since August 18, 1963, for approximately 160 acres of unsurveyed land located within Secs. 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, Alaska.

The application was not legislatively approved and must be adjudicated because on June 1, 1981, a valid protest was filed by the State of Alaska under the criteria set forth in Sec. 905(a)(5) of the Alaska National Interest Lands Conservation Act (ANILCA) of December 2, 1980, 43 U.S.C. 1634. Section 905(a)(5) states in pertinent part:

NR 12/1/92 AK
Insp 12/29/92
HI

. . . the Native allotment application shall be adjudicated pursuant to the requirements
of the Act of May 17, 1906, as amended, if on or before the one hundred and eightieth
day following the effective date of this Act--

(B)  The State of Alaska files a protest with the Secretary stating that the land
described in the allotment application is necessary for access to lands owned by
the United States, the State of Alaska, or a political subdivision of the State of
Alaska, to resources located thereon, or to a public body of water regularly
employed for transportation purposes, and the protest states with specificity the
facts upon which the conclusions concerning access are based and that no
reasonable alternatives for access exist.

Based upon the field examination of April 1, 1977, the applicant claimed hunting, trapping
and berry picking. The field examiner found ample evidence of use and occupancy. The
applicant had cleared and improved the area with a trailer, cabin, outhouse, meat cache and
two airstrips. This office has determined that at the time the claim was initiated, the lands
were vacant, unappropriated and unreserved and the applicant has satisfied the use and
occupancy requirements of the Act of May 17, 1906, as amended. Therefore, Native
allotment application F-14577 is hereby approved as to the lands described above.

All applications approved pursuant to the Act of May 17, 1906, are subject to the provisions
of the Act of March 8, 1922, as amended, 43 U.S.C. 270-11 and 270-12. It has been
determined that the above-described lands are without value for minerals; therefore, none
shall be reserved to the United States.

The Act of May 17, 1906, as amended, allows Alaska Natives to acquire an allotment by
proof of substantially continuous use and occupancy for a period of five years. As defined in
the regulations in 43 CFR 2561.0-5a:

. . . Such use and occupancy must be substantial actual possession and use of the land,
at least potentially exclusive of others . . . .

According to information in the case file, public use of the Rex to Bonnifield Trail (Trail #70
on Map 100 of the Alaska Existing Trail System Map, 1973) began in 1952, which is prior to
the applicant's claimed use and occupancy. This trail is also depicted on USGS Quadrangle
Fairbanks A-5, as an unimproved dirt trail. On this quad map and in the field report the trail
is identified as a winter trail. Therefore, the applicant's use of this trail was not potentially
exclusive of others and the Certificate of Allotment, when issued, will be subject to the trail.

On November 27, 1961, the State of Alaska filed general purposes grant selection application
F-028718 pursuant to Sec. 6(b) of the Alaska Statehood Act of July 7, 1958 (72 Stat. 339), as
amended, for lands in the west half of T. 8 S., R. 7 W., Fairbanks Meridian, excluding Trade
and Manufacturing (T&M) Site applications F-027156 and F-027157. The T&M site
applications were subsequently closed. On November 22, 1971, the same lands were
segregated by the filing of Nora Kubanyi's Native allotment application F-14577.

Section 6(b) of the Alaska Statehood Act of July 7, 1958, provides that the State may only select vacant, unappropriated, and unreserved public lands in Alaska. At the time the State application was amended on June 16, 1972, these lands were not vacant, unappropriated and unreserved. Therefore, State selection application F-028718 is rejected as to the lands in conflict with Native allotment application F-14577 and all the minerals therein.

The Certificate of Allotment will reserve the following to the United States:

> A right-of-way for ditches or canals constructed by the authority of the United States pursuant to the Act of August 30, 1890, 43 U.S.C. 945.

This allotment shall be subject to:

> The continued right of public access along the non-exclusive use Rex to Bonnifield Trail not to exceed 25 feet in width.

