# EXHIBIT 6

# EXHIBIT 7

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ALASKA

3   DON M. KUBANYI, JIMMY KUBANYI,      )
    AILEEN WELTON, ELIZABETH            )
4   TUZROYLUK, DORIS KUBANYI,.          )
    VICTOR KUBANYI, BOBBY KUBANYI,      )
5   ARLETTE KUBANYI and BRIAN           )
    BAGGETT,                            )
6                                       )
                    Plaintiffs,         )
7                                       )
8        v.                             )
                                        )
    GOLDEN VALLEY ELECTRIC              )
9   ASSOCIATION, DAVE CRUZ,             )
    individually, and d/b/a             )
10  CRUZ CONSTRUCTION, BLACK &          )
    VECH CORPORATION, JAKE COVEY,       )
11  and PATRICK NELSON,                 )
                                        )
12                  Defendants.         )
    _____)   Case No. FO4-0026 CI
13

14          **DEPOSITION OF DAVE CRAMER CRUZ**

15                **January 24, 2006**

16  APPEARANCES:

17      FOR THE PLAINTIFFS:    **MICHAEL J. WALLERI**
                               Attorney at Law
18                             330 Wendell Street, Suite E
                               Fairbanks, Alaska  99701
19
        FOR THE DEFENDANTS:    **VENABLE VERMONT, JR.**
20                             Assistant Attorney General
                               STATE OF ALASKA DEP'T OF LAW
21                             Civil Division
                               Special Litigation Section
22                             1031 West Fourth Avenue,
                               Suite 200
23                             Anchorage, Alaska   99501-5903

24

25



*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876



RECEIVED
FEB 2 7 2006
PRESTON GATES ELL & GILLETT

COPY

1    you -- what do you do for a living?

2  A  I'm president of Cruz Construction, Inc. and we are a

3     heavy snow and ice road contractor.

4  Q  Okay.  And where is your principal place of business?

5  A  Palmer, Alaska.

6  Q  Okay.  And in 19 -- or in 2002, was that your place of

7     business also -- or 2003?

8  A  Palmer is our base.  I have two other offices and

9     facilities.

10  Q  And where are they?

11  A  Fairbanks, Alaska, 4001 South Cushman, and Deadhorse,

12     Alaska, Prudhoe Bay.

13  Q  Okay.  And could you describe your involvement with the

14     construction of the GVA intertie?

15  A  Was contracted on two different occasions, one as a

16     direct contract with GVA for right-of-way clearing in the

17     summer of 2002 and we cleared various sections of the

18     intertie under direct contract to Golden Valley and in

19     the winter of 2001/2002 and 2002/2003, we were contracted

20     to Global Power and Communications for construction and

21     maintenance of 78 miles of ice road for the project.

22  Q  And that was for 2000, 2001 and 2003?

23  A  Right, it was -- it was a two-year contract.

24  Q  Oh, okay.  Just so that I understand, when would those --

25     when -- in terms of the first year of the construction,

| | | |
|---|---|---|
| 1 | | around the first of December, somewhere right in there, |
| 2 | | end of November, first of December, for that project. |
| 3 | | NI-8 was the one we're talking about. |
| 4 | Q | That's the one that we're -- that's the one where |
| 5 | | the..... |
| 6 | A | Yeah. |
| 7 | Q | .....Kubanyi incident occurred? |
| 8 | A | Yeah. |
| 9 | Q | Okay.  And so you were contracted for -- to construct a |
| 10 | | road?  What were you doing out there in March? |
| 11 | A | In March, we were maintaining our ice road. |
| 12 | Q | Okay.  Now, who did you -- you're familiar with the |
| 13 | | concept of contracting officer? |
| 14 | A | Yes, I am. |
| 15 | Q | Okay.  In terms of your -- the contracting officer with |
| 16 | | Global, who was that that you were reporting to? |
| 17 | A | Well, it wouldn't be a contracting officer.  That's |
| 18 | | generally a Corps of Engineers or government guy -- deal |
| 19 | | but..... |
| 20 | Q | Right. |
| 21 | A | .....my -- the person that I reported to was Mike |
| 22 | | Gearhart and he at that time was president of Global |
| 23 | | Power and Communications. |
| 24 | Q | And was he on site at the time? |
| 25 | A | Yes, pretty much during all construction, Mike was there. |

