```
1  Eric P. Gillett, Esq.
   Preg O'Donnell & Gillett PLLC
2  1800 Ninth Ave., Suite 1500
   Seattle, WA  98101-1340
3  Phone: (206) 287-1775
   Fax:  (206) 287-9113
4
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>Plaintiff(s),<br><br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>Defendant(s). | NO. F-04-0026 CIV<br><br>**AFFIDAVIT OF ERIC P. GILLETT IN SUPPORT OF DEFENDANT BLACK & VEATCH'S MOTION FOR SUMMARY JUDGMENT** |

NO. F-04-0026 CIV

STATE OF WASHINGTON   )
                     ) ss.
COUNTY OF KING        )

AFFIDAVIT OF ERIC P. GILLETT IN SUPPORT OF
DEFENDANT BLACK & VEATCH'S MOTION FOR
SUMMARY JUDGMENT - 1
00567-4017 31539.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## AFFIDAVIT OF ERIC P. GILLETT

I, Eric P. Gillett, having been duly sworn upon oath states as follows:

I am the attorney of record for Defendants Black & Veatch and am competent to testify to the facts stated herein.

1. Attached hereto as **Exhibit 1**, is a true and correct copy of the United States Department of Interior BLM Alaska State Office Native Allotment, dated December 9, 1992.

2. Attached hereto as **Exhibit 2**, is a true and correct copy of a decision, dated October 23, 1992, case number F-14577, Native Allotment Application – Modification of Decision, dated September 21, 1992.

3. Attached hereto as **Exhibit 3**, is a true and correct copy of a document titled Temporary Water Use Authorization, issued by the Alaska Department of Natural Resources, dated January 8, 2002.

4. Attached hereto as **Exhibit 4**, is a true correct copy of the Land Use Permit obtained from the State of Alaska, Department of Natural Resources, dated March 5, 1999.

5. Attached hereto as **Exhibit 5**, is a true and correct copy of the Subcontract Agreement between Global Power Communications LLC and Cruz Construction, dated December 3, 2001.

6. Attached hereto as **Exhibit 6**, is a true and correct copy of the Engineering Continuing Services Agreement between Golden Valley Electric Association and Black & Veatch Corporation, dated July 6, 1999.

7. Attached hereto as **Exhibit 7**, is a true and correct copy of portions of the deposition testimony of David Cruz.

9. Attached hereto as **Exhibit 8**, are true and correct copies of portions of the deposition testimony of Trooper Nelson.

AFFIDAVIT OF ERIC P. GILLETT IN SUPPORT OF
DEFENDANT BLACK & VEATCH'S MOTION FOR
SUMMARY JUDGMENT - 2
00567-4017 31539.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

10. Attached hereto as **Exhibit 9**, are true and correct copies of portions of the deposition testimony of Don Kubanyi.

DATED this ___5___ day of April, 2006 in Seattle, Washington.

_____
ERIC P. GILLETT, ESQ.

SUBSCRIBED AND SWORN to before me this __5th__ day of April, 2006.



_Valerie M. Allen_
_____
Valerie M. Allen
(Printed Name)
Notary Public, I and for the State of ~~Wisconsin~~ Washington,
Residing at _Seattle, Washington_
My Commission Expires On: _9-10-08_

---

AFFIDAVIT OF ERIC P. GILLETT IN SUPPORT OF
DEFENDANT BLACK & VEATCH'S MOTION FOR
SUMMARY JUDGMENT - 3
00567-4017 31539.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113