1 | Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
2 | 1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340
3 | Phone:  (206) 287-1775
Fax:  (206) 287-9113
4

5

6

7

8

9
UNITED STATES DISTRICT COURT
10
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

11
DON M. KUBANYI, JIMMY KUBANYI,
12 | AILEEN WELTON, ELEZABETH
TUZROYLUK, DORIS KUBANYI, VICTOR          NO.  F-04-0026 CIV
13 | KUBANYI, BOBBY KUBANYI, and
ARLETTE KUBANYI,                          AFFIDAVIT OF RICK MUCHA IN SUPPORT
14                                         OF MOTION FOR SUMMARY JUDGMENT
                              Plaintiff(s),
15       v.

16 | GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
17 | and d/b/a/ CRUZ CONSTRUCTION, BLACK
& VECH CORPORATION, TROOPER JAKE
18 | COVEY AND TROOPER PATRICK
NELSON, STATE OF ALASKA,
19
                              Defendant(s).
20

21

22       NO.  F-04-0026 CIV

23 | STATE OF WISCONSIN      )
                          ) ss.
24 | COUNTY OF _____ )

25

1

**AFFIDAVIT OF RICK MUCHA**

2

3        I, RICK MUCHA, having first been duly sworn upon oath, states as follows:

4        1.        I am competent to testify to the facts stated herein, all of which are based upon

5    personal knowledge.

6        2.        I was hired by Black & Veatch and was asked to work on the Global Intertie

7    Project during 2002 - 2003.    I presently reside at 1727 E. Midway Road, Unit 1, Appleton,

8    Wisconsin, 54915

9        3.        Black and Veatch was originally hired by Golden Valley Electric Association as

10   an independent contractor solely to perform engineering services for GVEA on the Global

11   Intertie Project.

12       4.        Black & Veatch did not enter into contract agreements with Cruz Construction

13   Inc.   Golden Valley Communications hired Cruz Construction and Cruz Construction was the

14   subcontractor who built the ice roads for the Northern Intertie Project.

15       5.        Neither myself nor any employees from Black & Veatch controlled the day-to-day

16   operations of the Northern Intertie Project, or the actions of Cruz Construction Inc.   Global

17   Power Communications, who hired Cruz Construction, acted as construction project managers,

18   and generally controlled and supervised the project.

19       6.        On March 1, 2003, there were no employees from Black & Veatch working at

20   Seven Mile Lake.  Nor did Black & Veatch have any direction or control over the actions of Cruz

21   Construction Inc. on that date, or at any other time.

22

23       DATED this _30_ day of March, 2006 in Appleton, Wisconsin.

24

RICK MUCHA

25

AFFIDAVIT OF RICK MUCHA IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT - 2
00567-4017  29141.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE (206) 287-1775 • FACSIMILE: (206) 287-9113

1    SUBSCRIBED AD SWORN to before me this 30th day of March, 2006.

2

3    ┌─────────────────────────┐
     │     JANETT WHITE        │      *Janett White*
4    │   NOTARY PUBLIC         │      JANETT WHITE
     │ STATE OF WISCONSIN      │
     └─────────────────────────┘      (Printed Name)
5                                      Notary Public, I and for the State of Wisconsin,
                                       Residing at 118 S State St, Appleton, WI 54911
6                                      My Commission Expires On: 08|02|2009
7                                          Outagamie County

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AFFIDAVIT OF RICK MUCHA IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT - 3
00567-4017 29141.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113