Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

**RECEIVED**

APR 1 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett, <br><br> Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson, <br><br> Defendants. <br><br> Cruz Construction, Inc. and Dave Cruz, individually, <br><br> Defendant and Third-Party Plaintiffs, <br><br> Global Power & Communications, LLC, <br><br> Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. F04-0026 CIV

**STIPULATION FOR EXTENSION OF TIME FOR THE CLOSE OF DISCOVERY**

The parties, by and through their respective undersigned counsel, hereby stipulate to a 90 day extension of time for the close of discovery in the above referenced matter within which to schedule depositions. The close of discovery will be October 18, 2006.

DATED this _____ day of April, 2006.

> BORGESON & BURNS, PC
>
> By: _____
> Cory R. Borgeson
> ABA 8405009

DATED this _____ day of April, 2006

> RICHMOND & QUINN
>
> By: _____
> Daniel T. Quinn
> ABA # 8211141

DATED this _____ day of April, 2006

> DAVID W. MARQUEZ
> ATTORNEY GENERAL
>
> By: _____
> Venable Vermont, Jr.
> ABA # 8306067

The parties, by and through their respective undersigned counsel, hereby stipulate to a 90 day extension of time for the close of discovery in the above referenced matter within which to schedule depositions. The close of discovery will be October 18, 2006.

DATED this _____ day of April, 2006.

                BORGESON & BURNS, PC

                By: _____
                      Cory R. Borgeson
                      ABA 8405009

DATED this _____ day of April, 2006

                RICHMOND & QUINN

                By: _____
                      Daniel T. Quinn
                      ABA # 8211141

DATED this 10th day of April, 2006

                DAVID W. MARQUEZ
                ATTORNEY GENERAL

                By: _____
                      Venable Vermont, Jr.
                      ABA # 8306067

DATED this 11th day of April, 2006.

                                MICHAEL J. WALLERI

                                By: _____
                                Michael J. Walleri
                                ABA# 7906060

DATED this ____ day of April, 2006.

                                PREG O'DONNELL & GELLETT PLLC

                                By: _____
                                Eric P. Gillett
                                ABA# 8611111

DATED this ____ day of April, 2006.

                            MICHAEL J. WALLERI

                            By: _____
                                Michael J. Walleri
                                ABA# 7906060

DATED this 10 day of April, 2006.

                            PREG O'DONNELL & GELLETT PLLC

                            By: _____
                                Eric P. Gillett
                                ABA# 8611111