Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

LODGED
APR 19 2006
FAIRBANKS

RECEIVED
APR 19 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>  Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>  Defendants.<br><br>Cruz Construction, Inc. and Dave Cruz, individually,<br><br>  Defendant and Third-Party Plaintiffs,<br><br>Global Power & Communications, LLC,<br><br>  Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. F04-0026 CIV

**ORDER GRANTING EXTENSION OF TIME FOR THE CLOSE OF DISCOVERY**

The Court, having considered the parties' Stipulation and being otherwise advised in the premises,

IT IS HEREBY ORDERED that the close of discovery in the above captioned matter shall be October 18, 2006.

DATED this \_\_\_\_ day of _____, 2006.

                                             RALPH R. BEISTLINE
                                             U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Foregoing document was mailed/ Hand delivered this _19_ day of April, 2006, to:

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

Venable Vermont, Jr.
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501

By: _/s/ Karen Day_