UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


KUBANYI, et al.   v.   GVEA, et al.

DATE:   April 24, 2006        CASE NO.   4:04-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING STIPULATION**

---

The Stipulation filed by the parties at Docket 61 is hereby **GRANTED**.  Close of discovery is extended to **October 18, 2006.**

M.O. GRANTING STIPULATION