Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>Plaintiff(s),<br><br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>Defendant(s). | NO. F-04-0026 CIV<br><br>**DEFENDANT BLACK & VEATCH'S RESPONSE TO NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Defendant Black & Veatch Corporation filed its Motion for Summary Judgment with the U.S. District Court on April 5, 2006. (**Exh 1**) Any opposition or replies to the summary judgment motion were to be filed with the court by April 24, 2006. As of May 1, 2006, there has been no opposition filed to Black & Veatch's Motion for Summary Judgment.

DECLARATION OF SERVICE - 1
00567-4017 33667.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE (206) 287-1775 • FACSIMILE (206) 287-9113

As Defendant Black & Veatch's Motion for Summary Judgment is unopposed, it is therefore requested that Black & Veatch's Summary Judgment be granted and that the Court dismiss all claims, with prejudice.

DATED this 1st day of May, 2006.

                       PREG O'DONNELL & GILLETT PLLC

                       By /s/ Eric P. Gillett
                          Eric P. Gillett, ABA 8611111
                          Preg O'Donnell & Gillett PLLC
                          1800 Ninth Avenue, Suite 1500
                          Seattle, WA  98101
                          Phone:  (206) 287-1775
                          Fax:     (206) 287-9113
                          Email:   egillett@pregodonnell.com
                       Attorneys for Defendant Black & Veatch Corporation

DECLARATION OF SERVICE - 2
00567-4017 33667.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

<mark>/</mark>

# DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1. **_Defendant Black & Veatch's Response to Non-Opposition to Motion for Summary Judgment;_**

directed to the following individuals:

| | |
|---|---|
| **Counsel for Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, et al.:**<br>Michael J. Walleri<br>Law Office of Michael J. Walleri<br>330 Wendell Street, Suite E<br>Fairbanks, AK  99701<br><br>_X_  Via Electronic Filing | **Counsel for Defendants Trooper Jake Covey and Trooper Patrick Nelson:**<br>Venable Vermont, Jr., Esq.<br>Assistant Attorney General<br>State of Alaska<br>Department of Law<br>1031 West Fourth Avenue, Suite 20<br>Anchorage, AK  99501<br><br>_X_  Via Electronic Filing |
| **Counsel for Defendant Golden Valley Electric Association:**<br>Cory Borgeson, Esq.<br>Borgeson & Burns, P.C.<br>100 Cushman Street, Suite 311<br>Fairbanks, AK  99701<br><br>_X_  Via Electronic Filing | **Counsel for Defendant/Third-party Plaintiff Dave Druz, d/b/a Cruz Construction:**<br>Dan Quinn, Esq.<br>Law Offices of Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK  99501-2038<br><br>_X_  Via Electronic Filing |

DECLARATION OF SERVICE - 3
00567-4017 33667.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  DATED at Seattle, Washington, this 1st day of May, 2006.

2                                        PREG O'DONNELL & GILLETT

3                                        */s/ Valerie M. Allen*

4                                        Valerie M. Allen, Legal Assistant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

DEFENDANT BLACK & VEATCH'S RESPONSE TO
NON-OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT - 4
00567-4017 33667.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113