1 Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
2 1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
3 Phone: (206) 287-1775
Fax: (206) 287-9113
4

5

6

7

8

9
UNITED STATES DISTRICT COURT
10 FOR THE DISTRICT OF ALASKA AT FAIRBANKS

11
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI, | NO. F-04-0026 CIV |
|---|---|
| Plaintiff(s), | **AFFIDAVIT OF ERIC P. GILLETT IN SUPPORT OF DEFENDANT BLACK & VEATCH'S RESPONSE TO NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA, | |
| Defendant(s). | |

NO. F-04-0026 CIV

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

---

AFFIDAVIT OF ERIC P. GILLETT IN SUPPORT OF
DEFENDANT BLACK & VEATCH'S RESPONSE TO
NON-OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT - 1
00567-4017 33670.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

### AFFIDAVIT OF ERIC P. GILLETT

I, Eric P. Gillett, having been duly sworn upon oath states as follows:

I am the attorney of record for Defendant Black & Veatch and am competent to testify to the facts stated herein.

1.  Attached hereto as **Exhibit 1** is a true and correct copy of the notice obtained from the U.S. District Court, District of Alaska, confirming Defendant Black & Veatch's Motion for Summary Judgment was electronically mailed to all parties on April 5, 2006.

2. Defendant Black & Veatch has not received any opposition to its Motion for Summary Judgment.


DATED this ___ day of May, 2006 in Seattle, Washington.

_____
ERIC P. GILLETT, ESQ.


SUBSCRIBED AND SWORN to before me this 1st day of May, 2006.



_____
Valerie M Allen
(Printed Name)
Notary Public, I and for the State of Washington,
Residing at  Seattle, Washington
My Commission Expires On: 9-10-08

- 2
00567-4017 33670.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1. ***Affidavit of Eric P. Gillett in Support of Defendant Black & Veatch's Response to Non-Opposition to Motion for Summary Judgment;***

directed to the following individuals:

| **Counsel for Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, et al.:** | **Counsel for Defendants Trooper Jake Covey and Trooper Patrick Nelson:** |
|---|---|
| Michael J. Walleri<br>Law Office of Michael J. Walleri<br>330 Wendell Street, Suite E<br>Fairbanks, AK 99701<br><br>_X_ Via Electronic Filing | Venable Vermont, Jr., Esq.<br>Assistant Attorney General<br>State of Alaska<br>Department of Law<br>1031 West Fourth Avenue, Suite 20<br>Anchorage, AK 99501<br><br>_X_ Via Electronic Filing |
| **Counsel for Defendant Golden Valley Electric Association:** | **Counsel for Defendant/Third-party Plaintiff Dave Druz, d/b/a Cruz Construction:** |
| Cory Borgeson, Esq.<br>Borgeson & Burns, P.C.<br>100 Cushman Street, Suite 311<br>Fairbanks, AK 99701<br><br>_X_ Via Electronic Filing | Dan Quinn, Esq.<br>Law Offices of Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038<br><br>_X_ Via Electronic Filing |

DECLARATION OF SERVICE - 3
00567-4017 33670.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE (206) 287-9113

1  DATED at Seattle, Washington, this 1st day of May, 2006.

2                           PREG O'DONNELL & GILLETT

3                           */s/ Valerie M. Allen*
                         Valerie M. Allen, Legal Assistant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4
00567-4017 33670.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113