# EXHIBIT 1

Case 4:04-cv-00026-RRB   Document 64-2   Filed 05/01/2006   Page 1 of 5

**Other Documents**

4:04-cv-00026-RRB Kubanyi et al v. Golden Valley Electric Association et al

**U.S. District Court**

**District of Alaska**

Notice of Electronic Filing

The following transaction was received from Gillett, Eric entered on 4/5/2006 at 11:38 AM ADT and filed on 4/5/2006

**Case Name:**       Kubanyi et al v. Golden Valley Electric Association et al
**Case Number:**     4:04-cv-26
**Filer:**           Black & Vech Corporation
**Document Number:** 58

**Docket Text:**
AFFIDAVIT re [57] MOTION for Summary Judgment *of Eric P. Gillett* by Black & Vech Corporation. (Gillett, Eric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=4/5/2006] [FileNumber=81588-0] [
8c68f72e89590c3ab1334f411b394485016f507bfddde1e2321209bac30223d76dbeb0
b16b3cb0ed79b8523caebe5229db0769fd2a576fa34bee4ca9dd3597f7]]

**4:04-cv-26 Notice will be electronically mailed to:**

Cory R. Borgeson     cborgeson@bnblaw.com, kday@bnblaw.com

Eric P. Gillett      egillett@pregodonnell.com, mmorgan@pregodonnell.com

Daniel T. Quinn      dquinn@richmondquinn.com, cesary@richmondquinn.com

Venable Vermont , Jr   twc_ecf@law.state.ak.us, venable_vermont@law.state.ak.us; heather_hebdon@law.state.ak.us

Michael J. Walleri   walleri@gci.net, christin_woodward@yahoo.com

**4:04-cv-26 Notice will be delivered by other means to:**

**Other Documents**
4:04-cv-00026-RRB Kubanyi et al v. Golden Valley Electric Association et al

## U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from Gillett, Eric entered on 4/5/2006 at 11:39 AM ADT and filed on 4/5/2006

**Case Name:**   Kubanyi et al v. Golden Valley Electric Association et al
**Case Number:**   4:04-cv-26
**Filer:**   Black & Vech Corporation
**Document Number:** 59

**Docket Text:**
AFFIDAVIT re [57] MOTION for Summary Judgment *of Rick Mucha* by Black & Vech Corporation. (Gillett, Eric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=4/5/2006] [FileNumber=81591-0] [
560021152a48297ec21ea27afd5722763f9ffaffe66fd59aa273a5d915cd5093982e47
259b9b42d95f6ca12e1792256cc76cbc71c698a1331f4cba1ba40f33d6]]

**4:04-cv-26 Notice will be electronically mailed to:**

Cory R. Borgeson     cborgeson@bnblaw.com, kday@bnblaw.com

Eric P. Gillett     egillett@pregodonnell.com, mmorgan@pregodonnell.com

Daniel T. Quinn     dquinn@richmondquinn.com, cesary@richmondquinn.com

Venable Vermont , Jr    twc_ecf@law.state.ak.us, venable_vermont@law.state.ak.us; heather_hebdon@law.state.ak.us

Michael J. Walleri     walleri@gci.net, christin_woodward@yahoo.com

**4:04-cv-26 Notice will be delivered by other means to:**

Michelle M. Morgan

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Wednesday, April 05, 2006 1:26 PM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 4:04-cv-00026-RRB Kubanyi et al v. Golden Valley Electric Association et al "Notice Re: Chamber Copy"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Alaska

Notice of Electronic Filing

The following transaction was received from JPS, entered on 4/5/2006 at 12:25 PM ADT and filed on 4/5/2006
**Case Name:**    Kubanyi et al v. Golden Valley Electric Association et al
**Case Number:**   4:04-cv-26
**Filer:**
**Document Number:** 60

**Docket Text:**
Notice to Counsel: A review of the motion submitted at Docket 57 confirms that it is over 25 pages in length. Pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at Docket 57. Thank you. (JPS, )

The following document(s) are associated with this transaction:


**4:04-cv-26 Notice will be electronically mailed to:**

Cory R. Borgeson    cborgeson@bnblaw.com, kday@bnblaw.com

Eric P. Gillett    egillett@pregodonnell.com, mmorgan@pregodonnell.com

Daniel T. Quinn    dquinn@richmondquinn.com, cesary@richmondquinn.com

Venable Vermont , Jr    twc_ecf@law.state.ak.us, venable_vermont@law.state.ak.us; heather_hebdon@law.state.ak.us

Michael J. Walleri    walleri@gci.net, christin_woodward@yahoo.com

**4:04-cv-26 Notice will be delivered by other means to:**


4/5/2006

**UPS Next Day Air®**
**UPS Worldwide Express**
Shipping Document

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

TRACKING NUMBER: 1Z 82A 05F 22 1000 734 3

**1 SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: 82A05F
REFERENCE NUMBER: 00501-4017
NAME: V. Allen
TELEPHONE: 206-287-1775
COMPANY: PREG O'DONNELL & GILLETT
STREET ADDRESS: 1800 NINTH AVE RM 1500
CITY AND STATE: SEATTLE   WA   ZIP CODE: 98101-1358

**2 EXTREMELY URGENT DELIVERY TO**
NAME: Judge R. Beistline   TELEPHONE: (907) 677-6257
COMPANY: U.S. District Court
DEPT/FLR: 4G   Residential: ☐
STREET ADDRESS: 222 W. 7th Ave
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Anchorage, AK   ZIP CODE: 99513

**3 WEIGHT**
WEIGHT ENTER "LTR" IF LETTER: LTR
DIMENSIONAL WEIGHT If Applicable:

**4 TYPE OF SERVICE**
☐ NEXT DAY AIR
☐ EXPRESS (INT'L)
FOR WORLDWIDE EXPRESS SHIPMENTS: Mark an "X" in this box if shipment only contains documents of no commercial value.   ☐ DOCUMENTS ONLY

**5 OPTIONAL SERVICES**
☐ SATURDAY PICKUP   See instructions
☐ SATURDAY DELIVERY   See Instructions
☐ INSURED VALUE   Contents are automatically protected up to $100. For insured value over $100, see instructions.   AMOUNT $
☐ C.O.D.   If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package.   AMOUNT $

**6 ADDITIONAL HANDLING CHARGE**
☐ An Additional Handling Charge applies for certain items. See Instructions.   $

TOTAL CHARGES: $

**7 METHOD OF PAYMENT**
BILL RECEIVER ☐   BILL THIRD PARTY ☐ Domestic Only   CREDIT CARD ☐   CHECK ☐
American Express / Diner's Club / Discover / MasterCard / Visa
BILL SHIPPER ☒
Record Account No in Section 8.

**8 RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**   EXPIRATION DATE:
THIRD PARTY'S COMPANY NAME:
STREET ADDRESS:
CITY AND STATE:   ZIP CODE:

**9 SHIPPER'S SIGNATURE**   X [signature] V. Allen

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

DATE OF SHIPMENT: 4/5/00

SHIPPER'S COPY   1
CHARGES

01019112026O9  11:700 W