DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al  
F04-0026 CI  
Case 4:04-cv-00026-RRB   Document 65-2   Filed 05/02/2006   Page 1 of 5  
DEPOSITION OF DAVE C. CRUZ  
JANUARY 24, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,           )
AILEEN WELTON, ELIZABETH                 )
TUZROYLUK, DORIS KUBANYI,                )
VICTOR KUBANYI, BOBBY KUBANYI,           )
ARLETTE KUBANYI and BRIAN                )
BAGGETT,                                 )
                                         )
                    Plaintiffs,          )
                                         )
         v.                              )
                                         )
GOLDEN VALLEY ELECTRIC                   )
ASSOCIATION, DAVE CRUZ,                  )
individually, and d/b/a                  )
CRUZ CONSTRUCTION, BLACK &               )
VECH CORPORATION, JAKE COVEY,            )
and PATRICK NELSON,                      )
                                         )
                    Defendants.          )
_____)  Case No. F04-0026 CI

DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MICHAEL J. WALLERI  
                                 Attorney at Law  
                                 330 Wendell Street, Suite E  
                                 Fairbanks, Alaska  99701

    FOR THE DEFENDANTS:    VENABLE VERMONT, JR.  
                                 Assistant Attorney General  
                                 STATE OF ALASKA DEP'T OF LAW  
                                 Civil Division  
                                 Special Litigation Section  
                                 1031 West Fourth Avenue,  
                                 Suite 200  
                                 Anchorage, Alaska   99501-5903

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
F04-0026 CI

Case 4:04-cv-00026-RRB    Document 65-2    Filed 05/02/2006    Page 2 of 5

DEPOSITION OF DAVE C. CRUZ
JANUARY 24, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, )
AILEEN WELTON, ELIZABETH )
TUZROYLUK, DORIS KUBANYI, )
VICTOR KUBANYI, BOBBY KUBANYI, )
ARLETTE KUBANYI and BRIAN )
BAGGETT, )
 )
          Plaintiffs, )
 )
    v. )
 )
GOLDEN VALLEY ELECTRIC )
ASSOCIATION, DAVE CRUZ, )
individually, and d/b/a )
CRUZ CONSTRUCTION, BLACK & )
VECH CORPORATION, JAKE COVEY, )
and PATRICK NELSON, )
 )
          Defendants. )
_____) Case No. F04-0026 CI


DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006


APPEARANCES:

    FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                             Attorney at Law
                             330 Wendell Street, Suite E
                             Fairbanks, Alaska  99701

    FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
                             Assistant Attorney General
                             STATE OF ALASKA DEP'T OF LAW
                             Civil Division
                             Special Litigation Section
                             1031 West Fourth Avenue,
                             Suite 200
                             Anchorage, Alaska  99501-5903

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, )
AILEEN WELTON, ELIZABETH )
TUZROYLUK, DORIS KUBANYI, )
VICTOR KUBANYI, BOBBY KUBANYI, )
ARLETTE KUBANYI and BRIAN )
BAGGETT, )
 )
          Plaintiffs, )
 )
    v. )
 )
GOLDEN VALLEY ELECTRIC )
ASSOCIATION, DAVE CRUZ, )
individually, and d/b/a )
CRUZ CONSTRUCTION, BLACK & )
VECH CORPORATION, JAKE COVEY, )
and PATRICK NELSON, )
 )
          Defendants. )
_____)  Case No. F04-0026 CI

DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                                Attorney at Law
                                330 Wendell Street, Suite E
                                Fairbanks, Alaska 99701

    FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
                                Assistant Attorney General
                                STATE OF ALASKA DEP'T OF LAW
                                Civil Division
                                Special Litigation Section
                                1031 West Fourth Avenue,
                                Suite 200
                                Anchorage, Alaska   99501-5903

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
F04-0026 CI

Case 4:04-cv-00026-RRB    Document 65-2    Filed 05/02/2006    Page 4 of 5

DEPOSITION OF DAVE C. CRUZ
JANUARY 24, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, )
AILEEN WELTON, ELIZABETH )
TUZROYLUK, DORIS KUBANYI, )
VICTOR KUBANYI, BOBBY KUBANYI, )
ARLETTE KUBANYI and BRIAN )
BAGGETT, )
 )
 Plaintiffs, )
 )
 v. )
 )
GOLDEN VALLEY ELECTRIC )
ASSOCIATION, DAVE CRUZ, )
individually, and d/b/a )
CRUZ CONSTRUCTION, BLACK & )
VECH CORPORATION, JAKE COVEY, )
and PATRICK NELSON, )
 )
 Defendants. )
_____) Case No. F04-0026 CI

DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                                   Attorney at Law
                                   330 Wendell Street, Suite E
                                   Fairbanks, Alaska  99701

    FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
                                   Assistant Attorney General
                                   STATE OF ALASKA DEP'T OF LAW
                                   Civil Division
                                   Special Litigation Section
                                   1031 West Fourth Avenue,
                                   Suite 200
                                   Anchorage, Alaska  99501-5903

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
F04-0026 CI
Case 4:04-cv-00026-RRB   Document 65-2   Filed 05/02/2006   Page 5 of 5
DEPOSITION OF DAVE C. CRUZ
JANUARY 24, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, )
AILEEN WELTON, ELIZABETH )
TUZROYLUK, DORIS KUBANYI, )
VICTOR KUBANYI, BOBBY KUBANYI, )
ARLETTE KUBANYI and BRIAN )
BAGGETT, )
)
        Plaintiffs, )
)
v. )
)
GOLDEN VALLEY ELECTRIC )
ASSOCIATION, DAVE CRUZ, )
individually, and d/b/a )
CRUZ CONSTRUCTION, BLACK & )
VECH CORPORATION, JAKE COVEY, )
and PATRICK NELSON, )
)
        Defendants. )
_____) Case No. F04-0026 CI

DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                           Attorney at Law
                           330 Wendell Street, Suite E
                           Fairbanks, Alaska   99701

    FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
                           Assistant Attorney General
                           STATE OF ALASKA DEP'T OF LAW
                           Civil Division
                           Special Litigation Section
                           1031 West Fourth Avenue,
                           Suite 200
                           Anchorage, Alaska   99501-5903