Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and   BRIAN BAGGETT,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VEATCH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>          Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT (BLACK & VEATCH)**<br>[Civ. R. 56(f)]<br><br>Case No. FO4-0026 |

Plaintiffs seek a continuance to file their opposition pursuant to Civ. R. 56(f) to Defendants, Black & Veatch ( B&V) motion for summary judgment.  Recently, the parties filed stipulations to extend discovery  until October 18, 2006 in the above captioned matter due to the difficulty of the parties to coordinate discovery.  The difficulties are largely related to the number of defendants represented by separate

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

counsel [i.e. four (4) ].  The Plaintiffs would like to continue consideration of B&V 's motion for summary judgment until thirty days following the close of discovery to allow proper discovery in the case.

This case is about a trespass across a Native Allotment to access a lake for the purposes of constructing an ice road along the Rex Trail as part of the GVEA Electrical Intertie project.  The thrust of B&V's argument is that they were merely the engineering firm, and that they had little day-to-day project management responsibilities.[1] That basic view of B&V's role is blatantly refuted by that portion of Dave Cruz's deposition omitted from B&V's filing.   Dave Cruz was the sub-contractor that was principally involved in the trespass.  In his deposition, Mr. Cruz testified as follows

> Q.   …what was Black and Vech's role in all this?
> A.    … they were somewhat acting as Golden Valley's agent in proc— managing the project. They handled permitting, they handled design changes.  Most of the time …. you wouldn't get a directive from

---

[1] B&V Memo. Sum. Jud. at 8 et. seq.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

> Golden Valley Electric ---like Global Power, you would get a directive from Black and Vech representative like Rick Mooka or Jeff Jensen.
>
> Q.   When you said that you'd get a directive from Black and Vech, what was the nature of that directive? I mean, what would they be directing you to do?
>
> A.   Well, … lets just say there was a change order requested but it would go through Black and Vech. That's how it was initiated.  I would say they were probably contract project mangers.[2]

Moreover, Mr. Cruz stated that B&V were intimately involved in obtaining permits to access Seven Mile Lake.  He testified

> Q.   … who did you discuss with regards to the permitting of accessing Seven Mile Lake for water?
>
> A    The only person that I discussed was with Jeff of Black and Vech and they -- we had maps of the intertie route. We wanted any piece of water, any --that we could get ahold of that either bisected, came into the right-of-way, any rivers that we were going to cross, any lakes that we could get water out of for it and Black and Vech took care of getting the permits.

---

[2] Plt. Exibit A (D. Cruz Depo) 10:17- 11:12

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

> Q   Did Mr. Jensen make any representation of getting those permits for you to you?
>
> A   He -- he got the permits, yes[3]

Later, Mr. Cruz confirmed B&V's responsibility in obtaining permits when he stated

> Q   And if you have to -- was it up to you as to where you could get the water?
>
> A   I could request what water sources we wanted. Whether the state would issue them or not, that would be beyond my control.
>
> Q   And that was up to Black and Vech to get the permits?
>
> A   Yes.[4]

The thrust of Mr. Cruz's testimony is that B&V was performing project management for the Intertie Project, and that B&V were responsible for obtaining access permits. The failure to obtain those permits, including a Right of Way permit across the Kubanyi Allotment is a material fact in obvious controversy.

However, depositions of Mr. Jensen or Mr. Mucha are required for the Plaintiff's to fully address B&V's motion for summary judgment. The parties have

---

[3] Id, 18:8-19
[4] Id. 38:17-23

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                   4 of 5
Memo Motion for Continuance

been discussing a second round of depositions, which is part of the reason for the extension of discovery deadlines. The current deadline to complete these depositions is set for October 18, 2006

The Plaintiff's respectfully request the court allow a continuance on Plaintiff's opposition until thirty days after the end of discovery (i.e. November 18, 2006)

DATED this 2nd day of May, 2006.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
AK Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on May 2, 2006 via ECMl to:

| Mr. Venable Vermont, Jr. | Mr. Cory Borgeson |
| Assistant Attorney General | Boreson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak 99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA 98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                  5 of 5
Memo Motion for Continuance