```
               UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
```

 KUBANYI, et al.   v.   GOLDEN VALLEY ELECTRIC ASSOC., et al.

DATE:   May 2, 2006     CASE NO.   4:04-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **REGARDING MOTION FOR CONTINUANCE**

---

Plaintiff's Motion for Continuance to oppose the Motion for Summary Judgment was filed after the Motion for Summary Judgment was ripe for decision and just as the Court was completing its ruling on the unopposed Motion for Summary Judgment. This is poor practice. Nevertheless, the Court will forestall its ruling on the summary judgment motion until after the Motion for Continuance has been resolved.

M.O. RE MOTION FOR CONTINUANCE