Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, )
AILEEN WELTON, ELIZABETH )
TUZROYLUK, DORIS KUBANYI, )
VICTOR KUBANYI, BOBBY KUBANYI, )
ARLETTE KUBANYI and BRIAN )
BAGGETT, )
                 )
        Plaintiffs, )
                 )
    v. )
                 )
GOLDEN VALLEY ELECTRIC )
ASSOCIATION, DAVE CRUZ, )
individually, and d/b/a )
CRUZ CONSTRUCTION, BLACK & )
VEACH CORPORATION, JAKE COVEY, )
and PATRICK NELSON, )
                 )
        Defendants. )
_____) Case No. F04-0026 CI

DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

       FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                                 Attorney at Law
                                 330 Wendell Street, Suite E
                                 Fairbanks, Alaska 99701

       FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
                                 Assistant Attorney General
                                 STATE OF ALASKA DEP'T OF LAW
                                 Civil Division
                                 Special Litigation Section
                                 1031 West Fourth Avenue,
                                 Suite 200
                                 Anchorage, Alaska 99501-5903

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al  
F04-0026 CI

DEPOSITION OF DAVE C. CRUZ  
JANUARY 24, 2006

Page 10

1  Q    Was there something know -- or somebody known as a
2       chief inspector?
3  A    The -- what I call chief inspector or he was a -- it
4       was Dick Warner is what I would call the chief
5       inspector.
6  Q    And who did he work for?
7  A    Dryden and Larue.
8  Q    Did you ever have any contact with GVA directly?
9  A    Yes.
10 Q    On this project?
11 A    Yes.
12 Q    And who was that?
13 A    We had a weekly contractor s -- a weekly project
14      meeting and at those project meetings, it would be
15      people from Black and Vech, there would be people from
16      Dryden and Larue, there would be -- Golden Valley s
17      representatives would have been -- most of the time,
18      it was Greg Lyman. Might also be somebody from
19      purchasing. Bob Faith was there a few times.
20      Generally, Black and Vech had a man there that
21      originally was Jeff Jensen and he left and there was a
22      fellow by the name of Mooka, Rick Mooka (ph), came in
23      and took over for him.
24 Q    Okay. And what was Black and Vech s role in all of
25      this?

METRO COURT REPORTING  
907.276.3876  745 West 4th Avenue, Suite 425, Anchorage, Alaska 99501 metro@gci.net

31ed7817-ff52-4f89-8cd1-c798b03d55c

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al          DEPOSITION OF DAVE C. CRUZ
F04-0026 CI                                                      JANUARY 24, 2006

Page 11

| | | |
|---|---|---|
| 1 | A | Well, the best of my recollection, they were -- they |
| 2 | | were somewhat acting as Golden Valley's agent in |
| 3 | | proc -- managing the project. They handled |
| 4 | | permitting, they handled design changes. Most of the |
| 5 | | time they were -- they were -- you wouldn't get a |
| 6 | | directive from Golden Valley Electric to Gold -- like |
| 7 | | Global Power, you would get a directive from Black and |
| 8 | | Vech representative like Rick Mooka or Jeff Jensen. |
| 9 | | That's who would actually do it so I'm not certain of |
| 10 | | the relationship between Golden Valley and Black and |
| 11 | | Vech but I do know that they were -- they were there. |
| 12 | Q | When you said that you'd get a directive from Black |
| 13 | | and Vech, what was the nature of that directive? I |
| 14 | | mean, what would they be directing you to do? |
| 15 | A | Well, if there was -- and let's just say there was a |
| 16 | | change order requested but it would go through Black |
| 17 | | and Vech. That's how it was initiated. I would say |
| 18 | | they were probably contract project managers. You |
| 19 | | know, Golden Valley didn't have a designated person |
| 20 | | that was a project manager. Black and Vech took care |
| 21 | | of that. |
| 22 | Q | Who -- in terms of mobilization, can you tell me who |
| 23 | | was in charge of directing mobilization? |
| 24 | A | I don't follow. |
| 25 | Q | The deployment..... |

METRO COURT REPORTING
907.276.3876  745 West 4th Avenue, Suite 425, Anchorage, Alaska 99501 metro@gci.net

31ed7817-ff52-4f89-8cd1-c798b03d55c

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
F04-0026 CI

DEPOSITION OF DAVE C. CRUZ
JANUARY 24, 2006

Page 18

1  A    I don't know about accessing the lake. I would say
2       I'm not privileged to that. I know that there was
3       numerous conversations, niceties, you know, the blade-
4       operated C-dawn out there or this and that so just
5       more like friendly stuff, how're you doing and how's
6       the project going.
7  Q    Okay. And were you aware of and signs in the area
8       identifying the Kubanyi land?
9  A    The only signs that I recall seeing there were the
10      signs -- Don had signs going down his driveway which
11      was probably a thousand feet to maybe 1,200 feet from
12      where we went on the lake and the signs were very much
13      no pres -- trespassing and it was for his driveway.
14      They were very adamant. There was a gate and all that
15      to that driveway.
16 Q    Did you ever see a large white sign talking about not
17      accessing the lake?
18 A    No, I did not.
19 Q    So you -- did you ever talk to Mr. Walters about any
20      of this?
21 A    I remember conversations with Wayne but I -- I don't
22      recall anything specific about accessing Seven Mile.
23 Q    Okay. Did you -- who did you discuss with regards to
24      the permitting of accessing Seven Mile Lake for water?
25 A    The only person that I discussed was with Jeff Jensen

METRO COURT REPORTING
907.276.3876  745 West 4th Avenue, Suite 425, Anchorage, Alaska 99501 metro@gci.net

31ed7817-ff52-4f89-8cd1-c798b03d55c

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al          DEPOSITION OF DAVE C. CRUZ
F04-0026 CI                                                       JANUARY 24, 2006

Page 38

1  Q    Did you see Don with a gun?
2  A    I did not see Don with a gun, no.
3  Q    Okay. Did you ever find out whether or not there was
4       a gun?
5  A    No, I can't say that I did.
6  Q    Okay. How much was the contract for?
7  A    Which?
8  Q    The first contract for 2001, 2002.
9  A    It's a two-year contract.
10 Q    Okay.
11 A    About $3 million.
12 Q    For the ice road?
13 A    Yes.
14 Q    Okay. And is it fixed price or cost plus or is it
15      some.....
16 A    Fixed price.
17 Q    And if you have to -- was it up to you as to where you
18      could get the water?
19 A    I could request what water sources we wanted. Whether
20      the state would issue them or not, that would be
21      beyond my control.
22 Q    And that was up to Black and Vech to get the permits?
23 A    Yes.
24 Q    Okay. So when you wanted to use the water source, who
25      did you go to to ask to use that water source?

METRO COURT REPORTING