## INDEX TO EXHIBITS

A.  Deposition of Jacob S. Covey, January 25, 2006

B.  Deposition of Dave C. Cruz, January 24, 2006

C.  Deposition of Patrick S. Nelson, January 24, 2006

D.  Affidavit of Jacob S. Covey, May 4, 2006

E.  Affidavit of Patrick S, Nelson, April 28, 2006

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,      )
     AILEEN WELTON, ELIZABETH            )
 4   TUZROYLUK, DORIS KUBANYI,           )
     VICTOR KUBANYI, BOBBY KUBANYI,      )
 5   ARLETTE KUBANYI and BRIAN           )
     BAGGETT,                            )
 6                                       )
                     Plaintiffs,         )
 7                                       )
          v.                             )
 8                                       )
     GOLDEN VALLEY ELECTRIC              )
 9   ASSOCIATION, DAVE CRUZ,             )
     individually, and d/b/a             )
10   CRUZ CONSTRUCTION, BLACK &          )
     VECH CORPORATION, JAKE COVEY,       )
11   and PATRICK NELSON,                 )
                                         )
12                   Defendants.         )
     _____)  Case No. F04-0026 CI
13

14              DEPOSITION OF JACOB STEWART COVEY

15                       January 25, 2006

16   APPEARANCES:

17      FOR THE PLAINTIFFS:      MICHAEL J. WALLERI
                                 Attorney at Law
18                               330 Wendell Street, Suite E
                                 Fairbanks, Alaska  99701
19
        FOR THE DEFENDANTS:      VENABLE VERMONT, JR.
20                               Assistant Attorney General
                                 STATE OF ALASKA DEP'T OF LAW
21                               Civil Division
                                 Special Litigation Section
22                               1031 West Fourth Avenue,
                                 Suite 200
23                               Anchorage, Alaska  99501-5903

24
                                           Exhibit  A
25                                         Page  1  of 24
```

Exhibit A
Page 1 of 24

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876



COPY

-2-

1   APPEARANCES (cont.):

2       FOR THE DEFENDANTS:     **DANIEL T. QUINN**
                                RICHMOND & QUINN
3                               360 K Street, Suite 200
                                Anchorage, Alaska   99501
4
                                **CHRISTINE E. TAVARES**
5                               PREG, O'DONNELL & GILLETT
                                1800 Ninth Avenue, Suite 1500
6                               Seattle, Washington   98101-1340

7                               **CORY R. BORGESON**
                                BORGESON & BURNS
8                               100 Cushman Street, Suite 311
                                Fairbanks, Alaska   99701

9

10

11

12                              * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                    Exhibit  A
                                                    Page  2  of  24

```
1   A    Post as in.....
2   Q    When the lands are posted as to private property.
3   A    It would be -- to me, it would be more a definitive this
4        is private property.
5   Q    Okay.  In fact, that's a legal distinction, isn't it?
6   A    Yeah.
7   Q    The idea that the -- there's a difference between the
8        legal implications of trespassing on unposted property as
9        opposed to posted property.
10  A    That's one of the things that we advise private
11       landowners do is post on their property no trespassing or
12       private property or something to that effect.
13  Q    And so that's actually consistent with the policy that we
14       discussed yesterday, isn't it?
15  A    That's correct.
16  Q    Okay.  So when you were -- why don't we go ahead and
17       we'll start off and if you could tell me how it is that
18       you ended up at the Kubanyi allotment on March 1st of
19       2003?
20  A    Okay.  Patrick Nelson and I were returning from the
21       Nenana Tripod Days which are, obviously, held in Nenana.
22       We were approximate -- we were south of the -- the area,
23       the -- the 281.  We were down in the 260 mile marker
24       range.  Dispatch called us up and they told -- I can't
25       remember verbatim what they said but it was something to
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 3 of 24

```
 1            the effect that, you know, respond to Mile 281, you're
 2            going to meet a complainant there reference somebody
 3            threatening to shoot some people.  So we -- we turned our
 4            cars around and I got there -- I was behind Patrick so
 5            when we turned our cars around, I was in front of Trooper
 6            Nelson.  It took us 10, 15 minutes to get there.  We
 7            respo -- we got to the scene, 281, 281.5, somewhere in
 8            there.  We -- I noticed the -- the vehicle that Mr. Cruz
 9            was in sitting out kind of -- not on the Parks Highway
10            but out at the edge of the Rex Trail.
11    Q       Mm-hmm (affirmative).
12    A       I stopped there and I contacted him.
13    Q       Okay.  Now, in preparing for this deposition, did you
14            have an opportunity to review the tape that you made?
15    A       Yes, I did.
16    Q       Okay.  Now -- and you've also had an opportunity to
17            review your reports?
18    A       Correct.
19    Q       Okay.  The -- in terms of -- what's your recollection --
20            let's put it this way -- what -- of what Mr. Cruz told
21            you?
22    A       Mr. Cruz told me that he -- he -- this was the first time
23            I'd heard Mr. Kubanyi's name -- that somebody named Mr.
24            Kubanyi was having issues with -- there's some -- I can't
25            remember verbatim but it was something to the effect of
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 4 of 24

