| | | |
|---|---|---|
| 1 | Q | Now, when I heard the tape, I kept hearing Mr. Kubanyi |
| 2 | | ask why.  Did you feel that you had to explain why you |
| 3 | | were asking him to do this? |
| 4 | A | Not at the time that -- that -- to me at the time, I |
| 5 | | wanted to make my world safe.  That's -- that's my main |
| 6 | | priority, I want to make my world safe.  I want to make |
| 7 | | sure he doesn't have a gun.  I'll be more than happy to |
| 8 | | sit down with him a half hour and explain it to him why |
| 9 | | but at the time, he wasn't complying with making my world |
| 10 | | safe so I didn't feel at that time that I needed to |
| 11 | | explain anything to him.  He needed to do what I told him |
| 12 | | to do. |
| 13 | Q | Now, my understanding here is that you asked him to show |
| 14 | | his hands. |
| 15 | A | I -- I didn't ask him, I told him. |
| 16 | Q | You to -- oh, you told him to show his hands and my |
| 17 | | listening to the tape is that you told him to get down on |
| 18 | | the ground. |
| 19 | A | Correct. |
| 20 | Q | That you did not ask him to show his hands. |
| 21 | A | I said something to the effect of put your hands up or -- |
| 22 | | or show your hands.  I had di -- I had several different |
| 23 | | orders there.  If somebody doesn't comply with show me |
| 24 | | your hands, then we're going to go to the next step. |
| 25 | | We're going to put you on the ground because when you're |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A

Page 9 of 24

```
 1            laying on your belly on the ground, I have more control
 2            than you standing up.
 3      Q     Mm-hmm (affirmative).  Now, prior to that, you had been
 4            told by Mr. Cruz that those -- that the people out there
 5            had been drinking all day, right?
 6      A     Correct.
 7      Q     And that was your understanding of the facts at that
 8            time?
 9      A     At that time, yes.
10      Q     That was the best available information you had.
11      A     That's all the information I had.
12      Q     Did you have any information about the situation from
13            anybody else other than Mr. Cruz and the other
14            complainants that were working for Mr. Cruz and Mr. Able?
15      A     No, I didn't.
16      Q     Okay.  So everything that you knew going into that
17            situation was information that had been given to you by
18            Mr. Cruz and his associates?
19      A     Correct.
20      Q     Okay.  From the information that Mr. Cruz's associates
21            gave you, did you draw any conclusions about the
22            potential for danger?
23      A     I -- I felt -- after conducting the interviews, I felt
24            that there's definitely a potential for danger.
25      Q     And that made you want to be -- that is -- is that the
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 10 of 24

|   |   |   |
|---|---|---|
| 1 |   | threatening to shoot somebody. |
| 2 | Q | Okay. You disregarded the obvious ethnic implications of the comment? |
| 4 | A | When people get excited, people say a lot of things. I don't take that -- I take that at face value. You know, we all say things. It didn't concern me at the time. I was more concerned about the -- the threat of the use of the firearm. |
| 9 | Q | Okay. The -- now, when you -- and I'm curious about when you actually made the arrest. When do you consider the fact -- when do you consider that Mr. Kubanyi was under arrest? |
| 13 | A | The first time he said fuck you. That's disorderly conduct. At that point, I was -- when Mr. Kubanyi came out, I was still conducting my investigation. I determined that the individuals felt threatened. At that point, I didn't know if Mr. Kubanyi was going to go to jail or if he was going to receive a summons to appear in court because there was no firearm. When I went out and -- and confronted Mr. Kubanyi and his attitude was fuck you, at that point, I knew that he was going to go to jail. |
| 23 | Q | So if anybody tells an officer to fuck you, that that's a -- that's disorderly conduct? |
| 25 | A | It depends on the situation. You know, everybody's |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 11 of 24

```
 1              entitled to their opinion.  If somebody's walking down
 2              the street and he looks over at me, says you're an A-
 3              hole, you know, that's his opinion.  He's -- he's -- as
 4              an American citizen, he's entitled to that.  When I'm
 5              conducting an investigation and somebody's impeding my
 6              investigation with their attitude, that's disorderly
 7              conduct.
