| | | |
|---|---|---|
| 1 | Q | Please. |
| 2 | A | Okay. I went out. I gave Mr. Baggett pretty much the |
| 3 | | same orders that I gave to Don Kubanyi and Mr. Baggett |
| 4 | | complied with them. Once I -- I approached Mr. Baggett, |
| 5 | | I padded him down to make sure he didn't have any |
| 6 | | weapons. Once he didn't have any weapons, then the whole |
| 7 | | -- the conversation kind of shifted to once I -- once I |
| 8 | | woke -- made sure my world was safe, then we -- we walked |
| 9 | | back over to where everybody was. |
| 10 | Q | And what happened after that? |
| 11 | A | He wanted to know what was going on. To the -- to the |
| 12 | | best of my knowledge, I told him, I said listen, this is |
| 13 | | -- Don's going to jail or something to that effect and I |
| 14 | | told him why and I -- and I remember saying something |
| 15 | | like, you know, these guys have a map saying that they |
| 16 | | can be here or something to that effect and that was more |
| 17 | | -- that was, more or less, to diffuse the situation so |
| 18 | | that we didn't have a repeat of -- you know, I didn't -- |
| 19 | | I knew that there were multiple people over there. I |
| 20 | | didn't want every person coming over with the -- with the |
| 21 | | same -- you know, I was kind of hoping that Mr. Baggett |
| 22 | | would -- would calm down and -- and diffuse the |
| 23 | | situation. |
| 24 | Q | Was Mr. Baggett excited? |
| 25 | A | I think at first he was because he -- he reacted a |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 18 of 24

```
 1          different way.  Like -- like Trooper Nelson said
 2          yesterday, there's the fight or flight and he decided
 3          that when I went out there, I had my gun out to a low
 4          guard again because I was dealing with it as the same
 5          threat that Mr. Kubanyi was.  I don't know if he saw that
 6          because it was dark out there but he -- whatever --
 7          whatever motivation he had he complied with -- with what
 8          I told him to do.
 9    Q     Now, on the tape, there's a discussion about where you're
10          explaining to Mr. Baggett, I believe, that everything
11          that you did was reasonable?
12    A     Mm-hmm (affirmative).
13    Q     Okay.  Why were you asking him about that?
14    A     Mr. Baggett?
15    Q     Yeah.
16    A     In what -- in what sense was that?  I don't remember the
17          conversation.  What.....
18    Q     Basically asking about whether or not -- or was that the
19          Cruz people that you were talking.....
20    A     That was the Cruz people.  That was Trooper Nelson asking
21          the witnesses if -- if what we -- they had -- they had
22          witnessed what we -- what had happened and that's common
23          for us to after we use force on somebody and there's
24          witnesses, we walk over to those people and we ask them
25          hey, did you see what happened?  Yes.  Do you think we
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 19 of 24

```
 1          used excessive force?  Yes or no and -- or something to
 2          that effect.  It's -- it's common.  I've done it multiple
 3          times and -- and they said no, we -- we thought you guys
 4          acted reasonably.
 5    Q     Mm-hmm (affirmative).  Okay.  Now, when you were talking
 6          to Mr. Baggett, didn't you tell him that you didn't
 7          expect any more trouble?
 8    A     I don't remember saying those words exactly.
 9    Q     Okay.  Did you make a reference to the fact that Mr.
10          Kubanyi had gotten himself into trouble and that he --
11          you didn't expect any more trouble to the Cruz people
12          from Mr. Baggett?
13    A     I -- I don't remember saying that, no.
14    Q     Was that your intention?
15    A     My intention was to diffuse the situation and -- and not
16          have a repeat of what had just happened.  I would prefer
17          that -- you know, at the time, that that didn't happen,
18          that Mr. Kubanyi would come across the lake, we could
19          have a civil conversation with him and the Cruz people.
20          That was my preference.  That didn't happen and so I -- I
21          basically wanted diffuse the situation.
22    Q     Well, I have a question here at this point.  Once Mr.
23          Baggett came over and -- why didn't you investigate as to
24          whether or not there was, in fact, a trespass at that
25          point?
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 20 of 24

