```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,      )
AILEEN WELTON, ELIZABETH            )
TUZROYLUK, DORIS KUBANYI,           )
VICTOR KUBANYI, BOBBY KUBANYI,      )
ARLETTE KUBANYI and BRIAN           )
BAGGETT,                            )
                                    )
                    Plaintiffs,     )
                                    )
       v.                           )
                                    )
GOLDEN VALLEY ELECTRIC              )
ASSOCIATION, DAVE CRUZ,             )
individually, and d/b/a             )
CRUZ CONSTRUCTION, BLACK &          )
VECH CORPORATION, JAKE COVEY,       )
and PATRICK NELSON,                 )
                                    )
                    Defendants.     )
_____)  Case No. FO4-0026 CI
```

## DEPOSITION OF DAVE CRAMER CRUZ

### January 24, 2006

APPEARANCES:

FOR THE PLAINTIFFS:   MICHAEL J. WALLERI
                      Attorney at Law
                      330 Wendell Street, Suite E
                      Fairbanks, Alaska  99701

FOR THE DEFENDANTS:   VENABLE VERMONT, JR.
                      Assistant Attorney General
                      STATE OF ALASKA DEP'T OF LAW
                      Civil Division
                      Special Litigation Section
                      1031 West Fourth Avenue,
                      Suite 200
                      Anchorage, Alaska  99501-5903

Exhibit B
Page 1 of 8

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876



```
 1    APPEARANCES (cont.):

 2        FOR THE DEFENDANTS:     DANIEL T. QUINN
                                  RICHMOND & QUINN
 3                                360 K Street, Suite 200
                                  Anchorage, Alaska   99501
 4
                                  CHRISTINE E. TAVARES
 5                                PREG, O'DONNELL & GILLETT
                                  1800 Ninth Avenue, Suite 1500
 6                                Seattle, Washington   98101-1340

 7                                CORY R. BORGESON
                                  BORGESON & BURNS
 8                                100 Cushman Street, Suite 311
                                  Fairbanks, Alaska   99701

 9

10

11

12                           * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 2 of 8

