Nelson and the construction workers over by the vehicles, where we had a discussion of the trespass problem.

13. My use of force in this incident was appropriate to the goal – to neutralize and arrest Don Kubanyi – and it ended when the threat from Don Kubanyi ended. My use of force throughout this incident was consistent with my training from the Alaska State Troopers, and with trooper policy.

Date: 5/3/06

Jacob Covey

SUBSCRIBED AND SWORN to before me this 4 day of May, 2006.



STATE OF ALASKA
NOTARY PUBLIC
Romina F. Maneval
My Commission Expires Jan. 1, 2009

Romina F Maneval
Notary Public in and for Alaska
My commission expires: 1/1/09