DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>        Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY, and PATRICK NELSON<br><br>        Defendants. | Case No. 4:04-cv-0026-RRB<br><br>**AFFIDAVIT OF PATRICK NELSON** |

STATE OF ALASKA             )
                            ) ss
THIRD JUDICIAL DISTRICT     )

    1.    My name is Patrick Nelson.  I am a named defendant in this lawsuit.  I make

this affidavit based upon my personal knowledge of the matters related below.

2. I am an Alaska State Trooper and have been for 8 years. I am currently assigned to the Ketchikan post. In March, 2003, I was assigned to the trooper post in Healy.

3. On March 1, 2003 I was involved with Trooper Covey in the arrest of Don Kubanyi at Seven Mile Lake. I have listened to the tape made of the confrontation, the takedown, and the arrest of Kubanyi by the two of us. The following is an accurate transcript of the key moments in the arrest, to the best of my ability:

| | |
|---|---|
| Unknown: | Here comes your guy now. |
| Unknown: | Yeah that's him all right. |
| AST Covey: | State Troopers – stay right there – stop movin' – hold your hands out to the side…turn around… |
| Don K.: | What the fuck for? |
| AST Covey: | Turn around. |
| Don K.: | Ah fuck you! |
| Don K.: | What are you guys…shoot me - |
| AST Covey: | Lay down on the ground for me. |
| Don K.: | Fuck you! |
| AST Covey: | Lay down on the ground! |
| Don K.: | I ain't lyin on the ground! |
| AST Covey: | Lay down on the ground…you're under arrest. |
| Don K.: | Fuck you! |
| AST Nelson: | You're under arrest! |
| AST Nelson: | Lay down or you will be controlled with 10,000 volts of electricity Lay down! |
| Don K.: | Why? |
| AST Nelson: | I'm going to ask you one more time…lay down! |
| Don K.: | Why? Tell me why. Tell me why. Just tell me why [clicking of Taser] |
| AST Nelson: | Get on the ground! Get on the ground! |
| Don K.: | Fuck you! |
| AST Nelson: | Get on the ground! Get on the ground! [struggle sounds – Taser sound] |
| Don K.: | Hey…why the fuck…ow – God damn…ah…ah…ah… |

| | |
|---|---|
| AST Nelson: | Stop resisting! [Taser sounds] |
| Don K.: | I'm done, I'm done, I'm done!  I'm done, I'm done…ah…ah…ah…ah…[Taser sounds] I'm done!  What's wrong here…what's wrong [heavy breathing] what is the problem? |
| AST Nelson: | You got a couple more counts on you too buddy – you got assault on a peace officer now too. [first cuff sounds] Keep your head down on the fuckin ground!  You're not going to move another fuckin muscle! |
| Don K.: | Ok I'm not, I'm not. |
| AST Covey: | Bend your arms…[second cuff sounds] Stand up! |
| Don K.: | Help me [breathing heavy] |
| AST Nelson: | Stand up! |
| Don K.: | Okay! |
| AST to AST: | You okay – yeah |
| Don K.: | My eyes are hurtin', okay? |
| AST: Nelson | Yep your eyes are gonna hurt…not going to stop hurting either… |
| Don K.: | Okay [breathing] |
| Don K.: | My eyes are hurtin' okay? [walk to car] |
| AST Nelson: | Stay right where you're at. |
| Don K.: | My eyes hurt; okay? |
| AST Nelson: | Stay where you're at. |

4. I have timed portions of the tape using an ordinary wrist watch.  From "Here comes your guy now" to the sound of the first cuff going on Kubanyi takes about 1 minute 43 seconds; the second cuff is heard going on about 12 seconds later.  From my initial discharge of the Taser to the first cuffing sound is about 51 seconds; from that first Taser discharge to the last Taser discharge is about 27 seconds.

5. I went out on the ice, slightly behind Trooper Covey, to back him up in the initial confrontation with Don Kubanyi.  Based on what we had heard during Covey's interviews with Dave Cruz and his workers, Kubanyi represented an unknown but very real

threat to all of us on the scene. He had been intoxicated earlier, he had made threats to shoot the workers, he had access to a weapon, and it was dark. As the events unfolded, it was clear that he was still intoxicated, he was hostile and aggressive to us, and he was uncooperative.

      6.      I had an M-26 Taser. It fires, from a cartridge, two needle-like metal prongs on wires that are 25 feet long, and then discharges 10,000 volts of electricity into the body of the target. The ideal range for use of this Taser is about 19 feet, which is far enough away that the firing officer is safe from immediate attack and far enough away to allow the prongs to separate in flight, but not so far away that one or both prongs might miss the target. The beneficial use of the Taser results from the electricity (high voltage and low amperage) which immobilizes the muscles of the person it hits and allows him to be subdued more easily. The farther apart the prongs are, the more muscles are immobilized. The Taser can be used in a contact mode as well, for quick follow up, by pulling the cartridge off and placing the two exposed electrodes directly in contact with the subject. The likelihood of good contact is greater this way, but it means the officer is in a hand-to-hand situation with the subject. Because the two electrodes are only an inch or so apart, the Taser immobilizes smaller groups of muscles; the subject can still struggle and resist and the Taser becomes more of pain-compliance tool than an immobilizer. That was the situation here with Kubanyi; he was able to continue to struggle while I was using the Taser in the direct contact mode. As a pain-compliance technique, it had little effect on Kubanyi, who continued to struggle even as he said "I'm done" over and over again.

7.  I have been taught, at the Trooper Academy and in refresher courses, the "use of force continuum," which is used by troopers to choose or escalate to an appropriate amount of force in responding to particular circumstances. Both my use of the Taser here and Trooper Covey's use of pepper spray were appropriate under the training and policy of the Alaska State Troopers. When Kubanyi refused to obey Covey's verbal orders, and continued to be aggressive and hostile, it was appropriate for us to escalate the use of force to resolve the situation. Given that Kubanyi had made threats to shoot, and was known to have access to a weapon, it made sense for us not to approach him too closely or to attempt "soft hands" techniques. This was too tense and too dangerous a situation for that. After Trooper Covey told Kubanyi that he was under arrest, and Kubanyi refused to comply, I warned him that I would use the Taser to control him. He not only refused to lie on the ground but he said "Fuck you" and took a hostile and aggressive stance toward us. It was appropriate for me to discharge the Taser in the cartridge mode at this point.

8.  When the Taser in cartridge mode did not work, were able to move in on Kubanyi quickly as he attempted to run away from us. Once he punched me in the face, we all fell to the ice together as a result of our efforts to subdue and neutralize Kubanyi. My use of the Taser on the contact, or drive-stun, mode, was also appropriate to gain compliance and control. Covey's use of the pepper spray was also appropriate when the Taser didn't lead to submission. The pepper spray was not an escalation of force, but was at the same level of force as the Taser. Both cause only temporary incapacity without lasting effects.

9. My use of force in this incident was appropriate to the goal – to neutralize and arrest Don Kubanyi – and it ended when the threat from Don Kubanyi ended. My use of force throughout this incident was consistent with my training from the Alaska State Troopers, and with trooper policy.

Date: _____

_____
Patrick Nelson

SUBSCRIBED AND SWORN to before me this \_\_\_\_ day of _____, 2006.

_____
Notary Public in and for Alaska
My commission expires: _____