9. My use of force in this incident was appropriate to the goal – to neutralize and arrest Don Kubanyi – and it ended when the threat from Don Kubanyi ended. My use of force throughout this incident was consistent with my training from the Alaska State Troopers, and with trooper policy.

Date: 4-28-06

Patrick Nelson

SUBSCRIBED AND SWORN to before me this 28 day of APRIL 2006, 2006.

Notary Public in and for Alaska
My commission expires: _WITH_
_Fairbanks_