**LIST OF EXHIBITS TO**
**MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANTS**
**CRUZ CONSTRUCTION, INC. AND DAVE CRUZ, INDIVIDUALLY**

| Exhibit No. | Description |
|---|---|
| 1 | Native Allotment |
| 2 | Map of Seven Mile Lake |
| 3 | Deposition of Don Kubanyi, pp. 3, 28-34, 90-92, 110, 122, 132, 154, 184 |
| 4 | Deposition of Dave Cramer Cruz pp. 7-8, 15-17, 19-20, 22, 33 |
| 5 | Temporary Water Use Authorization |
| 6 | Land Use Permit (without attachments) |
| 7 | Deposition of Trooper Jacob Stewart Covey pp. 18, 23-35 |
| 8 | Deposition of Trooper Patrick Steven Nelson p. 65 |