**EXHIBIT 3**

Case 4:04-cv-00026-RRB   Document 74-5   Filed 05/09/2006   Page 1 of 18

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                       FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI, VICTOR  )
     KUBANYI, BOBBY KUBANYI, and       )
 5   ARLETTE KUBANYI,                  )
                                       )
 6            Plaintiffs,              )
                                       )
 7   v.                                )
                                       )
 8   GOLDEN VALLEY ELECTRIC            )
     ASSOCIATION, et al.,              )  Case No. F04-0026 CI
 9                                     )
              Defendants.              )
10   _____)
     CRUZ CONSTRUCTION, INC. and       )
11   DAVE CRUZ, individually,          )
                                       )
12            Defendant and Third-     )
              Party Plaintiffs,        )
13                                     )
     v.                                )
14                                     )
     GLOBAL POWER & COMMUNICATIONS,    )
15   LLC.,                             )
                                       )
16            Third-Party Defendant.   )
     _____)
17
              VIDEOTAPED DEPOSITION OF DON KUBANYI
18                      October 14, 2005

19   APPEARANCES:

20        FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                                 Attorney at Law
21                               330 Wendell Street
                                   Suite E
22                               Fairbanks, Alaska  99701
                                 (907)  452-4716
23

24

25
```

PURSUANT TO NOTICE, the Videotaped Deposition of <u>DON KUBANYI</u> was taken on behalf of Defendant and Third-Party Plaintiff Cruz Construction, Inc. and Dave Cruz, before Sharon Taylor Notary Public in and for the State of Alaska, and Reporter for Liz D'Amour & Associates, Inc., at the offices of Liz D'Amour & Associates, Inc., 330 Wendell Street, Suite A, Fairbanks, Alaska, on the 14th day of October, 2005, commencing at the hour of 1:30 o'clock p.m.

\* \* \* \*

## TABLE OF CONTENTS

Direct Examination by Mr. Quinn . . . . . . . . . . . . 5
Cross Examination by Mr. Borgeson . . . . . . . . . 125
Cross Examination by Ms. Tavares . . . . . . . . . 151
Cross Examination by Mr. Vermont . . . . . . . . . 154
Redirect Examination by Mr. Quinn . . . . . . . . . 178
Recross Examination by Mr. Vermont . . . . . . . . 186
Redirect Examination by Mr. Quinn . . . . . . . . . 186
Recross Examination by Mr. Borgeson . . . . . . . . 188

**EXHIBITS:**

A   (Native allotment grant) . . . . . . . . . . . . . 10
B   (Recorded Native allotment) . . . . . . . . . . . 22
C   (USGS map of Seven Mile Lake depicting Rex Trail) 28
D   (USGS map of Seven Mile Lake) . . . . . . . . . . 30
E   (USGS map of Seven Mile Lake, closer view) . . . 31
F   (USGS map of Seven Mile Lake, with markings by
    witness) . . . . . . . . . . . . . . . . . . . . 34
G   (U.S. Survey map of allotment) . . . . . . . . . 34
H   (Status plat) . . . . . . . . . . . . . . . . . . 40
I   (Troopers report) . . . . . . . . . . . . . . . . 108
J   (Order suspending imposition of sentence) . . . 110
K   (Letter to Greg Wyman from Paul Mayo, 3/4/03) . 116
L   (Letter to Greg Wyman from Paul Mayo, 3/6/03) . 117
M   (Hand-sketched map of Rex Trail, Parks
    Highway, and intertie) . . . . . . . . . . . . . 178
N   (Aeromap of Seven Mile Lake) . . . . . . . . . . 179

\* \* \* \*

```
 1   Q        All right.  If I went out there, is this trail just
 2            like a sort of visible road that anybody could.....
 3   A        Yes, it is.
 4   Q        You could just see it real clear?
 5   A        Yes.  It's.....
 6   Q        All right.
 7   A        .....clear as can be.
 8   Q        Okay.  And how do you get to your -- how do you get to
 9            your property?  Do you take that trail from the Parks
10            Highway to get out there or.....
11   A        Yes, I do.
12   Q        Okay.  All right.  All right.  I'm going to hand
13            you.....
14                 MR. QUINN:  Why don't we mark that as the next
15   exhibit?
16                              (Deposition Exhibit C marked)
17                 COURT REPORTER:  Exhibit C marked.
18   Q        All right.  I'm not going to spend a lot of time on
19            this, but I've got some maps; they get closer and
20            closer.  But this is a -- I think this is the map.  It
21            looks like it's on the Tanana Chiefs website that we
22            got on -- from the Internet.  But in the sort of.....
23                 MR. WALLERI:  What exhibit is this?
24                 MR. QUINN:  This is exhibit C.
25   Q        Does exhibit C depict your allotment there?
```

