**EXHIBIT 4**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,     )
     AILEEN WELTON, ELIZABETH           )
 4   TUZROYLUK, DORIS KUBANYI,          )
     VICTOR KUBANYI, BOBBY KUBANYI,     )
 5   ARLETTE KUBANYI and BRIAN          )
     BAGGETT,                           )
 6                                      )
                       Plaintiffs,      )
 7                                      )
           v.                           )
 8                                      )
     GOLDEN VALLEY ELECTRIC             )
 9   ASSOCIATION, DAVE CRUZ,            )
     individually, and d/b/a            )
10   CRUZ CONSTRUCTION, BLACK &         )
     VECH CORPORATION, JAKE COVEY,      )
11   and PATRICK NELSON,                )
                                        )
12                     Defendants.      )
     _____)  Case No. FO4-0026 CI
13

14              DEPOSITION OF DAVE CRAMER CRUZ

15                      January 24, 2006

16   APPEARANCES:

17      FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                                Attorney at Law
18                              330 Wendell Street, Suite E
                                Fairbanks, Alaska  99701
19
        FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
20                              Assistant Attorney General
                                STATE OF ALASKA DEP'T OF LAW
21                              Civil Division
                                Special Litigation Section
22                              1031 West Fourth Avenue,
                                Suite 200
23                              Anchorage, Alaska  99501-5903

24

25
```


COPY

Page 4

1    PROCEEDINGS
2    (On record)
3    COURT REPORTER: We're on record. My name is Sharon
4    Wilcox. I'm a court reporter with Metro Court Reporting, 745
5    West Fourth Avenue, Suite 425, Anchorage, Alaska. Today's
6    date is January 24th, 2006. The time is approximately 2:53
7    p.m. We're at the offices of Metro Court Reporting for the
8    deposition of DAVE CRUZ. This case is in the United States
9    District Court for the District of Alaska, Don M. Kubanyi, et
10   al., Plaintiff versus Golden Valley Electric Association, et
11   al., Defendants, case number F04-0026 Civil. Sir, would you
12   please raise your right hand?
13   (Oath administered)
14   MR. CRUZ: Yes, I do.
15   COURT REPORTER: Thank you.
16           DAVID CRAMER CRUZ
17   having first been duly sworn under oath, testified as follows
18   on examination:
19           DIRECT EXAMINATION
20   COURT REPORTER: Please state your full name for the
21   record and spell.
22   A   David Cramer Cruz. C-r-u-z. C-r-a-m-e-r. D-a-v-i-d.
23   COURT REPORTER: Thank you. And can I have a
24   mailing address, please?
25   A   3852 North Clark dash Wolverine Road, Palmer, Alaska,

Page 5

1    99645.
2    COURT REPORTER: And a day time or message phone
3    number?
4    A   Seven -- 907/746-3144.
5    COURT REPORTER: Thank you. Could I have counsel
6    please identify themselves for the record?
7    MR. WALLERI: Michael Walleri on behalf of the
8    plaintiffs.
9    MR. BORGESON: Cory Borgeson for Golden Valley
10   Electric Association.
11   MR. VERMONT: Venable Vermont, Junior, from the
12   attorney general's office for Troopers Nelson and Covey who
13   are also in the room with us.
14   MS. TAVARES: Christine Tavares for Black and Vech.
15   MR. QUINN: Dan Quinn for Dave Cruz and Cruz
16   Construction.
17   COURT REPORTER: Thank you. You may proceed.
18   BY MR. WALLERI:
19   Q   Have -- Mr. Cruz, have you ever had your deposition taken
20       before?
21   A   Yes, I have.
22   Q   And have you had a chance to talk to your attorney about
23       how this works?
24   A   Yes, I have.
25   Q   Okay. I'm just going to launch right into it. Where do

Page 6

1        you -- what do you do for a living?
2    A   I'm president of Cruz Construction, Inc. and we are a
3        heavy snow and ice road contractor.
4    Q   Okay. And where is your principal place of business?
5    A   Palmer, Alaska.
6    Q   Okay. And in 19 -- or in 2002, was that your place of
7        business also -- or 2003?
8    A   Palmer is our base. I have two other offices and
9        facilities.
