**EXHIBIT 6**

## STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF LAND

[X] Northern Region
3700 Airport Way
Fairbanks, AK 99709
(907) 451-2705

[ ] Southcentral Region
3601 C Street, Suite 1080
Anchorage, AK 99503-5937
(907) 269-8552

[ ] Southeast Region
400 Willoughby, #400
Juneau, AK 99801
(907) 465-3400

### LAND USE PERMIT
### Under AS 38.05.850

ADL 415854

Golden Valley Electric Association, Inc., is issued this permit to use the following described land:

The Rex/South route for the Northern Intertie as described in BLM's Draft EIS figure 3.9-1 for a 150 foot wide public utility right-of-way.

Generally, the Rex/South Route begins at Healy substation and continues about five miles north, along the Usibelli Coal Mine access road to a point just north of Lignite Creek. From Lignite Creek, the route travels northeast to Walker Dome, where it heads north and passes to the west of Rex Dome, a total distance of approximately 12 miles. From Rex Dome, the route continues north about 30 miles to a point near the City of Nenana (which lies four miles to the northwest), then heads east generally paralleling the south side of the Tanana River for approximately 45 miles. At this point, the route is due south of Fairbanks, where it then crosses the Tanana River and terminates at the proposed South Fairbanks Substation.

This permit is issued for the purpose of authorizing early entry for construction and survey of a Public Utility Right-of-Way Permit for utility purposes. The development of the site authorized by this permit shall be limited to the area and improvements specified in the permit application. This permit applies to state land under the jurisdiction of the Division of Land.

This permit is issued subject to: payment of the use fee in the amount of $26,000.00 (see Special Stipulation No. 12); posting of bond in the amount of $60,000.00 (see Special Stipulation No. 5); proof of insurance in the amount of $1,000,000 with a $2,000,000 annual aggregate (see Special Stipulation No. 6); and compliance with the attached Special Stipulations in addition to those noted on Page 2 of this document.

This permit is not a property right. It is a temporary authorization, revocable by the state with or without cause. This permit is effective beginning February 22, 1999, and ending on February 21, 2004, unless sooner terminated at the state's discretion.

| Signature of Authorized State Representative | Title: Northern Region Manager | Date: 3/5/99 |
|---|---|---|
| Signature of Permittee or Authorized Representative: Michael P. Kelly | Title: President & CEO | Date: March 1, 1999 |

| P.O. Box 71249 | Fairbanks | Alaska | 99707-1249 |
|---|---|---|---|
| Permittee's Address | City | State | Zip |

| (907) 456-1178 | (907) 451-5647 | Steven Haagenson |
|---|---|---|
| Home Phone | Work Phone | Contact Person |

*Permittee is responsible for maintaining a current address with the division during the life of this authorization.
*Permittee is responsible for obtaining authorizations required by other agencies for the permitted activity

Land Use Permit
ADL 415854
Page 2

1. This Land Use Permit conveys no interest or property right in state land. This permit may be reissued upon application by the permittee at the state's discretion. This permit is revocable immediately, with or without cause. If revoked without cause, the permittee will be allowed 30 days within which to remove the permittee's possessions and vacate the premises. If revoked for breach of any condition, the permittee shall immediately vacate the premises. This permit is not transferrable. It is issued to authorize specific activities requested by the applicant and that are not included in the category of "generally allowed uses."

2. This Land Use Permit is subject to the following provisions:
    a. Activities employing wheeled or tracked vehicles shall be conducted in such a manner as to minimize surface damage.
    b. Existing roads and trails shall be used wherever possible. Trail widths shall be kept to the minimum necessary. Trail surface may be cleared of timber, stumps, and snags. Due care shall be used to avoid excessive scarring or removal of vegetative ground cover.
    c. All activities shall be conducted in a manner that will minimize disturbance of natural drainage systems, that will not cause a change in character, pollution, or siltation of streams, lakes, ponds, water holes, seeps, and marshes, and that will not disturb fish and wildlife resources. Cuts, fills, or other activities causing any of the above disturbances, if not repaired immediately, are subject to any corrective action as may be required by the director.
    d. Unless specifically authorized by this permit, the director prohibits the disturbance of vegetation within 300 feet of any waters located in specially designated areas as prescribed in 11 AAC 96.010(2) except at designated stream crossings. These special designations are noted on the State of Alaska land status plats.
    e. All activities shall be undertaken in a manner which causes the least possible interference with other authorized uses of state lands.
    f. Trails and campsites shall be kept clean. All garbage and foreign debris shall be eliminated by removal, burning, or burial, unless otherwise authorized.
    g. All survey monuments, witness corners, reference monuments, mining claim posts, and bearing trees shall be protected against destruction, obliteration, or damage. Any damaged or obliterated markers shall be reestablished in accordance with accepted survey practices of the division.
    h. Every reasonable effort shall be made to prevent, control, or suppress any fire in the permitted area. Uncontrolled fires shall be reported immediately.
    i. Holes, pits, and excavations shall be filled, plugged, or repaired. Holes, pits and excavations necessary to verify discovery on prospecting sites, mining claims, and mining leasehold locations may be left open but shall be maintained so as to minimize erosion and siltation and shall be consistent with public safety and welfare.
    j. No person may engage in mineral exploration activity on land open to such use, the surface of which has been granted or leased to third parties by the State of Alaska, or on land in which the state has received the reserved interest of the United States until good-faith attempts have been made to agree with the surface owner or lessee on a settlement for damages which may be caused by such activity. If agreement cannot be reached, or lease or surface owner cannot be found within a reasonable time, operations may be commenced on the land only after specific approval of the director, and after making adequate provision for full payment of any damages which the surface owner or lessee may suffer.
    k. Entry on all lands under prospecting permit, lease, or claim, by other than the holder of the permit, lease, or claim, or his authorized representative, shall be made in a manner which will prevent unnecessary or unreasonable interference with the rights of the permittee, lessee, or claimant.

3. In the case of a permit authorizing early entry, pending issuance of a final authorization, permittee agrees to remove any improvements and to rehabilitate the area to a condition acceptable to the director if the final lease/right-of-way permit is not issued or the permittee fails to complete the lease/right-of-way process within one year of the date of the execution of this entry authorization. Permittee also understands that early entry is undertaken at his/her own risk in the event that the final authorization is not issued.

4. Permittee and permittee's contractors, subcontractors and all personnel shall indemnify the State of Alaska and hold it harmless from any and all claims, suits, loss, liability and expense for injury to or death of persons and damage to or loss of property arising out of or in connection with permittee's entry on and use of this land.