**EXHIBIT 7**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI and BRIAN         )
     BAGGETT,                          )
 6                                     )
                        Plaintiffs,    )
 7                                     )
          v.                           )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     individually, and d/b/a           )
10   CRUZ CONSTRUCTION, BLACK &        )
     VECH CORPORATION, JAKE COVEY,     )
11   and PATRICK NELSON,               )
                                       )
12                      Defendants.    )
     _____)  Case No. F04-0026 CI
13

14              DEPOSITION OF JACOB STEWART COVEY

15                       January 25, 2006

16   APPEARANCES:

17        FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                                  Attorney at Law
18                                330 Wendell Street, Suite E
                                  Fairbanks, Alaska  99701
19
          FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
20                                Assistant Attorney General
                                  STATE OF ALASKA DEP'T OF LAW
21                                Civil Division
                                  Special Litigation Section
22                                1031 West Fourth Avenue,
                                  Suite 200
23                                Anchorage, Alaska  99501-5903

24

25
```



Page 16

1  A  I -- I suppose if they thought the situation was
2     necessary, they -- they could do that.
3  Q  And the troopers have a policy of encouraging people not
4     to do that, right?
5  A  That is correct.
6  Q  Because of the potential for violence.
7  A  That is correct.
8  Q  So if you were -- in your experience, have you ever known
9     anybody to make a civil arrest?
10 A  Yes.
11 Q  And how -- tell me about that.
12 A  The process that I've typically used is I carry a
13    citizen's arrest form with me. I have several in my car
14    that -- when I deal with it mostly is in the park in the
15    summer where you get some people -- see trespass issues
16    or assault issues that -- that happen not in my presence
17    and it's usually with a security, like let's say Princess
18    security or Air Mark Security. They call us to the scene
19    because so and so did something, broke the law somehow
20    and if it's a misdemeanor committed on my -- out of my
21    presence, I, obviously, can't arrest him right there so
22    the only way I can take -- I can either charge them, send
23    the documents to the DA's office and -- for review or I
24    can give them a summons to appear in court or if the
25    person wants them to go to jail, they can fill out a

Page 17

1     citizen's arrest form. I would give the -- give them the
2     citizen's arrest form, provide them with that form. They
3     would fill it out and that person would go to jail.
4  Q  And you would actually take the person in custody who
5     was.....
6  A  Yes.
7  Q  Okay. Now, do you think most people know -- in your
8     experience with dealing with this system, are most people
9     familiar with it?
10 A  Most people are familiar that they can make a citizen's
11    arrest. They may -- they may not be familiar with the
12    process but I think most people probably know they can
13    make a citizen's arrest.
14 Q  Okay. Do you think that most -- are people, in your
15    experience, surprised when you have a form that actually
16    forces an arrest?
17 A  I'm not comfortable with the word forces. I'm not -- I'm
18    not -- I'm not understanding what you're saying.
19 Q  Are they surprised when you have a form for a citizen's
20    arrest?
21 A  I've never seen anybody surprised by the fact that I give
22    them a form. Seems to be kind of the standard.
23 Q  Okay. So was it -- were -- when you -- you indicated
24    that the trespass issue at the time that you learned that
25    there was a trespass issue underlying the dispute, you

Page 18

1     indicated that wasn't the first and foremost at your.....
2  A  Correct, if you listen to the tape, you can hear me.
3     Every time a trespass issue comes up, I say something to
4     the effect that's fine, let's get back to the assault. I
5     -- I redirect the conversation back to the assault or the
6     threat of the use of a firearm because that, in my mind,
7     is the top priority here is preventing the loss of life
8     or -- or something to that effect.
9  Q  Okay. Now, in the tape, you ask a number of times
10    whether or not people feel that they're threatened.
11 A  Correct.
12 Q  Some of the early responses people saying they aren't
13    feeling threatened like, for example, with Mr. Ed Denola.
14 A  Some guys said they weren't -- they didn't feel scared
15    but they were threatened. Some people make a distinction
16    there. Whether it's, you know, macho bravado or
17    whatever, some guys have a hard time saying they're
18    scared but they can definitely say that they're
19    threatened. In my experience, that's what I've noticed.
