**EXHIBIT 8**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,     )
     AILEEN WELTON, ELIZABETH           )
 4   TUZROYLUK, DORIS KUBANYI,          )
     VICTOR KUBANYI, BOBBY KUBANYI,     )
 5   ARLETTE KUBANYI and BRIAN          )
     BAGGETT,                           )
 6                                      )
                       Plaintiffs,      )
 7                                      )
         v.                             )
 8                                      )
     GOLDEN VALLEY ELECTRIC             )
 9   ASSOCIATION, DAVE CRUZ,            )
     individually, and d/b/a            )
10   CRUZ CONSTRUCTION, BLACK &         )
     VECH CORPORATION, JAKE COVEY,      )
11   and PATRICK NELSON,                )
                                        )
12                     Defendants.      )
     _____)  Case No. FO4-0026 CI
13

14              DEPOSITION OF PATRICK STEVEN NELSON

15                       January 24, 2006

16   APPEARANCES:

17       FOR THE PLAINTIFFS:      MICHAEL J. WALLERI
                                  Attorney at Law
18                                330 Wendell Street, Suite E
                                  Fairbanks, Alaska  99701
19
         FOR THE DEFENDANTS:      VENABLE VERMONT, JR.
20                                Assistant Attorney General
                                  STATE OF ALASKA DEP'T OF LAW
21                                Civil Division
                                  Special Litigation Section
22                                1031 West Fourth Avenue,
                                  Suite 200
23                                Anchorage, Alaska  99501-5903

24

25
```



Page 64

1  COURT REPORTER: Mr. Quinn speaking. You need the
2  mike.
3  MR. QUINN: Yeah.
4  MR. VERMONT: Let the record reflect that no lawyer
5  ever really means it.....
6  MR. QUINN: No, no, no.
7  MR. VERMONT: .....when he says I just have one or
8  two questions.
9  Q  (By Mr. Quinn) Officer, I'm Dan Quinn. I represent Dave
10    Cruz and Cruz Construction. Let me ask you this
11    question, when you went out to the location that you
12    testified to, did you have the intention of arresting Mr.
13    Kubanyi or were you just going to kind of see.....
14 A  We had no.....
15 Q  .....how things developed?
16 A  We had no intention of arresting anybody, per se. Like I
17    explained to Mr. Walleri, our -- our main concern was
18    that a threat of violence had been made and we wanted to
19    prevent that violence from happening and through the
20    investigation, if we determine that a crime had been
21    committed with that violence, it -- we were going to make
22    an arrest.
23 Q  All right.
24 A  But we had no intention of arresting anybody on our way
25    out there.

Page 65

1 Q  If Mr. Kubanyi had complied with your request and held up
2    his hands and been cooperative, had not used profanities,
3    that kind of thing, would you have arrested him, do you
4    think?
5 A  Based on the -- you know, hindsight's 20/20. I mean,
6    knowing now all the circumstances of the interviews, the
7    arrest probably still would have occurred, maybe not a
8    physical arrest. Maybe he would have been given a
9    summons to appear at a later date.
10 Q  Okay. All right. And you've discussed the confrontation
11    with Mr. Kubanyi and how -- I guess initially, he was
12    crossing this open area that we are describing as a
13    frozen lake, probably, coming out of the darkened area.
14    You guys communicated with him verbally. He was not
15    cooperative and so at that point, you initiated the
16    taser, I guess, from a distance, right?
17 A  Yes.
18 Q  And then you talked about the physical altercation. In
19    terms of your responses to Mr. Kubanyi, am I correct in
20    understanding that Mr. Cruz or the -- or these
21    crewmembers who were out there, they weren't directing
22    your actions in any way?
23 A  No, not at all.
24 Q  All right. Okay. That's all I have. Thanks.
25    MS. TAVARES: I have no questions.

Page 66

1  MR. VERMONT: I've got a couple I want to ask.
2           CROSS EXAMINATION
3  BY MR. VERMONT:
4 Q  Your trooper report shows 2222 for the time. Put that in
5    civilian time for us.
6 A  10:22.
7 Q  10:22? Was it light or dark that time of year out there?
8 A  Very dark.
9 Q  Okay. Were there any lights, any visible street lights
10    or anything like that down this ice road that you went to
11    to get to the scene?
12 A  There weren't street lights or anything down the ice
13    road.
14 Q  All right. So your only illumination was your headlights
15    as you drove down there?
16 A  As we drove there, yes.
17 Q  Okay. And then when you got to where the construction
18    workers were and these interviews were occurring, was
19    there illumination of any kind other than the headlights
20    from your vehicles?
21 A  They had some sort of mobile construction light things in
22    the area.
23 Q  Describe that, what you recall of it.
24 A  They're six or eight feet tall with lights on top of them
25    that you kind of fold up or I don't know exactly how they

Page 67

1    work but they're about six or eight feet tall lights.
2 Q  And the lights can be directed at different angles up or
3    down or.....
4 A  Yeah, they're like shop lights or something like that.
5 Q  Okay.
6 A  You can move them different directions to shine them
7    wherever you're working.
8 Q  Do you know how they were directed at the time or how
9    much light was in the area from them?
10 A  There was enough light that you could see around the
11    general pull-out area or that open area where the
12    vehicles were parked but not out onto the lake.
13 Q  Okay. Where the initial interviews were occurring that
14    you said that Trooper Covey was doing, was that near
15    those vehicles where they were parked and near where the
16    lights were?
17 A  Yeah, it was pretty near to that area.
18 Q  And Mr. Kubanyi came from beyond the lit-up area?
19 A  Yes.
20 Q  When he was coming from out in this open area, did you
21    have any idea where or how close any cabins or buildings
22    were?
23 A  I -- I wasn't even aware there was cabins out there.
24 Q  Okay. When you discharged your taser in the cartridge
25    mode the first time, what was your distance, if you can