Daniel T. Quinn (8211141)
Russell D. Gray (0311056)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et al.<br><br>　　　　　Defendants.<br><br>CRUZ CONSTRUCTION, INC. and DAVE CRUZ, individually,<br><br>　　　　　Defendant and Third-Party Plaintiffs,<br><br>　v.<br><br>GLOBAL POWER & COMMUNICATIONS, LLC,<br><br>　　　　　Third-Party Defendant. | Case No. 4:04-cv-26<br><br><br><br><br><br>**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS CRUZ CONSTRUCTION, INC. AND DAVE CRUZ, INDIVIDUALLY** |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY
JUDGMENT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS
CRUZ CONSTRUCTION, INC.AND DAVE CRUZ, INDIVIDUALLY**

Defendants and third-party plaintiffs Cruz Construction, Inc. and Dave Cruz, individually (hereinafter "Cruz defendants"), having moved this court for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the court being fully advised in the premises, it is hereby

ORDERED that:

(1) partial summary judgment is entered in favor of the Cruz defendants if plaintiffs can prove a trespass, they are entitled to at most nominal damages, although no nominal damages need be awarded; and

(2) summary judgment is entered in favor of the Cruz defendants with regard to any civil rights violation alleged against them under 42 U.S.C. § 1983.

DATED this _____ day of May, 2006, at Anchorage, Alaska.

DATED:_____          _____
                                 The Honorable Ralph R. Beistline
                                 U.S. District Court Judge

ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF
DEFENDANTS AND THIRD-PARTY PLAINTIFFS CRUZ CONSTRUCTION,
INC.AND DAVE CRUZ, INDIVIDUALLY

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this ___9th___ day of May, 2006 on:

| | |
|---|---|
| Michael J. Walleri<br>WALLERI LAW OFFICES<br>330 Wendell St., Suite E<br>Fairbanks, AK 99701 | Cory Borgeson<br>BORGESON & BURNS, PC<br>100 Cushman, Suite 311<br>Fairbanks, AK 99701 |
| Venable Vermont, Jr.<br>ASSISTANT ATTORNEY GENERAL<br>STATE OF ALASKA<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 | Eric Gillett<br>PREG, O'DONNELL & GILLETT<br>1800 9th Ave., Ste. 1500<br>Seattle, WA 98101 |

_____s/Daniel T. Quinn_____
        RICHMOND & QUINN

2073\038\pld\MSJ(ORDER)

ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF
DEFENDANTS AND THIRD-PARTY PLAINTIFFS CRUZ CONSTRUCTION,
INC.AND DAVE CRUZ, INDIVIDUALLY

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 3