Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

**RECEIVED**

MAY 1 0 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>    Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. F04-0026 CIV

### GVEA's MOTION FOR SUMMARY JUDGMENT

Comes now Defendant Golden Valley Electric Association, through its attorney of record, Cory R. Borgeson, and moves this Court for summary judgment in favor of Golden Valley Electric Association, dismissing it as a defendant from this matter entirely.

DATED this ____ day of May, 2006, at Fairbanks, Alaska.

                          BORGESON & BURNS, PC
                          Attorney(s) for Defendant, GVEA

By: _____ for
     Cory R. Borgeson
     ABA # 8405009

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2006,
a true and correct copy of the foregoing document was
provided to the following attorneys/parties of record:

X Mail   Hand Delivery   Courier   Telefax

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

Venable Vermont, Jr.
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

By: _____
     Legal Secretary