Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 -- facsimile

LODGED
MAY 1 0 2006
FAIRBANKS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi, )
Aileen Welton, Elizabeth Tuzroyluk )
Doris Kubanyi, Victor Kubanyi, )
Bobby Kubanyi and Arlette Kubanyi, )
  )
      Plaintiffs, )
  )
vs. )
  ) Case No. F04-0026 CIV
Golden Valley Electric Association, )
Dave Cruz, individually and d/b/a )
Cruz Construction, Black & Veatch )
Corporation, Trooper Jake Covey and )
Trooper Patrick Nelson, State of Alaska, )
  )
      Defendants. )
_____)

### ORDER GRANTING GVEA's MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed the pleadings and evidence presented on Defendant GVEA's Motion for Summary Judgment, hereby finds that GVEA is entitled to summary judgment and, therefore, all claims against GVEA in this matter are dismissed with prejudice.

DATED this ____ day of _____, 2006.

                                              _____
                                              Ralph R. Beistline
                                              Judge of the U.S. District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2006, a true and correct copy of the foregoing document was provided to the following attorneys/parties of record:

☒ Mail ☐ Hand Delivery ☐ Courier ☐ Telefax

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

☒ Mail ☐ Hand Delivery ☐ Courier ☐ Telefax

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

☒ Mail ☐ Hand Delivery ☐ Courier ☐ Telefax

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

☒ Mail ☐ Hand Delivery ☐ Courier ☐ Telefax

Venable Vermont, Jr.
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

By: _Karen Day_
    Legal Secretary

**ORDER GRANTING GVEA's MOTION FOR SUMMARY JUDGMENT**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 2 of 2