UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>Kubanyi, et al.</u>   v.   <u>Golden Valley Electric Association, et al.</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                            CASE NO.  4:04-CV-00026-RRB

 Natalie Day

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**        DATE: May 11, 2006

      A further review of the Electronic Filing registration applications indicates that on January 9, 2006, Mr. Borgeson did in fact register as an ECF attorney.  However, since registering, he has not filed any documents electronically.

      ACCORDINGLY IT IS HEREBY ORDERED AS FOLLOWS:

      1)  The ECF Help Desk is directed to resend to Mr. Borgeson, it's January 9, 2006, e-mail containing his original login/password information.

      2)  Mr. Borgeson shall **not** submit any additional documents conventionally to the clerk of court.

      3)  All future filings, by Mr. Borgeson, must be made electronically and in compliance with this Court's Local Rules.

[]{IA.WPD*Rev.12/96}