Exhibit "A"



# GOLDEN VALLEY ELECTRIC ASSOCIATION, INC.

**758 ILLINOIS STREET**
**FAIRBANKS, AK 99701**

# NORTHERN INTERTIE PROJECT
# 230 kV TRANSMISSION LINE
# CONTRACT NI-8
# CONSTRUCTION FOR THE TANANA FLATS

### CONFORMED COPY

700001



**FINAL 11/21/01**

## ELECTRIC TRANSMISSION CONSTRUCTION CONTRACT
### (Labor and Materials)

The Complete Construction Contract Consists Of The Following

I.    RUS Form 831, "Electric Transmission Construction Contract," which includes:
   A.    Notice and Instructions to Bidders.
   B.    Contractor's Proposal.
   C.    Acceptance.
   D.    Contractor's Bond.

II.    ~~RUS Form 805, Electric Transmission~~ Specifications ~~and Drawings.~~

III.    Plans, including Maps and Special Drawings, prepared by the Owner's Engineer.

### Check List For Pages To Be Completed

Engineer - Prior to Release for Bids Completes:
   Page   1  - Paragraphs 1, 2
   ~~Page   2   - Paragraphs 2, 4, 7~~
   Page   5  - Sign and Date for Owner
   Page   7  - Top of Page; Article I, Section 1 and Section 2
   Page   9  - Article I, Sections 6 and 8
   Pages 11-19 - Lists of Owner's Materials (if none, write "none")
   Pages 21-22 - Article II, Section 1a & c
   Page 31  - Article IV. Section 1e
   Page 34  - Article V., Section 2
   Pages 31,37 - Pole and Right-of-way Requirements
   Pages 39-46 - Transmission, Unit No. and Quantities, as applicable
   ~~Page 29   - Tension Stringing Equipment~~

Bidder - Prior to Submitting Bid Completes:
   Page   6 - Bid Bond Form (or certified check)
   Page   9 - Article I, Section 8
   Page 38 - Signature, Address & Date.  Also seal, if corporation
   Pages 39-45 - Transmission Prices as applicable
   Pages 46 - Transmission Proposal Summary

Owner - On Acceptance Completes:
   Page 47 - Acceptance, Signatures & Date

Bidder - On Notification of Acceptance, obtains:
   Page 48 - Contractor's Bond, in Triplicate

700002

Final 11/21/01                    Check List

## INDEX

|  |  | Page No. |
|---|---|---|
| A. | Notice and Instructions to Bidders | 1 |
| 1. | Sealed Proposals | 1 |
| 2. | Description of Project | 1 |
| 3. | Owner-Furnished Materials | 2 |
| 4. | Obtaining Documents | 2 |
| 5. | Manner of Submitting Proposals | 2 |
| 6. | Familiarity with Conditions | 2 |
| 7. | Proposals | 2 |
| 8. | Alternate Designs | 2 |
| 9. | Time for Completion of Construction | 2 |
| 10. | Bid Bond | 2 |
| 11. | Contractor's Bond | 3 |
| 12. | Failure to Furnish Contractor's Bond | 3 |
| 13. | Contract is Entire Agreement | 3 |
| 14. | Minor Irregularities | 3 |
| 15. | Balanced Bid | 3 |
| 16. | Discrepancy in Unit Prices | 3 |
| 17. | Definition of Terms | 3 |
| 18. | Owner's Representations | 3 |
| 19. | Prebid Conference | 4 |
| 20. | Evaluation of Proposals | 4 |
| 21. | Commencement of Work | 4 |
| 22. | Information to be Submitted with the Proposal | 4 |
| 23. | Project Labor Agreement | 5 |
| 24. | Bid Bond (RUS Form 307) | 6 |
| B. | Contractor's Proposal | 7 |
|  | Article I - General | 7 |
|  | Section 1 - Offer to Construct | 7 |
|  | Section 2 - Materials and Equipment | 7 |
|  | Section 3 - Owner-Furnished Materials | 8 |
|  | Section 4 - Purchase of Materials Not Furnished by Owner | 8 |
|  | Section 5 - Proposal on a Unit Basis | 8 |
|  | Section 6 - Description of Contract | 9 |
|  | Section 7 - Familiarity With Conditions | 9 |
|  | Section 8 - License | 9 |
|  | Section 9 - Proposal Made in Good Faith | 9 |
|  | Section 10 - Bidder's Financial Resources and Contractor's Bond | 9 |
|  | Section 11 - Taxes | 9 |
|  | Section 12 - Changes in Quantities | 9 |
|  | List of Owners' Materials on Hand | 11 |
|  | List of Materials Ordered by Owner But Not Delivered | 12 |
|  | List of Materials to be Ordered by Owner - South Tanana Flats | 16 |
|  | Materials Receipt (sample form) | 20 |
|  | Article II - Construction | 21 |
|  | Section 1 - Time and Manner of Construction | 21 |

700003

INDEX

Page No.

Article II - Construction (continued)

Section 2 - Environmental Protection ........................................................ 23
Section 3 - The Bidder .............................................................................. 23
Section 4 - Changes in Construction ......................................................... 23
Section 5 - Construction Not in Proposal ................................................. 23
Section 6 - Supervision and Inspection .................................................... 23
Section 7 - Defective Materials and Workmanship .................................. 24

Article III - Payments and Release of Liens ........................................ 25

Section 1 - Payments to Bidders .............................................................. 25
Section 2 - Release of Liens and Certificate of Contractor ..................... 26
Section 3 - Payments to Materialmen and Subcontractors ....................... 26
Certificate of Completion ......................................................................... 27
Certificate of Contractor (sample form) .................................................... 29
Waiver and Release of Lien (sample form) .............................................. 30

Article IV - Particular Undertakings of the Bidder ............................ 31

Section 1 - Protection to Persons and Property ........................................ 31
Section 2 - Insurance ................................................................................. 32
Section 3 - Delivery of Possession and Control to Owner ....................... 33
Section 4 - Energizing the Project ............................................................. 33
Section 5 - Assignment of Guarantees ...................................................... 33

Article V - Remedies ............................................................................... 34

Section 1 - Completion on Bidder's Default ............................................. 34
Section 2 - Liquidated Damages ............................................................... 34
Section 3 - Cumulative Remedies ............................................................. 34

Article VI - Miscellaneous ..................................................................... 35

Section  1 - Definitions ............................................................................. 35
Section  2 - Materials and Supplies .......................................................... 35
Section  3 - Patent Infringement ............................................................... 35
Section  4 - Permits for Explosives .......................................................... 35
Section  5 - Compliance with Statutes and Regulations ........................... 35
Section  6 - Equal Opportunity Provisions ............................................... 35
Section  7 - Franchises and Rights-of-Way .............................................. 37
Section  8 - Nonassignment of Contract ................................................... 37
Section  9 - Extension to Successors and Assigns .................................... 37
Section 10 - Contractor ............................................................................. 37
Section 11 - Approval by the Administrator ............................................. 37
Section 12 - Stop Work Directive ............................................................. 37

Article VII - Termination for Convenience ........................................... 37

700004

INDEX

Page No.

Transmission Construction Units and Prices - Contract NI-8 Total Tanana Flats

    Section 1 - Foundation and Anchor Units .................................................. 39
    Section 2 - Tower Assembly Units .......................................................... 40
    Section 3 - Guy Assembly Units ............................................................ 42
    Section 4 - Insulator and Hardware Assembly Units ............................... 42
    Section 5 - Conductor Assembly Units ................................................... 43
    Section 6 - Miscellaneous Units ............................................................ 43
    Section 7 – Mobilization ...................................................................... 45
    Proposal Summary - Contract NI-8 Tanana Flats ................................... 46

C.   Acceptance ............................................................................................. 47

D.   Contractor's Bond ................................................................................... 48

Application for Payment ..................................................................................... 50

## II. SPECIFICATIONS

| Section | Title |
|---|---|
| 01010 | Summary of Contract |
| 01015 | Project Schedule |
| 01200 | Project Meeting |
| 01300 | Submittals |
| 01550 | Right-of-Way Access, Authorization and Restrictions |
| 01564 | Environmental Protection |
| 01590 | Field Offices |

| Section | Title |
|---|---|
| 01700 | Project Record Documents |
| 02110 | Clearing |
| 02368 | Steel Pipe Pile Foundations and Anchors |
| 05560 | Tubular Steel Structures |
| 16661 | Guy Assemblies |
| 16691 | Overhead Conductor |
| 16693 | Insulator and Hardware Assemblies |

## APPENDICES

Appendix A -  MOU with IBEW 1547 with Addendum
Appendix B -  Permit & Land Use Provisions

700005

- BLM Right-of-Way Grant
- BLM Fire Prevention Stipulations
- DNR Land Use Permit
- DNR Stipulation Clarification
- Dept. of Fish and Game Fish Habitat Permit, FG01-III-0120
- Dept. of Fish and Game Fish Habitat Permit, FG99-III-0207
- Dept. of Fish and Game Fish Habitat Permit, FG99-III-0208

700006

Public reporting burden for the collection of information is estimated to average .4 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget. Paperwork Reduction Project (OMB #0572-0107), Washington, DC 20503. OMB FORM NO. 0572-0107, Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

## ELECTRIC TRANSMISSION CONSTRUCTION CONTRACT
## (Labor and Materials)

### NOTICE AND INSTRUCTIONS TO BIDDERS

1. **Sealed proposals** *for the construction, including the supply of necessary labor, materials and equipment, of a rural electric project of* _____ GOLDEN VALLEY ELECTRIC ASSOCIATION, INC. _____ *(hereinafter called the "Owner") to be known as* _____ ALASKA 6 - NORTHERN INTERTIE _____ *Project will be received by the Owner on or before* _____ 4:00 _____ *o'clock* __ P __ *M.,* _____ October 18 _____, 20 01 *at its office at* _____ 758 Illinois Street, Fairbanks, Alaska _____ *at which time and place the proposals will be publicly opened and read. Any proposal received subsequent to the time specified will be promptly returned to the Bidder unopened.*

2. *Description of Project: The Project will consist of approximately:*

*Transmission Line Construction*

____64.1____ *miles* __230__ *kV;* _____ *miles* _____ *kV*

_____ *miles* _____ *kV;* _____ *miles* _____ *kV*

_____ *miles* _____ *kV ~~underbuild~~*

_____

_____

_____

*Substations and Other Major Facilities* __None__

_____ *kVA* _____ *Voltage* _____ *Name*

_____ *kVA* _____ *Voltage* _____ *Name*

*The Project is located in* __Denali Borough, Fairbanks North Star Borough and unincorporated areas__ ~~Counties,~~ *in the State of* __Alaska__ *all as more fully described in the Plans, Specifications, Construction Drawings and Contractor's Proposal therefore hereinafter referred to.* (*See also Section 01010.*)

Final 11/21/01        1        RUS Form **831** (*Rev. 02-95*) *[Modified]*

700007

3. ~~Owner Furnished Materials~~ since as stated in Article I, Section 3 of the Contractor's Proposal, the value of the Owner Furnished Materials, if any, will be deducted from payments to the-Bidder for completed Construction Units.

4. **Obtaining Documents.** *The Plans, Specifications and Construction Drawings together with all necessary forms and other documents for bidders may be obtained from the Owner, ~~or from the Engineer, at the latter's office at~~ _____, ~~upon the payment of $_____, which payment will not be subject to refund.~~ The Plans, Specifications and Construction Drawings may be examined at the office of the Owner or at the office of the Engineer. A copy of the Loan Contract (if the Project is to be financed, in whole or in part, pursuant to a loan contract) between the Owner and the United States of America acting through the Administrator of the Rural Utilities Service (hereinafter called the Administrator) and of the loan contract between the Owner and any other lender may be examined at the office of the Owner. Each set of Plans, Specifications and Construction Drawings will have a serial number, given by the ~~Engineer~~ Owner, and the number of each set with the name of the Purchaser will be recorded by the ~~Engineer~~ Owner. Bids will be accepted only from the original purchaser.*

5. **Manner of Submitting Proposals.** *Proposals and all supporting instruments must be submitted on the forms furnished by the Owner and must be delivered in a sealed envelope addressed to the Owner. The name and address of the Bidder, its license number if a license is required by the State, and the date and hour of the opening of bids must appear on the envelope in which the Proposal is submitted. Proposals must be filled in in ink or typewritten. No alterations or interlineations will be permitted, unless made before submission, and initialed and dated.* An original and two copies of the proposal shall be submitted.

6. **Familiarity with Conditions.** *Prior to the submission of the Proposal the Bidder shall make and shall be deemed to have made a careful examination of the site of the Project and of the Plans, Specifications, Construction Drawings, and forms of Contractor's Proposal and Contractor's Bond on file with the Secretary of the Owner and with the Engineer, and shall become informed as to the location and nature of the proposed construction, the transportation facilities, the kind and character of soil and terrain to be encountered, the kind of facilities required before and during the construction of the Project, general local conditions and all other matters that may affect the cost and the time of completion of the Project. Bidders will be required to comply with all applicable statutes, regulations, etc., including those pertaining to the licensing of contractor, and the so-called "Kick-back Statute" (48 Stat. 948) and regulations issued pursuant thereto.*

Geotechnical investigations were conducted for the Project and a report has been prepared by Golder Associates, Anchorage, Alaska, entitled: Volume 1, Geotechnical Data, Northern Intertie, Healy to Fairbanks, Alaska, and is available for examination at the offices of the Owner and Engineer. These investigations were conducted for design purposes and are not considered adequate for construction purposes. The Owner does not represent that the report shows completely all the existing subsurface conditions and does not guarantee any interpretation of the report or the correctness of any information included in the Contract Documents relative to subsurface conditions. Bidder must assume all responsibility for deductions and conclusions which may be made as to the nature of the materials piles will be driven into, nature of materials to be excavated, the difficulties of making and maintaining the required excavations and of doing other construction affected by subsurface conditions at the Project site.

