# Exhibit "B"


FILE COPY
Original

# AGREEMENT
## SUBCONTRACT No. 2002-01

This Agreement is between **Global Power & Communications, LLC** (hereinafter "GPC") and **Cruz Construction, Inc.** (hereinafter "Subcontractor").

**Effective Date of Agreement:** December 3, 2001

**Termination Date of Agreement:** April 30, 2003

**Scope of Work Summary:** The "Project" is know as the Northern Intertie Project 230 kV Transmission Line, GVEA Contract NI-8, Tanana Flats Section whereas the subcontractor will construct and maintain approximately 78 miles of ice roads during construction seasons 2001-2002 & 2002-2003.

**Pricing Method:** Lump Sum not to exceed !

### Contractor Information:

Company   Global Power & Communications, LLC
Address   6700 Arctic Spur Road
City, St, Zip   Anchorage, Alaska 99518

Contract Representative
Mike Gearhart

Telephone No.:   907-646-3204
Facsimile No.:   907-646-3207

Technical Contact:
_____
_____

### Subcontractor Information:

Contact:
Dana M. Cruz VP
Cruz Construction, Inc.
HCO4 Box 9323
Palmer, Alaska 99645

Telephone:   907-746-3144
Facsimile:   907-746-5557

Subcontractor's Tax I.D. No: ___92-0136415___

Alaska Business License: _____134176 (expires December 2002)

Alaska Contractor's License No: _____22860 (expires December 2002)

Subcontractor's Payment Remittance Address:   Cruz Construction, Inc.
HCO1 Box 9323
Palmer, Alaska 99645

**Owner:** Golden Valley Electric Association, Inc.

**Contract Documents:** The Contract Documents comprise the Subcontract and consist of the following:

A. This Agreement
B. The plans, specifications, terms and conditions, and changes and clarifications to the prime contract and the contract between CONTRACTOR and the Prime Contractor as of this date.
C. Change Orders
D. Contract Amendments

Contractor and Subcontractor agree as follows:

1. **Scope of Work and Prosecution Thereof**
   Subcontractor will provide materials, equipment, qualified and capable personnel with the expertise to perform work in accordance with contract documents. Subcontractor will commence work upon written notification to do so from CONTRACTOR, will prosecute and complete the work expeditiously, efficiently, in a good workmanlike manner, and in strict accordance with the Contract Documents and with CONTRACTOR's latest schedule, and will include all items necessary for the proper execution and completion of the work which is described as follows: The subcontractor will build and maintain for two winter construction seasons approximately 78 miles of ice roads. For the purpose of measurement ice road construction includes 8 miles along the Rex Trail, 5 miles along the Cosna Access Road known as the Winter Trail and 65 miles along the transmission line trail. Ice Road construction and maintenance includes building and maintaining an ice road sufficient in width and strength to be used for the passage of heavy pile driving equipment, pickup trucks and loaded semi-tractor trailer material transportation equipment. Equipment will weigh in the excess of 70 tons. As ice road construction passes tower locations, tower pads will be established and maintained at all tower locations. Work scope includes mobilization of equipment and personnel on or about the first week in December 2001 (the first year) and December 2002 (the second year) with ice road construction started by December 6, 2001 and December 11, 2002 respectively. Ice road construction and maintenance will continue to approximately April 1 of each year. Work is weather dependent, which is further defined as weather conditions with temperatures below freezing which will enable ice road construction and maintenance to be successful. The attached ice road schedule indicates milestone dates required to successfully complete subcontractor's Work Scope. The work schedule attached is incorporated herein and is a part of the subcontractor's Scope of Work. This schedule starts ice road construction beginning at the Rex Trail and Cosna Winter Road, built simultaneously to gain access to the transmission line right-of-way. At the intersecting point of the Rex Trail and the transmission line trial, ice road construction will continue south to the project end and north along the transmission line trail to its intersection with Cosna Winter Road. Simultaneously ice road construction will be built from the intersection of Cosna Winter Road and the transmission line trail north to and including the Tanana River Ice Bridge further described as the northern end of the project. All ice road construction is scheduled to be complete by the last week of January 2002 for the first year's work and the first week of February 2003 in the second year.

