

Exhibit "D"

Form 2800-14
(August 1985)

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

#### RIGHT-OF-WAY GRANT/TEMPORARY USE PERMIT

Issuing Office

AK-020

Serial Number
FF-091732

1. A (right-of-way) (permit) is hereby granted pursuant to:

   a. [X] Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761);

   b. [ ] Section 28 of the Mineral Leasing Act of 1920, as amended (30 U.S.C. 185);

   c. [ ] Other (describe) _____

2. Nature of Interest:

   a. By this instrument, the holder __Golden Valley Electric Association Inc._____ receives a right to construct, operate, maintain, and terminate a __230 kV transmission line_____ on public lands (or Federal land for MLA Rights-of-Way) described as follows:

   See Map (Exhibit 1) and Description of Rex-South Route (Exhibit 2)

   b. The right-of-way or permit area granted herein is __150__ feet wide, __34 miles xxxx__ long and contains __618__ acres, more or less. If a site type facility, the facility contains __N/A__ acres.

   c. This instrument shall terminate on __July 29, 2029__, __thirty__ years from its effective date unless, prior thereto, it is relinquished, abandoned, terminated, or modified pursuant to the terms and conditions of this instrument or of any applicable Federal law or regulation.

   d. This instrument [X] may [ ] may not be renewed. If renewed, the right-of-way or permit shall be subject to the regulations existing at the time of renewal and any other terms and conditions that the authorized officer deems necessary to protect the public interest.

   e. Notwithstanding the expiration of this instrument or any renewal thereof, early relinquishment, abandonment, or termination, the provisions of this instrument, to the extent applicable, shall continue in effect and shall be binding on the holder, its successors, or assigns, until they have fully satisfied the obligations and/or liabilities accruing herein before or on account of the expiration, or prior termination, of the grant.

GVS00096

43 C-R 귀ᄃ, 2880

**Rental:**  No rental fees as per 43 CFR 2803.1-2 (b)(1)(iii).

For and in consideration of the rights granted, the holder agrees to pay the Bureau of Land Management fair market value rental as determined by the authorized officer unless specifically exempted from such payment by regulation. Provided, however, that the rental may be adjusted by the authorized officer, whenever necessary, to reflect changes in the fair market rental value as determined by the application of sound business management principles, and so far as practicable and feasible, in accordance with comparable commercial practices.

Terms and Conditions:

a.  This grant or permit is issued subject to the holder's compliance with all applicable regulations contained in Title 43 Code of Federal Regulations parts 2800 and 2880.

b.  Upon grant termination by the authorized officer, all improvements shall be removed from the public lands within __720__ days, or otherwise disposed of as provided in paragraph (4)(d) or as directed by the authorized officer.

c.  Each grant issued pursuant to the authority of paragraph (1)(a) for a term of 20 years or more shall, at a minimum, be reviewed by the authorized officer at the end of the 20th year and at regular intervals thereafter not to exceed 10 years. Provided, however, that a right-of-way or permit granted herein may be reviewed at any time deemed necessary by the authorized officer.

d.  The stipulations, plans, maps, or designs set forth in Exhibit(s) __See Below__, dated __July 29, 1999__. attached hereto, are incorporated into and made a part of this grant instrument as fully and effectively as if they were set forth herein in their entirety.

e.  Failure of the holder to comply with applicable law or any provision of this right-of-way grant or permit shall constitute grounds for suspension or termination thereof.

f.  The holder shall perform all operations in a good and workmanlike manner so as to ensure protection of the environment and the health and safety of the public.

Exhibits:

1)  Map of Routes

2)  Description of Rex-South Route

3)  Mitigation, Monitoring, Compliance and Reporting Plan for the Golden Valley Northern Intertie Project

IN WITNESS WHEREOF, The undersigned agrees to the terms and conditions of this right-of-way grant or permit.

| | |
|---|---|
| Michael P. Kelly | |
| (Signature of Holder) | (Signature of Authorized Officer) |
| President & Chief Executive Officer | Field Manager |
| (Title) | (Title) |
| August 3, 1999 | 8/5/99 |
| (Date) | (Effective Date of Grant) |

GVS00097

# EXHIBIT 1

July 29, 1999



GVS00098

# EXHIBIT 2
## Description of Rex-South Route
### July 29, 1999

Rex/South Route

The Rex/South Route (Segments 2, 5, 6, 9, 16, and 22) generally runs to the northeast to Walker Dome and past the eastern boundary of Clear Air Force Station. It turns to the east south of the Tanana River and parallels the river until it crosses at Goose Island into south Fairbanks to the proposed Wilson Substation. The Rex/South Route is approximately 97 miles long.

Segment 2: The Rex/South Route begins at the Healy substation and continues about 5 miles north, along the Usibelli Coal Mine access road, to a point just north of Lignite Creek.

Segment 5: From Lignite Creek, the route travels northeast for a few miles, and then north-northeast to the 3,200-foot contour of Walker Dome.

Segment 6: From Walker Dome, the route heads north-northwest, crossing to the west at Elsie Creek and going north toward Rex Dome.

Segment 9: The Rex/South Route continues north on the Tanana Flats to an area between Clear Air Force Station and Anderson.

Segment 16: From the Clear Air Force Station and Anderson area, the route continues north, turning east 3 miles south of the Tanana River. The route parallels the Tanana River east across the Tanana Flats to just south of Whiskey Island.

Segment 22: At a point 2 miles south of the Tanana River, near Whiskey Island, the Rex/South Route heads east for 3 miles and then northeast, paralleling the Tanana River at a distance of 1 to 2 miles to the south. Once the route crosses Salchaket Slough, it follows an old trail east-northeast toward Goose Island. The route crosses the Tanana River at Goose Island and continues north, west, and north again to the proposed new Wilson Substation at Van Horn Road and South Cushman Street.

