# Exhibit "E"

# STATE OF ALASKA

**DEPARTMENT OF NATURAL RESOURCES**
*DIVISION OF MINING, LAND AND WATER*
*WATER RESOURCES SECTION*

TONY KNOWLES, GOVERNOR

550 W. 7TH AVE., SUITE 900A
ANCHORAGE, ALASKA 99501-3577

PHONE: (907) 269-8503
FAX: (907) 269-8947

January 8, 2002

Gregory E. Wyman
Golden Valley Electric Association, Inc.
PO Box 71249
Fairbanks, AK 99709

Re:  TWUP A2001-118 - Temporary Water Use Authorization
     Northern Intertie Transmission Line Project
     19 Sources

Dear Mr. Wyman:

The Division of Mining, Land and Water (DMLW) has completed the review of Temporary Water Use Authorization Application. Enclosed is the above listed Temporary Water Use Authorization TWUP A2001-118. If changes to this project are proposed during its operation, please contact this office immediately to determine if further review is necessary.

Please feel free to contact me at (907) 269-8641 if you have any questions or concerns about this authorization. Thank you for your cooperation with the Division of Mining, Land and Water.

Sincerely,

*[signature]*

Linda-Lou Holzman
Natural Resource Officer

Enclosure:
    TWUP A2001-118

**108245**

*"Develop, Conserve and Enhance Natural Resources for Present and Future Alaskans"*

Printed on Recycled Paper



ALASKA DEPARTMENT OF NATURAL RESOURCES
(ADNR)

Water Resources Section

550 West 7th Avenue, Suite 900A, Anchorage, AK 99501-3577

(907) 269-8503

## TEMPORARY WATER USE AUTHORIZATION
## TWUP A2001-118

Pursuant to AS 46.15, as amended and the rules and regulations promulgated thereunder, permission is hereby granted to Golden Valley Electric Association, Inc., PO Box 71249, Fairbanks, Alaska, 99709 and their contractors, to withdraw up to **36.82 acre feet of water from October 1st through May 31st for each authorized year.** The water will be used for construction/maintenance of ice road/bridge construction, on the Northern Intertie Transmission Line Project, located between Healy and Fairbanks, Alaska.

SOURCES OF WATER AND ICE AGGREGATE:

**See Attachment "A" - 19 Sources**

STRUCTURES TO BE CONSTRUCTED AND USED:

Structures and equipment to be constructed and used: Screened intake structure, Pump with 10 inch intake, 3,000 gpm output, Hose, Tanker Truck, and other water and ice removal and distribution equipment.

Changes in the natural state of water are to be made as stated herein and for the purposes indicated.

During the effective period of this authorization, the permittee shall comply with the following conditions:

CONDITIONS:

1. Follow acceptable engineering standards in exercising the rights granted herein.

2. Comply with all applicable laws and any rules and/or regulations issued thereunder.

3. Indemnify the State against and hold it harmless from any and all claims, demands, suits, loss, liability and expense for injury or to death of persons and damages to or loss of property arising out of or connected with the exercise of the privileges covered by this permit.

**108246**

4. Notify the Water Resources Section upon change of address.

5. Permittee is responsible for obtaining and complying with other permits/approvals (state, federal, or local) that may be required.

6. This authorization is subject to an annual administrative service fee.

7. This authorization does not authorize the permittee to enter upon any lands until proper rights-of-way, easements, or permission documents, from the appropriate landowner have been obtained.

8. Failure to respond to a request for additional information during the term of the authorization may result in the termination of this authorization.

9. Permittee shall allow an authorized representative of the Water Resources Section to inspect, at reasonable times, any facilities, equipment, practices, or operators regulated or required under this authorization.

10. Permittee is responsible for the actions of contractors, agents, or other persons who perform work to accomplish the approved project, and shall ensure that workers are familiar with the requirements of this authorization. For any activity that significantly deviates from the approved project during its siting, construction, or operation, the permittee is required to contact the Water Resources Section and obtain approval before beginning the activity.

