# Exhibit "F"

Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,    )
Aileen Welton, Elizabeth Tuzroyluk  )
Doris Kubanyi, Victor Kubanyi,    )
Bobby Kubanyi, Arlette Kubanyi and,  )
Brian Baggett,    )
    )
                    Plaintiffs,    )
    )
    vs.    )
    )
Golden Valley Electric Association,    )
Dave Cruz, individually and d/b/a  )
Cruz Construction, Black & Veatch  )
Corporation, Jake Covey and    )
Patrick Nelson,    )
    )
                    Defendants.    )
_____)

Case No. F04-0026 CIV

## AFFIDAVIT OF GREGORY E. WYMAN, P.E.

STATE OF ALASKA    )
    ) ss.
FOURTH JUDICIAL DISTRICT    )

        I, Gregory E. Wyman, being first duly sworn on oath depose and state:

        1.    I am a registered Professional Engineer and have been registered as

such here, in Alaska, since 1982;

**AFFIDAVIT OF GREGORY E. WYMAN, P.E.**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 1 of 4

2.     I have been employed by Golden Valley Electric Association, Inc. ("GVEA") since 1989;

3.     I was the GVEA Project Manager for the Northern Intertie Projects, Contracts NI-8 and NI-9;

4.     GVEA contracted with Global Power/City Electric Joint Venture LLC ("Global") for Contract NI-8, the construction of the Northern Intertie through the Tanana Flats;

5.     GVEA contracted with Global Power & Communications, LLC ("Global") for Contract NI-9, the construction of the Northern Intertie across the Tanana River and into the City of Fairbanks;

6.     At no time during the Northern Intertie Projects, Contracts NI-8 and NI-9, did GVEA have any contracts with Dave Cruz and/or Cruz Construction;

7.     Global Power/City Electric Joint Venture, LLC and/or Global Power & Communications, LLC hired Dave Cruz and/or Cruz Construction as subcontractor(s) to, among other things, build/construct ice roads/bridges for the Northern Intertie Projects;

8.     In March 2003, GVEA did not enter the Kubanyi allotment;

9.     In March 2003, GVEA did not cause or order Dave Cruz and/or Cruz Construction to allegedly enter the Kubanyi allotment;

10.     In March 2003, GVEA did not remain on the Kubanyi allotment;

11.   In March 2003, GVEA did not act in concert with or pursuant to a common design with Dave Cruz and/or Cruz Construction to allegedly enter the Kubanyi allotment;

12.   In March 2003, GVEA did not know in advance that Dave Cruz and/or Cruz Construction intended to allegedly trespass on the Kubanyi allotment and did not give Dave Cruz and/or Cruz Construction substantial assistance or encouragement in his/its alleged trespass actions;

13.   GVEA did not control the activities of Dave Cruz and/or Cruz Construction in March 2003 when he/it allegedly entered the Kubanyi allotment;

14.   GVEA had no idea that Dave Cruz and/or Cruz Construction, the subcontractors of Global, would allegedly trespass on the Kubanyi allotment in order to obtain water from Seven-Mile Lake; and,

15.   GVEA's contracts with Global, NI-8 and NI-9, were RUS unit bid contracts in which unit prices were fixed.  Therefore, Global's and/or the Cruz Defendants' means and methods for constructing the ice roads/bridges were strictly within the control of Global and/or the Cruz Defendants and any "reduced construction costs associated with the performance of the maintenance and construction of [the] ice roads" would have benefited Global and/or the Cruz Defendants, not GVEA, and, therefore, there was no "economic advantage" to GVEA from the alleged trespass actions of the Cruz Defendants.

FURTHER, your Affiant sayeth naught.

**AFFIDAVIT OF GREGORY E. WYMAN, P.E.**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 3 of 4

DATED this 10 day of May, 2006, in Fairbanks, Alaska.

_____
Gregory E. Wyman, P.E.

Subscribed and sworn to or affirmed before me at Fairbanks, Alaska, on

the 10 day of May, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Karen A. Day
My Commission Expires January 13, 2008

F:\303869\286\KAD8727.DOC

_____
NOTARY PUBLIC in and for the State of Alaska
My Commission Expires: 1 - 13 - 2008

**AFFIDAVIT OF GREGORY E. WYMAN, P.E.**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 4 of 4