1

Eric P. Gillett, Esq.
2   Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
3   Seattle, WA  98101-1340
Phone:  (206) 287-1775
4   Fax:  (206) 287-9113

5

6

7

8

9

UNITED STATES DISTRICT COURT
10                FOR THE DISTRICT OF ALASKA AT FAIRBANKS

11

12   DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELEZABETH
13   TUZROYLUK, DORIS KUBANYI, VICTOR          NO.  F-04-0026 CIV
KUBANYI, BOBBY KUBANYI, and
14   ARLETTE KUBANYI,                          **DEFENDANT BLACK & VEATCH'S**
**MOTION TO JOIN IN CRUZ**
15                            Plaintiff(s),   **CONSTRUCTION'S MOTION FOR**
**SUMMARY JUDGMENT**
v.
16
GOLDEN VALLEY ELECTRIC
17   ASSOCIATION, DAVE CRUZ, individually
and d/b/a/ CRUZ CONSTRUCTION, BLACK
18   & VECH CORPORATION, TROOPER JAKE
COVEY AND TROOPER PATRICK
19   NELSON, STATE OF ALASKA,

20                            Defendant(s).

21

22          DEFENDANT Black  &  Veatch  Corporation  joins  in  Third-Party  Plaintiff  Cruz

23   Construction, Inc.'s Motion for Partial Summary Judgment.  As evidenced by the moving papers

24   filed by Cruz Construction and the deposition testimony of Plaintiff Don Kubanyi, there is no

25   evidence that the alleged trespass caused any damage to the Plaintiffs' property.

DECLARATION OF SERVICE - 1                    **PREG O'DONNELL & GILLETT** PLLC
00567-4017  35098.doc                              1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The Alaska Supreme Court has upheld that an unintentional trespass which does not result in damage to the property may not be awarded any damages, or at most, nominal damages. Wernberg v. Matanuska Electric Ass'n., Inc., 494 P 2d 790 (Alaska 1972). As such, Defendant Black & Veatch joins in Cruz Construction's request that should it be determined that the Plaintiffs can establish that a trespass occurred, Defendants will only be responsible for nominal damages, or no damages.

Defendant Black & Veatch further joins in Cruz Construction's request that the Court determine there is no liability as to any alleged civil rights violations.  Plaintiff has not set forth any evidence to establish the elements necessary to maintain a civil rights cause of action under 42 USC 1983, which requires that Defendant officials act under the color of State law, that the Defendants acted in an official capacity to deprive the Plaintiffs of a specific right secured by the Constitution, and that the official acts by Defendants were the proximate cause of the Plaintiffs' alleged injuries.

In this particular case, the Plaintiffs' Complaint does not identify which specific Defendants are targeted, but merely states "alleged civil rights violations under 42 USC 1983". Plaintiffs' failure to specify which, if any, Defendants have violated their civil rights is sufficient to dismiss this claim.  Huszar v. Zeleny, 269 F. Supp. 2d 98, 104 (EDNY, 2003).  Furthermore, Plaintiffs have failed to introduce any evidence that any Defendants, other than the police officers, were acting under the color of state law, or participated in the arrest of Don Kubanyi, or that the actions by any defendants was the cause of Plaintiffs' alleged injuries.  As such, any civil rights violations pled against Black & Veatch, as well as the other non-state actor Defendants, should be dismissed.

DECLARATION OF SERVICE - 2
00567-4017  35098.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DATED this 1st day of June, 2006.

PREG O'DONNELL & GILLETT PLLC


By    */s/ Eric P. Gillett*
      Eric P. Gillett, ABA 8611111
      Preg O'Donnell & Gillett PLLC
      1800 Ninth Ave., Suite 1500
      Seattle, WA  98101-1340
      egillett@pregodonnell.com
      P: 206-287-1775 F: 206-287-9113
Attorneys for Defendant Black & Veatch
Corporation

DECLARATION OF SERVICE - 3
00567-4017 35098.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1

## DECLARATION OF SERVICE

2

3    The undersigned certifies under penalty of perjury under the laws of the State of

4    Washington that on this day the undersigned caused to be served in the manner indicated

     below a copy of:

5

6    1.    ***Defendant Black & Veatch's Motion to Join in Cruz Construction's Motion***

7    ***for Summary Judgment***;

     directed to the following individuals:

8

**Counsel for Plaintiffs Don M. Kubanyi,**
9    **Jimmy Kubanyi, et al.**:
     Michael J. Walleri
10   Law Office of Michael J. Walleri
     330 Wendell Street, Suite E
11   Fairbanks, AK  99701

12   ____  **Via Messenger**
     _X_  **Via Facsimile – (907) 452-4725**
13   _X_  **Via U.S. Mail, postage prepaid**
     ____  **Via Overnight Mail, postage prepaid**
14   ____  **Via Email, with recipient's approval**

15

16   **Counsel for Defendant Golden Valley**
     **Electric Association**:
17   Cory Borgeson, Esq.
     Borgeson & Burns, P.C.
18   100 Cushman Street, Suite 311
     Fairbanks, AK  99701

19
     ____  **Via Messenger**
20   _X_  **Via Facsimile – (907) 456-5055**
     _X_  **Via U.S. Mail, postage prepaid**
21   ____  **Via Overnight Mail, postage prepaid**
     ____  **Via Email, with recipient's approval**
22

23

24

25

**Counsel for Defendants Trooper Jake**
**Covey and Trooper Patrick Nelson**:
Venable Vermont, Jr., Esq.
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 20
Anchorage, AK  99501

____  **Via Messenger**
_X_  **Via Facsimile – (907) 258-0760**
_X_  **Via U.S. Mail, postage prepaid**
____  **Via Overnight Mail, postage prepaid**
____  **Via Email, with recipient's approval**


**Counsel for Defendant/Third-party**
**Plaintiff Dave Druz, d/b/a Cruz**
**Construction**:
Dan Quinn, Esq.
Law Offices of Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2038

____  **Via Messenger**
_X_  **Via Facsimile – (907) 276-2953**
_X_  **Via U.S. Mail, postage prepaid**
____  **Via Overnight Mail, postage prepaid**
____  **Via Email, with recipient's approval**

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1    DATED at Seattle, Washington, this 1st day of June, 2006.

2

3                                   PREG O'DONNELL & GILLETT PLLC

4                                   By   /s/ Eric P. Gillett
5                                        Eric P. Gillett, ABA 8611111
                                         Preg O'Donnell & Gillett PLLC
6                                        1800 Ninth Ave., Suite 1500
                                         Seattle, WA  98101-1340
7                                        egillett@pregodonnell.com
                                         P: 206-287-1775 F: 206-287-9113
8                                   Attorneys for Defendant Black & Veatch
                                    Corporation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT BLACK & VEATCH'S MOTION TO JOIN          **PREG O'DONNELL & GILLETT** PLLC
IN CRUZ CONSTRUCTION'S MOTION FOR SUMMARY              1800 NINTH AVENUE, SUITE 1500
JUDGMENT - 5                                           SEATTLE, WASHINGTON 98101-1340
00567-4017  35098.doc                        TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113