Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>           Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>           Defendants. | **MOTION TO EXTEND DEADLINE FOR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CONTINGENT WITHDRAWAL OF PRIOR Civ. R. 56(f) MOTION** |

Case No. FO4-0026

COMES NOW, Plaintiffs by and through their attorney, Michael J. Walleri and moves the Court to extend the deadline to respond to Defendants four Motions for Summary Judgment, for the reasons set forth in the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                           1 of 2
Motion to Extend Deadline

accompanying memorandum.  Plaintiffs' are requesting to an extension to file responses to all four motions thirty (30) days hence (i.e. July 1, 2006).  Contingent upon the granting of this motion, Plaintiff's withdraw the pending motion for a continuance pursuant to Civ. R. 56(f).

Dated this 2nd day of June, 2006 at Fairbanks, Alaska.

>MICHAEL J. WALLERI
>
>/s/ Michael J. Walleri
>AK Bar No. 7906060
>Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 2, 2006 via ECFl to:

Mr. Venable Vermont, Jr.
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak  99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Motion to Extend Deadline

2 of 2