Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>       Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>       Defendants. | **ORDER GRANTING MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR REPLY TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

Case No. FO4-0026


**UPON** Plaintiff's motion to extend the deadline for replies to

Defendants' Motions for Summary Judgment, and the Court being apprised

of the premises therein,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IT IS HEREBY ORDERED, that Plaintiff's request is hereby GRANTED

and the Plaintiff's shall reply to all Defendants' Motions for Summary

Judgment shall be due on July 1, 2006

Date: _____                    _____
                                          United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on 2 June, 2006 via ECF to:

Mr. Venable Vermont, Jr.            Mr. Cory Borgeson
Assistant Attorney General          Boreson & Burns, P.C.
Department of Law                   100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200      Fairbanks, Alaska 99701
Anchorage, Ak 99501

Mr. Eric P. Gillett                 Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.      Richmond & Quinn
1800 Ninth Ave., Suite 1500         360 K Street, Suite 200
Seattle, WA 98101-1340              Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                    2 of 2
Order to Extend Deadline