Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>        Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR OPPOSITION  TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CONTINGENT WITHDRAWAL OF PRIOR Civ. R. 56(f) MOTION** |

Case No. FO4-0026

The Defendant's in this action have filed four motions for summary

judgment and partial summary judgment: Black and Vetch. Covey & Nelson

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                             1 of 3
Memo: Motion to Extend Deadline

on May 5, 2006; Cruz on May 9th, 2006, GVEA May 11, 2006 and Black and Vetch (joining Cruz's Motion) On June 1, 2006. The plaintiff's have previously file a motion for a continuance under Civ. R. 56(f) on the first Black and Vetch motion seeking a response until November 18, 2006. The Court has not ruled on the Civ. R. 56 (f) The parties have agreed that additional discovery is necessary, and entered into a stipulation to extend discovery until October 18, 2006. While the parties have been unable to schedule the planned discovery proposed by the parties, the Plaintiff's have obtained sufficient discovery and other evidence sufficient to go forward with an opposition to are prepared at this time to proceed with the opposition that may be filed within thirty (30) days from the undersigned date.

Additionally, if this extension is acceptable to the Court, the Plaintiffs are proposing the withdrawal of the prior Civ. R. 56(f) motion, which is currently pending before the Court.

This proposed scheduling will advance the proceedings along a quicker timeline as proposed in the Civ. R. 56(f) motion, and allow the court to

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo: Motion to Extend Deadline

2 of 3

consider all motions for summary judgment in a comprehensive and coordinated matter.

The undersigned certifies that he attempted to contact opposing counsel respecting this motion as to whether the motion would be opposed. However, the undersigned was not able to obtain a response from opposing counsel prior to filing this motion.

Dated this 2nd day of June, 2006 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
AK Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 2, 2006 via ECF to:

| | |
|---|---|
| Mr. Venable Vermont, Jr.<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo: Motion to Extend Deadline

3 of 3