UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KUBANYI, et al.   v.   GVEA, et al.

DATE:   June 5, 2006   CASE NO.   4:04-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR CONTINUANCE**

---

Before the Court is Plaintiff's Motion for Continuance in Response to Motion for Summary Judgment at Docket 66 and Defendant Black & Veatch Corporation's Opposition at Docket 71.

Plaintiffs may have until the close of business on **Friday, July 14, 2006,** in which to file their opposition to Defendant Black & Veatch's Motion for Summary Judgment at Docket 57.

M.O. RE MOTION FOR CONTINUANCE