DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY and PATRICK NELSON,<br><br>          Defendants. | Case No. 4:04-cv-0026-RRB<br><br>**COVEY AND NELSON'S NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME** |

Defendants Covey and Nelson have filed a motion for summary judgment; the deadline for the Kubanyis to oppose has passed.  The Kubanyis have now sought an extension of time for 30 days in which to file their opposition to the pending motion for

summary judgment. Covey and Nelson make this conditional non-opposition.

The Kubanyis' motion is expressly based upon their withdrawal of a prior Rule 56(f) motion concerning defendant Black and Vech's motion for summary judgment, and implicitly upon an agreement not to file a Rule 56(f) motion in order to significantly extend the time for them to oppose the other pending motions for summary judgment by other defendants, including Covey and Nelson. If this is the case, then Covey and Nelson do not oppose the Kubanyis' motion for an extension of time for 30 days in order to respond to the Covey and Nelson motion for summary judgment.

DATED this 5th day of June, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  s/ Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760
Venable_Vermont@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 8306067

This is to certify that on this date, a copy of the foregoing
Non-Opposition is being served electronically on:

**Michael J. Walleri**
walleri@gci.net; christen_woodward@yahoo.com

**Daniel T. Quinn**
dquinn@richmondquinn.com; cesary@richmondquinn.com

**Cory Borgeson, Esq.**
cborgeson@bnblaw.com; kday@bnblaw.com

**Eric P. Gillett**
egillett@pregodonnell.com; mmorgan@pregodonell.com

s/ Venable Vermont, Jr. 6/5/06

2