Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et al.<br><br>　　　　Defendants.<br><br>CRUZ CONSTRUCTION, INC. and DAVE CRUZ, individually,<br><br>　　　　Defendant and Third-Party Plaintiffs,<br><br>　v.<br><br>GLOBAL POWER & COMMUNICATIONS, LLC.,<br><br>　　　　Third-Party Defendant. | Case No. 4:04-cv-26-RRB<br><br>**CRUZ DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENTION OF TIME** |

**CRUZ DEFENDANTS' NON-OPPOSITION**
**TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

COMES NOW defendants Dave Cruz individually and Cruz Construction, Inc., by and through their attorneys, Richmond & Quinn, and hereby state their non-opposition to Plaintiffs' Motion for Extension of Time. The plaintiffs seek an extension of 30 days in which to oppose the Cruz defendants' Motion for Summary Judgment. The plaintiffs state that they will not seek a Rule 56(f) continuance, and, on this basis, the Cruz defendants do not oppose this requested extension.

DATED this 6th day of June, 2006, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Defendants Dave
        Cruz individually, and d/b/a
        Cruz Construction, Inc.

By: _____s/Daniel T. Quinn_____
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK  99501
        Ph:  907-276-5727
        Fax: 907-276-2953
        dquinn@richmondquinn.com
        ABA #8211141

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 6th day of June, 2006 on:

| | |
|---|---|
| Michael J. Walleri<br>WALLERI LAW OFFICES<br>330 Wendell St., Suite E<br>Fairbanks, AK 99701 | Cory Borgeson<br>BORGESON & BURNS, PC<br>100 Cushman, Suite 311<br>Fairbanks, AK 99701 |
| Venable Vermont, Jr.<br>ASSISTANT ATTORNEY GENERAL<br>STATE OF ALASKA<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 | Eric Gillett<br>PREG, O'DONNELL & GILLETT<br>1800 9th Ave., Ste. 1500<br>Seattle, WA 98101 |

_____
        RICHMOND & QUINN

2073\038\PLD\NON-OPP PLTFFS' MTN FOR EXT OF TIME

CRUZ DEFENDANTS' NON-OPPOSITION
TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 3