```
Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
```
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>          Plaintiffs,<br><br>   v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>          Defendants. | Case No. 4:04-cv-26-RRB<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that a true and correct copy of the CRUZ DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME was electronically served this 6th day of June, 2006 on:

| | |
|---|---|
| Michael J. Walleri<br>WALLERI LAW OFFICES<br>330 Wendell St., Suite E<br>Fairbanks, AK 99701 | Cory Borgeson<br>BORGESON & BURNS, PC<br>100 Cushman, Suite 311<br>Fairbanks, AK 99701 |
| Venable Vermont, Jr.<br>ASSISTANT ATTORNEY GENERAL<br>STATE OF ALASKA<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 | Eric Gillett<br>PREG, O'DONNELL & GILLETT<br>1800 9th Ave., Ste. 1500<br>Seattle, WA 98101 |

\_\_\_\_s/Daniel T. Quinn_____
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com
ABA #8211141

2073\038\PLD\CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2