UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KUBANYI, et al.   v.   GVEA, et al.

DATE:   June 26, 2006   CASE NO.   4:04-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

Plaintiffs' Motion to Extend Deadline for Opposition to Motions for Summary Judgment (Docket 79) is hereby **GRANTED**. Plaintiffs' oppositions to the motions at Dockets 72, 74, 75, and 78 shall be filed by the close of business on **July 3, 2006**.

M.O. GRANTING EXTENSION