# EXHIBIT 1

**Survey oversized documents filed conventionally**