# EXHIBIT 2

**Affidavit of Eric Stahkle with oversized documents filed conventionally**