| | | |
|---|---|---|
| 1 | | you -- what do you do for a living? |
| 2 | A | I'm president of Cruz Construction, Inc. and we are a |
| 3 | | heavy snow and ice road contractor. |
| 4 | Q | Okay. And where is your principal place of business? |
| 5 | A | Palmer, Alaska. |
| 6 | Q | Okay. And in 19 -- or in 2002, was that your place of |
| 7 | | business also -- or 2003? |
| 8 | A | Palmer is our base. I have two other offices and |
| 9 | | facilities. |
| 10 | Q | And where are they? |
| 11 | A | Fairbanks, Alaska, 4001 South Cushman, and Deadhorse, |
| 12 | | Alaska, Prudhoe Bay. |
| 13 | Q | Okay. And could you describe your involvement with the |
| 14 | | construction of the GVA intertie? |
| 15 | A | Was contracted on two different occasions, one as a |
| 16 | | direct contract with GVA for right-of-way clearing in the |
| 17 | | summer of 2002 and we cleared various sections of the |
| 18 | | intertie under direct contract to Golden Valley and in |
| 19 | | the winter of 2001/2002 and 2002/2003, we were contracted |
| 20 | | to Global Power and Communications for construction and |
| 21 | | maintenance of 78 miles of ice road for the project. |
| 22 | Q | And that was for 2000, 2001 and 2003? |
| 23 | A | Right, it was -- it was a two-year contract. |
| 24 | Q | Oh, okay. Just so that I understand, when would those -- |
| 25 | | when -- in terms of the first year of the construction, |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 1 OF 19

| | | |
|---|---|---|
| 1 | Q | Okay. And in terms of the -- and so this would have been |
| 2 | | -- you first met him when you mobilized the first year on |
| 3 | | your contract? |
| 4 | A | Don himself. I met Victor two years prior -- or had -- |
| 5 | | had conversations with Victor two years prior. |
| 6 | Q | Well, what was that about? |
| 7 | A | In 1999, the intertie was advertised for bid and it was |
| 8 | | advertised some time in late September, early October, |
| 9 | | and so we all looked at the job at that time frame and I |
| 10 | | -- I contacted Victor because that's the only guy that I |
| 11 | | could find that had a phone out -- or that he was from |
| 12 | | Fairbanks and we had looked at putting a construction |
| 13 | | camp in on -- on Victor's land. |
| 14 | Q | And that's the Kubanyi allotment? |
| 15 | A | I -- I'm not certain how it's per -- how it's cut up. I |
| 16 | | was just dealing with Victor and that's who I talked to |
| 17 | | about -- far as I knew, it was his land. |
| 18 | Q | Okay. And what happened with that? |
| 19 | A | Victor was very interested in providing us with, you |
| 20 | | know, land to put it -- put this camp on..... |
| 21 | Q | Mm-hmm (affirmative). |
| 22 | A | .....very interested in participating and, you know, no |
| 23 | | big deal and then the job was canceled, bids were |
| 24 | | returned and they were not opened in '99 and the project |
| 25 | | sat for a year and a half or whatever it was before it |

