Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI, and BRIAN
BAGGETT,

    Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
and d/b/a/ CRUZ CONSTRUCTION,
BLACK & VECH CORPORATION, JAKE
COVEY AND PATRICK NELSON,

    Defendants.

Case No. FO4-0026

STATE OF ALASKA        )
                               )ss
FOURTH JUDICIAL DISTRICT  )

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Plaintiffs' Initial Witness List

1 of 10

EXHIBIT 4
PAGE 1 OF 13

I, Don Kubanyi, after being duly sworn, state as follows:

1) I am a Plaintiff in this matter and have prepared this affidavit in connection with the above captioned litigation.

2) I am the natural son and heir to Nora Kubanyi, who is now deceased.

3) I am an owner of a 1/8th undivided interest in the Nora Kubanyi Native Allotment identified as U.S. Survey 9954, located on the southern shore and adjacent lands of Seven-Mile Lake, as an heir to estate (herein after "The Property").

4) The Rex trail crosse the Nora Kubanyi allotment, but does not provide direct access to Seven Mile Lake.

5) I present at the time that the Nora Kubanyi allotment was surveyed, and knew where the property lines were located, and that a strip of land, belong to the allotment, was between the Rex Trail and Seven Mile Lake.

6) My father posted "No Trespassing" signs around the Nora Kubanyi allotment prior to January 2002.

7) My father also placed a sign four foot by eight-foot, next to the Rex trail before the Rex Trail enters the Kubanyi Allotment, that states that

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

that travelers on the trail are approaching private property and that private property is on both sides of the Rex Trail.

8) The attached exhibit is a true and accurate picture of these signs.

9) These signs were in place, as indicated in the attached pictures on March 1, 2003

10) My primary place of residence is located on the Kubanyi allotment.

11) At no time did I give GVEA, Cruz Construction, or any person connected with the GVEA Intertie project permission to come upon the Nora Kubanyi allotment for the purpose of accessing Seven Mile Lake.

12) I attended several of the scoping an planning meetings conducted by GVEA and the State regarding plans on building, including the route selection for the GVEA Intertie project.

13) I was opposed to the construction of the Intertie along the hilltops, which could be seen from my home.

14) During the Anderson meetings, which was attended by Greg Wyman, I provided GVEA a map and pictures showing the location of my family's allotment in relationship to the planned route.

15) Prior to the Spring of 2002, I came to Fairbanks and met with Greg Wyman, an employee of GVEA in charge of the Intertie project, and

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

mentioned that since I live "out there" was it possible to get a job on the project. Mr. Wyman indicated that it might be possible to get an inspector's job. I never heard from Mr. Wyman again about a job.

16) Again prior to the spring of 2002, I met with Dave Cruz and informed him that I was aware that they planned on pumping water from Seven Mile lake and proposed that if he would give me a job on the project, I would agree to allow GVEA to cross the family allotment to access Seven mile Lake. I am an equipment operator. He told me that they did not have a job opening, and that I had to be a member of the electrical union.

17) I came to Fairbanks to see if I could get into the electrical union so that I might be able to work on the project if a job opening occurred.

18) In the Spring of 2002, workers for Cruz Construction crossed the Nora Kubanyi allotment from the Rex Trail, to access Seven Mile Lake, in order to pump water from the lake to build an ice roads as part of the GVEA Intertie Construction project.

19) In the spring of 2003, workers for Cruz Construction again crossed the Nora Kubanyi allotment to access Seven Mile Lake to pump water

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Plaintiffs' Initial Witness List

4 of 10

EXHIBIT 4
PAGE 4 of 13

from the lake to prepare an ice roads as part of the GVEA Intertie Construction project.

20) Both times, Cruz construction established a pumping station on the lake, pumping water from the lake, loading the water onto trucks and repeadly crossing the Nora Kubanyi allotment with the trucks, hauling water from the lake to the Rex trail.

21) I was not present at my allotment when Cruz Construction established the pumping station on Seven Mile Lake in 2003. I was in Fairbanks preparing for the World Ice Art competition.

22) On March 1, 2003, I returned to my allotment to obtain my electric chainsaw, which I needed for the ice sculpture competition.

23) Upon my return to the allotment, approximately 2:00 pm, I noticed that Cruz Construction had established a water pumping station on Seven Mile Lake, and was preparing to pump water.

24) At that time, I approached workers located on the lake and advised them that they were trespassing upon my allotment, and I asked to talk to whoever was in charge.

25) At this time, I was not intoxicated nor was I armed with a weapon.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Plaintiffs' Initial Witness List

5 of 10

EXHIBIT 4
PAGE 5 OF 13

26) The workers indicated to me that they had a right to be on the allotment and indicated that they would call Dave Cruz, the owner of Cruz Construction to discuss the matter with me.

27) I returned to my cabin and waited for Mr. Cruz.

28) About fifteen minutes later, Dave Cruz arrived in his truck.

29) I went out of my cabin, met with Dave Cruz and advised him that he was trespassing on the Native allotment. I told him that we owned a strip of land between the Rex Trail and Seven Mile Lake that he was crossing. I told him that there was open access to the lake on the north side of the lake. Mr. Cruz said that we were on the north side of the lake. I advised him that he was "bullshitting" me and that he "didn't know north from south". Dave Cruz pulled out a map from a clip board in his truck to demonstrate that he was on the south side, but I did not want to see it. Cruz offered to loan me a loader and operator to do some dirt work on the allotment in exchange for permission to cross the allotment. I advised Mr. Cruz that I would have to talk to my family. Mr. Cruz gave me his card to call him after I talked to my family.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

45) Upon approaching the Troopers, they approached me with a threatening stance, demanded that I show them my hands. One Trooper drew his gun.

46) I was shocked and angry that the Troopers did not make any effort to talk to me about the trespass on the property, and I told the Troopers to "Fuck off" or a similar remark..

47) I was scared that they were going to harm me, and I turned and attempted to return to may house.

48) When I turned, the troopers attacked me from behind, and used a Tazer on me.

49) The troopers knocked me to the ground, again used a Tazer on me, and also used Mace on me. Once on the ground, I surrendered by saying "I give up" or similar statement.

50) After I surrendered the troopers continued to use a Tazer and Mace upon me.

51) At no time, did the Troopers make any inquiry into who owned the land in question.

52) At no time that evening was I armed with any weapon.

53) At no time that evening did I threatened any Trooper.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*signature*
Don Kubanyi

Sworn and subscribed to me this 27th day of June, 2006



*Christine L Woodward*
Notary Public for the State of Alaska
My Commission Expires on: MARCH 9, 2010

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725





EXHIBIT 4
PAGE 11 OF 13





EXHIBIT 4
PAGE 12 OF 13





EXHIBIT 4
PAGE 13 OF 13