```
 1        PURSUANT TO NOTICE, the Deposition of Wayne Walters was
 2   taken on behalf of Plaintiffs before Marci Lynch, Notary Public
 3   in and for the State of Alaska, and Reporter for Liz D'Amour &
 4   Associates, Inc., at the offices of Liz D'Amour & Associates,
 5   330 Wendell Street, Fairbanks, Alaska, on the 27th day of
 6   January, 2006, commencing at the hour of 1:15 o'clock p.m.
```

### TABLE OF CONTENTS

Direct Examination by Mr. Walleri . . . . . . . . . . . . 4
Cross Examination by Mr. Quinn . . . . . . . . . . . . 34
Cross Examination by Ms. Spiers . . . . . . . . . . . . 45
Redirect Examination by Mr. Walleri . . . . . . . . 57
Recross Examination by Ms. Spiers . . . . . . . . . 58

### EXHIBITS:

# 1   Photograph . . . . . . . . . . . . . . . . . . . 27

* * * *

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT 5
PAGE 1 OF 10

```
 1  A    I found out that he liked Oly pop, sir.
 2  Q    Okay.
 3  A    And so I took him a case of it out there.
 4  Q    And then.....
 5  A    And then we sat down and talked.  He offered me a beer
 6       and I said, no, I don't drink.  But then we talked and
 7       I -- as a matter of fact, if I recall correctly, and
 8       I'm not 100 percent sure, sir, I advised him that we're
 9       going to be taking water off the lake there and I
10       pointed over to where it was going to be at.  And there
11       was no shack on there or anything at that time.  It
12       wasn't even plowed.  And then he expounded on some
13       things at that point, sir.
14  Q    And what did he expound on?
15  A    Well, I can't tell you the way he told me, but he was a
16       little bit adamant about they were crossing his
17       property, sir.  And I said, well, didn't they work
18       things out with you?  And he said, nobody ever talked
19       to him.  And that's -- and after that I -- I said --
20       well, I kind of walked a little bit soft, because I
21       didn't want to burn anything or get out of line with
22       him and screw things up, because then I'd probably got
23       jap-slapped alongside the head or something by my boss.
24  Q    Uh-huh.
25  Q    Anyways, he told him that -- he told me, he says, the
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT 5
PAGE 2 OF 10

14

| | | |
|---|---|---|
| 1 | | least they could do is give me a job.  And I said, |
| 2 | | well, what can you do?  And he says he belonged to the |
| 3 | | 302 union which is out of Squarebanks up here.  And I |
| 4 | | said, well, I'll certainly talk to my supervisor and I |
| 5 | | didn't say anything about the guy that was getting the |
| 6 | | water out, Dave, at all or anything like that, but |
| 7 | | eventually I went back and I mentioned it to my |
| 8 | | supervisor. |
| 9 | Q | Now, before we go into that, when he said that he |
| 10 | | thought people were crossing his allotment, what did |
| 11 | | you think about that? |
| 12 | A | Well, the years that I've been going in and out on that |
| 13 | | trail, sir, if I could just make -- give you a scenario |
| 14 | | as -- it's been an SOP of mine that I hunt all over the |
| 15 | | country and trap and do things like that, right.  And I |
| 16 | | found out that people, if you go and talk to them, |
| 17 | | there's only two people out of about 40 people that I |
| 18 | | talk to that wouldn't let me go on their property. |
| 19 | Q | Okay. |
| 20 | A | And because they hunted, too.  I says, hey, I can |
| 21 | | understand that.  And, anyways, my thought was that if |
| 22 | | they would talk to the young man, that things could |
| 23 | | have been worked out, eh. |
| 24 | Q | Uh-huh.  Now, are you familiar with the Rex Trail at |
| 25 | | all? |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 5
PAGE 3 OF 10

16

```
 1         what it does.
 2    Q    And do you have any idea whether or not the allotment
 3         is on -- or have you taken a look on whether or not the
 4         allotment is -- in your mind, when Donny told you he
 5         thought that they would have to be crossing his
 6         allotment, would it -- did you think that that was
 7         accurate?
 8    A    Well, it's -- over the years, sir, it's been my
 9         experience that everybody been's bending the vernacular
10         about where they could go out there.  And, like I say,
11         you got the right-of-way there of 19 foot, but
12         everybody's been going over on their property with
13         these track rigs and -- I mean, the conglomeration of
14         things, including the gold miners going out there
15         skidding their fuel and all that stuff out there.  And
16         I have a working knowledge of where it is, but if it's
17         surveyed off like that, I -- I can't say, sir.  I
18         really don't know.
19    Q    Okay.  Now, once -- in this -- once Donny basically
20         told you that he thought the least they could do was
21         give him a job, what did you do with that information?
22    A    Well, I went back and I talked to my CO right away, and
23         told them that -- that Donny is a little bit
24         disgruntled and that stuff and that we should do
25         something to appease him, get him a job, if nothing
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 5
PAGE 4 OF 10

