1  A  Basically, the use of the taser at the time was on the

2     use of force continuum right about the same place as OC

3     spray.

4  Q  And what's OC spray?

5  A  The oleoresin capsicum.  Is that what you're asking?

6  Q  Yeah, sometimes called mace?

7  A  No, it's totally different than mace.

8  Q  Totally different.  Okay.  So that's a pepper spray, this

9     OC spray?

10 A  Yes.

11 Q  Okay.  And the -- under what conditions is force such as

12    a taser authorized in your mind?

13 A  To control a subject that is not following your basic

14    verbal commands.  You got a force continuum, basically,

15    that starts off with your officer presence, just by me

16    showing up in uniform.  You got verbal commands, soft

17    hand techniques, basically, controlling the subject using

18    arm bars, wrist locks, that sort of thing.  If that

19    doesn't work, then proceed to the next level which would

20    be OC or electronic devices such as the taser.

21 Q  And what is the purpose of using a taser?

22 A  To gain compliance, to get the subject into custody.

23 Q  Okay.  And after the subject has -- is in custody or is

24    complying with your demands, that's -- is force of the

25    taser authorized after that?

EXHIBIT __6__
PAGE _1_ OF _49_

1    A    There's basically no reason to use any amount of force

2         anymore once the subject is compliant and in control.

3    Q    Okay.  Now, have you ever -- I'm going to hand you a --

4         an exhibit here if I can.

5             MR. WALLERI:  You want to go ahead and mark that?

6    And then I have copies for some people.

7             COURT REPORTER:  Mark exhibit 1.

8                           (AST Standard Operating Procedures

9                           Excerpt (4 pages) marked Exhibit 1)

10            COUNSEL:  Thanks a lot.

11            COUNSEL:  Thank you.

12   Q    (By Mr. Walleri)  Have you ever seen that before?

13   A    Give me just a second to go through it.

14   Q    Go right ahead.

15   A    Yeah, it looks like a excerpt out of the D detachment SOP

16        in regards to a Native land trespassing enforcement.

17   Q    Had you ever seen this before March -- or before your

18        incident of March 1st, 2000 and.....

19            COUNSEL:  Three.

20   Q    .....3.  Thank you.

21   A    I can't say specifically that I sat down and read this

22        particular portion of it.  I knew it was in the SOP.

23   Q    Okay.  Do you know if there's a -- if the manual contains

24        a des -- policies relating to Native -- trespass on

25        Native lands?

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

EXHIBIT 6
PAGE 2 OF 44

1    rural area, can't fire acrossed a -- a paved road or any

2    sort of a road, can't fire, you know, up in the air as to

3    create a danger to nearby landowners where the bullet can

4    fall down inside someone's house.  I mean, there's all

5    sorts of applicable laws.

6  Q  Well, what about posting?  Are you familiar with the idea

7    that land should be posted?

8  A  No, I'm not familiar with that.

9  Q  Would you take a look on the second page?  It talks about

10   landholders intending to close lands to general use will

11   be encouraged to give notice to users via radio,

12   television.  (Pause)  Why don't you take a look at that?

13 A  That's what I'm doing.  Okay.

14 Q  Okay.  In F, it says the complaining or inquiring

15   landholder will be instructed to contact AST for

16   assistance when trespassers refuse to leave lands that

17   have been legally posted.  Landholders will be encouraged

18   to make at-scene citizen's arrests but do not have the

19   right to do so.

20      MR. VERMONT:  Excuse me, just for the record, you

21 read that wrong.

22 Q  (By Mr. Walleri)  But do -- and -- but do have the right

23   to do so.  Yeah, but do have the right to do so, correct?

