```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   _____
     DON M. KUBANYI, JIMMY KUBANYI,      )
 4   AILEEN WELTON, ELIZABETH            )
     TUZROYLUK, DORIS KUBANYI, VICTOR    )
 5   KUBANYI, BOBBY KUBANYI, and         )
     ARLETTE KUBANYI                     )
 6                                       )
                    Plaintiffs,          )
 7                                       )
     vs.                                 )
 8                                       )
     GOLDEN VALLEY ELECTRIC              )  Case No. F04-0026 CI
 9   ASSOCIATION, et al.,                )
                                         )
10                  Defendants.          )
                                         )
11   CRUZ CONSTRUCTION, INC., and        )
     DAVE CRUZ, individually,            )
12                                       )
                    Defendants and       )
13                  Third-Party          )
                    Plaintiffs,          )
14                                       )
     vs.                                 )
15                                       )
     GLOBAL POWER & COMMUNICATIONS,      )
16   LLC.,                               )
                                         )
17                  Third-Party          )
                    Defendants.          )
18   _____)

19

20
              TRANSCRIPT OF TAPE RECORDED INTERVIEW
21
     (Transcriber's Note:  The following transcript may contain the
22   words "Unidentified Voice" to denote speakers not identified;
     the transcript may also contain incorrectly identified speakers
23   when their identities are unclear.)

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT 8
PAGE 1 OF 5

```
 1                    P R O C E E D I N G S
 2      TROOPER COVEY:  State Troopers.  Get on your knees.
 3 Put your hands over your head.  What's your name?
 4      MR. BAGGET:  Brian Bagget (inaudible) another buddy
 5 over there, too.  Nate (inaudible)
 6      TROOPER COVEY:  How much have you had to drink tonight?
 7      MR. BAGGET:  Maybe three beers.  I -- we were out here
 8 calming all this down, believe me.  (inaudible) you know -- he
 9 already told you, I'm sure, it wasn't me out here.  That's my
10 brother-in-law and son.
11      TROOPER COVEY:  Okay.  I'm just going to pat.....
12      UNIDENTIFIED VOICE:  Hang tight.
13      UNIDENTIFIED VOICE:  Yep.
14      MR. BAGGET:  (inaudible)
15      TROOPER COVEY:  I'm just going to pat you down real
16 quick.  Okay?  Don't have anything on you that's going to poke
17 me, do you?
18      MR. BAGGET:  No.
19      UNIDENTIFIED VOICE:  (inaudible) over there at the
20 house.
21      MR. BAGGET:  My buddy, Nate.
22      UNIDENTIFIED VOICE:  Go ahead.
23      TROOPER COVEY:  Stand up -- why don't you stand up for
24 me, please.
25      MR. BAGGET:  (inaudible)
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 8
PAGE 1 OF 5

2

```
 1          UNIDENTIFIED VOICE:  What's your problem tonight?
 2          MR. BAGGET:  They're crossing our property, supposedly.
 3   All they asked for was a -- a map of it.
 4          TROOPER COVEY:  Okay.
 5          MR. BAGGET:  That's all he ever -- Well, I wasn't here
 6   earlier with them.  I don't (inaudible) got a map, you ain't
 7   got the right-of-way to be here.  And they tried to show that
 8   to Don, but Don said (inaudible) start shooting (inaudible) so
 9   they backed off and they don't to be (inaudible)
10          TROOPER COVEY:  Did you hear Don say that?
11          MR. BAGGET:  I heard him (inaudible) I'm going to shoot
12   the tires out of (inaudible) and we told them, hey, I said,
13   (inaudible) don't worry about it.  I'll take them (inaudible)
14          UNIDENTIFIED VOICE:  (inaudible) someone out here is
15   (inaudible) isn't the best idea and.....
16          MR. BAGGET:  I didn't see.  I didn't want to run
17   over -- I said, man, it's my brother-in-law.  I don't want to
18   run over there when something is happening.
19          TROOPER COVEY:  (inaudible)
20          MR. BAGGET:  And my bud says, hey, something is
21   happening.
22          TROOPER COVEY:  (inaudible) Well, here's the deal.
23   These guys are going to be working out here.  They got the
24   contract to do it; they got the license to do it; and they got
25   the right-of-way to be on the public easement; they got all the
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 8
PAGE 3 OF 5

3

```
 1  paperwork.  If you really want to see it, we can show that to
 2  you.
 3          MR. BAGGET:  Yeah, I wouldn't mind looking at it.
 4          TROOPER COVEY:  We can do that.
 5          MR. BAGGET:  I don't want to be a big problem
 6  (inaudible)
 7          TROOPER COVEY:  (inaudible) that's fine.  Let's go and
 8  they'll be more than happy to show it to you.
 9          UNIDENTIFIED VOICE:  Are we going to have any more
10  problems with people over there?
11          UNIDENTIFIED VOICE:  No, you will not.  (inaudible)
12          UNIDENTIFIED VOICE:  Because I don't want to have to
13  come back out here.
14          UNIDENTIFIED VOICE:  I understand.
15          (Inaudible - simultaneous speech)
16          UNIDENTIFIED VOICE:  Sorry about everything.
17          TROOPER COVEY:  Well, Don's going to jail tonight.
18          MR. BAGGET:  Oh, I wouldn't doubt it.
19          (Inaudible - simultaneous speech)
20          MR. BAGGET:  Sorry about all this.  (inaudible) I
21  talked to Don today.  This is the Rex Trail right here, winter
22  trail.  This is the end of the lake that we're on.
23          UNIDENTIFIED VOICE:  (inaudible)
24
25
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 8
PAGE 4 OF 5      4

1
2             * * * * * * * * * * * * * * * * * * * * * *
3             END OF REQUESTED PORTION
4             * * * * * * * * * * * * * * * * * * * * * *
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 8
PAGE 5 OF 5                    5