Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VEATCH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>         Defendants. | **PLAINTIFF'S MOTION CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT.** |

Case No. FO4-0026

    COMES NOW , the Plaintiffs, by and through the undersigned counsel to

move for partial summary judgment on the following issues seeking

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                 1 of 3
Plaintiffs' Motion Cross Motion for PSJ

1) A determination that the right of way for the Rex Trail does not provide direct legal public access to Seven Mile Lake.

2) A determination that Cruz is liable for trespassed upon the Kubanyi Allotment during the spring of 2002 and 2003.

3) A determination that Cruz's 2002 and/or 2003 trespasses were intentional or grossly negligent.

4) A determination that GVEA is liable for the 2002 and/or 2003 trespasses.

5) A determination that Black and Veatch is liable for the 2002 and/or 2003 trespasses.

6) A determination that Nelson and Covey are liable under §1983.

7) A determination that Cruz et. al. are liable under §1983.

8) A determination that GVEA is liable under §1983.

The reasons in support of this motion are set out in the accompanying memorandum.

DATED this 3rd day of July, 2006.

> MICHAEL J. WALLERI
>
> /s/ Michael J. Walleri
> AK Bar No. 7906060
> Attorney for Plaintiffs

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on July 3, 2006 via ECMl and U.S. Mail to:

| | |
|---|---|
| Mr. Venable Vermont, Jr.<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Plaintiffs' Motion Cross Motion for PSJ

3 of 3