DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>         Plaintiff(s),<br><br>   vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY and PATRICK NELSON,<br><br>         Defendants. | Case No. 4:04-cv-0026-RRB<br><br>**COVEY AND NELSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs filed a combined opposition to defendants' motions for summary judgment and cross-motion for partial summary judgment on July 3, 2006.  Reply briefs are due July 13, 2006 and oppositions are due July 21, 2006.  Counsel for Jake Covey

and Patrick Nelson, Venable Vermont, Jr., is presently out of the office on previously approved leave.  For this reason, undersigned sought and received an extension of time from all counsel in this case to file all responsive pleadings by August 4, 2006.  There is no trial date set in this case and undersigned understands and believes that the requested extension will not unduly delay these proceedings.  For these reasons, defendants respectfully request the court grant all parties until August 4, 2006 to file any and all responsive pleadings to plaintiffs' opposition to defendants' motions for summary judgment and plaintiffs' cross-motion for partial summary judgment.  A proposed order is submitted herewith.

DATED this 7th day of July, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/ Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Stephanie.Galbraith@law.state.ak.us
TWC.ECF@law.state.ak.us
Alaska Bar No. 8911063

This is to certify that on this date, a copy of the foregoing
Unopposed Motion for Extension is being served electronically on:

**Michael J. Walleri**
walleri@gci.net; christen_woodward@yahoo.com

**Daniel T. Quinn**
dquinn@richmondquinn.com; cesary@richmondquinn.com

**Cory Borgeson, Esq.**
cborgeson@bnblaw.com; kday@bnblaw.com

**Eric P. Gillett**
egillett@pregodonnell.com; mmorgan@pregodonell.com

s/ Stephanie Galbraith Moore 7/6/06

2