DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>        Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY and PATRICK NELSON,<br><br>        Defendants. | Case No. 4:04-cv-0026-RRB<br><br>**PROPOSED ORDER** |

Defendants Nelson and Covey have filed an unopposed motion to extend deadlines for responsive pleadings to plaintiffs' opposition to motions to summary

judgment and their cross-motion for partial summary judgment until August 4, 2006. Upon examination of this unopposed motion,

IT IS HEREBY ORDERED that defendants will have until August 4, 2006 to file responsive pleadings to plaintiffs' opposition to defendants' motions for summary judgment and plaintiffs' cross-motion for summary judgment.

Dated: _____

_____
Ralph R. Beistline
U.S. District Court Judge

This is to certify that on this date, a copy of the foregoing
Motion for Summary Judgment is being served electronically on:

**Michael J. Walleri**
walleri@gci.net; christen_woodward@yahoo.com

**Daniel T. Quinn**
dquinn@richmondquinn.com; cesary@richmondquinn.com

**Cory Borgeson, Esq.**
cborgeson@bnblaw.com; kday@bnblaw.com

**Eric P. Gillett**
egillett@pregodonnell.com; mmorgan@pregodonell.com

s/ Stephanie Galbraith Moore 7/7/06