UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KUBANYI, et al.   v.   GVEA, et al.

DATE:   July 10, 2006     CASE NO.   4:04-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

Pursuant to the Unopposed Motion for Extension of Time filed at Docket 89, Defendants shall have until the close of business on **Friday, August 4, 2006,** in which to file responsive pleadings to Plaintiffs' Opposition and Cross-Motion filed at Dockets 86 and 88.

M.O. GRANTING EXTENSION