Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,

Plaintiff(s),

v.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,

Defendant(s).

NO. F-04-0026 CIV

**NOTICE OF UNAVAILABILITY**

(Clerk's Action Required)

Please take notice that Christine E. Tavares, attorney for Defendants, in the above-referenced matter, will be absent from her office from **August 14, 2006 through August 18, 2006**, and **August 23, 2006 through August 29, 2006**.

DECLARATION OF SERVICE - 1
00567-4017 40539.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

The undersigned therefore requests that no deposition, motions, court hearings, exam or other matters which require his attention in person or by pleadings be scheduled during this time period and for one week thereafter so as to provide adequate preparation. The undersigned cannot supervise or introduce another attorney to the facts and proceedings involved in this case.

///

///

The undersigned further requests that the Clerk of the Court transmit this information, whenever any motion or other matter is set within the time period stated above, to the Court that will be hearing the matter.

DATED this 26th day of July, 2006.

PREG O'DONNELL & GILLETT PLLC

By  /s/ Eric P. Gillett
Eric P. Gillett, ABA 8611111
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
egillett@pregodonnell.com
P: 206-287-1775 F: 206-287-9113
Attorneys for Defendant Black & Veatch Corporation

DECLARATION OF SERVICE - 2
00567-4017 40539.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1.  **NOTICE OF UNAVAILABILITY**;

directed to the following individuals:

**Counsel for Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, et al.**:
Michael J. Walleri
Law Office of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

\_\_\_    **Via Messenger**
_X_   **Via Facsimile – (907) 452-4725**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_    **Via Overnight Mail, postage prepaid**
\_\_\_    **Via Email, with recipient's approval**

**Counsel for Defendant Golden Valley Electric Association**:
Cory Borgeson, Esq.
Borgeson & Burns, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK  99701

\_\_\_    **Via Messenger**
_X_   **Via Facsimile – (907) 456-5055**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_    **Via Overnight Mail, postage prepaid**
\_\_\_    **Via Email, with recipient's approval**

**Counsel for Defendants Trooper Jake Covey and Trooper Patrick Nelson**:
Venable Vermont, Jr., Esq.
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 20
Anchorage, AK  99501

\_\_\_    **Via Messenger**
_X_   **Via Facsimile – (907) 258-0760**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_    **Via Overnight Mail, postage prepaid**
\_\_\_    **Via Email, with recipient's approval**

**Counsel for Defendant/Third-party Plaintiff Dave Druz, d/b/a Cruz Construction**:
Dan Quinn, Esq.
Law Offices of Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2038

\_\_\_    **Via Messenger**
_X_   **Via Facsimile – (907) 276-2953**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_    **Via Overnight Mail, postage prepaid**
\_\_\_    **Via Email, with recipient's approval**

DECLARATION OF SERVICE - 3
00567-4017 40539.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  DATED at Seattle, Washington, this 26th day of July, 2006.

2

3                                       PREG O'DONNELL & GILLETT PLLC

4                                       By  /s/ Eric P. Gillett
                                            Eric P. Gillett, ABA 8611111
5                                           Preg O'Donnell & Gillett PLLC
                                            1800 Ninth Ave., Suite 1500
6                                           Seattle, WA  98101-1340
                                            egillett@pregodonnell.com
7                                           P: 206-287-1775 F: 206-287-9113
                                        Attorneys for Defendant Black & Veatch
8                                       Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

1.                              NOTICE OF UNA    **PREG O'DONNELL & GILLETT PLLC**
00567-4017 40539.doc                             1800 NINTH AVENUE, SUITE 1500
                                                 SEATTLE, WASHINGTON 98101-1340
                                                 TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113