Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,

Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VEATCH CORPORATION, JAKE COVEY AND PATRICK NELSON,

Defendants.

Case No. FO4-0026

**NOTICE OF FILING ERRATA**

COMES NOW, Plaintiffs by and through their attorney, Michael J. Walleri to give notice of the filing of an errata. The attached Exhibit 4, pages 7 and 8 were inadvertently not

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

filed with the Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment and Partial Summary Judgment and in Support of of Plaintiff's Cross motion for Partial Summary Judgment

Dated this 1st day of August, 2006 at Fairbanks, Alaska

/s Michael J. Walleri
The Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facisimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on August 1, 2006 via U.S. Mail to:

Mr. Venable Vermont, Jr.
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Borgeson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s Michael J. Walleri

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Kubanyi v. GVEA Case No. F04-0026
Notice of Errata

2 of 2

30) I was not intoxicated nor was I armed with a weapon at this meeting with Mr. Cruz.

31) I returned to my cabin and starting drinking with family and friends.

32) Later that evening, at approximately 5:30 pm, equipment started moving on the lake, and making loud noises.

33) I told my family that I would 'not put up with this shit", meaning the loud noises throughout the night.

34) I attempted to call Dave Cruz at the number he gave me, but there was no answer.

35) I got on my snowmachine and drove to Rochester's Lodge, at the intersection of the Rex Trail and Parks Highway.

36) At the lodge, I inquired about Dave Cruz and was told that he had left for Fairbanks.

37) I had a couple of drinks at the bar, and retuned home.

38) Upon my return to my home, I told the Cruz Construction workers to stop crossing the property. I did not threaten them at this time. While I was intoxicated at the time, I was not armed with any weapon.

39) The construction crew did not stop work and continued to make a great deal of noise making sleep in my home impossible.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Plaintiffs' Initial Witness List

7 of 10

EXHIBIT 4
PAGE 2 OF 13

40) I was not able to sleep because of the heavy equipment back-up alarms, and so I went out again to tell the workers to stop crossing my allotment. At this time, they told me they had all the right to cross it, and I told them that I would shoot out their tires if they kept working through the night. They told me that they were going to call the Troopers. I told them that " They (meaning the Troopers) would settle this, and returned to my cabin. While I was intoxicated at the time, I was not armed with any weapon.

41) I assumed that Trooper Brian Wasserman, the Trooper stationed in Nenana, would respond, and would know that that Cruz Construction was trespassing on my family's land.

42) About an hour later, I saw Alaska State Troopers arrive, and I left my cabin and approached the Troopers for the purpose of advising them about the trespass.

43) While I was intoxicated at the time, I was not armed with any weapon at this time.

44) The troopers had come onto the allotment, and had walked past a non-trespassing sign located within a few feet of their car.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Plaintiffs' Initial Witness List

8 of 10

EXHIBIT 4
PAGE 8 OF 13