Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi,<br>Aileen Welton, Elizabeth Tuzroyluk<br>Doris Kubanyi, Victor Kubanyi,<br>Bobby Kubanyi, Arlette Kubanyi and,<br>Brian Baggett,<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association,<br>Dave Cruz, individually and d/b/a<br>Cruz Construction, Black & Veatch<br>Corporation, Jake Covey and<br>Patrick Nelson,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:04-CV-0026 RRB

**NON-OPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs filed a combined Opposition to Defendants' Motions for Summary

Judgment and Cross-Motion for Partial Summary Judgment on July 3, 2006. Reply

briefs and oppositions are due August 4, 2006. Defendants need additional time to

obtain a survey of the property. For this reason, undersigned sought and received

an extension of time from all counsel in this case to file all responsive pleadings by

September 5, 2006. There is no trial date set in this case and undersigned

Non-Opposed Motion for Extension of Time
Case No.: 4:04-CV-0026 RRB
Page 1 of 2

understands and believes that the requested extension will not unduly delay these

proceedings.  For these reasons, Defendants respectfully request the Court grant all

parties until September 5, 2006 to file any and all responsive pleadings to Plaintiffs'

Opposition to Defendants' Motions for Summary Judgment and Plaintiffs' Cross-

Motion for Partial Summary Judgment.  A proposed order is submitted herewith.

DATED at Fairbanks, Alaska this 1st day of August, 2006.

BORGESON & BURNS, PC
Attorney(s) for Defendant, GVEA


By:  s/ Cory R. Borgeson

BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, Alaska  99701
Telephone:  (907) 452-1666
Facsimile:  (907) 456-5055
E-mail:  cborgeson@bnblaw.com
ABA #8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christen_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

Venable Vermont, Jr. Stephanie.Galbraith@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501


Non-Opposed Motion for Extension of Time
Case No.:  4:04-CV-0026 RRB
Page 2 of 2