UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KUBANYI, et al.   v.   GVEA, et al.

DATE:   August 2, 2006         CASE NO.   4:04-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING EXTENSION**

---

The Non-Opposed Motion for Extension of Time at Docket 93 is hereby **GRANTED**. All parties shall have until the close of business on **September 5, 2006**, to file responsive pleadings to the pending motions.

M.O. GRANTING EXTENSION