# EXHIBIT F

CD of Trooper Covey's Scene Audio Recording

FILED CONVENTIONALLY