# EXHIBIT A

-17-

1    was anything bad but.....

2  Q  Was it ever reported to you that any of your employees

3     had contact with Don during that January of 2002 about

4     the -- accessing Seven Mile Lake?

5  A  No.

6  Q  Okay.  Have any of your employees discussed with you --

7     other than the incidences in 2000 -- in March, 2003, have

8     any of your employees reported any discussions that

9     they've had with any of the Kubanyi's about accessing the

10    lake?

11 A  I don't know about accessing the lake.  I would say I'm

12    not privileged to that.  I know that there was numerous

13    conversations, niceties, you know, the blade-operated C-

14    dawn out there or this and that so just more like

15    friendly stuff, how're you doing and how's the project

16    going.

17 Q  Okay.  And were you aware of and signs in the area

18    identifying the Kubanyi land?

19 A  The only signs that I recall seeing there were the signs

20    -- Don had signs going down his driveway which was

21    probably a thousand feet to maybe 1,200 feet from where

22    we went on the lake and the signs were very much no pres

23    -- trespassing and it was for his driveway.  They were

24    very adamant.  There was a gate and all that to that

25    driveway.