DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David Dd. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>         Plaintiff(s),<br><br>    vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY and PATRICK NELSON,<br><br>         Defendants. | Case No. 4:04-cv-0026-RRB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that David D. Floerchinger, Assistant Attorney General, Department of Law, Office of the Attorney General located at 1031 West Fourth Avenue, Suite 200, Anchorage, Alaska 99501-1994, telephone: (907) 269-5190, is hereby substituted

as counsel of record in the above-captioned matter on behalf of defendants Jake Nelson and Patrick Covey

Copies of all notices, motions and pleadings should be sent to the address referenced above.

DATED this 1st day of September, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/ David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dave.Floerchinger@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 8511156

This is to certify that on this date, a copy of the foregoing
[document title] is being served electronically on:

**Michael J. Walleri**
walleri@gci.net; christen_woodward@yahoo.com

**Daniel T. Quinn**
dquinn@richmondquinn.com; cesary@richmondquinn.com

**Cory Borgeson, Esq.**
cborgeson@bnblaw.com; kday@bnblaw.com

**Eric P. Gillett**
egillett@pregodonnell.com; mmorgan@pregodonell.com

s/ David D. Floerchinger 9/1/06