Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,           )
Aileen Welton, Elizabeth Tuzroyluk       )
Doris Kubanyi, Victor Kubanyi,           )
Bobby Kubanyi, Arlette Kubanyi and,      )
Brian Baggett,                           )
                                         )
                    Plaintiffs,          )
                                         )
    vs.                                  )
                                         )
Golden Valley Electric Association,      )
Dave Cruz, individually and d/b/a        )
Cruz Construction, Black & Veatch        )
Corporation, Jake Covey and              )
Patrick Nelson,                          )
                                         )
                    Defendants.          )
_____)
Case No. 4:04-CV-0026 RRB

**DEFENDANTS GVEA, DAVE CRUZ AND CRUZ CONSTRUCTION'S
JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs filed a combined Opposition to Defendants' Motions for Summary Judgment and Cross-Motion for Partial Summary Judgment on July 3, 2006. Reply briefs and oppositions are due September 5, 2006. Defendants GVEA, Dave Cruz, and Cruz Construction need additional time to obtain a survey of the property. For this reason, the undersigned sought and received an extension of time from all counsel in this case to file all responsive pleadings by September 19, 2006. There

is no trial date set in this case and undersigned understands and believes that the requested extension will not unduly delay these proceedings. Counsel for Plaintiffs and Counsel for all Defendants further agree and understand that Plaintiffs' time to file any and all responsive pleadings to all Defendants' Oppositions to Plaintiffs Summary Judgment Motion shall be extended to October 6, 2006.

The parties respectfully request the Court grant GVEA, Dave Cruz, and Cruz Construction until September 19, 2006, to file any and all responsive pleadings to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment and Plaintiffs' Cross-Motion for Partial Summary Judgment. Defendants also respectfully request the Court grant Plaintiffs until October 6, 2006 to file any and all responsive pleadings to all Defendants' Oppositions to Plaintiffs' Cross-Motion for Summary Judgment.

A proposed order is submitted herewith.

DATED at Fairbanks, Alaska this 5th day of September, 2006.

        BORGESON & BURNS, PC
        Attorney(s) for Defendant, GVEA

        By:  s/ Cory R. Borgeson

           BORGESON & BURNS, P.C.
           100 Cushman Street, Suite 311
           Fairbanks, Alaska 99701
           Telephone: (907) 452-1666
           Facsimile: (907) 456-5055
           E-mail: cborgeson@bnblaw.com
           ABA #8405009

          <u>s/ (Consent)  Daniel T. Quinn</u>

          Daniel T. Quinn (ABA# 8211141)
          RICHMOND & QUINN
          360 K Street, Suite 200
          Anchorage, AK  99501-2028
          Phone:  276-5727
          Fax:     276-2953
          E-Mail: dquinn@richmondquinn.com

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

Venable Vermont, Jr. Stephanie.Galbraith@law.state.ak.us; TWC.ECF@law.state.ak.us
Dave Floerchinger
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501