Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:04-CV-0026 RRB

### PROPOSED ORDER GRANTING EXTENSION OF TIME

The Court, having considered Defendants GVEA, Dave Cruz and Cruz Constructions' Joint unopposed Motion for Extension of Time and being otherwise advised in the premises,

IT IS HEREBY ORDERED that all Defendants shall have until September 19, 2006 to file any and all responsive pleadings to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment and Plaintiffs' Cross-Motion for Partial Summary Judgment. Plaintiffs shall have until October 6, 2006 to file any and all responsive

pleadings to Defendants' Oppositions to Plaintiffs' Cross-Motion for Partial Summary Judgment

DATED this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Eric P. Gillett egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

Venable Vermont, Jr. Stephanie.Galbraith@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

Proposed Order Granting Extension of Time
Case No.: 4:04-CV-0026 RRB
Page 2 of 2