Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>          Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 4:04-CV-0026 RRB

### ~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME

The Court, having considered Defendants GVEA, Dave Cruz and Cruz Constructions' Joint unopposed Motion for Extension of Time and being otherwise advised in the premises,

IT IS HEREBY ORDERED that all Defendants shall have until September 19, 2006 to file any and all responsive pleadings to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment and Plaintiffs' Cross-Motion for Partial Summary Judgment. Plaintiffs shall have until October 6, 2006 to file any and all responsive

pleadings to Defendants' Oppositions to Plaintiffs' Cross-Motion for Partial Summary Judgment

DATED this 6 day of Sept, 2006.

/s/
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE