DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT, <br><br> Plaintiff(s), <br><br> vs. <br><br> GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY and PATRICK NELSON, <br><br> Defendants. | Case No. 4:04-cv-0026-RRB <br><br><br> **NOTICE OF SERVICE** |

       Pursuant to the court's docket annotation of September 5, 2006, defendants

Nelson and Covey hereby notice the court that Exhibit F, to their reply brief has now been

produced to the parties in CD format.[1]

DATED this 6th day of September, 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   s/ David D. Floerchinger
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Dave.Floerchinger@law.state.ak.us
       TWC_ECF@law.state.ak.us
       Alaska Bar No. 8511156

This is to certify that on this date, a copy of the foregoing
Notice of Service is being mailed to:

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

Cory Borgeson, Esq.
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

s/ David D. Floerchinger 9/6/06

---

[1] *See* Nelson and Covey's Reply on Their Motion for Summary Judgment, n. 16.