LIST OF EXHIBITS TO
CRUZ CONSTRUCTION, INC. AND DAVE CRUZ, INDIVIDUALLY'S
MEMORANDUM IN REPLY TO PLAINTIFFS' OPPOSITION TO
MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANTS
CRUZ CONSTRUCTION, INC. AND DAVE CRUZ, INDIVIDUALLY

| Exhibit No. | Description |
|---|---|
| 9 | Affidavit of Patrick H. Kalen, PLS |
| 10 | Deposition of Don Kubanyi pp. 149 and 176-184 |
| 11 | Deposition of Dave Cruz pp. 22-35 and 55-56 |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953