# EXHIBIT 9
# AFFIDAVIT OF PATRICK H. KALEN, PLS

Case 4:04-cv-00026-RRB   Document 102-3   Filed 09/19/2006   Page 1 of 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi, )
Aileen Welton, Elizabeth Tuzroyluk )
Doris Kubanyi, Victor Kubanyi, )
Bobby Kubanyi, Arlette Kubanyi and, )
Brian Baggett, )
  )
        Plaintiffs, )
  )
vs. )
  )
Golden Valley Electric Association, )
Dave Cruz, individually and d/b/a )
Cruz Construction, Black & Veatch )
Corporation, Jake Covey and )
Patrick Nelson, )
  )
        Defendants. )
_____)

Case No. F04-0026 CIV

## AFFIDAVIT OF PATRICK KALEN, P.L.S.

STATE OF ALASKA    )
                              ) ss.
FOURTH JUDICIAL DISTRICT   )

I, Patrick Kalen, being first duly sworn on oath depose and state:

1.    I am over the age of 18 years and competent to testify on the following matters;

2.    I am a Professional Land Surveyor and have been registered as such here, in Alaska, since 1978. Attached is a copy of my professional resume;

AFFIDAVIT OF PATRICK KALEN, P.L.S.
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 1 of 3

Exhibit _____7_____
Page __1__ of __7__ Pages

3. I have been retained by Golden Valley Electric Association, Inc. and Cruz Construction, Inc., to review the land survey report of Plaintiffs' expert and conduct an independent survey;

4. I have had an opportunity to review Plaintiffs' expert's survey. As discussed below, I disagree with many of the conclusions reached by Plaintiffs' expert.

5. On September 8 and 10, 2006, my firm, Kalen & Associates, Inc., conducted a field survey to determine, among other things, the location of the Rex Trail right-of-way, the elevation of the Rex Trail and the ordinary high water line of Seven Mile Lake.

6. I have not yet completed my formal report, but following my firm's survey, I have made the following determinations which are contrary to Plaintiffs' experts' findings:

    a. Ordinary high water appears to reach up to the Rex trail or its right of way in several locations;

    b. A creek which appears to be a primary inlet for Seven Mile Lake has a channel which runs from the Rex Trail into Seven Mile Lake;

    c. The creek merges with the lake, although an ATV trail crosses the creek and may stop the surface flow during low water conditions;

    d. Seven Mile Lake merges with the Rex Trail right of way for about two hundred feet along the South side of the lake and some of the lake merges with the actual trail;

    e. Plaintiffs' experts located the ordinary high water line of Seven Mile Lake well below clearly visible lake bed plants;

AFFIDAVIT OF PATRICK KALEN, P.L.S.
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 2 of 3

Exhibit 7
Page 2 of 7 Pages

    f. Plaintiffs' experts show the tree line between the Rex Trail and Seven Mile Lake to be much wider than the tree line that actually exists on the ground;

    g. Plaintiffs' experts failed to recognize the intersection of Seven Mile Lake with Rex Trail.

7. My firm is in the process of producing a formal report which will detail the evaluation of hydrophytic plants, reliction, tree drowning, historical development of the Rex Trail, air photo analysis, elevations, and other pertinent data obtained through our survey;

FURTHER, your Affiant sayeth naught.

DATED this 18th day of September, 2006, in Fairbanks, Alaska.

_____
Patrick Kalen, PLS

Subscribed and sworn to or affirmed before me at Fairbanks, Alaska, on the 18th day of September, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Karen A. Day
My Commission Expires January 13, 2008

_____
NOTARY PUBLIC in and for the State of Alaska
My Commission Expires: 1-13-2008

F:\303869\286\KAD8727.DOC

AFFIDAVIT OF PATRICK KALEN, P.L.S.
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 3 of 3

Exhibit 7
Page 3 of 7 Pages

# KALEN & ASSOCIATES, INC. : <u>Engineers & Surveyors</u>

*1041 Chena Ridge Road • Fairbanks, Alaska 99709 • (907) 479-2628 / Fax (907) 479-8830 /skkalen@eagle.ptialaska.net*

