**EXHIBIT 10**
**EXCERPTS FROM**
**DEPOSITION OF DON KUBANYI**
**Pgs. 149 and 176-184**

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ALASKA

3   DON M. KUBANYI, JIMMY KUBANYI,           )
    AILEEN WELTON, ELIZABETH                 )
4   TUZROYLUK, DORIS KUBANYI, VICTOR         )
    KUBANYI, BOBBY KUBANYI, and              )
5   ARLETTE KUBANYI,                         )
                                             )
6           Plaintiffs,                      )
                                             )
7   v.                                       )
                                             )
8   GOLDEN VALLEY ELECTRIC                   )
    ASSOCIATION, et al.,                     )   Case No. F04-0026 CI
9                                            )
            Defendants.                      )
10  _____ )
    CRUZ CONSTRUCTION, INC. and              )
11  DAVE CRUZ, individually,                 )
                                             )
12          Defendant and Third-             )
            Party Plaintiffs,                )
13                                           )
    v.                                       )
14                                           )
    GLOBAL POWER & COMMUNICATIONS,           )
15  LLC.,                                    )
                                             )
16          Third-Party Defendant.           )
    _____ )
17

18              VIDEOTAPED DEPOSITION OF DON KUBANYI
                        October 14, 2005

19  APPEARANCES:

20          FOR THE PLAINTIFFS:        MR. MICHAEL J. WALLERI
                                       Attorney at Law
21                                     330 Wendell Street
                                          Suite E
22                                     Fairbanks, Alaska  99701
                                       (907)  452-4716
23

24

25

Exhibit ____/ 0____

Page____/____of____//____Pages

149

1           that's just as black and white as can be.

2  Q        Isn't it your testimony that you couldn't see the

3           property line?

4                   MR. WALLERI:  Objection; that assumes facts not

5  in evidence.

6  Q        Well, did you testify earlier that you can't see the

7           property line on the south side of the lake?

8  A        I said it's hard to distinguish exactly where it's at.

9           I mean it's just a swamp hole.  But there's No

10          Trespassing signs right there.  I mean I told these

11          people.

12 Q        So.....

13 A        They knew it.  I mean it's not like distinguish it.

14          They knew they were crossing private property whether

15          it be GVEA -- I didn't see their signs or whatever, but

16          I let these people know they were on private property.

17 Q        Well, who are the people that you spoke to?

18 A        Dave Cruz, number one.  I mean he brought out his map

19          and everything.  But I had spoke to Wayne Walters

20          before and I mean he had.....

21 Q        Did you see Way- -- did you.....

22 A        He had to tell these people.  I think.....

23 Q        Did you see Wayne Walters -- well, do you know if Wayne

24          Walters told this to anybody?

25 A        I don't know what he does, who he talked to.

176

1        nurse?

2  A     Yeah.

3  Q     Okay.  I want to ask you just about some names on here.

4        I think I know who they are.  This is from your witness

5        list.  This says Nathan Ludwig.  Would that be the Nate

6        that is.....

7  A     Yeah, that's Nate.

8  Q     And that is the friend of John.....

9  A     He's the friend of Bryan Baggett's.

10  Q    Of Bryan?

11  A    You know, when you talk to Bryan, you'll -- he works

12       with Bryan.

13  Q    Okay.  Do you know if Nathan was out there when you had

14       this contact with the troopers?  Do you have any idea?

15  A    I'm pretty sure he was there with Bryan.....

16  Q    Okay.

17  A    .....on his snowmachine, but I -- once that happened, I

18       can't tell you for sure.

19  Q    All right.  And the next name is Don Welton.  Who is

20       he?

21  A    That is Aileen's husband.

22  Q    All right.  And was he out there?

23  A    No.

24  Q    So why is.....

25  A    Oh, wait.  Was he?  No, I don't remember him out there.

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

Exhibit _____ 10
Page __3__ of _11_ Pages

177

1    Q    Your -- and maybe your lawyer has made this decision

2         and not you, but why do you think he's listed on your

3         preliminary witness list?  What does he know about any

4         of this?

5    A    Well.....

6    Q    Either the land stuff, permit stuff.....

7    A    Yeah, he knows the land.  I mean he's got his cabin out

8         there he built and.....

