**EXHIBIT 11**
**EXCERPTS FROM**
**DEPOSITION OF DAVID CRUZ**
**Pgs. 22-35 and 55-56**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI and BRIAN         )
     BAGGETT,                          )
 6                                     )
                    Plaintiffs,        )
 7                                     )
          v.                           )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     individually, and d/b/a           )
10   CRUZ CONSTRUCTION, BLACK &        )
     VECH CORPORATION, JAKE COVEY,     )
11   and PATRICK NELSON,               )
                                       )
12                  Defendants.        )
     _____)  Case No. FO4-0026 CI
13

14              DEPOSITION OF DAVE CRAMER CRUZ

15                      January 24, 2006

16   APPEARANCES:

17        FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                                  Attorney at Law
18                                330 Wendell Street, Suite E
                                  Fairbanks, Alaska  99701
19
          FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
20                                Assistant Attorney General
                                  STATE OF ALASKA DEP'T OF LAW
21                                Civil Division
                                  Special Litigation Section
22                                1031 West Fourth Avenue,
                                  Suite 200
23                                Anchorage, Alaska  99501-5903

24                                          Exhibit  11
                                            Page  1  of  7  Pages
25
```

Exhibit 11
Page 1 of 7 Pages


COPY

Page 20

1 of March.
2 Q And what -- can you tell me how you -- what happened on
3   the 1st?
4 A Is -- do you have a -- any copies of my daily reports I
5   can look back on to refresh my memory?
6 Q No, it's -- they don't.
7 A Okay. Whenever we had the incident with Don, is that the
8   date we're talking about?
9       MR. VERMONT: That was March 1st, yeah. Just.....
10 A Okay. All right. Then I can probably tell you pretty
11   good then. We had switched our operations for quite
12   awhile to nights, trying to take advantage of colder
13   weather and we had a section to finish. I don't remember
14   the exact stationings but the last section going into the
15   end of our project which we went about a mile and a half
16   south of the Rex Trail to structure 156 I think it was
17   and I can't -- I don't remember the distance in miles
18   north of the Rex Trail we went. You know, I'm sure my
19   records would maintain -- you know, I would know that.
20   So we were going to fire up and go ahead and -- and run
21   water at night. That morning, I was out on the Rex Trail
22   checking things. I'd probably been up at -- on the main
23   line and I visited with Don himself probably at oh, 10:00
24   o'clock, 11:00 o'clock in the morning, somewhere in that
25   time frame. Had a nice conversation with him. The only

Page 21

1   thing that really sticks out in my mind, that Don wanted
2   to work for Golden Valley and Golden Valley didn't hire
3   him and that was really the only thing I remember about
4   it. I did tell him we were going to extract water. He
5   knew our ice shack was out there and he didn't have any
6   opposition at all to us doing that. He knew we had valid
7   permits to do it and, you know, we actually had a nice
8   conversation.
