LIST OF EXHBITS TO GVEA'S OPPOSITION
TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT AND REPLY TO
PLAINTIFFS' OPPOSITION TO GVEA'S MOTION FOR SUMMARY JUDGMENT

| Exhibit No. | Description |
|---|---|
| GVEA-A | U.S. Department of the Interior Bureau of Land Management Native Allotment Certificate |
| GVEA-B | Land Use Permit |
| GVEA-C | Right of Way Grant/Temporary Use Permit |
| GVEA-D | Temporary Water Use Authorization |
| GVEA-E | GVEA/Global Contract |
| GVEA-F | Global/Cruz Agreement |
| GVEA-G | Affidavit of Gregory Wyman |
| GVEA-H | Affidavit of Patrick Kalen, P.L.S. |
| GVEA-I | Plaintiffs' Amended Complaint |
| GVEA-J | Don Kubanyi Deposition Excerpts |
| GVEA-K | Dave Cruz Deposition Excerpts |
| GVEA-L | Jacob Covey Deposition Excerpts |
| GVEA-M | Patrick Nelson Deposition Excerpts |