EXHIBIT GVEA-A

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
NATIVE ALLOTMENT CERTIFICATE

F-14577

2073038

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 WEST SEVENTH AVENUE, #13
ANCHORAGE, ALASKA 99513-7599

NATIVE ALLOTMENT

Heirs, Devisees and/or Assigns of Nora Kubanyi

IT IS HEREBY CERTIFIED THAT the application F-14577, filed pursuant to the Act of May 17, 1906, as amended, 43 U.S.C. 270-1 to 270-3 (1970), repealed with a savings provision by the Alaska Native Claims Settlement Act of December 18, 1971, 43 U.S.C. 1617(a) (1988), has been approved pursuant to that Act for the following described land:

U.S. Survey No. 9954, Alaska, situated on the easterly, southerly, and westerly shores of Seven Mile Lake, (local name), approximately 9 miles southeasterly from Anderson, Alaska.

Containing 159.98 acres, as shown on the plat of survey officially filed on June 17, 1992.

Therefore, let it be known that, pursuant to the Act of May 17, 1906, as amended, the land above-described shall be deemed the homestead of the allottee and her heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

EXCEPTING AND RESERVING TO THE UNITED STATES, a right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. 945 (1988).

CERTIFICATE NO. 50-93-0056

EXHIBIT GVEA-A
Page 1 of 4

Date: 10-14-05   Exhibit: A
Witness: Kubanyi
Sharon Taylor, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

F-14577

THE GRANT OF THE ABOVE DESCRIBED LAND IS SUBJECT TO:

The continued right of public access along the non-exclusive use Rex to Bonnifield Trail not to exceed 50 feet in width.

/s/ Sharon E. Fleek
Sharon E. Fleek
Chief, Branch of Doyon/Northwest Adjudication

Dated at ANCHORAGE, ALASKA

on DECEMBER 0 9 1992

CERTIFICATE NO. 50-93-0056

BOOK __49__ PAGE __693__
Nenana Recording District

989 2947

NENANA RECORDING DISTRICT
F-14577

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 WEST SEVENTH AVENUE, #13
ANCHORAGE, ALASKA 99513-7599

NATIVE ALLOTMENT

Heirs, Devisees and/or Assigns of Nora Kubanyi
TIMBERLAND DRIVE  FAIRBANKS, ALASKA  99701

IT IS HEREBY CERTIFIED THAT the application F-14577, filed pursuant to the Act of May 17, 1906, as amended, 43 U.S.C. 270-1 to 270-3 (1970), repealed with a savings provision by the Alaska Native Claims Settlement Act of December 18, 1971, 43 U.S.C. 1617(a) (1988), has been approved pursuant to that Act for the following described land:

U.S. Survey No. 9954, Alaska, situated on the easterly, southerly, and westerly shores of Seven Mile Lake, (local name), approximately 9 miles southeasterly from Anderson, Alaska.

Containing 159.98 acres, as shown on the plat of survey officially filed on June 17, 1992.

Therefore, let it be known that, pursuant to the Act of May 17, 1906, as amended, the land above-described shall be deemed the homestead of the allottee and her heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

EXCEPTING AND RESERVING TO THE UNITED STATES, a right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. 945 (1988).

CERTIFICATE NO. __50-93-0056__

Kubanyi v. GVEA
Plaintiff No.1

Date: 10-14-05  Exhibit B
Witness: Kubanyi
Sharon Taylor, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

EXHIBIT GVEA-A
Page 3 of 4

BOOK __49__ PAGE __694__
Nenana Recording District

F-14577

THE GRANT OF THE ABOVE DESCRIBED LAND IS SUBJECT TO:

The continued right of public access along the non-exclusive use Rex to Bonnifield Trail not to exceed 25 feet in width.



_Sharon E. Fleek_ (signature)
Sharon E. Fleek
Chief, Branch of Doyon/Northwest Adjudication

Dated at ANCHORAGE, ALASKA

on __DECEMBER 0 9 1992__

92-753
RECORDED - ~~FILED~~ /8+
NENANA REC. DIST.
DATE _DEC 23_, 19_92_
TIME _10:45 A_ M
Requested by _TCC_
~~39~~ 1676
Address

RECORDED
AK TITLE SERVICES CENTER
92 DEC 11 PM 1:00
BUREAU OF INDIAN AFFAIRS
JUNEAU AREA OFFICE
1989 2947

CERTIFICATE NO. __50-93-0056__

EXHIBIT __GVEA-A__
Page __4__ of __4__

Return to:
Tanana Chiefs Conf. Inc
122 1st Ave.
Suite 305
Fairbanks, Ak. 99701
Attn: Realty

Kuhanyi v. GVEA
Plaintiff No.2