EXHIBIT GVEA-B-1
LAND USE PERMIT

# STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF LAND

[X] Northern Region
3700 Airport Way
Fairbanks, AK 99709
(907) 451-2705

[ ] Southcentral Region
3601 C Street, Suite 1080
Anchorage, AK 99503-5937
(907) 269-8552

[ ] Southeast Region
400 Willoughby, #400
Juneau, AK 99801
(907) 465-3400

## LAND USE PERMIT
### Under AS 38.05.850

ADL 415854

Golden Valley Electric Association, Inc., is issued this permit to use the following described land:

The Rex/South route for the Northern Intertie as described in BLM's Draft EIS figure 3.9-1 for a 150 foot wide public utility right-of-way.

Generally, the Rex/South Route begins at Healy substation and continues about five miles north, along the Usibelli Coal Mine access road to a point just north of Lignite Creek. From Lignite Creek, the route travels northeast to Walker Dome, where it heads north and passes to the west of Rex Dome, a total distance of approximately 12 miles. From Rex Dome, the route continues north about 30 miles to a point near the City of Nenana (which lies four miles to the northwest), then heads east generally paralleling the south side of the Tanana River for approximately 45 miles. At this point, the route is due south of Fairbanks, where it then crosses the Tanana River and terminates at the proposed South Fairbanks Substation.

This permit is issued for the purpose of authorizing early entry for construction and survey of a Public Utility Right-of-Way Permit for utility purposes. The development of the site authorized by this permit shall be limited to the area and improvements specified in the permit application. This permit applies to state land under the jurisdiction of the Division of Land.

This permit is issued subject to: payment of the use fee in the amount of $26,000.00 (see Special Stipulation No. 12); posting of bond in the amount of $60,000.00 (see Special Stipulation No. 5); proof of insurance in the amount of $1,000,000 with a $2,000,000 annual aggregate (see Special Stipulation No. 6); and compliance with the attached Special Stipulations in addition to those noted on Page 2 of this document.

This permit is **not a property right**. It is a **temporary** authorization, **revocable by the state with or without cause**. This permit is effective beginning February 22, 1999, and ending on February 21, 2004, unless sooner terminated at the state's discretion.

| Signature of Authorized State Representative | Title: Northern Region Manager | Date: 3/5/99 |
|---|---|---|
| Signature of Permittee or Authorized Representative<br>Michael P. Kelly | Title: President & CEO | Date: March 1, 1999 |

| P.O. Box 71249 | Fairbanks | Alaska | 99707-1249 |
|---|---|---|---|
| Permittee's Address | City | State | Zip |

| (907) 456-1178 | (907) 451-5647 | Steven Haagenson |
|---|---|---|
| Home Phone | Work Phone | Contact Person |

*Permittee is responsible for maintaining a current address with the division during the life of this authorization.
*Permittee is responsible for obtaining authorizations required by other agencies for the permitted activity.

EXHIBIT GVEA-B
Page 1 of 24

Land Use Permit
ADL 415854
Page 2

1. This Land Use Permit conveys no interest or property right in state land. This permit may be reissued upon application by the permittee at the state's discretion. This permit is revocable immediately, with or without cause. If revoked without cause, the permittee will be allowed 30 days within which to remove the permittee's possessions and vacate the premises. If revoked for breach of any condition, the permittee shall immediately vacate the premises. This permit is not transferable. It is issued to authorize specific activities requested by the applicant and that are not included in the category of "generally allowed uses."

