EXHIBIT GVEA-B-2
LAND USE PERMIT

Land Use Permit
ADL 415854
Page 7

b) To allow for safety and engineering concerns, all trees higher than 10 feet may be cleared within 75 feet of the centerline. Clearing to ground level up to 150 feet either side of the centerline will be allowed in areas where large stands of black spruce occur and a danger from forest fires is expected. These areas will be identified in consultation with the State Division of Forestry and the Alaska Fire Service. The vegetative mat must remain intact.

c) In the Tanana Flats, periodic maintenance of cleared segments within the ROW will be limited to winter time activities when there is 12 inches of snow on the ground and 12 inches of ground frost.

d) The edges of the ROW, where cleared, can be undulated to help the cleared areas blend with surrounding vegetative patterns.

e) Where possible, the ROW will use natural openings in the vegetation and reduce the need for clearing.

f) Brush cutting and clearing in wetland areas will be conducted by hydroaxe or hand.

32. **Vegetation Screening.** Use of the transmission line ROW for access to remote areas will be discouraged by leaving brush within the ROW. Where the ROW crosses streams or trails, a screen of vegetation will be maintained to reduce access to the ROW from these areas.

33. **Visual Impacts.** At river and trail crossings, towers will be placed in a manner that will minimize visual impacts. Clearing will be minimized and existing vegetation (excluding tall trees) left within the ROW, where deemed appropriate for mitigation of visual impacts. Care will also be taken to minimize long, straight ROWs, skylining of structures, and other situations which increase visual impacts in areas that are considered to have high visual sensitivity.

34. **Tree salvage.** All trees will be felled and left in place. The appropriate agency will make a determination if a significant salvage value exists and if salvage of the trees will be necessary.

35. **Surface Restoration.** In construction areas where ground disturbance is significant or where recontouring is required, surface restoration would occur as required by the land owner or land management agency. The method of restoration would consist of returning disturbed areas back to their natural contour and revegetating with native species.

36. **Existing Access.** In areas where soils and vegetation are particularly sensitive to disturbance, existing access roads will not be widened or otherwise upgraded for construction and maintenance, except where repairs are necessary to make existing roads passable. If authorization for existing access does not exist, then appropriate permits will be obtained.

37. **Stream Crossings.**

a) To minimize disturbance to vegetation, drainage patterns, stream channels, and streambanks, new access will be built to the extent practicable at right angles to streams and washes. Crossings of incised streams will be done in a manner which avoids disturbance or sloughing of stream banks. Temporary bridges (structural, snow, or ice) will be employed where bank damage cannot be avoided.

b) Stream crossings on the Tanana Flats will be accomplished by constructing an ice bridge across the stream or by placing and removing a temporary bridge, such as an open truck bed, across the stream and removing it after construction.

c) River crossings will be marked to assure military and civilian aviation safety. Towers from the Tanana River crossing to Salchaket, and as needed from Salchaket to Nenana, will be marked with color/IR

Land Use Permit
ADL 415854
Page 8

   reflectors on the south side of the towers. Towers at the Tanana River crossing will be painted red and white, and marked with strobe lights.

   d) Construction activities near anadromous fish streams will be timed to avoid salmon runs.

38. **Structure Placement.** Structures will be placed so as to avoid sensitive features as much as possible, including riparian areas, water courses, and cultural sites. The structures will be located 200 feet from named or designated streams where possible; however, at the Tanana River crossing, structures may need to be sited within 200 feet of the Tanana River.

39. **Guy Wires.** The lower 10 feet of guy wires on all towers will be marked with devices to enhance their visibility.

40. **Metal Finishes.** Dulled metal finishes will be used on all towers, and on the wires where applicable.

41. **Radio and TV Interference.** GVEA will respond to complaints of radio or television interference generated by the transmission line by investigating the complaints and implementing appropriate mitigation measures.

42. **Aviation Warnings and Handouts.** GVEA will notify the general aviation public of the presence of the new intertie and ensure that the project is noted on the appropriate Federal Aviation Administration (FAA) aeronautical charts. Special emphasis will be placed on the towers and wires crossing the Tanana and Nenana Rivers. Handouts with a detailed description of the power line routing showing tower size and location of towers over 100 feet will be provided. These handouts would be made available in all flight service stations and fixed base operators at airports throughout the state. Handouts will be placed at aerial ports of entry where aircraft normally clear customs coming from Canada. These handouts will be supplied for a 2-year period after construction.

