EXHIBIT GVEA-B-3
LAND USE PERMIT

done by hand.

Timing:
Timing of this stipulation is during construction.

Effectiveness criteria:
1. Field verification that streamside vegetation is cleared only at the approval of the A.O. and only to the extent necessary to allow access for construction equipment and provide wire clearance.
2. Verification that clearing is done by hand.

Stipulation 10.
Use of the transmission line ROW for access to remote areas will be discouraged by leaving brush within the ROW. Where the ROW crosses streams or trails, a screen of vegetation will be maintained to reduce access to the ROW from these areas.

Performance criteria:
All vegetation cut during the construction of the line will be left in place. Brush will not be cut at its intersection with creeks and existing access trails.

Timing:
Timing of this stipulation is during construction.

Effectiveness criteria:
The line will be constructed in a manner which does not facilitate new access to remote areas.

Stipulation 11.
At river and trail crossings, towers will be placed in a manner that will minimize visual impacts. Clearing will be minimized and existing vegetation (excluding trees above 10 feet) left within the ROW, where deemed appropriate for mitigation of visual impacts. Care will also be taken to minimize long, straight ROWs, skylining of structures, and other situations which increase visual impacts in areas that are considered to have high visual sensitivity.

Performance criteria:
1. All transmission line towers/structures will be a minimum distance of 200 feet from river and trail crossings, except at the Tanana River crossing.
2. Clearing will be minimized within the ROW and existing vegetation (excluding trees above 10 feet) will be left except where required by stipulation 3.
3. Long, straight corridors will be minimized, and skylining of structures avoided in foreground views from sensitive viewing locations especially: Link 9, Milepost 12.3-13.3; Link 16, Milepost 25.5-31.0; and Link 22, Milepost 24.2-25.6.

Timing:
Prior to start and during construction.

Effectiveness criteria:
1. Verification in the field that that all transmission line towers/structures will be a minimum distance of 200 feet from the above specified river and trail crossings, except at the Tanana River crossing.
2. Verification that powerline ROW clearing is not visually prominent.

Stipulation 12.
All trees will be felled and left in place. The appropriate agency will make a determination if a significant salvage value exists and if salvage of the trees will be necessary.

Performance criteria:
All trees cut during construction will be left in place. Marketable timber may be salvaged if of significant value and if such salvage can be done in an

environmentally safe manner.

Timing:
Timing for this stipulation is during construction

Effectiveness criteria:
Verification in the field that all cut brush and trees are left within the right-of-way or any salvage operation is done in an environmentally sound manner.

Stipulation 13.
In construction areas where ground disturbance is significant or where recontouring is required, surface restoration would occur as required by the land owner or land management agency. The method of restoration would consist of returning disturbed areas back to their natural contour and revegetating with native species.

Performance criteria:
Surface restoration will be conducted as required by the managing agency or the land owner. Disturbed areas will be returned to their natural contour. Any revegetation required by the A.O. will be done with native species.

Timing:
Timing for this stipulation is during construction.

Effectiveness criteria:
Field verification of proper restoration and revegetation.

Stipulation 14.
In areas where soils and vegetation are particularly sensitive to disturbance, existing access roads will not be widened or otherwise upgraded for construction and maintenance, except where repairs are necessary to make existing roads passable. If authorization for existing access does not exist, then appropriate permits will be obtained.

Performance criteria:
1. No widening of existing roads is allowed in areas where soils and vegetation are particularly sensitive to disturbance. Repairs may be made to the roadbed to the extent necessary to allow passage.
2. Appropriate permits will be obtained as required where access does not exist.

Timing:
1. The timing for maintenance on existing roads is prior to and during construction as appropriate.
2. Any required permits will be obtained prior to construction.

Effectiveness criteria:
1. Field verification that access improvements do not result in disturbance to sensitive soils or vegetation.
2. Verification that all required permits have been obtained.

