EXHIBIT GVEA-B-4
LAND USE PERMIT

Stipulation 29.

Transmission line design will minimize the potential for Trumpeter Swan and Sandhill Crane collisions by ensuring that : a) transmission line wires (other than the static line) will be strung on one horizontal plane rather than in multiple, vertical stacks; b) phase wires will be of the same diameter; and c) wires will be well marked where they cross major rivers. Other areas identified as having a high potential for conflicts with Trumpeter Swans and other waterfowl will be marked.

Performance Criteria:
1. Based on a one year pre-construction study to monitor bird activity and flight patterns adjacent to the intertie ROW, bird diverters will be placed on the static wires to minimize potential for avian collisions with the transmission line.
2. The study will be conducted by qualified biologists approved by the BLM.
3. The placement of bird diverters will be approved by the BLM prior to implementation.
4. Bird diverters to be installed will be of the bird flight diverter type, such as the BFD-4, and be staggered on the lines such that the markers appear, on approach to the line, to be 5m apart, as described on pages 55 and 66: in Avian Power Line Interaction Committee (APLIC). 1994. Mitigating Bird Collisions with Power Lines: The State of the Art in 1994. Edison Electric Institute. Washington, D.C.

Timing:
The one year study will be completed before construction. The bird diverters will be installed during construction. If the three year post-construction monitoring study indicates additional areas where diverters are needed, additional markers will be installed after construction.

Effectiveness Criteria:
1. Bird diverters were installed based upon the pre-construction study.
2. The type of diverters specified were installed.
3. Additional or different type diverters were installed where needed as described by the findings of the three year monitoring study (stipulation 31). Transmission line design will minimize the potential for Trumpeter Swan and Sandhill Crane collisions by ensuring that: a) transmission line wires (other than the static line) will be strung on one horizontal plane rather than in multiple, vertical stacks; b) phase wires will be of the same diameter; and c) wires will be well marked where they cross major rivers. Other areas identified as having a high potential for conflicts with Trumpeter Swans and other waterfowl will be marked.


Stipulation 30.
Aerial Markers will be installed on static wires at spans that cross the Nenana, Tanana, Wood and other named rivers. These markers will be used in other areas when deemed necessary to reduce hazards to aviation and birds.

Performance Criteria:
1. Appropriate aerial markers will be placed on static wires that span rivers and where deemed necessary by the A.O.
2. This will include markers appropriate for aviation safety and additional markers to decrease hazards to birds.

Timing:
Aerial markers will be installed during construction and maintained for the life of the project. If after construction, unmarked areas are creating hazards to aviation and birds, further marking will be necessary.

Effectiveness Criteria:
Appropriate aerial markers were installed at all locations specified by the A.O.

Stipulation 31.
GVEA will conduct a 3-year post-construction monitoring study on selected portions of the transmission line to evaluate bird collision mortality along marked and unmarked segments of the transmission line, in consultation with the BLM, USFWS, USARAK, and ADF&G. Following the 3-year monitoring effort, GVEA and the agencies will evaluate the study and determine the need for additional marking devices. GVEA will be required to implement additional mitigation as needed based on the results of the study. Any additional monitoring will be the responsibility of the concerned agency.

Performance Criteria:
1. GVEA will implement a contract for a three year monitoring study.
2. The study will be conducted by qualified biologists approved by the BLM.
3. The plan for the study will be approved by the BLM prior to implementation.
4. The results of the study will be given to BLM with recommendations related to additional mitigation if necessary, and a determination whether collision rates fall within acceptable thresholds for swans, cranes, other waterfowl, passerines, and shorebirds.

Timing:
This stipulation will be in effect after construction.

Effectiveness Criteria:
1. A three year contract was issued by GVEA for a collision and mortality study testing the effectiveness of the mitigation for the project.
2. The study was conducted by qualified biologists that had been approved by the BLM.
3. The plan for the study was approved by BLM prior to implementation.
4. The results of the study were given to the BLM in a manner that allowed decisions regarding additional mitigation and a determination of whether or not collisions were within acceptable thresholds for these species.

Stipulation 32.
To allow for safety and engineering concerns, all trees higher than 10 feet may be cleared within 75 feet of the centerline. Clearing to ground level up to 150 feet either side of the centerline will be allowed in areas where large stands of black spruce occur and a danger from forest fires is expected.

Performance Criteria:
1. Clearing will be selective and only vegetation taller than 10 feet will be cleared from the ROW except at tower locations, areas of dense black spruce, and where vegetation is cleared to allow equipment access for construction.
2. Clearing of vegetation under 10 feet in height will only occur in areas designated by the BLM A.O., and will include tower locations and the construction access route.

Timing:
This stipulation will be in effect during construction and during post construction maintenance activities.

Effectiveness Criteria:
1. Clearing was selective, and only vegetation taller than 10 feet was cleared except in areas designated by the BLM.


C. Additional Mitigation Measures Developed in the EIS.


The following mitigation measures were developed during the EIS process and are not part of GVEA's design features. The following mitigation measures will be brought forward as stipulations in the ROW grant.

<u>Stipulation 33.</u>
Where necessary, thermosyphons will be used at foundations to stabilize ground temperatures in areas of warm permafrost.

Performance Criteria:
Thermosyphons will be utilized in those areas where the temperature of the permafrost is found to be 30 degrees or warmer, based on geotechnical recommendations.

Timing:
Thermosyphons will be installed during construction, and maintenance will occur post construction for the life of the project.

Effectiveness Criteria:
1. The A.O. will determine where thermosyphons will be required after reviewing the geotechnical recommendations.
2. The A.O. will ensure compliance by on-site inspections during the construction phase of the project.

