EXHIBIT GVEA-C-2
RIGHT OF WAY GRANT/
TEMPORARY USE PERMIT

## 5.4 Agency Jurisdictions

Appendix B contains all of the Federal, State, and local agencies having jurisdiction over the project. Appendix B also contains a point of contact, address, and telephone number for each agency.

## 5.5 Interaction with GVEA and Construction Contractor Personnel

The goals of all interactions between EMs and GVEA or Contractor personnel are:

To obtain full cooperation in assuring that all required mitigation measures are successfully implemented
To avoid even the appearance of impropriety
To be professional at all times
To establish and maintain vital levels of communication and coordination
To distribute information among all parties in a timely manner.

Each active construction area shall have at least one EM assigned to it. The EM will communicate and coordinate with the GVEA Inspector and/or his designee. When there is a problem or non-compliance, the EM shall notify the appropriate GVEA Inspector directly in order to hasten corrective actions. If a GVEA Inspector cannot be located or contacted, the EM shall notify the contractor foreman. The EM shall not direct the work of the Inspector, the contractor, or subcontractor. The EM shall document all observations and communications in his/her Daily Inspection Record.

### 5.5.1 Communication Channels

The BLM Program Manager will meet with the individual EMs during the work week to distribute paperwork, coordinate activities, and discuss concerns, problems, resolutions, and laudatory activities. The Program Manager and EMs will meet at least every two weeks to share and up-date information. To ensure that GVEA and contractor concerns are addressed promptly and efficiently, the EM will meet with GVEA Inspector as needed. Meetings between the GVEA Project Manager and the BLM Program Manager will occur on a regular basis so GVEA staff and the monitoring field staff will have an open exchange of information and a professional working relationship.

Each EM will meet with the GVEA Inspector (or designee) for his/her assigned construction area every morning to be briefed on the activities of the day and to discuss the potential problems for particular locations or activities. The Program Manager and EMs will coordinate with GVEA to identify sensitive areas before construction reaches those locations.

The Program Manager and EM's will meet regularly to discuss plans and work assignments.

5.6 Coordination and Field Assignments

In consultation with Program Manager, the EMs will coordinate the field assignments based upon construction activities and schedules that are provided by GVEA at morning meetings and in weekly up-dates. Environmental monitoring priorities and the use of Technical Experts will be based upon planned activities and scientific expertise appropriate to specific sensitive areas or construction activity (for example, stream crossings, sensitive habitats). Field assignments may also be influenced by specific requests made by GVEA. The Program Manager and the EMs shall be notified of any changes in construction activities or schedules at least 24 hours before the change is to occur so as to have time to arrange field assignments, as needed.

Field assignments for Technical Experts will be on an 'as-needed' basis and coordinated by the BLM Program Manager.

5.7 Communication Protocols (Agencies, Monitors, GVEA, Others)

The following communication protocol has been developed to facilitate efficient communication between environmental monitors and agencies, GVEA, the contractor, and subcontractors:

The EMs will not directly contact the contractors or subcontractors. Contact will be made through the GVEA Inspector or designated project manager, unless there is an emergency situation.

EMs will not directly contact GVEA management or other agencies without prior consultation with the BLM Program Manager.

The BLM Program Manager will be the primary contact for GVEA management and agency inquiries. Correspondence for the EMs will be sent to the Program Managers main office. EM's will submit written memoranda to the Program Manager.

5.7.1 *Media Contact*

BLM representitives are authorized to talk to the media on issues dealing with public lands managed by the BLM. Technical Experts that are not BLM employees should refer the media contact to the EM or Program Manager.

If the BLM is monitoring activities on lands outside of BLM jurisdiction then the media contact should be referred to the appropriate agency point of contact.

GVEA will determine who will deal with the media for issues

related to GVEA and their contractors. Any media contact dealing with GVEA specific issues will be referred to the GVEA Inspector or other GVEA designee.

Any media inquiries presented to Environmental Monitors should be reported immediately to the BLM Program Manager.

When approached by a member of the media, the EM should:

Identify him/herself
Be calm and truthful
Tell them that all inquiries be referred to the appropriate Agency representative.

5.7.2 Public Contact

When approached by a member of the public, the EM should remain polite at all times, but should not offer solutions or make promises. Depending on the problem or question, the public should be referred to either the GVEA Project Manager or to the BLM Program Manager. At all times, whether on-site or off-site, the EMs shall remember that they represent the BLM and shall consider project-related information confidential until instructed otherwise by the Program Manager.

