EXHIBIT GVEA-E-1
GVEA/GLOBAL CONTRACT



# GOLDEN VALLEY ELECTRIC ASSOCIATION, INC.

**758 ILLINOIS STREET**
**FAIRBANKS, AK 99701**

# NORTHERN INTERTIE PROJECT
# 230 kV TRANSMISSION LINE
# CONTRACT NI-8
# CONSTRUCTION FOR THE TANANA FLATS

## CONFORMED COPY

700001

EXHIBIT GVEA-E
Page 1 of 44



**FINAL 11/21/01**

## ELECTRIC TRANSMISSION CONSTRUCTION CONTRACT
### (Labor and Materials)

The Complete Construction Contract Consists Of The Following

I.    RUS Form 831, "Electric Transmission Construction Contract," which includes:
      A.    Notice and Instructions to Bidders.
      B.    Contractor's Proposal.
      C.    Acceptance.
      D.    Contractor's Bond.

II.    ~~RUS Form 805, Electric Transmission~~ Specifications ~~and Drawings.~~

III.    Plans, including Maps and Special Drawings, prepared by the Owner's Engineer.

### Check List For Pages To Be Completed

Engineer - Prior to Release for Bids Completes:
      Page   1  - Paragraphs 1, 2
      ~~Page   2  - Paragraphs 2, 4, 7~~
      Page   5  - Sign and Date for Owner
      Page   7  - Top of Page; Article I, Section 1 and Section 2
      Page   9  - Article I, Sections 6 and 8
      Pages 11-19 - Lists of Owner's Materials (if none, write "none")
      Pages 21-22 - Article II, Section 1a & c
      Page 31  - Article IV. Section 1e
      Page 34  - Article V., Section 2
      Pages 31,37 - Pole and Right-of-way Requirements
      Pages 39-46 - Transmission, Unit No. and Quantities, as applicable
      ~~Page 29  - Tension Stringing Equipment~~

Bidder - Prior to Submitting Bid Completes:
      Page   6 - Bid Bond Form (or certified check)
      Page   9 - Article I, Section 8
      Page 38 - Signature, Address & Date.  Also seal, if corporation
      Pages 39-45 - Transmission Prices as applicable
      Pages 46 - Transmission Proposal Summary

Owner - On Acceptance Completes:
      Page 47 - Acceptance, Signatures & Date

Bidder - On Notification of Acceptance, obtains:
      Page 48 - Contractor's Bond, in Triplicate

700002

## I. ELECTRIC TRANSMISSION CONSTRUCTION CONTRACT (RUS Form 831)

### INDEX

Page No.

A.  Notice and Instructions to Bidders ..................................................... 1
  1.      Sealed Proposals .................................................................... 1
  2.      Description of Project ............................................................. 1
  3.      Owner-Furnished Materials ..................................................... 2
  4.      Obtaining Documents ............................................................. 2
  5.      Manner of Submitting Proposals ............................................ 2
  6.      Familiarity with Conditions ................................................... 2
  7.      Proposals ............................................................................... 2
  8.      Alternate Designs ................................................................... 2
  9.      Time for Completion of Construction ..................................... 2
  10.     Bid Bond ................................................................................ 2
  11.     Contractor's Bond ................................................................... 3
  12.     Failure to Furnish Contractor's Bond ..................................... 3
  13.     Contract is Entire Agreement ................................................. 3
  14.     Minor Irregularities ............................................................... 3
  15.     Balanced Bid .......................................................................... 3
  16.     Discrepancy in Unit Prices ..................................................... 3
  17.     Definition of Terms ................................................................ 3
  18.     Owner's Representations ......................................................... 3
  19.     Prebid Conference .................................................................. 4
  20.     Evaluation of Proposals .......................................................... 4
  21.     Commencement of Work ........................................................ 4
  22.     Information to be Submitted with the Proposal ...................... 4
  23.     Project Labor Agreement ....................................................... 5
  24.     Bid Bond (RUS Form 307) ..................................................... 6

B.  Contractor's Proposal ................................................................... 7

    Article I - General ....................................................................... 7

