EXHIBIT GVEA-J
DON KUBANYI DEPOSITION EXCERPTS
PAGE 88, PAGE 101 AND PAGE 109



1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF ALASKA

3    DON M. KUBANYI, JIMMY KUBANYI,          )
     AILEEN WELTON, ELIZABETH               )
4    TUZROYLUK, DORIS KUBANYI, VICTOR       )
     KUBANYI, BOBBY KUBANYI, and            )
5    ARLETTE KUBANYI,                       )
                                            )
6         Plaintiffs,                       )
                                            )
7    v.                                     )
                                            )
8    GOLDEN VALLEY ELECTRIC                 )
     ASSOCIATION, et al.,                   )    Case No. F04-0026 CI
9                                           )
          Defendants.                       )
10   _____      )
     CRUZ CONSTRUCTION, INC. and           )
11   DAVE CRUZ, individually,              )
                                            )
12        Defendant and Third-             )
          Party Plaintiffs,                )
13                                          )
     v.                                     )
14                                          )
     GLOBAL POWER & COMMUNICATIONS,         )
15   LLC.,                                  )
                                            )
16        Third-Party Defendant.           )
     _____      )

17           VIDEOTAPED DEPOSITION OF DON KUBANYI
18                    October 14, 2005

19   APPEARANCES:

20        FOR THE PLAINTIFFS:        MR. MICHAEL J. WALLERI
                                     Attorney at Law
21                                   330 Wendell Street
                                       Suite E
22                                   Fairbanks, Alaska   99701
                                     (907)  452-4716
23

24

25

                    *LIZ D'AMOUR & ASSOCIATES, INC.*
                     330 Wendell Street, Suite A
                        Fairbanks, Alaska 99701
                          (907) 452-3678

EXHIBIT GVEA - J
Page 1 of 4

1  Q     Okay.

2  A     .....you know, I'm not totally aware of time.

3  Q     Yeah.  All right.  So in any case, let's -- so we'll

4        say roughly 8:00 o'clock you went down another time.

5        And what happened then?

6  A     Well, I told them people they were definitely not going

7        to cross my land, you know, because I.....

8  Q     All right.

9  A     .....I -- I don't want to hear these back-up alarms or

10       anything.  And they told me they still -- they had all

11       the right and they were going to cross it, so then I

12       threatened them.  I said, you know what, I'll -- you

13       cross my property, I'll shoot your tires out.

14 Q     Okay.  Did -- when you came down that, we'll call it

15       8:00 o'clock, that second time, did you have -- did

16       you -- were you on a snowmachine or a four-wheeler or

17       anything like that or were you on foot?

18 A     On my snowmachine.

19 Q     Your snowmachine.  Okay.  And the earlier times you'd

20       come down, were you also on your snowmachine or did you

21       walk down?

22 A     I think I just walked over there.....

23 Q     Okay.

24 A     .....the first -- first time, yeah.

25 Q     All right.

EXHIBIT GVEA-J
Page 3 of 4

| | | |
|---|---|---|
| 1 | | got to be near someone.  I didn't..... |
| 2 | Q | Okay. |
| 3 | A | I didn't know they put wires out.  But, hey, I was |
| 4 | | drunk.  He could catch me pretty easy. |
| 5 | Q | Yeah. |
| 6 | A | But he hit me with that Taser, but he hit me in the arm |
| 7 | | and something, but I felt just a tingle, but I mean I'm |
| 8 | | pulling them wires out and then I mean I didn't move |
| 9 | | too fast because the next thing I know, he had me in |
| 10 | | the back with the Taser.  Holy smokes, he -- and that |
| 11 | | thing put me down pretty good.  I mean real good.  I |
| 12 | | never felt anything like that before. |
| 13 | Q | All right.  What -- is it like an electric kind of a |
| 14 | | shock sort of feeling? |
| 15 | A | Oh, yeah, it's electrical shock..... |
| 16 | Q | Yeah. |
| 17 | A | .....and it -- I mean it -- I had no power.  I mean it |
| 18 | | just plain dropped me to my knees and I was down and |
| 19 | | out.  I mean -- and I remember saying that's it, you |
| 20 | | know, I mean, no more, and he just kept tazing me and |
| 21 | | tazing me. |
| 22 | Q | Okay. |
| 23 | A | And I go, wow, I -- yeah, and I mean I was telling him |
| 24 | | I give up, no more.  You know, I mean..... |
| 25 | Q | Yeah. |

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT GVEA-D
Page 3 of 4

| | | |
|---|---|---|
| 1 | A | .....but I don't know how many beers you need for that, |
| 2 | | but I know I had -- had to have at least eight, you |
| 3 | | know. |
| 4 | Q | Okay. |
| 5 | A | But I'm guessing, so..... |
| 6 | Q | All right. |
| 7 | A | You know, I might -- might have had more than eight.  I |
| 8 | | know I was -- I was drunk.  I don't know how drunk you |
| 9 | | want to say..... |
| 10 | Q | Yeah, okay. |
| 11 | A | But, yeah, I -- I had drank some. |
| 12 | Q | All right. |
| 13 | A | I mean..... |
| 14 | Q | Okay.  Good enough.  And then let me..... |
| 15 | A | That's kind of a high number, but I don't know.  I |
| 16 | | don't know what..... |
| 17 | Q | I'm not sure you..... |
| 18 | A | I don't know why -- you know what, I remember him |
| 19 | | having me blow in something, but I don't remember him |
| 20 | | telling me. |
| 21 | Q | Right.  They never told you the results or anything? |
| 22 | A | No. |
| 23 | Q | Okay. |
| 24 | A | No.  He wasn't too friendly. |
| 25 | Q | All right.  Let me do this, then.  You were -- you were |

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT GVEA-J
Page 4 of 4