EXHIBIT GVEA-K
DAVE CRUZ DEPOSITION EXCERPTS
PAGE 30 AND PAGE 33

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI and BRIAN         )
     BAGGETT,                          )
 6                                     )
                         Plaintiffs,   )
 7                                     )
          v.                           )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     individually, and d/b/a           )
10   CRUZ CONSTRUCTION, BLACK &        )
     VECH CORPORATION, JAKE COVEY,     )
11   and PATRICK NELSON,               )
                                       )
12                       Defendants.   )
                                       )   Case No. F04-0026 CI
13

14              DEPOSITION OF DAVE CRAMER CRUZ

15                       January 24, 2006

16   APPEARANCES:

17        FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                                  Attorney at Law
18                                330 Wendell Street, Suite E
                                  Fairbanks, Alaska  99701
19
          FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
20                                Assistant Attorney General
                                  STATE OF ALASKA DEP'T OF LAW
21                                Civil Division
                                  Special Litigation Section
22                                1031 West Fourth Avenue,
                                  Suite 200
23                                Anchorage, Alaska  99501-5903

24                                              Exhibit B
                                                Page 1 of 8
25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT GVEA-K
Page 1 of 3



-30-

```
 1            project about going off the Rex Trail towards the Kubanyi
 2            lands?
 3     A      I don't recall.
 4     Q      Okay.  So once the troopers responded, do you remember
 5            telling them that there was an Indian out there getting
 6            wild?
 7     A      I don't recall.  I think that's probably what my mechanic
 8            told me.  I do remember telling him who it was, you know,
 9            so.....
10     Q      Okay.  And they asked you how many people were out there?
11     A      Yes.
12     Q      And what'd you tell them?
13     A      That was -- we thought there were -- now, when you're
14            talking people, you're talking my people or Kubanyi's?
15     Q      No, in terms of the Kubanyi's.
16     A      We -- we thought there was four.
17     Q      Okay.  And did you tell them that -- whether or not they
18            were armed?
19     A      I -- the only thing that I recall is just passing on
20            exactly what I was told, that he threatened to kill them
21            and I think -- and on it -- now, as memory serves me
22            right, I think I'm going my -- you know, I'm going to go
23            get my gun and kill them.  You know, I mean, it was --
24            it's serious stuff.
25     Q      Okay.
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 3 of 8


EXHIBIT GVEA-K
Page 2 of 3

-33-

| | | |
|---|---|---|
| 1 | A | I don't recall that. |
| 2 | Q | Okay. What about Chris Mayo? |
| 3 | A | Fail. |
| 4 | Q | Or Fail. What's -- what did -- did he say he was scared? |
| 5 | A | I don't recall spec -- you know, recollecting things -- |
| 6 | | you know, coming to me and specifically he was scared. |
| 7 | Q | Did you tell your employees to tell the troopers that |
| 8 | | they were scared? |
| 9 | A | No, I do not recall telling them that. |
| 10 | Q | Do you know whether or not Mike Able told people to tell |
| 11 | | the troopers that they were scared and felt threatened? |
| 12 | A | I don't know that. |
| 13 | Q | So what happened after that? |
| 14 | A | Well, the troopers stopped. They were starting to |
| 15 | | interview my crew. One of -- I believe my crew. I don't |
| 16 | | -- I don't know which one said here comes Don and we |
| 17 | | could see him coming across the lake. We basically took |
| 18 | | cover and I remember the two troopers went out to meet |
| 19 | | Don. I was probably maybe 25 feet from him. I was |
| 20 | | standing over the corner of one of our trucks. They |
| 21 | | proceeded to talk to Don. Don started yelling and |
| 22 | | screaming and took a swing at one of these gentlemen. I |
| 23 | | don't know which one it was but I definitely saw him |
| 24 | | lunge for him and it took about 4-1/2 seconds and it was |
| 25 | | over. These guys subdued him and put him in the cruiser. |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 5 of 8


EXHIBIT GVEA-K
Page 3 of 3