EXHIBIT GVEA-L
JACOB COVEY DEPOSITION EXCERPTS
PAGE 30 AND PAGE 31

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI and BRIAN         )
     BAGGETT,                          )
 6                                     )
                    Plaintiffs,        )
 7                                     )
          v.                           )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     individually, and d/b/a           )
10   CRUZ CONSTRUCTION, BLACK &        )
     VECH CORPORATION, JAKE COVEY,     )
11   and PATRICK NELSON,               )
                                       )
12                  Defendants.        )
                                       )  Case No. F04-0026 CI
13   _____)

14             DEPOSITION OF JACOB STEWART COVEY

15                     January 25, 2006

16   APPEARANCES:

17        FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                                 Attorney at Law
18                               330 Wendell Street, Suite E
                                 Fairbanks, Alaska  99701
19
          FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
20                               Assistant Attorney General
                                 STATE OF ALASKA DEP'T OF LAW
21                               Civil Division
                                 Special Litigation Section
22                               1031 West Fourth Avenue,
                                 Suite 200
23                               Anchorage, Alaska  99501-5903

24
                            EXHIBIT GVEA-L        Exhibit A
25                          Page 1 of 3           Page 1 of 24
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

COPY

-30-

|    |   |                                                           |
|----|---|-----------------------------------------------------------|
| 1  |   | entitled to their opinion. If somebody's walking down     |
| 2  |   | the street and he looks over at me, says you're an A-     |
| 3  |   | hole, you know, that's his opinion. He's -- he's -- as   |
| 4  |   | an American citizen, he's entitled to that. When I'm     |
| 5  |   | conducting an investigation and somebody's impeding my   |
| 6  |   | investigation with their attitude, that's disorderly     |
| 7  |   | conduct.                                                  |
| 8  | Q | Okay. Now, the -- in terms of the actual arrest, why     |
| 9  |   | don't you tell me how that went down?                    |
| 10 | A | Starting at what point?                                   |
| 11 | Q | Starting at the point that Mr. Kubanyi told you to fuck  |
| 12 |   | you.                                                      |
| 13 | A | Okay. I ordered him to, you know, either show me his     |
| 14 |   | hands or get on the ground which he -- which his response|
| 15 |   | was why or fuck you or something to that effect. At that |
| 16 |   | point, Trooper Nelson showed up, drew his taser out, put |
| 17 |   | the -- the laser light on Mr. Kubanyi's chest. At that   |
| 18 |   | point, he took over giving Mr. Kubanyi his orders and Mr.|
| 19 |   | Kubanyi's response was the same to Trooper Nelson as it  |
| 20 |   | was to me. I heard Trooper Nelson give him at least two  |
| 21 |   | distinct warnings that hey, this is what's going to      |
| 22 |   | happen if you don't comply with me and his attitude was  |
| 23 |   | fuck you. That was his response. Why, why or -- or      |
| 24 |   | something to that effect. At that point after Trooper   |
| 25 |   | Nelson gave him ample -- ample opportunity to comply with|

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit __A__
Page _12_ of _24_

EXHIBIT GVEA-L
Page _2_ of _3_

```
 1            us, he -- he deployed his taser.  The -- when the taser
 2            didn't have the desired effect for whatever reason that
 3            is, Mr. Kubanyi started running backwards.  We went to --
 4            I -- I put my firearm -- at that point, I had put my
 5            firearm back in my holster because we don't run or fight
 6            with our firearm out.  We went to lay hands on Mr.
 7            Kubanyi and I dis -- I distinctly remember Mr. Kubanyi
 8            clenching his fist and punching Patrick Nel -- or Trooper
 9            Nelson in the face.  At that point, we -- that's as we
10            were approaching him.  At that point, we just basically
11            jumped on him and fell down to the ice.
12   Q        Okay.  Now, Mr. -- that's somewhat different than Officer
13            Covey's [sic] statement that he was struck in the face
14            while they were wrestling -- while you were wrestling.
15   A        Trooper Nelson you mean.
16   Q        Or, excuse me, yeah.
17   A        Yeah.  Everybody remembers things a little bit
18            differently.
19   Q        Okay.  When did you deploy your chemical spray?
20   A        When we were on the ice, I got up to -- I got up to my
21            knee.  I got on my -- one of my knees and Mr. Kubanyi at
22            this point was still actively resisting arrest, trying to
23            force -- use force to get away from us.  I pulled out my
24            -- my OC spray, aimed it at his face and discharged it.
25   Q        Now, as I understand it, when you approached him though,
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-38...

Exhibit A
Page 13 of 24

EXHIBIT GVEA-L
Page 3 of 3
