EXHIBIT GVEA-M
PATRICK NELSON DEPOSITION EXCERPTS
PAGE 43 AND PAGE 51

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI and BRIAN         )
     BAGGETT,                          )
 6                                     )
                        Plaintiffs,    )
 7                                     )
            v.                         )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     individually, and d/b/a           )
10   CRUZ CONSTRUCTION, BLACK &        )
     VECH CORPORATION, JAKE COVEY,     )
11   and PATRICK NELSON,               )
                                       )
12                      Defendants.    )
                                       )  Case No. F04-0026 CI
13   _____)

14            DEPOSITION OF PATRICK STEVEN NELSON

15                      January 24, 2006

16   APPEARANCES:

17       FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                                 Attorney at Law
18                               330 Wendell Street, Suite E
                                 Fairbanks, Alaska   99701
19
         FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
20                               Assistant Attorney General
                                 STATE OF ALASKA DEP'T OF LAW
21                               Civil Division
                                 Special Litigation Section
22                               1031 West Fourth Avenue,
                                 Suite 200
23                               Anchorage, Alaska   99501-5903

24                            EXHIBIT GVEA-M        Exhibit C
25                            Page 1 of 3          Page 1 of 28
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | He kept saying fuck you, fuck you, why, fuck you. I told        |
| 2  |   | him if he didn't get down on the ground, that he would be      |
| 3  |   | controlled with 10,000 volts of electricity. I think he        |
| 4  |   | said fuck you again and I deployed the taser.                  |
| 5  | Q | Why were you arresting him?                                    |
| 6  | A | The complaint had been made he'd threatened violence            |
| 7  |   | against the intertie workers. The intertie workers,            |
| 8  |   | based on their statements that they gave, it fit the           |
| 9  |   | statute for, basically, an assault-IV.                         |
| 10 | Q | Okay. And so you approached him. He -- did you ask him         |
| 11 |   | whether or not he had threatened the intertie workers?         |
| 12 | A | At that particular point, I wanted to insure that he           |
| 13 |   | wasn't a threat to me, that he didn't have a firearm on        |
| 14 |   | him.                                                           |
| 15 | Q | Okay. And.....                                                  |
| 16 | A | From the very beginning of contacting him, he was              |
| 17 |   | belligerent, he was not cooperating with simple commands       |
| 18 |   | like show your hands and it -- you know, he didn't             |
| 19 |   | cooperate with that. Show me your hands is a simple            |
| 20 |   | command.                                                        |
| 21 | Q | Were you polite to him?                                        |
| 22 | A | What's that?                                                   |
| 23 | Q | Were you polite to him?                                        |
| 24 | A | Show me your hands is, you know, pretty simple and             |
| 25 |   | polite, you know? Show me your hands.                          |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit C
Page 16 of 28

EXHIBIT GVEA-M
Page 2 of 3

-51-

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | And it wasn't there when the pictures got taken so I |
| 3 | | can't say whether they're his or not. |
| 4 | Q | Okay. |
| 5 | A | Can we stop for just a second so I can get some water? |
| 6 | Q | Go right ahead. |
| 7 | | MR. VERMONT: Would you hand us that pitcher that's |
| 8 | | right behind?  Seems to be the only water in here. |
| 9 | | COURT REPORTER: We're off record. |
| 10 | | (Off record) |
| 11 | | (On record) |
| 12 | | COURT REPORTER: Back on record. |
| 13 | | MR. VERMONT: Can the record show we were just off |
| 14 | | for 30 seconds or so, just to get some more water?  Thank you. |
| 15 | Q | (By Mr. Walleri)  When he struck you, do you think that |
| 16 | | Mr. Kubanyi intended to strike you? |
| 17 | A | Yes. |
| 18 | Q | And why is that? |
| 19 | A | Based on his demeanor and his tumultuous attitude towards |
| 20 | | us from the moment we got there. |
| 21 | Q | Well, tell me this, can you describe how he struck you? |
| 22 | A | Not specifically, no.  I know I got struck in the face by |
| 23 | | Mr. Kubanyi.  Whether it was his elbow or his fist, I |
| 24 | | don't know specifically. |
| 25 | Q | When he was on the ground? |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit C
Page 24 of 28

EXHIBIT GVEA-M
Page 3 of 3