Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>    Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>    Defendants. | Case No. F04-0026 CIV |

### STIPULATION FOR EXTENSION OF TIME
### FOR THE CLOSE OF DISCOVERY AND STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS' TO REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT

The parties, by and through their respective undersigned counsel, hereby stipulate to a 60 day extension of time for the close of discovery in the above referenced matter. The close of discovery will be December 18, 2006.

The parties also stipulate to an extension of one week from the date of the completion of Plaintiffs' and Plaintiffs' experts' depositions on October 6th, 2006, for Plaintiffs' to file their Reply to Defendants' Oppositions to Plaintiffs' Cross Motion for

Summary Judgment. Plaintiffs' Reply was formerly due October 6th, 2006. Plaintiffs' Reply will now be due October 13th, 2006.

**WE SO STIPULATE:**

DATED this 2nd day of October, 2006.

          BORGESON & BURNS, PC

          By: _____
              Cory R. Borgeson
              ABA 8405009

DATED this ____ day of October, 2006

          RICHMOND & QUINN

          By: _____
              Daniel T. Quinn
              ABA # 8211141

DATED this ____ day of October, 2006

          DAVID W. MARQUEZ
          ATTORNEY GENERAL

          By: _____
              David D. Floerchinger
              ABA # 8511156

Summary Judgment. Plaintiffs' Reply was formerly due October 6th, 2006. Plaintiffs' Reply will now be due October 13th, 2006.

**WE SO STIPULATE:**

DATED this 2nd day of October, 2006.

BORGESON & BURNS, PC

By: _____
Cory R. Borgeson
ABA 8405009

DATED this 2nd day of October, 2006

RICHMOND & QUINN

By: _____
Daniel T. Quinn
ABA # 8211141

DATED this ___ day of October, 2006

DAVID W. MARQUEZ
ATTORNEY GENERAL

By: _____
David D. Floerchinger
ABA # 8511156

OCT-03-2006 TUE 08:24 AM ANCH AGO TORTS-WC            FAX NO. 19072580760            P. 03
Case 4:04-cv-00026-RRB   Document 105   Filed 10/04/2006   Page 4 of 6

Oct-02-2006 01:59pm   From-BORGESON & BURNS            +8074818640            T-128   P.003/006   F-357

Summary Judgment. Plaintiffs' Reply was formerly due October 6th, 2006. Plaintiffs' Reply will now be due October 13th, 2006.

**WE SO STIPULATE:**

DATED this 2nd day of October, 2006.

BORGESON & BURNS, PC

By: _____
Cory R. Borgeson
ABA 8405009

DATED this ____ day of October, 2006

RICHMOND & QUINN

By: _____
Daniel T. Quinn
ABA # 8211141

DATED this 3rd day of October, 2006

DAVID W. MARQUEZ
ATTORNEY GENERAL

By: _____
David D. Floerchinger
ABA # 9511156

DATED this _3_ day of October, 2006.

        MICHAEL J. WALLERI

        By: _____
          Michael J. Walleri
          ABA# 7906060

DATED this ____ day of October, 2006.

        PREG O'DONNELL & GELLETT PLLC

        By: _____
          Eric P. Gillett
          ABA# 8611111

DATED this ____ day of October, 2006.

       MICHAEL J. WALLERI

       By: _____
         Michael J. Walleri
         ABA# 7906060

DATED this 2 day of October, 2006.

       PREG O'DONNELL & GELLETT PLLC

       By: _____
         Eric P. Gillett
         ABA# 8611111