Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>               Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>               Defendants. | Case No. F04-0026 CIV |

### PROPOSED ORDER GRANTING EXTENSION OF TIME
### FOR THE CLOSE OF DISCOVERY AND EXTENSION OF TIME FOR
### PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS'
### CROSS MOTION FOR SUMMARY JUDGMENT

The Court, having considered the parties' Stipulation and being otherwise advised in the premises,

IT IS HEREBY ORDERED that the close of discovery in the above captioned matter shall be December 18, 2006; and

IT IS HEREBY ORDERED that the Plaintiffs' Reply to Defendants' Oppositions to Plaintiffs' Cross Motion for Summary Judgment shall be October 13, 2006.

DATED this \_\_\_\_ day of _____, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE