**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

KUBANYI, et al.    v.    GVEA, et al.

DATE:    October 4, 2006      CASE NO.    4:04-cv-00206-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
GRANTING STIPULATION**

The Stipulation for Extension of Time at Docket 105 is hereby **GRANTED.**    Discovery closes **December 18, 2006**, and Plaintiff's reply to Defendants' oppositions to Plaintiffs' Cross-Motion at Docket 88 is due by the close of business on **October 13, 2006.**

M.O. GRANTING STIPULATION FOR EXTENSION