Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>           Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VEATCH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>           Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR REPLY TO OPPOSITION TO PLAINTIFFS' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Case No. FO4-0026

The Defendant's in this action have filed four motions for summary judgment and partial summary judgment: Black and Veatch, Covey & Nelson on May 5, 2006; Cruz on May 9, 2006, GVEA on May 11, 2006 and Black and

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                  1 of 3
Memo: Motion to Extend Deadline

Veatch (joining Cruz's Motion) on June 1, 2006. In response, plaintiff's filed cross-motions. The current deadline for the plaintiff's reply to defendant's opposition is October 13, 2006.

The defendant's set on depositions of plaintiff's and plaintiff's expert witness'. The plaintiff's would like to include evidence from the depositions of the plaintiffs which were completed on October 5th and 6th, 2006. The undersigned has been advised by Carol A. McCue of Heartland Court Reporters that the electronic versions should be completed by October 18, 2006. The plaintiff's are requesting an extension of deadline until fifteen (15) days after the electronic version releases of the depositions or no later than November 2, 2006.

The undersigned certifies that he attempted to contact opposing counsel respecting this motion as to whether the motion would be opposed. He received two responses in opposition and one in non-opposition. There is still one outstanding response from opposing counsel.

Dated this 11th day of October, 2006 at Fairbanks, Alaska.

MICHAEL J. WALLERI

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on October 11, 2006 via ECF  to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak  99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725