1 | Eric P. Gillett, Esq.                                    Honorable Ralph Beistline
Preg O'Donnell & Gillett PLLC
2 | 1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340
3 | Phone:  (206) 287-1775
Fax:  (206) 287-9113
4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

11

DON M. KUBANYI, JIMMY KUBANYI,
12 | AILEEN WELTON, ELEZABETH
TUZROYLUK, DORIS KUBANYI, VICTOR          NO.  F-04-0026 CIV
13 | KUBANYI, BOBBY KUBANYI, and
ARLETTE KUBANYI,                          BLACK & VEATCH OPPOSITION TO
14 |                                       PLAINTIFF'S MOTION TO EXTEND
                                          DEADLINE FOR REPLY TO OPPOSITION
                    Plaintiff(s),         TO PLAINTIFFS' CROSS MOTIONS FOR
15 |        v.                            SUMMARY JUDGMENT
16 | GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
17 | and d/b/a/ CRUZ CONSTRUCTION, BLACK
& VECH CORPORATION, TROOPER JAKE
18 | COVEY AND TROOPER PATRICK
NELSON, STATE OF ALASKA,
19 |
                    Defendant(s).
20

21 |       COME NOW Defendant Black & Veatch and opposes Plaintiff's Motion to Extend the

22 | Deadline to reply to Defendant Black & Veatch's Motion for Summary Judgment.  Black and

23 | Veatch filed its Motion for Summary Judgment with this court on April 5, 2006.  Black & Veatch

24 | has waited more than seven months to obtain a response from Plaintiff, who has repeatedly

25

BLACK & VEATCH OPPOSITION TO PLAINTIFF'S          **PREG O'DONNELL & GILLETT** PLLC
MOTION TO EXTEND DEADLINE FOR REPLY TO                  1800 NINTH AVENUE, SUITE 1500
OPPOSITION TO PLAINTIFFS' CROSS MOTIONS FOR              SEATTLE, WASHINGTON 98101-1340
SUMMARY JUDGMENT - 1                            TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113
00567-4017 47330.doc

asked this Court for extensions to respond. Plaintiff have obtained any new or additional information to oppose Black and Veatch's summary judgment Motion, and Black and Veatch is entitled to a response at the agreed upon response date of October 18, 2006.

Black and Veatch originally filed its Motion for Summary Judgment requesting the court to dismiss plaintiff's claims for trespass and alleged civil rights violations under 42 U.S.C. §1983. Plaintiffs subsequently admitted there was no evidence to maintain any civil rights claims against Black & Veatch, and Plaintiffs specifically stated all claims for Civil Rights against Black & Veatch should be dismissed. Plaintiffs have requested at least three continuances to respond to Black & Veatch's motion for Summary Judgment, extending the deadline for their response far beyond what is reasonable as it pertains to this Defendant.

Black & Veatch filed its motion for Summary Judgment requesting dismissal of all claims for trespass, as there is no evidence that Black & Veatch employees trespassed upon the Kubanyi property. Depositions have been taken of the entire Kubanyi family, and not one family member had any knowledge of an alleged trespass by Black and Veatch, or why Black & Veatch was identified as a party to this litigation. (Affidavit of Christine E. Tavares) Depositions were further taken of plaintiff's realty expert and surveying expert, again neither expert was able to identify why Black & Veatch was identified as a Defendant in this case, or testify as to any trespass by Black & Veatch. (*Affidavit of Christine E. Tavares*) Further neither plaintiffs nor plaintiffs' experts had any knowledge that Black & Veatch trespassed upon the Kubanyi property, or had any control over the actions of Cruz Construction at the time of the alleged trespass.

Black & Veatch has waited more than half a year to obtain a response to its Summary Judgment Motion. No new information was obtained from the depositions of October 5 and 6, 2006 which included Plaintiffs' experts or from the plaintiffs themselves as to any alleged

BLACK & VEATCH OPPOSITION TO PLAINTIFF'S
MOTION TO EXTEND DEADLINE FOR REPLY TO
OPPOSITION TO PLAINTIFFS' CROSS MOTIONS FOR
SUMMARY JUDGMENT - 2
00567-4017 47330.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

trespass by Black & Veatch. Plaintiffs have had ample opportunity to conduct discovery and depose witnesses during the past seven months, and no further time should be granted to plaintiffs who should respond by October 18, 2006.

