| | |
|---|---|
| Eric P. Gillett, Esq.<br>Preg O'Donnell & Gillett PLLC<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340<br>Phone: (206) 287-1775<br>Fax: (206) 287-9113 | Honorable Ralph Beistline |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>　　　　　　　　　　　　　Plaintiff(s),<br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>　　　　　　　　　　　　　Defendant(s). | NO. F-04-0026 CIV<br><br>AFFIDAVIT OF CHRISTINE E. TAVARES IN SUPPORT OF BLACK & VEATCH'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR REPLY |

NO. F-04-0026 CIV

STATE OF WASHINGTON　)
　　　　　　　　　　　　　) ss.
COUNTY OF KING　　　　)

AFFIDAVIT OF CHRISTINE E. TAVARES IN SUPPORT
OF BLACK & VEATCH'S OPPOSITION TO
PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR
REPLY - 1
00567-4017 47336.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

I, CHRISTINE E. TAVARES, being first duly sworn on oath, deposes and states as follows:

That this affiant attended the depositions of several Kubanyi family members, which included Don Kubanyi, Jimmy Kubanyi, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Brian Baggett. When the Kubanyi family was questioned as to whether they had any knowledge as to any alleged trespass by Black and Veatch, each family member responded they had no knowledge of a trespass or who Black and Veatch was or why Black and Veatch was involved in this litigation.

This affiant further attended the depositions of plaintiffs' identified experts, which include surveyor Eric Stalke and Real Estate expert Paul Mayo, and these depositions took place on October 5 & 6, 2006. Neither of plaintiffs experts had any knowledge of trespass by Black & Veatch, or testified as to any knowledge as to any involvement by Black and Veatch in regards to this litigation.

Black & Veatch filed its motion for Summary Judgment with this court in April 2006, and is still waiting to obtain a ruling from the court in that regard. Plaintiffs have requested numerous extensions from this Court to conduct additional discovery, including depositions and written discovery requests.

Black & Veatch is requesting this Court to not allow Plaintiffs' request for an additional request for an extension as it pertains to Defendant Black & Veatch. It is requested that this Court require the plaintiffs to respond on October 18, 2006 the last agreed upon date for Plaintiffs to respond as agreed by all parties to this litigation.

AFFIDAVIT OF CHRISTINE E. TAVARES IN SUPPORT
OF BLACK & VEATCH'S OPPOSITION TO
PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR
REPLY - 2
00567-4017 47336.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 17th day of October, 2006.

_____
Christine E. Tavares, WSBA 24868

SUBSCRIBED AND SWORN to before me this 16th day of October, 2006.



_____
Valerie M Allen
(Printed Name)
Notary Public, I and for the State of Washington,
Residing at Seattle, Washington
My Commission Expires On: 9-10-08

| | |
|---|---|
| AFFIDAVIT OF CHRISTINE E. TAVARES IN SUPPORT OF BLACK & VEATCH'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR REPLY - 3<br>00567-4017 47336.doc | **PREG O'DONNELL & GILLETT** PLLC<br>1800 NINTH AVENUE, SUITE 1500<br>SEATTLE, WASHINGTON 98101-1340<br>TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113 |