Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>    Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>    Defendants. | Case No. F04-0026 CIV RRB |

### OPPOSITION TO MOTION TO EXTEND DEADLINE FOR REPLY TO OPPOSITION TO PLAINTIFFS' CROSS MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs seek an extension of time so they can insert new evidence (recent deposition testimony) into their reply brief. Ordinarily, GVEA would not oppose a routine request for an extension of time for filing a brief. In this case, however, GVEA believes that it has already incurred significant unnecessary expense defending against the Plaintiffs' meritless claims. GVEA seeks an efficient dismissal of all claims against it through its motion for summary judgment. Any additional delay before this court renders an opinion on the outstanding dispositive motions,

will cause escalating defense costs.

Plaintiffs' Motion for Extension should be denied because Plaintiffs would obtain a tactical advantage if they incorporated favorable testimony from the recent depositions, without GVEA, or any other defendant, having further opportunity to respond, or the ability to cite to deposition testimony favorable to their positions. Plaintiffs freely admit they seek to introduce supplemental materials in their reply and pursuant to Local Rule 7.1(h)(2), they cannot do this without obtaining leave of court. They have not requested leave of court and their motion for extension should be denied for that reason.

GVEA moved for summary judgment on May 11, 2006 prior to engaging in extensive discovery, hiring experts, or taking significant depositions. Plaintiffs then filed their own cross motion for summary judgment, and in the ensuing months, all briefing finally has been completed except for the Plaintiffs' final reply brief. All prior briefs and legal arguments have focused on the evidence available to the parties at the time their briefs were drafted. GVEA believes that this previous factual background is sufficient for summary judgment to be entered in its favor. New evidence obtained from the recent deposition of six Plaintiffs, and two of Plaintiffs' experts will be used by Plaintiffs to confuse the outstanding issues. They will raise new factual and legal disputes, which cannot be effectively countered or addressed by any of the Defendants, who will not have the opportunity to file responsive briefs.

## CONCLUSION

Because GVEA is entitled to summary judgment dismissal of all claims

against it, based on the factual evidence in existence at the time most of the briefing was completed, and because GVEA would be prejudiced if Plaintiffs included new deposition testimony in their final reply brief, Plaintiffs' motion to extend deadline for filing their reply should be denied.

DATED this ___ day of October, 2006, at Fairbanks, Alaska.

By: s/ Cory R. Borgeson

BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, Alaska 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com
ABA #8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

David Floerchinger  dave_floerchinger@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501