Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>Defendants. | Case No. F04-0026 CIV RRB |

### PROPOSED ORDER DENYING PLAINTIFFS' MOTION
### FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITIONS
### TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT

The Court, having considered the Plaintiffs' Motion for extension of time to reply to Defendants' Oppositions to Plaintiffs' Cross Motion for Summary Judgment and having considered the Defendants' oppositions thereto, and being otherwise advised in the premises,

IT IS HEREBY ORDERED that supplemental factual materials can not be presented in a reply brief without leave of the court pursuant to Local Rule 7.1(h)(2); and

IT IS HEREBY ORDERED Defendants would be prejudiced if Plaintiffs included new deposition testimony in their reply brief; and

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Extension of Time to Reply to Defendants' Oppositions to Plaintiffs' Cross Motions for Summary Judgment is DENIED; and

IT IS HEREBY ORDERED that the Plaintiffs' Reply to Defendants' Oppositions to Plaintiffs' Cross Motion for Summary Judgment shall not be extended.

DATED this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

Page 2 of 2
Proposed Order Denying Plaintiffs' Motion to Extend Deadline for Filing Reply
*Kubanyi v. GVEA et al.*
Case No. F04-0026 CIV