# GVEA EXHIBIT A



**GOLDEN VALLEY ELECTRIC ASSOCIATION INC.**   PO Box 71249 • Fairbanks, Alaska 99707-1249 • 907-452-1151 • www.gvea.c

March 5, 2003

Paul Mayo
Tanana Chiefs Conference, Inc.
122 First Ave., Suite 600
Fairbanks, AK 99701-3850

Subject: NI8 – Temporary water use authorization

Mr. Mayo,

Regarding your letter of March 5, 2003, GVEA is making a one time counter offer of $50,000.00 for access to, and use of the waters of 7 Mile Lake. This will also include the dropping of charges against Mr. Kubanyi provided that no trespass or other charges are filled against GVEA and/or their associated contractors.

If there are any questions, please call at (907)458-5731.

Very truly yours,

Rick Mucha

rjm

enclosure

cc:   Greg Wyman
      File

Kubanyi v. GVEA<br>Plaintiff No.56