GVEA EXHIBIT B

# TANANA CHIEFS CONFERENCE, INC.

122 First Avenue, Suite 600
Fairbanks, Alaska 99701-4897
Phone 907/452-8251 • Fax 907/459-3850

March 6, 2003

Golden Valley Electric Association
Attn. Greg Wyman, Engineering
758 Illinois Street
PO Box 71249
Fairbanks, AK 99707-1249                Fax: 457-5638; 451-5638

RE: Temporary Water Use Authorization, Kubanyi property

Dear Wyman:

The Kubanyi family has decided to reject the $50,000 (Fifty-Thousand Dollar) one-time counteroffer to settle property rights on their Native Allotment for access. The family stands firm on the $100,000 (One-Hundred Thousand Dollar) original offer.

The prime contact/negotiator for the Kubanyi family will be **Victor Kubanyi** who can be reached on his cell phone at **347-5409**, or home no. 451-0700; his work phone is 450-5383, or 450-5377. GVEA or Cruz Construction will be negotiating with Victor Kubanyi as the prime contact for the Kubanyi family.

My position here at Tanana Chiefs will be as a facilitator for communication by fax (459-3852) if you are not able to contact Victor or other family members.

I will be available the rest of the week, this weekend, and next week if Kubanyi family and GVEA needs assistance with processing paperwork. My cell phone for the weekend will be 460-7643, or e-mail: paulmayo49@yahoo.com or work at pmayo@tananachiefs.org of which I will be checking throughout the coming days.

If the Kubanyi family or GVEA needs further assistance beyond my office, Robin Renfroe, Chief Administrative Officer for Tanana Chiefs is my supervisor.

If you need further assistance please call 452-8251 extension 3261.

Tanana Chiefs Conference, Inc.

Paul Mayo
Realty Director

Cc: Heirs of Nora Kubanyi
    Ethan Schutt, General Counsel, Tanana Chiefs Conference, Inc.

---

Date: 10-14-05  Exhibit: L
Witness: Kubanyi
Sharon Taylor, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

Kubanyi v. GVEA
Plaintiff No.55