GVEA EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,       )
AILEEN WELTON, ELIZABETH             )
TUZROYLUK, DORIS KUBANYI,            )
VICTOR KUBANYI, BOBBY KUBANYI,       )
ARLETTE KUBANYI, and BRIAN          )
BAGGETT,                            )
                                     )
         Plaintiffs,                )
                                     )
    vs.                             )
                                     )
GOLDEN VALLEY ELECTRIC              )
ASSOCIATION, DAVE CRUZ,             )
Individually and d/b/a CRUZ        )
CONSTRUCTION, BLACK & VEATCH        )
CORPORATION, JAKE COVEY and         )
PATRICK NELSON,                     )
                                     )
         Defendants.               )
_____)
Case No. F04-0026 CIV (RRB)

DEPOSITION OF PAUL MAYO

Taken Friday, October 6, 2006

From the Hour of 10:32 a.m. to 2:13 p.m.

Pages 1 through 171, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters        Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Deposition of Paul Mayo            Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006              Case No. F04-0026 CIV (RRB)

Page 157

1           MR. QUINN:  Objection.  Form.

2   BY MR. WALLERI:

3       Q.   From your information?

4       A.   Yes.

5       Q.   Now, in your experience, the value of

6   something, I know -- I understand that you're not --

7   that you can't offer an opinion as an appraiser in this

8   situation.  But from your understanding, isn't the -- a

9   value can oftentimes be determined by what a willing

10  buyer and a willing seller are willing to pay for -- or

11  agree to pay for something?

12          MR. QUINN:  Objection.  Form.  Foundation.

13          THE WITNESS:  Yes.

14  BY MR. WALLERI:

15      Q.   And so that's -- when you talk about the fact

16  that you thought -- did that have any impact, that

17  understanding have any impact in your determining as to

18  the $50,000 value that GVEA was offering?

19      A.   Yes.

20      Q.   And what was that?

21      A.   Well, the family made an offer of 100, Golden

22  Valley offered 50, to me that was the offer.

23      Q.   And that was at least what a willing buyer was

24  going to agree to?

25          MR. QUINN:  Objection, form.

Heartland Court Reporters            Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net  Fax:  907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Deposition of Paul Mayo                Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                  Case No. F04-0026 CIV (RRB)

Page 161

1    BY MR. WALLERI:

2        Q.    Okay.    And from your investigation, the State

3    of Alaska wasn't involved in actually building the ice

4    road, were they?

5            MR. QUINN:    Objection, form.

6            THE WITNESS:    No, I didn't see them.    No.

7            MR. WALLERI:    Okay.    That's all I have.

8            MR. KRAMER:    Mr. Walleri, we might be able to

9    save a couple motions and the Court's time here, I just

10   want to ask you, are you going to seek any damages for

11   activities that occurred on the Rex Trail?

12           MR. WALLERI:    Yes.

13           MR. KRAMER:    And are you -- do you intend to

14   introduce any evidence of any settlement offers GVEA

15   may have made to the Kubanyis?

16           MR. WALLERI:    We're thinking about that.

17           MR. KRAMER:    I'm going to file my motion,

18   then.

19           MR. WALLERI:    I suggest you do.

20           MR. QUINN:    I have just a few questions I'd

21   like to follow up on, hopefully we can be out of here

22   quickly.

23                    REDIRECT EXAMINATION

24   BY MR. QUINN:

25       Q.    You indicated in the report that you signed

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR E-mail:  carol.mccue@acsalaska.net  Fax:  907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01