Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>            Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>            Defendants. | Case No. F04-0026 CIV RRB |

## PROPOSED PROTECTIVE ORDER

Upon motion of Golden Valley Electric Association ("GVEA"), and the court having considered any opposition, and being otherwise advised in the premises,

IT IS HEREBY ORDERED that Defendant GVEA's motion for a Protective Order is GRANTED; and

IT IS HEREBY ORDERED that Plaintiffs are prohibited from introducing any evidence of settlement negotiations, offers of compromise, or settlement discussions

related to this claim.

DATED this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE