GVEA EXHIBIT B

