GVEA EXHIBIT D

# POLAR MINING INC.
4545 WOOD RIVER DR. · FAIRBANKS, ALASKA 99701 · (907) 479-2493

FEB 27 1995
Division of Land and Water Management

State of Alaska
  Dept. of Natural Res

Re: R.S. 2477 Public Access

To whom it may concern.

Writing this in behalf of Mr. Elm. Miller of Box 789, Fbks Alaska 99707 Alaskan resident since 1923.

"I have personally used the Rex Trail running East-West formally known as the Alaska Railroad Survey Cut, that was run thru about 1927. Then at what is known now as Sect. 24, T8S, R4W, F. we turned South on the marked trail Hiking up the ridge and into the Tatlan Creek Valley. At what now is Sect. 13, T9S, R4W, F.M. we would now proceed up the valley on the creek bottom. We called it the Grubstake Trail. Earlier miners ran dog teams & worked up & down this trail as early as 1908 that I can testify too.

Page 1 of 2 Pgs

**POLAR MINING II.C.**
4545 WOOD RIVER DR. - FAIRBANKS, ALASKA 99701 - (907) 479-2493

PAGE 2 OF 2 PAGES:                     FEB. 27, 1985

"I PERSONALLY RAN A CAT TRAIN AS LATE AS 1947 UP & DOWN THIS TRAIL. AND I MUSHED DOGS INTO THIS AREA AS EARLY AS 1933 PROSPECTING AND MINING INTO THE GRUBSTAKE CREEK AREA."

SIGNED: Earl L. Miller

WITNESSED: [signature]

WITNESSED: [signature]

RECEIVED
SJT
FEB 27 1985
Division of Land and Water
Northern Region