GVEA EXHIBIT F-2

Nenana Municipal
Airport
Airway
Beacon
BOUNDARY
CORP
24
25
30
19
20
20
29
29
28
27
22
32
32
33
34
36
6
5
388
Cosna Rd.
(winter access)
portion of access to be constructed
Northern Intertie
Attachment C

TOWNSHIP 4S RANGE 7W OF THE FAIRBANKS MERIDIAN, ALASKA

LAND ESTATE

Annotations on map: "Cosna Road", "portion of access to be constructed", "Interstate ROW"

LEGEND

BASE INFORMATION
- HYDROGRAPHY
- SURVEY LOT LINE
- TOWNSHIP/SECTION GRID
- 1/4 SECTION LINE
- HIGHWAY
- ROAD
- TRAIL
- RAILROAD
- ELECTRICAL POWER LINE
- TELEPHONE LINE
- PIPELINE
- AIRPORT/LANDING STRIP
- HORIZONTAL CONTROL
- CONTROL MONUMENT

STATUS INFORMATION
- TITLE
- BOUNDARY
- CLASSIFICATION
- CRITICAL
- MUNICIPAL
- RESTRICTION
- FEDERAL ACTION
- LIMITS OF ACTION
- MENTAL HEALTH TRUST
- NAVIGATIONAL AID
- CABIN PERMIT
- TRAPPING CABIN PERMIT
- TRESPASS LOCATION

SURFACE WATER RIGHTS
- APPLICATION
- PERMIT
- CERTIFICATE

SUB-STREAM WATER RIGHTS
- APPLICATION
- PERMIT
- CERTIFICATE

IN-STREAM FLOW RESERVATION
- APPLICATION
- CERTIFICATE

DAM/WEIR BARRIER
- APPLICATION
- PERMIT
- CERTIFICATE

VICINITY MAP

Attachment C

