Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi,<br>Aileen Welton, Elizabeth Tuzroyluk<br>Doris Kubanyi, Victor Kubanyi,<br>Bobby Kubanyi, Arlette Kubanyi and,<br>Brian Baggett,<br><br>           Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association,<br>Dave Cruz, individually and d/b/a<br>Cruz Construction, Black & Veatch<br>Corporation, Jake Covey and<br>Patrick Nelson,<br><br>           Defendants. | Case No. F04-0026 CIV RRB |

## PROPOSED ORDER GRANTING GVEA'S MOTION
## IN LIMINE REGARDING WIDTH AND SCOPE OF EASEMENT

The Court, having considered GVEA's Motion for a ruling of law regarding the width and scope of a right of way easement on the RS2477 Rex to Bonnifield Trail, and having considered any oppositions thereto, and being otherwise advised in the premises,

IT IS HEREBY ORDERED that GVEA's Motion for a ruling of law is GRANTED; and

IT IS HEREBY ORDERED the right of way easement on the RS2477 Rex to Bonnifield Trail is 100 feet in width; and

IT IS HEREBY ORDERED that ice road construction is within the permissible scope of an RS 2477 easement.

DATED this ____ day of _____, 2006.

```
                                        _____
                                        RALPH R. BEISTLINE
                                        U.S. DISTRICT COURT JUDGE
```

Page 2 of 2
Proposed Order Granting GVEA's Motion in Limine Regarding Width and Scope of Easement
*Kubanyi v. GVEA et al.*
Case No. F04-0026 CIV