Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>Defendants. | **REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS OPPOSITION TO PLAINTIFFS'RESPONSE TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' CROSS MOTIONS SUMMARY JUDGMENT**<br><br>Case No. F04-0026 CI |

Defendants, Black and Veatch and GVEA, oppose Plaintiff's request for extension of deadline until November 2, 2006. Cruz has not objected to the request for an extension.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA, Dave Cruz, Cruz Construction, et al.*   1 of 2
Reply: Opp to Mot to Extend Deadlines

The Plaintiff's continue to request an extension of deadline until November 2, 2006. The electronic versions of the depositions were delivered the night of October 17, 2006. However, additional complications have arisen which have prevented the undersigned from devoting the time needed to adequately reply to the oppositions. The day after the electronic versions arrived, Plaintiff's counsel had to travel out of state unexpectedly for a week.

Moreover, the Plaintiff's counsel has three Oppositions to Summary Judgment in an unrelated Federal case which are all due on October 30, 2006.

The Plaintiff's respectfully contuine to ask that the Court grant the Extesion of Deadline until November 2, 2006

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska, 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
walleri@GCI.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on 25 October, 2006 via ECF to:

| | |
|---|---|
| Mr. David D. Floerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA, Dave Cruz, Cruz Construction, et al.*                                 2 of 2
Reply: Opp to Mot to Extend Deadlines