```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

```
         KUBANYI, et al.    v.   GVEA, et al.

DATE:    October 26, 2006       CASE NO.   4:04-cv-0026-RRB
```

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **GRANTING EXTENSION**

---

      Plaintiffs' Motion to Extend Deadline to File Reply at Docket 107 is hereby **GRANTED**.  Plaintiffs' reply to their Cross-Motion for Partial Summary Judgment at Docket 88 shall be filed by **4:30 p.m.** on **Thursday, November 2, 2006.**

M.O. GRANTING EXTENSION