Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>　　　　　　Defendants. | **JOINDER OF DEFENDANTS DAVE CRUZ AND CRUZ CONSTRUCTION, INC. IN GVEA'S MOTION FOR PROTECTIVE ORDER**<br><br><br><br><br>Case No. 4:04-cv-26-RRB |

COMES NOW defendants Dave Cruz and Cruz Construction, Inc., by and through their attorneys, Richmond & Quinn, and

hereby join GVEA's motion to preclude introduction of settlement offers made after the March 1, 2003 incident underlying this litigation.  Introduction of such evidence is not permitted under Federal Evidence Rule 408.  Moreover, as discussed by GVEA, even if plaintiffs get over the hurdle of Evidence Rule 408, such evidence would present the dangers of unfair prejudice, confusion of issues, or misleading the jury which far outweigh any probative value.  Thus, the evidence should be excluded additionally under Evidence Rule 403.

DATED this _26th_ day of October, 2006, at Anchorage, Alaska.

> RICHMOND & QUINN
> Attorneys for Defendants Dave Cruz individually, and d/b/a Cruz Construction, Inc.
>
> By:   s/Daniel T. Quinn
> RICHMOND & QUINN
> 360 K Street, Suite 200
> Anchorage, AK  99501
> Ph:  907-276-5727
> Fax:  907-276-2953
> dquinn@richmondquinn.com
> ABA #8211141

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this _26th_ day of October, 2006 on:

| | |
|---|---|
| Michael J. Walleri | Cory Borgeson |
| WALLERI LAW OFFICES | BORGESON & BURNS, PC |
| 330 Wendell St., Suite E | 100 Cushman, Suite 311 |
| Fairbanks, AK 99701 | Fairbanks, AK 99701 |
| | |
| David D. Floerchinger | |
| ASSISTANT ATTORNEY GENERAL | Eric Gillett |
| STATE OF ALASKA | PREG, O'DONNELL & GILLETT |
| 1031 W. 4th Ave., Suite 200 | 1800 9th Ave., Ste. 1500 |
| Anchorage, AK 99501 | Seattle, WA 98101 |

_____s/Daniel T. Quinn_____
       RICHMOND & QUINN

2073\038\PLD\JOINDER – MTN FOR PROTECTIVE ORDER)

JOINDER OF DEFENDANTS DAVE CRUZ AND CRUZ
CONSTRUCTION, INC. IN GVEA'S MOTION FOR
PROTECTIVE ORDER

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 3