Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>Defendants. | Case No. F04-0026 CIV RRB |

### GVEA'S MOTION FOR LEAVE TO AMEND ANSWER AND FILE COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 13 and 15, Defendant Golden Valley Electric Association, Inc. ("GVEA"), through its attorneys, Borgeson & Burns, P.C., moves to amend its Answer to Plaintiff's Amended Complaint to add counterclaims against Plaintiffs for (1) Wrongful Interference with an Express Right of Way Easement and (2) Intentional Interference with a Prospective Business Relationship. This Motion is supported by Federal Rules of Civil Procedure 13 and 15 and GVEA's attached Memorandum of Law.

GVEA respectfully requests this Court grant GVEA's Motion to Amend its Answer to Plaintiff's Amended Complaint and allow GVEA's Amended Answer and Counterclaims attached to this motion to be filed.

DATED at Fairbanks, Alaska, this 27th day of October, 2006.

By: s/ Cory R. Borgeson

BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, Alaska 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com
ABA #8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

David Floerchinger  dave_floerchinger@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

GVEA's Motion for Leave to Amend Answer and Counterclaim
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV Civil
Page 2 of 2