Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>　　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br>Case No. F04-0026 CIV RRB |

### PROPOSED ORDER GRANTING LEAVE TO AMEND ANSWER AND FILE COUNTERCLAIMS

Based upon Defendant GVEA's Motion for Leave to Amend Answer and File Counterclaims, GVEA's supporting Memorandum of Law, the Court being advised in the premises, and the Court finding no reason why leave to amend should not be given, it is hereby :

ORDERED that the motion is granted and the clerk is directed to file GVEA's Amended Answer and Counterclaims lodged with their motion. Defendants, Don M.

Kubanyi and Brian Baggett shall have 20 days from the date the clerk files GVEA's Amended Answer Defendant GVEA's Counterclaims.

DATED at Fairbanks, Alaska this ____ day of October, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

David Floerchinger  dave_floerchinger@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501

**Order Granting Leave to File Amended Answer and Counterclaim**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV Civil
Page 2 of 2