GVEA EXHIBIT A -2





TOWNSHIP 8S RANGE 8W OF THE FAIRBANKS MERIDIAN, ALASKA

STATUS PLAT

Attachment C





TOWNSHIP 4S RANGE 7W OF THE FAIRBANKS MERIDIAN, ALASKA

LAND ESTATE

## LEGEND

### BASE INFORMATION
- TOPOGRAPHY
- SURVEY LINE
- SURVEY LOT LINE
- TOWNSHIP/SECTION GRID
- 1/4 SECTION LINE
- HIGHWAY
- ROAD
- TRAIL
- RAILROAD
- ELECTRICAL POWER LINE
- TELEPHONE LINE
- PIPELINE
- AIRPORT/LANDING STRIP
- HORIZONTAL CONTROL
- CONTROL MONUMENT

### STATUS INFORMATION
- TITLE
- BOUNDARY
- CLASSIFICATION
- DISPOSAL
- MUNICIPAL
- RESTRICTION
- FEDERAL ACTION
- MENTAL HEALTH TRUST

SURFACE WATER RIGHT
- APPLICATION
- PERMIT
- CERTIFICATE

SUB-SURFACE WATER RIGHTS
- APPLICATION
- PERMIT
- CERTIFICATE

IN-STREAM FLOW RESERVATION
- APPLICATION
- CERTIFICATE

DAM WATER RIGHT
- APPLICATION
- PERMIT
- CERTIFICATE

VICINITY MAP

SCALE

Attachment C

GRAPHIC ILLUSTRATION ONLY.
SOURCE DISCLOSURE: REMAIN THE OFFICIAL RECORD.
CONSULT LAND ADMINISTRATION SYSTEM (LAS)
CASEFILE FOR ADDITIONAL INFORMATION.

