GVEA EXHIBIT B-1

| Form 2800-14 (August 1985) | UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT RIGHT-OF-WAY GRANT/TEMPORARY USE PERMIT | Issuing Office AK-020 Serial Number FF-091732 |
|---|---|---|

A (right-of-way) ~~(permit)~~ is hereby granted pursuant to:

a. [x] Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761);

b. [ ] Section 28 of the Mineral Leasing Act of 1920, as amended (30 U.S.C. 185);

c. [ ] Other (describe) _____

Nature of Interest:

a. By this instrument, the holder __Golden Valley Electric Association Inc.__ receives a right to construct, operate, maintain, and terminate a __230 kV transmission line__ on public lands (or Federal land for MLA Rights-of-Way) described as follows:

See Map (Exhibit 1) and Description of Rex-South Route (Exhibit 2)

b. The right-of-way or permit area granted herein is __150__ feet wide, __34 miles__ ~~xxxx~~ long and contains __618__ acres, more or less. If a site type facility, the facility contains __N/A__ acres.

c. This instrument shall terminate on __July 29, 2029__, __thirty__ years from its effective date unless, prior thereto, it is relinquished, abandoned, terminated, or modified pursuant to the terms and conditions of this instrument or of any applicable Federal law or regulation.

d. This instrument [x] may [ ] may not be renewed. If renewed, the right-of-way or permit shall be subject to the regulations existing at the time of renewal and any other terms and conditions that the authorized officer deems necessary to protect the public interest.

e. Notwithstanding the expiration of this instrument or any renewal thereof, early relinquishment, abandonment, or termination, the provisions of this instrument, to the extent applicable, shall continue in effect and shall be binding on the holder, its successors, or assigns, until they have fully satisfied the obligations and/or liabilities accruing herein before or on account of the expiration, or prior termination, of the grant.

GVS00096

EXHIBIT GVEA-B
Page 1 of 27

Rental: No rental fees as per 43 CFR 2803.1-2 (b)(1)(iii).

For and in consideration of the rights granted, the holder agrees to pay the Bureau of Land Management fair market value rental as determined by the authorized officer unless specifically exempted from such payment by regulation. Provided, however, that the rental may be adjusted by the authorized officer, whenever necessary, to reflect changes in the fair market rental value as determined by the application of sound business management principles, and so far as practicable and feasible, in accordance with comparable commercial practices.

Terms and Conditions:

This grant or permit is issued subject to the holder's compliance with all applicable regulations contained in Title 43 Code of Federal Regulations parts 2800 and 2880.

Upon grant termination by the authorized officer, all improvements shall be removed from the public lands within __720__ days, or otherwise disposed of as provided in paragraph (4)(d) or as directed by the authorized officer.

Each grant issued pursuant to the authority of paragraph (1)(a) for a term of 20 years or more shall, at a minimum, be reviewed by the authorized officer at the end of the 20th year and at regular intervals thereafter not to exceed 10 years. Provided, however, that a right-of-way or permit granted herein may be reviewed at any time deemed necessary by the authorized officer.

The stipulations, plans, maps, or designs set forth in Exhibit(s) __See Below__, dated __July 29, 1999__ attached hereto, are incorporated into and made a part of this grant instrument as fully and effectively as if they were set forth herein in their entirety.

Failure of the holder to comply with applicable law or any provision of this right-of-way grant or permit shall constitute grounds for suspension or termination thereof.

The holder shall perform all operations in a good and workmanlike manner so as to ensure protection of the environment and the health and safety of the public.

Exhibits:

1) Map of Routes

2) Description of Rex-South Route

3) Mitigation, Monitoring, Compliance and Reporting Plan for the Golden Valley Northern Intertie Project

WITNESS WHEREOF, The undersigned agrees to the terms and conditions of this right-of-way grant or permit.

