GVEA EXHIBIT D-2

Public reporting burden for this collection of information is estimated to average .66 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget, Paperwork Reduction Project (OMB 0572-0107), Washington, DC 20503. OMB FORM NO. 0572-0107, Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

## BID BOND

1. KNOW ALL MEN that we **Global Power - City Electric Joint Venture, LLC**, as Principal, and **Travelers Casualty and Surety Company of America**, as Surety, are held and firmly bound unto **Golden Valley Electric Association, Inc.** (hereafter called the "Owner") in the penal sum of ten percent (10%) of the amount of the bid referred to in paragraph 2 below, but not to exceed **Ten percent of Amount Bid** dollars ($ **10% of Amt. Bid** ), as hereinafter set forth and for the payment of which sum well and truly to be made we bind ourselves, our executors, administrators, successors and assigns, jointly and severally, by these presents;

2. WHEREAS, the Principal has submitted a bid to the Owner for the construction of the Rural Utilities Service Project known as Project **NI 8**.

3. NOW, THEREFORE, the condition of this obligation is such that if the Owner shall accept the bid of the Principal, and

   (a)   the Principal shall execute such contract documents, if any, as may be required by the terms of the bid and give such Contractor's Bond or Bonds for the performance of the contract and for the prompt payment of labor and material furnished for the Project as may be specified in the bid, or

   (b)   In the event of the failure of the Principal to execute such contract documents, if any, and give such Contractor's Bond or Bonds, if the Principal shall pay to the Owner the difference, not to exceed the penal sum hereof, between the amount specified in the bid and such larger amount for which the Owner may in good faith contract with another party to construct the Project, then this obligation shall be void, otherwise to remain in full force and effect.

   IN WITNESS WHEREOF, the undersigned have caused this instrument to be executed and their respective corporate seals to be affixed and attested by their duly authorized representatives this **18th** day of **October**, 20 **01**.

Attest:
*Shawn Barrows* (signature)
Shawn Barrows   SECRETARY

Attest:
*Kathleen M. Mitchell* (signature)
Kathleen M. Mitchell   SECRETARY

Global Power - City Electric
Joint Venture, LLC   (Seal)
PRINCIPAL
By (signature)
R.M. Gearhart, General Manager
TITLE

Travelers Casualty and Surety
Company of America   (Seal)
SURETY
By *Roxana Palacios* (signature)
Roxana Palacios, Attorney in Fact
TITLE

8/30/01                                 6                       RUS Form 831 (Rev. 02-95) (Modified)

EXHIBIT GVEA-D 700012
Page 12 of 44

# CONTRACTOR'S PROPOSAL
*(Proposal shall be submitted in ink or typewritten)*

To:

    GOLDEN VALLEY ELECTRIC ASSOCIATION, INC., 758 Illinois Street, P.O. Box 71249, Fairbanks,

    Alaska 99707-1249

(hereinafter called the "Owner")

## ARTICLE I - GENERAL

**Section 1.**    **Offer to Construct.** The undersigned (hereinafter called the Bidder) hereby proposes to receive and install such materials and equipment as may hereinafter be specified to be furnished by the Owner, and to furnish all other materials and equipment, all machinery, tools, labor, transportation and other means

*required to construct the rural electric project*    ALASKA 6 - NORTHERN INTERTIE

_____*in strict accordance with the Plans, Specifications and Construction Drawings therefore, attached hereto and made a part hereof, for the prices hereinafter stated.*

*The total length of the project lines shall be determined by taking the sum of all straight horizontal span distances between pole stakes or from center to center of poles, or centerline of structures, carrying conductors.*

**Section 2.**   **Materials and Equipment.** *The Bidder agrees to furnish and use in the construction of the Project under this Proposal, in the event the Proposal is accepted, only such materials and equipment as are included in the current "List of Materials Acceptable for Use on Systems of RUS Electrification Borrowers," including revisions adopted prior to the Bid Opening* <u>unless otherwise specified</u>.

