# GVEA EXHIBIT G

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3  DON M. KUBANYI, JIMMY KUBANYI,      )
    AILEEN WELTON, ELIZABETH            )
 4  TUZROYLUK, DORIS KUBANYI, VICTOR    )
    KUBANYI, BOBBY KUBANYI, and         )
 5  ARLETTE KUBANYI,                    )
                                        )
 6              Plaintiffs,             )
                                        )
 7  v.                                  )
                                        )
 8  GOLDEN VALLEY ELECTRIC              )
    ASSOCIATION, et al.,                )  Case No. F04-0026 CI
 9                                      )
                Defendants.             )
10  _____)
    CRUZ CONSTRUCTION, INC. and         )
11  DAVE CRUZ, individually,            )
                                        )
12           Defendant and Third-       )
             Party Plaintiffs,          )
13                                      )
    v.                                  )
14                                      )
    GLOBAL POWER & COMMUNICATIONS,      )
15  LLC.,                               )
                                        )
16           Third-Party Defendant.     )
    _____)
17
                 VIDEOTAPED DEPOSITION OF DON KUBANYI
18                        October 14, 2005

19  APPEARANCES:

20       FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
                                  Attorney at Law
21                                330 Wendell Street
                                    Suite E
22                                Fairbanks, Alaska  99701
                                  (907)  452-4716
23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA-G
Page 1 of 4

```
 1  Q        Okay.
 2  A        .....you know, I'm not totally aware of time.
 3  Q        Yeah.  All right.  So in any case, let's -- so we'll
 4           say roughly 8:00 o'clock you went down another time.
 5           And what happened then?
 6  A        Well, I told them people they were definitely not going
 7           to cross my land, you know, because I.....
 8  Q        All right.
 9  A        .....I -- I don't want to hear these back-up alarms or
10           anything.  And they told me they still -- they had all
11           the right and they were going to cross it, so then I
12           threatened them.  I said, you know what, I'll -- you
13           cross my property, I'll shoot your tires out.
14  Q        Okay.  Did -- when you came down that, we'll call it
15           8:00 o'clock, that second time, did you have -- did
16           you -- were you on a snowmachine or a four-wheeler or
17           anything like that or were you on foot?
18  A        On my snowmachine.
19  Q        Your snowmachine.  Okay.  And the earlier times you'd
20           come down, were you also on your snowmachine or did you
21           walk down?
22  A        I think I just walked over there......
23  Q        Okay.
24  A        .....the first -- first time, yeah.
25  Q        All right.
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA-G
Page 3 of 4

```
 1              got to be near someone.  I didn't.....
 2     Q        Okay.
 3     A        I didn't know they put wires out.  But, hey, I was
 4              drunk.  He could catch me pretty easy.
 5     Q        Yeah.
 6     A        But he hit me with that Taser, but he hit me in the arm
 7              and something, but I felt just a tingle, but I mean I'm
 8              pulling them wires out and then I mean I didn't move
 9              too fast because the next thing I know, he had me in
10              the back with the Taser.  Holy smokes, he -- and that
11              thing put me down pretty good.  I mean real good.  I
12              never felt anything like that before.
13     Q        All right.  What -- is it like an electric kind of a
14              shock sort of feeling?
15     A        Oh, yeah, it's electrical shock.....
16     Q        Yeah.
17     A        .....and it -- I mean it -- I had no power.  I mean it
18              just plain dropped me to my knees and I was down and
19              out.  I mean -- and I remember saying that's it, you
20              know, I mean, no more, and he just kept tazing me and
21              tazing me.
22     Q        Okay.
23     A        And I go, wow, I -- yeah, and I mean I was telling him
24              I give up, no more.  You know, I mean.....
25     Q        Yeah.
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA- G
Page 3 of 4

| | | |
|---|---|---|
| 1 | A | .....but I don't know how many beers you need for that, but I know I had -- had to have at least eight, you know. |
| 4 | Q | Okay. |
| 5 | A | But I'm guessing, so..... |
| 6 | Q | All right. |
| 7 | A | You know, I might -- might have had more than eight. I know I was -- I was drunk. I don't know how drunk you want to say..... |
| 10 | Q | Yeah, okay. |
| 11 | A | But, yeah, I -- I had drank some. |
| 12 | Q | All right. |
| 13 | A | I mean..... |
| 14 | Q | Okay. Good enough. And then let me..... |
| 15 | A | That's kind of a high number, but I don't know. I don't know what..... |
| 17 | Q | I'm not sure you..... |
| 18 | A | I don't know why -- you know what, I remember him having me blow in something, but I don't remember him telling me. |
| 21 | Q | Right. They never told you the results or anything? |
| 22 | A | No. |
| 23 | Q | Okay. |
| 24 | A | No. He wasn't too friendly. |
| 25 | Q | All right. Let me do this, then. You were -- you were |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA-G
Page 4 of 4