# GVEA EXHIBIT H

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF ALASKA

 3    DON M. KUBANYI, JIMMY KUBANYI,    )
      AILEEN WELTON, ELIZABETH          )
 4    TUZROYLUK, DORIS KUBANYI,         )
      VICTOR KUBANYI, BOBBY KUBANYI,    )
 5    ARLETTE KUBANYI and BRIAN         )
      BAGGETT,                          )
 6                                      )
                     Plaintiffs,        )
 7                                      )
           v.                           )
 8                                      )
      GOLDEN VALLEY ELECTRIC            )
 9    ASSOCIATION, DAVE CRUZ,           )
      individually, and d/b/a           )
10    CRUZ CONSTRUCTION, BLACK &        )
      VECH CORPORATION, JAKE COVEY,     )
11    and PATRICK NELSON,               )
                                        )
12                   Defendants.        )
                                        )   Case No. F04-0026 CI
13

14              DEPOSITION OF DAVE CRAMER CRUZ

15                      January 24, 2006

16    APPEARANCES:

17         FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                                  Attorney at Law
18                                330 Wendell Street, Suite E
                                  Fairbanks, Alaska  99701
19
           FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
20                                Assistant Attorney General
                                  STATE OF ALASKA DEP'T OF LAW
21                                Civil Division
                                  Special Litigation Section
22                                1031 West Fourth Avenue,
                                  Suite 200
23                                Anchorage, Alaska  99501-5903

24                                          Exhibit B
                                            Page 1 of 8
25
```

Exhibit GVEA-H
Page 1 of 2



```
1        project about going off the Rex Trail towards the Kubanyi
2        lands?
3   A    I don't recall.
4   Q    Okay.  So once the troopers responded, do you remember
5        telling them that there was an Indian out there getting
6        wild?
7   A    I don't recall.  I think that's probably what my mechanic
8        told me.  I do remember telling him who it was, you know,
9        so.....
10  Q    Okay.  And they asked you how many people were out there?
11  A    Yes.
12  Q    And what'd you tell them?
13  A    That was -- we thought there were -- now, when you're
14       talking people, you're talking my people or Kubanyi's?
15  Q    No, in terms of the Kubanyi's.
16  A    We -- we thought there was four.
17  Q    Okay.  And did you tell them that -- whether or not they
18       were armed?
19  A    I -- the only thing that I recall is just passing on
20       exactly what I was told, that he threatened to kill them
21       and I think -- and on it -- now, as memory serves me
22       right, I think I'm going my -- you know, I'm going to go
23       get my gun and kill them.  You know, I mean, it was --
24       it's serious stuff.
25  Q    Okay.
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 3 of 8

EXHIBIT GVEA-4
Page 2 of 2