Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:    276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA


DON M. KUBANYI, JIMMY            )
KUBANYI,AILEEN WELTON,           )
ELIZABETH TUZROYLUK, DORIS       )
KUBANYI, VICTOR KUBANYI, BOBBY   )
KUBANYI, and ARLETTE KUBANYI,    )
                                 )   **DEFENDANTS' DAVE CRUZ AND**
              Plaintiffs,         )   **CRUZ CONSTRUCTION, INC.'S**
                                 )   **NOTICE OF FILING COMPLETED**
     v.                          )   **REPORT PREPARED BY THEIR**
                                 )   **EXPERT WITNESS KALEN &**
GOLDEN VALLEY ELECTRIC           )   **ASSOCIATES**
ASSOCIATION, DAVE CRUZ           )
individually and d/b/a CRUZ      )
CONSTRUCTION, BLACK & VECH       )
CORPORATION, TROOPER JAKE COVEY  )
AND TROOPER PATRICK NELSON,      )
STATE OF ALASKA,                 )   Case No. 4:04-cv-26-RRB
                                 )
              Defendants.         )
_____  )


        PLEASE TAKE NOTICE that defendants and third-party

plaintiffs, Dave Cruz and Cruz Construction, Inc., through

their attorneys, Richmond & Quinn, file herewith the report

prepared by their expert, Kalen & Associates.[1]    In their

Memorandum in Reply to Plaintiffs' Opposition to Defendants'

and Third-Party Plaintiffs' Cruz Construction, Inc.'s Motion

for Partial summary Judgment and Memorandum in Opposition to

Plaintiff's Cross-Motion for Summary Judgment (docket No.

102), filed with this court on September 19, 2006, the Cruz

defendants stated that Mr. Kalen was working on a report, and

that it would be filed with the court on completion.

          DATED this ___2nd___ day of November, 2006, at

Anchorage, Alaska.

                              RICHMOND & QUINN
                              Attorneys for Defendants Dave
                              Cruz individually, and d/b/a
                              Cruz Construction, Inc.


                    By:  _____s/Daniel T. Quinn_____
                              RICHMOND & QUINN
                              360 K Street, Suite 200
                              Anchorage, AK  99501
                              Ph:  907-276-5727
                              Fax:  907-276-2953
                              dquinn@richmondquinn.com
                              ABA #8211141

---

[1]  Some of the exhibits to Patrick Kalen's report are on 11x17
paper and have been reduced to 8x11 size for filing with the
court.   If counsel would like to inspect the full-size
exhibits, they are available for review at the Richmond &
Quinn offices.


DEFENDANTS' DAVE CRUZ AND CRUZ CONSTRUCTION, INC.'S
NOTICE OF FILING COMPLETED REPORT PREPARED BY THEIR
EXPERT WITNESS KALEN & ASSOCIATES

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this __2nd__ day of November, 2006 on:

Michael J. Walleri                          Cory Borgeson
WALLERI LAW OFFICES                         BORGESON & BURNS, PC
330 Wendell St., Suite E                    100 Cushman, Suite 311
Fairbanks, AK 99701                         Fairbanks, AK 99701

David D. Floerchinger
ASSISTANT ATTORNEY GENERAL                  Eric Gillett
STATE OF ALASKA                             PREG, O'DONNELL & GILLETT
1031 W. 4th Ave., Suite 200                 1800 9th Ave., Ste. 1500
Anchorage, AK 99501                         Seattle, WA 98101


_____s/Daniel T. Quinn_____
     RICHMOND & QUINN


2073\038\pld\notice –filing kalen report


DEFENDANTS' DAVE CRUZ AND CRUZ CONSTRUCTION, INC.'S
NOTICE OF FILING COMPLETED REPORT PREPARED BY THEIR
EXPERT WITNESS KALEN & ASSOCIATES

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 3