

EXHIBIT A

SKETCH COURTESY OF JIM SIMPSON