

Exhibit B — Gap #1, 7 Mile Lake. Karen's Associates, Inc. Job # 2006056.