EXHIBIT D

REX TRAIL AT SEVEN MILE LAKE

SCALE 1"=4000'

WATERSHED AREA
7100 ACRES (11 SQ MILES)

Scope 3