

EXHIBIT F