

Exhibit G

3-21-81