

EXHIBIT J