EXHIBIT L

