

Exhibit M