



000001

000002





000003



