



000010





000011





000012





000013





000014