



000005





000006





000007





000008





000009