**Exhibit list:**

Exhibit A.  Indicator diagram, courtesy of James Simpson

Exhibit B.  Sketch of Gap #1, vegetation cross section across lake inlet channel

Exhibit C.  Sketch of Gap #2, vegetation cross section of lake boundary

Exhibit D.  USGS map, composite of Fairbanks Quad A4 and A5, in 1"=4000 scale

Exhibit E.  Airphoto, 8-26-70, Tanana Valley ETS51, exp #51-133.  Blowup showing all of Seven Mile Lake to approximately 1"=400'

Exhibit F.  Airphoto, 8-26-70, Tanana Valley ETS51, exp #51-133.  Blowup of a portion of Seven Mile Lake to approximately 1"=200'

Exhibit G.  Airphoto, 5-21-81, North Intertie 81-43NP, Exp #6-3-9.  Blowup showing all of Seven Mile Lake to approximately 1"=400'

Exhibit H.  Airphoto, 5-21-81, North Intertie 81-43NP, Exp #6-3-9.  Blowup of a portion of Seven Mile Lake to approximately 1"=200'

Exhibit I.  Airphoto, 5-17-02, Tanana Valley 2002-27c, Exp #11-1.  Blowup showing all of Seven Mile Lake to approximately 1"=400'

Exhibit J.  Airphoto, 5-17-02, Tanana Valley 2002-27c, Exp #11-1.  Blowup of a portion of Seven Mile Lake to approximately 1"=200'

Exhibit K.  Airphoto, 5-17-02, Tanana Valley 2002-27c, Exp #11-1.  Blowup of a portion of Seven Mile Lake to approximately 1"=50'

Exhibit L.  Airphoto, Unknown date, from Google Earth.  Blowup showing all of Seven Mile Lake to approximately 1"=800'

Exhibit M.  USGS photo of June 18, 1998, same as Tanana Chiefs Photo No. 1.

Exhibit N.  Survey map, incorporating Kalen survey, BLM survey and TCC surveys, on 1"=20' map.  Clear overlays from this map will be used

Exhibit O.  Survey map, incorporating Kalen survey, BLM survey and TCC surveys, on 1"=200' map.  Clear overlays from this map will be used.

Exhibit P.  Survey map, incorporating Kalen survey, BLM survey and TCC surveys, on 1"=55" map.  A clear overlays from this map will be used.

14