WATERSHED
7100 ACRES (1

REX TRAIL AT SEVEN M

SCALE 1"=4000'

EXHIBIT 9
Page 19 of 53

Scope 3



