

EXHIBIT F



EXHIBIT G    EXHIBIT 9
PAGE 23 OF 53