EXHIBIT H

9
24  53

