

EXHIBIT L





EXHIBIT M

9

29 53