





OHW
SEPT 2006

TREELINE

STREAM

9
33 / 53



EXHIBIT P

9
34  53

