000002

PAGE 37 OF 53