



EXHIBIT 9   000003
PAGE 38 OF 53





