



0000059
PAGE 40 OF 53





000006
41  9
    53