







000008  9
43  53