



000009
44 53





000010
45   53