



46 9/53

000011





