



9
4B 53

000013





49 9/53

000014