EXHIBIT O

KALEN, TCC AND BLM SURVEY LINE

SEVEN MILE LAKE

STREAM
OHW SEPT 2006
TREELINE
TCC MEANDERS 3/2006
REX TRAIL
USS 9954 MEANDERS
USS 9954 BOUNDARY

SCALE 1"=200'

50 9 53



SEPTEMBER 28, 2006
SEPTEMBER 8, 2006
SEPTEMBER 10, 2006

USS 9954 MEANDERS

OPEN WATER

599

HORSETAILS

TCC MEANDER LINE
MARCH 28, 2006

600

601

OHW 9/2006

DROWNED TREES

GAP #3

GAP

TREE LINE

601

602

602

602

603

9
52  53

