Eric P. Gillett, Esq.  
Preg O'Donnell & Gillett PLLC  
1800 Ninth Ave., Suite 1500  
Seattle, WA 98101-1340  
Phone: (206) 287-1775  
Fax: (206) 287-9113  
Attorney for Defendant Black & Veatch Corporation

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>Plaintiff(s),<br><br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>Defendant(s). | NO. F-04-0026 CIV<br><br>JOINDER OF DEFENDANT BLACK & VEATCH CORPORATION GVEA'S MOTION IN LIMINE REGARDING WIDTH AND SCOPE OF EASEMENT |

COMES NOW Defendants Black & Veatch Corporation, by and through its attorneys of record, Preg, O'Donnell & Gillett, PLLC, and hereby joins in GVEA's moition in Limine regarding the Width and Scope of Easement. Defendant Black and Veatch joins in and supports GVEA's Motion for the reasons outlined therewith. Black & Veatch further supports the reasons additionally set forth by Defendant Cruz Construction's joinder in this motion.

Accordingly, Black & Veatch also joins in GVEA;s motion to rule, as a matter of law, that the Rex Trail right-of-way over the Kubanyi allotment is 100 feet wide.

Dated this 6th day of November, 2006, at Seattle, Washington

1

DATED this _____ day of November, 2006.

                PREG O'DONNELL & GILLETT PLLC

                By  s/Eric P. Gillett
                    Eric P. Gillett, ABA 8611111
                Attorneys for Defendant Black & Veatch Corporation
                1800 Ninth Avenue
                Seattle, WA  98202
                Ph:  206.287.1775
                Fx:   206.287.9113
                egillette@pregodonnell.com

JOINDER OF DEFENDANT BLACK & VEATCH
IN GVEA'S MOTION IN LIMINE