Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340
Phone:  (206) 287-1775
Fax:  (206) 287-9113
Attorney for Defendant Black & Veatch Corporation

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>Plaintiff(s),<br><br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>Defendant(s). | NO.  F-04-0026 CIV<br><br>JOINDER OF DEFENDANT BLACK & VEATCH CONSTRUCTION IN GVEA'S MOTION FOR PROTECTIVE ORDER |

COME NOW defendants Black & Veatch Corporation, by and through its attorneys, Preg, O'Donnell & Gillett, and hereby joins GVEA's Motion to preclude any introduction of settlement discussions or offers which occurred on or after March 1, 2003. As set forth by GVEA, such settlement discussions are not permitted under Evidence Rule 408, and introduction of such evidence would confuse the issues, mislead the jury, and present unfair prejudice at trial.

DATED this  6th day of November, 2006.

PREG O'DONNELL & GILLETT PLLC

By <u>s/ Eric P. Gillett</u>
    Eric P. Gillett, ABA 8611111
Attorneys for Defendant Black & Veatch
Corporation
1800 Ninth Avenue
Seattle, WA  98101
206.287.1775
206.287.9113 (fx)