Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>　　　　　Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFF GVEA'S MOTION FOR PROTECTIVE ORDER** |

Case No. FO4-0026

**UPON** Plaintiff's motion to extend the deadline to file Plaintiff's

Opposition to Defendant's Motion for Protective Order, and the Court being

apprised of the premises therein,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IT IS HEREBY ORDERED, that Plaintiff's request is hereby GRANTED and the Plaintiff's Opposition to Defendant's Motion for Protective Order shall be due due no later than Friday, November 20, 2006.

Date: _____          _____
                                        United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on November 13, 2006 via ECF to:

Mr. David Floerchinger                    Mr. Cory Borgeson
Assistant Attorney General                Boreson & Burns, P.C.
Department of Law                         100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200            Fairbanks, Alaska 99701
Anchorage, Ak 99501

Mr. Eric P. Gillett                       Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.            Richmond & Quinn
1800 Ninth Ave., Suite 1500               360 K Street, Suite 200
Seattle, WA 98101-1340                    Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725