

Daniel T. Quinn
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>        Plaintiffs,<br><br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>        Defendants. | Case No. 4:04-cv-26-RRB |

### OFFER OF JUDGMENT

COMES NOW defendants, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, INC., by and through counsel, Richmond & Quinn, and pursuant to Federal R. Civ. P. 68,

hereby offers to allow entry of judgment for plaintiff, Brian Baggett, in this action for the sum of ONE DOLLAR and NO/100 ($1.00), inclusive of all allowable costs, interest and Rule 82 attorney fees to date hereof. This is an offer of compromise only, and is not to be construed as an admission of liability.

RICHMOND & QUINN
Attorneys for Defendants Dave Cruz individually, and d/b/a Cruz Construction, Inc.

DATED: 11/9/06   By: _____
Daniel T. Quinn
ABA #8211141

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 9th day of November, 2006 on:

Michael J. Walleri
WALLERI LAW OFFICES
330 Wendell St., Suite E
Fairbanks, AK 99701

David D. Floerchinger
ASSISTANT ATTORNEY GENERAL
STATE OF ALASKA
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

Cory Borgeson
BORGESON & BURNS, PC
100 Cushman, Suite 311
Fairbanks, AK 99701

Eric Gillett
PREG, O'DONNELL & GILLETT
1800 9th Ave., Ste. 1500
Seattle, WA 98101

_____
RICHMOND & QUINN
2073\038\PLD\OFFER OF JUDGMENT BRIAN BAGGETT

OFFER OF JUDGMENT

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953