Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>   Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>   Defendants. | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br>[F.R.C.P. Rule 68] |

Case No. 4:04-cv-0026- RRB

To: Cory Borgeson
   Borgeson & Burns, PCV
   100 Cushman St, Suite 311
   Fairbanks, Alaska 99701
   Attorney for Defendant

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

COMES NOW, Plaintiff, Brian Baggett, to accept the offer of Defendant, Golden Valley Electric Association (GVEA) dated November 2, 2006, allowing Plaintiff to take judgment in this action in the amount of $1.00 for all claims, inclusive of prejudgment interest, attorneys fees and recoverable court costs..

Dated this 15th day of November, 2006 at Fairbanks, Alaska.

                                        MICHAEL J. WALLERI

                                      /s/ Michael J. Walleri
                                      Law Offices of Michael J. Walleri
                                      330 Wendell Street, Suite E
                                      Fairbanks, Alaska 99701
                                      (907) 452-4716
                                      (907) 4524725 (Facsimile)
                                      walleri@gci.net
                                      AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on November 15, 2006 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Notice of Acceptance

2 of 2