11-2-06 *aw*

Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Don M. Kubanyi, Jimmy Kubanyi,<br>Aileen Welton, Elizabeth Tuzroyluk<br>Doris Kubanyi, Victor Kubanyi,<br>Bobby Kubanyi, Arlette Kubanyi and,<br>Brian Baggett,<br><br>                              Plaintiffs,<br><br>       vs.<br><br>Golden Valley Electric Association,<br>Dave Cruz, individually and d/b/a<br>Cruz Construction, Black & Veatch<br>Corporation, Jake Covey and<br>Patrick Nelson,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. F04-0026 CIV |

## OFFER OF JUDGMENT

To:    **Plaintiff Brian Baggett**
       c/o Michael J. Walleri, Atty.
       330 Wendell St., Suite E
       Fairbanks, Alaska, 99701

Without admitting any fault or liability of any kind or nature, but solely for the

purpose of resolving this litigation without further expense, Defendant, Golden Valley

Electric Association ("GVEA"), makes an offer of judgment in the amount of One

Dollar ($1.00) to Plaintiff Brian Baggett for all claims, inclusive of prejudgment

interest, attorneys fees, and recoverable court costs.

DATED at Fairbanks, Alaska this ___ day of November, 2006.

BORGESON & BURNS, PC

By:_____
Michael C. Kramer
ABA# 9605031

CERTIFICATE OF SERVICE

I hereby certify that a copy of the
Foregoing document was mailed/
Hand delivered this __2__ day of
November, 2006, to:

Michael Walleri – *Hand delivery*
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

David Floerchinger
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501

By: *Karen Day*

DEFENDANT GVEA'S OFFER OF JUDGMENT TO BRIAN BAGGETT
Case No.:  F04-0026 CI
Page 2 of 2