Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>        Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>        Defendants. | **MOTION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFF GVEA'S MOTION TO AMEND ANSWER AND FILE COUNTERCLAIM**<br>**(Unopposed[1])** |

Case No. FO4-0026

COMES NOW, Plaintiffs by and through their attorney, Michael J. Walleri

and moves the Court to extend the deadline to file Plaintiff's Opposition to

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

---

[1] GVEA's Counsel's office has been notified and does not oppose this extension of time. .

*Kubanyi v. GVEA* Case No. F04-0026
Motion to Extend Deadline

Defendant's Motion to Amend Answer and File Counterclaim, for the reasons set forth in the accompanying memorandum.  Plaintiffs' are requesting an extension of deadline to file their opposition seven (7) days or no later than November 22, 2006.

Dated this 15th day of November, 2006 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on November 15, 2006 via ECF  to:

Mr. David Floerchinger                     Mr. Cory Borgeson
Assistant Attorney General                 Boreson & Burns, P.C.
Department of Law                          100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200             Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett                        Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.             Richmond & Quinn
1800 Ninth Ave., Suite 1500                360 K Street, Suite 200
Seattle, WA  98101- 1340                   Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                   2 of 2
Motion to Extend Deadline