Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>              Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>              Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFF GVEA'S MOTION TO AMEND ANSWER AND FILE COUNTERCLAIM** |

Case No. FO4-0026

**UPON** Plaintiff's motion to extend the deadline to file Plaintiff's

Opposition to Defendant's Motion to Amend Answer and File Counterclaim, and

the Court being apprised of the premises therein,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IT IS HEREBY ORDERED, that Plaintiff's request is hereby GRANTED and

the Plaintiff's Opposition to Defendant's Motion to Amend Answer and File

Counterclaim shall be due due no later than November 22, 2006.

Date: _____

_____
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on November 15, 2006 via ECF  to:

Mr. David Floerchinger          Mr. Cory Borgeson
Assistant Attorney General       Boreson & Burns, P.C.
Department of Law               100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200   Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett             Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.   Richmond & Quinn
1800 Ninth Ave., Suite 1500      360 K Street, Suite 200
Seattle, WA  98101-1340          Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725