BOOK __49__ PAGE __693__
Nenana Recording District

NENANA RECORDING DISTRICT
F-14577

989 2947

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 WEST SEVENTH AVENUE, #13
ANCHORAGE, ALASKA 99513-7599

NATIVE ALLOTMENT

Heirs, Devisees and/or Assigns of Nora Kubanyi
TIMBERLAND DRIVE   FAIRBANKS, ALASKA   99701

IT IS HEREBY CERTIFIED THAT the application F-14577, filed pursuant to the Act of May 17, 1906, as amended, 43 U.S.C. 270-1 to 270-3 (1970), repealed with a savings provision by the Alaska Native Claims Settlement Act of December 18, 1971, 43 U.S.C. 1617(a) (1988), has been approved pursuant to that Act for the following described land:

U.S. Survey No. 9954, Alaska, situated on the easterly, southerly, and westerly shores of Seven Mile Lake, (local name), approximately 9 miles southeasterly from Anderson, Alaska.

Containing 159.98 acres, as shown on the plat of survey officially filed on June 17, 1992.

Therefore, let it be known that, pursuant to the Act of May 17, 1906, as amended, the land above-described shall be deemed the homestead of the allottee and her heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

EXCEPTING AND RESERVING TO THE UNITED STATES, a right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. 945 (1988).

CERTIFICATE NO. __50-93-0058__

Kubanyi v. GVEA
Plaintiff No.1

EXHIBIT __1__
PAGE __1__ OF __2__

BOOK **49** PAGE **694**
Nenana Recording District

F-14577

THE GRANT OF THE ABOVE DESCRIBED LAND IS SUBJECT TO:

The continued right of public access along the non-exclusive use Rex to Bonnifield Trail not to exceed 25 feet in width.



_Sharon E. Fleek_
Sharon E. Fleek
Chief, Branch of Doyon/Northwest Adjudication

Dated at ANCHORAGE, ALASKA

on DECEMBER 0 9 1992

92-753
RECORDED - FILED
NENANA REC. DIST.
DATE DEC 23, 19 92
TIME 10:45 A.M
Requested by TCC
Address 391676

989 2947

CERTIFICATE NO. 50-93-0056

Return to:
Tanana Chiefs Conf. Inc
122 1st Ave.
Suite 305
Fairbanks, Ak. 99701
Attn: Realty