F-14577

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 WEST SEVENTH AVENUE, #13
ANCHORAGE, ALASKA 99513-7599

NATIVE ALLOTMENT

Heirs, Devisees and/or Assigns of Nora Kubanyi

IT IS HEREBY CERTIFIED THAT the application F-14577, filed pursuant to the Act of May 17, 1906, as amended, 43 U.S.C. 270-1 to 270-3 (1970), repealed with a savings provision by the Alaska Native Claims Settlement Act of December 18, 1971, 43 U.S.C. 1617(a) (1988), has been approved pursuant to that Act for the following described land:

U.S. Survey No. 9954, Alaska, situated on the easterly, southerly, and westerly shores of Seven Mile Lake, (local name), approximately 9 miles southeasterly from Anderson, Alaska.

Containing 159.98 acres, as shown on the plat of survey officially filed on June 17, 1992.

Therefore, let it be known that, pursuant to the Act of May 17, 1906, as amended, the land above-described shall be deemed the homestead of the allottee and her heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

EXCEPTING AND RESERVING TO THE UNITED STATES, a right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. 945 (1988).

CERTIFICATE NO. 50-93-0056

EXHIBIT 2
PAGE 1 OF 2

F-14577

THE GRANT OF THE ABOVE DESCRIBED LAND IS SUBJECT

The continued right of public access along the non-exclusive use Rex to Bonnifield Trail not to exceed 50 feet in width.

/s/ Sharon E. Fleek
Sharon E. Fleek
Chief, Branch of Doyon/Northwest Adjudication

Dated at ANCHORAGE, ALASKA

on DECEMBER 0 9 1992

CERTIFICATE NO. 50-93-0056

EXHIBIT 2
PAGE 2 OF 2