# STATE OF ALASKA

WALTER J. HICKEL, GOVERNOR

## DEPARTMENT OF NATURAL RESOURCES

### DIVISION OF LAND

NORTHERN REGION
3700 AIRPORT WAY
FAIRBANKS, ALASKA 99709-4699
PHONE: (907) 451-2700

October 13, 1992

Robin Rodriguez
BLM Alaska State Office
222 West 7th Avenue, #13
Anchorage, Alaska  99513-7599

Re: Rex Trail

Dear Ms. Rodriguez:

I have enclosed an affidavit from Dave Pott, Gold King Homestead resident, regarding his use of the Rex trail as well as his knowledge of other users of this access route. In addition, the Division of Mining, Alaska Department of Natural Resources, supplied the enclosed the annual placer mining permit applications (26) which show the Rex trail as their overland access route. These and other miners have used the Rex Trail for decades.

The State submits this information to you and requests that you place a 50 foot easement on the Rex Trail where it crosses the subject native allotment. It is also requested that your office contact ours regarding access cases such as this. It is in the State's best interest to preserve historical access routes with the widest width possible for our future access needs.

Thank you for your cooperation.

Sincerely yours,

Joseph P. Sullivan
Natural Resource Officer

Enclosures

EXHIBIT 4
PAGE 1 OF 7

10-J18LH

printed on recycled paper by C.D.

① 

David F. Pott
10/9/92

## REX TRAIL

My physical use of the Rex Trail only goes back to 1983, however from research I have done on it I know that it started out as an Alaska Railroad extension survey line in the 1920's, and was again surveyed as a possible Alaska Railroad extension from Kobe to the Yukon Border in 1942. During the 1920's it began to be used as an access to mines on Gold King, Bonnifield and Grubstake Creeks.

Since 1983 and probabally much earlier the miners have bladed off the snow in the early spring (Feb-March), and drove heavy equipment along the trail to their mines. I have seen large cats, loaders, 18 wheeler trucks and pick up trucks on the Rex Trail as far in as Gold King Creek, and have seen their tracks to Bonnifield Creek. Some have even taken equipment in during the summer, but that realy tears up the trail. Nodwells and other tracked vehicles use the trail each hunting season, as far as the Wood River. Miners that I know have used the Rex Trail as far as Gold King and Bonnifield Creeks are Don May, Dec Johnson, Alaska Unlimited and Don Kiel. Don Wright told me of driving a cat up the Rex Trail past Gold King back in the early 1950's.

For the most part the Rex Trail is about 20 ft. wide in dry areas, but through the wet niggerhead areas the traffic makes new trails on both sides of the old wet ruts, and can be up to 150 ft. in width. In the vicinity of Seven Mile Lake the trail is about 150 ft. wide, due to

4
2  4

②

people driving around wet spots and deep ruts. The trail also suffers from erosion problems and lack of maintenence. If the large cats and tracked vehicles are not kept off the trail during the summer, the trail will eventually turn into a 50 mile long, deep mud hole. The trail does see 99% of its heavy equipment use during Febuary and March, on the ice road cleared by the miners.

The Rex Trail is an RS 2477 trail, and the state should assert its authority for a 100 ft. R.O.W. over the entire length.

David F. Pott

*David F. Pott*   10/9/92

Gold King property owner and part time resident of Gold King.

4
3 of 4

# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
## LAND USE AND WATER USE PERMITS AND MINING LICENSE



No. F915871

### APPLICANT AND SITE INFORMATION

| Do you plan to do the following work? ☐ Explore ☒ Mine/Reclamation ☐ Transport Equipment | Coastal Zone ☐ Yes ☒ No | Are the mining claims ☐ Federal ☒ State ☐ Private |
|---|---|---|

Check box(es) and list number(s) if you had any of the following permits for these claims:
☒ EPA-NPDES Wastewater Discharge Permit No.: Applied for
☒ Corps of Engineers 404 Permit: Applied For

| Claim owners full legal name | Street address or P.O. Box | | |
|---|---|---|---|
| Carole Hickam | P.O. Box 72496 | | |
| City: Fairbanks | State: AK | Zip Code: 99707 | Home Telephone: 488-3210 | Office Telephone |

Name of lease holder (if rights to claim are leased): 
City: _ State: _ Zip Code: _ Home Telephone: _ Office Telephone: _

| Name of operating company or authorized representative in field | Street address or P.O. Box |
|---|---|
| Tim Kiehl | 3210 Magneet Ln NP AK |
| City: Fairbanks | State: AK | Zip Code: 99707 | Home Telephone: 488-6980 |

Number people working claims: 3

| Employer I.D./Social Security Number | Month/day of start-up this year: May | Month/day of shut-down this year: Oct |
|---|---|---|

Claim(s) location: Township(s), Range(s), Section(s), Meridian(s): FM, T9S, R2W, Sec 8, 17
USGS Quad Map: Fairbanks A2

On what creek(s) is your activity? Gold King Creek

### CLAIM LISTING
List only those claims on which activity will take place. Use separate sheet if necessary.

| No. | Claim Name | ADL/BLM No. | No. | Claim Name | ADL/BLM No. |
|---|---|---|---|---|---|
| 1 | Bench Claim 1 | 530286 | 7 | | |
| 2 | Bench Claim 2 | 530287 | 8 | | |
| 3 | Bench Claim 3 | 530288 | 9 | | |
| 4 | Bench Claim 4 | 530289 | 10 | | |
| 5 | | | 11 | | |
| 6 | | | 12 | | |

### DESCRIPTION OF OPERATION

List type, size, purpose, and number of pieces of equipment to be used on the claim:
{ 1 D-8H Dozer / 1 6" water pump
{ 1 950 loader / 1 20" Sluice Box

Which equipment listed above is used for the removal of overburden?
D-8H Dozer

**RECEIVED JAN 16 1991**

Which equipment listed above will be used in the stream? None

Beginning and ending dates for transportation of equipment across country to a claim: March - April 15

Beginning and ending dates for transportation of equipment across country from a claim: Nov. 15 - Jan.

If using hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD: None

List type and amount of explosives to be used: None

If explosives will be used in or near streams or other bodies of water, indicate when, where, and why they will be used: None

Amount of area to be disturbed: ± 20 AC
Amount of area to be reclaimed: ± 20 AC

Type of overburden:
☐ None
☒ Gravel — Average thickness 3-5 ft
☒ Organic material — Average thickness 2-3 ft