**RECEIVED**

FEB 1 0 2006

PREG O'DONNELL & GILLETT

F-14577 (2561)
(964) RR/MKW

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

DECISION

OCT 23 1992

Heirs of Nora Kubanyi : F-14577
c/o Tanana Chiefs Conference, Inc. : Native Allotment Application
122 First Avenue :
Fairbanks, Alaska  99701-4198 :
:
State of Alaska :
Department of Natural Resources :
Division of Land :
Title and Contracts Section :
3601 C Street, Suite 960 :
Anchorage, Alaska  99503 :

## Decision of September 21, 1992, Modified in Part

On September 21, 1992, a decision was issued by the Bureau of Land Management approving Native allotment application F-14577 under the Act of May 17, 1906, as amended, 43 U.S.C. 170-1 to 270-3 (1970). The decision identified on page three, paragraph three, that the allotment would be made subject to the Rex to Bonnifield Trail, not to exceed twenty-five (25) feet in width.

Additional evidence regarding the use of the trail from five witnesses was submitted by the State of Alaska. The heirs are aware of the width as indicated by a memorandum dated March 8, 1992, received by the Bureau of Land Management. Attached to the memorandum was a sketch map showing the trail and the fifty (50) foot easement width. Based upon the additional evidence received, and the heirs acknowledgment of the width, the decision of September 21, 1992, is hereby modified to read:

This allotment shall be subject to:

> The continued right of public access along the non-exclusive use Rex to Bonnifield Trail not to exceed fifty (50) feet in width.

An appeal from this decision may be taken to the Interior Board of Land Appeals, Office of Hearings and Appeals, in accordance with the enclosed regulations in Title 43 <u>Code of Federal Regulations</u> (CFR), Part 4, Subpart E. The appellant has the burden of showing that the decision appealed from is in error.

If an appeal is taken, the notice of appeal must be filed with the Bureau of Land Management, Alaska State Office, 222 West Seventh Avenue, #13, Anchorage, Alaska 99513-7599 within 30 days of the receipt of this decision. Do not send the appeal directly to the Board from this office. The regulations also require the appellant to serve a copy of the notice of appeal, statement of reasons, written arguments or briefs on the Regional Solicitor, Alaska Region, U.S. Department of the Interior, 4230 University Drive, Suite 300, Anchorage, Alaska 99508-4626. To avoid summary dismissal of the appeal, there must be strict compliance with the regulations. Form 1842-1 is enclosed for additional information.

If an appeal is filed, each party named in the heading of this decision must be served.

/s/ Marcia K. Walker

Marcia K. Walker
Lead Land Law Examiner
Branch of Doyon/Northwest Adjudication

Enclosures:
Form 1841-1
Appeal Regulations

Copy furnished to:

Jimmy Edward Kubanyi
General Delivery
Nulato, Alaska 99765

Don Michael Kubanyi
Box 81431
Fairbanks, Alaska 99701

Eileen Kubanyi Welton
627 Bottles Street
North Pole, Alaska 99705

Elizabeth Kubanyi Tuzroyluke
Box 36
Point Hope, Alaska 99766

Doris Marie Ness
Box 81367
Fairbanks, Alaska 99701

Victor John Kubanyi
1929 Kittiwake Drive
Fairbanks, Alaska 99701

Bobby Lloyd Kubanyi
Arlette Jean Kubanyi
93 Timberline Drive
Fairbanks, Alaska 99701

Bureau of Indian Affairs
Alaska Title Services Center (ATSC)
1675 C Street
Anchorage, Alaska 99501-5198
(true certified copy)

Bureau of Indian Affairs
Federal Building and Courthouse
101 12th Avenue, Box 16
Fairbanks, Alaska 99701-6270

Larry Ethelbah
Area Rights Protection Officer
Juneau Area Office
Bureau of Indian Affairs
P.O. Box 25520
Juneau, Alaska 99802-5520

cc:

DM-(070)

964:RRodriguez:rr:10/22/92:14577dec



EXHIBIT 3
PAGE 1 OF 3