Case 4:04-cv-00026-RRB   Document 144-7   Filed 11/17/2006   Page 1 of 3

Deposition of Jimmy Kubanyi
Taken October 5, 2006

Kubanyi, et al. vs. GVEA, et al.
Case No. F04-0026 CIV (RRB)

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI, and BRIAN        )
     BAGGETT,                          )
 6                                     )
              Plaintiffs,              )
 7                                     )
        vs.                            )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     Individually and d/b/a CRUZ       )
10   CONSTRUCTION, BLACK & VEATCH      )
     CORPORATION, JAKE COVEY and       )
11   PATRICK NELSON,                   )
                                       )
12            Defendants.              )
     _____)
13   Case No. F04-0026 CIV (RRB)
14
15             DEPOSITION OF JIMMY KUBANYI
16          Taken Thursday, October 5, 2006
17     From the Hour of 12:04 p.m. to 1:04 p.m.
18          Pages 1 through 60, inclusive
                      Volume 1
19
          Taken by Counsel for Defendant GVEA
20
                         at
21
         Offices of Heartland Court Reporters
22          100 Cushman Street, Suite 308
                Fairbanks, Alaska 99701
23
24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

EXHIBIT /
PAGE 1   3

Deposition of Jimmy Kubanyi
Taken October 5, 2006

Kubanyi, et al. vs. GVEA, et al.
Case No. F04-0026 CIV (RRB)

Page 27

```
 1    to shoot a cow.  And the weather was so warm this year
 2    and it was real muddy out there, I'm going to wait
 3    until freeze-up and then go out and get it.
 4        Q.   So you didn't go out there at all in September
 5    this year?
 6        A.   Just flew over it a few times.
 7        Q.   Okay.  Typically, other than hunting season,
 8    when do you go spend time out at Seven Mile Lake?
 9        A.   Snow machine out there.
10        Q.   How often?
11        A.   Any time of the year.  I don't know, two,
12    three, four times.  Whenever we get the feeling.  It's
13    a weekend retreat.  It's a short drive down there,
14    unload the -- well, in the winter you drive the trucks
15    out there.
16        Q.   Okay.  You can --
17        A.   Snow machine around there.
18        Q.   So if I understand you correctly, two or
19    three, four times a winter you'll -- you'll take the
20    snow machine, you'll drive your truck in on the Rex
21    Trail --
22        A.   Uh-hum.
23        Q.   -- and spend a weekend out there?
24        A.   Yeah.
25        Q.   And have you ever seen anyone trespassing out
```

EXHIBIT 6
PAGE 2 OF 3

Case 4:04-cv-00026-RRB   Document 144-7   Filed 11/17/2006   Page 3 of 3

Deposition of Jimmy Kubanyi  
Taken October 5, 2006

Kubanyi, et al. vs. GVEA, et al.  
Case No. F04-0026 CIV (RRB)

Page 28

```
 1   there on your allotment?
 2       A.   No.
 3       Q.   Never?
 4       A.   I've seen tracks where snow machines go
 5   through it, but I haven't seen people.
 6       Q.   You've never confronted anybody or physically
 7   seen anybody or any equipment trespassing on your
 8   allotment?
 9       A.   No.
10       Q.   Did you graduate from high school?
11       A.   Yes.
12       Q.   Where?
13       A.   Lathrop High.
14       Q.   What year?
15       A.   1971.
16       Q.   Do you know when your mom was granted this
17   allotment?
18       A.   Hmm.  Early '70s.
19       Q.   When was the first time you were out there?
20       A.   1963.  August.
21       Q.   Why do you remember that so well?
22       A.   Because Kennedy got killed right after it.
23       Q.   How old were you then?  I can do the math, you
24   were probably about 10 or 11?
25       A.   10 or 11.
```

EXHIBIT 6  
PAGE 3 OF 3