The survey of this Native allotment application was officially filed on June 17, 1992, and a copy is enclosed.

The official surveyed description of the claim is as follows:

> U.S. Survey No. 9954, Alaska, situated on the easterly, southerly, and westerly shores of Seven Mile Lake, (local name), approximately 9 miles southeasterly from Anderson, Alaska.

Containing 159.98 acres.

Tanana Chiefs Conference, Inc., acting for the applicant has 60 days from the receipt of this decision to notify this office in writing, if the survey as described does not contain all the improvements originally intended to be on this parcel. Any claim that the surveyed location is different than the intended location must be clearly supported by evidence of the error. Pursuant to Sec. 905(c) of ANILCA, you cannot change the location of the allotment after the expiration of the 60 days allowed in this decision. Unless so notified, the allotment application will be considered correctly surveyed.

Any party, other than Tanana Chiefs Conference, Inc., who has concerns regarding the survey, must submit those concerns within 30 days.

An appeal from this decision may be taken to the Interior Board of Land Appeals, Office of Hearings and Appeals, in accordance with the enclosed regulations in Title 43 Code of Federal Regulations (CFR), Part 4, Subpart E. The appellant has the burden of showing that the decision appealed from is in error.

If an appeal is taken, the notice of appeal must be filed with the Bureau of Land Management, Alaska State Office, 222 West Seventh Avenue, #13, Anchorage, Alaska 99513-7599, within 30 days of the receipt of this decision. Do not send the appeal directly to

the Board. The appeal and case history file will be sent to the Board from this office. The regulations also require the appellant to serve a copy of the notice of appeal, statement of reasons, written arguments or briefs on the Regional Solicitor, Alaska Region, U.S. Department of the Interior, 4230 University Drive, Suite 300, Anchorage, Alaska 99508-4626. To avoid summary dismissal of the appeal, there must be strict compliance with the regulations. Form 1842-1 is enclosed for additional information.

If an appeal is filed, each party named in the heading of this decision must be served.

/s/ **Frances J. Reed**

Frances J. Reed
Lead Land Law Examiner
Branch of Doyon/Northwest Adjudication

Enclosures:
Form 1842-1
Appeal Regulations
Survey plat
MTP

Copy furnished to:

Jimmy Edward Kubanyi
General Delivery
Nulato, Alaska  99765
(w/plats)

Don Michael Kubanyi
Box 81431
Fairbanks, Alaska  99701
(w/plats)

Eileen Kubanyi Welton
627 Bottles Street
North Pole, Alaska  99705
(w/plats)

Elizabeth Kubanyi Tuzroyluke
Box 36
Point Hope, Alaska  99766
(w/plats)

Doris Marie Kubanyi
Box 81367
Fairbanks, Alaska  99701
(w/plats)

Victor John Kubanyi
1929 Kittiwake Drive
Fairbanks, Alaska  99701
(w/plats)

Bobby Lloyd Kubanyi
Arlette Jean Kubanyi
93 Timberline Drive
Fairbanks, Alaska  99701
(w/plats)

Bureau of Indian Affairs
Alaska Title Services Center (ATSC)
1675 C Street
Anchorage, Alaska  99501-5198
(certified true copy)
(w/plats)

Bureau of Indian Affairs
Federal Building & Courthouse
101 12th Avenue, Box 16
Fairbanks, Alaska  99701-6270
(w/plats)

Larry Ethelbah
Rights Protection Officer
Juneau Area Office
Bureau of Indian Affairs
P.O. Box 25520
Juneau, Alaska  99802-5520
(w/plats)

cc:

    DM-(070)

    964:RRodriguez:rr:9/17/92:14577dec



# EXHIBIT 3



ALASKA DEPARTMENT OF NATURAL RESOURCES
(ADNR)