| | | |
|---|---|---|
| 1 | A | And it -- I should clarify that, Mr. Walleri.  In my |
| 2 | | participation, I took my orders from Global Power and no |
| 3 | | one else. |
| 4 | Q | Okay. |
| 5 | A | That's who I was contracted to so I should clarify that |
| 6 | | but a lot of this I don't know for a fact because I'm not |
| 7 | | privileged to that.  I'm a subcontractor to Global and |
| 8 | | Global is the one that tells me go to work, don't go to |
| 9 | | work. |
| 10 | Q | Okay.  You know Don Kubanyi, correct? |
| 11 | A | Yes, I do. |
| 12 | Q | And how long have you known him? |
| 13 | A | I personally met Don in the -- December of 2001. |
| 14 | Q | And what was all that about? |
| 15 | A | I..... |
| 16 | Q | Why did you meet him? |
| 17 | A | Don lived out at Seven Mile Lake and he's the only one |
| 18 | | that -- that I know that lived out that trail unless you |
| 19 | | went further out there around -- I think it's Gold |
| 20 | | Canyon, there was a few people. |
| 21 | Q | And that's the area known as the Kubanyi allotment? |
| 22 | A | Yes, Seven Mile Lake, yes. |
| 23 | Q | Okay.  That's where the incident occurred that brought us |
| 24 | | all together. |
| 25 | A | Yup. |

1   Don was definitely getting drunk and so about -- I didn't

2   go back and see him or take him any alcohol or anything

3   but, you know, we were still going to help him the next

4   day.  About -- our night shift was se -- set to start, I

5   believe, at 8:00 p.m.  That's what we work, 8:00 to 6:00

6   in the morning.  That would be 10 hours, 6:30.  8:00 to

7   6:30 is what we were going to work and the crew went out

8   that night and I was staying down at Rochester's Lodge is

9   the name of it, just right across from Clear Sky Lodge,

10  and I went in to check on the crew.  Everything was going

11  relatively good.  Weather looked like it was going to go

12  and my mechanic at that time, Lynn McCoyne, called me and

13  said Don was kind of starting to raise some trouble out

14  there and wanted -- wanted to talk to me.  I think that's

15  what it was and so I told Lynn, I said well, tell Don

16  I'11 come and talk to him tomorrow, that I'm going home,

17  I've worked all I can today.  So anyway, I went on out

18  the road and then I got a call from Mike Able who was

19  Dryden and Larue's inspector very upset and said Don had

20  threatened to kill them.  He was going to get his gun and

21  kill them and they were fearing for their life and that

22  was the direct -- I remember that very vividly.  So I

23  thought about it for a second.  I had to insure the

24  safety of my crew out there.  I got on my cell phone and

25  I called 911 and I met both of these gentlemen out.  I

1  went to the Parks Highway, sat there waiting for them to

2  come, met both of them at the Parks Highway, explained to

3  them who we were, what we were doing and.....

4  Q  Okay.  Hold off there for a second.  So at -- right after

5  Mike Able called you, your next call was on 911?

6  A  When he threatened to kill the crew, yes.

7  Q  Okay.  Did you talk to anybody else about what to do?

8  A  No.

9  Q  Did you talk to the chief inspector?

10  A  Nope.

11  Q  Okay.  Did somebody tell you to call the troopers?

12  A  I made that judgment as the president of my company and

13  to insure the safety of my people.....

14  Q  Okay.

15  A  .....and the Golden Valley inspector.

16  Q  Did you tell Officer Covey that the general inspector had

17  told you to call?

18  A  I wouldn't be the general inspector, I would have told

19  him the Golden Valley inspector.....

20  Q  Okay.

21  A  .....you know, was fearing for his life so I may have

22  said the Golden Valley inspector.