```
 1            -- of, you know, he's -- he's having issues with us on --
 2            you know, there's some land issues and he's threatening
 3            to shoot some of my -- my workers out there.
 4    Q       Okay.  Have you ever heard people threaten to shoot
 5            people before about it?
 6    A       About.....
 7    Q       About one person threatening to shoot another person.
 8    A       Yes, I have.
 9    Q       Okay.  Is it always a credible threat?
10    A       I'd take personally when somebody -- when somebody --
11            based on my -- my experience as a state trooper for the
12            last 7-1/2 years, when somebody ele -- escalates to the
13            point of threatening to shoot somebody, I always take
14            that seriously.
15    Q       Okay.  Have you ever heard people just simply say I think
16            I will shoot that person and not really mean it?
17    A       Are you talking about have I had a conversation with
18            somebody?
19    Q       Mm-hmm (affirmative).
20    A       I'm sure throughout my life, I've heard that before.
21    Q       But as a trooper, that's a different -- it's a -- it's
22            different, you have to take those things serious,
23            correct?
24    A       Dead seriously.
25    Q       Okay.  And that's more of a precaution, isn't it?
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 5 of 24

| | | |
|---|---|---|
| 1 | A | It's -- it's required of my job, that's part of my job |
| 2 | | and -- and that's -- that's what I deal with, so..... |
| 3 | Q | So as far as you're concerned, whether or not it was |
| 4 | | meant or not is there -- is largely irrelevant, it's the |
| 5 | | fact that it was said that's important. |
| 6 | A | Once -- once somebody says bringing out a gun or shooting |
| 7 | | somebody, I take that -- that definitely escalates the -- |
| 8 | | the situation in my mind and I deal with it. |
| 9 | Q | Okay.  It's much more -- it -- it's -- would you say that |
| 10 | | it's more -- in your experience as a trooper, it's better |
| 11 | | to be safe than sorry? |
| 12 | A | Yeah, that's probably the best way to say it, yes. |
| 13 | Q | Okay.  Now, the -- did Mr. Cruz -- Mr. Cruz told you that |
| 14 | | he wasn't armed, that they hadn't actually -- he wasn't |
| 15 | | -- that Don Kubanyi wasn't armed, right? |
| 16 | A | I don't remember if it was at that point that he told me |
| 17 | | but at some point in the investigation, I found out that |
| 18 | | when Mr. Kubanyi made the threat, he was not -- he was |
| 19 | | not -- he didn't have a gun in his hand but a gun was -- |
| 20 | | or a gun case was viewed on one of the snow machines that |
| 21 | | were present at the scene. |
| 22 | Q | Okay.  But not his snow machine? |
| 23 | A | They didn't say which snow machine, they just said a snow |
| 24 | | machine. |
| 25 | Q | Okay.  And Mr. Cruz told you that there wasn't a dispute |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

Exhibit A
Page 6 of 24

| | | |
|---|---|---|
| 1 | A | Well, I was -- I was conducting some interviews and |
| 2 | | somebody in the background kind of said oh, here he comes |
| 3 | | now or something to that effect.  I looked out onto the |
| 4 | | lake.  It was dark but I could see a -- a figure walking |
| 5 | | towards me and the thought in my mind was he threatened |
| 6 | | to come back with a firearm so I walked out onto the |
| 7 | | lake.  I -- because it was an unknown threat to me |
| 8 | | whether he had a firearm or not -- I could not tell by |
| 9 | | looking at him -- I drew my -- my handgun out to what is |
| 10 | | a low guard and ordered Mr. Kubanyi to show me his hands |
| 11 | | and this was to make -- for me to see that he didn't have |
| 12 | | any weapons. |
| 13 | Q | Mm-hmm (affirmative). |
| 14 | A | I ordered Mr. Kubanyi to show me his -- his hands.  He |
| 15 | | said something to the effect of fuck you.  I asked him to |
| 16 | | turn around or I ordered him to turn around.  He -- I |
| 17 | | couldn't remember if he said fuck you again or why or |
| 18 | | something to that effect but he was definitely hostile |
| 19 | | towards me.  He -- he stopped advancing on me.  I had my |
| 20 | | gun out to a low guard, like I said, and I kept giving |
| 21 | | him orders to comply with me and he kept saying fuck you |
| 22 | | or -- or why or something like that.  Trooper Nelson |
| 23 | | arrived on -- was oh, I'd say, 10 seconds behind me.  He |
| 24 | | arrived on -- where -- where I was with Mr. Kubanyi and |
| 25 | | Trooper Nelson got his taser out and the -- the taser has |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 7 of 24

| | | |
|---|---|---|
| 1 | | a -- a -- a laser is what we point with. He -- I |
| 2 | | distinctly remember the -- the laser being on Mr. |
| 3 | | Kubanyi's chest. I remember Trooper Nelson giving him |
| 4 | | orders and this is where Trooper Nelson took over giving |
| 5 | | him the orders. Trooper Nelson was giving him orders and |
| 6 | | he -- and Mr. Kubanyi's response was the same, fuck you, |
| 7 | | why, you know, basically not complying with us. At this |
| 8 | | point, I still didn't know that he -- if he did or did |
| 9 | | not have a weapon. |
| 10 | Q | Mm-hmm (affirmative). |
| 11 | A | And, based off his demeanor, I was -- I was -- you know, |
| 12 | | I didn't know and he was still an unknown threat to us at |
| 13 | | this point. Trooper Nelson gave him several -- several |
| 14 | | chances to -- to comply by telling him he's going to |
| 15 | | controlled with 10,000 volts of electricity. Mr. Kubanyi |
| 16 | | still was with -- had his -- he took a combative stance |
| 17 | | with -- with Trooper Nelson, an aggressive combative |
| 18 | | stance which tells me that, you know, this guy's, |
| 19 | | obviously, not going to comply with what we're telling |
| 20 | | him to do and, you know, Trooper Nelson gave him several |
| 21 | | -- several warnings of what was going to happen. Mr. |
| 22 | | Kubanyi's attitude stayed the same. Trooper Nelson |
| 23 | | deployed the taser. Do you want me to keep going or..... |
| 24 | Q | Why don't we hold off a little for a second? |
| 25 | A | Okay. |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 8 of 24