 8      Q       Okay.  Now, the -- in terms of the actual arrest, why
 9              don't you tell me how that went down?
10      A       Starting at what point?
11      Q       Starting at the point that Mr. Kubanyi told you to fuck
12              you.
13      A       Okay.  I ordered him to, you know, either show me his
14              hands or get on the ground which he -- which his response
15              was why or fuck you or something to that effect.  At that
16              point, Trooper Nelson showed up, drew his taser out, put
17              the -- the laser light on Mr. Kubanyi's chest.  At that
18              point, he took over giving Mr. Kubanyi his orders and Mr.
19              Kubanyi's response was the same to Trooper Nelson as it
20              was to me.  I heard Trooper Nelson give him at least two
21              distinct warnings that hey, this is what's going to
22              happen if you don't comply with me and his attitude was
23              fuck you.  That was his response.  Why, why or -- or
24              something to that effect.  At that point after Trooper
25              Nelson gave him ample -- ample opportunity to comply with
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 12 of 24

```
 1             us, he -- he deployed his taser.  The -- when the taser
 2             didn't have the desired effect for whatever reason that
 3             is, Mr. Kubanyi started running backwards.  We went to --
 4             I -- I put my firearm -- at that point, I had put my
 5             firearm back in my holster because we don't run or fight
 6             with our firearm out.  We went to lay hands on Mr.
 7             Kubanyi and I dis -- I distinctly remember Mr. Kubanyi
 8             clenching his fist and punching Patrick Nel -- or Trooper
 9             Nelson in the face.  At that point, we -- that's as we
10             were approaching him.  At that point, we just basically
11             jumped on him and fell down to the ice.
12        Q    Okay.  Now, Mr. -- that's somewhat different than Officer
13             Covey's [sic] statement that he was struck in the face
14             while they were wrestling -- while you were wrestling.
15        A    Trooper Nelson you mean.
16        Q    Or, excuse me, yeah.
17        A    Yeah.  Everybody remembers things a little bit
18             differently.
19        Q    Okay.  When did you deploy your chemical spray?
20        A    When we were on the ice, I got up to -- I got up to my
21             knee.  I got on my -- one of my knees and Mr. Kubanyi at
22             this point was still actively resisting arrest, trying to
23             force -- use force to get away from us.  I pulled out my
24             -- my OC spray, aimed it at his face and discharged it.
25        Q    Now, as I understand it, when you approached him though,
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

Exhibit A
Page 13 of 24

| | | |
|---|---|---|
| 1 | | you had -- you had had your gun out earlier. |
| 2 | A | Correct. |
| 3 | Q | Okay.  And you had it at low guard. |
| 4 | A | Correct. |
| 5 | Q | And then when Mr. Kubanyi started moving away from you, |
| 6 | | you put your gun in your holster. |
| 7 | A | Correct. |
| 8 | Q | Okay.  But you did not take out your OC spray at that |
| 9 | | time. |
| 10 | A | Correct. |
| 11 | Q | And then the wrestling commenced. |
| 12 | A | Then we fought onto the ice. |
| 13 | Q | Okay.  Do you know when was -- do you know what Trooper |
| 14 | | Nelson was doing with the taser at that time? |
| 15 | A | I don't. |
| 16 | 'Q | Okay.  And what you're telling me is that you got up on |
| 17 | | your knees -- okay -- so you're still on your knees at |
| 18 | | this point? |
| 19 | A | I..... |
| 20 | Q | When did you withdraw your chemical spray? |
| 21 | A | I couldn't tell you the exact moment.  I remember being |
| 22 | | on my knee when I discharged the -- the -- the OC. |
| 23 | Q | Okay.  And where was Mr. -- or where was Officer Nelson? |
| 24 | A | Trooper Nelson was on the ground be -- somewhere behind |
| 25 | | me or out of my -- when -- I was basically in tunnel |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 14 of 24

| | | |
|---|---|---|
| 1 | | vision.  I was dealing with the situation.  I need -- |