| | | |
|---|---|---|
| 1 | | is being made.  What is that clicking sound? |
| 2 | A | Those are the handcuffs..... |
| 3 | Q | Okay. |
| 4 | A | .....going around his wrists.  They make that noise..... |
| 5 | Q | Okay. |
| 6 | A | .....which is distinctive on the tape.  You could hear us |
| 7 | | put one on because you heard this noise and then a couple |
| 8 | | seconds, you hear this noise again and that was |
| 9 | | handcuffing his other wrist. |
| 10 | Q | Okay.  Does the taser make a noise? |
| 11 | A | Yes, it does. |
| 12 | Q | And what is that noise like?  Can you describe it? |
| 13 | A | It's kind of a -- it's -- it's an electric sounding |
| 14 | | noise. |
| 15 | Q | Okay. |
| 16 | A | It sounds like electricity. |
| 17 | Q | Okay.  And you can hear that on the tape, right? |
| 18 | A | Yes. |
| 19 | Q | In your experience as a trooper, have you ever -- are you |
| 20 | | ever aware of a situation in which the troopers have |
| 21 | | investigated a criminal trespass on Native lands? |
| 22 | A | In my -- no, I'm not. |
| 23 | Q | Are you ever -- have you ever -- are you aware of -- at |
| 24 | | any time that the troopers have investigated trespass on |
| 25 | | non-Native lands? |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

Exhibit  A
Page  21  of  24

1   Q   I don't have any further questions.

2                        CROSS EXAMINATION

3   BY MR. QUINN:

4   Q   Trooper Covey, I just have a couple of questions here to
5       -- let me just ask you this. As I understand it, to your
6       knowledge, nobody made a complaint for criminal trespass;
7       that is, that no complaint was made to you or to Trooper
8       Nelson about a criminal trespass?
9   A   Nobody told us that these people were trespassing on our
10      lot.
11  Q   Okay. And there were some questions about rights that
12      Alaska citizens have to make citizen's arrests. Did
13      anybody that evening express a desire to make a citizen's
14      arrest?
15  A   No.
16  Q   All right. So Mr. Kubanyi never indicated to you in any
17      way that he wanted to make a citizen's arrest of anybody?
18  A   No.
19  Q   And that's true of Mr. Baggett as well?
20  A   That's correct.
21  Q   And true over everybody there on the scene?
22  A   Correct.
23  Q   Did you notice any signs of intoxication with regard to
24      Mr. Kubanyi?
25  A   Just the slurred speech and the smell of alcohol once we

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



Exhibit ___A___
Page 20 of 24

```
 1              contacted him.
 2    Q         All right.  Did you do any alcohol testing of him?
 3    A         You mean like a field sobriety test or something to that
 4              effect?
 5    Q         Like a -- yeah, that kind of thing or a breathalyzer or
 6              anything like that.
 7    A         No.  I -- I think a breathalyzer was done somewhere or a
 8              -- a Data Master.  I'm not sure whether it was done.
 9    Q         All right.  But that was after your involvement?
10    A         That -- yeah, that was after he was gone.
11    Q         Okay.  But you did notice slurred speech and you noticed
12              the smell of alcohol on his breath?
13    A         Definitely.
14    Q         All right.  Was it your impression that he was
15              intoxicated?
16    A         Yes.
17    Q         All right.  And is that a factor that in your mind can
18              increase the danger of violence?
19    A         In -- in my experience, people who are under the
20              influence of alcohol or drugs have less inhibitions and
21              more things seem like a good idea and seem more rational
22              at the time they're making the decisions.
23    Q         All right.  Okay.  That's all I have.  Thank you very
24              much.
25                   MR. VERMONT:  Chris may need the microphone too.
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 23 of 24

| | | |
|---|---|---|
| 1 | | MR. BORGESON: Okay. |
| 2 | | **CROSS EXAMINATION** |
| 3 | BY MS. TAVARES: | |
| 4 | Q | Sir, I just have one question. That evening, did you |
| 5 | | have any conversations or see any trucks from anyone from |
| 6 | | Black and Vech Corporation? |
| 7 | A | No. |
| 8 | Q | Thank you. |
| 9 | | **CROSS EXAMINATION** |
| 10 | BY MR. VERMONT: | |
| 11 | Q | I want to ask you about listening to the tape that you |
| 12 | | mentioned several times that you did. Did you, in going |
| 13 | | back here in the last few days listening to it, attempt |
| 14 | | to time the length of this incident from say the initial |
| 15 | | deployment of the taser as you could hear it on the tape |
| 16 | | to the time that you heard the clicking of the handcuffs? |
| 17 | A | Just kind of a rough estimate. |
| 18 | Q | What was that rough estimate? |
| 19 | A | I'd say between 30 and 35 seconds. |
| 20 | Q | Okay. And that was conclu -- Mr. Kubanyi was subdued at |
| 21 | | the end of that time. Once you got him in the handcuffs, |
| 22 | | it was pretty much over? |
| 23 | A | Correct. |
| 24 | Q | Yeah. Okay. That's all I have. Thanks. |
| 25 | | MR. WALLERI: I am done. |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit A
Page 24 of 24