```
1         project about going off the Rex Trail towards the Kubanyi
2         lands?
3    A    I don't recall.
4    Q    Okay.  So once the troopers responded, do you remember
5         telling them that there was an Indian out there getting
6         wild?
7    A    I don't recall.  I think that's probably what my mechanic
8         told me.  I do remember telling him who it was, you know,
9         so.....
10   Q    Okay.  And they asked you how many people were out there?
11   A    Yes.
12   Q    And what'd you tell them?
13   A    That was -- we thought there were -- now, when you're
14        talking people, you're talking my people or Kubanyi's?
15   Q    No, in terms of the Kubanyi's.
16   A    We -- we thought there was four.
17   Q    Okay.  And did you tell them that -- whether or not they
18        were armed?
19   A    I -- the only thing that I recall is just passing on
20        exactly what I was told, that he threatened to kill them
21        and I think -- and on it -- now, as memory serves me
22        right, I think I'm going my -- you know, I'm going to go
23        get my gun and kill them.  You know, I mean, it was --
24        it's serious stuff.
25   Q    Okay.
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 3 of 8

```
1   A   So I'm not screwing around out there.
2   Q   Okay.  Now, did you -- when the troopers arrived, was Ed
3       with you at Rochester's?
4   A   No, I led the troopers in.  They brought their cruisers
5       in behind him.  I stopped.  I remember I showed them
6       Kubanyi's driveway and then we pulled on down to where
7       our equipment was and got out and they started to
8       interview my crew that was there.
9   Q   Okay.  Now, were you there when they interviewed Ed?
10  A   They didn't get a chance to interview too long anybody
11      because they started to and then one of the guys -- and I
12      don't remember if it was Chris Fail or Able that -- we
13      had a light tower out here also and all of a sudden we
14      could see Don coming across the lake.
15  Q   Well, let's talk about that light tower.  How -- do you
16      know, is that a sodium light tower?  Are those sodium
17      lights?
18  A   It's quartz.
19  Q   Quartz?  Do you know how much -- they pretty much light
20      up the whole area, don't they?
21  A   Yup, a thousand watt per light.
22  Q   Was it running at the time?
23  A   Yes, it was.
24  Q   Okay.  And it's a thousand watts per light.  How many
25      lights did it have on it?
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit _B_
Page _4_ of _8_

| | | |
|---|---|---|
| 1 | A | I don't recall that. |
| 2 | Q | Okay. What about Chris Mayo? |
| 3 | A | Fail. |
| 4 | Q | Or Fail. What's -- what did -- did he say he was scared? |
| 5 | A | I don't recall spec -- you know, recollecting things -- |
| 6 | | you know, coming to me and specifically he was scared. |
| 7 | Q | Did you tell your employees to tell the troopers that |
| 8 | | they were scared? |
| 9 | A | No, I do not recall telling them that. |
| 10 | Q | Do you know whether or not Mike Able told people to tell |
| 11 | | the troopers that they were scared and felt threatened? |
| 12 | A | I don't know that. |
| 13 | Q | So what happened after that? |
| 14 | A | Well, the troopers stopped. They were starting to |
| 15 | | interview my crew. One of -- I believe my crew. I don't |
| 16 | | -- I don't know which one said here comes Don and we |
| 17 | | could see him coming across the lake. We basically took |
| 18 | | cover and I remember the two troopers went out to meet |
| 19 | | Don. I was probably maybe 25 feet from him. I was |
| 20 | | standing over the corner of one of our trucks. They |
| 21 | | proceeded to talk to Don. Don started yelling and |
| 22 | | screaming and took a swing at one of these gentlemen. I |
| 23 | | don't know which one it was but I definitely saw him |
| 24 | | lunge for him and it took about 4-1/2 seconds and it was |
| 25 | | over. These guys subdued him and put him in the cruiser. |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 5 of 8

1  Q   So you're saying that Don advanced on and swung on one of
2      the troopers?
3  A   They walked out, both troopers, and all they wanted to do
4      was talk to Don. That was the impression. You know,
5      they weren't -- you know, they didn't come out and try
6      and tackle him or anything like that. Don, I could hear
7      him swearing at them and then I saw him actually kind of
8      swing to try and hit one of them and then they were on --
9      they were on him and -- and arrested him.
10 Q   Did you see either one of the troopers deploy a taser?
11 A   Yes, I did.
12 Q   And was that before or after you -- the swinging?
13 A   That was right during about the same time.
14 Q   Okay. And do you remember one of the troopers using a
15     chemical spray?
16 A   Yes.
17 Q   And when was that?
18 A   During the physical altercation.
19 Q   Okay. When he was still up or when Don was on his feet?
20 A   There was a -- there -- when Don went and swung on him,
21     that's when I saw a taser, I saw -- you know, I saw him
22     wrestle him down, I saw him, you know, pepper spray him
23     and subdue the guy.
24 Q   Okay. Now, what happened after that?
25 A   They put Don in the cruiser. I do remember them --

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 6 of 8

1    actually, they had him handcuffed and they were wiping
2    his eyes out and that, cleaning his face off of the
3    pepper spray.  I do remember that portion very
4    vividly.....
5 Q  Mm-hmm (affirmative).
6 A  .....and they put him in the cruiser and then it wasn't
7    more than just a few minutes that his brother-in-law --
8    and I just remember the guy's first name as being Brian
9    walked out there.  The troopers instructed him down on
10   your knees, put his hands behind the head.  He totally
11   responded to what they said.  He talked to them very
12   cordial.  It wasn't anything -- any huge problems and the
13   troopers, you know, released him.  They didn't arrest
14   him.
15 Q Okay.  And what happened after that?
16 A As far as.....
17 Q Well, did the troopers leave or did they talk to you?
18 A They did -- the troopers did interview us.  The -- I can
19   remember them asking us if -- if any of us -- there was
20   four of us there -- standing there -- did any of us think
21   they used excessive force.  You know, they asked a lot of
22   questions like that and I don't think that there was
23   anybody that said that they didn't do anything more than
24   they absolutely had to do to take care of this problem.
25 Q Were you glad that they got the Kubanyi's out of the way?

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

Exhibit B
Page 7 of 8

```
1   A   I'm just going to estimate it a couple hundred feet.
2   Q   All right. What distance from the incident where these
3       two troopers actually physically contacted Don and took
4       him down were you when you were at the corner of the
5       truck taking cover?
6   A   I'd estimate it at 25 feet.
7   Q   Okay. Have you listened to the tape? It was a tape that
8       the troopers made of this incident. Have you listened to
9       that at all?
10  A   No, I have not.
11  Q   Okay. How many people that were working for you or
12      working with association with you were out there? I just
13      want to make sure we've covered everybody and I'll give
14      you the names I've heard so far. That's Chris Faio, Mike
15      Able, Ed Deiola. Anybody else out there?
16  A   That's all that I specifically remember being there.
17      There would have been one more water truck running and I
18      can't remember who was running that truck at nights.  I
19      -- I just -- my memory's not good enough.....
20  Q   Okay.
21  A   .....who was on it but there would have been two -- two
22      water trucks at -- there.
23  Q   So as best you can recall, there'd be four of.....
24  A   Right, specifically those people, I remember there --
25      them and they could have radioed back and said hey, you
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 8 of 8