```
 1   A      Yes, it does.
 2   Q      Okay.  And that's that little.....
 3   A      Red area.
 4   Q      That red area.  Okay.  It's kind of shaped like a big L
 5          and in the middle of it is Seven Mile Lake, I gather?
 6   A      Yes.
 7   Q      All right.  Does this map have the Parks Highway on it?
 8          It may just not have it.
 9   A      Yeah, it does.  It's this highway right here.
10   Q      Oh, there it is.  Okay.  All right.  That's the
11          highway.  Okay.  And it looks like there's kind of a
12          dotted line there.....
13   A      Yes.
14   Q      .....that kind of goes across the bottom of your
15          allotment.
16   A      Uh-huh.
17   Q      And is that the -- is that the Rex Trail?
18   A      Yes, it is.
19   Q      Okay.  All right.
20              MR. VERMONT:  Why don't we have the record
21   reflect that it looks like it says Sled Road right there, so we
22   all know what we're talking about.
23              MR. QUINN:  All right.
24              MR. VERMONT:  Is that right, where it says Sled
25   Road?
```

```
 1   A        Uh-huh.
 2            MR. VERMONT:  Okay.  Thanks.
 3   Q        Yeah, it does say Sled Road.  And then it looks like on
 4            the other side of the Parks Highway, it says Rex.  Is
 5            Rex a town or something or a form -- is it a -- what is
 6            Rex, do you know?
 7   A        No, I really don't know, but I would say it might have
 8            been a settlement there.....
 9   Q        Yeah.
10   A        .....you know, because everything around there is named
11            Rex, so.....
12   Q        Okay.  All right.  And this says Rex to Bonnifield
13            Trail as if like Rex was at one end and Bonnifield was
14            at the other, but.....
15   A        Yep, that's probably why.
16   Q        Okay.  All right.  Good.  All right.
17            MR. QUINN:  Let me mark this as the next
18   exhibit.
19                                (Deposition Exhibit D marked)
20            COURT REPORTER:  Exhibit D.
21   Q        All right.  Exhibit D is just really a closer-up
22            version of exhibit A and.....
23            MR. VERMONT:  C, you mean.
24            MR. QUINN:  Of C.  I'm sorry.  You're right.
25   Q        And I guess my question is, does this look like a
```

31