10   Q   And where are they?
11   A   Fairbanks, Alaska, 4001 South Cushman, and Deadhorse,
12       Alaska, Prudhoe Bay.
13   Q   Okay. And could you describe your involvement with the
14       construction of the GVA intertie?
15   A   Was contracted on two different occasions, one as a
16       direct contract with GVA for right-of-way clearing in the
17       summer of 2002 and we cleared various sections of the
18       intertie under direct contract to Golden Valley and in
19       the winter of 2001/2002 and 2002/2003, we were contracted
20       to Global Power and Communications for construction and
21       maintenance of 78 miles of ice road for the project.
22   Q   And that was for 2000, 2001 and 2003?
23   A   Right, it was -- it was a two-year contract.
24   Q   Oh, okay. Just so that I understand, when would those --
25       when -- in terms of the first year of the construction,

Page 7

1        when did that start?
2    A   Started December 14th.
3    Q   It's 2001?
4    A   2001 and we were complete March 28th, 2002.
5    Q   Okay. And in 2002/2003?
6    A   We started -- actually, I need to clarify. I had another
7        contract with Global Power for the NI -- I believe it was
8        the NI-9 project or NI-8 -- is it NI-9 or NI-8?
9        MR. VERMONT: I can't answer that.
10   A   Okay. There was another section in -- right in Fairbanks
11       and I was contracted to Global Power for that one also.
12   Q   Oh.
13   A   It was a short little section so I had -- I participated
14       in three separate contracts for that project.
15   Q   Was the NI-8 or the NI-9 project, was that a direct
16       contract also?
17   A   Not with Golden Valley, with -- with Global Power it was.
18       The only one that was direct was -- with Golden Valley
19       was the right-of-way clearing.
20   Q   Okay. In terms of -- back to 2002, 2003, when did --
21       when were you contracted to construct that road?
22   A   What was the por -- period of performance?
23   Q   Yeah.
24   A   In 2002, 2003, we got a late start on NI-8 and I think it
25       was -- memory serving me correctly, it would have been

Page 8

1   around the first of December, somewhere right in there,
2   end of November, first of December, for that project.
3   NI-8 was the one we're talking about.
4 Q That's the one that we're -- that's the one where
5   the.....
6 A Yeah.
7 Q .....Kubanyi incident occurred?
8 A Yeah.
9 Q Okay. And so you were contracted for -- to construct a
10   road? What were you doing out there in March?
11 A In March, we were maintaining our ice road.
12 Q Okay. Now, who did you -- you're familiar with the
13   concept of contracting officer?
14 A Yes, I am.
15 Q Okay. In terms of your -- the contracting officer with
16   Global, who was that that you were reporting to?
17 A Well, it wouldn't be a contracting officer. That's
18   generally a Corps of Engineers or government guy -- deal
19   but.....
20 Q Right.
21 A .....my -- the person that I reported to was Mike
22   Gearhart and he at that time was president of Global
23   Power and Communications.
24 Q And was he on site at the time?
25 A Yes, pretty much during all construction, Mike was there.

Page 9

1   Mike was based out of Fairbanks.
2 Q Okay. Was he referred to as an instruc -- inspector at
3   all?
4 A No, Mike would not have been the inspector, he was
5   overall head man for that project.
6 Q Who was on site, actually on -- was there somebody from
7   GVA or anybody else connected with the project on site
8   other than your employees?
9 A As an inspector?
10 Q Yes.
11 A GVA contracted with Dryden and Larue for inspection
12   services and our main sole individual that was the ice
13   road inspector, environmental compliance officer,
14   miscellaneous, was a gentleman by the name of Mr. Mike
15   Neis, N-e-i-s.
16 Q Okay.
17 A We also had -- in Mike's absence, we had Jerry Smith who
18   was another employee of Dryden and Larue and at the time
19   of the Kubanyi incident, we had Mike Able was the
20   inspector.
21 Q Was there something know -- or somebody known as a chief
22   inspector?