20 Q  Well, when you were interviewing Mr. -- when you got to
21    the scene.....
22 A  Mm-hmm (affirmative).
23 Q  .....and you were interviewing Ed.....
24 A  Mm-hmm (affirmative).
25 Q  .....and you were inter -- actually interrupted by Mike

Page 19

1     Able, correct?
2  A  I was interrupted by somebody. I couldn't tell you
3     exactly who it was.
4  Q  And he was the one who basically said yes, I feel afraid.
5  A  Yes. Yes.
6  Q  Okay.
7  A  Yeah, something to that effect.
8  Q  And do you remember him making a comment that when --
9     about Ed that Ed wasn't afraid of anything because he was
10    so big?
11 A  I remember something to the effect that not -- not that
12    you're not afraid but, you know, maybe something to the
13    effect that, you know, maybe, you know, you're such a big
14    guy, probably not much scares you. I don't remember him
15    telling Ed what to think.....
16 Q  Mm-hmm (affirmative).
17 A  .....I just remember saying, you know, maybe if I was as
18    big as Ed, I wouldn't have been as scared or something to
19    that effect.
20 Q  Okay. So Ed wasn't really -- Ed was basically saying he
21    wasn't afraid, right?
22 A  I -- I believe Ed said -- I asked him if he was scared.
23    He said well, maybe not scared so much as threatened or
24    something to that effect.
25 Q  Okay. And in terms of your assessment of the situation,

Page 20

1  in terms of the hierarchy of people on the site, where
2  would you put Mike Able?
3  A   Just as a person that was at the scene. I wouldn't -- I
4      wouldn't treat him any differently than I would anybody
5      else.
6  Q   Would you identi -- given that he was an inspector, did
7      you see him as being more in control of the situation
8      than say Ed or Faio?
9  A   No, I -- I -- I look at everybody -- everybody at a scene
10     who's a vi -- who could potentially be the victim of a
11     crime or is the victim of the crime the same whether
12     they're, you know, the vice president of the United
13     States or Joe Blow off the street there.
14 Q   Okay. Now, you were also here for Mr. Cruz' deposition.
15 A   Correct.
16 Q   Okay. And you've reviewed the tape.
17 A   The tape?
18 Q   The tape that you made of the.....
19 A   Certain portions of it, yes.
20 Q   Okay. Do you remember Mr. Cruz telling you that he had
21     talked to this chief inspector?
22 A   I don't remember that, to be honest with you.
23 Q   Okay. Did -- do you remember why Mr. Cruz said that he
24     called 911?
25 A   I remember him saying that he was -- that somebody had

Page 21

1  threatened to shoot his -- his employees.
2  Q   And that was primary -- that's primarily what you took
3      away from that conversation?
4  A   Correct.
5  Q   Okay. Have you ever -- in your experience as a trooper,
6      have you ever been -- let's -- I don't know how best to
7      put this but have you ever felt used by people?
8  A   I've felt at time that people have attempted to use the
9      troopers to -- to -- or the law, let's say, to -- to kind
10     of get what they want.
11 Q   Okay. Did you have a -- any sense that's what was
12     going on in this case?
13 A   Not at all.
14 Q   I'm cur -- now, when you were driving in, you were in
15     front of Trooper Nelson's car.
16 A   Correct.
17 Q   Okay. And you were behind Mr. Cruz.....
18 A   Correct.
19 Q   .....in his truck.
20 A   Mm-hmm (affirmative).
21 Q   Okay. Did you see any signs?
22 A   I don't remember seeing any signs.
23 Q   Okay. Were you looking for signs?
24 A   No, I wasn't.
25 Q   Okay. So is it fair to say a -- I'm getting the

Page 22

1  impression and I know I'm repeating myself but I just
2  want to make this clear that in your response to the
3  situation, you weren't really concerned so much about any
4  alleged trespasses but you were really focusing on the
5  question of whether or not Mr. Kubanyi was threatening
6  somebody with killing them?
7  A   I'd say it's fair to say that I was prioritizing the
8      issues. I knew there was a underlying trespass
9      issue.....