7. **Proposals** *will be accepted only from those prequalified bidders invited by the Owner to submit a proposal.*

8. **Alternate Designs.** *The Owner reserves the right to confine its consideration of the several bids to one type of design regardless of alternate type of design which may be specified in the Plans and Specifications and offered in the Proposals.*

9. **The Time for Completion of Construction** *of the Project shall be as specified ~~by the Engineer~~ in the Proposal.*

10. **Bid Bond.** *Each Proposal must be accompanied by a Bid Bond in the form attached or a certified check on a bank that is a member of the Federal Deposit Insurance Corporation, payable to the order of the Owner, in an amount equal to ten percent (10%) of the maximum bid price. Each Bidder agrees, provided its Proposal is one of the three low Proposals, that, by filing its Proposal together with such Bid Bond or check in consideration of the Owner's receiving and considering such Proposals, said Proposal shall be firm and binding upon each such Bidder and such*

700008

*Bid Bond or check shall be held by the Owner until a Proposal is accepted and a satisfactory Contractor's Bond is furnished (where required) by the successful Bidder ~~and such acceptance has been approved by the Administrator~~, or for a period not to exceed sixty (60) days from the date herein before set for the opening of Proposals, whichever period shall be the shorter. If such Proposal is not one of the three low Proposals, the Bid Bond or check will be returned in each instance within a period of ten (10) days to the Bidder furnishing same.*

11. **Contractor's Bond.** *The successful Bidder will be required to execute two additional counterparts of the Proposal and, for a Contract in excess of $100,000, to furnish a Contractor's Bond in triplicate in the form attached hereto with sureties listed by the United States Treasury Department as Acceptable Sureties, in a penal sum not less than the contract price.*

12. **Failure to Furnish Contractor's Bond.** *Should the successful Bidder fail or refuse to execute such counterparts or to furnish a Contractor's Bond (where required) within ten (10) days after written notification of the acceptance of the Proposal by the Owner, the Bidder will be considered to have abandoned the Proposal. In such event, the Owner shall be entitled (a) to enforce the Bid Bond in accordance with its terms, or (b) if a certified check has been delivered with the Proposal, to retain from the proceeds of the certified check, the difference (not exceeding the amount of the certified check) between the amount of the Proposal and such larger amount for which the Owner may in good faith contract with another party to construct the Project. The term "Successful Bidder" shall be deemed to include any Bidder whose Proposal is accepted after another Bidder has previously refused or has been unable to execute the counterparts or to furnish a satisfactory Contractor's Bond (where required).*

13. **Contract is Entire Agreement.** *The Contract to be effected by the acceptance of the proposal shall be deemed to include the entire agreement between the parties thereto, and the Bidder shall not claim any modification thereof resulting from any representation or promise made at any time by any officer, agent or employee of the Owner or by any other person.*

14. **Minor Irregularities.** *The Owner reserves the right to waive minor irregularities or minor errors in any Proposal, if it appears to the Owner that such irregularities or errors were made through inadvertence. Any such irregularities or errors so waived must be corrected on the Proposal in which they occur prior to the acceptance thereof by the Owner.*

**Balanced Bid.** *The Owner reserves the right to reject any or all Proposals. The attention of Bidders is specially called to the desirability of a proper balance between prices for labor and materials and between the total prices for the respective Construction Units. Lack of such balance may be considered as a reason for rejecting a Proposal.*

**Discrepancy in Unit Prices.** *Where the unit prices in the Contractor's Proposal are separated into three columns designated as "Labor," "Materials" and "Labor and Materials," and where a discrepancy appears between the sum appearing in the "Labor and Materials" column and the correct addition of the sums appearing in the "Labor" column and the "Materials" column, the correct addition of the sums appearing in the "Labor" column and the "Materials" column shall control.*

**Definition of Terms.** *The terms "~~Administrator~~," "Engineer," "Supervisor," "Project," "Completion of Construction" and "Completion of the Project" as used throughout this Contract shall be as defined in Article VI, Section 1, of the* . . . *Proposal.*

**Owner Represents:**

. . . *tions of the Contractor's Proposal the Owner shall have undertaken to furnish any materials for the* . . . *on of the Project, such materials are on hand at locations specified or if such materials are not on hand* . . . *made available by the Owner to the successful Bidder at the locations specified before the time such* . . . *are required for construction.*

. . . *and rights-of-way, except as shown on maps included in the Plans and Specifications, have been* <u>or</u> . . . *from the owners of the properties across which the Project is to be constructed (including tenants* . . . *sonably be expected to object to such construction). The remaining easements and rights-of-way, if* . . . *tained as required to avoid delay in construction.*

. . . ~~cept as shown on the maps included in the Plans and Specifications has been completed and~~ . . . ~~crews will be available to maintain stakes at all times in advance of construction.~~ The Owner

RUS Form 831 *(Rev. 02-95) [Modified]*

700009

has staked the location and clearing limits. The transmission line and the center hubs of the structures. After Work commences, maintenance and replacement of stakes shall be the responsibility of the Contractor. Contractor shall be responsible for staking the locations of the structure foundations and anchors and all other surveying required by or incidental to the work. Contractor shall maintain the accuracy of the Owner's survey points and shall preserve all survey points and stakes installed by Owner. Contractor shall call to the attention of the Owner any reference lines, survey points, bench marks, etc. which may have been disturbed or which seem to be off-line or grade.

d.   *Prompt payment for the construction of the Project will be made with funds pursuant to the Loan Contract, or with funds otherwise available to the Owner.*

*If the Owner shall fail to comply with any of the undertakings contained in the foregoing representations or if any of such representations shall be incorrect, the Bidder will be entitled to an extension of time of completion for a period equal to the delay, if any, caused by the failure of the Owner to comply with such undertakings or by any such incorrect representation; provided the Bidder shall have promptly notified the Owner in writing of its desire to extend the time of completion in accordance with the foregoing; provided, however, that such extension, if any, of the time of completion shall be the sole remedy of the Bidder for the Owner's failure, because of conditions beyond the control and without the fault of the Owner, to furnish materials in accordance with subparagraph a hereof.*

19. **Pre-bid Conference.** On September 26, 2001 at 1:00 p.m. local time, the Owner will conduct a Pre-bid conference in the Jade Room at the Fairbanks Princess Hotel, 4477 Pikes Landing Road, Fairbanks, Alaska 99709 with all prospective bidders. Attendance is mandatory, bids received from bidders not in attendance at the Pre-bid conference will be returned unopened. Bidder's Qualifications, the Bid Documents and the Contract will be discussed. Contract clarifications, if any, which may arise at this conference will be addressed by written addendum prior to the scheduled bid opening.

20. **Evaluation of Proposals.** The evaluation will be made as follows

a.   The lowest bid from responsive and responsible bidders will be determined.

b.   In determining the responsibility of the Bidder, the Owner will evaluate the following:
   1.   The Bidder's construction plan submitted with the bid.
   2.   The past performance and capabilities of the Bidder.

21. **Commencement of Work.** The Owner may issue a "Notice to Proceed" to the successful bidder(s) in advance of finalizing the Acceptance of the bidder(s) proposal. Once issued, the "Notice to Proceed" will have the same force and effect as the acceptance of the bidder(s) proposal. Proposals shall be made on the basis of receiving the "Notice to Proceed" on or before November 1, 2001.

22. **Information to be Submitted with the Proposal.** The Bidder shall submit the construction plan on which his proposal is based. The plan shall include the following:

a.   Bar chart schedule showing:
   1.   Mobilization for each major activity
   2.   Construction of snow/ice roads
   3.   Installation of small diameter piles
   4.   Installation of large diameter piles
   5.   Tower assembly
   6.   Tower erection
   7.   Wire stringing, clipping and deadending

b.   Manpower schedule showing for each week the quantity of shifts, crews per shift, and type of work each crew will be assigned, for example three pile installation crews per shift, two shifts per day.

c.   Equipment schedule showing the type and number of pieces of equipment to be assigned to the project.

700010

   d.    Locations of the field offices or camps where crews will start work and the direction they will proceed, access roads that will be used, the number and location of marshaling yards for assembling towers, the method of tower erection, etc.

   e.    A preliminary monthly cash flow schedule.

   f.    List of proposed subcontractors. All subcontractors are subject to the Owner's approval.

23. **Project Labor Agreement.** The Owner has negotiated a Memorandum of Understanding (MOU) with IBEW 1547, dated March 19, 1990 with Addendum dated February 9, 1996. Bidder's proposal shall be based on the terms and conditions contained in the MOU and Addendum, a copy of which are contained in Appendix A.


GOLDEN VALLEY ELECTRIC ASSOCIATION, INC.
*OWNER*


By _____.


_____, 20_____

700011

Public reporting burden for this collection of information is estimated to average .66 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget, Paperwork Reduction Project (OMB #0672-0107), Washington, DC 20501. OMB FORM NO. 0672-0107, Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

## BID BOND

1.  *KNOW ALL MEN that we* ___Global Power - City Electric___

    ___Joint Venture, LLC___ , *as Principal, and*

    ___Travelers Casualty and Surety Company of America___

    *as Surety, are held and firmly bound unto* ___Golden Valley Electric Association, Inc.___

    _____ *(hereafter called the "Owner") in the penal sum*
    *of ten percent (10%) of the amount of the bid referred to in paragraph 2 below, but not to exceed*

    ___Ten percent of Amount Bid___ *dollars (*$___10% of Amt. Bid___ *), as hereinafter set*
    *forth and for the payment of which sum well and truly to be made we bind ourselves, our executors, administrators, successors and*
    *assigns, jointly and severally, by these presents;*

2.  *WHEREAS, the Principal has submitted a bid to the Owner for the construction of the Rural Utilities Service Project*

    *known as Project* ___NI 8___

3.  *NOW, THEREFORE, the condition of this obligation is such that if the Owner shall accept the bid of the Principal, and*

    (a)     *the Principal shall execute such contract documents, if any, as may be required by the terms of the bid and give such*
            *Contractor's Bond or Bonds for the performance of the contract and for the prompt payment of labor and material furnished*
            *for the Project as may be specified in the bid, or*

    (b)     *in the event of the failure of the Principal to execute such contract documents, if any, and give such Contractor's Bond or*
            *Bonds, if the Principal shall pay to the Owner the difference, not to exceed the penal sum hereof, between the amount*
            *specified in the bid and such larger amount for which the Owner may in good faith contract with another party to construct*
            *the Project, then this obligation shall be void, otherwise to remain in full force and effect.*

    *IN WITNESS WHEREOF, the undersigned have caused this instrument to be executed and their respective corporate seals to*
    *be affixed and attested by their duly authorized representatives this*

    ___18th___ *day of* ___October___ , 20 ___01___ ,

|  | Global Power - City Electric Joint Venture, LLC     (Seal) |
|---|---|
| Attest: | PRINCIPAL |
| *Shawn Barrows* | By _____ |
| Shawn Barrows    SECRETARY | R.M. Gearhart, General Manager |
|  | TITLE |
|  | Travelers Casualty and Surety Company of America     (Seal) |
| Attest: | SURETY |
|  | By _____ |
| Kathleen M. Mitchell  SECRETARY | Roxana Palacios, Attorney in Fact |
|  | TITLE |

700012

## CONTRACTOR'S PROPOSAL
*(Proposal shall be submitted in ink or typewritten)*

To:

GOLDEN VALLEY ELECTRIC ASSOCIATION, INC., 758 Illinois Street, P.O. Box 71249, Fairbanks,

Alaska 99707-1249

(hereinafter called the "Owner")

## ARTICLE I - GENERAL

**Section 1.     Offer to Construct.** The undersigned (hereinafter called the Bidder) hereby proposes to receive and install such materials and equipment as may hereinafter be specified to be furnished by the Owner, and to furnish all other materials and equipment, all machinery, tools, labor, transportation and other means

*required to construct the rural electric project*   ALASKA 6 - NORTHERN INTERTIE

_____*in strict accordance with the Plans, Specifications and Construction Drawings therefore, attached hereto and made a part hereof, for the prices hereinafter stated.*

*The total length of the project lines shall be determined by taking the sum of all straight horizontal span distances between pole stakes or from center to center of poles, or centerline of structures, carrying conductors.*

**Section 2.  Materials and Equipment.** *The Bidder agrees to furnish and use in the construction of the Project under this Proposal, in the event the Proposal is accepted, only such materials and equipment as are included in the current "List of Materials Acceptable for Use on Systems of RUS Electrification Borrowers," including revisions adopted prior to the Bid Opening* <u>unless otherwise specified</u>.