   Subcontractor warrants that all materials and equipment supplied will conform to the Contract Documents and will be in new condition, of good quality and workmanship, free from defects, fit for their intended uses, and in strict compliance with applicable laws, rules, and regulations. Any portion of the Work found defective, non-compliant with the Contract Documents shall be immediately removed, replaced or corrected by Subcontractor without additional cost or risk to CONTRACTOR or Owner and without prejudice to any other rights or remedies of CONTRACTOR or Owner provided by law or equity. All guarantees and warranties of materials or equipment furnished by or through Subcontractor shall survive inspection, test and acceptance, and shall be for the benefit of CONTRACTOR and Owner.

   The Contract Documents are complimentary and what is required by any one shall be as binding as if required by all. Work not covered in the Contract Documents will not be required unless it is consistent therewith and is reasonably inferable therefrom as being necessary to produce the intended results.

2. **Subcontract Price and Payments**
   CONTRACTOR agrees to pay the Subcontract Price to Subcontractor for complete, timely, and satisfactory performance of its work as accepted by Owner. The Subcontract Price is comprised of a Lump Sum amount with progress payments as follows, which shall

constitute full and complete compensation for any and all costs, expenses, overhead, and profit related to the Work:

The Subcontractor will be compensated as per the schedule of values indicated below, not to exceed [ ] for Work during the 2001-2002 winter construction season.

Schedule of Values 2001-2002 Work Season
Mobilization - [ ]. Mobilization to be considered complete when personnel, materials and equipment are located at the Nenana job site.

Progress payment number (1) may be invoiced for [ ] when 33% or 26 miles of ice roads, bridges and working pads are complete.
Progress payment number (2) may be invoiced for [ ] when an additional 33% or 26 miles of ice roads, bridges and working pads are complete.
Progress payment number (3) may be invoice for [ ] when the final 33% or 26 miles of ice roads, bridges and working pads are complete.
The final progress payment, number (4) of [ ] will be made when all required ice roads, bridges and working pads are maintained throughout April 1, 2002.

The Subcontractor will be compensated as per the below mentioned schedule of values not to exceed [ ] for Work during the 2002-2003 winter construction season.

Schedule of Values 2002-2003 Work Season
Mobilization - [ ]. Mobilization to be considered complete when personnel, materials and equipment are located at the Nenana job site.

Progress payment number (1) may be invoiced for [ ] when 33% or 26 miles of ice roads, bridges and working pads are complete.
Progress payment number (2) may be invoiced for [ ] when an additional 33% or 26 miles of ice roads, bridges and working pads are complete.
Progress payment number (3) may be invoice for [ ] when the final 33% or 26 miles of ice roads, bridges and working pads are complete.
The final progress payment, number (4) of [ ] will be made when all required ice roads, bridges and working pads are maintained throughout April 1, 2003.

Total not to exceed price for this contract is [ ]

Subcontractor shall, submit invoices as mentioned above, along with all applicable substantiating documentation as may be required, at completion of the above milestones to:

> Accounts Payable
> Global Power & Communications, LLC
> 6700 Arctic Spur Road
> Anchorage, Alaska 99518

CONTRACTOR's Contract number, as identified herein, must be conspicuously reflected on each invoice. Furthermore, each invoice must include, as a minimum: the period included in the current billing; the amount billed in the current billing period; and an itemization of the billed amount for the current billing period.