GVS00099

# EXHIBIT 3

Mitigation, Monitoring, Compliance, and Reporting Plan
for the
Golden Valley Northern Intertie Project
July 29, 1999

GVS00100

## TABLE OF CONTENTS

1. Introduction..................................................................................................1

2. Purpose and Objectives.................................................................................1

3. Management and Responsibilities....................................................................1

4. Plans Required by Mitigation Measures............................................................2
   4.1 List of Plans Required..............................................................................2
   4.2 Required Reviews....................................................................................2
5. Procedures for Field Monitoring......................................................................3
   5.1 Description of Project and Master References...............................................3
      5.1.1 Description of Project.......................................................................3
      5.1.2 Master References............................................................................4
   5.2 Roles, Responsibilities, and Authority of Field Monitors................................5
      5.2.1 Monitoring.....................................................................................5
      5.2.2 Monitoring Philosophy.....................................................................5
      5.2.3 EnvironmentaMonitor.......................................................................6
      5.2.4 Monitoring Responsibility..................................................................6
      5.2.5 Reporting Responsibility...................................................................6
      5.2.6 Enforcement Responsibility...............................................................6
      5.2.7 Authority.......................................................................................6
      5.2.8 Mitigation Compliance Responsibility..................................................7
   5.3 Roles and Responsibilities of Technical Experts..........................................7
      5.3.1 Roles............................................................................................7
      5.3.2 Responsibility.................................................................................7
   5.4 Agency Jurisdictions................................................................................8
   5.5 Interaction with GVEA and Construction Contractor
      Personnel...............................................................................................8
      5.5.1 Communication Channels...................................................................8
   5.6 Coordination and Field Assignments..........................................................9
   5.7 Communication Protocols..........................................................................9
      5.7.1 Media Contact.................................................................................9
      5.7.2 Public Contact.................................................................................10
   5.8 Documentation and Reporting....................................................................10
      5.8.1 Documentation and Reporting Requirements..........................................10
      5.8.2 Documentation Procedures................................................................10
      5.8.3 Reporting Requirements....................................................................11
      5.8.4 Record Keeping Requirements............................................................11
      5.8.5 Data Reporting................................................................................11
      5.8.6 Expense and Time Reporting..............................................................12
   5.9 Compliance Evaluation.............................................................................12
      5.9.1 Process for Determining Compliance Status...........................................12
      5.9.2 Description of Compliance Levels.........................................................12
      5.9.3 Procedures for Addressing Non-Compliance Events..................................13

GVS00101

5.10  Dispute Resolution.................................................................................14
     5.10.1  Dispute Resolution Outside of BLM Managed Lands.................14
     5.10.2  Dispute Resolution Within BLM Managed Lands........................15
5.11  Variance Procedures.............................................................................15
     5.11.1  Procedure to Request Variance....................................................15
5.12  Monitoring Criteria.................................................................................18
     5.12.1  General Approach to Field Monitoring;  Philosophy
          and Strategy.................................................................................18
     5.12.2  Description of Mitigation Measures...............................................19
     5.12.3  Responsible and Cooperating Agencies.......................................19
     5.12.4  Other Regulatory Requirements....................................................19
5.13  Safety.....................................................................................................19

Appendices

Appendix A: Stipulations

Appendix B: Points of Contact

## 1. INTRODUCTION

The Bureau of Land Management (BLM) was the lead agency
responsibile for the preparation of an Environmental Impact
Statement for the Golden Valley Electric Association (GVEA)
Northern Intertie Project. A Record of Decision, dated September
14, 1998, documents BLM's decision to issue a right-of-way grant
to GVEA. The mitigation measures developed in the Environmental
Impact Statement (EIS) will be implemented by GVEA and monitored
by BLM through this Mitigation, Monitoring, Compliance, and
Reporting Plan (Plan). The BLM carried all mitigation measures
forward as stipulations in conjunction with the project approval.
In addition to the mitigation developed in the EIS, the U.S. Army
included eight additional stipulations in their letter of non-
objection. The stipulations are attached as Appendix A. These
stipulations require numerous actions to be taken: some prior to
construction, some during construction, some after construction
(during project operation), and some during project maintenance.
All stipulations will be monitored by BLM to insure
implementation by GVEA.

Other effected agencies may enter into a MOU with BLM and
delegate monitoring responsibilities for the project to BLM. The
BLM would use this plan to a large degree to conduct monitoring
activities on lands under another agency's jurisdiction.

## 2. PURPOSE AND OBJECTIVES

As the Federal Lead Agency for the Proposed Project under NEPA,
the Bureau of Land Management (BLM) is responsible for monitoring
the performance and effectiveness of mitigation on those lands
under the administration and jurisdiction of the BLM. For areas
where the powerline crosses land outside lands administered by
BLM, other agencies will utilize the mitigation measures
developed in the EIS and implement appropriate stipulations on
lands under their administration. Also in the ROD, based on the
Final EIS, the BLM State Director (the Responsible Official)
described mitigation measures for the BLM portion of the
Right-of-Way (ROW). These measures, in turn, will become
stipulations of the ROW grant which will be issued to GVEA. The
stipulations will be monitored and enforced by the BLM as part of
the ROW grant administration

## 3. MANAGEMENT AND RESPONSIBILITIES

BLM will perform compliance inspections during the
preconstruction and construction phases of the project to ensure
compliance with applicable plans, permits, and conditions of the
grant. Environmental Monitors (EMs) will be on-site during
construction, and will monitor active construction areas. They
will contact personnel on-site, and utilize BLM specialists as

1

GVS00103

needed during monitoring activities.