11. The Water Resources Section may modify this authorization to include different limitations, expand monitoring requirements, evaluate impacts, or require restoration at the site.

12. Any false statements or representations, in any application, record, report, plan, or other document filed or required to be maintained under this authorization, may result in the termination of this authorization.

13. Ice aggregate harvested in fish-bearing waters shall be from grounded ice.

14. Each water intake structure shall be centered and enclosed in a screened box designed to prevent fish entrapment, entrainment or injury. The effective screen opening may not exceed 1/4 inch. To reduce fish impingement on screened surfaces, water velocity at the screen/water interface may not exceed 0.5 feet per second, when the pump is operating.

This Temporary Water Use Authorization is issued pursuant to 11 AAC 93.220. No water right or priority is established by a temporary water use authorization issued pursuant to 11 AAC 93.220. Water so used is subject to appropriation by others (11 AAC 93.210(b)).

108247

The Department may suspend operations authorized under this authorization whenever such suspension shall in its judgment be necessary to protect the public interest or that of a prior appropriator.

This authorization shall expire on **April 15, 2003.**

Date issued: _January 8, 2002_

Approved: _Kellie Westphal_
Kellie Westphal
Natural Resource Manager

**108248**

Golden Valley Electric Association, Northern Intertie Project
Application For Temporary Water Use Permit No. 1

| | LOCATION OF WATER SOURCE | | | | | |
|---|---|---|---|---|---|---|
| | Identifiable Landmarks | Meridian | Township | Range | Section | 1/4 Sections |
| 1 | Seven Mile Lake | Fairbanks | 8S | 7W | 7 | |
| 2 | Unnamed, Map 1, Str 178-179 | Fairbanks | 7S | 7W | 28,29 | |
| 3 | Unnamed, Map 1, Str 203-204 | Fairbanks | 7S | 7W | 4,5 | |
| 4 | Unnamed, Map 1, Str 215-216 | Fairbanks | 6S | 7W | 21 | |
| 5 | Fish Creek, Map 1, Str 222-223 | Fairbanks | 6S | 7W | 16 | |
| 6 | Unnamed, Map 1, Str 234-235 | Fairbanks | 6S | 7W | 4 | |
| 7 | Unnamed, Map 2, Str 238-239 | Fairbanks | 5S | 7W | 33 | |
| 8 | Unnamed, Map 2, Str 242-243 | Fairbanks | 5S | 7W | 28 | |
| 9 | Unnamed, Map 2, Str 247-248 | Fairbanks | 5S | 7W | 28,21 | |
| 10 | Unnamed, Map 2, Str 251-252 | Fairbanks | 5S | 7W | 21 | |
| 11 | Unnamed, Map 2, Str 256-257 | Fairbanks | 5S | 7W | 16 | |
| 12 | Unnamed, Map 2, Str 294-295 | Fairbanks | 4S | 6W | 30 | |
| 13 | Unnamed, Map 2, Str 295-296 | Fairbanks | 4S | 6W | 30 | |
| 14 | Totatlanika River, Map 2, Str 304-305 | Fairbanks | 4S | 6W | 21,28 | |
| 15 | Unnamed, Map 2, Str 306-307 | Fairbanks | 4S | 6W | 21 | |
| 16 | Unnamed, Map 2, Str 312-313 | Fairbanks | 4S | 6W | 22 | |
| 17 | Unnamed, Map 2, Str 317-318 | Fairbanks | 4S | 6W | 23 | |
| 18 | Tatlanika River, Map 2, Str 327-328 | Fairbanks | 4S | 5W | 18 | |
| 19 | Tatlanika River, Map 2, Str 329-330 | Fairbanks | 4S | 5W | 18 | |

Attachment "A"
Water Sources
TWUP A2001-118
Page 1 of 1

108249