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

EXHIBIT 3
PAGE 2 OF 19

```
 1        was advertised again.
 2   Q    Did you ever have an agreement with Victor to locate the
 3        camp on the property?
 4   A    We never got that far.
 5   Q    Okay.  Did you know what type of property it was?
 6   A    No, I didn't know -- I just knew that he had some
 7        property there.
 8   Q    Okay.  When was the -- well, when was the next time you
 9        had any contact with the Kubanyi's?
10   A    In December.....
11   Q    Well, let's back up.  Excuse me.  How many conversations
12        did you have with Victor about this proposed construction
13        of the camp?
14   A    We probably had, I would say, a couple on it in '99.
15   Q    And when did you have -- and then what happened after
16        that?  When was your next contact with the Kubanyi's?
17   A    My contact would have been December with Don when we
18        started the winter road in December of 2001.
19   Q    And can you describe that contact?
20   A    Just met Don there.  He was very cordial right there at
21        Seven Mile Lake.  We were doing improvements to the Rex
22        Trail to get it passable and Don was, you know, just out
23        there visiting.
24   Q    And were you accessing the Seven Mile Lake at that time?
25   A    Not in December.  We were using -- we were accessing the
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 3 OF 19

1      Rex Trail at that time.
2  Q   Okay. But you didn't go into Seven Mile Lake?
3  A   Not in December.
4  Q   Okay. And then -- so he was just visiting at that time?
5  A   Right.
6  Q   And what about your next meeting with Mr. Kubanyi or any
7      of the Kubanyi's?
8  A   My own personal self, I probably saw Don several times
9      back in there, you know, on the trail or he'd come by and
10     visit with one of my operators. So.....
11 Q   Did he seem hostile to you?
12 A   Not at that time.
13 Q   Okay. And did you ever talk to him about accessing Seven
14     Mile Lake for -- to obtain water?
15 A   We obtained water in January of 2002 off of Seven Mile
16     Lake so I can't specifically remember if I went and
17     talked to Don about it but we did extract water from
18     Seven Mile.
19 Q   And what -- how did you access the lake?
20 A   Well, the lake flows right into the trail and as you come
21     by -- as you come down the trail, you're running on ice
22     for quite a ways there. I could show you on a map and
23     there's a -- the lake comes right in the trail and you
24     just turn and go right on the lake right on the ice.
25 Q   Okay. And so you were accessing the lake the same way

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 4 OF 19

```
 1           that you accessed it in 2003?
 2   A       Yes.
 3   Q       Okay.  And did anybody ever say anything to you?
 4   A       Nope, never had any discontent, any problems.  Nobody
 5           said anything to us.  We hauled for several days.  I -- I
 6           don't recall exactly the spe -- specifics how many days
 7           we hauled but, you know, it wasn't a whole great amount.
 8   Q       Okay.  Do you know how many days you were on the
 9           allotment?
10               MR. VERMONT:  Objection.
11   A       I don't know that I was on the allotment.
12   Q       Or, excuse me, how many days you were hauling water off
13           of Seven Mile Lake.
14   A       In 2002?
15   Q       Right.
16   A       I'm going to estimate, just go out and hazard a guess,
17           that we probably hauled three days and we probably had an
18           ice shack out there for week and half, two weeks.
19   Q       Were any of the Kubanyi's present at that time?
20   A       The only one that I -- well, I don't know.  I don't know.
21   Q       You never met any of them at that time?
22   A       I don't specifically recall having a conversation with
23           Don -- it would have been Don, you know -- during that
24           period of time, you know, when we were hauling.  I was
25           further on up the line and so I would have heard if there
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 5 OF 19