|   |   |   |
|---|---|---|
| 1 |   | the allotment in this area? |
| 2 | A | They're all over. |
| 3 | Q | Can you -- again, referring to exhibit N of the Don |
| 4 |   | Kubanyi deposition, could you kind of show us roughly |
| 5 |   | and describe where the signs are? |
| 6 | A | Okay.  With the map oriented to the north and I'm |
| 7 |   | looking down on it now, and the Rex Trail comes from |
| 8 |   | the right, which is from the highway, sir, there's |
| 9 |   | signs all along here.  And I say along here, which |
| 10 |   | would be on the north side of the right-of-way and, as |
| 11 |   | a matter of fact, there's also a pretty high-tech fence |
| 12 |   | in there.  I don't know where they got it from.  Boy, |
| 13 |   | I -- I don't know why they would put something that |
| 14 |   | elaborate in there.  But anyways, it's a -- what do |
| 15 |   | they call them, McKinley fences type thing.  It's got |
| 16 |   | barby wire on the top and that stuff.  And that runs |
| 17 |   | along -- if -- if they have a map there, the tan area |
| 18 |   | which is immediately to the right of the la- -- of the |
| 19 |   | map and on the north side of the right-of-way, that |
| 20 |   | runs along there.  And in there, there's -- there's |
| 21 |   | signs there also, sir.  When you go further along, I |
| 22 |   | think -- and I wouldn't want to be quoted, but I think |
| 23 |   | there's some which would be just about in the center of |
| 24 |   | the lake.  And there's a whole passel of them over here |
| 25 |   | on the trail that actually goes south from -- on the |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT  5
PAGE 5 OF 10

|    |   |   |
|----|---|---|
| 1  |   | east side of the lake.  There's a trail that goes up on |
| 2  |   | the hills up there in the -- on the bench and there's a |
| 3  |   | whole passel of signs in there, too.  And then there's |
| 4  |   | some that are on this side, too.  Then there's a |
| 5  |   | trapping sign.  His brother, who's got a -- or his |
| 6  |   | relative that's got a cabin up here, traps and he's got |
| 7  |   | a trapping trail in here and he's got that marked.  I |
| 8  |   | can remember that. |
| 9  | Q | That's on the..... |
| 10 | A | Which would be the south..... |
| 11 | Q | .....east side? |
| 12 | A | No, southeast side, sir, would be on the extreme east |
| 13 |   | of the lake right at the bottom.  And then there's |
| 14 |   | another trail or another trap.  He's got a sign by the |
| 15 |   | trap identifying it, so nobody would get into it and |
| 16 |   | get hurt or anything like that. |
| 17 | Q | Okay.  I'm going to hand you another exhibit.  This is |
| 18 |   | in the -- this is a picture in the packet that we had |
| 19 |   | earlier.  This is identified as Kubanyi v. G- -- the |
| 20 |   | bate stamp, plaintiff number 104.  This is the |
| 21 |   | original. |
| 22 |   | MR. WALLERI:  I'm going to -- and we're going |
| 23 | to -- if we can, we're going to mark this as an exhibit, if we |
| 24 | can.  We'll go ahead and use this as the exhibit, if we can. |
| 25 |   | COURT REPORTER:  1 or A? |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT  5
PAGE 6 OF 10

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | second one being the winter of '02-'03.  And are you                 |
| 2  |   | telling me that you -- that these four contacts that                 |
| 3  |   | you had were in that first winter, that is the '01-'02               |
| 4  |   | winter?                                                              |
| 5  | A | Yes, sir.                                                            |
| 6  | Q | Okay.  And during the second winter, do you know if you              |
| 7  |   | had any contacts at all with Mr. Kubanyi?                            |
| 8  | A | I don't honestly recall, sir, of -- the only contact I               |
| 9  |   | had with him is at one of the local emporiums at a.....              |
| 10 | Q | Okay.                                                                |
| 11 | A | .....welfare party for a young lady that had cancer.                 |
| 12 | Q | Okay.  So that was not a work-related contact?                       |
| 13 | A | No, sir.  As a matter of fact, now I recall, this was                |
| 14 |   | after the fact that when he had that dissertation with               |
| 15 |   | the troops.  Yeah.                                                   |
| 16 | Q | Okay.  So you saw him kind of on a social basis after                |
| 17 |   | this incident happened?                                              |
| 18 | A | Yes, sir.                                                            |
| 19 | Q | And that was at a time when you were no longer in that               |
| 20 |   | position?                                                            |
| 21 | A | Oh, yeah.  I was out of it, probably.  I don't know, it              |
| 22 |   | was -- I was there for the first winter and part of the              |
| 23 |   | second winter, sir.                                                  |
| 24 | Q | Okay.  All right.  And then do you know whether during               |
| 25 |   | the first winter, there was actual extraction of water               |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT  5
PAGE  7  OF  10