24 A  That's what the -- that's what P says.

25 Q  Okay.  So if you come across a situation and you see that

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 6
PAGE 3 OF 49

```
1            that the Indian wasn't armed but he was threatening?

2    A      I don't recall that, no.

3    Q      Well, do you have any recollection of being concerned

4           about whether or not Mr. -- the person known to you at

5           that time as the Indian might have a valid concern about

6           people trespassing on his land?

7    A      Rephrase that again for me real quick.

8    Q      Do you have any current recollection that you -- of

9           concern by you at that time that the person referred to

10          as the Indian was concerned about people trespassing on

11          his land?

12   A      At the time, my concern was that there was a complaint

13          made about a firearm, there was a complaint made of

14          threats to shoot people with that firearm and that the

15          person was intoxicated.  Those three things combined, you

16          know, based on my experience, are a recipe for disaster.

17          Certainly, I don't want to get hurt myself but, on the

18          other hand, I want to ensure that no one else at the site

19          gets hurt either.

20   Q      But.....

21   A      My main focus was to ensure that no one gets hurt.

22          That's my main focus.

23   Q      You were also aware that Mr. Kubanyi was not armed at the

24          time though, according to Mr. Cruz?

25   A      No, I wasn't aware of that.  I wasn't aware that he
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT  6
PAGE 4 OF 44

-34-

| | | |
|---|---|---|
| 1 | | machines in his party. |
| 2 | Q | Did you see a firearm? |
| 3 | A | Where? |
| 4 | Q | On Mr. Kubanyi. |
| 5 | A | No. |
| 6 | Q | Okay.  Did you later find out whether or not he had a |
| 7 | | firearm on him? |
| 8 | A | After he was taken into custody, we did a pat-down search |
| 9 | | him and we didn't find one. |
| 10 | Q | Okay.  Now, are you sure that Trooper Covey said show |
| 11 | | your hands? |
| 12 | A | I believe so. |
| 13 | Q | Could it be that Trooper Covey said get down on the |
| 14 | | ground? |
| 15 | A | Like I said, he either said show his hands or turn around |
| 16 | | or get on the ground, something to that effect.  I know |
| 17 | | specifically that I told him to show his hands and to get |
| 18 | | on -- get down on the ground. |
| 19 | Q | Did Mr. Kubanyi respond? |
| 20 | A | By saying fuck you. |
| 21 | Q | Say anything else? |
| 22 | A | Yes, I think -- believe he said why. |
| 23 | Q | Okay.  And what'd you tell him? |
| 24 | A | To -- I think I told him to get down on the ground. |
| 25 | Q | Okay.  You didn't tell him why, did you? |

EXHIBIT  6
PAGE  5  OF  49

| 1 | Q | (By Mr. Walleri)  So what'd he do after that? |
| 2 | A | Like I said, he started back-ped -- back-pedaling a |
| 3 | | little bit.  Myself and Trooper Covey moved in to place |
| 4 | | him in some sort of restraints.  At some point I got |
| 5 | | struck in the face by Mr. Kubanyi and we all fell to the |
| 6 | | ground. |
| 7 | Q | Are you sure he wasn't turned away from you? |
| 8 | A | When? |
| 9 | Q | When you tased him. |
| 10 | A | Yes. |
| 11 | Q | And so how -- so you physically grabbed him and put him |
| 12 | | on the ground? |
| 13 | A | No, we kind of all fell down together. |
| 14 | Q | Okay.  Before you tased him? |
| 15 | A | No, this was after I'd discharged the cartridge off the |
| 16 | | taser. |
| 17 | Q | Okay.  But that would have hit him in the front, correct? |
| 18 | A | What's that? |
| 19 | Q | That taser would have hit him in the front. |
| 20 | A | Not necessarily. |
| 21 | Q | Where did it hit him? |
| 22 | A | The actual prongs? |
| 23 | Q | Yeah. |
| 24 | A | I don't recall where, I think one was in the upper area |
| 25 | | up here somewhere up by the shoulder area on the -- I |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 6
PAGE 6 OF 44

| STATE OF ALASKA<br>DEPARTMENT OF PUBLIC SAFETY<br>ALASKA STATE TROOPERS<br>STANDARD OPERATING PROCEDURES<br>"D" DETACHMENT<br><br>FAIRBANKS POST | No. 300.04 | Page 1 of 4 |
| --- | --- | --- |
| | Issued: 9/15/99 | Purge: Indefinite |
| | Updated: | Effective: Immediately |
| Approved by: Capt. Mike Stickler | Subject: Native Lands Trespassing Enforcement | |

## CONTENTS

1. POLICY PURPOSE AND GOALS
2. REQUEST FOR INFORMATION ON TROOPER ENFORCEMENT OF NATIVE LANDS TRESPASS
3. TRESPASSING COMPLAINTS AND RESPONSE
4. CARE OF DEFENDANTS PERSONAL PROPERTY

## 1. POLICY PURPOSE AND GOALS:

It is important that native lands trespass complaints be dealt with in an impartial and consistent manner by AST and FWP personnel to minimize conflicts between native landholders and land users. The purpose of this policy is to provide a mechanism for resolution of criminal trespass complaints on native lands.

Our goal is to prevent violent confrontations between native landholders and land users by providing a viable resolution process.

## 2. REQUESTS FOR INFORMATION REGARDING TROOPER ENFORCEMENT OF NATIVE LANDS TRESPASS:

A. Persons inquiring will be informed of the contents of Alaska Statutes governing trespass crimes; 11.46.320 - 11.46.350.

B. Landholders and land users will be advised to comply with applicable Alaska law. Landowners will be instructed to notify AST once they have documented violation of law and complied with AS 11.46.320 - 11.46.350.

| Subject: Native Lands Trespassing Enforcement | No. 300.04 | Page 2 of 4 |
| --- | --- | --- |

EXHIBIT  6     Kubanyi 0320<br>PAGE  7  OF 49