## <u>RESUME</u>

**Patrick H. Kalen, PLS (AK Lic. # LS-4603).**
Mr. Kalen is firm president and in responsible charge of all survey, mapping, and engineering projects performed by Kalen & Associates, Inc. and our subsidiary, Chena Surveys, Inc. (CSI). A life-long Alaskan from Skagway, Mr. Kalen received his higher education from the University of Alaska. He has been a registered Land Surveyor in Alaska since 1978 and a U.S. Mineral Surveyor since 1980. A leader in the profession, Mr. Kalen served three terms as the Land Surveyor on the Alaska State Board of Registration for Architects, Engineers, and Land Surveyors. He is active in professional societies, being past President of the Fairbanks Chapter of ASPLS and the Statewide Chairman of the Alaska Section of ACSM for six terms. He was Chairman of the 2006 Alaska Surveying and Mapping Conference (for a fifth time).

Mr. Kalen brings over 30 years of experience in all phases of land and construction surveying, with particular emphasis on topographic, engineering, and construction surveys in support of civil/structural and environmental projects. Recent projects have involved complex field design and redesign for highway and airport renovations, housing developments, and large building projects. He brings recent and long-term experience in surveying and civil engineering projects on military facilities at Eielson AFB, Fort Wainwright, Galena AFS, and Anderson/Clear. He also has been responsible for numerous control, boundary, hydrographic, and route surveys, including GPS control surveys in remote locations.

**Experience in Forensic surveying services includes:**
Mr. Kalen has provided research and expert testimony for the State of Alaska, Fairbanks North Star Borough, U.S. Army, and various private clients concerning Ordinary High Water boundaries, drainage, encroachments, rights-of-way, mining rights, and RS-2477 disputes. Specific Projects have included:

- **Harding Lake Hydrographic Survey: 2004-5:** Hydrographic survey performed for the Alaska Soils & Conservation Division and Harding Lake Home-Owners Association. A Hydrographic survey was performed and a meander survey of the current lake shoreline. The issue of where Ordinary High Water occurred was in dispute. Owners accepted Mr. Kalen's conclusions as to OHW determination.

- **Swanson vs. Pankratz / Greatland Riverfront Properties vs. Swanson, 2001-02:** Research for James Swanson in waterfront dispute with Pankratz, including hydrographic survey and extensive investigation of earlier documents and cases concerning the same area; i.e. the Southeast Channel of the Chena River, adjacent to Pike's Island. Rather than pursuing the dispute to the Alaska Supreme Court, the case ended in a Quiet Title Action, recorded with the Alaska Department of Natural Resources agreeing to an OHW as determined by Mr. Kalen.

- **Brice vs. State of Alaska, et. al., 1983:** Expert Witness for State of Alaska in a case in which the Alaska Supreme Court ruled that section line easements created by a 1923 statute were not vacated when the statute was repealed in 1949. Brices challenged the right of residents of State-owned Tungsten Subdivision to plan an access road using the section line easement to the subdivision through Brice's property. Kalen had been the Surveyor in charge of Tungsten Subdivision using the

Exhibit ____7____
Page __4__ of __9__ Pages

right-of-way and the State's expert witness. The Supreme Court upheld the Superior Court opinion that the repeal of the 1923 statute suspended the creation of new section line easements, but did not vacate easements previously created. A landmark decision for RS-2477 cases in the State of Alaska.