9    Q    Okay.

10   A    He knows about the land pretty good.

11   Q    And the last one is this John Legger -- Ledgerette

12        (ph)?

13   A    Yes.

14   Q    L-e-g-e-r-a-t.  That's the John you've been talking

15        about that.....

16   A    Yes.

17   Q    .....was your good friend that was there with his wife,

18        Kathy.  Okay.

19             MR. VERMONT:  Thank you.  That's all the

20   questions I have.

21             MR. QUINN:  Give me about five minutes and I'll

22   be done.  I promise.

23             MR. VERMONT:  Do you want to go off record

24   or.....

25             MR. QUINN:  No, no, no.  Let's just.....

1                   MR. VERMONT:  Okay.

2                        DON MICHAEL KUBANYI

3   testified as follows on:

4                   REDIRECT EXAMINATION

5   BY MR. QUINN:

6   Q      This was a -- I just want to ask you quickly about

7          this.

8                              (Deposition Exhibit M marked)

9                   COURT REPORTER:  Exhibit M.

10  Q      All right.  I'm going to hand you what's been marked as

11         exhibit M and this is something that was in your

12         disclosures to us.  That is, we got a copy of this from

13         your lawyer.  And I just want to ask you if you've ever

14         seen this before.

15  A      Right.  I haven't.....

16  Q      Any idea like whose handwriting that is or anything?

17  A      No, but I haven't seen this before.

18  Q      Okay.  All right.  So you.....

19  A      You know what, I mean the.....

20  Q      You didn't have any tiny role in preparing this or

21         anything?

22  A      Nope.  Never seen it in my life.

23  Q      All right.  All right.  Okay.  That's.....

24  A      I mean whose writing that is, I would say it's -- I'd

25         almost say it's my sister, Doris's.

1  Q    Oh, really?  It looks like Doris's handwriting?

2  A    I can't say for sure.....

3  Q    All right.

4  A    .....because I don't write to her hardly at all.

5  Q    Okay.  All right.  In any case, you didn't have

6       anything to do with preparing this and you can't

7       really.....

8  A    No.  I -- I never have seen it.

9  Q    All right.  All right.  And then I had forgotten.....

10 A    I mean, see, it's -- yeah.

11 Q    I almost forgot that I had gotten these pictures.

12 A    Did that come off a satellite?

13 Q    Yeah.  This is one of these overhead Aeromap things.

14      I'm just.....

15           MR. VERMONT:  Dan, you've been holding back on

16 us.

17           MR. QUINN:  Yeah, I -- honestly, I just forgot

18 I had it in there.  So let's mark this.....

19           MR. WALLERI:  He's been holding back on me,

20 too.

21           MR. QUINN:  .....as the next exhibit.  And I'll

22 just -- everyone gets a copy.

23           MR. WALLERI:  Well, that's very polite of you.

24                          (Deposition Exhibit N marked)

25 Q    This is an Aeromap.  I don't know when -- what year

1    this was taken.  I mean this could go back a long time

2    and maybe by looking at it you can.....

3  A    Well, this is -- all them things, I could show you

4    everything.....

5  Q    Yeah, yeah, I know.

6  A    .....with this.

7  Q    I should have pulled this out sooner.  All right.

8    Here, let me give you this one because this is the one

9    that's been marked as Exhibit N.

10        MR. VERMONT:  Say the letter for which it is.

11  M or N?

12        MR. QUINN:  I think N.

13        MR. VERMONT:  N.  Okay.

14  Q    All right.  So this is obviously an overhead picture of

15    the bottom part of this lake and this is.....

16  A    Yes.

17  Q    This came from Aeromap and I just can't tell you what

18    year this was taken.  I -- somebody may have that

19    information, but -- I forget, but maybe you can tell

20    just even by looking at what's on there in terms of the

21    structures.  Would that help you try to estimate the

22    year this was taken?

23  A    Well, the four- -- this is right around -- let's see,

24    there's new roofing on that.  It's got to be close to

25    '02, '03.  '03, I would say.

1    Q      Oh, you think so?  Okay.  So this is fairly recent,

2          then?

3    A      Yeah.  See, I'm looking at this building because I've

4          got a roof over here now and a second floor up.  And

5          this is -- looks like I was putting the logs across.

6               MR. VERMONT:  Drop that corner down so we can

7 see where you're pointing.  Thank you.