9       I probably talked with him a half an hour or 45
10   minutes right there by his place. Don asked me if he
11   could use our loader to move some logs. I told him well,
12   we couldn't use -- he couldn't use it today but we'd come
13   and help him the next day. We literally volunteered to
14   help him out, you know, so we had that kind of
15   relationship with him, you know. And then a little later
16   in the day, I got a call from my grader operator, Lance
17   Williamson -- and I'm going to estimate it, it was
18   probably 2:30 to 3:00 o'clock, somewhere within that time
19   frame -- it could have been maybe 3:30 -- and Don and his
20   brother-in-law and a sister and Don's girlfriend or some
21   other gal there, they were -- they were partying and Don
22   wanted -- Lance told me Don wanted 500 gallons of diesel,
23   two cases of beer and whiskey and I said well, I said I
24   can't get him any of that stuff today so, you know, I'll
25   deal with Don tomorrow. So anyway, Lance indicated that

Page 22

1   Don was definitely getting drunk and so about -- I didn't
2   go back and see him or take him any alcohol or anything
3   but, you know, we were still going to help him the next
4   day. About -- our night shift was se -- set to start, I
5   believe, at 8:00 p.m. That's what we work, 8:00 to 6:00
6   in the morning. That would be 10 hours, 6:30. 8:00 to
7   6:30 is what we were going to work and the crew went out
8   that night and I was staying down at Rochester's Lodge is
9   the name of it, just right across from Clear Sky Lodge,
10   and I went in to check on the crew. Everything was going
11   relatively good. Weather looked like it was going to go
12   and my mechanic at that time, Lynn McCoyne, called me and
13   said Don was kind of starting to raise some trouble out
14   there and wanted -- wanted to talk to me. I think that's
15   what it was and so I told Lynn, I said well, tell Don
16   I'll come and talk to him tomorrow, that I'm going home,
17   I've worked all I can today. So anyway, I went on out
18   the road and then I got a call from Mike Able who was
19   Dryden and Larue's inspector very upset and said Don had
20   threatened to kill them. He was going to get his gun and
21   kill them and they were fearing for their life and that
22   was the direct -- I remember that very vividly. So I
23   thought about it for a second. I had to insure the
24   safety of my crew out there. I got on my cell phone and
25   I called 911 and I met both of these gentlemen out. I

Page 23

1   went to the Parks Highway, sat there waiting for them to
2   come, met both of them at the Parks Highway, explained to
3   them who we were, what we were doing and.....
4 Q Okay. Hold off there for a second. So at -- right after
5   Mike Able called you, your next call was on 911?
6 A When he threatened to kill the crew, yes.
7 Q Okay. Did you talk to anybody else about what to do?
8 A No.
9 Q Did you talk to the chief inspector?
10 A Nope.
11 Q Okay. Did somebody tell you to call the troopers?
12 A I made that judgment as the president of my company and
13   to insure the safety of my people.....
14 Q Okay.
15 A .....and the Golden Valley inspector.
16 Q Did you tell Officer Covey that the general inspector had
17   told you to call?
18 A I wouldn't be the general inspector, I would have told
19   him the Golden Valley inspector.....
20 Q Okay.
21 A .....you know, was fearing for his life so I may have
22   said the Golden Valley inspector.
23 Q If on the tape, you refer to two separate inspectors and
24   that one -- that the chief inspector told you to call, do
25   you know who that would have been?

Page 24

1  A  The only person that I can remember talking that night
2     would have been Mike Able so it may have been -- you
3     know, things were happening fast there and that's Golden
4     Valley's inspector at night, you know? It wasn't my guys
5     that told me this was happening.
6  Q  Was there any other inspector over chief -- or over Mr.
7     Able?
8  A  On night shift?
9  Q  Right.
10 A  There was no other inspector out there that I know of.
11 Q  Was there any inspector superior to Mr. Able?
12 A  Dick Warner would have been superior to him.
13 Q  And did you talk to Mr. Warner that night?
14 A  No.
15 Q  Okay. Did you have your cell phone with you?
16 A  Yes, I did.
17 Q  Okay. And what -- do you know what the number of the
18    cell phone was?
19 A  373-8209.
20 Q  Okay. Now, when you responded -- or so the only person
21    that you talked to about the threat of being -- about
22    physical -- about a threat from Mr. Kubanyi was Mike
23    Able?
24 A  Yes.
25 Q  Okay. You talked to nobody else prior to calling the

Page 25

1     troopers?
2  A  I can remember -- I can remember Mike sticks in my mind
3     because Mike has got a -- a -- he's got a real piercing
4     voice. To be specific, I can't totally tell you whether
5     one of my guys called me, you know? It could have been
6     they called me on the radio and Mike wants to talk to
7     you. It would have -- it would have been something of
8     that nature because there was -- to my recollection,
9     there was -- Ed Di Warden (ph) was there, Mike Able,
10    Chris Fail and I don't know if we had another employee
11    there. I don't recall but those three -- I know that
12    Lynn McCoyne was out there but I don't know if he came
13    back or if he stayed. I don't recall.
14 Q  Okay. Did you talk to Ed before you talk -- do you
15    remember talking to Ed before you called 911?
16 A  I don't remember talking to Ed. Like I said, Mike is the
17    one that sticks in my mind because of just his voice.