2. This Land Use Permit is subject to the following provisions:

    a.  Activities employing wheeled or tracked vehicles shall be conducted in such a manner as to minimize surface damage.
    b.  Existing roads and trails shall be used wherever possible. Trail widths shall be kept to the minimum necessary. Trail surface may be cleared of timber, stumps, and snags. Due care shall be used to avoid excessive scarring or removal of vegetative ground cover.
    c.  All activities shall be conducted in a manner that will minimize disturbance of natural drainage systems, that will not cause a change in character, pollution, or siltation of streams, lakes, ponds, water holes, seeps, and marshes, and that will not disturb fish and wildlife resources. Cuts, fills, or other activities causing any of the above disturbances, if not repaired immediately, are subject to any corrective action as may be required by the director.
    d.  Unless specifically authorized by this permit, the director prohibits the disturbance of vegetation within 300 feet of any waters located in specially designated areas as prescribed in 11 AAC 96.010(2) except at designated stream crossings. These special designations are noted on the State of Alaska land status plats.
    e.  All activities shall be undertaken in a manner which causes the least possible interference with other authorized uses of state lands.
    f.  Trails and campsites shall be kept clean. All garbage and foreign debris shall be eliminated by removal, burning, or burial, unless otherwise authorized.
    g.  All survey monuments, witness corners, reference monuments, mining claim posts, and bearing trees shall be protected against destruction, obliteration, or damage. Any damaged or obliterated markers shall be reestablished in accordance with accepted survey practices of the division.
    h.  Every reasonable effort shall be made to prevent, control, or suppress any fire in the permitted area. Uncontrolled fires shall be reported immediately.
    i.  Holes, pits, and excavations shall be filled, plugged, or repaired. Holes, pits and excavations necessary to verify discovery on prospecting sites, mining claims, and mining leasehold locations may be left open but shall be maintained so as to minimize erosion and siltation and shall be consistent with public safety and welfare.
    j.  No person may engage in mineral exploration activity on land open to such use, the surface of which has been granted or leased to third parties by the State of Alaska, or on land in which the state has received the reserved interest of the United States until good-faith attempts have been made to agree with the surface owner or lessee on a settlement for damages which may be caused by such activity. If agreement cannot be reached, or lease or surface owner cannot be found within a reasonable time, operations may be commenced on the land only after specific approval of the director, and after making adequate provision for full payment of any damages which the surface owner or lessee may suffer.
    k.  Entry on all lands under prospecting permit, lease, or claim, by other than the holder of the permit, lease, or claim, or his authorized representative, shall be made in a manner which will prevent unnecessary or unreasonable interference with the rights of the permittee, lessee, or claimant.

3. In the case of a permit authorizing early entry, pending issuance of a final authorization, permittee agrees to remove any improvements and to rehabilitate the area to a condition acceptable to the director if the final lease/right-of-way permit is not issued or the permittee fails to complete the lease/right-of-way process within one year of the date of the execution of this entry authorization. Permittee also understands that early entry is undertaken at his/her own risk in the event that the final authorization is not issued.

4. Permittee and permittee's contractors, subcontractors and all personnel shall indemnify the State of Alaska and hold it harmless from any and all claims, suits, loss, liability and expense for injury to or death of persons and damage to or loss of property arising out of or in connection with permittee's entry on and use of this land.

EXHIBIT GVEA-B
Page 2 of 24

Land Use Permit
ADL 415854
Page 3

## Special Stipulations

1. **Authorized Officer.** The Authorized Officer for the Department of Natural Resources is the Northern Regional Manager or designee of the Division of Land. The Authorized Officer may be contacted at 3700 Airport Way, Fairbanks, Alaska 99709, or (907) 451-2740. The Authorized Officer reserves the right to modify these stipulations or use additional stipulations as deemed necessary.

2. **Indemnification.** Permittee assumes all responsibility, risk and liability for all activities of permittee, its employees, agents, invitees, contractors, subcontractors, or licensees directly or indirectly conducted in connection with this permit, including environmental and hazardous substance risks and liabilities, whether accruing during or after the term of this permit. Permittee shall defend, indemnify, and hold harmless the State of Alaska, its employees, and agents from and against any and all suits, claims, actions, losses, costs, penalties, and damages of whatever kind or nature, including all attorney's fees and litigation costs, arising out of, in connection with, or incident to any act or omission by permittee, its employees, agents, invitees, contractors, subcontractors, or licensees, unless the sole proximate cause of the injury or damage is the negligence or willful misconduct of the State or anyone acting on the State's behalf. Within 15 days permittee shall accept any such cause or action or proceeding upon tender by the State. This indemnification shall survive the termination of the permit.

3. **Valid Existing Rights.** This authorization is subject to all valid existing rights in and to the land under this authorization. The State of Alaska makes no representations or warranties whatsoever, either expressed or implied, as to the existence, number, or nature of such valid existing rights.

4. **Reservation of Rights.** The Division reserves the right to grant additional authorizations to third parties for compatible uses on or adjacent to the land under this authorization.

5. **Performance Guaranty.** The permittee shall provide a surety bond or other form of security acceptable to the Division in the amount of $ 60,000 payable to the State of Alaska. Such performance guaranty shall remain in effect for the term of this authorization and shall secure performance of the permittee's obligations hereunder. The amount of the performance guaranty may be adjusted by the Authorized Officer upon approval of amendments to this authorization, changes in the development plan, upon any change in the activities conducted or performance of operations conducted on the premises. If permittee fails to perform the obligations under this permit within a reasonable time, the State may perform permittee's obligations at permittee's expense. Permittee agrees to pay within 20 days following demand, all costs and expenses reasonably incurred by the State of Alaska as a result of the failure of the permittee to comply with the terms of this permit. The provisions of this permit shall not prejudice the State's right to obtain a remedy under any law or regulation. If the authorized officer determines that the permittee has satisfied the terms and conditions of this authorization the performance guaranty may be released. The performance guaranty may only be released in a writing signed by the Authorized Officer.