43. **Wildlife Mitigation.**

   a) Raptor surveys will be conducted in identified areas of concern along the selected route prior to construction to document Golden Eagle, Bald Eagle, and other raptor nest locations within 330 feet of the ROW.

   b) A 330-foot buffer zone will be identified around all Bald Eagle and Golden Eagle nests. Construction or ground clearing will not be allowed within this buffer zone. Human activities will not be allowed within or through this buffer zone during the nesting period.

   c) Construction or ground clearing will not occur within 2.0 miles of all active Peregrine Falcon nests.

   d) Except for emergency repairs, construction and maintenance activities will not occur from April 15 through June 15 within ROW Segments 7, 16, and 22. Helicopter construction activities will avoid active swan nests from May 1 through August 31 along the entire ROW by a minimum distance of 1.0 mile.

   e) Transmission line design will minimize the potential for Trumpeter Swan and Sandhill Crane collisions by ensuring that: a) transmission line wires (other than the static line) will be strung on one horizontal plane rather than in multiple, vertical stacks; b) phase wires will be of the same diameter; and c) wires will be well marked where they cross major rivers. Wire in other areas identified as having a high potential for conflicts with Trumpeter Swans and other waterfowl will be marked.

   f) Aerial Markers will be installed on static wires at spans that cross the Nenana, Tanana, and other named rivers. These markers will be used in other areas when deemed necessary to reduce hazards to aviation and birds.

EXHIBIT GVEA-B
Page 8 of 24

Land Use Permit
ADL 415854
Page 9

g) GVEA will conduct a 3-year post-construction monitoring study on selected portions of the transmission line to evaluate bird collision mortality along selected portions of marked and unmarked segments of the transmission line, in consultation with the BLM, USFWS, USARAK, and ADF&G. Following the 3-year monitoring effort, GVEA and the agencies will evaluate the study and determine the need for additional marking devices. GVEA will be required to implement additional mitigation as needed based on the results of the study. Any additional monitoring will be the responsibility of the concerned agency.

44. **Thermosyphons.** Where necessary, thermosyphons will be used at foundations to stabilize ground temperatures in areas of warm

# APPENDIX A
# STIPULATIONS

Stipulation 1.
Prior to construction, all field personnel will be instructed on the protection of ecological, paleontological, and cultural resources. To assist in this effort, the construction contract will address federal and state laws regarding vegetation (including wetlands), wildlife (including protected species), and cultural resources, as well as stressing the importance of these resources and the purpose and necessity of protecting them.

Performance Criteria:
Instructional classes will be held when the contractors are identified and prior to the beginning of construction activities. All contractors will attend these meetings prior to starting work. The A.O. will determine the time, place, and content of the instruction.

Timing:
Instructional activities will take place prior to commencement of construction activities. New contractors hired after construction commences will receive these instructions prior to starting work.

Effectiveness Criteria:
All contractors will attend these meetings before being allowed to proceed. Contractors hired after construction commences will be required to attend training classes prior to starting work.

Stipulation 2.
In accordance with state and federal regulations, land managers will coordinate with the State Historic Preservation Office (SHPO). Cultural resources will continue to be considered during project implementation in areas that are classified as having cultural resource potential by the land managers and the SHPO. This will involve surveys to inventory and evaluate cultural resources within the ROW and any impacted areas outside of the ROW, such as access roads and construction equipment yards. In consultation with the appropriate land managing agencies and the SHPO, specific mitigation measures will be developed and implemented to mitigate any identified adverse impacts. These may include project modifications to avoid adverse impacts, monitoring of construction activities, and data recovery studies. In the event of inadvertent discoveries of cultural or paleontological resources during construction, such construction will be stopped until the resources are evaluated by a qualified specialist.

Performance criteria:
A cultural resources survey and plan will be prepared for the entire route of the powerline. Any potential impacts identified will be mitigated through monitoring, recovery, or project modification. Project construction or maintenance activities will cease immediately upon discovery of cultural or paleontological resources until they are evaluated by a qualified specialist.

Timing:
Cultural and paleontological resources will be protected continuously during construction and during all maintenance activities after construction is completed.

Effectiveness criteria:
Construction and maintenance activities do not result in the loss of any cultural or paleontological resources.