Stipulation 15.
To minimize disturbance to vegetation, drainage patterns, stream channels, and streambanks, new access will be built to the extent practicable at right angles to streams and washes. Crossings of incised streams will be done in a manner which avoids disturbance or sloughing of stream banks. Temporary bridges (structural, snow, or ice) will be employed where bank damage cannot be avoided.

Performance criteria:
Access required for construction activities will be placed at right angles to stream crossing where practicable. No construction will take place at incised streams which would cause sloughing of its banks. If construction is necessary in these areas, appropriate bridges (determined by the A.O.) will be

constructed to minimize impacts.

Timing:
Timing of this stipulation is during construction and maintenance activities.

Effectiveness criteria:
Stream crossings will be conducted in a manner which minimized impacts to the banks and fish habitat. Field examination by the A.O. will determine how crossings are accomplished.

Stipulation 16.
Structures will be placed so as to avoid sensitive features as much as possible, including riparian areas, water courses, and cultural sites. The structures will be located 200 feet from named or designated streams where possible; however, at the Tanana River crossing, structures may need to be sited within 200 feet of the Tanana River.

Performance criteria:
1. Structures will be located to avoid riparian areas.
2. No impacts will be allowed on cultural sites.
3. No structure will be installed within 200 feet of streams or other water bodies unless deemed necessary by the A.O.

Timing:
Timing of this stipulation is during construction.

Effectiveness criteria:
The A.O. will determine if sensitive features exist and the appropriate placement of structures to avoid impacts to these features.

Stipulation 17.
The lower 10 feet of guy wires on all towers will be marked with devices to enhance their visibility.

Performance criteria:
The lower 10 feet of guy wires will be marked to enhance visibility in order to reduce potential impacts to recreationists and terrestrial wildlife.

Timing:
The guy wires will be marked as they are installed during construction.

Effectiveness criteria:
Guy wires are marked as determined by the A.O. to avoid impacts to recreationists and wildlife.

Stipulation 18.
Dulled metal finishes will be used on all towers, and on the wires where applicable.

Performance criteria:
1. All transmission line towers/structures, except at the Tanana River crossing, will have dulled non-reflective or self-weathering finishes.
2. Non-specular transmission wires will be installed in the following locations: Link 9, Milepost 12.3-13.3; Link 16, Milepost 25.5-31.0; and Link 22, Milepost 24.2-25.6.

Timing:
Prior to start of and during construction.

Effectiveness criteria:
1. Verification in the field that no new glare is created by above ground facilities within the transmission line ROW and that they blend into the surrounding landscape.
2. Verification in the field that no new glare is created by above ground facilities within the transmission line ROW from key observation points.

Stipulation 19.
GVEA will respond to complaints of radio or television interference generated by the transmission line by investigating the complaints and implementing appropriate mitigation measures.

Performance criteria:
Complaints of interference will be investigated by GVEA. Appropriate mitigation will be implemented and repairs made if required.

Timing:
Timing for this stipulation will be during the operation of the line after construction.

Effectiveness criteria:
Investigation of complaints will be handled by GVEA in accordance with industry guidelines.

Stipulation 20.
To minimize environmental impacts while maintaining standard operating guidelines, GVEA will visually inspect the route by helicopter twice per year, typically in March and September. Operations and maintenance problems identified on the Tanana Flats will typically be addressed by a small repair crew flown out to the tower site(s) by helicopter before spring thaw or after fall freeze up. With the exception of emergency repair situations, maintenance operations on the Tanana Flats will be avoided or modified during critical periods to minimize impacts on wildlife.

Performance criteria:
1. GVEA will conduct twice yearly overflight inspections typically occurring in March and September.
2. Any maintenance required in the Tanana Flats will be conducted by small ground crews flown in to the site before spring thaw or after fall freeze up.
3. Except for emergency repairs, maintenance operations will be avoided during periods deemed critical by the A.O. to minimize impacts to wildlife.

Timing:
Inspection and maintenance operations occur post construction.