<u>Stipulation 34.</u>
In the Tanana Flats, periodic maintenance of cleared segments within the ROW will be limited to winter time activities when there is 12 inches of snow on the ground and 12 inches of ground frost in the soil.

Performance Criteria:
1. Prior to maintenance activities, GVEA will contact the A.O. at least two weeks prior to the commencement of the maintenance activities.
2. The A.O. will determine if the conditions of one foot of snow cover and one foot of ground frost are met and if activities can begin.

Timing:
The timing of this stipulation will occur post construction for the life of the project.

Effectiveness Criteria:
GVEA will not maintain any of the clearing in the Tanana Flats unless the A.O. has determined that the conditions are appropriate for the maintenance to proceed.

<u>Stipulation 35.</u>
The edges of the ROW, where cleared, can be undulated to help the cleared areas blend with surrounding vegetative patterns.

Performance Criteria:
Where clearing of the ROW is necessary, the edges will be "feathered" to minimize the linear visual prominence of the ROW.

Timing:
During construction.

Effectiveness Criteria:
Verification in the field that the edges of the ROW do not significantly contrast with adjacent landscape

<u>Stipulation 36.</u>
Where possible, the ROW will use natural openings in the vegetation and reduce the need for clearing.

Performance Criteria:
1. The A.O. will work with GVEA in the siting of the transmission line and access to be used for construction and maintenance.
2. The A.O. will direct access through natural openings where possible.

Timing:
The timing of this stipulation will occur during construction of the project.

Effectiveness Criteria:
GVEA will not deviate from the access delineated by the A.O.

Stipulation 37.
Brush cutting and clearing in wetland areas will be conducted by hydroaxe or hand.

Performance Criteria:
GVEA will have all brush cutters approved by the A.O. prior to use on the project.

Timing:
This stipulation will be in effect during construction and for post-construction clearing activities.

Effectiveness Criteria:
GVEA will only use clearing equipment previously approved by the A.O. for the clearing and clearing maintenance activities associated with the project.

Stipulation 38.
Construction activities near anadromous fish streams will be timed to avoid salmon runs.

Performance Criteria:
Construction activities will occur in the winter after the appropriate amount of snow and frost in the ground occurs.

Timing:
This stipulation is in effect during construction and post construction maintenance activities.

Effectiveness Criteria:
Construction and maintenance activities occurred at appropriate times.

Stipulation 39.
The ROW should be located at least .75 miles from the boundary of the Larry Drop Zone to ensure jumper safety.

Performance Criteria:
1.  GVEA will engineer and design the project to accommodate the .75 mile restriction around the Larry Drop Zone.

Timing:
This stipulation will be in effect prior to and during construction.

Effectiveness Criteria:
The A.O. will coordinate with the Army to ensure that the project location allows a .75 mile buffer around the Larry Drop Zone.


Additional Stipulations Required by U.S. Army.
U.S. Army Nonobjection No. DACA85-9-99-16 contained eight additional stipulations pertaining to GVEA's use of the Right-of-Way. Additional coordination between BLM, GVEA, and the Army will take place prior to construction activities to insure proper conformance with the Army stipulations. The additional stipulations (a. through i.) are listed below.

a:   GVEA is responsible for placing signs south of the Tanana River near the Fort Wainwright boundary notifying the public that motorized vehicles, including all terrain vehicles (ATV's) and snowmobiles, are prohibited from using the powerline right-of-way. Additional signs are to be placed along the military reservation boundary to inform the public that they are entering a military installation and are subject to USARAK regulations.

b:   This stipulation concerned interagency coordination and is not applicable to GVEA.

c:   GVEA will make a concerted effort to allow natural vegetation to remain undisturbed near the location where the power line traverses the Tanana River shoreline. This will preclude attracting individuals using recreational vehicles and aid in preventing unauthorized access onto Fort Wainwright military lands.

d:   GVEA's access to and use of the power line right-of-way area, as described in Exhibit A, shall be restricted to personnel and activities authorized in writing by the Army (Commander, U.S. Army Pacific). Prior to granting authorization, the Army may impose such terms and conditions on use that it deems reasonable and appropriate, including, but not limited to, ordnance characterization and clearance in accordance with (f) below, personnel safety briefings, waivers, and reporting requirements.

e:   GVEA acknowledges that the power line right-of-way area contains ordnance and explosives (OE) that pose a potential safety hazard to those entering upon the premises. GVEA covenants and agrees to: (1) notify any persons entering upon the power line right-of-way area under this right-of-way grant of the potential safety hazard and (2) ensure that such persons have written authorization from the Army, as provided for in (d) above.

f:   GVEA covenants and agrees that it will be responsible, at its sole cost, for all OE survey and clearance work required by the Army as a condition to authorizing GVEA's entry, construction, and other activities upon the power line right-of-way area. Prior to conducting OE characterization and clearance work, GVEA shall obtain prior written approval of said characterization and clearance plans and the disposal techniques to be employed from the Commander, U.S. Army Pacific.

g:   Notwithstanding any approval by the Army, in the event GVEA or its successors or assigns undertakes any OE survey, clearance, or disposal work under (f) above, GVEA covenants and agrees to indemnify and hold harmless the United States, its officers, agents and employees, from and against all suits, claims, demands or actions, liabilities, judgements, costs and attorneys' fees arising out of, or in any manner predicated upon the OE survey, clearance, or disposal work conducted by GVEA, its successors or assigns or the agents, employees or contractors thereof.

h:   GVEA will locate the alignment of the power line no further south than one kilometer of the southern oxbows of the Tanana River.

i:   There will be no continuous linear excavations within the right-of-way that parallel the configuration of the power line.

EXHIBIT GVEA-B
Page 24 of 24