5.8 Documentation and Reporting

5.8.1 Documentation and Reporting Requirements

The documentation and reporting requirements are intended to (1) chronicle GVEA's compliance with the MMCRP, including evaluation of environmental impacts and the effectiveness of mitigation efforts, and (2) report on construction progress and compliance to BLM, GVEA, other agencies, and the public.

5.8.2 Documentation Procedures

Every work day, each EM will maintain a Daily Inspection Record to track all procedures required for each mitigation measure and ensure that the timing specified for the procedures is adhered to for their assigned construction areas.

At the end of every work day, Technical Experts will submit an activity record to the Program Manager. They shall also call the EM and briefly report on their activities. The written report shall include a description of the work done and any problems that occurred. Both the EM and the Program Manager must be aware of the progress and activities so they can record and track the activities of the Technical Experts on a daily basis.

Field personnel (EMs, and Technical Experts) are expected to document construction activities with photographs and, in some

cases, video photography. Color, print, 35 mm photographs will be taken to help document a reported non-compliance. If appropriate, photos should also be taken to document the steps taken to remedy the non-compliance. Photographs will be logged on a photograph record sheet. Each photograph shall be properly labeled (photographer, photo identification number, date of photo, time photo taken, construction area, estimated milepost, description of activity) and then submitted with negatives to the Program Manager. The Program Manager may provide a video camera and request that specific construction activities be recorded. If this occurs, specific instructions will be provided by the Program Manager.

### 5.8.3 Reporting Requirements

Daily Inspection Records will be sent to the Program Managers office at the end of each work day. The reports will indicate activities at each construction area, variances that were requested and/or approved, and non-compliances that were reported and their status.

The Program Manager will compile Weekly Summary Reports and Monthly Compliance Reports based on the Daily Inspection Records and project correspondence.

GVEA will provide the BLM Program Manager with written quarterly reports of the project that shall include progress of construction, resulting impacts, mitigation implemented, and all other noteworthy elements of the project.

### 5.8.4 *Recordkeeping Requirements*

All records generated by the EMs will be kept at the Program Manager's office. The Northern Field Office will have copies of the Daily Inspection Records, the Weekly Summary Reports, and the Monthly Compliance Reports. The field office will also have copies of all master references.

### 5.8.5 *Data Reporting*

The EMs will submit their Daily Inspection Records on a daily basis. The information will be sent to the program managers office at the close of each work day. The information included in the Daily Inspection Records will include, at a minimum:

Date
Monitor Name
Construction Area
Hours of Construction
Type of Site
Landowner Name
Activity Occurring

Hours of Construction
Violations Documented; Level of Violation
Compliance status for each applicable mitigation measure
Deadline for Correction of Non-Compliance

Weekly Summary Reports shall be prepared by the Program Manager. The Weekly Summary Reports will provide not only information about the activities of the week (including construction progress and status of non-compliances that have occurred) but also planned construction activities for the coming week.

The Monthly Compliance Reports shall be prepared by the Program Manager and will provide detailed information on the mitigation measures that have been completed, types of non-compliances that have occurred, remedial actions that have been proposed, the progress of construction, or other pertinent information.

5.8.6 *Expense and Time Reporting*

Expense and time reporting by EMs will be done on a bi-weekly basis. Time Sheets and Expense Reports shall be submitted to the Program Manager's office. Time sheets and expense reports will be available at the Northern Field Office.

5.9 Compliance Evaluation

The purpose and goal of compliance evaluation is to ensure that the specific performance criteria for each mitigation measure, permit requirement or condition, approved plan, or other project stipulation are met in order to minimize or eliminate potential significant impacts and to protect environmental resources.

5.9.1 *Process for Determining Compliance Status*

Each active construction area will have at least one EM assigned to it each workday who will make field observations. The EM will check to see if the observed activity meets the relevant "Performance Criteria" (see Appendices) for (1) mitigation measures incorporated as design features, (2) selectively committed mitigation measures, (3) additional mitigation measures developed in the EIS, or (4) other ROW grant stipulations. If the activity meets the performance criteria, the activity will be recorded as "Acceptable." If the activity does not meet the performance criteria, the activity will be recorded as "Non-compliance," and the level of non-compliance will be determined.

5.9.2 *Description of Compliance Levels*

Acceptable:

Activities comply with performance criteria set for all

12

applicable mitigation measures, or other ROW grant stipulations.

Non-Compliance:

Any deviation from applicable mitigation measures, or other ROW grant stipulations.