          Section 1 - Offer to Construct .......................................... 7
          Section 2 - Materials and Equipment ............................... 7
          Section 3 - Owner-Furnished Materials ........................... 8
          Section 4 - Purchase of Materials Not Furnished by Owner ...... 8
          Section 5 - Proposal on a Unit Basis ............................... 8
          Section 6 - Description of Contract .................................. 9
          Section 7 - Familiarity With Conditions .......................... 9
          Section 8 - License .......................................................... 9
          Section 9 - Proposal Made in Good Faith ........................ 9
          Section 10 - Bidder's Financial Resources and Contractor's Bond ...... 9
          Section 11 - Taxes ........................................................... 9
          Section 12 - Changes in Quantities ................................. 9
          List of Owners' Materials on Hand .................................. 11
          List of Materials Ordered by Owner But Not Delivered .... 12
          List of Materials to be Ordered by Owner - South Tanana Flats .... 16
          Materials Receipt (sample form) ...................................... 20

    Article II - Construction .............................................................. 21

          Section 1 - Time and Manner of Construction ................. 21

700003

EXHIBIT GVEA- E
Page 3 of 44

**I. ELECTRIC TRANS    SSION CONSTRUCTION CONTR    T (RUS Form 831)**

## INDEX

Page No.

**Article II - Construction (continued)**

| | |
|---|---|
| Section 2 - Environmental Protection | 23 |
| Section 3 - The Bidder | 23 |
| Section 4 - Changes in Construction | 23 |
| Section 5 - Construction Not in Proposal | 23 |
| Section 6 - Supervision and Inspection | 23 |
| Section 7 - Defective Materials and Workmanship | 24 |

**Article III - Payments and Release of Liens** ............................................. 25

| | |
|---|---|
| Section 1 - Payments to Bidders | 25 |
| Section 2 - Release of Liens and Certificate of Contractor | 26 |
| Section 3 - Payments to Materialmen and Subcontractors | 26 |
| Certificate of Completion | 27 |
| Certificate of Contractor (sample form) | 29 |
| Waiver and Release of Lien (sample form) | 30 |

**Article IV - Particular Undertakings of the Bidder** ............................. 31

| | |
|---|---|
| Section 1 - Protection to Persons and Property | 31 |
| Section 2 - Insurance | 32 |
| Section 3 - Delivery of Possession and Control to Owner | 33 |
| Section 4 - Energizing the Project | 33 |
| Section 5 - Assignment of Guarantees | 33 |

**Article V - Remedies** ............................................................................ 34

| | |
|---|---|
| Section 1 - Completion on Bidder's Default | 34 |
| Section 2 - Liquidated Damages | 34 |
| Section 3 - Cumulative Remedies | 34 |

**Article VI - Miscellaneous** ................................................................... 35

| | |
|---|---|
| Section  1 - Definitions | 35 |
| Section  2 - Materials and Supplies | 35 |
| Section  3 - Patent Infringement | 35 |
| Section  4 - Permits for Explosives | 35 |
| Section  5 - Compliance with Statutes and Regulations | 35 |
| Section  6 - Equal Opportunity Provisions | 35 |
| Section  7 - Franchises and Rights-of-Way | 37 |
| Section  8 - Nonassignment of Contract | 37 |
| Section  9 - Extension to Successors and Assigns | 37 |
| Section 10 - Contractor | 37 |
| Section 11 - Approval by the Administrator | 37 |
| Section 12 - Stop Work Directive | 37 |

**Article VII - Termination for Convenience** ........................................... 37

EXHIBIT CVEA-E
Page 4 of 44
700004

I.  ELECTRIC TRANSMISSION CONSTRUCTION CONTRACT (RUS Form 831)

INDEX

Page No.