It is therefore requested that Plaintiffs' Motion to Extend the Deadline to reply to Defendant Black & Veatch's Motion for Summary Judgment should be denied.

DATED this /6th day of October, 2006.

PREG O'DONNELL & GILLETT PLLC

By   /s/ Eric P. Gillett
Eric P. Gillett, ABA 8611111
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340
egillett@pregodonnell.com
P: 206-287-1775 F: 206-287-9113
Attorneys for Defendant Black & Veatch
Corporation

BLACK & VEATCH OPPOSITION TO PLAINTIFF'S
MOTION TO EXTEND DEADLINE FOR REPLY TO
OPPOSITION TO PLAINTIFFS' CROSS MOTIONS FOR
SUMMARY JUDGMENT - 3
00567-4017 47330.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1.    *Defendant Black & Veatch's Opposition to Plaintiffs' Motion to extend Deadline for Reply to Opposition to Plaintiffs' Cross Motions for Summary Judgment;*

2.    *Affidavit of Christine E. Tavares in Support of Black & Veatch's Opposition to Plaintiffs' Motion to extend Deadline for Reply to Opposition to Plaintiffs' Cross Motions for Summary Judgment.*

directed to the following individuals:

**Counsel for Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, et al.**:
Michael J. Walleri, Esq.
Law Office of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

____  **Via Messenger**
____  **Via Facsimile – (907) 452-4725**
_X_  **Via U.S. Mail, postage prepaid**
____  **Via Overnight Mail, postage prepaid**
____  **Via Email, with recipient's approval**
_X_  **Via Electronic filing**


**Counsel for Defendant Golden Valley Electric Association**:
Cory Borgeson, Esq.
Borgeson & Burns, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK  99701

____  **Via Messenger**
____  **Via Facsimile – (907) 456-5055**
_X_  **Via U.S. Mail, postage prepaid**
____  **Via Overnight Mail, postage prepaid**
____  **Via Email, with recipient's approval**
_X_  **Via Electronic filing**

BLACK & VEATCH OPPOSITION TO PLAINTIFF'S
MOTION TO EXTEND DEADLINE FOR REPLY TO
OPPOSITION TO PLAINTIFFS' CROSS MOTIONS FOR
SUMMARY JUDGMENT - 4
00567-4017 47330.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1

**Counsel for Defendants Trooper Jake Covey and Trooper Patrick Nelson**:
David D. Floerchinger, Esq.
Venable Vermont, Jr., Esq.

2

Assistant Attorney General
State of Alaska

3

Department of Law
1031 West Fourth Avenue, Suite 20

4

Anchorage, AK  99501

5

\_\_\_\_  **Via Messenger**

6

\_\_\_\_  **Via Facsimile – (907) 258-0760**
\_X\_  **Via U.S. Mail, postage prepaid**

7

\_\_\_\_  **Via Overnight Mail, postage prepaid**
\_\_\_\_  **Via Email, with recipient's approval**

8

\_X\_  **Via Electronic filing**

9

**Counsel for Defendant/Third-party Plaintiff Dave Cruz, d/b/a Cruz Construction**:

10

Dan Quinn, Esq.
Law Offices of Richmond & Quinn

11

360 K Street, Suite 200
Anchorage, AK  99501-2038

12

\_\_\_\_  **Via Messenger**

13

\_X\_  **Via Facsimile – (907) 276-2953**
\_X\_  **Via U.S. Mail, postage prepaid**

14

\_\_\_\_  **Via Overnight Mail, postage prepaid**
\_\_\_\_  **Via Email, with recipient's approval**

15

\_X\_  **Via Electronic filing**

16

17

DATED at Seattle, Washington, this 16th day of October, 2006.

18

19

PREG O'DONNELL & GILLETT PLLC

20

By  /s/ Eric P. Gillett

21

Eric P. Gillett, ABA 8611111
Preg O'Donnell & Gillett PLLC

22

1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340

23

egillett@pregodonnell.com
P: 206-287-1775 F: 206-287-9113

24

Attorneys for Defendant Black & Veatch
Corporation

25

BLACK & VEATCH OPPOSITION TO PLAINTIFF'S
MOTION TO EXTEND DEADLINE FOR REPLY TO
OPPOSITION TO PLAINTIFFS' CROSS MOTIONS FOR
SUMMARY JUDGMENT - 5
00567-4017 47330.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113