Michael P. Kelly  _[signature]_         _[signature] Robert W Schw___
(Signature of Holder)                    (Signature of Authorized Officer)

President & Chief Executive Officer      Field Manager
(Title)                                  (Title)

August 3, 1999                           8/5/99
(Date)                                   (Effective Date of Grant)

GPO : 1985 O - 483-259

GVS00097

EXHIBIT GVEA-B
Page 2 of 27



GVS00098

EXHIBIT GVEA-B
Page 3 of 27

# EXHIBIT 2
## Description of Rex-South Route
### July 29, 1999

Rex/South Route

The Rex/South Route (Segments 2, 5, 6, 9, 16, and 22) generally runs to the northeast to Walker Dome and past the eastern boundary of Clear Air Force Station. It turns to the east south of the Tanana River and parallels the river until it crosses at Goose Island into south Fairbanks to the proposed Wilson Substation. The Rex/South Route is approximately 97 miles long.

Segment 2: The Rex/South Route begins at the Healy substation and continues about 5 miles north, along the Usibelli Coal Mine access road, to a point just north of Lignite Creek.

Segment 5: From Lignite Creek, the route travels northeast for a few miles, and then north-northeast to the 3,200-foot contour of Walker Dome.

Segment 6: From Walker Dome, the route heads north-northwest, crossing to the west at Elsie Creek and going north toward Rex Dome.

Segment 9: The Rex/South Route continues north on the Tanana Flats to an area between Clear Air Force Station and Anderson.

Segment 16: From the Clear Air Force Station and Anderson area, the route continues north, turning east 3 miles south of the Tanana River. The route parallels the Tanana River east across the Tanana Flats to just south of Whiskey Island.

Segment 22: At a point 2 miles south of the Tanana River, near Whiskey Island, the Rex/South Route heads east for 3 miles and then northeast, paralleling the Tanana River at a distance of 1 to 2 miles to the south. Once the route crosses Salchaket Slough, it follows an old trail east-northeast toward Goose Island. The route crosses the Tanana River at Goose Island and continues north, west, and north again to the proposed new Wilson Substation at Van Horn Road and South Cushman Street.

GVS00099

EXHIBIT GVEA-B
Page 4 of 21

# EXHIBIT 3

Mitigation, Monitoring, Compliance, and Reporting Plan
for the
Golden Valley Northern Intertie Project
July 29, 1999

GVS00100

EXHIBIT GVEA-B
Page 5 of 27

TABLE OF CONTENTS

1. Introduction ..................................................................................................... 1

2. Purpose and Objectives .................................................................................. 1

3. Management and Responsibilities .................................................................. 1

4. Plans Required by Mitigation Measures .......................................................... 2
    4.1 List of Plans Required .............................................................................. 2
    4.2 Required Reviews .................................................................................... 2
5. Procedures for Field Monitoring ...................................................................... 3
    5.1 Description of Project and Master References ......................................... 3
        5.1.1 Description of Project .................................................................... 3
        5.1.2 Master References ........................................................................ 4
    5.2 Roles, Responsibilities, and Authority of Field Monitors .......................... 5
        5.2.1 Monitoring ...................................................................................... 5
        5.2.2 Monitoring Philosophy ................................................................... 5
        5.2.3 EnvironmentaMonitor .................................................................... 6
        5.2.4 Monitoring Responsibility .............................................................. 6
        5.2.5 Reporting Responsibility ............................................................... 6
        5.2.6 Enforcement Responsibility .......................................................... 6
        5.2.7 Authority ........................................................................................ 6
        5.2.8 Mitigation Compliance Responsibility ........................................... 7
    5.3 Roles and Responsibilities of Technical Experts ..................................... 7
        5.3.1 Roles ............................................................................................. 7
        5.3.2 Responsibility ................................................................................ 7
    5.4 Agency Jurisdictions ................................................................................ 8
    5.5 Interaction with GVEA and Construction Contractor
        Personnel ................................................................................................. 8
        5.5.1 Communication Channels ............................................................. 8
    5.6 Coordination and Field Assignments ....................................................... 9
    5.7 Communication Protocols ........................................................................ 9
        5.7.1 Media Contact ............................................................................... 9
        5.7.2 Public Contact ............................................................................. 10
    5.8 Documentation and Reporting ............................................................... 10
        5.8.1 Documentation and Reporting Requirements ............................ 10
        5.8.2 Documentation Procedures ........................................................ 10
        5.8.3 Reporting Requirements ............................................................. 11
        5.8.4 Record Keeping Requirements .................................................. 11
        5.8.5 Data Reporting ............................................................................ 11
        5.8.6 Expense and Time Reporting ..................................................... 12
    5.9 Compliance Evaluation .......................................................................... 12
        5.9.1 Process for Determining Compliance Status ............................. 12
        5.9.2 Description of Compliance Levels .............................................. 12
        5.9.3 Procedures for Addressing Non-Compliance Events ................. 13