---

*The Bidder further agrees to furnish:* ~~[crossed out block]~~

| | Type | Size | Galvanizing Class |
|---|---|---|---|
| Overhead ground wire | | | |
| Guy wire | | | |
| Structure ground wire | | | |

*(Engineer to insert Type, Size and Galvanizing Class as appropriate)*

*The Bidder further agrees to furnish and use poles, crossarms, and other timber products, of which the physical characteristics, method of treatment, type of preservative, instructions on inspection and general procedure shall be in accordance with RUS standards and requirements.*

*Crossarms shall be* _____ *(Engineer to insert Douglas Fir or*

*Southern Yellow Pine), treated with* _____ *(Engineer to insert type of preservative.)*

---

Section 3. **Owner-Furnished Materials.** *The Bidder understands and agrees that, if this Proposal is accepted, the Owner will furnish to the Bidder the material set forth in the attached "List of Owner's Materials on Hand" and the Bidder will give a receipt therefore in writing to the Owner. The Bidder, further, will on behalf of the Owner accept delivery of such of the materials set forth in the attached "List of Materials Ordered by Owner but Not Delivered"* and the "List of Materials to be Ordered By Owner" *as may be subsequently delivered and will promptly forward to the Owner for payment the supplier's invoice, together with the Bidder's receipt in writing for such materials* within two (2) days of receipt. *The materials referred to are on hand at, or will be delivered to, the locations specified in the Lists and the Bidder will use such materials in constructing the Project.*

*The value of the completed Construction Units certified by the Bidder each month pursuant to Article III, Section 1(a) of this Proposal shall be reduced by an amount equal to the value of the materials installed by the Bidder during the preceding month which have been furnished by the Owner or the delivery of which has been accepted by the Bidder on behalf of the Owner. Only ninety percent (90%) of the remainder shall be paid prior to the Completion of the Project. The value of such materials shall be computed on the basis of the unit prices stated in the Lists. Materials, if any, not required for the Project, which have been furnished to the Bidder by the Owner or delivery of which has been accepted by the Bidder on behalf of the Owner, shall be returned to the Owner by the Bidder upon completion of construction of the Project. The value of all materials not installed in the Project nor returned to the Owner shall be deducted from the final payment to the Bidder.*

*The Owner shall not be obligated to furnish materials in excess of the quantities, size, kind and type set forth in the attached Lists. If the Owner furnishes, and the Bidder accepts, materials in excess thereof, the values of such excess materials shall be their actual cost as stated by the Owner.*

*Information on the shipping schedules of materials on the "List of Materials Ordered by Owner But Not Delivered"* and "List of Materials to be Ordered by Owner" *will be furnished to the Bidder as necessary during progress of the work.*

*Upon delivery the Bidder shall promptly receive, unload, transport and handle all materials and equipment on the "List of Materials Ordered by Owner But Not Delivered"* and the "List of Materials to be Ordered by Owner" *at its expense and shall be responsible for demurrage, if any.*

The Owner will provide yards for receiving, unloading and storing owner-furnished Materials near Nenana, Alaska and in Fairbanks, Alaska. The Owner may use these yards for storing materials not part of this Contract. Should the Bidder need additional space, Bidder shall secure such additional marshaling yards as may be required at his expense.

All owner-furnished Materials which do not meet specifications or are broken or damaged shall be culled by the Bidder. A report shall be made to the Owner giving the part number, quantity culled and the reason for culling. After receiving materials, contractor shall be solely responsible for their care, storage and protection.

All material and equipment shall be stored so as to be protected from the detrimental effects of the elements. Material and equipment shall be placed on supports above the ground and appropriately protected from the elements.

Section 4. **Purchase of Materials Not Furnished By Owner.** *The Bidder will purchase all materials and equipment (other than owner-furnished materials) outright and not subject to any conditional sales agreements, bailment, lease or other agreement reserving unto the seller any right, title or interest therein. All such materials and equipment shall become the property of the Owner when erected in place.*

Section 5. **Proposal on Unit Basis.** *The Bidder understands and agrees that the various Construction Units on which bids are made are defined by symbols and descriptions in this Proposal, that all said bids are on a unit basis, and that the Owner may specify any number or combination of Construction Units that the Owner may deem necessary for the construction of the Project. Separate Construction Units are designated for each different arrangement which may be used in the construction of the Project. This Proposal is based on*



EXHIBIT GVEA-D   700014
Page 14 of 44

a consideration of each unit in place and includes only the materials listed on the corresponding Construction Drawings or description of unit where no drawing exists.