Water Resources Section

550 West 7th Avenue, Suite 900A, Anchorage, AK 99501-3577

(907) 269-8503

## TEMPORARY WATER USE AUTHORIZATION
## TWUP A2001-118

Pursuant to AS 46.15, as amended and the rules and regulations promulgated thereunder, permission is hereby granted to Golden Valley Electric Association, Inc., PO Box 71249, Fairbanks, Alaska, 99709 and their contractors, to withdraw up to **36.82 acre feet of water from October 1st through May 31st for each authorized year**. The water will be used for construction/maintenance of ice road/bridge construction, on the Northern Intertie Transmission Line Project, located between Healy and Fairbanks, Alaska.

SOURCES OF WATER AND ICE AGGREGATE:

See Attachment "A" - 19 Sources

STRUCTURES TO BE CONSTRUCTED AND USED:

Structures and equipment to be constructed and used: Screened intake structure, Pump with 10 inch intake, 3,000 gpm output, Hose, Tanker Truck, and other water and ice removal and distribution equipment.

Changes in the natural state of water are to be made as stated herein and for the purposes indicated.

During the effective period of this authorization, the permittee shall comply with the following conditions:

CONDITIONS:

1. Follow acceptable engineering standards in exercising the rights granted herein.

2. Comply with all applicable laws and any rules and/or regulations issued thereunder.

3. Indemnify the State against and hold it harmless from any and all claims, demands, suits, loss, liability and expense for injury or to death of persons and damages to or loss of property arising out of or connected with the exercise of the privileges covered by this permit.

**000140**

4. Notify the Water Resources Section upon change of address.

5. Permittee is responsible for obtaining and complying with other permits/approvals (state, federal, or local) that may be required.

6. This authorization is subject to an annual administrative service fee.

7. This authorization does not authorize the permittee to enter upon any lands until proper rights-of-way, easements, or permission documents, from the appropriate landowner have been obtained.

8. Failure to respond to a request for additional information during the term of the authorization may result in the termination of this authorization.

9. Permittee shall allow an authorized representative of the Water Resources Section to inspect, at reasonable times, any facilities, equipment, practices, or operators regulated or required under this authorization.

10. Permittee is responsible for the actions of contractors, agents, or other persons who perform work to accomplish the approved project, and shall ensure that workers are familiar with the requirements of this authorization. For any activity that significantly deviates from the approved project during its siting, construction, or operation, the permittee is required to contact the Water Resources Section and obtain approval before beginning the activity.

11. The Water Resources Section may modify this authorization to include different limitations, expand monitoring requirements, evaluate impacts, or require restoration at the site.

12. Any false statements or representations, in any application, record, report, plan, or other document filed or required to be maintained under this authorization, may result in the termination of this authorization.

13. Ice aggregate harvested in fish-bearing waters shall be from grounded ice.

14. Each water intake structure shall be centered and enclosed in a screened box designed to prevent fish entrapment, entrainment or injury. The effective screen opening may not exceed 1/4 inch. To reduce fish impingement on screened surfaces, water velocity at the screen/water interface may not exceed 0.5 feet per second, when the pump is operating.

This Temporary Water Use Authorization is issued pursuant to 11 AAC 93.220. No water right or priority is established by a temporary water use authorization issued pursuant to 11 AAC 93.220. Water so used is subject to appropriation by others (11 AAC 93.210(b)).

**000141**

The Department may suspend operations authorized under this authorization whenever such suspension shall in its judgment be necessary to protect the public interest or that of a prior appropriator.