23  Q  If on the tape, you refer to two separate inspectors and

24  that one -- that the chief inspector told you to call, do

25  you know who that would have been?

-30-

1         project about going off the Rex Trail towards the Kubanyi

2         lands?

3  A   I don't recall.

4  Q   Okay.  So once the troopers responded, do you remember

5         telling them that there was an Indian out there getting

6         wild?

7  A   I don't recall.  I think that's probably what my mechanic

8         told me.  I do remember telling him who it was, you know,

9         so.....

10  Q   Okay.  And they asked you how many people were out there?

11  A   Yes.

12  Q   And what'd you tell them?

13  A   That was -- we thought there were -- now, when you're

14         talking people, you're talking my people or Kubanyi's?

15  Q   No, in terms of the Kubanyi's.

16  A   We -- we thought there was four.

17  Q   Okay.  And did you tell them that -- whether or not they

18         were armed?

19  A   I -- the only thing that I recall is just passing on

20         exactly what I was told, that he threatened to kill them

21         and I think -- and on it -- now, as memory serves me

22         right, I think I'm going my -- you know, I'm going to go

23         get my gun and kill them.  You know, I mean, it was --

24         it's serious stuff.

25  Q   Okay.

-66-

1       contracted to.

2    Q   And Mike Gearhart's with Global Power and Communications?

3    A   Was.  He's dead.

4    Q   All right.  Sorry.  Okay.  And on the night of this

5        incident, there were no Black and Vech employees on the

6        site that evening, March 1st, 2003?

7    A   Not to my knowledge.

8    Q   Okay.  Thank you, sir.  I have no further questions.

9            MR. QUINN:  I just have one very quick question.  I

10   just want to clarify something that -- in response to one of

11   Mr. Vermont's questions and that is.....

12                        **CROSS EXAMINATION**

13   BY MR. QUINN:

14   Q   .....Mr. Able who was out on the scene there that night,

15       am I correct that he was not a Cruz Construction

16       employee?