| 2 | | Trooper Nelson was there.  I knew that I wasn't going to |
| 3 | | end up spraying Trooper Nelson directly. |
| 4 | Q | Mm-hmm (affirmative). |
| 5 | A | But I -- as to exactly where he was I couldn't tell you. |
| 6 | Q | Okay.  But he was not in the process of tasing Mr. ..... |
| 7 | A | I don't know, to be honest with you. |
| 8 | Q | Okay.  So what happened when you deployed your chemical |
| 9 | | spray? |
| 10 | A | It hit -- it -- it had the desired effect.  Mr. Kubanyi |
| 11 | | submitted when he got sprayed. |
| 12 | Q | Okay.  And how was it that he submitted? |
| 13 | A | He -- he quite actively fighting us. |
| 14 | Q | Okay.  When did Mr. -- when did Trooper Nelson directly |
| 15 | | apply the taser to Mr. Kubanyi? |
| 16 | A | I don't know. |
| 17 | Q | Do you know whether it was before or after the spray? |
| 18 | A | No, I don't. |
| 19 | Q | Okay.  You sprayed Mr. Kubanyi in the eyes, right? |
| 20 | A | In the face area.  That's what I aimed at. |
| 21 | Q | That's what you're supposed to aim at, right? |
| 22 | A | In the upper chest, face area, yeah. |
| 23 | Q | And that's because that usually has a -- the desired |
| 24 | | effect? |
| 25 | A | Usually, yes. |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 15 of 24

-34-

```
 1  Q   Okay.  When Mr. Kubanyi was sprayed, do you know what he
 2      did other than -- did he grab his eyes?
 3  A   I don't remember, I just remember him -- when he got
 4      sprayed, he -- he quite resisting us.  He quit using
 5      force to resist us.
 6  Q   Okay.  Did he say anything?
 7  A   I don't remember that he said anything.
 8  Q   Okay.  When did you switch off your recorder?
 9  A   I -- I believe I switched of my recorder after we had
10      gotten Mr. Kubanyi back to -- back to my patrol car.  At
11      that point, I think -- I mean, I can hear my tape
12      recorder go off.  I couldn't -- I think that's when it
13      happened.  I couldn't tell you for sure though.
14  Q   Okay.  Do you -- now, I notice that you switched the
15      recorder back on.
16  A   Mm-hmm (affirmative).
17  Q   And why did you do that?
18  A   Basically, the -- the tape recorder's a tool that we use.
19      If something doesn't need to be on tape like a private
20      discussion with another trooper, then, frankly, it's not
21      going to be on the tape.  If I have a conversation with
22      Trooper Nelson reference the case that doesn't
23      necessarily need to be on the tape, then I shut the tape
24      recorder off.
25  Q   Did you talk to Mr. -- or did you talk to Trooper Nelson
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 16 of 24

```
 1            after you turned the tape off?
 2   A        I -- you know, I couldn't tell you.  I -- that's
 3            typically when I turn the tape off.  In this case, it was
 4            three years ago.  I don't remember exactly.
 5   Q        Okay.  And after you got Mr. Kubanyi back to the car,
 6            what happened after that?
 7   A        We put his -- basically, we leaned him over on the hood
 8            of my car so that his head was resting on my hood and
 9            Trooper Nelson proceeded to -- to help him wash his eyes
10            out and -- and it's kind of -- it's -- it was very
11            obvious because the -- the patrol cars that we have have
12            black hoods on them, as you've probably seen, and all the
13            -- all the -- the OC spray coming off Mr. Kubanyi's head
14            left a -- kind of like a -- a -- the imprint of --
15            outline of his head on the hood of my car that was
16            permanently stained there.  While Trooper Nelson was
17            doing that, somebody pointed out that somebody else was
18            coming across the lake.  I didn't know who it was.
19            Again, I didn't know if he was armed.  I didn't know if
20            he was intoxicated or whatever the case may be so I went
21            out to -- to confront that person while Trooper Nelson
22            continued to help Mr. Kubanyi with the -- with the water
23            and the paper towels.
24   Q        Could you describe that conversation?
25   A        With Mr. Baggett?
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 17 of 24