```
 1            depiction of your allotment?
 2   A        Yes, it does.
 3   Q        All right.  And, again, it shows this trail and at
 4            least in this depiction, it looks like the trail
 5            actually crosses your property on the -- on the
 6            southern end of it.  Is that accurate?
 7   A        Yes.
 8   Q        Okay.
 9                 MR. QUINN:  Let's mark this as exhibit E.
10                          (Deposition Exhibit E marked)
11                 COURT REPORTER:  Exhibit E marked.
12   Q        All right.  This, again, is a -- it's even a more
13            close-up version and it says -- you can actually read
14            now that it says Seven Mile Lake, but, again, this is
15            a -- just a closer-up depiction of your allotment?
16   A        Uh-huh.
17   Q        All right.  Now, we'll get to the really close one.
18                 MR. QUINN:  Exhibit F.
19                          (Deposition Exhibit F marked)
20                 COURT REPORTER:  Exhibit F marked.
21   Q        All right.  Let me hand you -- look at -- hand you a
22            copy of exhibit F and does it -- this is just again a
23            closer -- closer-up look of your allotment.  And I want
24            to just ask you this, and I -- to me, it looks like on
25            the bottom of this allotment and crossing your
```

|     |   |                                                                                 |
| --- | - | ------------------------------------------------------------------------------- |
| 1   |   | allotment is this trail, which I assume is Rex Trail,                           |
| 2   |   | and then there's a -- it looks like another little                              |
| 3   |   | trail that comes off and also crosses your property a                           |
| 4   |   | little bit further north, I guess that is, and it looks                         |
| 5   |   | like it just stops at that -- at the Seven Mile Lake.                           |
| 6   |   | Is that -- is that a trail that exists on your                                  |
| 7   |   | property?                                                                       |
| 8   | A | Yes, it is.                                                                     |
| 9   | Q | All right. And what's the name of that trail? Does it                           |
| 10  |   | have a name?                                                                    |
| 11  | A | No. It's just a.....                                                            |
| 12  | Q | No. All right. Just a trial.                                                    |
| 13  | A | It ain't that long.                                                             |
| 14  | Q | Okay. And what -- what's that trail used for?                                   |
| 15  | A | To get to our place because the south side of that lake                         |
| 16  |   | is pretty swampy.                                                               |
| 17  | Q | Okay.                                                                           |
| 18  | A | So we cut up on the higher ground.                                              |
| 19  | Q | All right. So that trail is a trail that you guys put                           |
| 20  |   | in?                                                                             |
| 21  | A | It was there.....                                                               |
| 22  | Q | Okay.                                                                           |
| 23  | A | .....when we first got there.                                                   |
| 24  | Q | All right. All right. And then on the bottom part, it                           |
| 25  |   | looks like it's more of just a straight line trail at                           |

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | the bottom. That, I gather, is the Rex Trail.                        |
| 2  | A | Yes.                                                                 |
| 3  | Q | All right. Now, it looks to me like this trail, at                   |
| 4  |   | least on this diagram just actually intersects with the              |
| 5  |   | lake, at least on this map. So let me just ask you,                  |
| 6  |   | first of all, does that -- does this map look like that              |
| 7  |   | to you, like it intersects the lake?                                 |
| 8  | A | Intersect meaning what?                                              |
| 9  | Q | I mean it sort of kind of comes into the lake, it                    |
| 10 |   | actually touches the lake.                                           |
| 11 | A | It comes to the bottom part of it. You know, I                       |
| 12 |   | mean.....                                                            |
| 13 | Q | Okay.                                                                |
| 14 | A | .....it's -- it's all swamp down here.                               |
| 15 | Q | Okay. All right. So this area is.....                                |
| 16 | A | You know, I mean that might be the lake down in part in              |
| 17 |   | that. I mean it's swamp. There's.....                                |
| 18 | Q | Okay.                                                                |
| 19 | A | .....water around there and.....                                     |
| 20 | Q | Okay.                                                                |
| 21 | A | .....then there's noth- -- like right now there's no                 |
| 22 |   | water in that spot, but.....                                         |
| 23 | Q | Okay. So where this line goes across, at least on this               |
| 24 |   | map, what you're saying is that's sort of that southern              |
| 25 |   | part of the lake. The lake gets bigger and smaller at                |

34

| | | |
|---|---|---|
| 1 | | different times of the year. |
| 2 | A | Yeah. |
| 3 | Q | All right. And so when there's maybe heavier rainfall, |
| 4 | | the lake expands and does it actually cover the trail |
| 5 | | at times? |
| 6 | A | Oh, yeah, that trail's -- that's a swamp world down |
| 7 | | there. |
| 8 | Q | Okay. And then at other times -- so sometimes it -- |
| 9 | | sometimes the lake sort of expands so that it |
| 10 | | actually -- it actually crosses the trail, it covers |
| 11 | | the trail. Is that what you're saying? |
| 12 | A | Well, is that what -- that's what you're saying. |
| 13 | Q | No, I'm asking you that. I'm asking you that. |
| 14 | A | Uh-huh. Yeah, of course it covers there. |
| 15 | Q | Okay. |
| 16 | A | I mean it's a swamp. |
| 17 | Q | All right. All right. So would you say that this map |
| 18 | | here, that depicts the lake and depicts the trail, is |
| 19 | | this about right? I mean is this an accurate map? |
| 20 | A | For the big area it's covering, I'd say yes. |
| 21 | Q | Okay. All right. |
| 22 | | MR. QUINN: We'll mark this as the next |
| 23 | | exhibit. Actually two of them. |
| 24 | | (Deposition Exhibit G marked) |
| 25 | | COURT REPORTER: Exhibit G. |

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Okay. All right. So you told them at this point that |
| 3 | | you're not going to put up with this and that if they |
| 4 | | crossed the property, you're going to shoot out their |
| 5 | | tires? |
| 6 | A | Yes. |
| 7 | Q | All right. Did you ever say anything about shooting |
| 8 | | them? |
| 9 | A | No. I -- I'm not going to shoot someone. |
| 10 | Q | All right. Would you really have shot out their tires? |
| 11 | | I mean were you serious about that? |
| 12 | A | Serious enough, you know, but, no, I doubt -- I doubt |
| 13 | | if I'd shoot them. You know what, I -- I'm not a |
| 14 | | violent person. You know, I'm pretty mellow. |
| 15 | Q | Okay. |
| 16 | A | But, you know, I would think a threat like that would |
| 17 | | stop someone. |
| 18 | Q | Okay. So you expected to scare them, anyway, with |
| 19 | | that? |
| 20 | A | Yes. I mean, yeah; it would scare me. |
| 21 | Q | Okay. Do you have firearms there..... |
| 22 | A | Of course. |
| 23 | Q | .....on your property? What -- what firearms do you |
| 24 | | have? |
| 25 | A | I've got a lot of firearms. I mean where do you want |