23 A The -- what I call chief inspector or he was a -- it was
24   Dick Warner is what I would call the chief inspector.
25 Q And who did he work for?

Page 10

1 A Dryden and Larue.
2 Q Did you ever have any contact with GVA directly?
3 A Yes.
4 Q On this project?
5 A Yes.
6 Q And who was that?
7 A We had a weekly contractor's -- a weekly project meeting
8   and at those project meetings, it would be people from
9   Black and Vech, there would be people from Dryden and
10   Larue, there would be -- Golden Valley's representatives
11   would have been -- most of the time, it was Greg Lyman.
12   Might also be somebody from purchasing. Bob Faith was
13   there a few times. Generally, Black and Vech had a man
14   there that originally was Jeff Jensen and he left and
15   there was a fellow by the name of Mooka, Rick Mooka (ph),
16   came in and took over for him.
17 Q Okay. And what was Black and Vech's role in all of this?
18 A Well, the best of my recollection, they were -- they were
19   somewhat acting as Golden Valley's agent in proc --
20   managing the project. They handled permitting, they
21   handled design changes. Most of the time they were --
22   they were -- you wouldn't get a directive from Golden
23   Valley Electric to Gold -- like Global Power, you would
24   get a directive from Black and Vech representative like
25   Rick Mooka or Jeff Jensen. That's who would actually do

Page 11

1   it so I'm not certain of the relationship between Golden
2   Valley and Black and Vech but I do know that they were --
3   they were there.
4 Q When you said that you'd get a directive from Black and
5   Vech, what was the nature of that directive? I mean,
6   what would they be directing you to do?
7 A Well, if there was -- and let's just say there was a
8   change order requested but it would go through Black and
9   Vech. That's how it was initiated. I would say they
10   were probably contract project managers. You know,
11   Golden Valley didn't have a designated person that was a
12   project manager. Black and Vech took care of that.
13 Q Who -- in terms of mobilization, can you tell me who was
14   in charge of directing mobilization?
15 A I don't follow.
16 Q The deployment.....
17 A You mean notice to proceed?
18 Q Hmm?
19 A Are you saying notice to proceed or.....
20 Q No, I'm talking about the actual -- does -- were -- did
21   you have specifications as to mobilization of equipment?
22 A No.
23 Q Okay. Notice to proceed was done by Black and Vech?
24 A Right.
25 Q Now.....

Page 12

1  A  And it -- I should clarify that, Mr. Walleri. In my
2     participation, I took my orders from Global Power and no
3     one else.
4  Q  Okay.
5  A  That's who I was contracted to so I should clarify that
6     but a lot of this I don't know for a fact because I'm not
7     privileged to that. I'm a subcontractor to Global and
8     Global is the one that tells me go to work, don't go to
9     work.
10 Q  Okay. You know Don Kubanyi, correct?
11 A  Yes, I do.
12 Q  And how long have you known him?
13 A  I personally met Don in the -- December of 2001.
14 Q  And what was all that about?
15 A  I.....
16 Q  Why did you meet him?
17 A  Don lived out at Seven Mile Lake and he's the only one
18    that -- that I know that lived out that trail unless you
19    went further out there around -- I think it's Gold
20    Canyon, there was a few people.
21 Q  And that's the area known as the Kubanyi allotment?
22 A  Yes, Seven Mile Lake, yes.
23 Q  Okay. That's where the incident occurred that brought us
24    all together.
25 A  Yup.

Page 13

1  Q  Okay. And in terms of the -- and so this would have been
2     -- you first met him when you mobilized the first year on
3     your contract?
4  A  Don himself. I met Victor two years prior -- or had --
5     had conversations with Victor two years prior.
6  Q  Well, what was that about?
7  A  In 1999, the intertie was advertised for bid and it was
8     advertised some time in late September, early October,
9     and so we all looked at the job at that time frame and I
10    -- I contacted Victor because that's the only guy that I
11    could find that had a phone out -- or that he was from
12    Fairbanks and we had looked at putting a construction
13    camp in on -- on Victor's land.
14 Q  And that's the Kubanyi allotment?
15 A  I -- I'm not certain how it's per -- how it's cut up. I
16    was just dealing with Victor and that's who I talked to
17    about -- far as I knew, it was his land.
18 Q  Okay. And what happened with that?
19 A  Victor was very interested in providing us with, you
20    know, land to put it -- put this camp on.....