10 Q   Mm-hmm (affirmative).
11 A   .....but at the time, what was occupying me and -- at the
12     time was the -- the threat of the use of force -- or the
13     -- the firearm.
14 Q   Now, it wasn't just Mr. Cruz that told you there was a
15     trespass issue, right?
16 A   To the.....
17 Q   I mean, do you know how many people told you that the
18     underlying conflict was over trespass before you
19     encountered Mr. .....
20 A   I couldn't give you a definitive number.
21 Q   Sou -- would four sound about right?
22 A   I -- I couldn't tell you, to be honest with you.
23 Q   Okay. So -- and you -- when you arrived at the scene,
24     the -- you went up to the -- you -- well, tell me how you
25     came to encounter Mr. Kubanyi.

Page 23

1  A   Well, I was -- I was conducting some interviews and
2      somebody in the background kind of said oh, here he comes
3      now or something to that effect. I looked out onto the
4      lake. It was dark but I could see a -- a figure walking
5      towards me and the thought in my mind was he threatened
6      to come back with a firearm so I walked out onto the
7      lake. I -- because it was an unknown threat to me
8      whether he had a firearm or not -- I could not tell by
9      looking at him -- I drew my -- my handgun out to what is
10     a low guard and ordered Mr. Kubanyi to show me his hands
11     and this was to make -- for me to see that he didn't have
12     any weapons.
13 Q   Mm-hmm (affirmative).
14 A   I ordered Mr. Kubanyi to show me his -- his hands. He
15     said something to the effect of fuck you. I asked him to
16     turn around or I ordered him to turn around. He -- I
17     couldn't remember if he said fuck you again or why or
18     something to that effect but he was definitely hostile
19     towards me. He -- he stopped advancing on me. I had my
20     gun out to a low guard, like I said, and I kept giving
21     him orders to comply with me and he kept saying fuck you
22     or -- or why or something like that. Trooper Nelson
23     arrived on -- was oh, I'd say, 10 seconds behind me. He
24     arrived on -- where -- where I was with Mr. Kubanyi and
25     Trooper Nelson got his taser out and the -- the taser has

Page 24

1   a -- a -- a laser is what we point with. He -- I
2   distinctly remember the -- the laser being on Mr.
3   Kubanyi's chest. I remember Trooper Nelson giving him
4   orders and this is where Trooper Nelson took over giving
5   him the orders. Trooper Nelson was giving him orders and
6   he -- and Mr. Kubanyi's response was the same, fuck you,
7   why, you know, basically not complying with us. At this
8   point, I still didn't know that he -- if he did or did
9   not have a weapon.
10  Q   Mm-hmm (affirmative).
11  A   And, based off his demeanor, I was -- I was -- you know,
12      I didn't know and he was still an unknown threat to us at
13      this point. Trooper Nelson gave him several -- several
14      chances to -- to comply by telling him he's going to
15      controlled with 10,000 volts of electricity. Mr. Kubanyi
16      still was with -- had his -- he took a combative stance
17      with -- with Trooper Nelson, an aggressive combative
18      stance which tells me that, you know, this guy's,
19      obviously, not going to comply with what we're telling
20      him to do and, you know, Trooper Nelson gave him several
21      -- several warnings of what was going to happen. Mr.
22      Kubanyi's attitude stayed the same. Trooper Nelson
23      deployed the taser. Do you want me to keep going or.....
24  Q   Why don't we hold off a little for a second?
25  A   Okay.

Page 25

1   Q   Now, when I heard the tape, I kept hearing Mr. Kubanyi
2       ask why. Did you feel that you had to explain why you
3       were asking him to do this?
4   A   Not at the time that -- that -- to me at the time, I
5       wanted to make my world safe. That's -- that's my main
6       priority, I want to make my world safe. I want to make
7       sure he doesn't have a gun. I'll be more than happy to
8       sit down with him a half hour and explain it to him why
9       but at the time, he wasn't complying with making my world
10      safe so I didn't feel at that time that I needed to
11      explain anything to him. He needed to do what I told him
12      to do.
13  Q   Now, my understanding here is that you asked him to show
14      his hands.
15  A   I -- I didn't ask him, I told him.
16  Q   You to -- oh, you told him to show his hands and my
17      listening to the tape is that you told him to get down on
18      the ground.