*The Bidder further agrees to furnish:*

| | Type | Size | Galvanizing Class |
|---|---|---|---|
| Overhead ground wire | _____ | _____ | |
| Guy wire | _____ | _____ | |
| Structure ground wire | _____ | _____ | |

*(Engineer to insert Type, Size and Galvanizing Class as appropriate)*

*The Bidder further agrees to furnish and use poles, crossarms, and other timber products, of which the physical characteristics, method of treatment, type of preservative, instructions on inspection and general procedure shall be in accordance with RUS standards and requirements.*

*Crossarms shall be* _____ *(Engineer to insert Douglas Fir or*

*Southern Yellow Pine), treated with* _____ *(Engineer to insert type of preservative.)*

Final 11/21/01                                7                        RUS Form **831** *(Rev. 02-95) [Modified]*

700013

**Section 3.**    **Owner-Furnished Materials.** *The Bidder understands and agrees that, if this Proposal is accepted, the Owner will furnish to the Bidder the material set forth in the attached "List of Owner's Materials on Hand" and the Bidder will give a receipt therefore in writing to the Owner. The Bidder, further, will on behalf of the Owner accept delivery of such of the materials set forth in the attached "List of Materials Ordered by Owner but Not Delivered"* and the "List of Materials to be Ordered By Owner" *as may be subsequently delivered and will promptly forward to the Owner for payment the supplier's invoice, together with the Bidder's receipt in writing for such materials* within two (2) days of receipt. *The materials referred to are on hand at, or will be delivered to, the locations specified in the Lists and the Bidder will use such materials in constructing the Project.*

*The value of the completed Construction Units certified by the Bidder each month pursuant to Article III, Section I(a) of this Proposal shall be reduced by an amount equal to the value of the materials installed by the Bidder during the preceding month which have been furnished by the Owner or the delivery of which has been accepted by the Bidder on behalf of the Owner. Only ninety percent (90%) of the remainder shall be paid prior to the Completion of the Project. The value of such materials shall be computed on the basis of the unit prices stated in the Lists. Materials, if any, not required for the Project, which have been furnished to the Bidder by the Owner or delivery of which has been accepted by the Bidder on behalf of the Owner, shall be returned to the Owner by the Bidder upon completion of construction of the Project. The value of all materials not installed in the Project nor returned to the Owner shall be deducted from the final payment to the Bidder.*

*The Owner shall not be obligated to furnish materials in excess of the quantities, size, kind and type set forth in the attached Lists. If the Owner furnishes, and the Bidder accepts, materials in excess thereof, the values of such excess materials shall be their actual cost as stated by the Owner.*

*Information on the shipping schedules of materials on the "List of Materials Ordered by Owner But Not Delivered"* and "List of Materials to be Ordered by Owner" *will be furnished to the Bidder as necessary during progress of the work.*

*Upon delivery the Bidder shall promptly receive, unload, transport and handle all materials and equipment on the "List of Materials Ordered by Owner But Not Delivered"* and the "List of Materials to be Ordered by Owner" *at its expense and shall be responsible for demurrage, if any.*

The Owner will provide yards for receiving, unloading and storing owner-furnished Materials near Nenana, Alaska and in Fairbanks, Alaska. The Owner may use these yards for storing materials not part of this Contract. Should the Bidder need additional space, Bidder shall secure such additional marshaling yards as may be required at his expense.

All owner-furnished Materials which do not meet specifications or are broken or damaged shall be culled by the Bidder. A report shall be made to the Owner giving the part number, quantity culled and the reason for culling. After receiving materials, contractor shall be solely responsible for their care, storage and protection.

All material and equipment shall be stored so as to be protected from the detrimental effects of the elements. Material and equipment shall be placed on supports above the ground and appropriately protected from the elements.

**Section 4.**    **Purchase of Materials Not Furnished By Owner.** *The Bidder will purchase all materials and equipment (other than owner-furnished materials) outright and not subject to any conditional sales agreements, bailment, lease or other agreement reserving unto the seller any right, title or interest therein. All such materials and equipment shall become the property of the Owner when erected in place.*

**Section 5.**    **Proposal on Unit Basis.** *The Bidder understands and agrees that the various Construction Units on which bids are made are defined by symbols and descriptions in this Proposal, that all said bids are on a unit basis, and that the Owner may specify any number or combination of Construction Units that the Owner may deem necessary for the construction of the Project. Separate Construction Units are designated for each different arrangement which may be used in the construction of the Project. This Proposal is based on*

700014

*a consideration of each unit in place and includes only the materials listed on the corresponding Construction Drawings or description of unit where no drawing exists.*

**Section 6.    Description of Contract.** *The Notice and Instructions to Bidders and Plans attached hereto and made a part hereof, and the Specifications and Construction Drawings set forth in:*

> *RUS Bulletin 50-2, Electric Transmission Specifications & Drawings,*
> *34.5 kV through 69 kV (T-805A);*
> *RUS Bulletin 50-1, Electric Transmission Specifications & Drawings*
> *115 kV through 230 kV (T-805B);*

*the Electric Transmission Specifications & Drawings, RUS Form 805, as applicable, together with the Proposal and Acceptance constitute the Contract. The plans, consisting of maps and special drawings, are identified as follows:*

<u>the plans are listed on Drawing 103 - Drawing Index, Contract NI-8</u>

**Section 7.    Familiarity with Conditions.** *The Bidder has made a careful examination of the site of the Project to be constructed and of the Plans, Specifications, Construction Drawings, and form of Contractor's Bond attached hereto, and has become informed as to the location and nature of the proposed construction, the transportation facilities, the kind and character of soil and terrain to be encountered, and the kind of facilities required before and during the construction of the Project, and has become acquainted with the labor conditions, <u>and federal,</u> state and local laws and regulations which would affect work on the proposed construction.*

**Section 8.    License.** *The Bidder warrants that a Contractor's License is* ☐ *, is not* ☐ *required, and if required it possesses Contractor's License No._____ for the State of _____Alaska____*

*in which the Project is located and said license expires on _____, 19_____.*

**Section 9.    The Bidder** *warrants that this Proposal is made in good faith and without collusion or connection with any person or persons bidding for the same work.*

**Section 10.    The Bidder** *warrants that it possesses adequate financial resources and agrees that in the event this Proposal is accepted and a Contractor's Bond is required, it will furnish a Contractor's Bond in the form attached hereto, in a penal sum not less than the maximum Contractor price, with a surety or sureties listed by the United States Treasury Department as Acceptance Sureties.*

*In the event that the surety or sureties on the performance bond delivered to the Owner contemporaneously with the execution of the Contract or on any bond or bonds delivered in substitution therefore or in addition thereto shall at any time become unsatisfactory to the Owner or the Administrator, the Bidder agrees to deliver to the Owner another or an additional bond.*

**Section 11.    Taxes.** *The unit prices for Construction Units in this Proposal include provisions for the payment of all monies which will be payable by the Bidder or the Owner in connection with the construction of the Project on account of taxes imposed by any taxing authority upon the sale, purchase or use of materials, supplies and equipment, or services or labor of installation thereof, to be incorporated in the Project as part of such Construction Units. The Bidder agrees to pay all such taxes, except taxes upon the sale, purchase or use of owner-furnished materials and it is understood that, as to owner-furnished materials, the values stated in the attached "List of Owner's Materials on Hand" and "List of Materials Ordered by Owner But Not Delivered" and "List of Materials to be Ordered," include taxes upon the sale, purchase or use of owner-furnished materials, if applicable. The Bidder will furnish to the appropriate taxing authorities all required information and reports pertaining to the Project, except as to the owner-furnished materials.*

**Section 12.    Changes in Quantities.** *The Bidder understands and agrees that the quantities called for in this Proposal are approximate, and that the total number of units upon which payment shall be made shall be as set forth in the Inventory. If the Owner changes the quantity of any Assembly Unit or Assembly Units specified in this Proposal by more than 15%, and the materials cost to the Bidder is increased thereby to an extent*

700015

*which would not be adequately compensated by application of the unit prices in this Proposal to the revised quantity of such unit or units, such change, to the extent of the quantities of such units in excess of such 15%, shall be regarded as a change in the construction within the meaning of Article II, Section 1(d) of this proposal.*

**700016**

LIST OF OWNER FURNISHED MATERIALS ON HAND - TANANA FLATS

Material:    Pipe Piles

Supplier:    Alaska Steel Co.
             1200 West Dowling Road
             Anchorage, AK 99518-1517

Location:    Owner's storage yard in Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| P 10-3x36 | 12 | 10.75" OD x 3/8" wall x 36' Pipe Pile | $461.68 | $5,540.16 |
| P 10-3x42 | 168 | 10.75" OD x 3/8" wall x 42' Pipe Pile | $538.63 | $90,489.84 |
| P 12-3x40 | 348 | 12.75" OD x 3/8" wall x 40' Pipe Pile | $615.10 | $214,054.80 |
| P 16-3x43 | 109 | 16" OD x 3/8" wall x 43' Pipe Pile | $884.06 | $96,362.54 |
| P 16-3x49 | 24 | 16" OD x 3/8" wall x 49' Pipe Pile | $1,007.42 | $24,178.08 |
| P 16-3x57 | 56 | 16" OD x 3/8" wall x 57' Pipe Pile | $1,171.89 | $65,625.84 |
| P 28-3x35 | 70 | 28" OD x 3/8" wall x 35' Pipe Pile | $2,160.18 | $151,212.60 |

Material:    Pipe Piles

Supplier:    Alaska Steel Co.
             1200 West Dowling Road
             Anchorage, AK 99518-1517

Location:    Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| P 12-3x40 | 264 | 12.75" OD x 3/8" wall x 40' Pipe Pile | $615.10 | $162,386.40 |
| P 16-3x43 | 353 | 16" OD x 3/8" wall x 43' Pipe Pile | $884.06 | $312,073.18 |
| P 28-3x35 | 22 | 28" OD x 3/8" wall x 35' Pipe Pile | $2,160.18 | $47,523.96 |

700017

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material:        Pipe Piles

Supplier:        Alaska Pipe & Supply
                 3105 Industrial Way
                 Fairbanks, AK 99701

Scheduled Delivery Date:  December 29, 2001

Delivered to:    Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| P 16-4x44 | 22 | 16" OD x ½" wall x 44' Pipe Pile | $974.00 | $21,428.00 |
| P 16-4x50 | 32 | 16" OD x ½" wall x 50' Pipe Pile | $1,107.00 | $35,424.00 |
| P 30-4x31 | 16 | 30" OD x ½" wall x 31' Pipe Pile | $1,703.00 | $27,248.00 |
| P 48-5x20 | 12 | 48" OD x 5/8" wall x 20' Pipe Pile | $2,286.00 | $27,432.00 |
| P 48-5x25 | 4 | 48" OD x 5/8" wall x 25' Pipe Pile | $2,858.00 | $11,432.00 |

Material:        Steel Top Plates, Pile Clamps, and Deadend Structures

Supplier:        Valmont Industries, Inc
                 P.O. Box 358
                 Valley, Nebraska 68064

Scheduled Delivery Date:  February 1, 2002

Delivered to:    Owner's storage yard in Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SDS-10H (70,70,70,70) | 3 | SDS-10H Structure with all legs 70' (excludes Static Masts) | $48,196.00 | $144,588.00 |
| SDS-10H (75,75,75,72.5) | 1 | SDS-10H Structure with 75',75',75',72.5' legs (excludes Static Masts) | $48,983.00 | $48,983.00 |
| SDS-45H (65,65,65,65) | 1 | SDS-45H Structure with all legs 65' (excludes Static Masts) | $53,025.00 | $53,025.00 |
| SDS-45H (80,80,80,80) | 1 | SDS-45H Structure with all legs 80' (excludes Static Masts) | $56,456.00 | $56,456.00 |
| SDS-90H (55,55,55,55) | 1 | SDS-90H Structure with all legs 55' (excludes Static Masts) | $65,606.00 | $65,606.00 |
| SDS-10H TP28/30 | 16 | Top Plate for one 28" or 30" OD Pile for SDS-10H | $606.00 | $9,696.00 |
| SDS-45H TP28/30 | 8 | Top Plate for one 28" or 30" OD Pile for SDS-45H | $867.00 | $6,936.00 |
| SDS-90H TP30 | 4 | Top Plate for one 30" OD Pile for SDS-90H | $1,015.00 | $4,060.00 |
| SSX-25 TP28/30 | 16 | Top Plate for one 28" or 30" OD Pile for SSX-25 with even legs | $370.00 | $5,920.00 |

700018

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material:     Steel Top Plates, Pile Clamps and Deadend Structures delivered to Nenana (continued)

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| SSX-0 C12 | 180 | 12.75" Pile Clamp for SSX-0 Tower | $478.00 | $86,040.00 |
| SSX-0 C16 | 178 | 16" Pile Clamp for SSX-0 Tower | $567.00 | $100,926.00 |
| SSX-3 C16 | 48 | 16" Pile Clamp for SSX-3 Tower | $567.00 | $27,216.00 |
| SSX-3D C16 | 32 | 16" Pile Clamp for SSX-3D Tower | $567.00 | $18,144.00 |
| SDS-10H SM | 0 | Pair of Static Masts for SDS-10H Tower | $3,624.00 | $0.00 |