Progress payments, less retention of ___0___%, will be made to Subcontractor for CONTRACTOR and Owner-accepted work. Payment will be made to Subcontractor for work satisfactorily performed and accepted by Owner and CONTRACTOR, including changes, within 30 days after receipt of invoice. Final payment of the balance due will be made to Subcontractor no later than 30 days after receipt of Subcontractors invoice by CONTRACTOR for Owner accepted, Subcontractor's work. Subcontractor agrees to

furnish, when required by the Contract Documents, or CONTRACTOR, affidavits, receipts, lien waivers, warranties, guarantees, and similar documents, in a form satisfactory to CONTRACTOR, prior to receipt of any payment.

3. **Time, Schedule, and Delays**
Time is of the essence under this Subcontract. Subcontractor will provide CONTRACTOR with any requested scheduling information in a form acceptable to CONTRACTOR and shall conform to CONTRACTOR's progress schedules, including any changes made by CONTRACTOR or Owner in the scheduling of work.
In the event that Subcontractor is delayed for any reason, including acts of CONTRACTOR, any claim for delay must be made in writing to CONTRACTOR within 5 days of the commencement of the delay; otherwise it will be deemed waived.

4. **Changes**
When CONTRACTOR orders in writing, Subcontractor, without nullifying this Agreement, will make all ordered changes in the work which are within the general scope of this Agreement. Adjustments in Subcontract Price or in CONTRACTOR's progress schedule, if any, resulting from such changes will be allowed only upon prior written authorization and must be based upon daily work records showing the actual costs of materials and labor. These daily work sheets must be satisfactory to CONTRACTOR and must be approved each day by signature of CONTRACTOR's Superintendent. In the absence of signed work sheets, no payment will be made for extra or changed work.

5. **Damage to Work**
All loss or damage to work will be borne by the party or parties resulting causing such loss or damage.

6. **Termination**
CONTRACTOR may terminate this Subcontract for cause for, among other things, Subcontractor's: disregard for the safety of its employees; failure to conduct operations in an environmentally sound manner; disregard or violation of any law; failure to provide adequate skilled workers, equipment, or materials; failure to pay subcontractors or suppliers; failure to prosecute the work expeditiously and efficiently; or any other material breach of this Subcontract. If CONTRACTOR terminates this Subcontract, Subcontractor will be entitled to recover payment for work authorized by CONTRACTOR and satisfactorily performed to date by Subcontractor, subject to the payment terms set forth in this Agreement.

7. **Indemnity**
To the fullest extent permitted by law, Subcontractor will defend, indemnify and hold harmless CONTRACTOR and Owner and their employees, officers, and agents from any and all claims, damages, causes of action, losses, expenses (including attorney's fees), and liabilities of every kind and nature, including those for bodily injury, sickness, death, property damage, loss or destruction, caused in whole or in part by any act or omission of Subcontractor or any of its employees, agents, subcontractors, or third parties, arising out of or in any way connected with Subcontractor's performance under this Subcontract. This indemnification will extend to claims occurring after this Subcontract is terminated and will apply regardless of any active or passive negligent act or omission of Owner or CONTRACTOR, or their employees, officers, or agents, except that Subcontractor will not be obligated to indemnify any party for claims arising from the sole negligence or willful misconduct of CONTRACTOR, its employees, officers, or agents.

8. **Insurance**
Prior to starting work Subcontractor, at its expense, will obtain and maintain insurance on all of its operations, in a form and with carriers acceptable to CONTRACTOR, and in amounts acceptable to CONTRACTOR, including the following coverages:

    a.    Workers' Compensation Insurance and Employer's Liability Insurance in accordance with the laws of the state where Work is performed with limits for Employer's Liability in the minimum amount of $1,000,000.

    b.    Commercial General Liability Insurance, including Contractual Liability, with minimum coverage of a combined single limit of $1,000,000 per occurrence for bodily injury and property damage liability.

    c.    Business auto liability insurance covering all owned, non-owned and hired automobiles, specifically endorsed to cover as "owned automobiles". Owners or CONTRACTOR owned or leased vehicles furnished for Subcontractor's use, with a minimum coverage of a combined single limit of $1,000,000 per occurrence for bodily injury and property damage liability.