The BLM will assign EMs as needed for monitoring the project.
With regard to compliance and enforcement activities, if
necessary the EMs will prepare and issue Non-Compliance Reports
(with levels of severity ranging from a warning to an immediate
stop-work order) as appropriate, depending on the severity of the
incident and the potential impact.

4. PLANS REQUIRED to be Provided by GVEA

4.1 List of Plans Required and Submission/Review Schedule

GVEA is required prepare and submit several plans for approval
prior to construction. Copies of these plans will be retained in
the BLM Northern Field Office. The required plans are listed in
Exhibit 1.

Exhibit 1 Plans Required to be Submitted by GVEA

| | |
|---|---|
| * Final Construction Plans<br>* GVEA's Construction Monitoring Plan<br>* Bird Surveys (includes falcon and raptor surveys and collision monitoring)<br>* Cultural Resources Management Plan<br>* Unexploded Ordinance Surveys<br>* Title 16 permit from ADF&G | * Abandonment Plan<br>* Inspection and Maintenance Program<br>* Geotechnical Reports<br>* Hydrologic Engineering Reports<br>* Hazardous Materials and Solid Waste Management Plan |

These plans will be reviewed for compliance with mitigation
measures where such measures recommended that specific
information be included.

While there are other issues that will not be contained in
specific plans, it will be necessary for GVEA to address the
issues in their more comprehensive plans such as the Final
Construction Plan, GVEA's Construction and Monitoring Plan, and
Inspection and Maintenance Program.  These issues include erosion
control, revegetation, transportation management, oil and fuel
spills, fire prevention, unexploded ordnance disposal, water
management, recycling, and public liason.

4.2 Required Reviews; Review Guidelines; Deliverables

The BLM Program Management staff, using other agency personnel
and possibly consulting with other technical experts, will review
and provide comments on the plans submitted by GVEA.  The plans
will be designed to accomplish the intended reduction in impacts
and help assure that the performance criteria of the stipulations
will be met.

The management and technical review team will review each plan
providing comments to GVEA regarding the adequacy of each plan

2

GVS00104

with respect to the following:

- Compliance with all provisions of the mitigation measures.
- Consistency with the FEIS/ROD mitigation requirements.
- Adequacy of field verification methods.

BLM will deliver a report on each plan or permit reviewed to
GVEA, along with a copy of the plan itself with marginal notes or
comments, if appropriate.  The plans will be modified by GVEA and
it's contractors to correct any deficiencies found by the BLM.


5. PROCEDURES FOR FIELD MONITORING

5.1 Description of the Northern Intertie Project and Master
References

5.1.1 *Description of the Northern Intertie Project*

On May 13, 1995, Golden Valley Electric Association (GVEA) filed
an application with the Bureau of Land Management (BLM) for a
right-of-way (ROW) grant pursuant to Title V of the Federal Land
Policy and Management Act (FLPMA) of 1975 (43 U.S.C. 1751), for
the construction, operation, and maintenance of a 230 kV power
transmission line between Healy, Alaska and Fairbanks, Alaska.
This power transmission line is referred to in this document as
the Northern Intertie Project and is assigned case file number
FF091732.

The proposed transmission line ROW will generally be 150 ft. wide
and approximately 97 miles long. The line is designed to allow
wildfires to "burn through". However, areas of dense black spruce
will have to be cleared up to 300 ft. because of the high heat
generated when they burn. Tower types, height, and spacing will
depend upon access constraints, right-of-way width, and
mitigating measures identified for a specific area. A detailed
description of the tower assemblies is contained in Chapter 2 of
the DEIS. No new access roads are proposed for the construction
or maintenance of the line. Existing roads will be used where
available. Helicopter supported construction will be used where
access is not available.

The line will transmit the power generated in Healy by the Healy
Clean Coal Project and that generated in South Central Alaska.
The substation in Healy will be modified to accommodate the
increased power generation. A new substation will be constructed
at the load center in south Fairbanks, the terminus of the line.
A 40 megawatt Battery Energy Storage System (BESS) will also be
constructed at the terminus site. The existing Intertie is a 138
kV transmission line which operates at near capacity year-round.
Construction of a second intertie will meet the increasing
demands for power, and improve the transmission reliability of

3

GVS00105

electric service by providing separate transmission lines.
The proposed project crosses lands owned by the State of Alaska,
State selected lands, lands reserved for military use, and
private land. The BLM has management jurisdiction on the military
lands on actions not associated with military use, and on State
selected lands.

Rex/South Route

The Rex/South Route (Segments 2, 5, 6, 9, 16, and 22) generally
runs to the northeast to Walker Dome and past the eastern
boundary of Clear Air Force Station. It turns to the east south
of the Tanana River and parallels the river until it crosses at
Goose Island into south Fairbanks to the proposed Wilson
Substation. The Rex/South Route is approximately 97 miles long.

Segment 2:  The Rex/South Route begins at the Healy substation
and continues about 5 miles north, along the Usibelli Coal Mine
access road, to a point just north of Lignite Creek.

Segment 5:  From Lignite Creek, the route travels northeast for a
few miles, and then north-northeast to the 3,200-foot contour of
Walker Dome.

Segment 6:  From Walker Dome, the route heads north-northwest,
crossing to the west at Elsie Creek and going north toward Rex
Dome.

Segment 9:  The Rex/South Route continues north on the Tanana
Flats to an area between Clear Air Force Station and Anderson.

Segment 16:  From the Clear Air Force Station and Anderson area,
the route continues north, turning east 3 miles south of the
Tanana River. The route parallels the Tanana River east across
the Tanana Flats to just south of Whiskey Island.

Segment 22:  At a point 2 miles south of the Tanana River, near
Whiskey Island, the Rex/South Route heads east for 3 miles and
then northeast, paralleling the Tanana River at a distance of 1
to 2 miles to the south.  Once the route crosses Salchaket
Slough, it follows an old trail east-northeast toward Goose
Island.   The route crosses the Tanana River at Goose Island and
continues north, west, and north again to the proposed new Wilson
Substation at Van Horn Road and South Cushman Street.