| | | |
|---|---|---|
| 1 | | was anything bad but..... |
| 2 | Q | Was it ever reported to you that any of your employees |
| 3 | | had contact with Don during that January of 2002 about |
| 4 | | the -- accessing Seven Mile Lake? |
| 5 | A | No. |
| 6 | Q | Okay.  Have any of your employees discussed with you -- |
| 7 | | other than the incidences in 2000 -- in March, 2003, have |
| 8 | | any of your employees reported any discussions that |
| 9 | | they've had with any of the Kubanyi's about accessing the |
| 10 | | lake? |
| 11 | A | I don't know about accessing the lake.  I would say I'm |
| 12 | | not privileged to that.  I know that there was numerous |
| 13 | | conversations, niceties, you know, the blade-operated C- |
| 14 | | dawn out there or this and that so just more like |
| 15 | | friendly stuff, how're you doing and how's the project |
| 16 | | going. |
| 17 | Q | Okay.  And were you aware of and signs in the area |
| 18 | | identifying the Kubanyi land? |
| 19 | A | The only signs that I recall seeing there were the signs |
| 20 | | -- Don had signs going down his driveway which was |
| 21 | | probably a thousand feet to maybe 1,200 feet from where |
| 22 | | we went on the lake and the signs were very much no pres |
| 23 | | -- trespassing and it was for his driveway.  They were |
| 24 | | very adamant.  There was a gate and all that to that |
| 25 | | driveway. |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 6 OF 19

```
 1            March of 2003 about the boundary of the Kubanyi lands?
 2     A      No.
 3     Q      Can you tell me how you came to be in the area on
 4            March 1st of 2003?
 5     A      Well, I managed the project on a daily basis so I was on
 6            that route, on that intertie route almost every day,
 7            seven days a week.
 8     Q      Okay.  And on March 1st, what happened -- of 2003?
 9     A      I'd have to look back in my -- in the field notes to.....
10     Q      Okay.  Well, let's put it this way, when did you start
11            drawing water -- do you know when you started drawing
12            water off of Seven Mile?
13     A      We -- somewhere towards the end of February, we had moved
14            our pump shack down there.  We hauled some water, if I
15            recall right, and we were going to make some snow up on
16            the right-of-way and then the weather kind of was very,
17            very warm and snow making is not conducive to warm
18            weather so we just kind of ceased operations so -- we had
19            done some in -- hauling on -- watering on the Rex Trail
20            and we were thinking -- Mike said we just ceased
21            operations till the weather got a little colder.
22     Q      Do you know when you started -- re-started then?
23     A      Sometime within that time frame, some -- you know, I'd --
24            I'd have to look at the date on my daily report but it
25            was somewhere in -- towards the end of February or first
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 7 OF 19

1  thing that really sticks out in my mind, that Don wanted
2  to work for Golden Valley and Golden Valley didn't hire
3  him and that was really the only thing I remember about
4  it.  I did tell him we were going to extract water.  He
5  knew our ice shack was out there and he didn't have any
6  opposition at all to us doing that.  He knew we had valid
7  permits to do it and, you know, we actually had a nice
8  conversation.
9      I probably talked with him a half an hour or 45
10 minutes right there by his place.  Don asked me if he
11 could use our loader to move some logs.  I told him well,
12 we couldn't use -- he couldn't use it today but we'd come
13 and help him the next day.  We literally volunteered to
14 help him out, you know, so we had that kind of
15 relationship with him, you know.  And then a little later
16 in the day, I got a call from my grader operator, Lance
17 Williamson -- and I'm going to estimate it, it was
18 probably 2:30 to 3:00 o'clock, somewhere within that time
19 frame -- it could have been maybe 3:30 -- and Don and his
20 brother-in-law and a sister and Don's girlfriend or some
21 other gal there, they were -- they were partying and Don
22 wanted -- Lance told me Don wanted 500 gallons of diesel,
23 two cases of beer and whiskey and I said well, I said I
24 can't get him any of that stuff today so, you know, I'll
25 deal with Don tomorrow.  So anyway, Lance indicated that

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 8 OF 19

```
 1            he had one in his truck.
 2   Q    Okay.  Where were your trucks parked?
 3   A    When we were -- when we were loading, we were loading on
 4        the lake.  I instructed them -- after this happened, I
 5        said pull off the lake and they pulled out onto the trail
 6        and parked on the trail.
 7   Q    Okay.  Then how far off the trail were the -- were you
 8        parked were the -- was the equipment parked.....
 9   A    They were right on the trail.
10   Q    .....before the incident?
11   A    Oh, we were on the lake, you know.
12   Q    Okay.  How far off the trail?
13   A    I don't follow you.  We were on the lake.
14   Q    Okay.
15   A    The trail and the lake at that point are the same thing.
16   Q    Okay.  How did you know where the trail was if they were
17        -- the lake and the trail were the same thing?
18   A    It's a very well-used trail that goes back in there.
19   Q    Okay.
20   A    Been used for many, many years to access -- I think it's
21        Gold Canyon that's back up in the mountains there, a
22        mining district.
23   Q    Uh-huh (affirmative).  So off of -- how far off of that
24        well-defined trail were you parked where you -- did
25        you.....
```

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
(907) 276-3876

EXHIBIT 3
PAGE 9 OF 19