|   |   |   |
|---|---|---|
| 1 |   | crew in with choppers and brushed it out, but there was |
| 2 |   | no road and then what happened is then Mr. Cruz, Dave |
| 3 |   | Cruz and his guys come through with a groomer it's |
| 4 |   | called. And it munches up and chews everything in |
| 5 |   | front of it and lays a really, really nice trail down. |
| 6 |   | And that's some of the prelude before they would |
| 7 |   | actually go in and get the water, ma'am. |
| 8 | Q | Sure. |
| 9 | A | And they put the water over the top of it then. And |
| 10 |   | that's not the only place they got it. They got it out |
| 11 |   | of Julius Creek up here. They got it out of Tina Lake. |
| 12 |   | They would put this little cab- -- or this little |
| 13 |   | pumphouse on there so the pump wouldn't freeze up and |
| 14 |   | that stuff. |
| 15 | Q | Okay. |
| 16 | A | And it was in various places. |
| 17 | Q | So at the time you talked to Don Kubanyi, they hadn't |
| 18 |   | gotten that far, they weren't doing that on the Rex |
| 19 |   | Trail, they weren't taking water out of the lake yet? |
| 20 | A | No. They weren't making the ice road at that time, |
| 21 |   | ma'am. It was -- it was the early stages of the -- the |
| 22 |   | project, ma'am. |
| 23 | Q | So were you ever out on the Kubanyi property when the |
| 24 |   | ice road was in place? |
| 25 | A | I'm sorry, when what? |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 5
PAGE 8 OF 10

|   |   |   |
|---|---|---|
| 1 |   | was just going out for safety reasons and making sure |
| 2 |   | that we're not getting in a situation where the guys |
| 3 |   | would -- they'd fill up these trucks.  They have a |
| 4 |   | tendency to let the water run out and it gets glazed in |
| 5 |   | that stuff.  And we find that when these guys are in a |
| 6 |   | hurry, which most of them are, to do a good job, they |
| 7 |   | start scampering along and that's when they're slipping |
| 8 |   | and hurting themselves and breaking their carcass up in |
| 9 |   | that stuff, ma'am. |
| 10 | Q | So you weren't aware of any complaints or any problems |
| 11 |   | from Don Kubanyi during that time that -- at this time, |
| 12 |   | anyway, at this stage of the project? |
| 13 | A | Well, just that he wanted a job, ma'am.  Yeah. |
| 14 | Q | But no complaints as to how the work was being done or |
| 15 |   | where they were doing it or anything like that? |
| 16 | A | No.  The only thing that I can recall is I asked who |
| 17 |   | gave them permission to go out there.  And I'm just |
| 18 |   | trying to think; I think possibly Dave Cruz is the one |
| 19 |   | I talked to, ma'am.  And -- and I'm almost about 99 |
| 20 |   | percent sure it was him and he told me some |
| 21 |   | governmental agency and I don't remember who it was, |
| 22 |   | gave him permission to go out there, ma'am.  And I'm |
| 23 |   | sure they would give him permission to go out and take |
| 24 |   | the water off and they'd have to have a permit, but -- |
| 25 |   | if there is, which there is, of course.  Private |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 5
PAGE 9 OF 10

```
 1              property there, crossing the property, I would assume,
 2              unless there's some statute that I'm not aware of,
 3              easements or right-of-ways alongside of a lake that
 4              they would have to get permission from Mr. Kubanyi.
 5              That's presumptive on my part, ma'am.  If it's a gold
 6              mine, that's one thing or if you need egress alongside
 7              or across the gold mine, you can walk the lakeshore
 8              within a reasonable distance, but on something like
 9              this, I don't know.  That's -- you.....
10    Q         But, yeah, you don't know for sure.
11    A         You got it, yeah.
12    Q         You don't know if they.....
13    A         Yeah.
14    Q         .....had permission, didn't have permission, what
15              permits they had.  You're not familiar with any of
16              that.....
17    A         No, uh-huh.
18    Q         .....specifics of the project?
19    A         I'm just again -- remember I'm just a flunky, woman.
20              I'm not a -- one of them high class bosses or anything.
21    Q         So during most of this project, you really hadn't had
22              contact with the Kubanyi family, talked to them at all?
23    A         Just those times that we referred to.....
24    Q         Just at that very beginning.....
25    A         Yeah, yeah.
```