C.  Landholders intending to close lands to general use will be encouraged to give notice to users via radio, television and newspaper coverage of intended closures and to publish maps of those areas to be closed and/or advertise telephone numbers and locations where the public can call and obtain information.

D.  Landholders intending to close lands will be encouraged to train employees to document the elements that constitute trespassing violations. Landholders will be required to provide appropriate maps, documentation of posting or notice, and statement of authority to enforce trespassing sanctions as authorized by the entity who controls the land in dispute. Such documentation will be provided to AST at the time a complaint is lodged. It is the responsibility of the investigating trooper to prepare the AST report necessary for prosecution.

E.  Landholders that intend to close lands, or that have already closed lands, will be advised by AST personnel that AST will not respond to trespassing complaints unless the landholders/agents have complied with AS 11.46.320-350 for the purpose of establishing the elements of the crime.

This includes:

1.  Photographs taken of current posting of property at the time of the trespass with wording complying with law.

2.  Statements of witnesses, diagrams, maps, entitlements, river navigation maps by Federal and State government, written notice, and all other requirements of the law. This is in addition to the elements of the crime of trespass documented in the statement.

F.  The complaining or inquiring landholder will be instructed to contact AST for assistance when trespassers refuse to leave lands that have been legally posted. Landholders will not be encouraged to make at-scene citizen's arrests, but do have the right to do so.

3.  **TRESPASSING COMPLAINTS AND RESPONSE**:

A.  All trespassing complaints received from landholders or users will result in a dispatch card being initiated by receiving personnel.

B.  The landholders/complainant will be required to document compliance with AS 11.46.320-350 with photographs of legal postings and the trespasser's camp as well as detailed statements of the crime elements as outlined in AS 46.320-350.

| Subject: Native Lands Trespassing Enforcement | No. 300.04 | Page 3 of 4 |
|---|---|---|

EXHIBIT 6
PAGE 8 OF 11      Kubanyi 0021

C. If the landholder has met all of the requirements of AS 11.46.320-350 and requested the trespasser to leave and the trespasser refuses to leave when requested to do so by the landholder or his agent, AST response will be:

1. Caution the landholder against using any type of force to effect an arrest for trespassing unless the landowner has a professional private security force that will perform the arrest.

2. Arrange to meet the complainant at the trespass site after the landowner/complainant has provided evidence of the trespass including photographs of signs posted in compliance with AS 11.46.320-350 and a detailed statement from witnesses that cover the elements of crime of trespass.

3. Advise the landholder/complainant that he/she must perform a citizen's arrest to arrest the trespasser(s), sign a citizen arrest form, and at the minimum, fill in the top portion of the citizen arrest form and agree to appear in court as the complaining witness.

4. If the trespasser(s) agree to leave the trespass site, a uniform criminal summons will be initiated and signed by the landlord/complainant.

5. If the trespasser(s) refuses to leave the posted land, the landlord/complainant may perform a citizen's arrest and comply with B and C above. The trespasser will be incarcerated in compliance with local policy for misdemeanor arrests.

6. Under no circumstances will AST personnel be the complainant in these cases. The land title in many native land entitlements is legally clouded and involves navigation of river beds, high water marks and other matters. It is not the responsibility of AST personnel to ascertain those boundaries and issues.

4. **CARE OF DEFENDANTS PERSONAL PROPERTY**:

A. By law, AST is charged with caring for the property of arrestees who do not have an agent or family readily available to provide security for their property. For example, if a driver arrested for DWI on the road system has no one to take custody of their vehicle, an approved impound service will remove and store the vehicle.

| Subject: Native Lands Trespassing Enforcement | No. 300.04 | Page 4 of 4 |
| --- | --- | --- |

EXHIBIT _6_
PAGE _9_ OF _44_

Kubanyi 0322

Alaska where there is no one to call to care for the defendant's personal property, it becomes the responsibility of the trooper taking custody of the trespasser.

C. Therefore, troopers assisting landholders in effecting a citizen's arrest for trespassing on native lands will use all lawful means to encourage trespassers to leave via their own means after they are issued a USC. A physical arrest will obligate AST to expensive transportation and storage of airplanes, boats, camping gear, weapons, food items, game meat or fish and other items.

EXHIBIT 6
PAGE 10 OF 49

Kubanyi 0323



## STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

| | Case No. 03-14616 |
|---|---|
| | Date Investigated 3-1-2003 |

| Reporting Officer | PsrnID | Investigating Agency | | |
|---|---|---|---|---|
| Patrick Nelson | PSN0 | AST | Detach D | UnitID HEAE |

ID 000 (REV 1/00)

### INFORMATION:

On 3-1-03 at 2222 hours, myself and Trooper Covey responded to mile 181.5 Parks Hwy to contact an entertie worker who reported Don Kubanyi had threatened to shoot members of his crew if they crossed his land again. He stated that Kubanyi was intoxicated and very intimidating. We followed the complainant approximately 10 miles east off the highway down the Rex Trail to the 7 mile Lake area where the crew is constructing an ice bridge for the entertie job.