- **Ester Loop RS-2477 Dispute**: Fairbanks North Star Borough vs. Coughlin, 1989: Kalen was under contract to the Fairbanks North Star Borough at three stages in this dispute between the Borough and various residents of the town of Ester. In January 1983: Provided research and field investigation to establish location and definition of Ester Loop. In 1985: Extensive plat, deed, and chain of title research; aerial photography; ground survey; Surveyors Report on history of Loop with alternatives and recommendation; base map prepared with layers for contours, as-builts based on 1985 air photos, and as-builts of roads & structures of Ester Loop based on 1950's drawing from U.S. Smelting, Refining, & Mining Co. In 1988-89: Preparation for Litigation based on earlier work and further extensive study of certificates, plats & deeds of early mining claims and BLM surveys in the area, as well as aerial photo interpretation. Borough argued that an RS-2477 right-of-way does exist for the Ester Loop road, currently obstructed by Coughlin and others. Case was resolved out-of-court.

- **William Lentsch & O'Connor Creek Development Corporation vs. State of Alaska, et. al.**: RS-2477 dispute over right of public (i.e., individual dog mushers') access across private development. Kalen was Surveyor for Lentsch's proposed Meadows Airpark Development which stalled over the question of location, use and possible vacation of the old O'Connor Creek Trail right-of-way, and expert witness for Lentsch (Attorney was Joseph Sheehan). Forensic services involved research and expert testimony in Superior Court as to the question of the location and history of O'Connor Creek Trail, based on BLM records, deeds, Field Notes and Plats, GLO records, Alaska Road Commission records, and USGS maps, as well as 1949 aerial photograph interpretation. Superior Court ruled in favor of the opposition, and that Kalen's road location was correct. Lentsch did not have funds to carry appeal through Supreme Court.

- **Tribulation Trail Right-of-Way: New vs. Demoski**, 1985-88: Forensic services involved research for attorney, as well as as-built survey of the road, which discovered trespass modification of the road. Preliminary plat, plan & profiles and a Surveyor's Report prepared by Kalen. Expert witness testimony in Superior Court as to road location. Both sides accepted survey. Lower Court and opposing parties agreed on Kalen's survey as the basis for settlement. In an odd twist, the AK. Supreme Ct. ruled that the road does not qualify under either RS-2477 or adverse possession after the parties agreed that it is a public road.

- **Bunnell Park Subdivision Drainage Dispute**, 1987: Forensic Services included topographic survey of portion of subdivision and road right-of-way with culverts, in case involving flooding of residence; preparation of map; Surveyor's Report on cause of drainage problem and recommendations; expert testimony in deposition for Atty. Ken Ringstad on liability for flooding. Both parties accepted Kalen's report as part of the settlement.

- **Walt's Place Subdivision**, 1988: Settled dispute over location and definition of a portion of the old Fairbanks-Valdez Trail near Salcha and BLM meander accretions. Both sides retained attorneys. Case was resolved by acceptance of Kalen's opinion on survey boundaries by both sides. An RS-2477 right-of-way for the Fairbanks-Valdez Road was removed from both properties by Kalen as a Vacation of the old trail within the subdivision. Vacation Plat accepted by the Fairbanks North Star Borough; litigation was avoided..

Exhibit 9
Page 5 of 7 Pages

- **1988 Alaska Surveying & Mapping Conference - Panel on RS-2477**: Kalen organized the panel discussion and represented Land Surveyor involvement in RS-2477 disputes and resolutions. Other panel members included Senator Jack Coghill, and representatives from the Alaska DOT/PF and the BLM. Important and sometimes conflicting policy positions of the state and federal governments were discussed, based on the precedent that in the absence of federal law on RS-2477, state law is controlling.

- **Robertson and Ziegler vs. Cacy / Portage Creek Mining Claims Dispute, 1987-89**: Kalen was Surveyor for Eddra Robertson in staking and filing of 10 placer claims in the Central Mining District. Claim locations and boundaries were disputed by neighboring miner, who over-staked on same ground. Forensic services involved extensive research of BLM records, maps, aerial photographs, Location Notices and Affidavits of Labor for federal and state claims in the area, field verification of the 10 claims, and deposition and expert testimony at legal hearings.