8    A      Oh.  This building, that's that 24 by 54.

9    Q      All right.  Now, let me ask you this question:  This --

10         this -- what looks to be a trail along the.....

11    A      The Rex Trail.

12    Q      .....southern portion of the lake, that's the Rex Trail

13         that we've been talking about?

14    A      Yes.

15    Q      And the way that these construction guys were getting

16         onto the lake, was that through this opening here that

17         you can kind of see?

18    A      Yes.

19    Q      All right.  So that's just sort of -- it looks like

20         there's -- the trail kind of has an opening that just

21         opens into the lake there.

22    A      Yeah, it's a little -- that's -- right now, that's

23         where the water inlet into the lake is.

24    Q      Okay.  All right.  Now, by -- let me just ask you this:

25         By looking at this overhead diagram, would you be able

182

```
 1            to accurately draw your property line, do you think, or
 2            would we need to -- I mean to really be accurate
 3            about.....
 4    A      Oh, I would say it's -- see, we're disputing this part
 5            of the property.  Okay?
 6    Q      Okay.
 7    A      Now, say you run that Rex Trail through there.....
 8    Q      Yeah, and just for the record.....
 9    A      Just -- again, our property point is out here
10            somewhere.  It's -- it's out in the water because
11            that's how we -- I remember going through it with the
12            surveyors in here.
13    Q      All right.
14    A      And we wanted it far enough in here that we had owned
15            this piece of property where they couldn't cross.
16    Q      All right.  And when you say our, is there something
17            out there in the water that would -- that would
18            identify where it is?  I mean is there some stake.....
19    A      No.  You know what, I mean.....
20    Q      .....that's been dropped in there or anything?
21    A      .....they had their hip boots on and it was low when
22            they were out there.  But when they surveyed it, they
23            had something there, but they kept the pole.....
24    Q      All right.  All right.
25    A      .....and all we remember telling them is, hey, we want
```

183

1        to make sure we've got property between here and there.

2    Q   But as far as being real specific as to where that is,

3        you probably -- you'd need to get the surveyor out

4        there; is that what you're telling me?

5    A   Yes.  But it's right about that point over to maybe

6        here to here.  I mean our piece of land in there ain't

7        but 25 to 50 feet.  You know, it's just something we

8        wanted.....

9    Q   From -- from the.....

10   A   .....to keep the people from crossing.....

11   Q   From the trail?

12   A   .....the Rex Trail on there.

13   Q   All right.

14   A   I mean that's what we went through the surveyors with

15       because -- because when they talked about widening that

16       trail to 50 feet, we made sure that we still had

17       property in there.

18   Q   This -- this photograph here obviously was at some

19       point when the ice was either just forming or just

20       melting.

21   A   It was just melting.

22   Q   Yeah, just melting probably, so.....

23   A   Yeah.  You can see -- see the snowmachine tracks, huh?

24   Q   Yeah, okay.  Right, right.  Yeah, actually I can.

25            MR. VERMONT:  So this is probably late May or

*LIZ D'AMOUR & ASSOCIATES, INC.* Exhibit _____/ _____
330 Wendell Street, Suite A
Fairbanks, Alaska 99701        Page _____ of _____ Pages
(907) 452-3678

1  something like that would you say, or early June?

2  A  Oh, it's -- it's not in June, but it's probably May.

3  Q  All right.

4  A  It's probably early May.

5           MR. VERMONT:  Oh, okay.

6  Q  All right.

7  A  Because it melts pretty fast.  Once that wind comes off

8     them hills, it melts that ice.

9  Q  And what you're saying is that -- what you've indicated

10    earlier is that -- actually where this -- sort of where

11    the edge of the lake in terms of -- in terms of the

12    water, that -- sometimes the water extends all -- even

13    over the Rex Trail there?

14 A  Yeah.  I mean, yeah, it floods this area in here, you

15    know.  I mean it's.....

16 Q  All right.

17 A  But, you know, the property lines are in here.  I know

18    they're in on this lake away from this trail.

19 Q  You mentioned before that you could actually see where

20    some -- where certain property lines were just from

21    cuts in the forest.  Are they visible on this

22    photograph or was it -- would they be further out?

23 A  No, because our property line here is probably right on

24    the edge of this thing.

25 Q  Okay.  All right.