18 Q  Okay. So.....
19 A  I'm going to say that they called me on my company radio
20    so they would have had to get in one of the other trucks
21    out there to do that and all our trucks and, in fact, Ed
22    had a radio too, our pump shack guy.
23 Q  Okay. Did Mike have a radio that he could talk to you
24    on?
25 A  He would have gone to one of our trucks. I don't believe

Page 26

1     he had one in his truck.
2  Q  Okay. Where were your trucks parked?
3  A  When we were -- when we were loading, we were loading on
4     the lake. I instructed them -- after this happened, I
5     said pull off the lake and they pulled out onto the trail
6     and parked on the trail.
7  Q  Okay. Then how far off the trail were the -- were you
8     parked were the -- was the equipment parked.....
9  A  They were right on the trail.
10 Q  .....before the incident?
11 A  Oh, we were on the lake, you know.
12 Q  Okay. How far off the trail?
13 A  I don't follow you. We were on the lake.
14 Q  Okay.
15 A  The trail and the lake at that point are the same thing.
16 Q  Okay. How did you know where the trail was if they were
17    -- the lake and the trail were the same thing?
18 A  It's a very well-used trail that goes back in there.
19 Q  Okay.
20 A  Been used for many, many years to access -- I think it's
21    Gold Canyon that's back up in the mountains there, a
22    mining district.
23 Q  Uh-huh (affirmative). So off of -- how far off of that
24    well-defined trail were you parked where you -- did
25    you.....

Page 27

1  A  We were parked.....
2  Q  .....prior to the incident?
3  A  We were on the lake. We didn't park our equipment there.
4     Our equipment was coming down -- we -- I believe at that
5     time, we had it up on the confluence of -- or at the
6     intersection of the Rex Trail and the intertie.
7  Q  Okay.
8  A  We didn't have a -- you know, a -- that's where we had
9     our stuff.
10 Q  But when you started hauling water.....
11 A  Right.
12 Q  .....where did you park the.....
13 A  Right on the lake.
14 Q  On the lake.
15 A  Yes.
16 Q  How far? Ten feet?
17 A  Out in the lake?
18 Q  Yeah.
19 A  Oh, we were probably out in the lake.....
20 Q  No, off the trail, from the well-defined trail.
21 A  Well, you want me to draw you a picture?
22 Q  Sure. That'd be.....
23    MR. QUINN: Counsel, I'll offer my picture.....
24 Q  .....helpful. Well, you got -- oh, there we go.
25    MR. QUINN: .....if it helps anything but I want to

Page 28

1   get it back.
2   A   That'll help us out.
3       MR. VERMONT: Mr. Quinn, why don't you read it just
4   so we all know what it is on the back?
5       MR. QUINN: Right.
6       MR. VERMONT: There's a yellow sticky that says what
7   exhibit it was.
8       MR. QUINN: This is exhibit N to the Kubanyi
9   deposition. This is.....
10      MR. VERMONT: Kubanyi, yeah. Okay.
11  Q   (By Mr. Walleri) See, we -- you -- we're able to use it.
12      See? There you go.
13  A   Okay. This point.....
14  Q   Don't -- please don't mark on it.
15  A   No, I'm not going to do that. Okay. This point right
16      here, all of this is lake still. This is all flooded.
17      It's all ice. When we were -- you know, we were
18      somewhere probably out -- I'm just going to gauge it --
19      probably out and about right here with our ice shack. I
20      -- my attorney has some photos of that.
21  Q   Right.
22  A   When I told them to get off the lake, they pulled out and
23      I remember they pulled -- parked right in here because we
24      didn't have enough room to get the troopers' cars, my
25      truck, anything by so we were parked probably about righ

Page 29

1       tin this vicinity.
2   Q   Okay. And when did you pull the equipment off the lake?
3   A   I was headed back out the road and I remember now it was
4       a radio call and I told them pull off the lake and I'll
5       call the troopers.
6   Q   Okay. And who were you talking to at that point?
7   A   I can't specifically tell you, you know.
8   Q   Okay.
9   A   Like I said, I don't know if it was Chris Fail that
10      called me and then Mike got on the radio with him but,
11      you know, it was pretty serious.