6. **Insurance.** The permittee shall secure or purchase at its own expense, and maintain in force at all times during the term of this permit, the following policies of insurance to protect both the permittee and the permittor (the State, its officers, agents and employees). Where specific limits are shown, it is understood that they shall be the <u>minimum</u> acceptable limits. If the permittee's policy contains higher limits, the State shall be entitled to coverage to the extent of such higher limits. Certificates of Insurance must be furnished to the Authorized Officer prior to occupancy. The certificate must provide for a 60-day prior notice to the State in the event of cancellation, nonrenewal or material change of conditions. Failure to furnish satisfactory evidence of insurance, or lapse of the policy, are material breaches of this permit and shall be grounds, at the option of the State, for termination of the permit. All insurance policies shall comply with, and be issued by, insurers licensed to transact the business of insurance under Alaska Statute, Title 21.

Land Use Permit
ADL 415854
Page 4

Commercial General Liability Insurance. Such policy shall have minimum coverage limits of $1,000,000 per occurrence with a $2,000,000 annual aggregate. The policy shall be written on an "occurrence" form and shall not be written as a "claims-made" form unless specifically reviewed and agreed to by the Division of Risk Management, Department of Administration. The State must be named as an additional named insured on the policy with respect to the operations of the permittee on or in conjunction with the permitted premises, referred to as ADL 415854.

7. **Preference Right.** No preference right for use or conveyance of the land is granted or implied by this authorization.

8. **Public Trust Doctrine.** The Public Trust Doctrine guarantees public access to, and the public right to use, navigable and public waters and the land beneath them for navigation, commerce, fishing, and other purposes. This authorization is issued subject to the principles of the Public Trust Doctrine regarding navigable or public waters. The Division of Land reserves the right to grant other interests consistent with the Public Trust Doctrine.

9. **Termination.** This permit does not convey an interest in state land and as such is revocable immediately, with or without cause.

10. **Survey.** The permittee shall submit an as-built survey acceptable to the standards of the Division of Land prior to the expiration of this early entry authorization.

11. **Term.** The right-of-way permit will be issued for a term of thirty years and will be subject to renewal. Periodic review will be required after the twentieth year and at regular intervals thereafter, not to exceed ten years.

12. **Use Fee.** Under the state fee schedule in 11 AAC 05.010(e)(13), a public utility right-of-way will be assessed a one-time fee of 10 cents per linear foot. Based on the information provided to DL, the estimated one-time use fee is $26,000. Since this fee is based on linear feet, any adjustments to the fees as a result of survey will be assessed upon approval of the survey by DL and prior to the issuance of the final ROW permit. The DL reserves the right to assess an annual use fee based on current fee schedules or a fair market value appraisal if the owner/operator of the transmission line ceases to qualify as a nonprofit cooperative association organized under AS 10.25.

13. **Inspection.**

    a) Authorized representatives of the State of Alaska shall have reasonable access to the subject parcel for purposes of inspection.

    b) The permittee may be charged fees under 11 AAC 05.010(a)(7)(M) for routine inspections of the subject parcel, inspections concerning non-compliance, and a final close-out inspection.

    c) To minimize environmental impacts while maintaining standard operating guidelines, GVEA will visually inspect the route by helicopter twice per year, typically in March and September. Operations and maintenance problems identified on the Tanana Flats will typically be addressed by a small repair crew flown out to the tower site(s) by helicopter before spring thaw or after fall freeze up. With the exception of emergency repair situations, maintenance operations on the Tanana Flats will be avoided or modified during critical periods to minimize impacts on wildlife.



EXHIBIT 6 VEA-B
Page 4 of 24

Land Use Permit
ADL 415854
Page 5

14. **Compliance with Governmental Requirements; Recovery of Costs.** Permittee shall, at its expense, comply with all applicable laws, regulations, rules and orders, and the requirements and stipulations included in this authorization. Permittee shall ensure compliance by its employees, agents, contractors, subcontractors, licensees, or invitees.

15. **Other Authorizations.** The issuance of this authorization does not alleviate the necessity of the permittee to obtain authorizations required by other agencies for this activity.

16. **Violations.** This authorization is revocable immediately upon violation of any of its terms, conditions, stipulations, nonpayment of fees, or upon failure to comply with any other applicable laws, statutes and regulations federal, state or municipal. Should any unlawful discharge, leakage, spillage, emission, or pollution of any type occur due to permittee's, or its employees', agents', contractors', subcontractors', licensees', or invitees' act or omission, permittee, at its expense, shall be obligated to clean the area to the reasonable satisfaction of the State of Alaska.

17. **Maintenance.** The State assumes no responsibility for maintenance of improvements constructed on state land nor liability for injuries or damages attributable to that construction.

18. **Change of Address.** Any change of address must be submitted in writing to the Authorized Officer.