Stipulation 3.
Prior to construction, site-specific fuel hazard reduction criteria will be

developed by ADNR Division of Forestry and the BLM Alaska Fire Service to protect the power line while allowing for burn through. These criteria will suggest the minimum amount of clearing or other treatment needed to protect the line from fire.

Performance criteria:
1. ADNR, Division of Forestry, Alaska Department of Fish and Game, BLM Northern Field Office, and BLM Alaska Fire Service will identify areas of dense black spruce that will require clearing to ground level.
2. Specific areas identified in the fuel hazard reduction plan will be periodically cleared after construction to maintain protection for the power line while allowing for burn through of the right-of-way without causing damage.

Timing:
Fuel hazard reduction plan development, review and approval prior to construction; implementation monitored during construction and maintenance; performance evaluation following construction.

Effectiveness criteria:
The wildland fire intensities and durations will not be sufficient to cause substantial conductor, insulator, and tower failure along the transmission line, while allowing fire to burn through.

Stipulation 4.
No construction camps will be established along the ROW. Construction crews are expected to be able to find housing within communities along the Parks Highway, particularly in Healy, Nenana, and Fairbanks. Construction crews will be transported to work sites daily using appropriate vehicles.

Performance criteria:
Camps for housing construction personnel will not be allowed. Construction crews will be transported to and from the construction site on a daily basis in a manner which will not cause vegetative mat or soil disturbance.

Timing:
This requirement will be monitored and enforced during the construction phase of the project. Any future long term maintenance will be conducted pursuant to this stipulation.

Effectiveness criteria:
The A.O. will conduct on site inspections to ensure no camps are constructed. Inspection will also be accomplished to ensure transportation activities are not causing vegetative mat or soil disturbance.

Stipulation 5
All construction-related waste, including trash and litter, garbage, other solid waste, petroleum products, and other potentially hazardous materials, will be properly handled in accordance with state and federal regulations and permit requirements and removed to a permitted disposal facility.

Performance criteria:
All waste, whether solid, petroleum, or potentially hazardous will be backhauled on a regular basis and disposed of according to state and federal regulations. No stockpiling of trash will be allowed on site.

Timing:
Timing for this requirement is during the construction phase of the project and during any maintenance activities.

Effectiveness criteria:
The A.O. will inspect the construction site to ensure all waste is removed.

Stipulation 6.

The areal limits of construction activities and access will be clearly marked. No permanent discoloring agents will be applied to rocks or vegetation to indicate survey or construction activity limits.

Performance criteria:
Flourescent vinyl flagging, water soluble paint, or other appropriate non permanent methods will be used to mark the limits of construction activities, including access roads. Remarking, if required, will be done in the same manner.

Timing:
Timing for this requirement is prior to and during construction.

Effectiveness criteria:
Post-construction monitoring will verify non permanent markings were used to delineate work limits and access areas.

Stipulation 7.
The ROW will be aligned in coordination with appropriate landowners and managers, including mining and military operations, to minimize the potential adverse effects on current and future land uses.

Performance criteria:
Alignment of the right-of-way may be adjusted to alleviate impacts to the military mission and mining operations. Adjustments in the alignment will be determined by the authorized officer.

Timing:
Any necessary right-of-way alignment adjustments will be determined through field survey prior to construction.

Effectiveness criteria:
The final alignment of the right-of-way will be reviewed by the appropriate agency to ensure all concerns have been addressed.

Stipulation 8.
To minimize potential environmental impacts during construction, vehicle trips along the ROW will be kept to a minimum. To the extent practicable, construction equipment will be left within the project area rather than driven out on a daily basis. Servicing of equipment will be done within state and federal guidelines.

Performance criteria:
Construction equipment will not be allowed daily access to and from the construction area. Equipment will be left in place when construction is not occurring. Maintenance will be done on site to the extent practicable.

Timing:
Timing of this stipulation is during construction.

Effectiveness criteria:
The A.O. representative will monitor construction activities to ensure vehicles are being left in the project area during construction.

Stipulation 9.
Clearing of streamside vegetation (as approved by the authorized officer) will only be done to the extent necessary to allow access for construction and maintenance equipment and to provide clearance for wires. Clearing within these areas will be conducted by hand.

Performance criteria:
1. Clearing of streamside vegetation will be done only at the approval of the authorized officer and only to the extent necessary to allow access for construction equipment and provide clearance for wires.
2. Clearing of streamside vegetation (within 100 feet of the stream) will be