Effectiveness criteria:
1. Inspection flights occur typically during March and September.
2. Maintenance operations on the Tanana Flats are conducted by small ground crews, flown to the site.
3. Maintenance operations do not occur during periods of time deemed critical to wildlife management (see stipulation 28).

Stipulation 21.
GVEA will notify the general aviation public of the presence of the new intertie and ensure that the project is noted on the appropriate Federal Aviation Administration (FAA) aeronautical charts. Special emphasis will be placed on the towers and wires crossing the Tanana and Nenana Rivers. Handouts with a detailed description of the power line routing showing tower size and location of towers over 100 feet will be provided. These handouts will be made available in all flight service stations and fixed base operators at airports throughout the state. Handouts will be placed at aerial ports of entry where aircraft normally clear customs coming from Canada. These handouts will be supplied for a 2-year period after construction.

Performance Criteria:
GVEA will prepare handouts that include maps showing the location of the project, and information regarding tower heights. The handouts will be distributed for a two year period to the locations specified in the stipulation. Crossings of the Tanana and Nenana Rivers, and any towers over 100 feet in height will be clearly depicted.
2. GVEA will work with the FAA to ensure that the aeronautical charts are

updated to include the location of the project.

Timing:
1. These actions will begin after survey and design is completed, and prior to tower placement.
2. The actions will continue for two years after construction is completed.

Effectiveness Criteria:
1. GVEA will check the specified locations quarterly to ensure that the handouts are available in sufficient quantities. Additional handouts will be sent to any location where needed, or when requested by the facility. Reports will be filed quarterly with the A.O. showing the contacts made and the results of the contacts.
2. FAA aeronautical charts will be checked by the A.O. to ensure the information regarding the transmission line has been properly placed on the appropriate charts.

Stipulation 22.
No permanent access will be constructed in the Tanana Flats. Winter access for construction will occur only after there is a minimum of 12 inches of snow on the ground and a 12-inch depth of ground frost. There will be no blading or disturbance of the vegetation mat.

Performance Criteria:
1. Construction will not occur if there is less than 12 inches of snow on the ground. If natural snow is not available then artificial snow can be made and used.
2. Construction will not occur if there is less than 12 inches of ground frost.
3. There will be no blading of soil or disturbance to the vegetation mat.

Timing:
The timing of this stipulation will be during construction and post construction and will include construction and maintenance activities.

Effectiveness Criteria:
1. The A.O. will determine when the conditions regarding snow cover and ground frost are appropriate for construction and maintenance activities to occur.
2. The A.O. will conduct regular on-site compliance inspections to insure that blading of the soil and disturbance to the vegetative mat is not occurring.

Stipulation 23.
Stream crossings on the Tanana Flats will be accomplished by constructing an ice bridge across the stream or by placing and removing a temporary bridge, such as an open truck bed, across the stream and removing it after construction.

Performance Criteria:
1. Stream crossings in the Tanana Flats will be done only when there is a snow, ice, or temporary bridge in place.
2. Any temporary bridge used will be removed after construction or prior to breakup, which ever is first.

Timing:
The timing of this stipulation will be during construction and post construction and will include construction and maintenance activities.

Effectiveness Criteria:
1. The A.O. will determine the location of all snow, ice, or temporary bridges.
2. The A.O. will determine when any temporary bridge needs to be removed after construction or before breakup.

**Stipulation 24.**
River crossings will be marked to assure military and civilian aviation safety. Towers from the Tanana River crossing to Salchaket, and as needed from Salchaket to Nenana, will be marked with color reflectors on the south side of the towers. Towers at the Tanana River crossing will be painted red and white, and marked with white strobe lights.

Performance Criteria:
1. Appropriate markers will be placed on the line at river crossings designated by the BLM (see stipulation 30).
2. Towers located between the Goose Island crossing and Salchaket will be marked with reflectors on the south side of the structure. Towers from Salchaket to Nenana will be marked where needed for aviation safety.
3. Towers at the Tanana River crossing will be painted red and white, and marked with white strobe lights.