Violation levels are defined as follows:

Level 1
One of the performance criteria has not been met resulting in only partial implementation of a Mitigation Measure but no significant impact has occurred.

Level 2
One or more of the performance criteria have not been met, making the mitigation ineffective and resulting in minor impacts. If allowed to continue, this non-compliance could result in significant impact.

Level 3
One or more of the performance criteria have not been met and the implementation of a mitigation measure is deficient or non-existent, resulting in significant impact(s), or there is immediate threat of major, irreversible environmental damage or property loss.

5.9.3 *Procedures for Addressing Non-Compliance Events*

*Level 1 Non-Compliance Procedures*
The EM will promptly notify the GVEA Inspector, or his designee, and give a copy of the non-compliance report the day the non-compliance is observed. If the EM is unable to give the written report to the GVEA Inspector, or his designee, the non-compliance will be reported to the GVEA Inspector or his designee by telephone and the report will be left in the GVEA Inspectors office. The GVEA Inspector is responsible for ensuring that remedial action is taken. The EM shall document all observations and communications and conduct follow-up observations within 3 days. The EM will notify the BLM Program Manager.

If corrective action is not taken within the stated period, a second written notice will inform GVEA that unless the situation is rectified, a cessation of all construction activities on the affected area will be required within 24 hours. Construction activities may be shut down until GVEA satisfies the BLM Program Manager and the EM that the situation has been remedied.

*Level 2 Non-Compliance Procedures*
The EM will promptly notify the GVEA Inspector, or his designee, of the non-compliance. The EM will provide a copy of the

non-compliance report to the GVEA Inspector, or his designee, the day the noncompliance is observed. The GVEA Inspector is responsible for ensuring that remedial action is taken. The EM will conduct follow-up observations within 24 hours. The EM will notify the BLM Program Manager.

If corrective action is not begun by the next construction day, a cessation of all construction activities on the affected area may be required. Construction activities may be shut down until GVEA satisfies the BLM Program Manager and the EM that the situation has been remedied.

*Level 3 Non-Compliance Procedures*
The EM will immediately notify the GVEA Inspector, or his designee, of the non-compliance. If a GVEA Inspector cannot be located or contacted, the EM will notify the contractor foreman. The EM shall not direct the work of the Inspector, the contractor, or subcontractor. The EM shall document all observations and communications in his/her Daily Inspection Record. Correction action shall begin immediately. The EM will notify the BLM Program Manager.

Construction activities for the affected area may be shut down until GVEA satisfies the BLM Program Manager and EM that the situation has been remedied.

A pattern of repeated Level 1 or Level 2 non-compliances may also be reason to shut down construction activities until GVEA satisfies the BLM Program Manager and EM that the situation has been remedied.

5.10 Dispute Resolution

GVEA will review the performance criteria set by this document before construction initiation and should inform BLM if they have any questions or disagreements with performance criteria and violation levels stated in Appendices. Upon agreement with the criteria, there should be few occasions that GVEA and the monitors have a dispute. However, disputes may arise and a process for their resolution is required.

Separate dispute resolution procedures shall be followed for locations outside BLM managed lands and locations inside BLM managed lands. These procedures shall be used by the monitoring team, GVEA and its contractors and/or subcontractors, other agencies, or the public regarding mitigation compliance requirements.

5.10.1 *Dispute Resolution Outside of BLM managed lands*

Prior to BLM commencing monitoring activities on lands administered by another agency formal dispute resolution

14

procedures will be agreed upon by BLM, GVEA, and the administering agency.

5.10.2 *Dispute Resolution Within the BLM managed lands*

Should a dispute arise on interpretation of the criteria, the following steps will be used for properties inside of BLM managed lands:

Step 1 Disputes and complaints (including those of the public) should be directed first to BLM's designated Program Manager, who will consult with BLM management in an attempt to resolve the dispute.

Step 2 Should this informal process fail, the BLM Northern Field Offce Manager may initiate enforcement or compliance action to address deviations from the Proposed Project or adopted Mitigation Monitoring Program through enforcement of the ROW grant.

Step 3 Written decisions of the BLM Northern Field Office Manager related to the administration of the ROW grant may be appealed by GVEA.

5.11 Variance Procedures

Definition: A variance is (1) any deviation from the description of the project as proposed in the EIS/ROD, or (2) a construction activity or practice that is not carried out in accordance with approved construction plans, mitigation measures, or other ROW grant stipulations. Two types of variances are addressed herein:

(1) Route and construction changes or non-compliance with all specific mitigation measures or other ROW grant stipulations prior to the start of construction, and

(2) Changes proposed by GVEA after construction has started.