Transmission Construction Units and Prices - Contract NI-8 Total Tanana Flats

Section 1 - Foundation and Anchor Units ........................ 39
Section 2 - Tower Assembly Units ............................... 40
Section 3 - Guy Assembly Units ................................. 42
Section 4 - Insulator and Hardware Assembly Units .............. 42
Section 5 - Conductor Assembly Units ........................... 43
Section 6 - Miscellaneous Units ................................ 43
Section 7 – Mobilization ....................................... 45
Proposal Summary - Contract NI-8 Tanana Flats ................. 46

C.   Acceptance ................................................ 47

D.   Contractor's Bond ......................................... 48

Application for Payment ........................................ 50

## II. SPECIFICATIONS

| Section | Title |
|---|---|
| 01010 | Summary of Contract |
| 01015 | Project Schedule |
| 01200 | Project Meeting |
| 01300 | Submittals |
| 01550 | Right-of-Way Access, Authorization and Restrictions |
| 01564 | Environmental Protection |
| 01590 | Field Offices |

| Section | Title |
|---|---|
| 01700 | Project Record Documents |
| 02110 | Clearing |
| 02368 | Steel Pipe Pile Foundations and Anchors |
| 05560 | Tubular Steel Structures |
| 16661 | Guy Assemblies |
| 16691 | Overhead Conductor |
| 16693 | Insulator and Hardware Assemblies |

## APPENDICES

Appendix A -  MOU with IBEW 1547 with Addendum
Appendix B -  Permit & Land Use Provisions

700005

Final 11/21/01
Revised 11/26/01, C.O. #1

iii

EXHIBIT GVEA-E
Page 5 of 44

- BLM Right-of-Way Grant
- BLM Fire Prevention Stipulations
- DNR Land Use Permit
- DNR Stipulation Clarification
- Dept. of Fish and Game Fish Habitat Permit, FG01-III-0120
- Dept. of Fish and Game Fish Habitat Permit, FG99-III-0207
- Dept. of Fish and Game Fish Habitat Permit, FG99-III-0208

700006

EXHIBIT GVEA - E
Page 6 of 44

Public reporting burden for the collection of information is estimated to average .4 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding the burden estimate or any other
aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance  Officer, OIRM, AG Box 7630, Washington, DC
20250; and to the Office of Management and Budget.  Paperwork Reduction Project (OMB #0572-0107), Washington, DC 20503.  OMB FORM NO. 0572-0107, Expires  11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

## ELECTRIC TRANSMISSION CONSTRUCTION CONTRACT
### (Labor and Materials)

## NOTICE AND INSTRUCTIONS TO BIDDERS

1.  **Sealed proposals** *for the construction, including the supply of necessary labor, materials and equipment, of a rural*

*electric project of* _____ GOLDEN VALLEY ELECTRIC ASSOCIATION, INC. _____ *(hereinafter*

*called the "Owner") to be known as* _____ ALASKA 6 - NORTHERN INTERTIE _____ *Project*

*will be received by the Owner on or before* _____ 4:00 _____ *o'clock* ___ P ___ *M.,* _____ October 18 _, 20 _01_

*at its office at* _____ 758 Illinois Street, Fairbanks, Alaska _____ *at which time and place the proposals will be
publicly opened and read. Any proposal received subsequent to the time specified will be promptly returned to the
Bidder unopened.*

2.  *Description of Project: The Project will consist of approximately:*

*Transmission Line Construction*

_64.1_____ *miles* _230_____ *kV;* _____ *miles* _____ *kV*

_____ *miles* _____ *kV;* _____ *miles* _____ *kV*

_____ *miles* _____ *kV* ~~underbuild~~

_____

_____

_____

*Substations and Other Major Facilities*  None

_____ *kVA* _____ *Voltage* _____ *Name*

_____ *kVA* _____ *Voltage* _____ *Name*

**EXHIBIT** GVEA-E
**Page** 7 **of** 44

*The Project is located in*__ Denali Borough, Fairbanks North Star Borough and unincorporated areas ~~Counties,~~ *in
the State of* __ Alaska __ *all as more fully described in the Plans, Specifications, Construction Drawings and
Contractor's Proposal therefore hereinafter referred to.  (See also Section 01010.)*

700007

3.  **Owner Furnished Materials.** {       } *unit prices in the Contractor's Proposal shall [     ]lude provisions for Owner Furnished Materials since as stated in Article I, Section 3 of the Contractor's Proposal, the value of the Owner Furnished Materials, if any, will be deducted from payments to the Bidder for completed Construction Units.*