GVS00101

EXHIBIT GVEA-B
Page 6 of 27

5.10  Dispute Resolution..................................................................................14
    5.10.1  Dispute Resolution Outside of BLM Managed Lands...............14
    5.10.2  Dispute Resolution Within BLM Managed Lands.....................15
5.11  Variance Procedures................................................................................15
    5.11.1  Procedure to Request Variance..................................................15
5.12  Monitoring Criteria....................................................................................18
    5.12.1  General Approach to Field Monitoring; Philosophy
        and Strategy..............................................................................18
    5.12.2  Description of Mitigation Measures............................................19
    5.12.3  Responsible and Cooperating Agencies....................................19
    5.12.4  Other Regulatory Requirements.................................................19
5.13  Safety.......................................................................................................19

Appendices

Appendix A: Stipulations

Appendix B: Points of Contact

## 1. INTRODUCTION

The Bureau of Land Management (BLM) was the lead agency responsibile for the preparation of an Environmental Impact Statement for the Golden Valley Electric Association (GVEA) Northern Intertie Project. A Record of Decision, dated September 14, 1998, documents BLM's decision to issue a right-of-way grant to GVEA. The mitigation measures developed in the Environmental Impact Statement (EIS) will be implemented by GVEA and monitored by BLM through this Mitigation, Monitoring, Compliance, and Reporting Plan (Plan). The BLM carried all mitigation measures forward as stipulations in conjunction with the project approval. In addition to the mitigation developed in the EIS, the U.S. Army included eight additional stipulations in their letter of non-objection. The stipulations are attached as Appendix A. These stipulations require numerous actions to be taken: some prior to construction, some during construction, some after construction (during project operation), and some during project maintenance. All stipulations will be monitored by BLM to insure implementation by GVEA.

Other effected agencies may enter into a MOU with BLM and delegate monitoring responsibilities for the project to BLM. The BLM would use this plan to a large degree to conduct monitoring activities on lands under another agency's jurisdiction.

## 2. PURPOSE AND OBJECTIVES

As the Federal Lead Agency for the Proposed Project under NEPA, the Bureau of Land Management (BLM) is responsible for monitoring the performance and effectiveness of mitigation on those lands under the administration and jurisdiction of the BLM. For areas where the powerline crosses land outside lands administered by BLM, other agencies will utilize the mitigation measures developed in the EIS and implement appropriate stipulations on lands under their administration. Also in the ROD, based on the Final EIS, the BLM State Director (the Responsible Official) described mitigation measures for the BLM portion of the Right-of-Way (ROW). These measures, in turn, will become stipulations of the ROW grant which will be issued to GVEA. The stipulations will be monitored and enforced by the BLM as part of the ROW grant administration

## 3. MANAGEMENT AND RESPONSIBILITIES

BLM will perform compliance inspections during the preconstruction and construction phases of the project to ensure compliance with applicable plans, permits, and conditions of the grant. Environmental Monitors (EMs) will be on-site during construction, and will monitor active construction areas. They will contact personnel on-site, and utilize BLM specialists as

needed during monitoring activities.