Section 6. **Description of Contract.** The Notice and Instructions to Bidders and Plans attached hereto and made a part hereof, and the Specifications ~~and Construction Drawings set forth in:~~

~~RUS Bulletin 50-2, Electric Transmission Specifications & Drawings, 34.5 kV through 69 kV (T-805A);~~
~~RUS Bulletin 50-1, Electric Transmission Specifications & Drawings 115 kV through 230 kV (T-805B);~~

~~the Electric Transmission Specifications & Drawings, RUS Form 805, as applicable,~~ together with the Proposal and Acceptance constitute the Contract. The plans, consisting of maps and special drawings, are identified as follows:

<u>the plans are listed on Drawing 103 - Drawing Index, Contract NI-8</u>

Section 7. **Familiarity with Conditions.** The Bidder has made a careful examination of the site of the Project to be constructed and of the Plans, Specifications, Construction Drawings, and form of Contractor's Bond attached hereto, and has become informed as to the location and nature of the proposed construction, the transportation facilities, the kind and character of soil and terrain to be encountered, and the kind of facilities required before and during the construction of the Project, and has become acquainted with the labor conditions, <u>and federal,</u> state and local laws and regulations which would affect work on the proposed construction.

Section 8. **License.** The Bidder warrants that a Contractor's License is ☐, is not ☐ required, and if required it possesses Contractor's License No._____ for the State of _____Alaska_____

in which the Project is located and said license expires on _____, 19____.

Section 9. **The Bidder** warrants that this Proposal is made in good faith and without collusion or connection with any person or persons bidding for the same work.

Section 10. **The Bidder** warrants that it possesses adequate financial resources and agrees that in the event this Proposal is accepted and a Contractor's Bond is required, it will furnish a Contractor's Bond in the form attached hereto, in a penal sum not less than the maximum Contractor price, with a surety or sureties listed by the United States Treasury Department as Acceptance Sureties.

In the event that the surety or sureties on the performance bond delivered to the Owner contemporaneously with the execution of the Contract or on any bond or bonds delivered in substitution therefore or in addition thereto shall at any time become unsatisfactory to the Owner or the Administrator, the Bidder agrees to deliver to the Owner another or an additional bond.

Section 11. **Taxes.** The unit prices for Construction Units in this Proposal include provisions for the payment of all monies which will be payable by the Bidder or the Owner in connection with the construction of the Project on account of taxes imposed by any taxing authority upon the sale, purchase or use of materials, supplies and equipment, or services or labor of installation thereof, to be incorporated in the Project as part of such Construction Units. The Bidder agrees to pay all such taxes, except taxes upon the sale, purchase or use of owner-furnished materials and it is understood that, as to owner-furnished materials, the values stated in the attached "List of Owner's Materials on Hand" and "List of Materials Ordered by Owner But Not Delivered" <u>and "List of Materials to be Ordered,"</u> include taxes upon the sale, purchase or use of owner-furnished materials, if applicable. The Bidder will furnish to the appropriate taxing authorities all required information and reports pertaining to the Project, except as to the owner-furnished materials.

Section 12. **Changes in Quantities.** The Bidder understands and agrees that the quantities called for in this Proposal are approximate, and that the total number of units upon which payment shall be made shall be as set forth in the Inventory. If the Owner changes the quantity of any Assembly Unit or Assembly Units specified in this Proposal by more than 15%, and the materials cost to the Bidder is increased thereby to an extent

Final 11/21/01                    9                    RUS Form 831 (Rev. 02-95) [Modified]

*which would not be adequately compensated by application of the unit prices in this Proposal to the revised quantity of such unit or units, such change, to the extent of the quantities of such units in excess of such 15%, shall be regarded as a change in the construction within the meaning of Article II, Section 1(d) of this proposal.*

700016

LIST OF OWNER FURNISHED MATERIALS ON HAND - TANANA FLATS

Material:    Pipe Piles

Supplier:    Alaska Steel Co.
             1200 West Dowling Road
             Anchorage, AK 99518-1517