This authorization shall expire on **April 15, 2003.**

Date issued: _January 8, 2002_

Approved: _Kellie Wrightful_

       Kellie Westphal
       Natural Resource Manager

**000142**

Golden Valley Electric Association, Northern Intertie Project
Application For Temporary Water Use Permit No. 1

| | LOCATION OF WATER SOURCE | | | | | |
|---|---|---|---|---|---|---|
| | Identifiable Landmarks | Meridian | Township | Range | Section | 1/4 Sections |
| 1 | Seven Mile Lake | Fairbanks | 8S | 7W | 7 | |
| 2 | Unnamed, Map 1, Str 178-179 | Fairbanks | 7S | 7W | 28,29 | |
| 3 | Unnamed, Map 1, Str 203-204 | Fairbanks | 7S | 7W | 4,5 | |
| 4 | Unnamed, Map 1, Str 215-216 | Fairbanks | 6S | 7W | 21 | |
| 5 | Fish Creek, Map 1, Str 222-223 | Fairbanks | 6S | 7W | 16 | |
| 6 | Unnamed, Map 1, Str 234-235 | Fairbanks | 6S | 7W | 4 | |
| 7 | Unnamed, Map 2, Str 238-239 | Fairbanks | 5S | 7W | 33 | |
| 8 | Unnamed, Map 2, Str 242-243 | Fairbanks | 5S | 7W | 28 | |
| 9 | Unnamed, Map 2, Str 247-248 | Fairbanks | 5S | 7W | 28,21 | |
| 10 | Unnamed, Map 2, Str 251-252 | Fairbanks | 5S | 7W | 21 | |
| 11 | Unnamed, Map 2, Str 256-257 | Fairbanks | 5S | 7W | 16 | |
| 12 | Unnamed, Map 2, Str 294-295 | Fairbanks | 4S | 6W | 30 | |
| 13 | Unnamed, Map 2, Str 295-296 | Fairbanks | 4S | 6W | 30 | |
| 14 | Totatlanika River, Map 2, Str 304-305 | Fairbanks | 4S | 6W | 21,28 | |
| 15 | Unnamed, Map 2, Str 306-307 | Fairbanks | 4S | 6W | 21 | |
| 16 | Unnamed, Map 2, Str 312-313 | Fairbanks | 4S | 6W | 22 | |
| 17 | Unnamed, Map 2, Str 317-318 | Fairbanks | 4S | 6W | 23 | |
| 18 | Tatlanika River, Map 2, Str 327-328 | Fairbanks | 4S | 5W | 18 | |
| 19 | Tatlanika River, Map 2, Str 329-330 | Fairbanks | 4S | 5W | 18 | |

Attachment "A"
Water Sources
TWUP A2001-118
Page 1 of 1

000143

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YY) |
|---|---|
| | 01/01/2002 |

**CER**
ARECA INS MANAGEMENT, INC.
703 W. TUDOR RD. STE. 101
ANCHORAGE　　　AK　99503
907-563-2555

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
Golden Valley
PO Box 71249
Fairbanks　　　AK　99707

| | |
|---|---|
| INSURER A: | ARECA INSURANCE EXCHANGE, INC. |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | UNITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR | GL020190091 | 01/01/2002 | 01/01/2003 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 100,000 |
| | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT LOC | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| A | **AUTOMOBILE LIABILITY** X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS HIRED AUTOS X NON-OWNED AUTOS | AL020190092 | 01/01/2002 | 01/01/2003 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| | | | | | | $ |
| A | **EXCESS LIABILITY** OCCUR CLAIMS MADE DEDUCTIBLE RETENTION $ | XS020050095 | 01/01/2002 | 01/01/2003 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WC020190093 | 01/01/2002 | 01/01/2003 | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

PERMITS AND RIGHTS OF WAY WITHIN AND ACROSS STATE LANDS FOR
2002/2003
CERTIFICATE HOLDER IS NAMED ADDITIONAL INSURED WITH RESPECTS
TO LIABILITY COVERAGE ONLY

**000144**

## CERTIFICATE HOLDER | X | ADDITIONAL INSURED; INSURER LETTER: AIE

STATE OF ALASKA DEPT OF NATURAL RESOURCES
3700 AIRPORT WAY
FAIRBANKS　　　AK　99707

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

© ACORD CORPORATION 198