17   A   That is correct.

18   Q   All right.  He was employed by the inspecting company?

19   A   Dryden and Larue.

20   Q   All right.  Good.  That's all I have.

21           MR. WALLERI:  Couple of questions.

22                       **REDIRECT EXAMINATION**

23   BY MR. WALLERI:

24   Q   You indicated in response to Mr. Borgeson's questions

25       that there had been a change order to stop work after the

# EXHIBIT 8

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al.
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DON M. KUBANYI, JIMMY KUBANYI,      )
AILEEN WELTON, ELIZABETH            )
TUZROYLUK, DORIS KUBANYI,           )
VICTOR KUBANYI, BOBBY KUBANYI,      )
ARLETTE KUBANYI and BRIAN           )
BAGGETT,                            )
                                    )
                    Plaintiffs,     )
                                    )
      v.              ,             )
                                    )
GOLDEN VALLEY ELECTRIC              )
ASSOCIATION, DAVE CRUZ,             )
individually, and d/b/a             )
CRUZ CONSTRUCTION, BLACK &          )
VECH CORPORATION, JAKE COVEY,       )
and PATRICK NELSON,                 )
                                    )
                    Defendants.     )
_____)   Case No. FO4-0026 CI
```

DEPOSITION OF PATRICK STEVEN NELSON

January 24, 2006

APPEARANCES:

FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                        Attorney at Law
                        330 Wendell Street, Suite E
                        Fairbanks, Alaska  99701

FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
                        Assistant Attorney General
                        STATE OF ALASKA DEP T OF LAW
                        Civil Division
                        Special Litigation Section
                        1031 West Fourth Avenue,
                        Suite 200
                        Anchorage, Alaska   99501-5903

            M E T R O    C O U R T    R E P O R T I N G
                                         745 West Fourth Avenue,
Suite 425
                                         Anchorage, Alaska
99501
                                              (907)
276-3876

Case 4:04-cv-00026-RRB   Document 57-4   Filed 04/05/2006   Page 13 of 26

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al.
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 21
-21-

A    No.

Q    They are not normally taped?

A    Not that I m aware of.  I know 911 calls are taped

     automatically.

Q    Do you have any recollection of what you were advised at

     the time that you received the call?

A    No, not specifically what the dispatcher said.

Q    Okay.  And so what caused you to go to the Kubanyi

     allotment that night?
A    I received a call from dispatch.
Q    To go to the Kubanyi allotment?
A    I -- I assume so or to meet the complainant wherever they
     specified they wanted to meet at.  I.....
Q    And what did you do after that?
A    Responded to wherever dispatch told me to go at the time.

Q    And do you know where that was?

A    I assume it was right around the Clear Sky area because

     that s where we went.  Like I said, I don t recall

     specifically what the dispatcher said.

         MR. VERMONT:  Excuse me a minute.  Just for the

     record, clarify what Clear Sky is so we all know what we re

talking.....
A    It s a lodge right around the Rex Trailhead area at.....
     MR. VERMONT:  Okay.  Thank you.

              M E T R O   C O U R T   R E P O R T I N G
                                        745 West Fourth Avenue,
Suite 425
                                        Anchorage, Alaska
99501
                                            (907)
276-3876

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al.
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 22

-22-

Q    (By Mr. Walleri)  It s right across from the Rex

Trailhead, right?

A    I think so.  A couple miles down the road maybe.

Q    Okay.  And when you got there, what -- when you got to

the -- did you go into the Clear Sky or did you go to the

Rex Trailhead?

A    I believe we pulled off on the side of the road and met

with Dave Cruz, I believe, who was the one who called if

I remember correctly.

Q    Okay.  And you said we.  Who -- when you refer to we, who
are you referring to?

A    Myself and Trooper Covey.

Q    Okay.  Were you together in the same car?

A    No, two separate cars.

Q    Do you know who arrived first?

A    I don t recall.

Q    Okay.  Was he coming from Cantwell?

A    Who?

Q    Mr. -- Trooper Covey.

A    No, I believe he was either right behind me or I was

right behind him, both coming from Nenana or that area.

Q    Okay.  So what happened after that?

A    Trooper Covey spoke with Mr. Cruz briefly and then got
some details and then we headed down the Rex Trail.

M E T R O   C O U R T   R E P O R T I N G
745 West Fourth Avenue,

Suite 425

Anchorage, Alaska

99501

(907)

276-3876

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al.
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 25