```
 1            me to start?
 2   Q    Well, how many -- how many total do you think you have?
 3   A    25.
 4   Q    Okay.  Pistols and shotguns and.....
 5   A    Pistols, shotguns, rifles.  I mean I must own three or
 6        four SKSes, you know, and -- yeah, I mean I shoot
 7        everyday.  I.....
 8   Q    Okay.  So you had ammunition and everything out there?
 9   A    Of course.
10   Q    All right.
11   A    But I'm -- you know, I mean, you're not asking, but I
12        ain't stupid enough to shoot someone.
13   Q    All right.  Let me ask you this question:  You said
14        you'd been -- sounds like you'd been drinking since
15        about 2:00 or so.
16   A    Yes.
17   Q    And this was now 8:00 o'clock?
18   A    Yes.
19   Q    Would you describe yourself as being intoxicated?
20   A    Oh, yeah, I was -- yeah, I would say so.  I mean I had
21        to drink, man, I would say probably eight beers by
22        then.
23   Q    Okay.  All right.  And I gather you were getting mad at
24        these guys?
25   A    Yes, I was.
```

| | | |
|---|---|---|
| 1 | Q | Okay. What was their -- what was their reaction? What |
| 2 | | did they do? |
| 3 | A | I think I talked to Ed first. I kind of knew him, but |
| 4 | | he -- he was like he was going to -- if I stopped them, |
| 5 | | he was going to kick my ass or something. I -- I mean |
| 6 | | and I knew -- I knew the guy, but they pretty well |
| 7 | | thought they had all the right in the world to cross |
| 8 | | there. I don't know why, but..... |
| 9 | Q | All right. So at least -- and what they were saying |
| 10 | | is, hey, we think we have the right to be here? |
| 11 | A | Yes. I think someone told them they did. |
| 12 | Q | Yeah. All right. And do you think they did believe |
| 13 | | that? |
| 14 | A | Yeah, the way they were telling me. Yeah. |
| 15 | Q | All right. So there's just a disagreement between the |
| 16 | | two of you as to whether they have the right to be |
| 17 | | there. They think they do; you think they don't. |
| 18 | A | Yeah, but, you know, I even pointed out there's private |
| 19 | | property signs, you know. |
| 20 | Q | Okay. All right. Now, so how long would you say |
| 21 | | this -- this -- call it the 8:00 o'clock encounter. |
| 22 | | How long do you think that one was? |
| 23 | A | I don't know, maybe 10 minutes. They -- they told me |
| 24 | | they were going to call the troopers and that. So I |
| 25 | | said, fine, they'll -- they'll settle this. |