21 Q  Mm-hmm (affirmative).
22 A  .....very interested in participating and, you know, no
23    big deal and then the job was canceled, bids were
24    returned and they were not opened in '99 and the project
25    sat for a year and a half or whatever it was before it

Page 14

1     was advertised again.
2  Q  Did you ever have an agreement with Victor to locate the
3     camp on the property?
4  A  We never got that far.
5  Q  Okay. Did you know what type of property it was?
6  A  No, I didn't know -- I just knew that he had some
7     property there.
8  Q  Okay. When was the -- well, when was the next time you
9     had any contact with the Kubanyi's?
10 A  In December.....
11 Q  Well, let's back up. Excuse me. How many conversations
12    did you have with Victor about this proposed construction
13    of the camp?
14 A  We probably had, I would say, a couple on it in '99.
15 Q  And when did you have -- and then what happened after
16    that? When was your next contact with the Kubanyi's?
17 A  My contact would have been December with Don when we
18    started the winter road in December of 2001.
19 Q  And can you describe that contact?
20 A  Just met Don there. He was very cordial right there at
21    Seven Mile Lake. We were doing improvements to the Rex
22    Trail to get it passable and Don was, you know, just out
23    there visiting.
24 Q  And were you accessing the Seven Mile Lake at that time?
25 A  Not in December. We were using -- we were accessing the

Page 15

1     Rex Trail at that time.
2  Q  Okay. But you didn't go into Seven Mile Lake?
3  A  Not in December.
4  Q  Okay. And then -- so he was just visiting at that time?
5  A  Right.
6  Q  And what about your next meeting with Mr. Kubanyi or any
7     of the Kubanyi's?
8  A  My own personal self, I probably saw Don several times
9     back in there, you know, on the trail or he'd come by and
10    visit with one of my operators. So.....
11 Q  Did he seem hostile to you?
12 A  Not at that time.
13 Q  Okay. And did you ever talk to him about accessing Seven
14    Mile Lake for -- to obtain water?
15 A  We obtained water in January of 2002 off of Seven Mile
16    Lake so I can't specifically remember if I went and
17    talked to Don about it but we did extract water from
18    Seven Mile.
19 Q  And what -- how did you access the lake?
20 A  Well, the lake flows right into the trail and as you come
21    by -- as you come down the trail, you're running on ice
22    for quite a ways there. I could show you on a map and
23    there's a -- the lake comes right in the trail and you
24    just turn and go right on the lake right on the ice.
25 Q  Okay. And so you were accessing the lake the same way

Page 16

1     that you accessed it in 2003?
2 A Yes.
3 Q Okay. And did anybody ever say anything to you?
4 A Nope, never had any discontent, any problems. Nobody
5     said anything to us. We hauled for several days. I -- I
6     don't recall exactly the spe -- specifics how many days
7     we hauled but, you know, it wasn't a whole great amount.
8 Q Okay. Do you know how many days you were on the
9     allotment?
10     MR. VERMONT: Objection.
11 A I don't know that I was on the allotment.
12 Q Or, excuse me, how many days you were hauling water off
13     of Seven Mile Lake.
14 A In 2002?
15 Q Right.
16 A I'm going to estimate, just go out and hazard a guess,
17     that we probably hauled three days and we probably had an
18     ice shack out there for week and half, two weeks.
19 Q Were any of the Kubanyi's present at that time?
20 A The only one that I -- well, I don't know. I don't know.
21 Q You never met any of them at that time?
22 A I don't specifically recall having a conversation with
23     Don -- it would have been Don, you know -- during that
24     period of time, you know, when we were hauling. I was
25     further on up the line and so I would have heard if there

Page 17

1     was anything bad but.....
2 Q Was it ever reported to you that any of your employees
3     had contact with Don during that January of 2002 about
4     the -- accessing Seven Mile Lake?
5 A No.
6 Q Okay. Have any of your employees discussed with you --
7     other than the incidences in 2000 -- in March, 2003, have
8     any of your employees reported any discussions that
9     they've had with any of the Kubanyi's about accessing the
10     lake?