19  A   Correct.
20  Q   That you did not ask him to show his hands.
21  A   I said something to the effect of put your hands up or --
22      or show your hands. I had di -- I had several different
23      orders there. If somebody doesn't comply with show me
24      your hands, then we're going to go to the next step.
25      We're going to put you on the ground because when you're

Page 26

1   laying on your belly on the ground, I have more control
2   than you standing up.
3   Q   Mm-hmm (affirmative). Now, prior to that, you had been
4       told by Mr. Cruz that those -- that the people out there
5       had been drinking all day, right?
6   A   Correct.
7   Q   And that was your understanding of the facts at that
8       time?
9   A   At that time, yes.
10  Q   That was the best available information you had.
11  A   That's all the information I had.
12  Q   Did you have any information about the situation from
13      anybody else other than Mr. Cruz and the other
14      complainants that were working for Mr. Cruz and Mr. Able?
15  A   No, I didn't.
16  Q   Okay. So everything that you knew going into that
17      situation was information that had been given to you by
18      Mr. Cruz and his associates?
19  A   Correct.
20  Q   Okay. From the information that Mr. Cruz's associates
21      gave you, did you draw any conclusions about the
22      potential for danger?
23  A   I -- I felt -- after conducting the interviews, I felt
24      that there's definitely a potential for danger.
25  Q   And that made you want to be -- that is -- is that the

Page 27

1   reason why you wanted your world to be safe?
2   A   Well, I like to go.....
3   Q   Or you had concern. Let's put it this way -- strike
4       that. Is that the reason why you felt that you were --
5       had a heightened sense of wanting to make your world
6       safe?
7   A   Yes, the threat was that he was going to come back with a
8       firearm. I saw him coming back. I didn't know if he had
9       a firearm or not. I need to make my world safe, make
10      sure nothing bad's going to happen.
11  Q   Okay. And you were also concerned about the -- were you
12      also concerned about the other people there?
13  A   Yes.
14  Q   Okay. And that's because they had reported to you that
15      he had threatened to kill them?
16  A   Yes.
17  Q   Now, once Mr. Kubanyi -- let's -- one other -- had you
18      ever -- in talking to Cruz at -- prior to Mr. Kubanyi,
19      did you ever suggest to Mr. Cruz -- or you or Officer
20      Nelson suggest to Mr. Cruz that he pull he crew out of
21      there and reso -- and try and sort out the title issue
22      later on?
23  A   Not at the time. My -- my -- my main concern was -- was
24      just getting to the scene and controlling the scene.
25  Q   Wouldn't it have been controlling the scene to tell Mr.

Page 28

1  Cruz to withdraw?
2  A  I -- I -- you know, to be honest with you, I didn't know
3     where his guys were. I didn't know if they were still on
4     the lake. I didn't know where they were. I mean,
5     hindsight 20/20, it probably would have been.
6  Q  Now, it was rather obvious -- well, as you approached,
7     there was an awful lot of equipment there, right?
8  A  Yes.
9  Q  Okay. And you were aware that this was part of the GVA
10    intertie project, correct?
11 A  Just vaguely. Just basically off what Mr. Cruz had told
12    me.
13 Q  Okay. Given the sheer size of the equipment, number of
14    people there and its connection with the GVA intertie,
15    did you draw any conclusions as to the probability of
16    legitimacy of those people being there properly?
17 A  Didn't concern me at the time.
18 Q  Okay. The -- when you talked to Mr. Cruz initially and
19    he started talking about -- do you remember him talking
20    about -- telling you that there's an Indian out there
21    getting wild?
22 A  Something to that effect. I can't remember his words
23    verbatim.
24 Q  What did you think about that comment?
25 A  I just considered the -- the fact that somebody was

Page 29

1     threatening to shoot somebody.
2  Q  Okay. You disregarded the obvious ethnic implications of
3     the comment?
4  A  When people get excited, people say a lot of things. I
5     don't take that -- I take that at face value. You know,
6     we all say things. It didn't concern me at the time. I
7     was more concerned about the -- the threat of the use of
8     the firearm.