Material:     Steel Top Plates, Pile Clamps, and Deadend Structures

Supplier:     Valmont Industries, Inc
              P.O. Box 358
              Valley, Nebraska  68064

Scheduled Delivery Date:  February 1, 2002

Delivered to:    Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| SDS-10H (80,80,80,80) | 1 | SDS-10H Structure with all legs 80' (excludes Static Masts) | $49,887.00 | $49,887.00 |
| SDS-45H (60,60,62.5,60) | 1 | SDS-45H Structure with 60',60',62.5',60' legs (excludes Static Masts) | $51,867.00 | $51,867.00 |
| SDS-45H (75,75,75,75) | 1 | SDS-45H Structure with all legs 75' (excludes Static Masts) | $54,713.00 | $54,713.00 |
| SDST-45 (55,55,55,55) | 1 | SDST-45 Structure with all legs 55' (excludes Static Masts) | $69,783.00 | $69,783.00 |
| SDS-10H TP28/30 | 4 | Top Plate for one 28" or 30" OD Pile for SDS-10H | $604.00 | $2,416.00 |
| SDS-45H TP28/30 | 8 | Top Plate for one 28" or 30" OD Pile for SDS-45H | $859.00 | $6,872.00 |
| SDST-45 TP48 | 4 | Top Plate for one 48" OD Pile for SDST-45 | $1,804.00 | $7,216.00 |
| SSX-0 C16 | 160 | 16" Pile Clamp for SSX-0 Tower | $567.00 | $90,720.00 |
| SSX-3 C16 | 46 | 16" Pile Clamp for SSX-3 Tower | $567.00 | $26,082.00 |
| SSX-3D C16 | 18 | 16" Pile Clamp for SSX-3D Tower | $567.00 | $10,206.00 |
| WORKING LADDER | 25 | Working Ladder (return to owner upon completion) | $125.00 | $3,125.00 |
| CLIMBING LADDER | 25 | Climbing Ladder (return to owner upon completion) | $115.00 | $2,875.00 |
| LADDER-BRKT | 24 | Ladder Bracket to be welded to pipe pile | $14.00 | $336.00 |
| S1-BRKT | 4 | Sign Bracket for S1 to be welded to pipe pile | $24.00 | $96.00 |
| S2-BRKT | 1 | Sign Bracket for S2 to be welded to pipe pile | $29.00 | $29.00 |
| SDS-10H SM | 0 | Pair of Static Masts for SDS-10H Tower | $3,624.00 | $0.00 |
| SDST-45 SM | 0 | Pair of Static Masts for SDST-45 Tower | $4,160.00 | $0.00 |

Final 11/21/01
Revised 11/26/01, C.O. #1                     13                     RUS Form 831(Rev. 02-95)[Modified]

700019

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material:        Steel Towers and Accessories

Supplier:        Valmont Industries, Inc
                 P.O. Box 358
                 Valley, Nebraska  68064

Scheduled Delivery Date: May 31, 2002

Delivered to:    Owner's storage yard in Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SSX-0 Body | 179 | SSX-0 Tower Body (excluding Static Masts) | $7,423.00 | $1,328,717.00 |
| SSX-0 L65 | 6 | Leg for 65' SSX-0 Tower | $2,746.00 | $16,476.00 |
| SSX-0 L70 | 48 | Leg for 70' SSX-0 Tower | $2,914.00 | $139,872.00 |
| SSX-0 L75 | 186 | Leg for 75' SSX-0 Tower | $3,075.00 | $571,950.00 |
| SSX-0 L80 | 106 | Leg for 80' SSX-0 Tower | $3,231.00 | $342,486.00 |
| SSX-0 L85 | 12 | Leg for 85' SSX-0 Tower | $3,379.00 | $40,548.00 |
| SSX-3 Body | 24 | SSX-3 Tower Body (excluding Static Masts) | $8,848.00 | $212,352.00 |
| SSX-3 L75 | 2 | Leg for 75' SSX-3 Tower | $5,386.00 | $10,772.00 |
| SSX-3 L80 | 26 | Leg for 80' SSX-3 Tower | $5,760.00 | $149,760.00 |
| SSX-3 L85 | 6 | Leg for 85' SSX-3 Tower | $6,130.00 | $36,780.00 |
| SSX-3 L90 | 8 | Leg for 90' SSX-3 Tower | $6,494.00 | $51,952.00 |
| SSX-3 L95 | 6 | Leg for 95' SSX-3 Tower | $6,852.00 | $41,112.00 |
| SSX-3D Body | 16 | SSX-3D Tower Body (excluding Static Masts) | $9,100.00 | $145,600.00 |
| SSX-3D L65 | 2 | Leg for 65' SSX-3D Tower | $3,793.00 | $7,586.00 |
| SSX-3D L70 | 2 | Leg for 70' SSX-3D Tower | $4,185.00 | $8,370.00 |
| SSX-3D L75 | 8 | Leg for 75' SSX-3D Tower | $4,572.00 | $36,576.00 |
| SSX-3D L80 | 10 | Leg for 80' SSX-3D Tower | $4,953.00 | $49,530.00 |
| SSX-3D L85 | 2 | Leg for 85' SSX-3D Tower | $5,328.00 | $10,656.00 |
| SSX-3D L90 | 8 | Leg for 90' SSX-3D Tower | $6,141.00 | $49,128.00 |
| SSX-25L Body | 3 | SSX-25 Tower Body for left hand angle (excluding Static Masts) | $11,919.00 | $35,757.00 |
| SSX-25R Body | 4 | SSX-25 Tower Body for right hand angle (excluding Static Masts) | $11,919.00 | $47,676.00 |
| SSX-25 L65 | 2 | Leg for 65' SSX-25 Tower | $3,873.00 | $7,746.00 |
| SSX-25 L70 | 4 | Leg for 70' SSX-25 Tower | $4,169.00 | $16,676.00 |
| SSX-25 L75 | 2 | Leg for 75' SSX-25 Tower | $4,457.00 | $8,914.00 |
| SSX-25 L80 | 2 | Leg for 80' SSX-25 Tower | $4,734.00 | $9,468.00 |
| SSX-25 L85 | 4 | Leg for 85' SSX-25 Tower | $5,024.00 | $20,096.00 |
| SSX-0 SR | 716 | Shear Release Mechanism for SSX-0 Tower | $48.00 | $34,368.00 |
| SSX SR | 160 | Shear Release Mechanism for SSX-3 and SSX-3D Towers | $48.00 | $7,680.00 |
| SSX-25 SR | 28 | Shear Release Mechanism for SSX-25 Tower | $48.00 | $1,344.00 |
| SSX-0 SM | 0 | Pair of Static Masts for SSX-0 Tower | $1,082.00 | $0.00 |
| SSX-3 SM | 0 | Pair of Static Masts for SSX-3 Tower | $1,072.00 | $0.00 |
| SSX-3D SM | 0 | Pair of Static Masts for SSX-3D Tower | $1,078.00 | $0.00 |
| SSX-25 SM | 0 | Pair of Static Masts for SSX-25 Tower | $1,078.00 | $0.00 |

700020

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material:        Steel Towers and Accessories

Supplier:        Valmont Industries, Inc
                 P.O. Box 358
                 Valley, Nebraska  68064

Scheduled Delivery Date:  May 31, 2002

Delivered to:    Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SSX-0 Body | 80 | SSX-0 Tower Body (excluding Static Masts) | $7,423.00 | $593,840.00 |
| SSX-0 L70 | 24 | Leg for 70' SSX-0 Tower | $2,914.00 | $69,936.00 |
| SSX-0 L75 | 50 | Leg for 75' SSX-0 Tower | $3,075.00 | $153,750.00 |
| SSX-0 L80 | 16 | Leg for 80' SSX-0 Tower | $3,231.00 | $51,696.00 |
| SSX-0 L85 | 64 | Leg for 85' SSX-0 Tower | $3,379.00 | $216,256.00 |
| SSX-0 L90 | 4 | Leg for 90' SSX-0 Tower | $3,744.00 | $14,976.00 |
| SSX-0 L95 | 2 | Leg for 95' SSX-0 Tower | $3,918.00 | $7,836.00 |
| SSX-3 Body | 23 | SSX-3 Tower Body (excluding Static Masts) | $8,848.00 | $203,504.00 |
| SSX-3 L75 | 2 | Leg for 75' SSX-3 Tower | $5,386.00 | $10,772.00 |
| SSX-3 L80 | 20 | Leg for 80' SSX-3 Tower | $5,760.00 | $115,200.00 |
| SSX-3 L85 | 12 | Leg for 85' SSX-3 Tower | $6,130.00 | $73,560.00 |
| SSX-3 L90 | 6 | Leg for 90' SSX-3 Tower | $6,494.00 | $38,964.00 |
| SSX-3 L95 | 4 | Leg for 95' SSX-3 Tower | $6,852.00 | $27,408.00 |
| SSX-3 L100 | 2 | Leg for 100' SSX-3 Tower | $7,204.00 | $14,408.00 |
| SSX-3D Body | 9 | SSX-3D Tower Body (excluding Static Masts) | $9,100.00 | $81,900.00 |
| SSX-3D L80 | 4 | Leg for 80' SSX-3D Tower | $4,953.00 | $19,812.00 |
| SSX-3D L85 | 10 | Leg for 85' SSX-3D Tower | $5,328.00 | $53,280.00 |
| SSX-3D L90 | 4 | Leg for 90' SSX-3D Tower | $6,141.00 | $24,564.00 |
| SSX-0 SR | 320 | Shear Release Mechanism for SSX-0 Tower | $48.00 | $15,360.00 |
| SSX SR | 128 | Shear Release Mechanism for SSX-3 and SSX-3D Towers | $48.00 | $6,144.00 |
| AP-BRKT | 23 | Aerial Patrol Sign (S3) Bracket & Hardware | $44.00 | $1,012.00 |
| SSX-0 SM | 0 | Pair of Static Masts for SSX-0 Tower | $1,082.00 | $0.00 |
| SSX-3 SM | 0 | Pair of Static Masts for SSX-3 Tower | $1,072.00 | $0.00 |
| SSX-3D SM | 0 | Pair of Static Masts for SSX-3D Tower | $1,078.00 | $0.00 |

700021

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLAT

Material:    Guy Assemblies and Pipe Pile Covers

Estimated Delivery Date:  February 1, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| G1 | 406 | G1 Assembly less Guy Strand & Shear Release Mechanisms | $146.00 | $59,276.00 |
| G2 | 14 | G2 Assembly less Guy Strand & Shear Release Mechanisms | $162.00 | $2,268.00 |
| G3 | 32 | G3 Assembly less Guy Strand | $108.00 | $3,456.00 |
| PC10 | 180 | Pipe Pile Cover for 10.75" OD Pile | $20.00 | $3,600.00 |
| PC12 | 406 | Pipe Pile Cover for 12.75" OD Pile | $22.00 | $8,932.00 |
| PC16 | 336 | Pipe Pile Cover for 16" OD Pile | $30.00 | $10,080.00 |

Material:    Guy Assemblies and Pipe Pile Covers

Estimated Delivery Date:  February 1, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| G1 | 206 | G1 Assembly less Guy Strand & Shear Release Mechanisms | $146.00 | $30,076.00 |
| G3 | 18 | G3 Assembly less Guy Strand | $108.00 | $1,944.00 |
| PC12 | 206 | Pipe Pile Cover for 12.75" OD Pile | $22.00 | $4,532.00 |
| PC16 | 260 | Pipe Pile Cover for 16" OD Pile | $30.00 | $7,800.00 |

Material:    Guy Wire and Overhead Shield Wire

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| GW 7#7 | 110,000 | Feet of 7#7 Alumoweld Guy Wire, furnished on eleven wood, non-returnable reels. | $0.51 | $56,100.00 |
| GW 7#5 | 6,200 | Feet of 7#5 Alumoweld Guy Wire and OHSW, furnished on one wood, non-returnable reel | $0.81 | $5,022.00 |
| GW 19#8 | 9,200 | Feet of 19#9 Alumoweld Guy Wire, furnished on two wood non-returnable reels | $1.11 | $10,212.00 |

Material:    Guy Wire and Overhead Shield Wire

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| GW 7#7 | 50,000 | Feet of 7#7 Alumoweld Guy Wire, furnished on five wood, non-returnable reels | $0.51 | $25,500.00 |
| GW 7#5 | 0 | Feet of 7#5 Alumoweld Guy Wire and OHSW | $0.81 | $0.00 |
| GW 19#8 | 4,600 | Feet of 19#9 Alumoweld Guy Wire, furnished on one wood, non-returnable reel | $1.11 | $5,106.00 |

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLATS

Material:        Conductor and Accessories

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| Cardinal | 720,000 | Feet of 954 kcmil, 54/7 ASCR | $1.92 | $1,382,400.00 |
| Card. Splice | 72 | Splice for Cardinal | $32.00 | $2,304.00 |
| Card. Reel | 75 | Returnable Reel for Cardinal | $700.00 | $52,500.00 |
| Card. Sleeve | 0 | Repair Sleeve for Cardinal | $25.00 | $0.00 |
| DC1 | 762 | Damper for Protected Cardinal | $25.00 | $19,050.00 |
| DC2 | 12 | Damper for Bare Cardinal | $25.00 | $300.00 |