9. **Compliance With Laws**
Subcontractor will comply, and secure compliance by its subcontractors and suppliers, with all federal, state, and local laws, regulations, statutes, ordinances, codes, directives, stipulations, and other legal authorities (hereinafter collectively "Laws") now in force or hereafter in effect which are applicable to the performance under this contract. All work, labor, services, or materials necessary to comply with these Laws will be furnished by Subcontractor without additional compensation.

10. **Health, Safety, Environmental**
Subcontractor agrees that the prevention of accidents to workmen and the environment is the responsibility of the Subcontractor, Contractor and all persons involved in the project. Subcontractor will comply and assure compliance by its employees and subcontractors with all applicable health, safety and environmental Laws, CONTRACTOR's Safety and Health Program, and related standards developed during the progress of the work by CONTRACTOR or Owner. If requested and upon additional compensation, the Subcontractor will submit a safety and/or environmental plan for review and approval by CONTRACTOR. The review or approval of any safety or environmental plan will not release Subcontractor or in any way diminish its liability, by way of indemnity or otherwise, as assumed by it under this Subcontract.
Subcontractor will comply and assure compliance by its employees and subcontractors with the requirements of DOT/RSPA/FHWA Drug and Alcohol Testing and Substance Abuse Provisions.
When so ordered, Subcontractor will stop any part of the work which CONTRACTOR deems unsafe or environmentally unsound until corrective measures satisfactory to CONTRACTOR have been taken. Upon request by CONTRACTOR, Subcontractor will submit for inspection such health, safety and environmental records as CONTRACTOR believe necessary to assure safe and environmentally sound operations by Subcontractor.

11. **EEO/Affirmative Action**
During performance, Subcontractor will not discriminate against any employee or applicant for employment because of race, creed, color, sex, age, or national origin. Subcontractor will comply, and assure compliance by its employees and subcontractors, with all equal employment opportunity and affirmative action Laws and any other related requirements set forth in the Contract Documents.

12. **Utilization Of Alaskan Residents/Native Hire**
Owner is committed to the use, whenever possible, of qualified local Alaskan residents, Alaskan native residents, and more specifically North Slope Borough residents when the work is being performed on the North Slope of Alaska. Therefore, Subcontractor shall make every reasonable effort to recruit, employ and train, where applicable, Alaskan, Alaskan native and North Slope Borough resident labor in performance of work under this Agreement.
For the purposes of this Agreement, the term "Alaskan Resident" shall mean a person whose permanent residence is in the State of Alaska.

Subcontractor shall maintain those records necessary to assure accurate accounting of the manpower utilized to perform work under this Agreement.

13. **Assignments**
Subcontractor will not subcontract any part of the work, or assign any of its rights, or delegate any of its obligations under this Subcontract without the prior written approval of CONTRACTOR.

14. **Choice of Law and Forum**
The rights and obligations of the parties will be governed by the laws of the State of Alaska. Any litigation or arbitration arising out of or relating to this Subcontract will be brought in a forum of competent jurisdiction only in Anchorage, Alaska.

15. **Entire Agreement**
This Agreement is the entire agreement between CONTRACTOR and Subcontractor and supersedes any prior written or oral representations. Subcontractor is bound to CONTRACTOR under this Subcontract on the same terms CONTRACTOR is bound to Owner by the prime contract, including any guarantees and warranties. In the event of any conflict between the terms of this Subcontract and those of the prime contract, this Subcontract will control.

16. **Special Provisions and Exhibits**
The following Special Provisions and Exhibits are attached hereto, incorporated herein, and made a part hereof: Tanana Flats Project Construction Schedule

| Contractor | Subcontractor |
|---|---|
| Global Power & Communications, LLC | Cruz Construction, Inc. |
| *[signature]* 12/7/01 | *[signature]* 12-07-01 |
| Signature  Date | Signature  Date |
| Michael Gearhart | David C. Cruz |
| **General Manager** | President, Cruz Construction, Inc. |
| Title | Title |