5.1.2 *Master References*

All EMs are expected to be thoroughly familiar with the project
history and with the environmental documents that have been
prepared. The documents that guide the field monitoring efforts,
and which will serve as essential references, include the
following:

4

GVS00106

-Northern Intertie Project Draft Environmental Impact Statement,
December 1997

-Northern Intertie Project Final Environmental Impact Statement,
June 1998

-Northern Intertie Record of Decision, September 1998

-Final/approved construction plans (detailed photo alignment
sheets including notations of sensitive resources)

-This plan and it's appendices which include the ROW stipulations
and points of contact.

5.2 Roles, Responsibilities, and Authority of Field Monitors

*5.2.1 Monitoring*

The Monitoring Team consists of BLM employees who are conducting
the MMCRP. They are responsible for ensuring that all measures
are implemented successfully by GVEA. GVEA is responsible for
constructing and operating the project while complying with the
mitigation measures, applicant-proposed measures and project
parameters, and ROW grant conditions. It should be noted that
only GVEA can commit project resources and direct construction
contractors. The joint goal of the monitors and GVEA is to ensure
successful completion of the project while minimizing
environmental impacts and citizen complaints.

*5.2.2 Monitoring Philosophy*

The goal in implementing the Plan is to ensure complete
compliance with mitigation measures, approved plans, and permit
conditions and requirements in a non-threatening manner using
open and honest communication. It should always be remembered
that the project was approved by the BLM assuming the achievement
of the impact reductions, as defined in the environmental
documents, through implementation of the mitigation measures. The
methods and procedures presented in this document are intended to
assure the completion of an effective monitoring program,
consistent with the requirements of the CEQ, and in compliance
with BLM, and NEPA requirements.

The monitoring team is committed to the conscientious monitoring
of the mitigation measures and associated conditions under which
GVEA will operate. In accordance with this philosophy, the
monitoring team is also committed to avoiding or minimizing any
impacts that could result from our monitoring activities. In all
instances where feasible, based on the monitoring requirements of
each activity and location, the monitoring team will comply with
the same types of restrictions placed on GVEA to reduce the
potential impacts that could result from this construction

5

project.

### 5.2.3 Environmental Monitor

### 5.2.4 Monitoring Responsibility

EMs are responsible for documenting that the required mitigation measures, and ROW grant conditions and requirements are implemented according to the performance criteria and that mitigated environmental impacts meet the standards set by these criteria in the Mitigation Monitoring Plan (see Appendix A).

Each workday morning, before going into the field, the EM will meet with the GVEA Inspector (or designee) for his/her assigned construction area to discuss the planned construction activities for the day. When in the field, the first priority of the EM is to inspect active construction sites. Before leaving the site, the EM will notify the appropriate GVEA inspector if there is a problem or if a non-compliance event has occurred. If a non-compliance is recorded, the EM will follow the steps outlined in Section 5.9.3 of this document.

### 5.2.5 Reporting Responsibility

EMs are responsible for documenting the implementation of mitigation measures, applicant-proposed measures, approved plans, and permit conditions and requirements. Follow-up reports on any non-compliance will be prepared until the situation is remedied.

### 5.2.6 Enforcement Responsibility

EMs have overall authority to enforce permit compliance on behalf of BLM.  Implementation problems or non-compliances related to mitigation measures, applicant-proposed measures, approved plans, and permit conditions and requirements will be recorded and reported to the BLM Program Manager. Such events will also be reported in the daily report. The Program Manager, or his designee, will contact the appropriate agencies or individuals, as necessary, and will discuss the suggested enforcement actions associated with each non-compliance.

### 5.2.7 Authority

EMs have the authority (after proper consultation with the Program Manager) to require GVEA to halt any construction, operation, or maintenance activity associated with the Northern Intertie Project if the monitor determines that the activity is a deviation from the approved project description or adopted mitigation measures, approved plans, or permit conditions and requirements. The decision on cessation of construction activity will depend on the level of the violation and GVEA's response to warnings, if these warnings were issued. (Please see the

6

GVS00108

discussions of dispute resolution and variance processes later in this section).

### 5.2.8 Mitigation Compliance Responsibility

GVEA is responsible for successfully implementing all the mitigation measures in the Plan, including mitigation requirements established by BLM through the permit process and in specific plans. GVEA is also responsible for implementing all aspects of the Project Description as described in the FEIS/ROD. Successful implementation of the mitigation measures is dependent on performance criteria outlined in Appendix A. Successful implementation of each measure in actual achievement of reduction intended should be measured by the detailed "Effectiveness Criteria" of the Stipulations contained in Appendix A.

GVEA shall inform the BLM in writing of any aspect of a mitigation measure that is not or cannot be successfully implemented. The BLM will assess whether alternative mitigation is appropriate and specify to GVEA the subsequent actions required. Any waiver of a mitigation measure, condition, or requirement will be documented as a "Variance" (see Section 5.11).

### 5.3 Roles and Responsibilities of Technical Experts in the Field

### 5.3.1 Roles

The role of the Technical Expert in the field is to provide, at the request of BLM Program Manager, expert analysis or quick and innovative approaches for specialized field problems or situations, often with very little notice. The Technical Expert might be required to actually monitor, in the field, aspects of the mitigation measures that require specific experience. Technical Experts may be BLM employees, other agency employees, or contractors.

### 5.3.2 Responsibility

Technical Experts are responsible for responding promptly to inquiries from EMs. They will be available to report to a field site on being notified that their services are needed. They will be available to participate in the monitoring program and will periodically review the monitoring activities for thoroughness and technical accuracy, as required. When in the field, the Technical Experts shall contact the EM on a daily basis to report their activities, findings, and recommendations, in order that the EM can include those reports in the daily report. The Technical Experts shall also submit a brief summary of each day's field activities to the Program Manager's office to document their time spent and tasks performed. Appendix B lists the technical experts.