```
 1  A    We were parked.....
 2  Q    .....prior to the incident?
 3  A    We were on the lake.  We didn't park our equipment there.
 4       Our equipment was coming down -- we -- I believe at that
 5       time, we had it up on the confluence of -- or at the
 6       intersection of the Rex Trail and the intertie.
 7  Q    Okay.
 8  A    We didn't have a -- you know, a -- that's where we had
 9       our stuff.
10  Q    But when you started hauling water.....
11  A    Right.
12  Q    .....where did you park the.....
13  A    Right on the lake.
14  Q    On the lake.
15  A    Yes.
16  Q    How far?  Ten feet?
17  A    Out in the lake?
18  Q    Yeah.
19  A    Oh, we were probably out in the lake.....
20  Q    No, off the trail, from the well-defined trail.
21  A    Well, you want me to draw you a picture?
22  Q    Sure.  That'd be.....
23          MR. QUINN:  Counsel, I'll offer my picture.....
24  Q    .....helpful.  Well, you got -- oh, there we go.
25          MR. QUINN:  .....if it helps anything but I want to
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 10 OF 19

| | | |
|---|---|---|
| 1 | A | I was very glad that I don't have dead employees and a |
| 2 | | dead inspector and no Dons up for murder charges. I'm |
| 3 | | very, very glad of that. |
| 4 | Q | Okay. And do you think that Don was going to kill your |
| 5 | | employees? |
| 6 | A | I think Don was intoxicated way past the point of |
| 7 | | reasoning and I think that he very well likely would have |
| 8 | | killed my employees. |
| 9 | Q | Did you see Don with a gun? |
| 10 | A | I did not see Don with a gun, no. |
| 11 | Q | Okay. Did you ever find out whether or not there was a |
| 12 | | gun? |
| 13 | A | No, I can't say that I did. |
| 14 | Q | Okay. How much was the contract for? |
| 15 | A | Which? |
| 16 | Q | The first contract for 2001, 2002. |
| 17 | A | It's a two-year contract. |
| 18 | Q | Okay. |
| 19 | A | About $3 million. |
| 20 | Q | For the ice road? |
| 21 | A | Yes. |
| 22 | Q | Okay. And is it fixed price or cost plus or is it |
| 23 | | some..... |
| 24 | A | Fixed price. |
| 25 | Q | And if you have to -- was it up to you as to where you |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 11 OF 19

```
 1            could get the water?
 2     A      I could request what water sources we wanted.  Whether
 3            the state would issue them or not, that would be beyond
 4            my control.
 5     Q      And that was up to Black and Vech to get the permits?
 6     A      Yes.
 7     Q      Okay.  So when you wanted to use the water source, who
 8            did you go to to ask to use that water source?
 9     A      It was Jeff Jensen who asked me and we had maps and --
10            well, like I told you, any -- anything that crossed our
11            intertying right-of-way, anything that was adjacent to
12            it, we wanted it.
13     Q      Okay.  And did Jeff tell you to go ahead and use the
14            Seven Mile Lake, that it was okay to go ahead and use it?
15     A      He -- Jeff didn't tell me it was a permitted water
16            source.
17     Q      Okay.  And how did you know that?
18     A      The state issued a permit to -- I believe, to Golden
19            Valley Electric that I had a copy of.  It's called a
20            TWUP, temporary water use permit, and it outlines lakes,
21            unnamed lakes, streams, rivers.  They have stipulations
22            that go along with it, what you can and can't do, how
23            many -- some of them get very, very explicit on how many
24            gallons you can extract.....
25     Q      Mm-hmm (affirmative).
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 12 OF 19

| | | |
|---|---|---|
| 1 | | and, you know, what did we gain on it, you know? |
| 2 | Q | Mm-hmm (affirmative). |
| 3 | A | You'd -- you'd have to look at something like that. |
| 4 | Q | Okay. And that was..... |
| 5 | A | Like I said, I had water sources all along this. |
| 6 | Q | Okay. But if you had to go to another water source -- |
| 7 | | why is it that you wanted to use that water source? |
| 8 | A | Well, the on -- the -- one of the main reasons is is we |
| 9 | | did some improvements to the Rex Trail for access and -- |
| 10 | | but it was a long haul. See, it's about six miles, if I |
| 11 | | remember right, from right here up to get to the intertie |
| 12 | | so, you know, it's -- that's a fairly long haul. |
| 13 | Q | And that was the closest..... |
| 14 | | MR. VERMONT: The record -- excuse me a minute, the |
| 15 | | record can reflect that he's talking about from the scene of |
| 16 | | where this Kubanyi incident occurred up to the..... |
| 17 | A | To the intersection of the intertie, six..... |
| 18 | | MR. VERMONT: Yeah. |
| 19 | A | Six miles sticks in my mind. I could be wrong but..... |
| 20 | Q | Was there another water source? |
| 21 | A | Oh, I had many of them. |
| 22 | Q | Was -- closer to the Rex Trailhead..... |
| 23 | A | I would -- I don't..... |
| 24 | Q | .....up to the Rex -- the intersection of the intertie |
| 25 | | and the Rex Trail? |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 13 OF 19

1  A   What I remember correctly, this was probably the closest
2      one we had at that point.  We had Fish Creek which I
3      don't recall the distance from Fish Creek to the end of
4      the project.....
5  Q   Okay.
6  A   .....but, you know.....
7  Q   Okay.  Do you know whether or not the Rex Trail crosses
8      any of lands that are owned by any Native corporations?
9  A   I think Toghotthele Corporation has some land up north of
10     Nenana.  It seems like we crossed a portion of their
11     land.  I'm not certain without going back and trying to
12     figure out ownership and who owns what where things are
13     at there.
14 Q   Did you ever talk to Toghotthele about access across
15     their lands?
16 A   No, I did not.
17 Q   Okay.  Were you on rights-of-way, established rights-of-
18     way?
19 A   Yes.  Mm-hmm (affirmative).
20 Q   On the Rex Trail?
21 A   Yes.
22 Q   Okay.  And what steps did you make to make sure that you
23     were on the Rex Trail right-of-way when you were crossing
24     Toghotthele lands?
25 A   That's the -- we had to build -- our ice road had to

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 14 OF 19

-56-