While interviewing witnesses and victims, a male later identified as Kubanyi was observed walking towards us across the frozen lake.

Kubanyi was contacted by Trp. Covey who ordered him to show his hands which he did not comply with. I observed Kubanyi to have an aggressive stance and was saying profanities to Trp. Covey upon my arrival. Kubanyi was advised that he was under arrest for assault at which point he said something to effect of "Fuck you. I'm not doing anything for you" Kubanyi was was advised by me that he was under arrest again and to turn around and put his hands behind his back at which point he took an aggressive stance with fists balled up at his sides and feet spread apart. It was obvious to myself that he was not going to comply with my orders. He was advised that if he did not comply that he would by controlled with an electric shock (M-26 Taser) to which he stated again "Fuck You" I activated the Taser which struck Kubanyi in the upper left shoulder area and middle stomach area which did not produce the desired effect. Kubanyi pulled out the electric cords breaking one of them while starting to turn and run from myself and Trp. Covey. I dropped the cartridge from the Taser and attempted to place Kubanyi into an arm bar at which point he turned and struck me in the right side of the face resulting in fear of continued assault and pain in the right side of my face. I activated the Taser again and applied it directly to his lower back / kidney area at which time he fell to the ground and continued to swing his arms in an attempt to strike myself and Trp. Covey who was also trying to restrain him. Taser was applied for a third time to the upper back / lower neck area which produced the desired effect, incapacitating Kubanyi as long as the current was activated. Upon deactivation of the Taser he continued to struggle and fight with myself and Trp. Covey at which time Trp. Covey sprayed Kubanyi in the face with Oleoresin Capsicum which incapacitated him enough to get restraints on him.

During this contact, Kubanyi was noted by myself to have a strong odor of alcoholic beverage about his breath and person.

Kubanyi was taken to the patrol vehicle were I washed his eyes and face off with cool water and wiped him with clean napkins. I removed the Taser prongs from his carharts which will be stored at Cantwell Evidence. I examined his skin under the clothing which showed no obvious signs of injury where the prongs had struck. They had not penetrated the carharts and several layers of clothing under them.

Kubanyi thanked me for washing his eyes out and was transported to FCC in Fairbanks.

EXHIBIT __6__
PAGE _11_ OF _49_

PAGE ___

| REVIEWED AND APPROVED BY | PsrnID | Date |
|---|---|---|
| | | |

# STATE OF ALASKA
# EPT. OF PUBLIC SAFETY

| | | | | Case No. | | |
|---|---|---|---|---|---|---|
| | | | | 03-14616 | | |
| PermID | Investigating Agency | | | Detach | UnitID | |
| JSC0 | Alaska State Troopers | | | D | CANE | |

| | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|
| | M | W | 72 | 220 | BRO | HAZ | 6/7/1977 |
| Residence / Cell Phone | | | | Driver's License No. | | | State |
| 232-6816 | | | | 6634536 | | | AK |
| Work Phone | | | | Occupation | | | |
| unk | | | | laborer | | | |
| DIC / Other ID No. | | | Charged/With | | Susp.Act.No. | Juv.Dispo. | |

| | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|
| | M | W | 69 | 170 | BRO | BRO | 9/9/1955 |
| Residence / Cell Phone | | | | Driver's License No. | | | State |
| 388-1584 | | | | 0930861 | | | AK |
| Work Phone | | | | Occupation | | | |
| unk | | | | consultant | | | |
| IC / Other ID No. | | | Charged/With | | Susp.Act.No. | Juv.Dispo. | |

| | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|
| | M | W | 72 | 260 | BLK | BRO | 9/21/1962 |
| Residence / Cell Phone | | | | Driver's License No. | | | State |
| 450-8520 | | | | 6474390 | | | AK |
| Work Phone | | | | Occupation | | | |
| unk | | | | laborer | | | |
| IC / Other ID No. | | | Charged/With | | Susp.Act.No. | Juv.Dispo. | |

| | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|
| | M | W | | | | | |
| Residence / Cell Phone | | | | Driver's License No. | | | State |
| Work Phone | | | | Occupation | | | |
| | | | | state trooper | | | |
| Other ID No. | | | Charged/With | | Susp.Act.No. | Juv.Dispo. | |

| | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|
| Residence / Cell Phone | | | | Driver's License No. | | | State |
| Work Phone | | | | Occupation | | | |
| Other ID No. | | | Charged/With | | Susp.Act.No. | Juv.Dispo. | |

| | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|
| Residence / Cell Phone | | | | Driver's License No. | | | State |
| Work Phone | | | | Occupation | | | |
| Other ID No. | | | Charged/With | | Susp.Act.No. | Juv.Dispo. | |

| | | | | Case No. | | |
|---|---|---|---|---|---|---|
| | | | | 03-14616 | | |
| ...ncy | ...e Troopers | | | Detach | UnitID | |
| | | | | D | CANE | |

| | | Date Occurred | | | |
|---|---|---|---|---|---|
| | | 3/1/03 | | | Z210 |
| Patrol Zone | HJBM | Dom. Viol. | | Area or Juv Invest | A |
| | | Date Occurred | | | Yr. Incurred |
| | | 3/1/03 | | | Z210 |
| Patrol Zone | HJBM | Dom. Viol. | | Area or Juv Invest | A |
| | | Date Occurred | | | Yr. Incurred |
| | | 3/1/03 | | | Z315 |
| Patrol Zone | HJBM | Dom. Viol. | | Area or Juv Invest | A |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |
| | | Date Occurred | | | Yr. Incurred |
| Patrol Zone | | Dom. Viol. | | Area or Juv Invest | |

EXHIBIT 6

PAGE 12 OF 44

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No.