- **Shultz vs. United States, Dept. of the Army**: Lazelle Road RS-2477 Dispute, 1990 - 95. Private individual was claiming right to cross Fort Wainwright to access land he was developing. Forensic services involve extensive research into and interpretation of public records, original field notes, maps, and aerial photographs of the area; Surveyor's Report with the history of the dispute analyzed, location and history of historical and current roads and trails interpreted, and professional opinions offered. Expert Witness testimony in Federal Court trial. Court ruled Kalen's road locations were correct; decision was reversed on appeal by U.S. 9th Circuit Court; upon re-appeal the 9th Circuit Court restored the original decision (the Army won).

- **VECO vs. Exclusive Landscaping & Paving, 1996.** Dispute between general contractor and subcontractor on Eielson AFB 801 Housing Project. Kalen was Surveyor for the project under contract to General Contractor VECO and gave expert witness testimony in arbitration hearings for VECO. After 4 days of testimony, Kalen's survey was upheld.

**Recent Projects for which Mr. Kalen has been In Responsible Charge include:**
- **Southern Boundary Exclusionary Fence, Fort Greely, AK, 2006**: Verify control & initialize GPS; flag clearing; stake grubbing limits; stake fence line and gates; as-built survey of fence after construction. Subcontract amount: $21,500.00. AAA Fencing, POC: Lyle Aune, (907-275-2475).

- **Replace Family Housing, Eielson AFB, 2005**: Design/Topographic Survey for large Family Housing Replacement, including control & topographic surveys of all utilities, buildings, roads, curbs/gutters/sidewalks, and all features, with combination of GPS and Total Stations. AutoCAD Topographic Map produced. Subcontract amount: $38,600. Prime Consultant: RIM Architects, Juan Ania, (907) 530-8937.

- **GVEA Northern Intertie, Tanana Flats, 2003, Fairbanks to Nenana**: Set/verify Control, stake pilings for over 250 tower structures along a 72 mile electric line; provided QA/QC for setting poles and pilings. Out-of-town, wilderness area, winter project over frozen ground and river, with snowmachine and ATV support. . Subcontract amount: $330,000.00.
POC: ASRC/Global Power & Communications, Rick Pittenger : (907)339-5923.

Exhibit 9
Page 6 of 7 Pages

- **Laurance Road Resurface Survey, North Pole to Flood Control Dike, 2005-06:** Corps of Engineers project involving control, cross-sections, staking for renovation & repavement; re-establish road centerline; topo, ditches, culverts; as-built. AutoCAD production of TIN and base map in support of road design. Consultant, Tryck Nyman Hayes, Inc., Ted Trueblood, PE (907)343-0215.

- **Alaska Railroad Realignment, Eielson Branch, 2005-07:** Project involved Control from Fort Wainwright and Fairbanks International Airport to Eielson AFB, extensive differential levels; GPS control, including elevation determination; photo paneling for aerial photography and mapping; ties to rectangular surveys for parcel mapping; hydrographic survey of the Chena River. Contact: Alaska Railroad Corp., Greg Lotakis, PE, (907)265-2217.

**Anchorage Port Authority Road, 2006:** Original control and route survey for 5.5 miles of new haul road running east of the Port of Anchorage north of Elmendorf AFB between 2 borrow pits: GPS control, with differential levels; route and topographic survey performed in January in winter conditions; in support of a road design for a 2-way road suitable for use by 40-ton off-road trucks which will haul gravel from Elmendorf AFB to the Port of Anchorage. Contact: TNHHanson, Norman Gutcher (907)343-0211.

- **Ft. Wainwright-Eielson-Birch Lake Photo paneling, 2005:** GPS Air photo control location and pre-mark paneling at 12 locations between Ft. Wainwright and Eielson for aerial photography and mapping.. Staff: P. Kalen, Ciampa, Kruse, Huth. Consultant: AeroMap,US, Steve St. Peter, (907) 272-4500

- **Alaska Railroad Corp: GPS Survey of 25 Radio Towers along the Alaska Railroad, between Seward and Fairbanks, 2003:** Subcontractor to provide GPS Control down the Parks Highway, Locate & as-built the center of each tower for radio installation. AutoCAD drawing & ARRC Antenna Mounts Final Survey and PLS Certification, Surveyor's Report. Subcontract amount: $48,191, Meteor Communications, Peter Donich, (253) 872-2521; ARRC, Bart Browning, (907) 265-2401.