12  Q   Okay. The -- did you do any investigation as to how
13      extensive the right-of-way was in that area prior to your
14      accessing the lake?
15  A   What I re -- I do recall is the surveyor for the project
16      that was contracted to Global Power, we checked the
17      alignment not so much here but we did check the alignment
18      back towards Clear Sky Lodge to which exactly was the Rex
19      Trail alignment.
20  Q   Okay. And who was the surveyor?
21  A   Pat Callan, Callan and Associates, but I don't believe
22      that we did anything up around -- we -- we weren't
23      concerned up here. This was -- like I said, it's a very
24      well-defined trail.
25  Q   Did you make any inquiry with anybody associated with the

Page 30

1       project about going off the Rex Trail towards the Kubanyi
2       lands?
3   A   I don't recall.
4   Q   Okay. So once the troopers responded, do you remember
5       telling them that there was an Indian out there getting
6       wild?
7   A   I don't recall. I think that's probably what my mechanic
8       told me. I do remember telling him who it was, you know,
9       so.....
10  Q   Okay. And they asked you how many people were out there?
11  A   Yes.
12  Q   And what'd you tell them?
13  A   That was -- we thought there were -- now, when you're
14      talking people, you're talking my people or Kubanyi's?
15  Q   No, in terms of the Kubanyi's.
16  A   We -- we thought there was four.
17  Q   Okay. And did you tell them that -- whether or not they
18      were armed?
19  A   I -- the only thing that I recall is just passing on
20      exactly what I was told, that he threatened to kill them
21      and I think -- and on it -- now, as memory serves me
22      right, I think I'm going my -- you know, I'm going to go
23      get my gun and kill them. You know, I mean, it was --
24      it's serious stuff.
25  Q   Okay.

Page 31

1   A   So I'm not screwing around out there.
2   Q   Okay. Now, did you -- when the troopers arrived, was Ed
3       with you at Rochester's?
4   A   No, I led the troopers in. They brought their cruisers
5       in behind him. I stopped. I remember I showed them
6       Kubanyi's driveway and then we pulled on down to where
7       our equipment was and got out and they started to
8       interview my crew that was there.
9   Q   Okay. Now, were you there when they interviewed Ed?
10  A   They didn't get a chance to interview too long anybody
11      because they started to and then one of the guys -- and I
12      don't remember if it was Chris Fail or Able that -- we
13      had a light tower out here also and all of a sudden we
14      could see Don coming across the lake.
15  Q   Well, let's talk about that light tower. How -- do you
16      know, is that a sodium light tower? Are those sodium
17      lights?
18  A   It's quartz.
19  Q   Quartz? Do you know how much -- they pretty much light
20      up the whole area, don't they?
21  A   Yup, a thousand watt per light.
22  Q   Was it running at the time?
23  A   Yes, it was.
24  Q   Okay. And it's a thousand watts per light. How many
25      lights did it have on it?

Page 32

1  A  Four.
2  Q  And.....
3  A  We were probably running only two on that because we use
4     it also for heat so I would say we were probably running
5     two lights.
6  Q  Okay. So you were out there with 2,000 watts of light.
7  A  Mm-hmm (affirmative).
8  Q  Okay. And did that light up the area pretty good?
9  A  It lit up -- what we were trying to do was light up the
10    area out to where we accessed the trail.
11 Q  The area when you were -- the area between the trail and
12    the light you were try.....
13 A  That ice shack, yes.
14 Q  That's the area that you were trying to light up?
15 A  Mm-hmm (affirmative).
16 Q  Okay. And in terms of -- do you know whether or not Ed
17    talked to you about whether or not he was scared?
18 A  They were all scared. That's what I recall because I
19    remember seeing Don come around and all of us, basically,
20    took cover.
21 Q  Do you remember that -- do you remember Ed saying he
22    wasn't scared?
23 A  I don't recall that.
24 Q  Do you remember telling Ed that you -- that he's so big,
25    nobody needs to -- that he's not scared of anything?