19. **Access.**

    a) All operations must be conducted in a manner that will ensure minimum conflict with other users of the area. There shall be no interference with free public use of state lands and waters.

    b) Public access may not be restricted without prior approval of the Authorized Officer.

    c) No permanent access will be constructed in the Tanana Flats. Winter access for construction will occur only after there is a minimum of 12 inches of snow on the ground and a 12-inch depth of ground frost. There will be no blading or disturbance of the vegetation mat.

20. **Destruction of Markers.** All survey monuments, witness corners, reference monuments, mining claim posts, bearing trees, and unsurveyed lease corner posts shall be protected against damage, destruction, or obliteration. The permittee shall notify the Authorized Officer of any damaged, destroyed, or obliterated markers and shall reestablish the markers at the permittee's expense in accordance with accepted survey practices of the Division of Land.

21. **Fuel and hazardous substances.** No fuel or hazardous substances are to be stored on the subject parcel. Prior written approval from the Authorized Officer is required for a change in this restriction. Such approval may include additional stipulations and a change in the amount required for the performance guarantee.

22. **Notification.** The permittee shall immediately notify DNR and DEC by phone of <u>any</u> unauthorized discharge of oil to water, <u>any</u> discharge of hazardous substances (other than oil), and <u>any</u> discharge of oil greater than 55 gallons on land. All fires and explosions must also be reported.

    The DNR 24 hour spill report number is (907) 451-2678; the Fax number is (907) 451-2751. The DEC spill report number is (800) 478-9300. DNR and DEC shall be supplied with all follow-up incident reports.

23. **Resource Protection.** Prior to construction, all personnel will be instructed on the protection of ecological, paleontological, and cultural resources. To assist in this effort, the construction contract will address federal and state laws regarding vegetation (including wetlands), wildlife (including protected species), and cultural

Land Use Permit
ADL 415854
Page 6

resources, as well as stressing the importance of these resources and the purpose and necessity of protecting them.

24. **Cultural Resources.** The Alaska Historic Preservation Act (AS 41.35.200) prohibits the appropriation, excavation, removal, injury, or destruction of any state-owned historic, prehistoric (paleontological) or archaeological site without a permit from the commissioner.

In accordance with state and federal regulations, land managers will coordinate with the State Historic Preservation Office (SHPO). Cultural resources will continue to be considered during project implementation in areas that are classified as having cultural resource potential by the land managers and the SHPO. This will involve surveys to inventory and evaluate cultural resources within the ROW and any impacted areas outside of the ROW, such as access roads and construction equipment yards. In consultation with the appropriate land managing agencies and the SHPO, specific mitigation measures will be developed and implemented to mitigate any identified adverse impacts. These may include project modifications to avoid adverse impacts, monitoring of construction activities, and data recovery studies. In the event of inadvertent discoveries of cultural or paleontological resources during construction, such construction will be stopped until the resources are evaluated by a qualified specialist and the Office of History and Archaeology in the Division of Parks and Outdoor Recreation (907) 269-8721 and shall be notified immediately.

25. **Fuel Hazard Reduction.** Prior to construction, site-specific fuel hazard reduction criteria will be developed by ADNR Division of Forestry and the BLM Alaska Fire Service (AFS) to protect the power line while allowing for burn through. These criteria will suggest the minimum amount of clearing or other treatment needed to protect the line from fire.

26. **Construction Camp Location.** No construction camps will be established along the ROW. Construction crews are expected to be able to find housing within communities along the Parks Highway, particularly in Healy, Nenana, and Fairbanks. Construction crews will be transported to work sites daily using appropriate vehicles.

27. **Construction Waste.** All construction-related waste, including trash and litter, garbage, other solid waste, petroleum products, and other potentially hazardous materials, will be properly handled in accordance with state and federal regulations and permit requirements and removed to a permitted disposal facility.

28. **Marking Construction Limits.** The areal limits of construction activities and access will be clearly marked. No permanent discoloring agents will be applied to rocks or vegetation to indicate survey or construction activity limits.

29. **Alignment.** The ROW will be aligned in coordination with appropriate landowners and managers, including mining and military operations, to minimize the potential adverse effects on current and future land uses.

30. **Construction Equipment.** To minimize potential environmental impacts during construction, vehicle trips along the ROW will be kept to a minimum. To the extent practicable, construction equipment will be left within the project area rather than driven out on a daily basis. Servicing of equipment will be done within state and federal guidelines.

31. **Vegetation Clearing.**

   a) Clearing of streamside vegetation (as approved by the authorized officer) will only be done to the extent necessary to allow access for construction and maintenance equipment and to provide clearance for wires. Clearing within these areas will be conducted by hand.

EXHIBIT GVEA-B
Page 6 of 24