Timing:
This activity will be completed during construction and post construction if tower replacement occurs.

Effectiveness Criteria:
1. Marker balls or other appropriate devices are installed at all river crossings designated by the A.O.
2. Reflectors are installed on the south side of all towers from Goose Island to Salchaket, and on towers between Salchaket and Nenana as specified by the A.O.
3. The towers at the Tanana River crossing are painted red and white and white operating strobe lights have been installed to mark the towers.

**Stipulation 25.**
Raptor surveys will be conducted in identified areas of concern along the selected route prior to construction to document Golden Eagle, Bald Eagle, and other raptor nest locations within 330 feet from the edge of the ROW.

Performance Criteria:
1. A preconstruction survey will be conducted to identify Golden Eagle, Bald Eagle, Peregrine Falcon and other raptor nest sites.
2. The preconstruction survey will be conducted by qualified biologists approved by the BLM.
3. Monitoring will focus on the Tanana and Nenana Rivers, especially for Bald Eagle, Peregrine Falcon and other raptors, and any segments along the Alaska Range, especially for Golden Eagle. The qualified biologist will identify any other areas that may require inclusion in the survey.
4. GVEA will submit the preconstruction survey report to the BLM.

Timing:
This activity will occur prior to construction.

Effectiveness Criteria:
1. An acceptable report will be submitted to the BLM prior to construction.

**Stipulation 26.**
A 330-foot buffer zone will be identified around all Bald Eagle and Golden Eagle nests. Construction or ground clearing will not be allowed within this buffer zone. Human activities will not be allowed within or through this buffer zone during the nesting period.

Performance Criteria:
1. 330 foot buffer zones will be established based on the report required by stipulation 25.
2. No construction or ground clearing activities will occur within the

defined buffer zones.
3. Human activities will not occur within the buffer zones during the nesting period (see stipulation 28).

Timing:
Buffer zones will be identified prior to construction. Avoidance of the buffer zones will occur during construction and during post construction maintenance activities.

Effectiveness Criteria:
1. Construction and ground clearing activities did not occur within the buffer zones.
2. Human activities did not occur within the buffer zones during the nesting period.

Stipulation 27.
Construction or ground clearing will not occur within 2.0 miles of all active Peregrine Falcon nests.

Performance Criteria:
1. Based on the report required by stipulation 25, two mile wide buffer zones will be established around any American Peregrine Falcon nesting sites.
2. All construction and maintenance activities will be prohibited within the buffer zone during the nesting period. The nesting period includes the period from nest initiation through fledging (see stipulation 28).

Timing:
The two mile wide buffer zones will be delineated prior to construction activities. Prohibition of construction activities will occur during construction and post construction maintenance activities.

Effectiveness Criteria:
1. The two mile wide buffer zones were defined prior to construction activities.
2. No construction and maintenance activities occurred within the buffer zones during the nesting period.

Stipulation 28.
Except for emergency repairs, construction and maintenance activities will not occur from April 15 through June 15 within ROW Segments 9, 16, and 22. Helicopter construction activities will avoid active swan nests from May 1 through August 31 along the entire ROW by a minimum distance of 1.0 mile.

Performance Criteria:
1. Construction and maintenance activities will not occur on Segments 9, 16, and 22 from April 15 through June 15.
2. Helicopter construction activities will not be conducted within one mile of active swan nests during the period of May 1 through August 31. This will be in effect for the entire ROW.
3. Emergency repairs may be conducted within these time frames if methods and mitigation of impacts are first approved the the A.O.

Timing:
This stipulation will be in effect prior to construction, during construction, and for monitoring and maintenance activities after construction.

Effectiveness Criteria:
1. Construction and maintenance activities did not occur on segments 9, 16, and 22 during the period of April 15 through June 15.
2. On the entire length of the ROW helicopter activities did not occur within one mile of active swan nests during the period of May 1 through August 31.
3. Emergency repairs within these time frames were conducted with the approval of the A.O. to mitigate for impacts to nesting birds.