The BLM has the authority to halt any construction activity associated with the Northern Intertie Project if the activity is determined to be a deviation from the approved project or adopted mitigation measures and ROW grant stipulations. Any deviation from the procedures identified in the MMCRP must be approved <u>in advance</u> by BLM.

Environmental Monitors shall immediately report any unapproved variances to the Program Manager. Variances cannot be approved by the EM.

5.11.1 Procedure to Request Variance

Pre-Construction Variances

15

When GVEA identifies a project change including: route change; change in description of the project (such as location of towers); change in methods of compliance with mitigation measures and other requirements (such as how selective streamside vegetation clearing will be conducted); or proposed change in construction methods, a written request shall be prepared and submitted to BLM according to the procedure defined in Exhibit 2 below.

Exhibit 2 Procedures for Addressing Project or Mitigation Measure Changes

| Type of Change or Action | Action Needed |
|---|---|
| 1. Mitigation Measure Implementation (e.g., difference of opinion re performance criteria) | BLM staff to negotiate with GVEA. If no agreement can be reached:<br>a. If issue is considered by BLM to be major/significant, dispute resolution process could be used to resolve differences<br>b. If issue is based on technical difference of opinion in ways to comply with a measure and the BLM has determined that impacts will be inconsequential then BLM will document their recommendation and GVEA will be allowed to proceed with their approach. |
| 2. Project Description changes (including changes to Applicant Proposed Measures, e.g. change of tower location) | GVEA to document reason(s) for proposed change and evaluate environmental impacts.<br>BLM staff to review GVEA submittal:<br>a. If no new significant impacts, document as part of MMCRP<br>b. Depending on scope/nature of change or impact, maybe go to #4. |
| 3. A measure cannot be successfully implemented | BLM staff to assess alternative mitigation and tell GVEA what is required in order to effectively address the impact identified |
| 4. Change to adopted mitigation measure (if the measure itself requires modification) (considered an official variance by BLM) | Depending on issue/severity, might require Supplemental EIS and/or new ROD |

The proposed change, its location and/or nature, shall be completely described. This explanation shall refer to where the item to be changed was previously documented (such as the page number of FEIS/ROD, the milepost on the original maps, and on the latest submitted construction alignment sheets, etc.).

The reason and necessity for this proposed deviation/change shall be fully described. An analysis shall be presented to evaluate whether the proposed change would result in:

- Any new significant impact(s)
- An incremental increase in an identified impact
- A reduction in efficiency, nature, or geographical location of a mitigation measure

This written request will be reviewed by BLM and a written determination on approval or rejection of the proposed variance will be made.

Variances Requested During Construction

GVEA will review this Plan and will be aware of all performance criteria outlined in this Plan. Any disagreement with these requirements shall be discussed with BLM at least 30 days before the start of construction. However, on rare occasions and due to the site-specific conditions that could not be anticipated in the pre-construction phase, variances might be required during the construction phase. In non-emergency cases, at least 14 days prior to the specific construction activity or implementation of mitigation measure for which a variance is required, GVEA will submit to the BLM a written request for a variance. The request will contain the following information:

Date of request

Location the variance will affect (estimated milepost, and general description)

Which mitigation measure, or other ROW grant stipulations, the variance will affect, and a reference to the approved documents

An explanation of the necessity for the variance and the reason it was not anticipated in pre-construction phase or in project description

Discussion of any previous variances of a similar nature

An analysis that evaluates the occurrence of:
- New significant impact(s)
- Incremental increase in an identified impact
- Reduction in efficiency, nature, or geographical location of a mitigation measure

Date of expected construction at the variance site.

In emergency cases the above information shall be communicated as soon as possible to the EM. The EM and the Program Manager will review these changes as soon as possible and inform GVEA of their determination. Each short-notice variance must be presented by GVEA in the manner described above; each request will be considered on a case-by-case basis and responded to as promptly as possible by BLM.

If the variance is associated with an immediate safety threat to human life or sensitive resources (i.e., an imminent and immediate hazard ) and EM/Program Manager cannot be contacted immediately, GVEA shall take the appropriate action to preserve life, protect the resource, and remove immediate hazard with minimum impacts on other significant environmental resources. GVEA will contact the EM or Project Manager as soon as possible and a full report on such action shall be filed with the EM within 72 hours.

## 5.12 Monitoring Criteria

Appendix A includes the full text of mitigation measures and other ROW grant stipulations, as well as the specific criteria for monitoring the implementation of these measures and requirements. Appendix B contains the points of contact that are associated with this ROW.