4.  **Obtaining Documents.** *The Plans, Specifications and Construction Drawings together with all necessary forms and other documents for bidders may be obtained from the Owner, ~~or from the Engineer, at the latter's office at~~ _____, ~~upon the payment of $~~ , ~~which payment will not be subject to refund.~~ The Plans, Specifications and Construction Drawings may be examined at the office of the Owner or at the office of the Engineer. A copy of the  Loan Contract (if the Project is to be financed, in whole or in part, pursuant to a loan contract) between the Owner and the United States of America acting through the Administrator of the Rural Utilities Service (hereinafter called the Administrator) and of the loan contract between the Owner and any other lender may be examined at the office of the Owner. Each set of Plans, Specifications and Construction Drawings will have a serial number, given by the ~~Engineer~~ Owner, and the number of each set with the name of the Purchaser will be recorded by the ~~Engineer~~ Owner. Bids will be accepted only from the original purchaser.*

5.  **Manner of Submitting Proposals.** *Proposals and all supporting instruments must be submitted on the forms furnished by the Owner and must be delivered in a sealed envelope addressed to the Owner.  The name and address of the Bidder, its license number if a license is required by the State, and the date and hour of the opening of bids must appear on the envelope in which the Proposal is submitted.  Proposals must be filled in in ink or typewritten.  No alterations or interlineations will be permitted, unless made before submission, and initialed and dated.  An original and two copies of the proposal shall be submitted.*

6.  **Familiarity with Conditions.** *Prior to the submission of the Proposal the Bidder shall make and shall be deemed to have made a careful examination of the site of the Project and of the Plans, Specifications, Construction Drawings, and forms of Contractor's Proposal and Contractor's Bond on file with the Secretary of the Owner and with the Engineer, and shall become informed as to the location and nature of the proposed construction, the transportation facilities, the kind and character of soil and terrain to be encountered, the kind of facilities required before and during the construction of the Project, general local conditions and all other matters that may affect the cost and the time of completion of the Project. Bidders will be required to comply with all applicable statutes, regulations, etc., including those pertaining to the licensing of contractor, and the so-called "Kick-back Statute" (48 Stat. 948) and regulations issued pursuant thereto.*

    *Geotechnical investigations were conducted for the Project and a report has been prepared by Golder Associates, Anchorage, Alaska, entitled: Volume 1, Geotechnical Data, Northern Intertie,  Healy to Fairbanks, Alaska, and is available for examination at the offices of the Owner and Engineer.  These investigations were conducted for design purposes and are not considered adequate for construction purposes.  The Owner does not represent that the report shows completely all the existing subsurface conditions and does not guarantee any interpretation of the report or the correctness of any information included in the Contract Documents relative to subsurface conditions.  Bidder must assume all responsibility for deductions and conclusions which may be made as to the nature of the materials piles will be driven into, nature of materials to be excavated, the difficulties of making and maintaining the required excavations and of doing other construction affected by subsurface conditions at the Project site.*

7.  **Proposals** *will be accepted only from those prequalified bidders invited by the Owner to submit a proposal.*

8.  **Alternate Designs.** *The Owner reserves the right to confine its consideration of the several bids to one type of design regardless of alternate type of design which may be specified in the Plans and Specifications and offered in the Proposals.*

9.  **The Time for Completion of Construction** *of the Project shall be as specified ~~by the Engineer~~ in the Proposal.*

10. **Bid Bond.** *Each Proposal must be accompanied by a Bid Bond in the form attached or a certified check on a bank that is a member of the Federal Deposit Insurance Corporation, payable to the order of the Owner, in an amount equal to ten percent (10%) of the maximum bid price. Each Bidder agrees, provided its Proposal is one of the three low Proposals, that, by filing its Proposal together with such Bid Bond or check in consideration of the Owner's receiving and considering such Proposals, said Proposal shall be firm and binding upon each such Bidder and such*

**EXHIBIT** GVEA-E
**Page** 8 **of** 44

700008

Bid Bond or check shall be he~~ld b~~y the Owner until a Proposal is accepted a~~nd a~~ satisfactory Contractor's Bond is furnished (where required) by the successful Bidder ~~and such acceptance has been approved by the Administrator~~, or for a period not to exceed sixty (60) days from the date herein before set for the opening of Proposals, whichever period shall be the shorter. If such Proposal is not one of the three low Proposals, the Bid Bond or check will be returned in each instance within a period of ten (10) days to the Bidder furnishing same.