The BLM will assign EMs as needed for monitoring the project. With regard to compliance and enforcement activities, if necessary the EMs will prepare and issue Non-Compliance Reports (with levels of severity ranging from a warning to an immediate stop-work order) as appropriate, depending on the severity of the incident and the potential impact.

4. PLANS REQUIRED to be Provided by GVEA

4.1 List of Plans Required and Submission/Review Schedule

GVEA is required prepare and submit several plans for approval prior to construction. Copies of these plans will be retained in the BLM Northern Field Office. The required plans are listed in Exhibit 1.

Exhibit 1 Plans Required to be Submitted by GVEA

| | |
|---|---|
| * Final Construction Plans<br>* GVEA's Construction Monitoring Plan<br>* Bird Surveys (includes falcon and raptor surveys and collision monitoring)<br>* Cultural Resources Management Plan<br>* Unexploded Ordinance Surveys<br>* Title 16 permit from ADF&G | * Abandonment Plan<br>* Inspection and Maintenance Program<br>* Geotechnical Reports<br>* Hydrologic Engineering Reports<br>* Hazardous Materials and Solid Waste Management Plan |

These plans will be reviewed for compliance with mitigation measures where such measures recommended that specific information be included.

While there are other issues that will not be contained in specific plans, it will be necessary for GVEA to address the issues in their more comprehensive plans such as the Final Construction Plan, GVEA's Construction and Monitoring Plan, and Inspection and Maintenance Program. These issues include erosion control, revegetation, transportation management, oil and fuel spills, fire prevention, unexploded ordnance disposal, water management, recycling, and public liason.

4.2 Required Reviews; Review Guidelines; Deliverables

The BLM Program Management staff, using other agency personnel and possibly consulting with other technical experts, will review and provide comments on the plans submitted by GVEA. The plans will be designed to accomplish the intended reduction in impacts and help assure that the performance criteria of the stipulations will be met.

The management and technical review team will review each plan providing comments to GVEA regarding the adequacy of each plan

with respect to the following:

- Compliance with all provisions of the mitigation measures.
- Consistency with the FEIS/ROD mitigation requirements.
- Adequacy of field verification methods.

BLM will deliver a report on each plan or permit reviewed to GVEA, along with a copy of the plan itself with marginal notes or comments, if appropriate. The plans will be modified by GVEA and it's contractors to correct any deficiencies found by the BLM.

## 5. PROCEDURES FOR FIELD MONITORING

### 5.1 Description of the Northern Intertie Project and Master References

#### 5.1.1 *Description of the Northern Intertie Project*

On May 13, 1995, Golden Valley Electric Association (GVEA) filed an application with the Bureau of Land Management (BLM) for a right-of-way (ROW) grant pursuant to Title V of the Federal Land Policy and Management Act (FLPMA) of 1975 (43 U.S.C. 1751), for the construction, operation, and maintenance of a 230 kV power transmission line between Healy, Alaska and Fairbanks, Alaska. This power transmission line is referred to in this document as the Northern Intertie Project and is assigned case file number FF091732.

The proposed transmission line ROW will generally be 150 ft. wide and approximately 97 miles long. The line is designed to allow wildfires to "burn through". However, areas of dense black spruce will have to be cleared up to 300 ft. because of the high heat generated when they burn. Tower types, height, and spacing will depend upon access constraints, right of-way width, and mitigating measures identified for a specific area. A detailed description of the tower assemblies is contained in Chapter 2 of the DEIS. No new access roads are proposed for the construction or maintenance of the line. Existing roads will be used where available. Helicopter supported construction will be used where access is not available.