Location:    Owner's storage yard in Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| P 10-3x36 | 12 | 10.75" OD x 3/8" wall x 36' Pipe Pile | $461.68 | $5,540.16 |
| P 10-3x42 | 168 | 10.75" OD x 3/8" wall x 42' Pipe Pile | $538.63 | $90,489.84 |
| P 12-3x40 | 348 | 12.75" OD x 3/8" wall x 40' Pipe Pile | $615.10 | $214,054.80 |
| P 16-3x43 | 109 | 16" OD x 3/8" wall x 43' Pipe Pile | $884.06 | $96,362.54 |
| P 16-3x49 | 24 | 16" OD x 3/8" wall x 49' Pipe Pile | $1,007.42 | $24,178.08 |
| P 16-3x57 | 56 | 16" OD x 3/8" wall x 57' Pipe Pile | $1,171.89 | $65,625.84 |
| P 28-3x35 | 70 | 28" OD x 3/8" wall x 35' Pipe Pile | $2,160.18 | $151,212.60 |

Material:    Pipe Piles

Supplier:    Alaska Steel Co.
             1200 West Dowling Road
             Anchorage, AK 99518-1517

Location:    Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| P 12-3x40 | 264 | 12.75" OD x 3/8" wall x 40' Pipe Pile | $615.10 | $162,386.40 |
| P 16-3x43 | 353 | 16" OD x 3/8" wall x 43' Pipe Pile | $884.06 | $312,073.18 |
| P 28-3x35 | 22 | 28" OD x 3/8" wall x 35' Pipe Pile | $2,160.18 | $47,523.96 |

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material:       Pipe Piles

Supplier:       Alaska Pipe & Supply
                3105 Industrial Way
                Fairbanks, AK 99701

Scheduled Delivery Date: December 29, 2001

Delivered to:   Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| P 16-4x44 | 22 | 16" OD x ½" wall x 44' Pipe Pile | $974.00 | $21,428.00 |
| P 16-4x50 | 32 | 16" OD x ½" wall x 50' Pipe Pile | $1,107.00 | $35,424.00 |
| P 30-4x31 | 16 | 30" OD x ½" wall x 31' Pipe Pile | $1,703.00 | $27,248.00 |
| P 48-5x20 | 12 | 48" OD x 5/8" wall x 20' Pipe Pile | $2,286.00 | $27,432.00 |
| P 48-5x25 | 4 | 48" OD x 5/8" wall x 25' Pipe Pile | $2,858.00 | $11,432.00 |

Material:       Steel Top Plates, Pile Clamps, and Deadend Structures

Supplier:       Valmont Industries, Inc
                P.O. Box 358
                Valley, Nebraska 68064

Scheduled Delivery Date: February 1, 2002

Delivered to:   Owner's storage yard in Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SDS-10H (70,70,70,70) | 3 | SDS-10H Structure with all legs 70' (excludes Static Masts) | $48,196.00 | $144,588.00 |
| SDS-10H (75,75,75,72.5) | 1 | SDS-10H Structure with 75',75',75',72.5' legs (excludes Static Masts) | $48,983.00 | $48,983.00 |
| SDS-45H (65,65,65,65) | 1 | SDS-45H Structure with all legs 65' (excludes Static Masts) | $53,025.00 | $53,025.00 |
| SDS-45H (80,80,80,80) | 1 | SDS-45H Structure with all legs 80' (excludes Static Masts) | $56,456.00 | $56,456.00 |
| SDS-90H (55,55,55,55) | 1 | SDS-90H Structure with all legs 55' (excludes Static Masts) | $65,606.00 | $65,606.00 |
| SDS-10H TP28/30 | 16 | Top Plate for one 28" or 30" OD Pile for SDS-10H | $606.00 | $9,696.00 |
| SDS-45H TP28/30 | 8 | Top Plate for one 28" or 30" OD Pile for SDS-45H | $867.00 | $6,936.00 |
| SDS-90H TP30 | 4 | Top Plate for one 30" OD Pile for SDS-90H | $1,015.00 | $4,060.00 |
| SSX-25 TP28/30 | 16 | Top Plate for one 28" or 30" OD Pile for SSX-25 with even legs | $370.00 | $5,920.00 |