-25-

were to contact -- well, why don t you go ahead and tell

me what happened when you got to Mr. -- to interview Mr.

Cruz.  What happened in that conversation?

A    Well, I ll just read it straight out of the report here.

Q    Mm-hmm (affirmative).

A    It says myself and Trooper Covey responded to Mile 181.5

of the Parks Highway to contact an intertie worker who

reported that Dan Kubanyi had threatened to shoot members

of his crew if they crossed his land again.  He stated
that Kubanyi was intoxicated, very intimidating.  We
filed the complaint approximately 10 miles off the --
miles east off the highway down the Rex Trail to the
Seven Mile Lake area where the crew was conduct --
constructing an ice bridge for the intertie job.

Q    Now, when -- so when you dis -- when you talked with Mr.

Cruz, he informed you that Mr. Kubanyi was complaining

that they were crossing his land.

A    Yeah, he informed Trooper Covey.  I didn t conduct the

interview with Mr. Cruz.

Q    Okay.  Were you present?

A    Yes.

Q    So you were aware at the time that Mr. Kubanyi had told
-- or that Mr. Cruz had told Officer Covey that the --
that Mr. Kubanyi was objecting to people crossing his

M E T R O    C O U R T    R E P O R T I N G
745 West Fourth Avenue,

Suite 425

Anchorage, Alaska

99501

(907)

276-3876

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al.
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 27

-27-

Q    Well, do you have any recollection of being concerned

about whether or not Mr. -- the person known to you at

that time as the Indian might have a valid concern about

people trespassing on his land?

A    Rephrase that again for me real quick.

Q    Do you have any current recollection that you -- of

concern by you at that time that the person referred to

as the Indian was concerned about people trespassing on

his land?

A    At the time, my concern was that there was a complaint
made about a firearm, there was a complaint made of
threats to shoot people with that firearm and that the
person was intoxicated.  Those three things combined, you
know, based on my experience, are a recipe for disaster.
Certainly, I don t want to get hurt myself but, on the

other hand, I want to ensure that no one else at the site

gets hurt either.

Q    But.....

A    My main focus was to ensure that no one gets hurt.

That s my main focus.

Q    You were also aware that Mr. Kubanyi was not armed at the

time though, according to Mr. Cruz?

A    No, I wasn t aware of that.  I wasn t aware that he
wasn t armed.

M E T R O    C O U R T    R E P O R T I N G
745 West Fourth Avenue,

Suite 425

Anchorage, Alaska

99501

(907)

276-3876

Case 4:04-cv-00026-RRB   Document 57-4   Filed 04/05/2006   Page 17 of 26

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al.          DEPOSITION OF PATRICK STEVEN NELSON
CASE NO. F04-0026 CI                                                        JANUARY 24, 2006

Page 39

-39-

group of people because one said that they were

trespassing on the other s land and you didn t look for

any signs?

A    I was responding to a call of a threat of violence by one

person to shoot another person.

Q    You.....

A    I wasn t responding to a call of trespassers on my land.

Q    Did you find it at all significant that there was an

allegation of trespass?

A    At that point, I didn t have an allegation of trespass, I
had an allegation that someone had showed up intoxicated
and threatened to shoot people.  That was why I was
there.  I wasn t there to solve any trespassing problems.

Q    But did -- Mr. Cruz told you that there was a dispute
about trespass, that Ms. -- that -- correct?

A    Mr. Cruz didn t tell me anything.  He to -- may have told

Trooper Covey that.

Q    But you were standing right there.

A    I was standing within the general area, yes.

Q    So you knew when you went out there that there was a

dispute about trespass, right?

A    Like I said, my concern going out there was to prevent
any violence or to make an arrest if a crime had been --
occurred involving that violence.  I didn t want anybody

M E T R O   C O U R T   R E P O R T I N G
745 West Fourth Avenue,
Suite 425
Anchorage, Alaska
99501
(907)
276-3876

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 42

-42-

A    He wasn t a complainant that said they were trespassing

on the land, the complaint came from one of the intertie

workers to our dispatch in reference to an intoxicated

person with a firearm threatening to shoot.

Q    So you re trying to tell me that when you showed up on

that scene, you had no idea whatsoever that Mr. Kubanyi

believed that people were trespassing on his land?

A    No, I m not going to say that.  What I said was our

complaint that was made was of someone that was
intoxicated and made a threat of violence with a firearm.
That was our main focus when we got to the scene, to
prevent any violence, to prevent any harm against the
intertie workers and especially to prevent any harm
against myself or Trooper Covey.  Trespassing issues are
-- are after that s all settled and done.  Our main goal