```
 1              charged criminally for the events of that day.
 2                   MR. QUINN:  And let's just mark this as the
 3    next exhibit.
 4                          (Deposition Exhibit J marked)
 5                   COURT REPORTER:  Exhibit J.
 6                   MR. WALLERI:  Oh, you gave me -- I have an
 7    extra one.
 8                   MR. QUINN:  Oh, I did?  Okay.  All right.
 9    Here, you can have that.
10    Q      All right.  Exhibit J, these are records from the --
11           from the court proceeding at Nenana and -- I'm not even
12           sure I've got everything here.  Oh, it looks like there
13           was a -- here we go.  In any case, it looks like they
14           charged you with a number of assaults and disorderly
15           conduct and resisting arrest.  But as I understand it,
16           ultimately you kind of reached a plea agreement with
17           the state on that and you pled guilty.  Was it
18           resisting arrest?  Was that what -- or, no, I'm sorry.
19           Disorderly conduct?
20    A      Yes.
21    Q      Okay.  And what -- what was the -- what was the
22           sentence that you got for that, if you recall?
23    A      I don't recall.  I know it was supposed to go off my
24           record in six months.
25    Q      Okay.
```

| | | |
|---|---|---|
| 1 | A | .....you have to do, because..... |
| 2 | Q | All right.  Let me ask you this:  In terms of your -- |
| 3 | | and I understand that it's your position that the Cruz |
| 4 | | Construction people went across your property to get |
| 5 | | onto the lake and then also it sounds like for a period |
| 6 | | of time they were putting some -- some of their |
| 7 | | property on -- on -- on kind of that swampy part |
| 8 | | of..... |
| 9 | A | Yes. |
| 10 | Q | .....land that was outside the lake, but it's on your |
| 11 | | property?  That's your position? |
| 12 | A | Yes. |
| 13 | Q | All right. |
| 14 | A | It might look like part of that lake because it's all |
| 15 | | swamp. |
| 16 | Q | Okay.  Did they do any damage to your property? |
| 17 | A | Right now, no.  No, I would say there's -- it's all |
| 18 | | frozen then. |
| 19 | Q | Okay. |
| 20 | A | They didn't cut any trees down.  I mean there's a |
| 21 | | grassy spot, they got on there, but, no, they didn't -- |
| 22 | | no, it was frozen.  They didn't..... |
| 23 | Q | Okay. |
| 24 | A | They didn't destroy anything. |
| 25 | Q | All right.  Let me just ask you -- I think I'm really |

| | | |
|---|---|---|
| 1 | Q | Was there ever a court proceeding that occurred after |
| 2 | | your mother's death called a probate? |
| 3 | A | Oh, no. |
| 4 | Q | Is the Native allotment currently deeded in your name? |
| 5 | A | I think it's deeded to all eight kids. |
| 6 | Q | Do you have any written agreements between your |
| 7 | | brothers and sisters about how the Native allotment |
| 8 | | will be used? |
| 9 | A | No. |
| 10 | Q | Do you have any verbal agreements? |
| 11 | A | No, other than we each get an eighth of it. We haven't |
| 12 | | divided it, but, you know, it's more or less in the |
| 13 | | family. |
| 14 | Q | Have there been any disputes with your brothers and |
| 15 | | sisters over the Native allotment? |
| 16 | A | No, nothing over the Native allotment. |
| 17 | Q | Are there any of your brother and sisters that live |
| 18 | | outside the State of Alaska? |
| 19 | A | No. |
| 20 | Q | Are there any other brothers and sisters that haven't |
| 21 | | been to the Native allotment in the last three years? |
| 22 | A | My sister, Elizabeth, who lives in Point Hope, she |
| 23 | | hasn't been there. Her kids have. And, yeah, the rest |
| 24 | | of us have been there. |
| 25 | Q | Now, you've mentioned that the Native allotment was |

```
 1  A      No, I don't have any information on it.
 2  Q      Same question.  Do you have any evidence that Black &
 3         Veatch trespassed on your property in March 2003?
 4  A      No, I have no evidence.
 5  Q      And you are claiming that no one trespassed on your
 6         property in 2002?
 7  A      Yeah, no -- no -- they didn't cross that property then.
 8         I would have saw the tracks there.  All that
 9         happened -- I saw them go on the Rex Trail, but nobody
10         crossed our property there then.
11  Q      Looking at your complaint and your amended complaint,
12         it maintains only two causes of action: one for
13         trespass and a second for civil rights violation.  In
14         terms of the civil rights violation, are those directed
15         at the police officers in this litigation?
16  A      I would think so, you know.  I mean they're the ones I
17         feel violated me, but I'm going to say yes.
18  Q      All right.
19  A      But.....
20             MS. TAVARES:  Thank you.  I have no further
21  questions.
22                       DON MICHAEL KUBANYI
23  testified as follows on:
24                       CROSS EXAMINATION
25  BY MR. VERMONT:
```

```
 1   something like that would you say, or early June?
 2   A      Oh, it's -- it's not in June, but it's probably May.
 3   Q      All right.
 4   A      It's probably early May.
 5              MR. VERMONT:  Oh, okay.
 6   Q      All right.
 7   A      Because it melts pretty fast.  Once that wind comes off
 8          them hills, it melts that ice.
 9   Q      And what you're saying is that -- what you've indicated
10          earlier is that -- actually where this -- sort of where
11          the edge of the lake in terms of -- in terms of the
12          water, that -- sometimes the water extends all -- even
13          over the Rex Trail there?
14   A      Yeah.  I mean, yeah, it floods this area in here, you
15          know.  I mean it's.....
16   Q      All right.
17   A      But, you know, the property lines are in here.  I know
18          they're in on this lake away from this trail.
19   Q      You mentioned before that you could actually see where
20          some -- where certain property lines were just from
21          cuts in the forest.  Are they visible on this
22          photograph or was it -- would they be further out?
23   A      No, because our property line here is probably right on
24          the edge of this thing.
25   Q      Okay.  All right.
```