11 A I don't know about accessing the lake. I would say I'm
12     not privileged to that. I know that there was numerous
13     conversations, niceties, you know, the blade-operated C-
14     dawn out there or this and that so just more like
15     friendly stuff, how're you doing and how's the project
16     going.
17 Q Okay. And were you aware of and signs in the area
18     identifying the Kubanyi land?
19 A The only signs that I recall seeing there were the signs
20     -- Don had signs going down his driveway which was
21     probably a thousand feet to maybe 1,200 feet from where
22     we went on the lake and the signs were very much no pres
23     -- trespassing and it was for his driveway. They were
24     very adamant. There was a gate and all that to that
25     driveway.

Page 18

1 Q Did you ever see a large white sign talking about not
2     accessing the lake?
3 A No, I did not.
4 Q So you -- did you ever talk to Mr. Walters about any of
5     this?
6 A I remember conversations with Wayne but I -- I don't
7     recall anything specific about accessing Seven Mile.
8 Q Okay. Did you -- who did you discuss with regards to the
9     permitting of accessing Seven Mile Lake for water?
10 A The only person that I discussed was with Jeff Jensen of
11     Black and Vech and they -- we had maps of the intertie
12     route. We wanted any piece of water, any -- that we
13     could get ahold of that either bisected, came into the
14     right-of-way, any rivers that we were going to cross, any
15     lakes that we could get water out of for it and Black and
16     Vech took care of getting the permits.
17 Q Did Mr. Jensen make any representation of getting those
18     permits for you to you?
19 A He -- he got the permits, yes.
20 Q Okay. Did he discuss with you access across any lands
21     that he.....
22 A No, he did not.
23 Q Did you discuss that -- did you talk to him about that?
24 A No.
25 Q Okay. In terms of -- did anybody talk to you prior to

Page 19

1     March of 2003 about the boundary of the Kubanyi lands?
2 A No.
3 Q Can you tell me how you came to be in the area on
4     March 1st of 2003?
5 A Well, I managed the project on a daily basis so I was on
6     that route, on that intertie route almost every day,
7     seven days a week.
8 Q Okay. And on March 1st, what happened -- of 2003?
9 A I'd have to look back in my -- in the field notes to.....
10 Q Okay. Well, let's put it this way, when did you start
11     drawing water -- do you know when you started drawing
12     water off of Seven Mile?
13 A We -- somewhere towards the end of February, we had moved
14     our pump shack down there. We hauled some water, if I
15     recall right, and we were going to make some snow up on
16     the right-of-way and then the weather kind of was very,
17     very warm and snow making is not conducive to warm
18     weather so we just kind of ceased operations so -- we had
19     done some in -- hauling on -- watering on the Rex Trail
20     and we were thinking -- Mike said we just ceased
21     operations till the weather got a little colder.
22 Q Do you know when you started -- re-started then?
23 A Sometime within that time frame, some -- you know, I'd --
24     I'd have to look at the date on my daily report but it
25     was somewhere in -- towards the end of February or first

Page 20

1 of March.
2 Q And what -- can you tell me how you -- what happened on
3   the 1st?
4 A Is -- do you have a -- any copies of my daily reports I
5   can look back on to refresh my memory?
6 Q No, it's -- they don't.
7 A Okay. Whenever we had the incident with Don, is that the
8   date we're talking about?
9   MR. VERMONT: That was March 1st, yeah. Just.....
10 A Okay. All right. Then I can probably tell you pretty
11   good then. We had switched our operations for quite
12   awhile to nights, trying to take advantage of colder
13   weather and we had a section to finish. I don't remember
14   the exact stationings but the last section going into the
15   end of our project which we went about a mile and a half
16   south of the Rex Trail to structure 156 I think it was
17   and I can't -- I don't remember the distance in miles
18   north of the Rex Trail we went. You know, I'm sure my
19   records would maintain -- you know, I would know that.
20   So we were going to fire up and go ahead and -- and run
21   water at night. That morning, I was out on the Rex Trail
22   checking things. I'd probably been up at -- on the main
23   line and I visited with Don himself probably at oh, 10:00
24   o'clock, 11:00 o'clock in the morning, somewhere in that
25   time frame. Had a nice conversation with him. The only

Page 21

1   thing that really sticks out in my mind, that Don wanted
2   to work for Golden Valley and Golden Valley didn't hire
3   him and that was really the only thing I remember about
4   it. I did tell him we were going to extract water. He
5   knew our ice shack was out there and he didn't have any
6   opposition at all to us doing that. He knew we had valid
7   permits to do it and, you know, we actually had a nice
8   conversation.