9  Q  Okay. The -- now, when you -- and I'm curious about when
10    you actually made the arrest. When do you consider the
11    fact -- when do you consider that Mr. Kubanyi was under
12    arrest?
13 A  The first time he said fuck you. That's disorderly
14    conduct. At that point, I was -- when Mr. Kubanyi came
15    out, I was still conducting my investigation. I
16    determined that the individuals felt threatened. At that
17    point, I didn't know if Mr. Kubanyi was going to go to
18    jail or if he was going to receive a summons to appear in
19    court because there was no firearm. When I went out and
20    -- and confronted Mr. Kubanyi and his attitude was fuck
21    you, at that point, I knew that he was going to go to
22    jail.
23 Q  So if anybody tells an officer to fuck you, that that's a
24    -- that's disorderly conduct?
25 A  It depends on the situation. You know, everybody's

Page 30

1     entitled to their opinion. If somebody's walking down
2     the street and he looks over at me, says you're an A-
3     hole, you know, that's his opinion. He's -- he's -- as
4     an American citizen, he's entitled to that. When I'm
5     conducting an investigation and somebody's impeding my
6     investigation with their attitude, that's disorderly
7     conduct.
8  Q  Okay. Now, the -- in terms of the actual arrest, why
9     don't you tell me how that went down?
10 A  Starting at what point?
11 Q  Starting at the point that Mr. Kubanyi told you to fuck
12    you.
13 A  Okay. I ordered him to, you know, either show me his
14    hands or get on the ground which he -- which his response
15    was why or fuck you or something to that effect. At that
16    point, Trooper Nelson showed up, drew his taser out, put
17    the -- the laser light on Mr. Kubanyi's chest. At that
18    point, he took over giving Mr. Kubanyi his orders and Mr.
19    Kubanyi's response was the same to Trooper Nelson as it
20    was to me. I heard Trooper Nelson give him at least two
21    distinct warnings that hey, this is what's going to
22    happen if you don't comply with me and his attitude was
23    fuck you. That was his response. Why, why or -- or
24    something to that effect. At that point after Trooper
25    Nelson gave him ample -- ample opportunity to comply with

Page 31

1     us, he -- he deployed his taser. The -- when the taser
2     didn't have the desired effect for whatever reason that
3     is, Mr. Kubanyi started running backwards. We went to --
4     I -- I put my firearm -- at that point, I had put my
5     firearm back in my holster because we don't run or fight
6     with our firearm out. We went to lay hands on Mr.
7     Kubanyi and I dis -- I distinctly remember Mr. Kubanyi
8     clenching his fist and punching Patrick Nel -- or Trooper
9     Nelson in the face. At that point, we -- that's as we
10    were approaching him. At that point, we just basically
11    jumped on him and fell down to the ice.
12 Q  Okay. Now, Mr. -- that's somewhat different than Officer
13    Covey's [sic] statement that he was struck in the face
14    while they were wrestling -- while you were wrestling.
15 A  Trooper Nelson you mean.
16 Q  Or, excuse me, yeah.
17 A  Yeah. Everybody remembers things a little bit
18    differently.
19 Q  Okay. When did you deploy your chemical spray?
20 A  When we were on the ice, I got up to -- I got up to my
21    knee. I got on my -- one of my knees and Mr. Kubanyi at
22    this point was still actively resisting arrest, trying to
23    force -- use force to get away from us. I pulled out my
24    -- my OC spray, aimed it at his face and discharged it.
25 Q  Now, as I understand it, when you approached him though,

Page 32

1  you had -- you had had your gun out earlier.
2  A  Correct.
3  Q  Okay. And you had it at low guard.
4  A  Correct.
5  Q  And then when Mr. Kubanyi started moving away from you,
6     you put your gun in your holster.
7  A  Correct.
8  Q  Okay. But you did not take out your OC spray at that
9     time.
10 A  Correct.
11 Q  And then the wrestling commenced.
12 A  Then we fought onto the ice.
13 Q  Okay. Do you know when was -- do you know what Trooper
14    Nelson was doing with the taser at that time?
15 A  I don't.
16 Q  Okay. And what you're telling me is that you got up on
17    your knees -- okay -- so you're still on your knees at
18    this point?