Material:        Conductor and Accessories

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| Cardinal | 345,600 | Feet of 954 kcmil, 54/7 ASCR | $1.92 | $663,552.00 |
| Card. Splice | 33 | Splice for Cardinal | $32.00 | $1,056.00 |
| Card. Reel | 36 | Returnable Reel for Cardinal | $700.00 | $25,200.00 |
| Card. Sleeve | 0 | Repair Sleeve for Cardinal | $25.00 | $0.00 |
| DC1 | 396 | Damper for Protected Cardinal | $25.00 | $9,900.00 |
| DC2 | 12 | Damper for Bare Cardinal | $25.00 | $300.00 |

Material:        Insulator Assemblies

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| II3 | 657 | I-String Insulator Assembly | $390.00 | $256,230.00 |
| IJ | 18 | Jumper Insulator Assembly | $335.00 | $6,030.00 |
| IV25 | 21 | V-String Insulator Assembly for SSX-25 Towers | $850.00 | $17,850.00 |
| IDF | 39 | Full Tension Deadend Insulator Assembly | $970.00 | $37,830.00 |
| IB1 | 250 | Spare individual Ball-Socket Insulator Unit | $25.00 | $6,250.00 |
| IC1 | 12 | Spare individual Clevis-Eye Insulator Unit | $25.00 | $300.00 |

700023

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLATS

Material:    Insulator Assemblies

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| II3 | 336 | I-String Insulator Assembly | $390.00 | $131,040.00 |
| IJ | 9 | Jumper Insulator Assembly | $335.00 | $3,015.00 |
| IDF | 21 | Full Tension Deadend Insulator Assembly | $970.00 | $20,370.00 |
| IB1 | 150 | Spare individual Ball-Socket Insulator Unit | $25.00 | $3,750.00 |
| IC1 | 6 | Spare individual Clevis-Eye Insulator Unit | $25.00 | $150.00 |

Material:    Signs

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| S1 | 480 | Danger Sign Assembly | $60.00 | $28,800.00 |
| S2 | 233 | Structure Number Sign Assembly | $60.00 | $13,980.00 |
| S3 | 46 | Aerial Patrol Sign with Hardware | $360.00 | $16,560.00 |
| S4 | 35 | Infrared Sign Assembly | $100.00 | $3,500.00 |

Material:    Signs

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| S1 | 240 | Danger Sign Assembly | $60.00 | $14,400.00 |
| S2 | 116 | Structure Number Sign Assembly | $60.00 | $6,960.00 |
| S3 | 23 | Aerial Patrol Sign with Hardware | $360.00 | $8,280.00 |
| S4 | 116 | Infrared Sign Assembly | $100.00 | $11,600.00 |
| SR1 | 5 | Right-of-Way Sign Assembly | $300.00 | $1,500.00 |

700024

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLATS

Material:    Overhead Shield Wire Accessories and Aerial Marker Balls

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaskas

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|-----------|----------------|
| SI | 0 | OHSW Assembly SI | $60.00 | $0.00 |
| SD | 0 | OHSW Assembly SD | $100.00 | $0.00 |
| DS1 | 0 | OHSW Vibration Damper (Protected) | $25.00 | $0.00 |
| DS2 | 0 | OHSW Vibration Damper (Bare) | $25.00 | $0.00 |
| M1-O | 15 | Orange Aerial Marker Ball | $525.00 | $7,875.00 |
| M1-W | 9 | White Aerial Marker Ball | $525.00 | $4,725.00 |
| M1-Y | 9 | Yellow Aerial Marker Ball | $525.00 | $4,725.00 |
| M2 | 0 | Bird Flight Diverter | $4.50 | $0.00 |

Material:    Overhead Shield Wire Accessories and Aerial Marker Balls

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|-----------|----------------|
| SI | 0 | OHSW Assembly SI | $60.00 | $0.00 |
| SD | 0 | OHSW Assembly SD | $100.00 | $0.00 |
| DS1 | 0 | OHSW Vibration Damper (Protected) | $25.00 | $0.00 |
| DS2 | 0 | OHSW Vibration Damper (Bare) | $25.00 | $0.00 |
| M1-O | 11 | Orange Aerial Marker Ball | $525.00 | $5,775.00 |
| M1-W | 7 | White Aerial Marker Ball | $525.00 | $3,675.00 |
| M1-Y | 7 | Yellow Aerial Marker Ball | $525.00 | $3,675.00 |
| M2 | 0 | Bird Flight Diverter | $4.50 | $0.00 |

700025

Public reporting burden for the collection of information is estimated to average .1 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Dept. of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget. Paperwork Reduction Project (OMB #0572-0107), Washington, DC 20503.  OMB FORM NO. 0572-0107,  Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

# MATERIALS RECEIPT

PAGE _____ OF _____ PAGES

DATE

Instructions: *Prepare three (3) copies.  Forward original to Owner, one copy to Contractor and one copy to Engineer.*

| ITEM* | QUANTITY | DESCRIPTION OF ITEM | MANUFACTURER AND CATALOG NUMBER | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL |  |  |  |  |  |

| RECEIVED BY | FOR | |
|---|---|---|
|  | CONTRACTOR | |
|  | OWNER | |

* Item corresponds with item in list of materials in construction drawings.

700026

## ARTICLE II - CONSTRUCTION

**Section 1.     Time and Manner of Construction**

a.      The Bidder agrees to commence construction of the Project on a date (hereinafter called the "Commencement Date") see "Notice and Instructions to Bidders" which shall be determined by the ~~Engineer~~ Owner after notice in writing of approval of the Contract ~~by the Administrator~~ and notice in writing from the Bidder that the Bidder has sufficient materials to warrant commencement and continuation of construction, but in no event will the Commencement Date be later than ten (10) calendar days after date of approval of the Contract ~~by the Administrator~~. The Bidder further agrees to prosecute diligently and to complete construction in strict accordance with the Plans, Specifications and Construction Drawings on or before April 1, 2003 ~~within _____ (_____) calendar days (excluding Sundays) after Commencement Date:  Provided, however, that the Bidder will not be required to dig holes, set poles or install anchors if there are more than six (6) inches of frost in the ground nor to perform any construction on such days when in the judgment of the Engineer snow, rain, or wind, or the results of snow, rain, or frost make it impracticable to perform any operation of construction and to the extent of the time lost due to the conditions described herein and approved in writing by the Engineer, the time of completion set out above will be extended if the Bidder makes a written request therefore to the Owner as provided in subsection b of this Section 1.~~

The Bidder agrees to adhere to the stipulations in the right-of-way grants (see Appendix B) including, but not limited to, the following:

1)     (Vehicles and heavy equipment will not be allowed on the right-of-way unless there is at least twelve (12) inches of ground frost and twelve (12) inches of snow cover.  The only travel allowed when these conditions are not satisfied is by helicopter or foot.

2)     (No work will be permitted on the right-of-way from April 15 to June 15.

3)     (Helicopters will not be permitted to fly within one mile of active swan's nests from May 1 to August 31.

b.      FORCE MAJEURE

Except for the payment of money due under this Contract, the indemnity obligations hereunder, and the obligation hereunder to comply with all applicable local, state, and federal laws, regulations, rules, codes, right-of-way agreements, engineering and safety rules, practices and standards, no delay or failure of performance by a Party to this Contract or the directors, officers, employees, agents, and contractors of either, shall constitute a breach of this Contract or give rise to any claim for damages if such delay or failure is caused by any of the following:  an act, delay or failure to act on the part of any governmental authority, including any delay or failure to obtain any rights-of-way, leases or other interest in land necessary for the location or installation of facilities; acts of God, including inclement weather, rendering imprudent the commencement or continuation of work; any accident or disruption such as fire, explosion, earthquake, flood, or major equipment breakdown; any failure or delay beyond the reasonable control of GVEA or Contractor or their directors, officers, employees, agents, or contractors in securing necessary materials, equipment, labor, services, or facilities; present or future laws, orders, regulations, directives, or policies enacted, adopted, instituted or sponsored by any governmental organization, agency, bureau, or commission which delay, restrict, or prevent performance hereunder; labor difficulties, including strikes, lockouts, or slowdowns; any delay or failure of transportation, including storage of transportation facilities or equipment; and any other like cause beyond the reasonable control of GVEA or Contractor  or their directors, officers, employees, agents, or contractors which restrict or prevent performance hereunder.

In the event of any delay or failure of performance hereunder, the party delayed shall immediately inform the other party of such occurrences relied upon and shall use due diligence in remedying any of the causes set forth above; however, settlement of strikes, lockouts, slowdowns, or other labor difficulties shall be wholly within the discretion of the party incurring the delay.
As used in this Contract, "Force Majeure" means unforeseeable causes beyond the reasonable control of and without fault or negligence of the party claiming Force Majeure.  If either party is rendered wholly or

700027

partly unable to perform its obligation under this Contract because of Force Majeure, that party shall be excused from whatever performance is affected by the Force Majeure to the extent so affected, provided that:

(1) The non-performing party, within five (5) working days after the occurrence of the Force Majeure, gives the other party written notice describing the particulars of the occurrence;

(2) the suspension of performance must be of no greater scope and of no longer duration than is required by the Force Majeure;

(3) no obligations of either party, including the payment of money, which arose before the occurrence causing the suspension of performance will be excused as a result of the occurrence; and

(4) the non-performing party uses its best efforts to remedy its inability to perform.

~~The time for Completion of Construction shall be extended for the period of any reasonable delay which is due exclusively to causes beyond the control and without the fault of the Bidder, including Acts of God, fires, floods, inability to obtain materials and acts or omissions of the Owner with respect to matters for which the Owner is solely responsible:  Provided, however, that no such extension of time for completion shall be granted the Bidder unless within ten (10) days after the happening of any event relied upon by the Bidder for such an extension of time the Bidder shall have made a request therefore in writing to the Owner, and provided further that no delay in such time of completion or in the progress of the work which results from any of the above causes except acts or omissions of the Owner, shall result in any liability on the part of the Owner.~~

c.  The sequence of construction shall be as set forth below, the numbers or names being the designations of extensions or areas (hereinafter called the "Section" corresponding to the numbers or names shown on the maps attached hereto, or if no Sections are set forth below, the sequence of construction shall be as determined by the Bidder, subject to the approval of the Engineer.

(1)  Erecting of Structure #504 at PI-AN1 shall be completed on or before April 14, 2002.
(2)  Erecting of Structure #156 POT-AD4A shall be completed at on or before April 14, 2002.
(3)  One hundred percent (100%) of the foundation and anchor piles required in the Work shall be installed prior to April 15, 2002.

d.  The Owner, acting through the Engineer ~~and with the approval of the Administrator[1]~~, may from time to time during the progress of the construction of the Project make such changes in, additions to or subtractions from the Plans, Specifications, Construction Drawings, List of Materials and sequence of construction provided for in the previous paragraph which are part of the Contractor's Proposal as conditions may warrant:  Provided, however, that if any  change in the construction to be done shall require an extension of time, a reasonable extension will be granted if the Bidder shall make a written request therefore to the Owner within ten (10) days after any such change is made.  And provided further, that if the cost to the Bidder of construction of the Project shall be materially increased by any such change or addition, the Owner shall pay the Bidder for the reasonable cost thereof in accordance with a Construction  Contract Amendment signed by the Owner and the Bidder ~~and approved by the Administrator[2]~~, but no claim for additional compensation for any such change or addition will be considered unless the Bidder shall have made a written request therefore to the Owner prior to the commencement of work in connection with such change or addition.

e.  ~~The Bidder will not perform any work hereunder on Sundays unless there is urgent need for such Sunday work and the Owner consents thereto in writing. The time for completion specified in subsection a of this Section 1 shall not be affected in any way by inclusion of this subsection nor by the Owner's consent or lack of consent to Sunday work hereunder.~~

---

[11]  As long as the total price of this contract including all amendments is less than 120 percent of the original contract price as stated in the acceptance hereto, amendments executed on RUS Form 238 are not subject to the approval of the Administrator.  Whenever an amendment to this contract causes the total amended contract to exceed 120 percent of the original contract price, that amendment and all subsequent amendments to this contract shall be made subject to the approval of the Administrator.
[22]  See Footnote 1.

700028

**Section 2.    Environmental Protection.** *The Bidder shall perform work in such a manner as to maximize preservation of beauty, conservation of natural resources and minimize marring and scarring of the landscape and silting of streams. The Bidder shall not deposit trash in streams or waterways, and shall not deposit herbicides or other chemicals or their containers in or near streams, waterways or pastures. The Bidder shall follow, under the general direction of the* ~~Engineer~~ Owner, *the criteria relating to environmental protection as specified herein by the* ~~Engineer~~ Owner. See also Section 01550 and 01564.