7

GVS00109

## 5.4 Agency Jurisdictions

Appendix B contains all of the Federal, State, and local agencies
having jurisdiction over the project. Appendix B also contains a
point of contact, address, and telephone number for each agency.

## 5.5 Interaction with GVEA and Construction Contractor Personnel

The goals of all interactions between EMs and GVEA or Contractor
personnel are:

To obtain full cooperation in assuring that all required
mitigation measures are successfully implemented
To avoid even the appearance of impropriety
To be professional at all times
To establish and maintain vital levels of communication and
coordination
To distribute information among all parties in a timely manner.

Each active construction area shall have at least one EM assigned
to it. The EM will communicate and coordinate with the GVEA
Inspector and/or his designee. When there is a problem or
non-compliance, the EM shall notify the appropriate GVEA
Inspector directly in order to hasten corrective actions. If a
GVEA Inspector cannot be located or contacted, the EM shall
notify the contractor foreman. The EM shall not direct the work
of the Inspector, the contractor, or subcontractor. The EM shall
document all observations and communications in his/her Daily
Inspection Record.

### 5.5.1 Communication Channels

The BLM Program Manager will meet with the individual EMs during
the work week to distribute paperwork, coordinate activities, and
discuss concerns, problems, resolutions, and laudatory
activities. The Program Manager and EMs will meet at least every
two weeks to share and up-date information. To ensure that GVEA
and contractor concerns are addressed promptly and efficiently,
the EM will meet with GVEA Inspector as needed. Meetings between
the GVEA Project Manager and the BLM Program Manager will occur
on a regular basis so GVEA staff and the monitoring field staff
will have an open exchange of information and a professional
working relationship.

Each EM will meet with the GVEA Inspector (or designee) for
his/her assigned construction area every morning to be briefed on
the activities of the day and to discuss the potential problems
for particular locations or activities. The Program Manager and
EMs will coordinate with GVEA to identify sensitive areas before
construction reaches those locations.

8

GVS00110

The Program Manager and EM's will meet regularly to discuss plans and work assignments.

5.6 Coordination and Field Assignments

In consultation with Program Manager, the EMs will coordinate the field assignments based upon construction activities and schedules that are provided by GVEA at morning meetings and in weekly up-dates. Environmental monitoring priorities and the use of Technical Experts will be based upon planned activities and scientific expertise appropriate to specific sensitive areas or construction activity (for example, stream crossings, sensitive habitats). Field assignments may also be influenced by specific requests made by GVEA. The Program Manager and the EMs shall be notified of any changes in construction activities or schedules at least 24 hours before the change is to occur so as to have time to arrange field assignments, as needed.

Field assignments for Technical Experts will be on an 'as-needed' basis and coordinated by the BLM Program Manager.

5.7 Communication Protocols (Agencies, Monitors, GVEA, Others)

The following communication protocol has been developed to facilitate efficient communication between environmental monitors and agencies, GVEA, the contractor, and subcontractors:

The EMs will not directly contact the contractors or subcontractors. Contact will be made through the GVEA Inspector or designated project manager, unless there is an emergency situation.

EMs will not directly contact GVEA management or other agencies without prior consultation with the BLM Program Manager.

The BLM Program Manager will be the primary contact for GVEA management and agency inquiries. Correspondence for the EMs will be sent to the Program Managers main office. EM's will submit written memoranda to the Program Manager.

5.7.1 *Media Contact*

BLM representitives are authorized to talk to the media on issues dealing with public lands managed by the BLM. Technical Experts that are not BLM employees should refer the media contact to the EM or Program Manager.

If the BLM is monitoring activities on lands outside of BLM jurisdiction then the media contact should be referred to the appropriate agency point of contact.

GVEA will determine who will deal with the media for issues

9

GVS00111

related to GVEA and their contractors. Any media contact dealing with GVEA specific issues will be referred to the GVEA Inspector or other GVEA designee.

Any media inquiries presented to Environmental Monitors should be reported immediately to the BLM Program Manager.

When approached by a member of the media, the EM should:

Identify him/herself
Be calm and truthful
Tell them that all inquiries be referred to the appropriate Agency representative.

### 5.7.2 Public Contact

When approached by a member of the public, the EM should remain polite at all times, but should not offer solutions or make promises. Depending on the problem or question, the public should be referred to either the GVEA Project Manager or to the BLM Program Manager. At all times, whether on-site or off-site, the EMs shall remember that they represent the BLM and shall consider project-related information confidential until instructed otherwise by the Program Manager.

### 5.8 Documentation and Reporting

### 5.8.1 Documentation and Reporting Requirements

The documentation and reporting requirements are intended to (1) chronicle GVEA's compliance with the MMCRP, including evaluation of environmental impacts and the effectiveness of mitigation efforts, and (2) report on construction progress and compliance to BLM, GVEA, other agencies, and the public.

### 5.8.2 Documentation Procedures

Every work day, each EM will maintain a Daily Inspection Record to track all procedures required for each mitigation measure and ensure that the timing specified for the procedures is adhered to for their assigned construction areas.

At the end of every work day, Technical Experts will submit an activity record to the Program Manager. They shall also call the EM and briefly report on their activities. The written report shall include a description of the work done and any problems that occurred. Both the EM and the Program Manager must be aware of the progress and activities so they can record and track the activities of the Technical Experts on a daily basis.