```
 1         Creek?
 2    A    Yes.
 3    Q    Was there much additional cost in doing so?
 4    A    It required mobilization to Fish Creek, a longer haul and
 5         there was some delay and we were compensated for that.
 6    Q    On the morning of March 1st when you talked to Ron
 7         Kubanyi -- Don Kubanyi, he knew that you were out on the
 8         lake at that time, is that correct?
 9    A    Yes.
10    Q    Would you say in your discussion with him, he never
11         objected to your being out there?
12    A    He was more upset that Golden -- yeah, he didn't object
13         to us being out there.  I don't recall that.  What I
14         remember -- what I recall Don being objected, that Golden
15         Valley didn't give him a job.  They had promised him a
16         job and they didn't give him a job.  That's what I
17         recall.
18    Q    So he complained about that that morning?
19    A    More than anything, yes.
20    Q    Okay.  Well, would you say he some way gave you consent
21         to be out there on the lake that day?
22    A    Like I said, I don't recall him -- he -- he didn't tell
23         me no, Dave, you can't go out there, this is not right,
24         anything like that.  We had a very cordial, friendly
25         conversation.  Like I said, I -- I am -- I like Don.  Don
```

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

EXHIBIT 3
PAGE 15 OF 19

| | | |
|---|---|---|
| 1 | Q | Did anyone -- Golden Valley ever tell you what water |
| 2 | | sources to use? |
| 3 | A | Yes. Not -- well, Jeff Jensen gave us the permit -- or |
| 4 | | gave Global the permit and all those water sources were |
| 5 | | available for our use. So that's the ones we could use. |
| 6 | Q | Okay. They gave you a list that you could use but they |
| 7 | | didn't tell you which ones to use? |
| 8 | A | That's correct. |
| 9 | Q | And the permits that they gave you told you that you had |
| 10 | | to acquire access from any property owners that would be |
| 11 | | necessary, isn't that correct? |
| 12 | A | I -- I think that's what -- I'd have to read the |
| 13 | | stipulations of the permit but that's generally what they |
| 14 | | say. |
| 15 | Q | Anyone at Golden Valley ever tell you to disregard the |
| 16 | | terms of the permit? |
| 17 | A | No. |
| 18 | Q | Anyone ever tell you from Golden Valley to trespass on |
| 19 | | people's property? |
| 20 | A | No. |
| 21 | Q | Or from Black and Vech? |
| 22 | A | No. |
| 23 | Q | At any time that you're aware of, did Don Kubanyi ever |
| 24 | | try to block your crew's access to Seven Mile Lake? |
| 25 | A | After the incident, they placed a log -- we had pulled |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 16 OF 19