03-14616

| Location / Evidence Locker | Property Status | Status Codes | ST = Stolen, RE = Recovered, FO = Found, EV = Evidence, SK = SafeKeeping |
|---|---|---|---|
| Cantwell Evidence | EV | | |

| Submitting Officer | PermID | UnitID | Type Codes | A = Currency, B = Jewelry, C = Clothing, D = Vehicles, E = Office Eq., F = Electronic Eq., G = Firearms, H = Household, I = Consumables, J = Livestock, K = Misc. |
|---|---|---|---|---|
| Jake Covey | JSCO | CANE | | |
| Case Officer | PermID | UnitID | | |
| Jake Covey | JSCO | CANE | | |

12-210 (REV. 1/00)

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 1 | K | $0.00 | microcassette | Olympus | XB60 | WHI | None | none |

Serial No.: NONE

Other Information: interviews and contact with Don Kubanyi

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept of Public Safety from responsibility for same. Signature or P.O. Reg. No. ✗

Printed Name: ___ ID Number: ___ Date: ___

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 2 | K | $0.00 | Taser prongs | unk | M-26 | SIL | none | none |

Serial No.: NONE

Other Information: Taser prongs used on Don Kubanyi

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept of Public Safety from responsibility for same. Signature or P.O. Reg. No. ✗

Printed Name: ___ ID Number: ___ Date: ___

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Serial No.:

Other Information:

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept of Public Safety from responsibility for same. Signature or P.O. Reg. No. ✗

Printed Name: ___ ID Number: ___ Date: ___

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Serial No.:

Other Information:

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept of Public Safety from responsibility for same. Signature or P.O. Reg. No. ✗

Printed Name: ___ ID Number: ___ Date: ___

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Serial No.:

Other Information:

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept of Public Safety from responsibility for same. Signature or P.O. Reg. No. ✗

Printed Name: ___ ID Number: ___ Date: ___

## RECORD OF CUSTODY

| ITEM # | REC FROM: SIGNATURE - PermID / P.O. REG. NO. | DATE RECEIVED | REC. BY: SIGNATURE - PermID / P.O. REG. NO. |
|---|---|---|---|
| 1-2 | _[signature]_ JSC4 | 3/4/03 | Evidence Drop |
| | | | |
| | | | |

EXHIBIT 6
PAGE 13 OF 44

MAR-02-2003 03:15 AM

P.04

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No. 03-14916

| Reporting Officer | PermID | Investigating Agency | Detachs | UnitID |
|---|---|---|---|---|
| Jake Covey | JSCO | Alaska State Troopers | D | CANE |

| ACT.# | Activity Code | UCR No. | Statute / Regulation | Type of Activity | | Date Occurred | Time Occurred |
|---|---|---|---|---|---|---|---|
| 3 | 1319D | 0 | AS 11.41.230 | Assault in the 4th degree | | 3/1/03 | 2210 |

Location of Activity: Mile 181.5 Parks Highway, 7 Mile Lake — Patrol Zone HJSM — Dom. Viol. — Alcohol or Drugs Involved A

| ACT.# | Activity Code | UCR No. | Statute / Regulation | Type of Activity | | Date Occurred | Time Occurred |
|---|---|---|---|---|---|---|---|
| 4 | 1319D | 0 | AS 11.41.230 | Assault in the 4th degree | | 3/1/03 | 2210 |

Location of Activity: Mile 181.5 Parks Highway, 7 Mile Lake — Patrol Zone HJSM — Dom. Viol. — Alcohol or Drugs Involved A

| ACT.# | Activity Code | UCR No. | Statute / Regulation | Type of Activity | | Date Occurred | Time Occurred |
|---|---|---|---|---|---|---|---|
| 5 | 1301 | 0 | AS 11.56.700 | Resisting Arrest | | 3/1/03 | 2315 |

Location of Activity: Mile 181.5 Parks Highway, 7 Mile Lake — Patrol Zone HJSM — Dom. Viol. — Alcohol or Drugs Involved A

EXHIBIT 6
PAGE 14 OF 44

Page: 1  Document Name:    :itled

*JSC0*
*03-14616*
*HJB0/7 mi Lake Rd off*
*Ree trail 1.5 mi n*
*of Clear Lodge*

*Asst-Intimidation/1316*

PSTD300P  TERMID: P#5B        BASIC PERSON RECORD        03/01/03    22:54:04.8

        PERSON NAME: DON MICHAEL KUBANYI
                DOB: 01/24/1954        SSN: 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        PERM ID:
                SEX: M  HGT: 5 09 WGT: 135 HAIR: BLK    EYE COLOR: BRO  RACE: I
BIRTH PLACE CITY: FAIRBANKS            STATE: AK      MONIKER:      IFFS:
                        FP ON FILE: Y            FELON: N    SCR:

        MOST CURRENT  STREET/EXTRA LINE          CITY/COUNTRY        ST LAST CHG
        MAILING ADDR: HC 66 BOX 26011            NENANA              AK 05/01/2002
        (APSIN)
            RES ADDR: MI 260 PARKS HWY           CLEAR               AK 06/20/2002
        (APSIN)
            APSIN ID: 0457360    STATUS:                CDL STATUS:
CLASS  EXPIRES      CLASS  EXPIRES      CLASS  EXPIRES        CLASS  EXPIRES
D      01/24/2009

    ADL: 0457360      RESTRICTIONS:
DMV ID: 0457360

PF2 MULT PER    PF3 FWP HST    PF4 CASE INFO    PF6 DMV VEH DIS PF7 DMV DR HST
PF8 CRIM HST    PF9 CITN UPD    PF10 NCIC W/W    PF11 ADDR DISP
4-10          1    Sess-1    146.63.51.196              P#5B          5/46

EXHIBIT 6
PAGE 15 OF 49

Page: 1  Document Name:    .itled

PSTD800P  TERMID: P#5B       CRIMINAL CONVICTIONS        03/01/03   23:37:16.6

   PERSON NAME: DON MICHAEL KUBANYI

   UPDATED:           AST NUM:          APSIN ID: 457360      FBI NUM:
   CRIMINAL HISTORIES MAY EXIST IN:
   FP CLASS:

CONV  CONV      CONVICTING                           COURT      POS FEL   ATN
COURT  DATE        CHARGE                            DOCKET     ID


         * * * NO CRIMINAL CONVICTIONS FOR THIS PERSON * * *


PF2 MULT PERSON            PF8 FULL HIST                              * AT END *
4-3            1    Sess-1   146.63.51.196                 P#5B          2/1

EXHIBIT   6
PAGE  16  OF 49

Page: 1  Document Name.    citled