- **Ground-Based Midcourse Defense Segment Project, Launch Site Components Installation, IDT#2 & RSE, Ft. Greely, AK., 2003 -6:** Surveying Subcontract for LSC Installation at Silos; horizontal & vertical control; site preparation; stake silo sleeves, foundations, anchor bolts; guide rails, SIVs, grout installation, backfill. PLS to verify all tolerances. Subcontracts Amount: $900,000. Prime Contractors: Aglaq LLC., Gary Matthews, Project Manager, on site: (907) 632-2065; UNIT Construction, Inc., Sandi Billingsley, Project Manager, on site (907) 869-3155.

- **Bulk Jet Fuel Storage Facility, Eielson AFB, 2002-3:** Control; stake for Site Excavation, grading, drainage, backfill for buildings & structures; stake offset control for UG Utilities trenches; locate hydrants, valve boxes; stake for pilings locations; stake for storm drain system, culverts; stake Fence; stake control offsets for Tank foundation - grid; stake control offsets for Pump House & Well House foundation & slab - grid; Stake VSM locations; as-built.
Subcontract: $85,000.00. Rockford Corporation, Steve Schoeni, (907) 344-4551.

- **Type III Hydrant Fuel System and KC135 Parking Ramp, Eielson AFB, 2000-2001:** Tasks included control with GPS. slope staking tank sites, berms, fences; staking site excavation for Pump House & Truck Fill Station buildings; offset grade lines for bulk fuel lines; stake sign locations, site electrical; grade stakes for subbase under ramp; red tops and blue tops; marking for pavement striping; as-built survey for pipe. Subcontract Amount: $133,965.00 + Rockford/Kinley, JV, Steve Schoeni, (907)344-4551.

Exhibit 9
Page 7 of 9 Pages

- **Fort Wainwright Missile Test Facility, 1999-2000**: Subcontractor for construction survey for new site and building. Tasks included control, staking clearing limits; staking site excavation, building offset control for footings, column grids; stake and red top access roads; stake utilities, culverts, stand pipes, bollards, security fence and gates, exterior electrical and communications.
Subcontract amount: $34,515.00. Prime Contractor: GBC, Inc. Gary Grose (907) 474-0515.

### Experience with Hydrographic Surveys:

Mr. Kalen brings many years of experience with hydrographic surveys involving rivers, inlets, bays, meanders of coastlines, sounding for water depth. In addition to the 2 listed above under forensic services, these include the following:

- **Maintenance Dredging, Chena River, Fairbanks, AK, 1999 - 2000**: Subconsultant for Two-year project involving GPS control & hydrographic survey: re-establishment of vertical control and revised AutoCAD plans; layout of centerline profile and cross-sections of river width; layout of drill holes through winter ice; excavation and soundings at established drill holes in support of river maintenance dredging. Total of 28 sheets of AutoCAD final drawings including Plan alignment & Control; Detail & Site Plans & As-builts on mylars and in digital format. Fees: $135,000. Prime Contractor: Cruz Construction, David Cruz. (907)746-3944; Alaska District U.S. Army Engineer, P.O. Box 35066, Fort Wainwright, AK 99703-0066, POC: Rolf Ness, (907) 353-7065

**Fairbanks DNR Complex Riverbank Stabilization, 1993-4,** Hydrographic survey of 300 ft. of the Chena River for riverbank stabilization to prevent further erosion of the river at this location. We provided hydrographic survey with a fathometer and small boat, topographic survey, and design with AutoCAD plan/profiles.