Page 33

1  A  I don't recall that.
2  Q  Okay. What about Chris Mayo?
3  A  Fail.
4  Q  Or Fail. What's -- what did -- did he say he was scared?
5  A  I don't recall spec -- you know, recollecting things --
6     you know, coming to me and specifically he was scared.
7  Q  Did you tell your employees to tell the troopers that
8     they were scared?
9  A  No, I do not recall telling them that.
10 Q  Do you know whether or not Mike Able told people to tell
11    the troopers that they were scared and felt threatened?
12 A  I don't know that.
13 Q  So what happened after that?
14 A  Well, the troopers stopped. They were starting to
15    interview my crew. One of -- I believe my crew. I don't
16    -- I don't know which one said here comes Don and we
17    could see him coming across the lake. We basically took
18    cover and I remember the two troopers went out to meet
19    Don. I was probably maybe 25 feet from him. I was
20    standing over the corner of one of our trucks. They
21    proceeded to talk to Don. Don started yelling and
22    screaming and took a swing at one of these gentlemen. I
23    don't know which one it was but I definitely saw him
24    lunge for him and it took about 4-1/2 seconds and it was
25    over. These guys subdued him and put him in the cruiser.

Page 34

1  Q  So you're saying that Don advanced on and swung on one of
2     the troopers?
3  A  They walked out, both troopers, and all they wanted to do
4     was talk to Don. That was the impression. You know,
5     they weren't -- you know, they didn't come out and try
6     and tackle him or anything like that. Don, I could hear
7     him swearing at them and then I saw him actually kind of
8     swing to try and hit one of them and then they were on --
9     they were on him and -- and arrested him.
10 Q  Did you see either one of the troopers deploy a taser?
11 A  Yes, I did.
12 Q  And was that before or after you -- the swinging?
13 A  That was right during about the same time.
14 Q  Okay. And do you remember one of the troopers using a
15    chemical spray?
16 A  Yes.
17 Q  And when was that?
18 A  During the physical altercation.
19 Q  Okay. When he was still up or when Don was on his feet?
20 A  There was a -- there -- when Don went and swung on him,
21    that's when I saw a taser, I saw -- you know, I saw him
22    wrestle him down, I saw him, you know, pepper spray him
23    and subdue the guy.
24 Q  Okay. Now, what happened after that?
25 A  They put Don in the cruiser. I do remember them --

Page 35

1     actually, they had him handcuffed and they were wiping
2     his eyes out and that, cleaning his face off of the
3     pepper spray. I do remember that portion very
4     vividly.....
5  Q  Mm-hmm (affirmative).
6  A  .....and they put him in the cruiser and then it wasn't
7     more than just a few minutes that his brother-in-law --
8     and I just remember the guy's first name as being Brian
9     walked out there. The troopers instructed him down on
10    your knees, put his hands behind the head. He totally
11    responded to what they said. He talked to them very
12    cordial. It wasn't anything -- any huge problems and the
13    troopers, you know, released him. They didn't arrest
14    him.
15 Q  Okay. And what happened after that?
16 A  As far as.....
17 Q  Well, did the troopers leave or did they talk to you?
18 A  They did -- the troopers did interview us. The -- I can
19    remember them asking us if -- if any of us -- there was
20    four of us there -- standing there -- did any of us think
21    they used excessive force. You know, they asked a lot of
22    questions like that and I don't think that there was
23    anybody that said that they didn't do anything more than
24    they absolutely had to do to take care of this problem.
25 Q  Were you glad that they got the Kubanyi's out of the way?

Page 52

1  Q  Okay. So he just wanted -- he was just out there begging
2     for whiskey and beer?
3  A  That's basically it. You know, like I said, we had a
4     very nice conversation in -- that morning about this
5     deal, about this project, you know? I think we talked
6     about we had permit to use that lake, you know, and there
7     was -- Don was like -- at no time did Don ever come to me
8     no, you can't do this, you can't cross my land, this is
9     my land, you can't do it. He had never stated that to me
10    at all.
11 Q  Now, I want you to think about that statement very
12    carefully.
13 A  Mm-hmm (affirmative).
14 Q  At no time prior to the troopers responding -- is it your
15    understanding that at no time prior, Don never said that
16    you should -- that you shouldn't be crossing that piece
17    of land?