### 5.12.1 General Approach to Field Monitoring; Philosophy and Strategy

*Monitoring Philosophy*: The proposed Northern Intertie Project went through an extensive environmental review process managed by BLM. The major focus of the environmental review process was the identification of significant environmental impacts. These impacts then, were assumed to be reduced by numerous measures either recommended by the agencies or committed to by the Applicant. After careful review of the analysis conducted in this process and documented in the FEIS, the BLM approved this project subject to successful implemenentation of recommended mitigation which was adopted as conditions for issuance of appropriate permits. Thus, it is imperative that these adopted conditions be implemented and that they achieve the reductions for which they were designed. The purpose of the monitoring program is to ensure compliance with mitigation measures, applicant-proposed measures, approved plans, and ROW conditions and requirements in a non-threatening manner using open and honest communication.

*Monitoring Strategy*. Environmental monitors will be in the field every work day monitoring construction activities. Emphasis will be placed on sensitive sites (streams, sensitive habitats, etc.). The strategy is:

1. Through careful planning, and to the maximum extent possible, anticipate potential scenarios that could cause confusion or conflict, and attempt to resolve these problems in the preconstruction phase of the project

2. Through training and communication, convey the importance of monitoring to all parties involved.

3. Be very specific about the criteria that would determine the full compliance with the intent of the mitigation measures.

4. Use the flexibility, speed, storage capacity, and communication capabilities of modern hardware and software to track, manage, and document our activity as systematically as possible.

5. Use experienced and trained monitors so that they provide both an assurance of meeting the intent and spirit of every mitigation measure and mature experience to deal with changing

circumstances.

### 5.12.2 Description of Mitigation Measures from 1998 EIS/ROD

The mitigation measures are described in Section 5.1 (description of the Northern Intertie Project), and the environmental documents related to the project. The Final EIS/ROD, issued in 1998, recommended numerous mitigation measures that covered the full length of the powerline from the substation in Healy (the original starting point of the project) to the load center in south Fairbanks, the terminus of the line. Appendix A of this Implementation Plan addresses the mitigation measures, definition of impacts, and performance and effectiveness criteria necessary to proceed with the construction of this powerline project.

### 5.12.3 Responsible and Cooperating Agencies

The Lead Agency (BLM) has adopted the mitigation measures recommended in the FEIS/ROD (1998) as conditions for their approval decision and attached them to their ROW grant. Other responsible agencies who have issued permits (or will issue permits in the future) for this project (such as the State of Alaska, Department of Natural Resources) might stipulate certain conditions in their approval process. BLM will coordinate it's monitoring efforts with these agencies by providing this Plan to them so they are aware of the Plan requirements. Other agency points of contact are listed in Appendix B.

### 5.12.4 Other Regulatory Requirements

The project will be built in compliance with all applicable rules, regulations and policies of the agencies which have jurisdiction over the project. These regulations and laws were generally considered under each issue area in the FEIS/ROD. For example, the Clean Air Act, which is the most significant federal law protecting the quality of the air, has been considered in the Air Quality issue area. The requirements of this law are implemented by Federal, State, and regional agencies. In very rare occasions, there might be other environmental laws applicable to this project which are not considered in the three categories of measures above (i.e., Mitigation Measures Incorporated as Design Features, Selectively Committed Mitigation Measures, Additional Mitigation Measures Developed in the EIS) and are or will be required by another agency during construction. The EMs will coordinate these requirements with GVEA, the agency involved, and the BLM as the Lead Agency.

### 5.13 Safety

Philosophy: Our team will take all necessary steps to conduct this program with minimum risk and to prevent potential safety hazards.

Responsibilities. Each Environmental Monitor is responsible for his/her own safety and working safely is a condition of employment. EMs are responsible for the timely and accurate reporting of all reportable accidents or injuries (requiring more than first aid) to the Program Manager.

No person involved with this project shall be at the worksite while under the influence of drugs or alcohol.

*Safety Equipment*

The EM's will be responsible for having and maintaining appropriate safety equipment, including personal protective equipment, while conducting operations in the field.

*Emergency Action Response*

Initial emergency action response is the responsibility of GVEA and the Contractor. The responsibility of the Environmental Monitor is to assist as requested by GVEA or the Contractor. GVEA or the Contractor will make all necessary contacts.

If an Environmental Monitor is alone and encounters an emergency situation, the EM will be expected to render appropriate assistance to any injured person, call for help, and provide a detailed report of the incident.