11. **Contractor's Bond.** *The successful Bidder will be required to execute two additional counterparts of the Proposal and, for a Contract in excess of $100,000, to furnish a Contractor's Bond in triplicate in the form attached hereto with sureties listed by the United States Treasury Department as Acceptable Sureties, in a penal sum not less than the contract price.*

12. **Failure to Furnish Contractor's Bond.** *Should the successful Bidder fail or refuse to execute such counterparts or to furnish a Contractor's Bond (where required) within ten (10) days after written notification of the acceptance of the Proposal by the Owner, the Bidder will be considered to have abandoned the Proposal. In such event, the Owner shall be entitled (a) to enforce the Bid Bond in accordance with its terms, or (b) if a certified check has been delivered with the Proposal, to retain from the proceeds of the certified check, the difference (not exceeding the amount of the certified check) between the amount of the Proposal and such larger amount for which the Owner may in good faith contract with another party to construct the Project. The term "Successful Bidder" shall be deemed to include any Bidder whose Proposal is accepted after another Bidder has previously refused or has been unable to execute the counterparts or to furnish a satisfactory Contractor's Bond (where required).*

13. **Contract is Entire Agreement.** *The Contract to be effected by the acceptance of the proposal shall be deemed to include the entire agreement between the parties thereto, and the Bidder shall not claim any modification thereof resulting from any representation or promise made at any time by any officer, agent or employee of the Owner or by any other person.*

14. **Minor Irregularities.** *The Owner reserves the right to waive minor irregularities or minor errors in any Proposal, if it appears to the Owner that such irregularities or errors were made through inadvertence. Any such irregularities or errors so waived must be corrected on the Proposal in which they occur prior to the acceptance thereof by the Owner.*

15. **Balanced Bid.** *The Owner reserves the right to reject any or all Proposals. The attention of Bidders is specially called to the desirability of a proper balance between prices for labor and materials and between the total prices for the respective Construction Units. Lack of such balance may be considered as a reason for rejecting a Proposal.*

16. **Discrepancy in Unit Prices.** *Where the unit prices in the Contractor's Proposal are separated into three columns designated as "Labor," "Materials" and "Labor and Materials," and where a discrepancy appears between the sum shown in the "Labor and Materials" column and the correct addition of the sums appearing in the "Labor" column and the "Materials" column, the correct addition of the sums appearing in the "Labor" column and the "Materials" column shall control.*

17. **Definition of Terms.** *The terms "~~Administrator~~," "Engineer," "Supervisor," "Project," "Completion of Construction" and "Completion of the Project" as used throughout this Contract shall be as defined in Article VI, Section 1, of the attached Proposal.*

18. **Owner Represents:**

a. *~~That prior to the acceptance~~ions of the Contractor's Proposal the Owner shall have undertaken to furnish any materials for the ~~construction~~ of the Project, such materials are on hand at locations specified or if such materials are not on hand ~~will be~~ made available by the Owner to the successful Bidder at the locations specified before the time such ~~materials are~~ required for construction.*

b. *~~That easements a~~nd rights-of-way, except as shown on maps included in the Plans and Specifications, have been or ~~will be obtain~~ed from the owners of the properties across which the Project is to be constructed (including tenants ~~reas~~onably be expected to object to such construction). The remaining easements and rights-of-way, if ~~obt~~ained as required to avoid delay in construction.*

c. *~~That, except as shown on the maps included in the Plans and Specifications has been completed and survey crews will be available to maintain stakes at all times in advance of construction.~~ The Owner*