The line will transmit the power generated in Healy by the Healy Clean Coal Project and that generated in South Central Alaska. The substation in Healy will be modified to accommodate the increased power generation. A new substation will be constructed at the load center in south Fairbanks, the terminus of the line. A 40 megawatt Battery Energy Storage System (BESS) will also be constructed at the terminus site. The existing Intertie is a 138 kV transmission line which operates at near capacity year-round. Construction of a second intertie will meet the increasing demands for power, and improve the transmission reliability of

electric service by providing separate transmission lines. The proposed project crosses lands owned by the State of Alaska, State selected lands, lands reserved for military use, and private land. The BLM has management jurisdiction on the military lands on actions not associated with military use, and on State selected lands.

Rex/South Route

The Rex/South Route (Segments 2, 5, 6, 9, 16, and 22) generally runs to the northeast to Walker Dome and past the eastern boundary of Clear Air Force Station. It turns to the east south of the Tanana River and parallels the river until it crosses at Goose Island into south Fairbanks to the proposed Wilson Substation. The Rex/South Route is approximately 97 miles long.

Segment 2: The Rex/South Route begins at the Healy substation and continues about 5 miles north, along the Usibelli Coal Mine access road, to a point just north of Lignite Creek.

Segment 5: From Lignite Creek, the route travels northeast for a few miles, and then north-northeast to the 3,200-foot contour of Walker Dome.

Segment 6: From Walker Dome, the route heads north-northwest, crossing to the west at Elsie Creek and going north toward Rex Dome.

Segment 9: The Rex/South Route continues north on the Tanana Flats to an area between Clear Air Force Station and Anderson.

Segment 16: From the Clear Air Force Station and Anderson area, the route continues north, turning east 3 miles south of the Tanana River. The route parallels the Tanana River east across the Tanana Flats to just south of Whiskey Island.

Segment 22: At a point 2 miles south of the Tanana River, near Whiskey Island, the Rex/South Route heads east for 3 miles and then northeast, paralleling the Tanana River at a distance of 1 to 2 miles to the south. Once the route crosses Salchaket Slough, it follows an old trail east-northeast toward Goose Island. The route crosses the Tanana River at Goose Island and continues north, west, and north again to the proposed new Wilson Substation at Van Horn Road and South Cushman Street.

5.1.2 *Master References*

All EMs are expected to be thoroughly familiar with the project history and with the environmental documents that have been prepared. The documents that guide the field monitoring efforts, and which will serve as essential references, include the following:

4

-Northern Intertie Project Draft Environmental Impact Statement, December 1997

-Northern Intertie Project Final Environmental Impact Statement, June 1998

-Northern Intertie Record of Decision, September 1998

-Final/approved construction plans (detailed photo alignment sheets including notations of sensitive resources)

-This plan and it's appendices which include the ROW stipulations and points of contact.

## 5.2 Roles, Responsibilities, and Authority of Field Monitors

### 5.2.1 Monitoring

The Monitoring Team consists of BLM employees who are conducting the MMCRP. They are responsible for ensuring that all measures are implemented successfully by GVEA. GVEA is responsible for constructing and operating the project while complying with the mitigation measures, applicant-proposed measures and project parameters, and ROW grant conditions. It should be noted that only GVEA can commit project resources and direct construction contractors. The joint goal of the monitors and GVEA is to ensure successful completion of the project while minimizing environmental impacts and citizen complaints.

### 5.2.2 Monitoring Philosophy

The goal in implementing the Plan is to ensure complete compliance with mitigation measures, approved plans, and permit conditions and requirements in a non-threatening manner using open and honest communication. It should always be remembered that the project was approved by the BLM assuming the achievement of the impact reductions, as defined in the environmental documents, through implementation of the mitigation measures. The methods and procedures presented in this document are intended to assure the completion of an effective monitoring program, consistent with the requirements of the CEQ, and in compliance with BLM, and NEPA requirements.

The monitoring team is committed to the conscientious monitoring of the mitigation measures and associated conditions under which GVEA will operate. In accordance with this philosophy, the monitoring team is also committed to avoiding or minimizing any impacts that could result from our monitoring activities. In all instances where feasible, based on the monitoring requirements of each activity and location, the monitoring team will comply with the same types of restrictions placed on GVEA to reduce the potential impacts that could result from this construction

project.