Final 11/21/01                               12                    RUS Form 831(Rev. 02-95)[Modified]

EXHIBIT GVEA-D 700018
Page 18 of 44

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material: Steel Top Plates, Pile Clamps and Deadend Structures delivered to Nenana (continued)

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SSX-0 C12 | 180 | 12.75" Pile Clamp for SSX-0 Tower | $478.00 | $86,040.00 |
| SSX-0 C16 | 178 | 16" Pile Clamp for SSX-0 Tower | $567.00 | $100,926.00 |
| SSX-3 C16 | 48 | 16" Pile Clamp for SSX-3 Tower | $567.00 | $27,216.00 |
| SSX-3D C16 | 32 | 16" Pile Clamp for SSX-3D Tower | $567.00 | $18,144.00 |
| SDS-10H SM | 0 | Pair of Static Masts for SDS-10H Tower | $3,624.00 | $0.00 |

Material: Steel Top Plates, Pile Clamps, and Deadend Structures

Supplier: Valmont Industries, Inc
P.O. Box 358
Valley, Nebraska 68064

Scheduled Delivery Date: February 1, 2002

Delivered to: Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SDS-10H (80,80,80,80) | 1 | SDS-10H Structure with all legs 80' (excludes Static Masts) | $49,887.00 | $49,887.00 |
| SDS-45H (60,60,62.5,60) | 1 | SDS-45H Structure with 60',60',62.5',60' legs (excludes Static Masts) | $51,867.00 | $51,867.00 |
| SDS-45H (75,75,75,75) | 1 | SDS-45H Structure with all legs 75' (excludes Static Masts) | $54,713.00 | $54,713.00 |
| SDST-45 (55,55,55,55) | 1 | SDST-45 Structure with all legs 55' (excludes Static Masts) | $69,783.00 | $69,783.00 |
| SDS-10H TP28/30 | 4 | Top Plate for one 28" or 30" OD Pile for SDS-10H | $604.00 | $2,416.00 |
| SDS-45H TP28/30 | 8 | Top Plate for one 28" or 30" OD Pile for SDS-45H | $859.00 | $6,872.00 |
| SDST-45 TP48 | 4 | Top Plate for one 48" OD Pile for SDST-45 | $1,804.00 | $7,216.00 |
| SSX-0 C16 | 160 | 16" Pile Clamp for SSX-0 Tower | $567.00 | $90,720.00 |
| SSX-3 C16 | 46 | 16" Pile Clamp for SSX-3 Tower | $567.00 | $26,082.00 |
| SSX-3D C16 | 18 | 16" Pile Clamp for SSX-3D Tower | $567.00 | $10,206.00 |
| WORKING LADDER | 25 | Working Ladder (return to owner upon completion) | $125.00 | $3,125.00 |
| CLIMBING LADDER | 25 | Climbing Ladder (return to owner upon completion) | $115.00 | $2,875.00 |
| LADDER-BRKT | 24 | Ladder Bracket to be welded to pipe pile | $14.00 | $336.00 |
| S1-BRKT | 4 | Sign Bracket for S1 to be welded to pipe pile | $24.00 | $96.00 |
| S2-BRKT | 1 | Sign Bracket for S2 to be welded to pipe pile | $29.00 | $29.00 |
| SDS-10H SM | 0 | Pair of Static Masts for SDS-10H Tower | $3,624.00 | $0.00 |
| SDST-45 SM | 0 | Pair of Static Masts for SDST-45 Tower | $4,160.00 | $0.00 |

Final 11/21/01
Revised 11/26/01, C.O. #1                13                RUS Form 831(Rev. 02-95)[Modified]

EXHIBIT GVEA-D   700019
Page 19 of 44

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material:      Steel Towers and Accessories

Supplier:      Valmont Industries, Inc
               P.O. Box 358
               Valley, Nebraska 68064