is to ensure that nobody gets hurt.

Q    Did you look for weapons on any of the intertie workers?

A    No, they posed no threat to us.

Q    To you?

A    They -- they posed no threat to myself and Trooper Covey.

Q    Okay.  Do you think they might have posed a threat to Mr.

Kubanyi?
A    If that was the case, I would assume that Mr. Kubanyi
would have called the state troopers.

M E T R O   C O U R T   R E P O R T I N G
745 West Fourth Avenue,

Suite 425

Anchorage, Alaska

99501

(907)

276-3876

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 44

-44-

and his stance and posture, I believed him -- excuse me

-- to be a threat, yes.

Q    Was he advancing on you in a threatening manner?

A    He wasn t -- he wasn t advancing but he definitely took

up a -- a aggressive stance and a combative stance.

Q    Okay.  And how would -- and spread his legs apart?

A    Yes, he, you know, kind of spread his legs apart, bladed

off towards us, had his hands down in -- kind of at his

sides with his fists closed in a classic fight or flight
posture.

Q    Okay.  And then he advanced towards you?

A    No, I don t recall that.

Q    Okay.  What d he do?

A    Basically, I told him get down on the ground, get down on
the ground, you re under arrest, get down on the ground.

He kept saying fuck you, fuck you, why, fuck you.  I told

him if he didn t get down on the ground, that he would be

controlled with 10,000 volts of electricity.  I think he

said fuck you again and I deployed the taser.

Q    Why were you arresting him?

A    The complaint had been made he d threatened violence

against the intertie workers.  The intertie workers,
based on their statements that they gave, it fit the
statute for, basically, an assault-IV.

M E T R O    C O U R T    R E P O R T I N G
745 West Fourth Avenue,

Suite 425

Anchorage, Alaska

99501

(907)

276-3876

Page 53

-53-

A    And it wasn t there when the pictures got taken so I

can t say whether they re his or not.

Q    Okay.

A    Can we stop for just a second so I can get some water?

Q    Go right ahead.

MR. VERMONT:  Would you hand us that pitcher that s

right behind?  Seems to be the only water in here.

COURT REPORTER:  We re off record.

(Off record)
(On record)
COURT REPORTER:  Back on record.
MR. VERMONT:  Can the record show we were just off
for 30 seconds or so, just to get some more water?  Thank you.
Q    (By Mr. Walleri)  When he struck you, do you think that
Mr. Kubanyi intended to strike you?

A    Yes.

Q    And why is that?

A    Based on his demeanor and his tumultuous attitude towards

us from the moment we got there.

Q    Well, tell me this, can you describe how he struck you?

A    Not specifically, no.  I know I got struck in the face by

Mr. Kubanyi.  Whether it was his elbow or his fist, I
don t know specifically.
Q    When he was on the ground?

M E T R O   C O U R T   R E P O R T I N G
745 West Fourth Avenue,
Suite 425
Anchorage, Alaska
99501
(907)
276-3876

DON KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
CASE NO. F04-0026 CI

DEPOSITION OF PATRICK STEVEN NELSON
JANUARY 24, 2006

Page 54

-54-

A    No, this was before we fell down.

Q    Okay.  So he struck you -- or he struck you before -- how

     did he get close enough to strike you?

A    Like I said, after I deployed the taser, myself and

     Trooper Covey moved in to make the physical arrest

     whereas, you know, put the person in handcuffs on a

     normal, perfect day, turn around, put your hands behind

     your back, the person complies, you walk up, put the

     handcuffs on and we go from there.
Q    Okay.
A    But that didn t happen like this.  Told him to turn
     around and it was fuck you, fuck you, no, why.  I
     deployed the taser.  It didn t work.  Myself and Trooper
     Covey had to move in to make a physical arrest and during
     that time, he -- he struck me in the face and we all fell

     down.

Q    Okay.  What happened after you -- well, how many tasers

     were deployed?

A    How many tasers?

Q    Mm-hmm (affirmative).

A    Explain to me what you mean by deployed, how many were on

     scene or.....
Q    Yeah.
A    Just mine, I believe.

                    M E T R O    C O U R T    R E P O R T I N G
                                           745 West Fourth Avenue,
  Suite 425

                                           Anchorage, Alaska
  99501
                                                (907)
  276-3876

Page 61

-61-

in the tape after Mr. Kubanyi is controlled.

A    Okay.

Q    Do you remember the break between that and the interviews

with Mr. Baggett?

A    I hear the machine click so I assume that s a break.

Q    Okay.  Do you know what happened between that time?

A    No.

Q    Okay.  Were you there?

A    Well, I assume I was still there.

Q    Okay.  After you.....

       MR. VERMONT:  Well, let s define there.  You mean
the scene generally or.....

Q    (By Mr. Walleri)  Yeah, you were in the -- you were at
the scene, correct?

A    I was still around where the intertie workers were.