9     I probably talked with him a half an hour or 45
10   minutes right there by his place. Don asked me if he
11   could use our loader to move some logs. I told him well,
12   we couldn't use -- he couldn't use it today but we'd come
13   and help him the next day. We literally volunteered to
14   help him out, you know, so we had that kind of
15   relationship with him, you know. And then a little later
16   in the day, I got a call from my grader operator, Lance
17   Williamson -- and I'm going to estimate it, it was
18   probably 2:30 to 3:00 o'clock, somewhere within that time
19   frame -- it could have been maybe 3:30 -- and Don and his
20   brother-in-law and a sister and Don's girlfriend or some
21   other gal there, they were -- they were partying and Don
22   wanted -- Lance told me Don wanted 500 gallons of diesel,
23   two cases of beer and whiskey and I said well, I said I
24   can't get him any of that stuff today so, you know, I'll
25   deal with Don tomorrow. So anyway, Lance indicated that

Page 22

1   Don was definitely getting drunk and so about -- I didn't
2   go back and see him or take him any alcohol or anything
3   but, you know, we were still going to help him the next
4   day. About -- our night shift was se -- set to start, I
5   believe, at 8:00 p.m. That's what we work, 8:00 to 6:00
6   in the morning. That would be 10 hours, 6:30. 8:00 to
7   6:30 is what we were going to work and the crew went out
8   that night and I was staying down at Rochester's Lodge is
9   the name of it, just right across from Clear Sky Lodge,
10   and I went in to check on the crew. Everything was going
11   relatively good. Weather looked like it was going to go
12   and my mechanic at that time, Lynn McCoyne, called me and
13   said Don was kind of starting to raise some trouble out
14   there and wanted -- wanted to talk to me. I think that's
15   what it was and so I told Lynn, I said well, tell Don
16   I'll come and talk to him tomorrow, that I'm going home,
17   I've worked all I can today. So anyway, I went on out
18   the road and then I got a call from Mike Able who was
19   Dryden and Larue's inspector very upset and said Don had
20   threatened to kill them. He was going to get his gun and
21   kill them and they were fearing for their life and that
22   was the direct -- I remember that very vividly. So I
23   thought about it for a second. I had to insure the
24   safety of my crew out there. I got on my cell phone and
25   I called 911 and I met both of these gentlemen out. I

Page 23

1   went to the Parks Highway, sat there waiting for them to
2   come, met both of them at the Parks Highway, explained to
3   them who we were, what we were doing and.....
4 Q Okay. Hold off there for a second. So at -- right after
5   Mike Able called you, your next call was on 911?
6 A When he threatened to kill the crew, yes.
7 Q Okay. Did you talk to anybody else about what to do?
8 A No.
9 Q Did you talk to the chief inspector?
10 A Nope.
11 Q Okay. Did somebody tell you to call the troopers?
12 A I made that judgment as the president of my company and
13   to insure the safety of my people.....
14 Q Okay.
15 A .....and the Golden Valley inspector.
16 Q Did you tell Officer Covey that the general inspector had
17   told you to call?
18 A I wouldn't be the general inspector, I would have told
19   him the Golden Valley inspector.....
20 Q Okay.
21 A .....you know, was fearing for his life so I may have
22   said the Golden Valley inspector.
23 Q If on the tape, you refer to two separate inspectors and
24   that one -- that the chief inspector told you to call, do
25   you know who that would have been?

### Page 32

1   A   Four.
2   Q   And.....
3   A   We were probably running only two on that because we use
4       it also for heat so I would say we were probably running
5       two lights.
6   Q   Okay. So you were out there with 2,000 watts of light.
7   A   Mm-hmm (affirmative).
8   Q   Okay. And did that light up the area pretty good?
9   A   It lit up -- what we were trying to do was light up the
10      area out to where we accessed the trail.
11  Q   The area when you were -- the area between the trail and
12      the light you were try.....
13  A   That ice shack, yes.
14  Q   That's the area that you were trying to light up?
15  A   Mm-hmm (affirmative).
16  Q   Okay. And in terms of -- do you know whether or not Ed
17      talked to you about whether or not he was scared?
18  A   They were all scared. That's what I recall because I
19      remember seeing Don come around and all of us, basically,
20      took cover.
21  Q   Do you remember that -- do you remember Ed saying he
22      wasn't scared?
23  A   I don't recall that.
24  Q   Do you remember telling Ed that you -- that he's so big,
25      nobody needs to -- that he's not scared of anything?

### Page 33

1   A   I don't recall that.
2   Q   Okay. What about Chris Mayo?
3   A   Fail.
4   Q   Or Fail. What's -- what did -- did he say he was scared?
5   A   I don't recall spec -- you know, recollecting things --
6       you know, coming to me and specifically he was scared.
7   Q   Did you tell your employees to tell the troopers that
8       they were scared?
9   A   No, I do not recall telling them that.
10  Q   Do you know whether or not Mike Able told people to tell
11      the troopers that they were scared and felt threatened?
12  A   I don't know that.
13  Q   So what happened after that?
14  A   Well, the troopers stopped. They were starting to
15      interview my crew. One of -- I believe my crew. I don't
16      -- I don't know which one said here comes Don and we
17      could see him coming across the lake. We basically took
18      cover and I remember the two troopers went out to meet
19      Don. I was probably maybe 25 feet from him. I was
20      standing over the corner of one of our trucks. They
21      proceeded to talk to Don. Don started yelling and
22      screaming and took a swing at one of these gentlemen. I
23      don't know which one it was but I definitely saw him
24      lunge for him and it took about 4-1/2 seconds and it was
25      over. These guys subdued him and put him in the cruiser.

### Page 34

1   Q   So you're saying that Don advanced on and swung on one of
2       the troopers?
3   A   They walked out, both troopers, and all they wanted to do
4       was talk to Don. That was the impression. You know,
5       they weren't -- you know, they didn't come out and try
6       and tackle him or anything like that. Don, I could hear
7       him swearing at them and then I saw him actually kind of
8       swing to try and hit one of them and then they were on --
9       they were on him and -- and arrested him.
10  Q   Did you see either one of the troopers deploy a taser?
11  A   Yes, I did.
12  Q   And was that before or after you -- the swinging?
13  A   That was right during about the same time.
14  Q   Okay. And do you remember one of the troopers using a
15      chemical spray?
16  A   Yes.
17  Q   And when was that?
18  A   During the physical altercation.
19  Q   Okay. When he was still up or when Don was on his feet?
20  A   There was a -- there -- when Don went and swung on him,
21      that's when I saw a taser, I saw -- you know, I saw him
22      wrestle him down, I saw him, you know, pepper spray him
23      and subdue the guy.
24  Q   Okay. Now, what happened after that?
25  A   They put Don in the cruiser. I do remember them --

### Page 35

1       actually, they had him handcuffed and they were wiping
2       his eyes out and that, cleaning his face off of the
3       pepper spray. I do remember that portion very
4       vividly.....
5   Q   Mm-hmm (affirmative).
6   A   .....and they put him in the cruiser and then it wasn't
7       more than just a few minutes that his brother-in-law --
8       and I just remember the guy's first name as being Brian
9       walked out there. The troopers instructed him down on
10      your knees, put his hands behind the head. He totally
11      responded to what they said. He talked to them very
12      cordial. It wasn't anything -- any huge problems and the
13      troopers, you know, released him. They didn't arrest
14      him.
15  Q   Okay. And what happened after that?
16  A   As far as.....
17  Q   Well, did the troopers leave or did they talk to you?
18  A   They did -- the troopers did interview us. The -- I can
19      remember them asking us if -- if any of us -- there was
20      four of us there -- standing there -- did any of us think
21      they used excessive force. You know, they asked a lot of
22      questions like that and I don't think that there was
23      anybody that said that they didn't do anything more than
24      they absolutely had to do to take care of this problem.
25  Q   Were you glad that they got the Kubanyi's out of the way?