19 A  I.....
20 Q  When did you withdraw your chemical spray?
21 A  I couldn't tell you the exact moment. I remember being
22    on my knee when I discharged the -- the -- the OC.
23 Q  Okay. And where was Mr. -- or where was Officer Nelson?
24 A  Trooper Nelson was on the ground be -- somewhere behind
25    me or out of my -- when -- I was basically in tunnel

Page 33

1  vision. I was dealing with the situation. I need --
2  Trooper Nelson was there. I knew that I wasn't going to
3  end up spraying Trooper Nelson directly.
4  Q  Mm-hmm (affirmative).
5  A  But I -- as to exactly where he was I couldn't tell you.
6  Q  Okay. But he was not in the process of tasing Mr. .....
7  A  I don't know, to be honest with you.
8  Q  Okay. So what happened when you deployed your chemical
9     spray?
10 A  It hit -- it -- it had the desired effect. Mr. Kubanyi
11    submitted when he got sprayed.
12 Q  Okay. And how was it that he submitted?
13 A  He -- he quite actively fighting us.
14 Q  Okay. When did Mr. -- when did Trooper Nelson directly
15    apply the taser to Mr. Kubanyi?
16 A  I don't know.
17    Do you know whether it was before or after the spray?
18 A  No, I don't.
19 Q  Okay. You sprayed Mr. Kubanyi in the eyes, right?
20 A  In the face area. That's what I aimed at.
21 Q  That's what you're supposed to aim at, right?
22 A  In the upper chest, face area, yeah.
23 Q  And that's because that usually has a -- the desired
24    effect?
25 A  Usually, yes.

Page 34

1  Q  Okay. When Mr. Kubanyi was sprayed, do you know what he
2     did other than -- did he grab his eyes?
3  A  I don't remember, I just remember him -- when he got
4     sprayed, he -- he quite resisting us. He quit using
5     force to resist us.
6  Q  Okay. Did he say anything?
7  A  I don't remember that he said anything.
8  Q  Okay. When did you switch off your recorder?
9  A  I -- I believe I switched of my recorder after we had
10    gotten Mr. Kubanyi back to -- back to my patrol car. At
11    that point, I think -- I mean, I can hear my tape
12    recorder go off. I couldn't -- I think that's when it
13    happened. I couldn't tell you for sure though.
14 Q  Okay. Do you -- now, I notice that you switched the
15    recorder back on.
16 A  Mm-hmm (affirmative).
17 Q  And why did you do that?
18 A  Basically, the -- the tape recorder's a tool that we use.
19    If something doesn't need to be on tape like a private
20    discussion with another trooper, then, frankly, it's not
21    going to be on the tape. If I have a conversation with
22    Trooper Nelson reference the case that doesn't
23    necessarily need to be on the tape, then I shut the tape
24    recorder off.
25 Q  Did you talk to Mr. -- or did you talk to Trooper Nelson

Page 35

1  after you turned the tape off?
2  A  I -- you know, I couldn't tell you. I -- that's
3     typically when I turn the tape off. In this case, it was
4     three years ago. I don't remember exactly.
5  Q  Okay. And after you got Mr. Kubanyi back to the car,
6     what happened after that?
7  A  We put his -- basically, we leaned him over on the hood
8     of my car so that his head was resting on my hood and
9     Trooper Nelson proceeded to -- to help him wash his eyes
10    out and -- and it's kind of -- it's -- it was very
11    obvious because the -- the patrol cars that we have have
12    black hoods on them, as you've probably seen, and all the
13    -- all the -- the OC spray coming off Mr. Kubanyi's head
14    left a -- kind of like a -- a -- the imprint of --
15    outline of his head on the hood of my car that was
16    permanently stained there. While Trooper Nelson was
17    doing that, somebody pointed out that somebody else was
18    coming across the lake. I didn't know who it was.
19    Again, I didn't know if he was armed. I didn't know if
20    he was intoxicated or whatever the case may be so I went
21    out to -- to confront that person while Trooper Nelson
22    continued to help Mr. Kubanyi with the -- with the water
23    and the paper towels.
24 Q  Could you describe that conversation?
25 A  With Mr. Baggett?