**Section 3.    The Bidder** *agrees that in the event this Proposal is accepted it will make available for use in connection with the proposed construction all necessary tools and equipment and qualified superintendents and foremen.*

**Section 4.    Changes in Construction.** *The Bidder agrees to make such changes in construction previously installed in the Project by the Bidder as required by the Owner for prices arrived at as follows:*

a.    *For substations and other units where only a portion of the complete unit is affected by the change, the compensation for such change shall be as agreed upon in writing by the Bidder and the Owner* ~~and approved by the Administrator~~[3] *prior to the commencement of work in connection with such change.*

b.    *For all other units, the compensation for such change shall be the reasonable cost thereof as agreed upon in writing by the Bidder and the Owner prior to the commencement of work in connection with such change, but in no event shall it exceed two (2) times the labor price quoted in the Proposal for the installation of the unit to be changed. Such compensation shall be in lieu of any other payment for the installation and removal of the original unit. (If a new or replacing unit is installed, payment for such new or replacing unit shall be made as shown in the final inventory.)*

*No payment shall be made to the Bidder for materials or labor involved in correcting errors or omissions on the part of the Bidder which result in construction not in accordance with the Plans and Specifications.*

**Section 5.    Construction Not in Proposal.** *The Bidder also agrees that when it is necessary to construct units not shown in the Proposal it will construct such units for a price arrived at as follows:*

a.    *The cost of materials shall be determined by the invoices.*

b.    *The Cost of labor shall be the reasonable cost thereof, but in no event shall it exceed an amount determined by calculating the ratio of the total labor costs to the total material Costs in the section of the Proposal involved, and multiplying the cost of materials for the unit in question by this ratio.*

**Section 6.    Supervision and Inspection.**

a.    *The Bidder shall cause the construction work on the Project to receive constant supervision by a competent superintendent (hereinafter called the "Superintendent") who shall be present at all times during working hours where construction is being carried on. The Bidder shall also employ, in connection with the construction of the Project, capable, experienced and reliable foremen and such skilled workmen as may be required for the various classes of work to be performed. Directions and instructions given to the Superintendent shall be binding upon the Bidder.*

b.    *The Owner reserves the right to require the removal from the Project of any employee of the Bidder if in the judgment of the Owner such removal shall be necessary in order to protect the interest of the Owner. The Owner or the Supervisor, if any, shall have the right to require the Bidder to increase the number of its employees and to increase or change the amount or kind of tools and equipment if at any time the progress of the work shall be unsatisfactory to the Owner or Supervisor; but the failure of the Owner or Supervisor to give any such directions shall not relieve the Bidder of its obligations to complete the work within the time and in the manner specified in this Proposal.*

---

[33] See Footnote 1.

700029

c.   *The manner of construction of the Project, and all materials and equipment used therein, shall be subject to the inspection, tests and approval of the Owner ~~and the Administrator~~, and the Bidder shall furnish all information required by the ~~Owner or by the Administrator~~ concerning the nature or source of any materials incorporated or to be incorporated in the Project. The Owner and the Administrator shall have the right to inspect all payrolls, invoices of materials, and other data and records of the Bidder and of any subcontractor, relevant to the construction of the Project. The Bidder shall provide all reasonable facilities necessary for such inspection and tests and shall maintain an office at the site of the Project, with telephone service where obtainable and at least one office employee to whom directions and instructions of the Owner may be delivered. Delivery of such directions or instructions in writing to the employee of the Bidder at such office shall constitute delivery to the Bidder. The Bidder shall have an authorized agent accompany the Engineer when final inspection is made and, if requested by the Owner, when any other inspection is made.*

d.   *In the event that the Owner, ~~or the Administrator~~, shall determine that the construction contains or may contain numerous defects, it shall be the duty of the Bidder and the Bidder's Surety or Sureties, if any, to have an inspection made by an engineer approved by the Owner ~~and the Administrator~~ for the purpose of determining the exact nature, extent and location of such defects.*

e.   *The Engineer may recommend to the Owner that the Bidder suspend the work wholly or in part for such period or periods as the Engineer may deem necessary due to unsuitable weather or such other conditions as are considered unfavorable for the satisfactory prosecution of the work or because of the failure of the Bidder to comply with any of the provisions of the Contract: Provided, however, that the Bidder shall not suspend work pursuant to this provision without written authority from the Owner so to do. The time of completion hereinabove set forth shall be increased by the number of days of any such suspension, except when such suspension is due to the failure of the Bidder to comply with any of the provisions of this Contract. In the event that work is suspended by the Bidder with the consent of the Owner, the Bidder before resuming work shall give the Owner at least twenty-four (24) hours notice thereof in writing.*

**Section 7.     Defective Materials and Workmanship.**

a.   *The acceptance of any materials, equipment (except owner furnished materials) or any workmanship by the Owner or the Engineer shall not preclude the subsequent rejection thereof if such materials, equipment, or workmanship shall be found to be defective after delivery or installation, and any such materials, equipment or workmanship found defective before final acceptance of the construction shall be replaced or remedied, as the case may be, by and at the expense of the Bidder. Any such condemned material or equipment shall be immediately removed from the site of the Project by the Bidder at the Bidder's expense. The Bidder shall not be entitled to any payment hereunder so long as any defective materials, equipment or workmanship in respect to the Project, of which the Bidder shall have had notice, shall not have been replaced or remedied, as the case may be.*

b.   *Notwithstanding any certificate which may have been given by the Owner or the Engineer, if any materials, equipment (except owner-furnished materials) or any workmanship which does not comply with the requirements of this Contract shall be discovered within one (1) year after Completion of Construction of the Project, the Bidder shall replace such defective materials or equipment or remedy any such defective workmanship within thirty (30) days after notice in writing of the existence thereof shall have been given by the Owner. If the Bidder shall be called upon to replace any defective materials or equipment or to remedy defective workmanship as herein provided, the Owner, if so requested by the Bidder shall deenergize that section of the Project involved in such work. In the event of failure by the Bidder so to do, the Owner may replace such defective materials or equipment or remedy such defective workmanship, as the case may be, and in such event the Bidder shall pay to the Owner the cost and expense thereof.*

700030

# ARTICLE III - PAYMENTS AND RELEASE OF LIENS

**Section 1.    Payments to Bidder.**

a.      _Within the first fifteen (15) days of each calendar month, the Owner shall make partial payment to the Bidder for construction accomplished during the preceding calendar month on the basis of completed Assembly Units furnished and certified to by the Bidder, ~~recommended by the Engineer~~ and approved by the Owner solely for the purposes of payment: Provided, however, that such approval shall not be deemed approval of the workmanship or materials. Only ninety percent (90%) of each such estimate approved during the construction of the Project shall be paid by the Owner to the Bidder prior to Completion of the Project: Provided, however, that at any time after work, which, in the sole determination of the ~~Engineer~~ Owner, amounts to fifty percent (50%) of the Maximum Contract Price has been completed, the Owner may elect, in lieu of paying ninety percent (90%) of each such subsequent estimate, to pay each such subsequent estimate in full. Upon completion by the Bidder of the construction of the Project, the ~~Engineer~~ Owner will prepare a Final Inventory of the Project showing the total number and character of Assembly Units and, after checking such Inventory with the Bidder, will certify it ~~to the Owner,~~ together with a certificate of the total cost of the construction performed. Upon the approval of such certificates by the Owner ~~and the Administrator,~~ the Owner shall make payment to the Bidder of all amounts to which the Bidder shall be entitled thereunder which shall not have been paid: Provided, however, that such final payment shall be made not later than ninety (90) days after the date of Completion of Construction of the Project, as specified in the Certificate of Completion, unless withheld because of the fault of the Bidder. Requests for payment shall be submitted with the attached "Application for Payment"._

b.      _The Bidder shall be paid on the basis of the number of Construction Units actually installed at the direction of the Owner shown by the inventory based on the staking sheets or structure lists: Provided, however, that the total cost shall not exceed the maximum Contract price for the construction of the Project as set forth in the Acceptance, ~~unless such excess shall have been approved in writing by the Administrator~~[4]._

c.      _Notwithstanding the provisions of Section 1a above, the Bidder may, by giving written notice thereof to the Owner, elect to receive payment in full for any Section of the Project upon:_

   _(1)      completion of construction of such Section as ~~certified by the Engineer and~~ approved by the Owner and the Administrator;_

   _(2)      submission to the Owner and the Administrator of the releases of lien and the certificate referred to in Section 2 hereof;_

   _(3)      approval by the Owner and the Administrator of the inventory in respect of such Section; and_

   _(4)      submission to the Owner and the Administrator of the consent in writing by the Surety or Sureties, if any, on the Contractor's Bond to payment in full for such Section prior to Completion of the Project._

       _If no Sections are designated in Article II, Section 1c, the term "Section" shall mean for purposes of this subsection c and Article IV, Section 3b only, a part of the Project as designated by the Owner which represents at least twenty-five percent (25%) of the maximum Contract price as stated in Article III, Section 1, and which is capable of being energized and operated by the Owner._

d.      _Interest at the rate of one and one-half  percent[5] ( 1.5 %) per ~~annum~~ month shall be paid by the Owner to the Bidder on all unpaid balances due on monthly estimates, commencing fifteen (15) days after the due date; provided the delay in payment beyond the due date is not caused by any condition within the control of the Bidder.  The due date for purposes of such monthly payment shall be the fifteenth day of each calendar month provided (1) the Bidder on or before the fifth day of such month shall have submitted its certification of Construction Units completed during the preceding month and (2) the Owner on or before_

---

[44]  See Footnote 1.

[55]  The Owner shall insert a rate equal to the lowest "Prime Rate" listed in the "Money Rates " section of the Wall street Journal on the date such invitation to bid is issued.

700031

the fifteenth day of such month shall have approved such certification. If, for reasons not due to the Bidder's fault, such approval shall not have been given on or before the fifteenth day of such month, the due date for purposes of this subsection d shall be the fifteenth day of such month notwithstanding the absence of the approval of the certification.

e.      Interest at the rate of <u>one and one-half</u> percent[6] ( <u>1.5</u> %) per ~~annum~~ <u>month</u> shall be paid by the Owner to the Bidder on the final payment for the Project or any completed Section thereof, commencing fifteen (15) days after the due date. The due date for purposes of such final payment shall be ~~the date of approval by the Administrator of all of the documents requiring such approval, as a condition precedent to the making of final payment, or~~ ninety (90) days after the date of Completion of Construction of the Project, as specified in the Certificate of Completion, ~~whichever date is earlier.~~

f.      No payment shall be due while the Bidder is in default in respect of any of the provisions of this Contract and the Owner may withhold from the Bidder the amount of any claim by a third party against either the Bidder or the Owner based upon an alleged failure of the Bidder to perform the work hereunder in accordance with the provisions of this Contract.

**Section 2.**    **Release of Liens and Certificate of Contractor.** *(See sample RUS Form 224, Waiver and Release of Lien and sample RUS Form 231, Certificate of Contractor.) Upon the completion by the Bidder of the Project (or any Section thereof if the Bidder shall elect to receive payment in full for any Section when completed as provided above) but prior to final payment to the Bidder, the Bidder shall deliver to the Owner, in duplicate, releases of all liens and of rights to claim any lien, in the form attached hereto from all manufacturers, materialmen, and subcontractors furnishing services or materials for the Project or such Section and a certificate in the form attached hereto to the effect that all labor used on or for the Project or such Section has been paid and that all such releases have been submitted to the Owner for approval.*

**Section 3.**    **Payments to Materialmen and Subcontractors.** *The Bidder shall pay each materialman, and each subcontractor, if any, within five (5) days after receipt of any payment from the Owner, the amount thereof allowed the Bidder for and on account of materials furnished or construction performed by each materialman or each subcontractor.*

---

[6] See Footnote 5.

Final 11/21/01              26              RUS Form **831** *(Rev. 02-95) [Modified]*

700032

Public reporting burden for the collection of information is estimated to average .1 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget, Paperwork Reduction Project (OMB #0572-0107), Washington, DC 20503. OMB FORM NO. 0572-0107, Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

| PROJECT DESIGNATION |
| --- |
|  |

# CERTIFICATE OF COMPLETION
# CONTRACT CONSTRUCTION

*I, the undersigned Engineer of the above-designated Rural Utilities Service Project do hereby certify that:*

1.  The construction provided for pursuant to Construction Contract No.

    dated _____ 19 _____, including all approved amendments, (hereinafter called the

    "Project") between _____ ("Owner")

    and _____ ("Contractor")

    has been completed as of _____ 19 _____, and is in all respects in strict compliance with the provisions of the Loan Contract and the Construction Contract, including all Plans, specifications, maps, and drawings and all modifications thereof.

2.  Payment in full has been made to all persons who have furnished labor for the Project.

3.  The Contractor has obtained valid releases of lien from all persons, firms and/or corporations furnishing, materials, supplies, and appliances which were employed by the Contractor in the performance of the Construction Contract, and that such releases have been delivered by the Contractor to the Owner.

4.  If applicable, the Final Inventory attached hereto and made a part hereof is a complete and accurate summary of all units of construction in the Project and of all work performed in accordance with the Construction Contract.

5.  If applicable, the staking sheets and tabulation of staking sheets upon which the Final Inventory is based show the accurate location, number, and kind of all units of construction of the project and show all work performed in accordance with the Construction Contract.

6.  All defects in workmanship and materials reported during the period of construction of the Project have been corrected.

7.  The total cost of the Project as completed is

    _____ dollars ($_____). The Project consists of facilities shown on the Statement of Construction which is true and correct and which is attached hereto and made a part hereof.

*Dated this _____ day of _____ 19_____.*

_____
NAME OF ENGINEER

By_____

APPROVED AS TO ITEMS 1 AND 6:

_____
TITLE

_____        _____
RUS GENERAL FIELD REPRESENTATIVE                              DATE

700033

*We, the undersigned Owner and Contractor, do hereby certify that:*

1. *The Project has been completed in accordance with the provisions of the Construction Contract, dated*

    _____ *19 _____, provided, however, that acceptance of the Project by the Owner shall not be deemed to relieve the Contractor of its obligations contained in the Construction Contract with respect to defective workmanship or, materials discovered within one year after the date of completion.*

2. *If applicable, the Final Inventory attached hereto and made a part hereof is a complete and accurate summary of all units of construction in the Project and of work performed in accordance with the Construction Contract.*

|  |  |
|---|---|
|  | _____ |
|  | OWNER |
| _____ | *By*_____ |
| DATE | PRESIDENT |
|  |  |
|  | _____ |
|  | NAME OF CONTRACTOR |
| _____ | *By*_____ |
| DATE |  |
|  | _____ |
|  | TITLE |

700034

Public reporting burden for the collection of information is estimated to average 0.4 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget. Paperwork Reduction Project (OMB #0572-0107), Washington, DC 20503. OMB FORM NO. 0572-0107, Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

## CERTIFICATE OF CONTRACTOR

_____ , certifies that

he/she is the _____ of

TITLE OF OFFICE         NAME OF CONTRACTOR

_the Contractor, in a Construction Contract No. _____ dated _____ , 19_____,_

_entered into between the Contractor and_

NAME OF BORROWER

_the Owner, for the construction of a Project which bears the Rural Utilities Service Project Designation_

_____; and that he/she is authorized to and does make this certificate on behalf of
said Contractor in order to induce the Owner to make payment to the Contractor, in accordance with the provisions of
said Construction Contract._

     _Undersigned further says that all persons who have furnished labor in connection with said construction have
been paid in full, that the names of manufacturers, materialmen and subcontractors that furnished material or services or
both in connection with such construction and the kind or kinds of material or services or both so furnished are:_

| NAME | KIND OF MATERIAL AND SERVICE |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_and that the releases of liens executed by all such manufacturers, materialmen and sub contractors
have been furnished the Owner._

_____          _____
DATE                SIGNATURE

Public reporting burden for the collection of information is estimated to average .5 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget. Paperwork Reduction Project (OMB #0572-0107), Washington, DC 20503. OMB FORM NO. 0572-0107, Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

Final 11/21/01          29          RUS Form **831** _(Rev. 02-95) [Modified]_

700035

## WAIVER AND RELEASE OF LIEN

*WHEREAS, the undersigned,* _____

NAME OF MANUFACTURER, MATERIALMAN OR SUBCONTRACTOR

*has furnished to* _____ *the following:*

NAME OF CONTRACTOR

_____ *for*

KIND OF MATERIAL & SERVICES FURNISHED

*use in the construction of a project belonging to* _____,

NAME OF BORROWER

*and designated by the Rural Utilities Service as* _____.

RUS PROJECT DESIGNATION

*NOW, THEREFORE, the undersigned,* _____

NAME OF MANUFACTURER, MATERIALMAN OR SUBCONTRACTOR

*for and in consideration of $* _____, *and other good and valuable consideration, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all liens, or right to or claim of lien, on the above described project and premises, under any law, common or statutory, on account of labor or materials, or both, heretofore or hereafter furnished by the undersigned to or for the*

*account of said* _____ *for said project.*

NAME OF CONTRACTOR

,

*Given under my (our) hand(s) and seal(s) this* _____ *day of* _____, 19_____.

_____

NAME OF MANUFACTURER, MATERIALMAN OR SUBCONTRACTOR

*By* _____

PRESIDENT, VICE PRESIDENT, PARTNER OR OWNER, OR, IF SIGNED BY
OTHER THAN ONE OF FOREGOING, ACCOMPANIED BY POWER OF
ATTORNEY SIGNED BY ONE OF THE FOREGOING IN FAVOR OF
THE SIGNER. (USE DESIGNATION APPLICABLE.)

700036

## ARTICLE IV - PARTICULAR UNDERTAKINGS OF THE BIDDER

**Section 1.    Protection to Persons and Property**.  *The Bidder shall at all times take all reasonable precautions for the safety of employees on the work and of the public, and shall comply with all applicable provisions of Federal, State,* <u>Local</u>  *and Municipal safety laws and building and construction codes, as well as the safety rules and regulations of the Owner.  All machinery and equipment and other physical hazards shall be guarded in accordance with the "Manual of Accident Prevention in Construction" of the Associated General Contractors of America unless such instructions are incompatible with Federal, State,* <u>Local</u> *or Municipal laws or regulations.*

*The following provisions shall not limit the generality of the above requirements:*

a.    *The Bidder shall at no time and under no circumstances cause or permit any employee of the Bidder to perform any work upon energized lines, or upon poles carrying energized lines, unless otherwise specified in the Notice and Instructions to Bidders.*

b.    *The Bidder shall so conduct the construction of the Project as to cause the least possible obstruction of public highways,* <u>roads, trails, streams, and navigable rivers</u>.

c.    *The Bidder shall provide and maintain all such guard lights and other protection for the public as may be required by applicable statutes, ordinances and regulations or by local conditions.*

d.    *The Bidder shall do all things necessary or expedient to properly protect any and all parallel, converging and intersecting lines, joint line poles, highways and any and all property of others from damage, and in the event that any such parallel, converging and intersection lines, joint line poles, highways or other property are damaged in the course of the construction of the Project the Bidder shall at its own expense restore any or all of such damaged property immediately to as good a state as before such damage occurred.*

e.    *Where the right-of-way of the Project traverses cultivated lands, the Bidder shall limit the movement of its crews and equipment so as to cause as little damage as possible to crops, orchards or property and shall endeavor to avoid marring the lands.  All fences which are necessarily opened or moved during the construction of the Project shall be replaced in as good condition as they were found and precautions shall be taken to prevent the escape of livestock.  The Bidder shall not be responsible for loss of or damage to crops, orchards or property (other than livestock) on the right-of-way necessarily incident to the construction of the Project and not caused by negligence or inefficient operation of the Bidder.  The Bidder shall be responsible for all other loss of or damage to crops, orchards, or property, whether on or off the right-of-way, and for all loss of or damage to livestock caused by the construction of the Project.*

*The right-of-way for purposes of this said section shall consist of an area extending _75_ feet on both sides of the center line of the* ~~poles~~ <u>structures</u> *along the route of the Project lines, plus such area reasonably required by the Bidder for access to the route of the Project lines from Public roads to carry on construction activities.*

f.    *The Project, from the commencement of work to completion, or to such earlier date or dates when the Owner may take possession and control in whole or in part as hereinafter provided shall be under the charge and control of the Bidder and during such period of control by the Bidder all risks in connection with the construction of the Project and the materials to be used therein shall be borne by the Bidder.   The Bidder shall make  good and fully repair all injuries and damages to the Project or any portion thereof under the control of the Bidder by reason of any Act of God or other casualty or cause whether or not the same shall have occurred by reason of the Bidder's negligence.*

(i)    *To the maximum extent permitted by law, Bidder shall defend, indemnify, and hold harmless Owner and Owner's directors, officers, and employees from all claims, causes of action, losses, liabilities, and expenses (including reasonable attorney's fees) for personal loss, injury, or death to persons (including but not limited to Bidder's employees) and lossdamage to or destruction of Owner's property or the property of any other person or entity (including but not limited to Bidder's property) in any manner*

700037

arising out of or connected with the Contract, or the materials or equipment supplied or services performed by Bidder, its subcontractors and suppliers of any tier. But nothing herein shall be construed as making Bidder liable for any injury, death, loss, damage, or destruction caused by the sole negligence of Owner.

(ii)    To the maximum extent permitted by law, Bidder shall defend, indemnify and hold harmless Owner and Owner's directors, officers, and employees from all liens and claims filed or asserted against Owner, its directors, officers, and employees, or Owner's property or facilities, for services performed or materials or equipment furnished by Bidder, its subcontractors and suppliers of any tier and from all losses, demands, and causes of action arising out of any such lien or claim. Bidder shall promptly discharge or remove any such lien or claim by bonding, payment, or otherwise and shall notify Owner promptly when it has done so. If Bidder does not cause such lien or claim to be discharged or released by payment, bonding, or otherwise, Owner shall have the right (but shall not be obligated) to pay all sums necessary to obtain any such discharge or release and to deduct all amounts so paid from the amount due Bidder.

(iii)    Bidder shall provide to Owner's satisfaction evidence of Bidder's ability to comply with the indemnification provisions of subparagraphs i and ii above, which evidence may include but may not be limited to a bond or liability insurance policy obtained for this purpose through a licensed surety or insurance company.

g.    Any and all ~~excess earth, rock~~, debris, ~~underbrush~~ and other useless material shall be removed by the Bidder from the site of the Project as rapidly as practicable as the work progresses.

h.    Upon violation by the Bidder of any of the provisions of this Section, after written notice of such violation given to the Bidder by the Engineer or the Owner, the Bidder shall immediately correct such violation. Upon failure of the Bidder so to do the Owner may correct such violation at the Bidder's expense: Provided, however, that the Owner may, if it deems it necessary or advisable, correct such violation at the Bidder's expense without prior notice to the Bidder.

i.    The Bidder shall submit to the Owner ~~monthly~~ within 24 hours of the occurrence reports in duplicate of all accidents, giving such data as may be prescribed by the Owner.

j.    The Bidder shall not proceed with the cutting of trees or clearing of right-of-way without written notification from the Owner that proper authorization has been received from the owner of the property, and the Bidder shall promptly notify the Owner whenever any landowner objects to the trimming or felling of any trees or the performance of any other work on its land in connection with the Project and shall obtain the consent in writing of the Owner before proceeding in any such case.

Section 2.    **Insurance.** The Bidder shall take out and maintain throughout the period of this Agreement the following types and minimum amounts of insurance:

a.    Workers' compensation and employer's liability insurance as required by law, covering all their employees who perform any of the obligations of the contractor, engineer, and architect under the contract. If any employer or employee is not subject to the workers' compensation laws of the governing state, then insurance shall be obtained voluntarily to extend to the employer and employee coverage to the same extent as though the employer or employee were subject to the workers' compensation laws.

b.    Public liability insurance covering all operations under the contract shall have limits for bodily injury or death of not less than ~~$1~~ $5 million each occurrence, limits for property damage of not less than ~~$1~~ $5 million for each occurrence, and ~~$1~~ $5 million aggregate for accidents during the policy period. A single limit of ~~$1~~ $5 million of bodily injury and property damage is acceptable. This required insurance may be in a policy or policies of insurance, primary and excess including umbrella or catastrophe form.

c.    Automobile liability insurance on all motor vehicles used in connection with the contract, whether owned, nonowned, or hired, shall have limits for bodily injury or death of not less than $1 million per person and $1 million for each occurrence, and property damage limits of $1 million for each occurrence. This required

700038

*insurance may be in a policy or policies of insurance, primary and excess including the umbrella or catastrophe form.*

*The Owner shall have the right at any time to require public liability insurance and property damage liability insurance greater than those required in subsections b and c of this Section. In any such event, the additional premium or premiums payable solely as the result of such additional insurance shall be added to the Contract price.*

*The Owner, Dryden & LaRue, Inc. and Black and Veatch Corp. shall be named as Additional Insured on all policies of insurance required in subsections "b" and "c" of this Section.*

*The policies of insurance shall be in such form and issued by such insurer as shall be satisfactory to the Owner. The Bidder shall furnish the Owner a certificate evidencing compliance with the foregoing requirements which shall provide not less than (30) days prior written notice to the Owner of any cancellation or material change in the insurance.*

**Section 3.    Delivery of Possession and Control to Owner.**

a.    *Upon written request of the Owner the Bidder shall deliver to the Owner full possession and control of any portion of the Project provided the Bidder shall have been paid at least ninety percent (90%) of the cost of construction of such portion.  Upon such delivery of the possession and control of any portion of the Project to the Owner, the risk and obligations of the Bidder as set forth in Article IV, Section If hereof with respect to such portion of the Project so delivered to the Owner shall be terminated:  Provided, however, that nothing herein contained shall relieve the Bidder of any liability with respect to defective materials and workmanship as contained in Article II, Section 6 hereof.*

b.    *Where the construction of a Section as hereinbefore defined in Article II, Section Ic and Article III, Section Ic shall have been completed by the Bidder, the Owner agrees, after receipt of a written request from the Bidder, to accept delivery of possession and control of such Section upon the issuance by the Engineer of a written statement that the Section has been inspected and found acceptable by the Engineer.  Upon such delivery of the possession and control of any such Section to the Owner, the risk and obligations of the Bidder as set forth in Article IV, Section If hereof with respect to such Section so delivered to the Owner shall be terminated:  Provided, however, that nothing herein contained shall relieve the Bidder of any liability with respect to defective materials or workmanship as contained in Article II, Section 6 hereof.*

**Section 4.    Energizing the Project.**

g.    *Prior to Completion of the Project the Owner, upon written notice to the Bidder, may test the construction thereof by temporarily energizing any portion or portions thereof.  During the period of such test the portion or portions of the Project so energized shall be considered as within the possession and control of the Owner and governed by the provisions of Section 3 of this Article.  Upon written notice to the Bidder by the Owner of the completion of such test and  upon deenergizing the lines involved therein said portion or portions of the Project shall be considered as returned to the possession and control of the Bidder unless the Owner shall elect to continue possession and control in the manner provided in Section 3 of this Article.*

h.    *The Owner shall have the right to energize permanently any portion or portions of the Project delivered to its possession and control pursuant to the provisions of Section 3 of this Article.*

**Section 5.    Assignment of Guarantees.** *All guarantees of materials and workmanship running in favor of the Bidder shall be transferred and assigned to the Owner prior to the time the Bidder receives final payment.*

700039

# ARTICLE 7 - REMEDIES

**Section 1. Completion on Bidder's Default.** *If default shall be made by the Bidder or by any subcontractor in the performance of any of the terms of this Proposal, the Owner, without in any manner limiting its legal and equitable remedies in the circumstances, may serve upon the Bidder and the Surety or Sureties upon the Contractor's Bond or Bonds a written notice requiring the Bidder to cause such default to be corrected forthwith. Unless within twenty (20) days after the service of such notice upon the Bidder such default shall be corrected or arrangements for the correction thereof satisfactory to* ~~both~~ *the Owner* ~~and the Administrator~~ *shall be made by the Bidder or its Surety or Sureties, the Owner may take over the construction of the Project and prosecute the same to completion by Contract or otherwise for the account and at the expense of expense in excess of the Contract price occasioned thereby. In such event the Owner may take possession of and utilize, in completing the construction of the Project, any materials, tools, supplies, equipment, appliances, and plant belonging to the Bidder or any of its subcontractors, which may be situated at the site of the Project. The Owner in such contingency may exercise any rights, claims or demands which the Bidder may have against third persons in connection with this Contract and for such purpose the Bidder does hereby assign, transfer and set over unto the Owner all such rights, claims and demands.*

**Section 2.** ~~Liquidated Damages. The time of the Completion of Construction of the Project is of the essence of the Contract. Should the Bidder neglect, refuse or fail to complete the construction within the time herein agreed upon, after giving effect to extensions of time, if any, herein provided, then, in that event and in view of the difficulty of estimating with exactness damages caused by such delay, the Owner shall have the right to deduct from and retain out of such moneys which may be then due, or which may become due and payable to the Bidder the sum of Ten Thousand dollars ($10,000.00) per day for each and every day that such construction is delayed in its completion beyond the specified time, as liquidated damages and not as a penalty; if the amount due and to become due from the Owner to the Bidder is insufficient to pay in full any such liquidated damages, the Bidder shall pay to the Owner the amount necessary to effect such payment in full; Provided, however, that the Owner shall promptly notify the Bidder in writing of the manner in which the amount retained, deducted or claimed as liquidated damages was computed.~~

**Section 3. Cumulative Remedies.** *Every right or remedy herein conferred upon or reserved to the Owner or the Government* ~~or the Administrator~~ *shall be cumulative, shall be in addition to every right and remedy now or hereafter existing at law or in equity or by statute and the pursuit of any right or remedy shall not be construed as an election: Provided, however, that the provisions of Section 2 of this Article shall be the exclusive measure of damages for failure by the Bidder to complete the construction of the Project within the time herein agreed upon.*

700040

## ARTICLE VI - MISCELLANEOUS

Section 1.  **Definitions.**

a.  ~~The term "Administrator" shall mean the Administrator of the Rural Utilities Service of the United States of America and his duly authorized representatives or any other person in whom or authority in which maybe vested the duties and functions which the Administrator is now authorized by law to perform.~~

b.  The term "Engineer" shall mean the engineer employed by the Owner, with the approval of the Administrator, to provide engineering services for the Project and said Engineer's duly authorized assistants and representatives.

c.  The term "Supervisor" shall mean the person, if any, appointed ~~by the Administrator~~ as the representative of the Government under the provisions of the Loan Contract providing for such appointment in special cases. The term is limited to such special representative of the Government, ~~if any, who is responsible exclusively to the Administrator~~ and does not refer to the manager or any other person employed by the Owner and responsible to it.

d.  The term "Project" shall mean the rural electric system, or portion thereof, described in the Plans and Specifications, Construction Drawings and maps attached hereto.

e.  The term "Completion of Construction" shall mean full performance by the Bidder of the Bidder's obligations under the Contract and all amendments and revisions thereof except the Bidder's obligations in respect of (1) Releases of Liens and Certificate of Contractor under Article III, Section 2 hereof, (2) the inventory referred to in Article III, Section 1 hereof, and (3) other final documents. The term "Completion of the Project" shall mean full performance by the Bidder of the Bidder's obligations under the Contract and all amendments and revisions thereof. The Certificate of Completion, signed by the Engineer and approved in writing by the Owner and the Administrator, shall be the sole and conclusive evidence as to the date of completion of Construction and as to the fact of Completion of the Project.

Section 2.  **Materials and Supplies.** In the performance of this contract there shall be used only such unmanufactured articles, materials and supplies as have been mined or produced in the United States, Mexico, or Canada, and only such manufactured articles, materials and supplies as have been manufactured in the United Sates, Mexico and Canada, substantially all from articles, materials, or supplies mined, produced, or manufactured, as the case may be, in the United States, Mexico, or Canada; provided, that other articles, materials or supplies may be used in the event and to the extent that the Administrator shall expressly in writing authorize such use pursuant to the provisions of the Rural Electrification Act of 1938, being Title IV of Public Resolution No. 122, 75th Congress, approved June 21, 1938. The Bidder agrees to submit to the Owner such certificates with respect to compliance with the foregoing provisions as the ~~Administrator~~ Owner from time to time may require.

Section 3.  **Patent Infringement.** The Bidder shall save harmless and indemnify the Owner from any and all claims, suits and proceedings for the infringement of any patent or patents covering any materials or equipment used in construction of the Project.

Section 4.  **Permits for Explosives.** All permits necessary for the handling or use of dynamite or other explosives in connection with the construction of the Project shall be obtained by and at the expense of the Bidder.

Section 5.  **Compliance with Statutes and Regulations.** The Bidder shall comply with all applicable statutes, ordinances, rules, and regulations pertaining to the work. The Bidder acknowledges that it is familiar with the Rural Electrification Act of 1936, as amended, the so-called "Kick-Back" Statute (48 Stat. 948), and regulations issued pursuant thereto and 18 §§U.S.C. 287, 1001, as amended. The Bidder understands that the obligations of the parties hereunder are subject to the applicable regulations and orders of Governmental Agencies having jurisdiction in the premises.

Section 6.  **Equal Opportunity Provisions.**

a.  Bidder's Representations.

700041

*Bidder represents that:*

*It has ☐, does not have ☐, 100 or more employees, and if it has, that it has ☐, has not ☐, furnished the Equal Employment Opportunity - Employers Information Report EEO-1, Standard Form 100, required of employers with 100 or more employees pursuant to Executive Order 11246 and Title VII of the Civil Rights Act of 1964.*

*The Bidder agrees that it will obtain, prior to the award of any subcontract for more than $10,000 hereunder to a subcontractor with 100 or more employees, a statement, signed by the proposed subcontractor, that the proposed subcontractor has filed a current report on Standard Form 100.*

*The Bidder agrees that if it has 100 or more employees and has not submitted a report on Standard Form 100 for the current reporting year and that if this Contract will amount to more than $10,000, the Bidder will file such report, as required by law, and notify the Owner in writing of such filing prior to the Owner's acceptance of this Proposal.*

b.  *Equal Opportunity Clause. During the performance of this Contract, the Bidder agrees as follows:*

(1)  *The Bidder will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The Bidder will take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, or national origin. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The Bidder agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided setting forth the provisions of this Equal Opportunity Clause.*

(2)  *The Bidder will, in all solicitations or advertisements for employees placed by on behalf of the Bidder, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.*

(3)  *The Bidder will send to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, a notice to be provided advising the said labor union or workers' representatives of the Bidder's commitments under this Section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.*

(4)  *The Bidder will comply with all provisions of Executive Order 11246 of September 24, 1965, and of the rules, regulations and relevant orders of the Secretary of Labor.*

(5)  *The Bidder will furnish all information and reports required by Executive Order 11246 of September 24, 1965, and by rules, regulations and orders of the Secretary of Labor, or pursuant thereto, and will permit access to its books, records and accounts by the administering agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations and orders.*

(6)  *In the event of the Bidder's noncompliance with the Equal Opportunity Clause of this Contract or with any of the said rules, regulations or orders, this Contract may be cancelled, terminated or suspended in whole or in part and the Bidder may be declared ineligible for further Government contracts or federally assisted construction contracts in accordance with procedures authorized in Executive Order 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order 11246 of September 24, 1965, or by rule, regulation or order of the Secretary of Labor, or as otherwise provided by law.*

(7)  *The Bidder will include this Equal Opportunity Clause in every subcontract or purchase order unless exempted by the rules, regulations or order of the Secretary of Labor issued pursuant to Section 204 of Executive Order 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or vendor. The Bidder will take such action with respect to any subcontract or purchase order as the administering agency may direct as a means of enforcing such provisions, including sanctions for noncompliance: provided, however, that in the event a Bidder becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the*

700042

*administering agency, the Bidder may request the United States to enter into such litigation to protect the interests of the United States.*

c.    *Certificate of Nonsegregated Facilities.  The Bidder certifies that it does not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not permit its employees to perform their services at any location, under its control, where segregated facilities are maintained.  The Bidder certifies further that it will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it will not permit its employees to perform their services at any location, under its control, where segregated facilities are maintained.  The Bidder agrees that a breach of this certification is a violation of the Equal Opportunity Clause in this Contract.  As used in this certification, the term "segregated facilities" means any waiting rooms, work areas, restrooms and washrooms, restaurants and other eating areas, timeclocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees which are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin, because of habit, local custom, or otherwise.  The Bidder agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will obtain identical certifications from proposed subcontractors prior to the award of subcontracts exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity Clause, and that it will retain such certifications in its files.*

**Section 7.**    **Franchises and Rights-of-Way.**  *The Bidder shall be under no obligation to obtain or assist in obtaining: Any franchises, authorizations, permits or approvals required to be obtained by the Owner from Federal, State, County, Municipal or other authorities; any rights-of-way over private lands; or any agreements between the Owner and third parties with respect to the joint use of poles, crossings, or other matter incident to the construction and operation of the Project.*

**Section 8.**    **Nonassignment of Contract.**  *The Bidder shall perform directly and without subcontracting not less than twenty-five percent (25%) of the construction of the Project, to be calculated on the basis of the total Contract price.  The Bidder shall not assign the Contract effected by an acceptance of this Proposal or any interest in any funds that may be due or become due hereunder or enter into any contract with any person, firm or corporation for the performance of the Bidder's obligations hereunder or any part thereof, without the approval in writing of the Owner and the Surety or Sureties, if any, on any bond furnished by the Bidder for the faithful performance of the Bidder's obligations hereunder.  If the Bidder, with the consent of the Owner, and any Surety or Sureties on the Contractor's Bond or Bonds, shall enter into a subcontract with any subcontractor for the performance of any part of this Contract, the Bidder shall be as fully responsible to the Owner and the Government for the acts and omissions of such subcontractor and of persons employed by such subcontractor as the Bidder would be for its own acts and omissions and those of persons directly employed by it.*

**Section 9.**    **Extension to Successors and Assigns.**  *Each and all of the covenants and agreements herein contained shall extend to and be binding upon the successors and assigns of the parties hereto.*

**Section 10.**    **Contractor.**  *Upon acceptance of this Proposal, the successful Bidder shall be the Contractor and all references in the Proposal to the Bidder shall apply to the Contractor.*

**Section 11.**    ~~**Approval by the Administrator.**  *No acceptance of this Proposal shall become effective until approval in writing of the Administrator.  Provided, however, that no obligations shall arise hereunder unless such approval is given within forty-five (45) days from the date of acceptance by the Owner.*~~

**Section 12.**    **Stop Work Directive.**  In the event the Owner issues a stop work directive, the Owner reserves the right to negotiate with the Contractor an acceptable level of demobilization which results in other than contract termination.

### ARTICLE VII - TERMINATION FOR CONVENIENCE

Upon seven (7) days written notice to the Bidder, the Owner may, without cause and without prejudice to any other right or remedy, elect to terminate this agreement.  In such case, Bidder shall be paid at the unit prices in the proposal for all Work completed and the reasonable cost of all Work in progress plus reasonable termination expenses.

Final 11/21/01                    37.                    RUS Form **831** *(Rev. 02-95) [Modified]*

Global Power/City Electric Joint Venture, L
                    BIDDER

By _____
    R.M. Gearhart,    PRESIDENT    General Manager

6700 Arctic Spur Road

Anchorage, Alaska 99518
                    ADDRESS

*ATTEST:*

_____
                    SECRETARY
Shawn L. Barrows
*Dated* October 18, 2001

*The Proposal must be signed with the full name of the Bidder. If the Bidder is a partnership, the Proposal must be signed in the partnership name by a partner. If the Bidder is a corporation, the Proposal must be signed in the corporate name by a duly authorized officer and the corporate seal affixed and attested by the Secretary of the Corporation.*

700044