Field personnel (EMs, and Technical Experts) are expected to document construction activities with photographs and, in some

10

cases, video photography. Color, print, 35 mm photographs will be
taken to help document a reported non-compliance. If appropriate,
photos should also be taken to document the steps taken to remedy
the non-compliance. Photographs will be logged on a photograph
record sheet. Each photograph shall be properly labeled
(photographer, photo identification number, date of photo, time
photo taken, construction area, estimated milepost, description
of activity) and then submitted with negatives to the Program
Manager. The Program Manager may provide a video camera and
request that specific construction activities be recorded. If
this occurs, specific instructions will be provided by the
Program Manager.

## 5.8.3 Reporting Requirements

Daily Inspection Records will be sent to the Program Managers
office at the end of each work day. The reports will indicate
activities at each construction area, variances that were
requested and/or approved, and non-compliances that were reported
and their status.

The Program Manager will compile Weekly Summary Reports and
Monthly Compliance Reports based on the Daily Inspection Records
and project correspondence.

GVEA will provide the BLM Program Manager with written quarterly
reports of the project that shall include progress of
construction, resulting impacts, mitigation implemented, and all
other noteworthy elements of the project.

## 5.8.4 *Recordkeeping Requirements*

All records generated by the EMs will be kept at the Program
Manager's office. The Northern Field Office will have copies of
the Daily Inspection Records, the Weekly Summary Reports, and the
Monthly Compliance Reports. The field office will also have
copies of all master references.

## 5.8.5 *Data Reporting*

The EMs will submit their Daily Inspection Records on a daily
basis. The information will be sent to the program managers
office at the close of each work day. The information included in
the Daily Inspection Records will include, at a minimum:

Date
Monitor Name
Construction Area
Hours of Construction
Type of Site
Landowner Name
Activity Occurring

11

GVS00113

Hours of Construction
Violations Documented; Level of Violation
Compliance status for each applicable mitigation measure
Deadline for Correction of Non-Compliance

Weekly Summary Reports shall be prepared by the Program Manager.
The Weekly Summary Reports will provide not only information
about the activities of the week (including construction progress
and status of non-compliances that have occurred) but also
planned construction activities for the coming week.

The Monthly Compliance Reports shall be prepared by the Program
Manager and will provide detailed information on the mitigation
measures that have been completed, types of non-compliances that
have occurred, remedial actions that have been proposed, the
progress of construction, or other pertinent information.

5.8.6 *Expense and Time Reporting*

Expense and time reporting by EMs will be done on a bi-weekly
basis. Time Sheets and Expense Reports shall be submitted to the
Program Manager's office. Time sheets and expense reports will be
available at the Northern Field Office.

5.9 Compliance Evaluation

The purpose and goal of compliance evaluation is to ensure that
the specific performance criteria for each mitigation measure,
permit requirement or condition, approved plan, or other project
stipulation are met in order to minimize or eliminate potential
significant impacts and to protect environmental resources.

5.9.1 *Process for Determining Compliance Status*

Each active construction area will have at least one EM assigned
to it each workday who will make field observations. The EM will
check to see if the observed activity meets the relevant
"Performance Criteria" (see Appendices) for (1) mitigation
measures incorporated as design features, (2) selectively
committed mitigation measures, (3) additional mitigation measures
developed in the EIS, or (4) other ROW grant stipulations. If the
activity meets the performance criteria, the activity will be
recorded as "Acceptable." If the activity does not meet the
performance criteria, the activity will be recorded as
"Non-compliance," and the level of non-compliance will be
determined.

5.9.2 *Description of Compliance Levels*

Acceptable:

Activities comply with performance criteria set for all

12

GVS00114

applicable mitigation measures, or other ROW grant stipulations.

Non-Compliance:

Any deviation from applicable mitigation measures, or other ROW grant stipulations.

Violation levels are defined as follows:

Level 1
One of the performance criteria has not been met resulting in only partial implementation of a Mitigation Measure but no significant impact has occurred.

Level 2
One or more of the performance criteria have not been met, making the mitigation ineffective and resulting in minor impacts. If allowed to continue, this non-compliance could result in significant impact.

Level 3
One or more of the performance criteria have not been met and the implementation of a mitigation measure is deficient or non-existent, resulting in significant impact(s), or there is immediate threat of major, irreversible environmental damage or property loss.

5.9.3 *Procedures for Addressing Non-Compliance Events*

*Level 1 Non-Compliance Procedures*
The EM will promptly notify the GVEA Inspector, or his designee, and give a copy of the non-compliance report the day the non-compliance is observed. If the EM is unable to give the written report to the GVEA Inspector, or his designee, the non-compliance will be reported to the GVEA Inspector or his designee by telephone and the report will be left in the GVEA Inspectors office. The GVEA Inspector is responsible for ensuring that remedial action is taken. The EM shall document all observations and communications and conduct follow-up observations within 3 days. The EM will notify the BLM Program Manager.

If corrective action is not taken within the stated period, a second written notice will inform GVEA that unless the situation is rectified, a cessation of all construction activities on the affected area will be required within 24 hours. Construction activities may be shut down until GVEA satisfies the BLM Program Manager and the EM that the situation has been remedied.

*Level 2 Non-Compliance Procedures*
The EM will promptly notify the GVEA Inspector, or his designee, of the non-compliance. The EM will provide a copy of the

13

GVS00115

non-compliance report to the GVEA Inspector, or his designee, the day the noncompliance is observed. The GVEA Inspector is responsible for ensuring that remedial action is taken. The EM will conduct follow-up observations within 24 hours. The EM will notify the BLM Program Manager.

If corrective action is not begun by the next construction day, a cessation of all construction activities on the affected area may be required. Construction activities may be shut down until GVEA satisfies the BLM Program Manager and the EM that the situation has been remedied.

*Level 3 Non-Compliance Procedures*
The EM will immediately notify the GVEA Inspector, or his designee, of the non-compliance. If a GVEA Inspector cannot be located or contacted, the EM will notify the contractor foreman. The EM shall not direct the work of the Inspector, the contractor, or subcontractor. The EM shall document all observations and communications in his/her Daily Inspection Record. Correction action shall begin immediately. The EM will notify the BLM Program Manager.

Construction activities for the affected area may be shut down until GVEA satisfies the BLM Program Manager and EM that the situation has been remedied.

A pattern of repeated Level 1 or Level 2 non-compliances may also be reason to shut down construction activities until GVEA satisfies the BLM Program Manager and EM that the situation has been remedied.

5.10 Dispute Resolution

GVEA will review the performance criteria set by this document before construction initiation and should inform BLM if they have any questions or disagreements with performance criteria and violation levels stated in Appendices. Upon agreement with the criteria, there should be few occasions that GVEA and the monitors have a dispute. However, disputes may arise and a process for their resolution is required.

Separate dispute resolution procedures shall be followed for locations outside BLM managed lands and locations inside BLM managed lands. These procedures shall be used by the monitoring team, GVEA and its contractors and/or subcontractors, other agencies, or the public regarding mitigation compliance requirements.

5.10.1 *Dispute Resolution Outside of BLM managed lands*

Prior to BLM commencing monitoring activities on lands administered by another agency formal dispute resolution

14

procedures will be agreed upon by BLM, GVEA, and the administering agency.

5.10.2 *Dispute Resolution Within the BLM managed lands*

Should a dispute arise on interpretation of the criteria, the following steps will be used for properties inside of BLM managed lands:

Step 1 Disputes and complaints (including those of the public) should be directed first to BLM's designated Program Manager, who will consult with BLM management in an attempt to resolve the dispute.

Step 2 Should this informal process fail, the BLM Northern Field Offce Manager may initiate enforcement or compliance action to address deviations from the Proposed Project or adopted Mitigation Monitoring Program through enforcement of the ROW grant.

Step 3 Written decisions of the BLM Northern Field Office Manager related to the administration of the ROW grant may be appealed by GVEA.

5.11 Variance Procedures

Definition: A variance is (1) any deviation from the description of the project as proposed in the EIS/ROD, or (2) a construction activity or practice that is not carried out in accordance with approved construction plans, mitigation measures, or other ROW grant stipulations. Two types of variances are addressed herein:

(1) Route and construction changes or non-compliance with all specific mitigation measures or other ROW grant stipulations prior to the start of construction, and

(2) Changes proposed by GVEA after construction has started.

The BLM has the authority to halt any construction activity associated with the Northern Intertie Project if the activity is determined to be a deviation from the approved project or adopted mitigation measures and ROW grant stipulations. Any deviation from the procedures identified in the MMCRP must be approved <u>in advance</u> by BLM.

Environmental Monitors shall immediately report any unapproved variances to the Program Manager. Variances cannot be approved by the EM.

5.11.1 Procedure to Request Variance

Pre-Construction Variances

15

GVS00117

When GVEA identifies a project change including: route change;
change in description of the project (such as location of
towers); change in methods of compliance with mitigation measures
and other requirements (such as how selective streamside
vegetation clearing will be conducted); or proposed change in
construction methods, a written request shall be prepared and
submitted to BLM according to the procedure defined in Exhibit 2
below.

Exhibit 2 Procedures for Addressing Project or Mitigation Measure
Changes

| Type of Change or Action | Action Needed |
|---|---|
| 1. Mitigation Measure Implementation (e.g., difference of opinion re performance criteria) | BLM staff to negotiate with GVEA. If no agreement can be reached: a. If issue is considered by BLM to be major/significant, dispute resolution process could be used to resolve differences b. If issue is based on technical difference of opinion in ways to comply with a measure and the BLM has determined that impacts will be inconsequential then BLM will document their recommendation and GVEA will be allowed to proceed with their approach. |
| 2. Project Description changes (including changes to Applicant Proposed Measures, e.g. change of tower location) | GVEA to document reason(s) for proposed change and evaluate environmental impacts. BLM staff to review GVEA submittal: a. If no new significant impacts, document as part of MMCRP b. Depending on scope/nature of change or impact, maybe go to #4. |
| 3. A measure cannot be successfully implemented | BLM staff to assess alternative mitigation and tell GVEA what is required in order to effectively address the impact identified |
| 4. Change to adopted mitigation measure (if the measure itself requires modification) (considered an official variance by BLM] | Depending on issue/severity, might require Supplemental EIS and/or new ROD |

The proposed change, its location and/or nature, shall be
completely described. This explanation shall refer to where the
item to be changed was previously documented (such as the page
number of FEIS/ROD, the milepost on the original maps, and on the
latest submitted construction alignment sheets, etc.).

The reason and necessity for this proposed deviation/change shall
be fully described. An analysis shall be presented to evaluate
whether the proposed change would result in:

- Any new significant impact(s)
- An incremental increase in an identified impact
- A reduction in efficiency, nature, or geographical location of
a mitigation measure

This written request will be reviewed by BLM and a written
determination on approval or rejection of the proposed variance
will be made.

Variances Requested During Construction

16

GVS00118

GVEA will review this Plan and will be aware of all performance criteria outlined in this Plan. Any disagreement with these requirements shall be discussed with BLM at least 30 days before the start of construction. However, on rare occasions and due to the site-specific conditions that could not be anticipated in the pre-construction phase, variances might be required during the construction phase. In non-emergency cases, at least 14 days prior to the specific construction activity or implementation of mitigation measure for which a variance is required, GVEA will submit to the BLM a written request for a variance. The request will contain the following information:

Date of request

Location the variance will affect (estimated milepost, and general description)

Which mitigation measure, or other ROW grant stipulations, the variance will affect, and a reference to the approved documents

An explanation of the necessity for the variance and the reason it was not anticipated in pre-construction phase or in project description

Discussion of any previous variances of a similar nature

An analysis that evaluates the occurrence of:
- New significant impact(s)
- Incremental increase in an identified impact
- Reduction in efficiency, nature, or geographical location of a mitigation measure

Date of expected construction at the variance site.

In emergency cases the above information shall be communicated as soon as possible to the EM. The EM and the Program Manager will review these changes as soon as possible and inform GVEA of their determination. Each short-notice variance must be presented by GVEA in the manner described above; each request will be considered on a case-by-case basis and responded to as promptly as possible by BLM.

If the variance is associated with an immediate safety threat to human life or sensitive resources (i.e., an imminent and immediate hazard ) and EM/Program Manager cannot be contacted immediately, GVEA shall take the appropriate action to preserve life, protect the resource, and remove immediate hazard with minimum impacts on other significant environmental resources. GVEA will contact the EM or Project Manager as soon as possible and a full report on such action shall be filed with the EM within 72 hours.

17

GVS00119

5.12 Monitoring Criteria

Appendix A includes the full text of mitigation measures and other ROW grant stipulations, as well as the specific criteria for monitoring the implementation of these measures and requirements. Appendix B contains the points of contact that are associated with this ROW.

5.12.1 *General Approach to Field Monitoring; Philosophy and Strategy*

*Monitoring Philosophy*: The proposed Northern Intertie Project went through an extensive environmental review process managed by BLM. The major focus of the environmental review process was the identification of significant environmental impacts. These impacts then, were assumed to be reduced by numerous measures either recommended by the agencies or committed to by the Applicant. After careful review of the analysis conducted in this process and documented in the FEIS, the BLM approved this project subject to successful implementation of recommended mitigation which was adopted as conditions for issuance of appropriate permits. Thus, it is imperative that these adopted conditions be implemented and that they achieve the reductions for which they were designed. The purpose of the monitoring program is to ensure compliance with mitigation measures, applicant-proposed measures, approved plans, and ROW conditions and requirements in a non-threatening manner using open and honest communication.

*Monitoring Strategy*. Environmental monitors will be in the field every work day monitoring construction activities. Emphasis will be placed on sensitive sites (streams, sensitive habitats, etc.). The strategy is:

1. Through careful planning, and to the maximum extent possible, anticipate potential scenarios that could cause confusion or conflict, and attempt to resolve these problems in the preconstruction phase of the project

2. Through training and communication, convey the importance of monitoring to all parties involved.

3. Be very specific about the criteria that would determine the full compliance with the intent of the mitigation measures.

4. Use the flexibility, speed, storage capacity, and communication capabilities of modern hardware and software to track, manage, and document our activity as systematically as possible.

5. Use experienced and trained monitors so that they provide both an assurance of meeting the intent and spirit of every mitigation measure and mature experience to deal with changing

18

GVS00120

circumstances.

## 5.12.2 Description of Mitigation Measures from 1998 EIS/ROD

The mitigation measures are described in Section 5.1 (description of the Northern Intertie Project), and the environmental documents related to the project. The Final EIS/ROD, issued in 1998, recommended numerous mitigation measures that covered the full length of the powerline from the substation in Healy (the original starting point of the project) to the load center in south Fairbanks, the terminus of the line. Appendix A of this Implementation Plan addresses the mitigation measures, definition of impacts, and performance and effectiveness criteria necessary to proceed with the construction of this powerline project.

## 5.12.3 Responsible and Cooperating Agencies

The Lead Agency (BLM) has adopted the mitigation measures recommended in the FEIS/ROD (1998) as conditions for their approval decision and attached them to their ROW grant. Other responsible agencies who have issued permits (or will issue permits in the future) for this project (such as the State of Alaska, Department of Natural Resources) might stipulate certain conditions in their approval process. BLM will coordinate it's monitoring efforts with these agencies by providing this Plan to them so they are aware of the Plan requirements. Other agency points of contact are listed in Appendix B.

## 5.12.4 Other Regulatory Requirements

The project will be built in compliance with all applicable rules, regulations and policies of the agencies which have jurisdiction over the project. These regulations and laws were generally considered under each issue area in the FEIS/ROD. For example, the Clean Air Act, which is the most significant federal law protecting the quality of the air, has been considered in the Air Quality issue area. The requirements of this law are implemented by Federal, State, and regional agencies. In very rare occasions, there might be other environmental laws applicable to this project which are not considered in the three categories of measures above (i.e., Mitigation Measures Incorporated as Design Features, Selectively Committed Mitigation Measures, Additional Mitigation Measures Developed in the EIS) and are or will be required by another agency during construction. The EMs will coordinate these requirements with GVEA, the agency involved, and the BLM as the Lead Agency.

## 5.13 Safety

Philosophy: Our team will take all necessary steps to conduct this program with minimum risk and to prevent potential safety hazards.

19

GVS00121

Responsibilities. Each Environmental Monitor is responsible for
his/her own safety and working safely is a condition of
employment. EMs are responsible for the timely and accurate
reporting of all reportable accidents or injuries (requiring more
than first aid) to the Program Manager.

No person involved with this project shall be at the worksite
while under the influence of drugs or alcohol.

*Safety Equipment*

The EM's will be responsible for having and maintaining
appropriate safety equipment, including personal protective
equipment, while conducting operations in the field.

*Emergency Action Response*

Initial emergency action response is the responsibility of GVEA
and the Contractor. The responsibility of the Environmental
Monitor is to assist as requested by GVEA or the Contractor. GVEA
or the Contractor will make all necessary contacts.

If an Environmental Monitor is alone and encounters an emergency
situation, the EM will be expected to render appropriate
assistance to any injured person, call for help, and provide a
detailed report of the incident.

20

GVS00122