```
 1            contracted to.
 2   Q    And Mike Gearhart's with Global Power and Communications?
 3   A    Was.  He's dead.
 4   Q    All right.  Sorry.  Okay.  And on the night of this
 5        incident, there were no Black and Vech employees on the
 6        site that evening, March 1st, 2003?
 7   A    Not to my knowledge.
 8   Q    Okay.  Thank you, sir.  I have no further questions.
 9             MR. QUINN:  I just have one very quick question.  I
10   just want to clarify something that -- in response to one of
11   Mr. Vermont's questions and that is.....
```

                        CROSS EXAMINATION
BY MR. QUINN:

```
14   Q    .....Mr. Able who was out on the scene there that night,
15        am I correct that he was not a Cruz Construction
16        employee?
17   A    That is correct.
18   Q    All right.  He was employed by the inspecting company?
19   A    Dryden and Larue.
20   Q    All right.  Good.  That's all I have.
21             MR. WALLERI:  Couple of questions.
```

                        REDIRECT EXAMINATION
BY MR. WALLERI:

```
24   Q    You indicated in response to Mr. Borgeson's questions
25        that there had been a change order to stop work after the
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 17 OF 19

1   Eric also.
2 Q Okay. I have no further questions on it.
3        MR. VERMONT: I don't have any.
4        MS. TAVARES: I don't have a question.
5        MR. VERMONT: Okay. You're a free man. Thank you.
6        MR. WALLERI: Just -- can I ask one more question?
7        MR. VERMONT: Oh, oh, I was afraid of that.
8        MR. WALLERI: I will be -- just one more question.

### REDIRECT EXAMINATION

BY MR. WALLERI:

11 Q In terms of -- did you have a week -- well, two
12   questions. Did you have a weekly project meeting prior
13   to the commencement of drying off -- water off of Seven
14   Mile?
15 A We -- yes, we had a weekly meeting in a -- it was Friday
16   afternoons.
17 Q Okay. Did you -- would -- did you inform the project
18   team that you were going to be mobilizing and drawing
19   water off of Seven Mile at that weekly meeting?
20 A I don't know if I specifically told them I'm going to
21   Seven Mile but they knew where our progress was. It was
22   discussed at -- at the meetings.
23 Q Okay. And was Greg Lyman there?
24 A He was at a lot of them. I can't tell you that he was at
25   that one, you know, because Greg did miss some of them

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 18 OF 19

```
 1              but we had agency folks there, we had owners, we had --
 2              it -- it was a well-run meeting.
 3       Q      Okay.  What -- do you ever remember a weekly project
 4              meeting that GVA was not -- did not have a representative
 5              at that meeting?
 6       A      I don't recall that.
 7       Q      You don't recall that or you don't think.....
 8       A      I don't remember -- I don't remember a meeting that they
 9              did not have a -- have a representative at.
10       Q      Okay.  Thank you.  That's it.
11                     COURT REPORTER:  Okay.  We're off record.
12                     (Off record)
13
14                      * * * END OF PROCEEDINGS * * *
15
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

EXHIBIT 3
PAGE 19 OF 19