```
PSTD400P  TERMID: P#53         CRIMINAL HISTORY
                                                    03/01/03   23:37:31.2
     PERSON NAME: DON MICHAEL KUBANYI

             DOB: 01/24/1954
             SSN: 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
             SEX: M
     EYE COLOR: BRO             WEIGHT: 165  HEIGHT: 5 09    HAIR: BLK
     TEMPERAMENT:                  RACE: I     SKIN:
      BIRTH CITY: FAIRBANKS      MARKS:
       APSIN ID: 457360           STATE: AK   COUNTRY:
       CITIZEN:               AST NUMBER:
             STREET/EXTRA LINE    FELON: N SCR:   DNA:   FBI NUMBER:
     MAILING ADDR: HC 66 BOX 26011          CITY/COUNTRY   FP ON FILE: Y
                                            NENANA          STATE  LAST CHGD
       RES ADDR: MI 280 PARKS HWY                            AK   05/01/2002
                                            CLEAR
                                                         AK   06/20/2002
      OCCUPATION: OPERATOR
      PER COMMENT:                EMPLOYMT:
      CH COMMENT:
   CH MAY EXIST IN:
        FP CLASS:                                       UPD:
   PF2 MULT PERSON                                III STAT:
   4.0          1    Sess-1    146.63.51.196
                                                         MORE...
                                            P#5B           2/1
```

EXHIBIT  6
PAGE 17 OF 48

Page: 1  Document Name:    titled

PSTD410P  TERMID: P#5B            CRIMINAL HISTORY          06/01/03   23:37:33.8

    PERSON NAME: DON MICHAEL KUBANYI


        " * " NO CRIMINAL HISTORY RECORDS FOR THIS PERSON " * *



PFB CONVICTIONS
4-©            1    Sess-1    146.63.51.195                * AT END *
                                                    P#5B              2/1

EXHIBIT __6_
PAGE _18_ OF _49_

Page: 1  Document Name:     titled

```
  FM: NCIC    ON 03/01/03 AT 23:37:14
1L01AKPWXFSADT13859
AKAST0200

NO NCIC WANT SOC/574187663
NO NCIC WANT OLN/0457360
NO NCIC WANT NAM/KUBANYI, DON M DOB/19540124 RAC I SEX/M
```

EXHIBIT    6
PAGE 19  OF 49

Page: 1  Document Name.   titled

FM: NCIC   ON 03/01/03 AT 23:38:23
NL01AKPWXI888118881
AKCS0015A
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR PUR/C.NAM/KUBANYI,DON MICHAEL.SOC/574187663.SEX/M.RAC/I.
DOB/19540124.
NOTICE -- A LARGE NUMBER OF RECORDS FOR PERSONS BORN PRIOR TO 1956 ARE
NOT AUTOMATED AT THE FBI. IF A SEARCH OF THE NONAUTOMATED FILES IS
DESIRED, A FINGERPRINT CARD SHOULD BE SUBMITTED.
END

4-9          2    Sess-1    146.63.51.196              P#5E          1/2

EXHIBIT  6
PAGE 20 OF 49

Page: 1  Document Name:   titled

PSTD300P   TERMID: P#5B          BASIC PERSON RECORD          06/01/06   23:09:02.5

PERSON NAME: DAVID CRAMER CRUZ
              AKA:
              DOB: 06/11/1958              SSN: 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       PERM ID:
              SEX: M  HGT: 6 02 WGT: 240 HAIR: BRO   EYE COLOR: GRN  RACE: W
BIRTH PLACE CITY: ANCHORAGE              STATE: AK      MONIKER:     IFFS:
                           FP ON FILE:              FELON: N    SOR:

      MOST CURRENT  STREET/EXTRA LINE          CITY/COUNTRY        ST LAST CHG
      MAILING ADDR: HC04 BOX 9323              PALMER              AK 02/05/2002
      (DMV)
          RES ADDR: MILE 2.6 CLARK WOLVERINE  PALMER
      (APSIN)       POB 2027/HC04 BOX 9323                         AK 11/14/2002
          APSIN ID: 0372341   STATUS:              CDL STATUS:
    CLASS  EXPIRES     CLASS  EXPIRES    CLASS  EXPIRES     CLASS  EXPIRES
    D   06/11 1995   A    06/11/2007

      ADL: 0372341     RESTRICTIONS:
    DMV ID: 0372341

    PF3 FWP HST    PF4 CASE INFO                PF6 DMV VEH DIS PF7 DMV DR HST
    PF8 CRIM HST    PF9 CITN UPD    PF10 NCIC W/W  PF11 ADDR DISP
    4-B            1   Sess-1   146.63.51.196              P#5B              2/1

EXHIBIT  6
PAGE 21 OF 49

Page: 1  Document Name:  .titled

```
PSTD300P  TERMID: P#2D       BASIC PERSON RECORD        09/07/03   14:21:36.3

      PERSON NAME: DON MICHAEL KUBANYI
           AKA: DON M KUBANYI
           DOB: 01/24/1954          SSN: 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        PERM ID:
           SEX: M  HGT: 5 09 WGT: 165 HAIR: BLK   EYE COLOR: BRO  RACE: I
BIRTH PLACE CITY: FAIRBANKS              STATE: AK      HCHIKER:      IFFS:
                              FP ON FILE: Y          FELON: N    SOR:

      MOST CURRENT  STREET/EXTRA LINE        CITY/COUNTRY        ST LAST CHG
      MAILING ADDR: HC 66 BOX 28011          NENANA            AK 05/01/2002
      (APSIN)
         RES ADDR: MI 280 PARKS HWY          CLEAR             AK 06/20 2002
      (APSIN)
         APSIN ID: 0457360   STATUS:              CDL STATUS:
      CLASS  EXPIRES     CLASS  EXPIRES    CLASS  EXPIRES    CLASS  EXPIRES
      D    01/24/2009

       ADL: 0457360     RESTRICTIONS:
      DMV ID: 0457360

      PF3 FWP HST     PF4 CASE INFO              PF6 DMV VEH DIS PF7 DMV DR HST
      PF8 CRIM HST    PF9 CITN UPD    PF10 NCIC W/W  PF11 ADDR DISP
      4-9            1    Sess-1    146.63.51.196             P#2D         2/1
```

EXHIBIT 6
PAGE 22 OF 49

Page: 1  Document Name:    .itled

PSTOS00P  TERMID: P#2D        CRIMINAL CONVICTIONS        03/07/03  14:24:47.6

   PERSON NAME: DON MICHAEL KUBANYI
         AKA: DON M KUBANYI
    UPDATED:         AST NUM:        APSIN ID: 457360    FBI NUM:
  CRIMINAL HISTORIES MAY EXIST IN:
  FF CLASS:

CO. /  CONV      CONVICTING                    COURT      POS FEL   ATN
COURT  DATE         CHARGE                     DOCKET      ID


           ARREST INFORMATION EXISTS FOR THE PREVIOUS 120 DAYS
                       USE PF8 TO VIEW


                           PF8 FULL HIST                        * AT END *
4·©              1    Sess-1   146.63.51.196              P#2D        2/1


EXHIBIT    6
PAGE 23 OF 49

Page: 1  Document Name    .itled

```
PSTD400P  TERMID: P#2D          CRIMINAL HISTORY          03/07/03  14:24:51.0

    PERSON NAME: DON MICHAEL KUBANYI
            AKA: DON M KUBANYI
            DOB: 01/24/1954
            SSN: 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
            SEX: M
      EYE COLOR: BRO              WEIGHT: 165  HEIGHT: 5 09   HAIR: BLK
    TEMPERAMENT:                      RACE: I      SKIN:
      BIRTH CITY: FAIRBANKS        MARKS:
       APSIN ID: 457360           STATE: AK   COUNTRY:
          CITIZEN:             AST NUMBER:            FBI NUMBER:
                STREET/EXTRA LINE    FELON: N SOR:  DNA:   FP ON FILE: Y
    MAILING ADDR: HC 66 BOX 23011      CITY/COUNTRY        STATE  LAST CHGD
                                       NENANA              AK   05/01/2002

        RES ADDR: MI 260 PARKS HWY          CLEAR           AK   06/20/2002

    OCCUPATION: OPERATOR              EMPLOYMT:
    PER COMMENT:
    CH COMMENT:
    CH MAY EXIST IN:
        FP CLASS:                                    UPD:
                                              III STAT:
    4-0              1    Sess-1   146.63.51.196                  MORE...
                            PFS CONVICTIONS              P#2D        2/1
```

EXHIBIT 6
PAGE 24 OF 49

Page: 1  Document Name.    .itled

PSTD410P  TERMID: P#2D              CRIMINAL HISTORY           03/07/03   14:24:53.2

   PERSON NAME: DON MICHAEL KUBANYI
          AKA: DON M KUBANYI
ARRESTING AGENCY: FAIE       APSIN ID NUM: 457360       FBI NUMBER:
OFFENSE DATE: 03/01/2003          OFFENSE DATE END:
AGENCY CASE: 030014616 DATE: 03/01/2003 STATUTE: AS11.41.230(A)(1)
ARREST DV: N MOD:              CHARGE: ASSAULT 4- RECKLESSLY INJURE
CONVICTING COURT:       DATE:            STATUTE:
  CONV DV:  MOD:          CHARGE:
   COURT DOCKET:
UCN: 1     ATN: 106956171       POS ID:  FELONY:  DISP:
                                                      FP DATE:
     CONDITION:

            SENTENCE     YEARS     DAYS     AMOUNT       DATE TO COMPLETE

PF8 CONVICTIONS
4-©          1     Sess-1    146.63.51.196                MORE...
                                            P#2D              2/1

EXHIBIT  6
PAGE 25 OF 44

Page: 1   Document Name: ..itled

PSTD410P   TERMID: P#2D           CRIMINAL HISTORY              03/07/03   14:24:55.3

    PERSON NAME: DON MICHAEL KUBANYI
       AKA: DON M KUBANYI
ARRESTING AGENCY: FAIE         APSIN ID NUM: 457360      FBI NUMBER:
OFFENSE DATE: 03/01/2003         OFFENSE DATE END:
AGENCY CASE: 0300:4916 DATE: 03 01/2003 STATUTE: AS11.41.230(A)(3)
ARREST DV: N MOD:              CHARGE: ASSAULT 4-CAUSE FEAR OF IMMINENT INJURY
CONVICTING COURT:      DATE:              STATUTE:
  CONV DV:  MOD:           CHARGE:
    COURT DOCKET:                POS ID:  FELONY:  DISP:
UON: 2      ATN: 106956171                            FP DATE:
      CONDITION:

           SENTENCE    YEARS    DAYS    AMOUNT        DATE TO COMPLETE

PF8 CONVICTIONS
4-◎              1   Sess-1   146.63.51.196                    MORE...
                                                    P#2D              2/1

EXHIBIT   6
PAGE 26 OF 49

Page: 1  Document Name. . .itled

```
PSTD410P  TERMID: P#2D              CRIMINAL HISTORY              03/07/03   14:24:57.1

    PERSON NAME: DON MICHAEL KUBANYI
        AKA: DON M KUBANYI
ARRESTING AGENCY: FAIE      APSIN ID NUM: 457360       FBI NUMBER:
OFFENSE DATE: 03/01/2003          OFFENSE DATE END:
AGENCY CASE: 03D014816 DATE: 03/01/2003 STATUTE: AS11.41.230(A)(3)
ARREST DV: N MOD:            CHARGE: ASSAULT 4-CAUSE FEAR OF IMMINENT INJURY
CONVICTING COURT:       DATE:              STATUTE:
  CONV DV:   MOD:              CHARGE:
    COURT DOCKET:              CHARGE:
UCN: 3      ATN: 106855171        POS ID:  FELONY:  DISP:
      CONDITION:                                   FP DATE:


            SENTENCE     YEARS     DAYS     AMOUNT          DATE TO COMPLETE




PF8 CONVICTIONS
4.5              1    Sess-1   146.63.51.196                MORE...
                                                   P#2D              2 1
```

EXHIBIT  6
PAGE 27 of 49

Page: 1  Document Name:  :titled

PSTD410P  TERMID: P#2D          CRIMINAL HISTORY          03/07/03  14:25:02.3

    PERSON NAME: DON MICHAEL KUBANYI
          AKA: DON M KUBANYI
ARRESTING AGENCY: FAIE     APSIN ID NUM: 457360     FBI NUMBER:
OFFENSE DATE: 03/01/2003          OFFENSE DATE END:
AGENCY CASE: 030014616 DATE: 03/01/2003 STATUTE: AS11.41.230(A)(3)
ARREST DV: N MOD:          CHARGE: ASSAULT 4-CAUSE FEAR OF IMMINENT INJURY
CONVICTING COURT:     DATE:          STATUTE:
   CONV DV:  MOD:          CHARGE:
      COURT DOCKET:          POS ID:  FELONY:  DISP:
UCN: 4      ATN: 106953171                              FP DATE:
        CONDITION:

               SENTENCE     YEARS     DAYS     AMOUNT          DATE TO COMPLETE

PF8 CONVICTIONS                                      MORE...
4-©          1     Sess-1    146.63.51.196          P#2D          2/1

EXHIBIT  6
PAGE 28 OF 44