- **Skagway-Haines Taiya Inlet as-Built Hydrographic survey for power lines for AP&T, 1998-99**: Resolve datums for Hydrographic survey and as-built (as-laid) Location survey for right-of-way easement between Skagway and Hainess by Alaska Power & Telephone Company, Skagway, Alaska. AutoCAD production of 9-page Right-of-Way Permit Diagram for the Alaska DNR produced. Also, underwater and topographic, vault survey to install submarine power and fiber cable within surveyed easement. = approx. 87,000 ft X 30 ft easement, containing approx. 60 acres of tide and submerged lands in Northern Lynn Canal. Fees: 26,000. City of Skagway and Alaska DNR, Southeast Region, POC Terry Raider (907)465-3404

**Noorvik Airport Relocation and Kobuk River Erosion Control, 1989,** Hydrographic Survey of the Nazaruk Channel of the Kobuk River at Noorvik, involving river profile and cross-sections, depth soundings, and flood level analysis with a Ratheon precision fathometer and boat. We provided control, hydrographic, topographic and boundary surveys, and AutoCAD mapping in support of preliminary design for erosion control to protect the Airport, and provide riverbank stabilization.

**Galena AFS Renovations and Runway Relocation, 1987,** Control and topographic surveys, including survey of riverbank meanders, in support of design to protect the runway from erosion by the Yukon River. CADD production of runway plan/profile sheets. Corps of Engineers project.

Exhibit _9_

Page _8_ of _9_ Pages

**Tanana River Erosion Control project at Nenana, 1986-87,** Based on earlier Hydrographic survey information, the City of Nenana had a complete erosion control project designed and constructed. We provided Control and topographic surveying, tieing to the original municipal baseline survey and the airport boundary. Additional Hydrographic surveying included cross-sections of the Tanana River from the riverbank to the approximate centerline of the river at 100 ft. and 50 ft. intervals with a Raytheon fathometer and boat.

**Nenana Base Maps and River Maps, 1984-85:** Municipal Base Mapping Project was modified to include meander lines and riparian boundaries of the Tanana River to show the erosion of the river channel at the City of Nenana and to map the Tanana River avulsion changes. Two projects involved air photo control and paneling up Pogy Slough and the Tanana Riverbank, plus hydrographic survey of the Tanana River, taking cross-sections sections with a boat and Raytheon Precision Fathometer. A total of 16 cross-sections were taken at intervals from the Parks Highway Bridge to a distance of 7800 feet upstream of Pogy Slough. The data was reduced, maps were produced and a Report was prepared defining the erosion of the River.

**Chena Lakes Flood Control Project, 1979-80, for Corps of Engineers, North Pole, Alaska,** Our subcontract included Control survey and layout for the flood control dikes, plus a Hydrographic survey with fathometer and small boat of the Material Site Borrow Pits to determine volumes for pay quantities. Borrow Pits Restoration resulted in the Chena Lakes Recreation area.

**Cook Inlet Oilfield Exploration, 1967,** Personal experience for Mr. Kalen involved Hydrographic survey of Cook Inlet with fathometer and boat, taking soundings for oil well location determination.

Mr. Kalen has been involved with several projects requiring **Corps of Engineer Section 404 and related permit applications,** including:
- The Nenana-Totchaket Agricultural Transportation System, west of Nenana: Mr. Kalen acted as agent for the City of Nenana in the permitting application process with the Corps of Engineers, ADEC, ADNR, EPA, BLM, U.S. Fish & Wildlife, U.S. Coast Guard, and other federal and state agencies.
- UAF Musk-ox Farm Septic System Renovations, application for Alaska DEC permits.
- Wrangle Subdivision near North Pole, successful mitigation of requirements for Corps of Engineer Section 404 permit.
- Rivers Edge RV Park, Seekins Residence, and other private clients: Corps of Engineer Permit applications for Chena Riverbank access and fill.

As a U.S. Mineral Surveyor since 1980, Mr. Kalen has performed **Mineral Patent Surveys and mining claim staking** in the Brooks Range, Ester, Central, Eagle, and Cordova Mining Districts.

Exhibit 9

Page 9 of 9 Pages