18 A  Personally to me, at no time when I talked to him that
19    morning.
20 Q  Did he talk -- do you know whether or not he told anybody
21    else that?
22 A  I cannot answer that. I don't know.
23 Q  Okay. Now, you said that when you learned you -- when
24    you learned of the conflict, you had your people pull off
25    of the lake.

Page 53

1  A  Correct.
2  Q  Why didn't you just have them go around that area?
3  A  What do you mean go around the area?
4  Q  Well, if it was only $5,000 to go -- maybe $5,000 to
5     access off the upper part of the lake, why didn't you
6     just pull them off and go around?
7  A  I didn't need to. Right there's the access.
8  Q  Okay.
9  A  That's lake I'm driving on. Why should I go around? Why
10    should I go cut a bunch more trees?
11 Q  So you just didn't want to.
12 A  I didn't have to. It's not a question of want to.....
13 Q  Okay.
14 A  .....I didn't have to.
15 Q  Well, if it would avoid conflict with the Kubanyi's.....
16 A  Well.....
17 Q  So you did -- you just didn't want to bother with it?
18 A  Like I showed you, you can quite well see I'm driving on
19    the lake. Why do I want to drive all the way around when
20    I'm on the lake in the beginning?
21 Q  Okay. Now, wouldn't it have been easier than calling the
22    troopers to just go around?
23 A  Wouldn't it have been easier if we're just calling
24    troopers. Well, I don't know. I can't answer that.
25 Q  Okay. But at the time, it was more efficient to call the

Page 54

1     troopers?
2  A  No, what we had here is a man threatening to kill
3     people.....
4  Q  Uh-huh (affirmative).
5  A  .....that's drunk. How many times do you want to read
6     about it in the paper, Mr. Walleri? It happens every
7     day.
8  Q  Okay.
9  A  So, you know, I'm not going to get anybody injured out
10    there or murdered and that was my first and foremost deal
11    was the safety of my crew and the safety of Don.
12 Q  Okay. That's all I've got.
13        MR. BORGESON: Want me to go next?
14        MR. VERMONT: Sure.
15        MR. BORGESON: Can we just -- bathroom break?
16        MR. QUINN: Yeah, that'd be fine.
17        MR. VERMONT: Go off record.
18        MR. WALLERI: Go off record.
19        COURT REPORTER: Off record.
20        (Off record at 4:00 o'clock p.m.)
21        (On record at 4:06 o'clock p.m.)
22        COURT REPORTER: We're back on record.
23        MR. QUINN: Okay.
24              CROSS EXAMINATION
25 BY MR. BORGESON:

Page 55

1  Q  Mr. Cruz, my name is Cory Borgeson, attorney for Golden
2     Valley Electric Association. If at any time you -- I ask
3     questions that's not clear to you or is confusing, please
4     ask me to repeat it and I'd be glad to do that. Is that
5     okay?
6  A  Yes.
7  Q  Okay. I wanted to ask you about after the incident that
8     occurred on March 1. Did you not stop taking any water
9     from Seven Mile Lake?
10 A  We had a period of time that we had warm weather and we
11    -- that's what we stopped for and then we were going to
12    resume hauling out of Seven Mile Lake but we received a
13    stop work order from Dick Warner for extracting water.
14 Q  All right. So after March 1, there was no further
15    extraction of water from Seven Mile Lake, is that
16    correct?
17 A  That would be correct, yes.
18 Q  And where did you ex -- get the water from that you
19    needed for the maintenance of the road?
20 A  We didn't do any more road maintenance, any more hauling
21    on the Rex Trail, we just completed the last section and
22    we came from what I re -- from Fish Creek which was -- I
23    don't remember the distances but it was a -- a water
24    source that we used on the intertie.
25 Q  All right. So what water you needed you got from Fish

Page 56

1  Creek?
2  A  Yes.
3  Q  Was there much additional cost in doing so?
4  A  It required mobilization to Fish Creek, a longer haul and
5     there was some delay and we were compensated for that.
6  Q  On the morning of March 1st when you talked to Ron
7     Kubanyi -- Don Kubanyi, he knew that you were out on the
8     lake at that time, is that correct?
9  A  Yes.
10 Q  Would you say in your discussion with him, he never
11    objected to your being out there?
12 A  He was more upset that Golden -- yeah, he didn't object
13    to us being out there. I don't recall that. What I
14    remember -- what I recall Don being objected, that Golden
15    Valley didn't give him a job. They had promised him a
16    job and they didn't give him a job. That's what I
17    recall.
18 Q  So he complained about that that morning?
19 A  More than anything, yes.
20 Q  Okay. Well, would you say he some way gave you consent
21    to be out there on the lake that day?
22 A  Like I said, I don't recall him -- he -- he didn't tell
23    me no, Dave, you can't go out there, this is not right,
24    anything like that. We had a very cordial, friendly
25    conversation. Like I said, I -- I am -- I like Don. Don

Page 57

1     was a nice guy. You'd stop and talk to him, you know?
2     It wasn't anything that was -- you know, we were not
3     adversaries at all. Like I said, I was willing to help
4     him with one of my loaders. It didn't -- no big deal.
5  Q  While you're out there on the property -- excuse me, on
6     -- accessing water from Seven Mile Lake, did you do any
7     damage to the ground?
8  A  No, we did not.
9  Q  Okay. Can you think of any damage the crews did to any
10    of the property that was out there adjacent to Seven Mile
11    Lake?
12 A  No, we did not. None.
13 Q  Okay. Did you ever assist Don Kubanyi with the loader
14    like he had requested?
15 A  No, we didn't. That was -- like I said, that was the --
16    the morning of the incident and I never did see Don -- I
17    haven't seen him since.
18 Q  You testified that you took your directions solely from
19    Global Power Communication, is that correct?
20 A  That's who my contract was with, yes.
21 Q  So you didn't take direction from Golden Valley?
22 A  No.
23 Q  And they didn't tell you how to build the ice road, isn't
24    that correct?
25 A  That's correct.

Page 58

1  Q  Did anyone -- Golden Valley ever tell you what water
2     sources to use?
3  A  Yes. Not -- well, Jeff Jensen gave us the permit -- or
4     gave Global the permit and all those water sources were
5     available for our use. So that's the ones we could use.
6  Q  Okay. They gave you a list that you could use but they
7     didn't tell you which ones to use?
8  A  That's correct.
9  Q  And the permits that they gave you told you that you had
10    to acquire access from any property owners that would be
11    necessary, isn't that correct?
12 A  I -- I think that's what -- I'd have to read the
13    stipulations of the permit but that's generally what they
14    say.
15 Q  Anyone at Golden Valley ever tell you to disregard the
16    terms of the permit?
17 A  No.
18 Q  Anyone ever tell you from Golden Valley to trespass on
19    people's property?
20 A  No.
21 Q  Or from Black and Vech?
22 A  No.
23 Q  At any time that you're aware of, did Don Kubanyi ever
24    try to block your crew's access to Seven Mile Lake?
25 A  After the incident, they placed a log -- we had pulled

Page 59

1     our equipment off but we had an ice shack remaining out
2     there. They placed a lot on the ice from this access
3     point that we were using.
4  Q  And do you know when they did that?
5  A  I don't know. You know, maybe it was the second of
6     March, something. I just know it was there.
7  Q  But it would have been sometime after the 1st?
8  A  Yes, after the incident.
9  Q  Prior to that, had they ever tried to block your crew's
10    access to the lake?
11 A  Not at all.
12 Q  Had they ever told your crews that they couldn't be out
13    there?
14 A  I don't recall that. Not -- not something that I recall.
15 Q  Did any of the Kubanyi's ever tell you -- you personally
16    that you could not be out there on Seven Mile Lake?
17 A  I think after the incident, Victor and I talked about it
18    but I don't recall him telling me no, you can't be there.
19    You know, there was a permit issued for it. We had the
20    rights to use it.
21 Q  When did you talk to Victor?
22 A  I talked to Victor on the morning -- it'd have been the
23    2nd right at Seven Mile Lake.
24 Q  And he came out to the lake there?
25 A  Yes.