RUS Form **831** *(Rev. 02-95) [Modified]*

**EXHIBIT** GVEA-E    700009
**Page** 9 of 44

has staked the right-of-way and clearing limits, the transmission line center line and the center hubs of the structures. After Work commences, maintenance and replacement of stakes shall be the responsibility of the Contractor. Contractor shall be responsible for staking the locations of the structure foundations and anchors and all other surveying required by or incidental to the work. Contractor shall maintain the accuracy of the Owner's survey points and shall preserve all survey points and stakes installed by Owner. Contractor shall call to the attention of the Owner any reference lines, survey points, bench marks, etc. which may have been disturbed or which seem to be off-line or grade.

d.    Prompt payment for the construction of the Project will be made with funds pursuant to the Loan Contract, or with funds otherwise available to the Owner.

If the Owner shall fail to comply with any of the undertakings contained in the foregoing representations or if any of such representations shall be incorrect, the Bidder will be entitled to an extension of time of completion for a period equal to the delay, if any, caused by the failure of the Owner to comply with such undertakings or by any such incorrect representation; provided the Bidder shall have promptly notified the Owner in writing of its desire to extend the time of completion in accordance with the foregoing; provided, however, that such extension, if any, of the time of completion shall be the sole remedy of the Bidder for the Owner's failure, because of conditions beyond the control and without the fault of the Owner, to furnish materials in accordance with subparagraph a hereof.

19. **Pre-bid Conference.** On September 26, 2001 at 1:00 p.m. local time, the Owner will conduct a Pre-bid conference in the Jade Room at the Fairbanks Princess Hotel, 4477 Pikes Landing Road, Fairbanks, Alaska 99709 with all prospective bidders. Attendance is mandatory, bids received from bidders not in attendance at the Pre-bid conference will be returned unopened. Bidder's Qualifications, the Bid Documents and the Contract will be discussed. Contract clarifications, if any, which may arise at this conference will be addressed by written addendum prior to the scheduled bid opening.

20. **Evaluation of Proposals.** The evaluation will be made as follows

a.    The lowest bid from responsive and responsible bidders will be determined.

b.    In determining the responsibility of the Bidder, the Owner will evaluate the following:
    1.    The Bidder's construction plan submitted with the bid.
    2.    The past performance and capabilities of the Bidder.

21. **Commencement of Work.** The Owner may issue a "Notice to Proceed" to the successful bidder(s) in advance of finalizing the Acceptance of the bidder(s) proposal. Once issued, the "Notice to Proceed" will have the same force and effect as the acceptance of the bidder(s) proposal. Proposals shall be made on the basis of receiving the "Notice to Proceed" on or before November 1, 2001.

22. **Information to be Submitted with the Proposal.** The Bidder shall submit the construction plan on which his proposal is based. The plan shall include the following:

a.    Bar chart schedule showing:
    1.    Mobilization for each major activity
    2.    Construction of snow/ice roads
    3.    Installation of small diameter piles
    4.    Installation of large diameter piles
    5.    Tower assembly
    6.    Tower erection
    7.    Wire stringing, clipping and deadending

b.    Manpower schedule showing for each week the quantity of shifts, crews per shift, and type of work each crew will be assigned, for example three pile installation crews per shift, two shifts per day.

c.    Equipment schedule showing the type and number of pieces of equipment to be assigned to the project.


EXHIBIT GVEA-E    700010
Page 10 of 44

d.    Narrative describing the ation of the bidder's field offices, showups i  /camps (if used), where crews will start work and the direction they will proceed, access roads that will be used, the number and location of marshaling yards for assembling towers, the method of tower erection, etc.

e.    A preliminary monthly cash flow schedule.

f.    List of proposed subcontractors.  All subcontractors are subject to the Owner's approval.

23.    **Project Labor Agreement.**  The Owner has negotiated a Memorandum of Understanding (MOU) with IBEW 1547, dated March 19, 1990 with Addendum dated February 9, 1996.  Bidder's proposal shall be based on the terms and conditions contained in the MOU and Addendum, a copy of which are contained in Appendix A.

GOLDEN VALLEY ELECTRIC ASSOCIATION, INC.
*OWNER*

By_____    .


_____, 20_____

EXHIBIT GVEA-E  700011
Page 11 of 44