*5.2.3 Environmental Monitor*

*5.2.4 Monitoring Responsibility*

EMs are responsible for documenting that the required mitigation measures, and ROW grant conditions and requirements are implemented according to the performance criteria and that mitigated environmental impacts meet the standards set by these criteria in the Mitigation Monitoring Plan (see Appendix A).

Each workday morning, before going into the field, the EM will meet with the GVEA Inspector (or designee) for his/her assigned construction area to discuss the planned construction activities for the day. When in the field, the first priority of the EM is to inspect active construction sites. Before leaving the site, the EM will notify the appropriate GVEA inspector if there is a problem or if a non-compliance event has occurred. If a non-compliance is recorded, the EM will follow the steps outlined in Section 5.9.3 of this document.

*5.2.5 Reporting Responsibility*

EMs are responsible for documenting the implementation of mitigation measures, applicant-proposed measures, approved plans, and permit conditions and requirements. Follow-up reports on any non-compliance will be prepared until the situation is remedied.

*5.2.6 Enforcement Responsibility*

EMs have overall authority to enforce permit compliance on behalf of BLM. Implementation problems or non-compliances related to mitigation measures, applicant-proposed measures, approved plans, and permit conditions and requirements will be recorded and reported to the BLM Program Manager. Such events will also be reported in the daily report. The Program Manager, or his designee, will contact the appropriate agencies or individuals, as necessary, and will discuss the suggested enforcement actions associated with each non-compliance.

*5.2.7 Authority*

EMs have the authority (after proper consultation with the Program Manager) to require GVEA to halt any construction, operation, or maintenance activity associated with the Northern Intertie Project if the monitor determines that the activity is a deviation from the approved project description or adopted mitigation measures, approved plans, or permit conditions and requirements. The decision on cessation of construction activity will depend on the level of the violation and GVEA's response to warnings, if these warnings were issued. (Please see the

EXHIBIT GVEA-B
Page 13 of 21
GVS00108

discussions of dispute resolution and variance processes later in this section).

*5.2.8 Mitigation Compliance Responsibility*

GVEA is responsible for successfully implementing all the mitigation measures in the Plan, including mitigation requirements established by BLM through the permit process and in specific plans. GVEA is also responsible for implementing all aspects of the Project Description as described in the FEIS/ROD. Successful implementation of the mitigation measures is dependent on performance criteria outlined in Appendix A. Successful implementation of each measure in actual achievement of reduction intended should be measured by the detailed "Effectiveness Criteria" of the Stipulations contained in Appendix A.

GVEA shall inform the BLM in writing of any aspect of a mitigation measure that is not or cannot be successfully implemented. The BLM will assess whether alternative mitigation is appropriate and specify to GVEA the subsequent actions required. Any waiver of a mitigation measure, condition, or requirement will be documented as a "Variance" (see Section 5.11).

5.3 Roles and Responsibilities of Technical Experts in the Field

*5.3.1 Roles*

The role of the Technical Expert in the field is to provide, at the request of BLM Program Manager, expert analysis or quick and innovative approaches for specialized field problems or situations, often with very little notice. The Technical Expert might be required to actually monitor, in the field, aspects of the mitigation measures that require specific experience. Technical Experts may be BLM employees, other agency employees, or contractors.

*5.3.2 Responsibility*

Technical Experts are responsible for responding promptly to inquiries from EMs. They will be available to report to a field site on being notified that their services are needed. They will be available to participate in the monitoring program and will periodically review the monitoring activities for thoroughness and technical accuracy, as required. When in the field, the Technical Experts shall contact the EM on a daily basis to report their activities, findings, and recommendations, in order that the EM can include those reports in the daily report. The Technical Experts shall also submit a brief summary of each day's field activities to the Program Manager's office to document their time spent and tasks performed. Appendix B lists the technical experts.

7