Scheduled Delivery Date: May 31, 2002

Delivered to:  Owner's storage yard in Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SSX-0 Body | 179 | SSX-0 Tower Body (excluding Static Masts) | $7,423.00 | $1,328,717.00 |
| SSX-0 L65 | 6 | Leg for 65' SSX-0 Tower | $2,746.00 | $16,476.00 |
| SSX-0 L70 | 48 | Leg for 70' SSX-0 Tower | $2,914.00 | $139,872.00 |
| SSX-0 L75 | 186 | Leg for 75' SSX-0 Tower | $3,075.00 | $571,950.00 |
| SSX-0 L80 | 106 | Leg for 80' SSX-0 Tower | $3,231.00 | $342,486.00 |
| SSX-0 L85 | 12 | Leg for 85' SSX-0 Tower | $3,379.00 | $40,548.00 |
| SSX-3 Body | 24 | SSX-3 Tower Body (excluding Static Masts) | $8,848.00 | $212,352.00 |
| SSX-3 L75 | 2 | Leg for 75' SSX-3 Tower | $5,386.00 | $10,772.00 |
| SSX-3 L80 | 26 | Leg for 80' SSX-3 Tower | $5,760.00 | $149,760.00 |
| SSX-3 L85 | 6 | Leg for 85' SSX-3 Tower | $6,130.00 | $36,780.00 |
| SSX-3 L90 | 8 | Leg for 90' SSX-3 Tower | $6,494.00 | $51,952.00 |
| SSX-3 L95 | 6 | Leg for 95' SSX-3 Tower | $6,852.00 | $41,112.00 |
| SSX-3D Body | 16 | SSX-3D Tower Body (excluding Static Masts) | $9,100.00 | $145,600.00 |
| SSX-3D L65 | 2 | Leg for 65' SSX-3D Tower | $3,793.00 | $7,586.00 |
| SSX-3D L70 | 2 | Leg for 70' SSX-3D Tower | $4,185.00 | $8,370.00 |
| SSX-3D L75 | 8 | Leg for 75' SSX-3D Tower | $4,572.00 | $36,576.00 |
| SSX-3D L80 | 10 | Leg for 80' SSX-3D Tower | $4,953.00 | $49,530.00 |
| SSX-3D L85 | 2 | Leg for 85' SSX-3D Tower | $5,328.00 | $10,656.00 |
| SSX-3D L90 | 8 | Leg for 90' SSX-3D Tower | $6,141.00 | $49,128.00 |
| SSX-25L Body | 3 | SSX-25 Tower Body for left hand angle (excluding Static Masts) | $11,919.00 | $35,757.00 |
| SSX-25R Body | 4 | SSX-25 Tower Body for right hand angle (excluding Static Masts) | $11,919.00 | $47,676.00 |
| SSX-25 L65 | 2 | Leg for 65' SSX-25 Tower | $3,873.00 | $7,746.00 |
| SSX-25 L70 | 4 | Leg for 70' SSX-25 Tower | $4,169.00 | $16,676.00 |
| SSX-25 L75 | 2 | Leg for 75' SSX-25 Tower | $4,457.00 | $8,914.00 |
| SSX-25 L80 | 2 | Leg for 80' SSX-25 Tower | $4,734.00 | $9,468.00 |
| SSX-25 L85 | 4 | Leg for 85' SSX-25 Tower | $5,024.00 | $20,096.00 |
| SSX-0 SR | 716 | Shear Release Mechanism for SSX-0 Tower | $48.00 | $34,368.00 |
| SSX SR | 160 | Shear Release Mechanism for SSX-3 and SSX-3D Towers | $48.00 | $7,680.00 |
| SSX-25 SR | 28 | Shear Release Mechanism for SSX-25 Tower | $48.00 | $1,344.00 |
| SSX-0 SM | 0 | Pair of Static Masts for SSX-0 Tower | $1,082.00 | $0.00 |
| SSX-3 SM | 0 | Pair of Static Masts for SSX-3 Tower | $1,072.00 | $0.00 |
| SSX-3D SM | 0 | Pair of Static Masts for SSX-3D Tower | $1,078.00 | $0.00 |
| SSX-25 SM | 0 | Pair of Static Masts for SSX-25 Tower | $1,078.00 | $0.00 |

Final 11/21/01
Revised 11/26/01, C.O. #1           14                    RUS Form 831(Rev. 02-95)[Modified]

EXHIBIT GVEA-D   700020
Page 20 of 44