Q    What happened after you picked -- after you subdued Mr.

Kubanyi?

A    Like I said, we walked him back to the car.  He washed

his face off.  I gave him a couple bottles of water out

of my patrol car and some napkins.  I washed off his face

on Trooper Covey s -- the hood of Trooper Covey s car and

then he was taken out to the road where he was picked up
by, I believe, Trooper Hartson (ph) and, I guess, taken
to Fairbanks.

                    M E T R O   C O U R T   R E P O R T I N G
                                         745 West Fourth Avenue,

Suite 425

                                         Anchorage, Alaska
99501
                                              (907)

276-3876

# EXHIBIT 9

1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF ALASKA

3    DON M. KUBANYI, JIMMY KUBANYI,        )
     AILEEN WELTON, ELIZABETH              )
4    TUZROYLUK, DORIS KUBANYI, VICTOR      )
     KUBANYI, BOBBY KUBANYI, and           )
5    ARLETTE KUBANYI,                      )
                                           )
6         Plaintiffs,                      )
                                           )
7    v.                                    )
                                           )
8    GOLDEN VALLEY ELECTRIC                )
     ASSOCIATION, et al.,                  )   Case No. F04-0026 CI
9                                          )
          Defendants.                      )
10   _____      )
     CRUZ CONSTRUCTION, INC. and           )
11   DAVE CRUZ, individually,              )
                                           )
12        Defendant and Third-            )
          Party Plaintiffs,               )
13                                         )
     v.                                    )
14                                         )
     GLOBAL POWER & COMMUNICATIONS,        )
15   LLC.,                                 )
                                           )
16        Third-Party Defendant.          )
                                           )
17   _____

18           VIDEOTAPED DEPOSITION OF DON KUBANYI
                     October 14, 2005

19   APPEARANCES:

20        FOR THE PLAINTIFFS:        MR. MICHAEL J. WALLERI
                                     Attorney at Law
21                                   330 Wendell Street
                                       Suite E
22                                   Fairbanks, Alaska   99701
                                     (907)  452-4716
23

24

25

RECEIVED
FEB 07 2006
PREG O'DONNELL & GILLETT

153

1   Q    Between Mile 6 and 7, or markers 6 and 7?

2   A    I don't have my glasses, but I can see a 7.

3   Q    Right.  I know it's pretty hard.  That's pretty small.

4        And I think your testimony was that your particular

5        cabin was visible from the Rex highway in 2003?

6   A    Yes, it is.

7   Q    Mr. Kubanyi, did you have -- strike that.  Mr. Kubanyi,

8        in May -- or March 1st, 2003, did you see any employees

9        from Black & Veatch on that property at that time?

10  A    No one I could say because I didn't know who they were.

11       I don't know who most of them workers were working for,

12       whether it was the inspectors or whether -- you know, I

13       mean I don't know who was who.  You know, I'm going to

14       guess Cruz I know it -- because of their equipment

15       then, but there were other people there, too, and I

16       don't know who they worked for.

17  Q    Did you notice or see any vehicles -- a Black & Veatch

18       vehicle at that particular location on March 1, 2003?

19  A    No, not that I recall.

20  Q    Do you have any information or evidence that Black &

21       Veatch trespassed on your property on March 1st, 2003?

22  A    Would you state that again?

23  Q    Sure.  Do you have any specific information that

24       Black & Veatch trespassed on your property on March

25       1st, 2003?

154

1  A     No, I don't have any information on it.

2  Q     Same question.  Do you have any evidence that Black &

3        Veatch trespassed on your property in March 2003?

4  A     No, I have no evidence.

5  Q     And you are claiming that no one trespassed on your

6        property in 2002?

7  A     Yeah, no -- no -- they didn't cross that property then.

8        I would have saw the tracks there.  All that

9        happened -- I saw them go on the Rex Trail, but nobody

10       crossed our property there then.

11 Q     Looking at your complaint and your amended complaint,

12       it maintains only two causes of action: one for

13       trespass and a second for civil rights violation.  In

14       terms of the civil rights violation, are those directed

15       at the police officers in this litigation?

16 A     I would think so, you know.  I mean they're the ones I

17       feel violated me, but I'm going to say yes.

18 Q     All right.

19 A     But.....

20             MS. TAVARES:   Thank you.  I have no further

21 questions.

22             DON MICHAEL KUBANYI

23 testified as follows on:

24             CROSS EXAMINATION

25 BY MR. VERMONT: