Deposition of Doris Kubanyi  
Taken October 5, 2006

Kubanyi, et al. vs. GVEA, et al.  
Case No. F04-0026 CIV (RRB)

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF ALASKA
 3   DON M. KUBANYI, JIMMY KUBANYI,     )
     AILEEN WELTON, ELIZABETH           )
 4   TUZROYLUK, DORIS KUBANYI,          )
     VICTOR KUBANYI, BOBBY KUBANYI,     )
 5   ARLETTE KUBANYI, and BRIAN         )
     BAGGETT,                           )
 6                                      )
              Plaintiffs,               )
 7                                      )
         vs.                            )
 8                                      )
     GOLDEN VALLEY ELECTRIC             )
 9   ASSOCIATION, DAVE CRUZ,            )
     Individually and d/b/a CRUZ        )
10   CONSTRUCTION, BLACK & VEATCH       )
     CORPORATION, JAKE COVEY and        )
11   PATRICK NELSON,                    )
                                        )
12            Defendants.               )
     _____)
13   Case No. F04-0026 CIV (RRB)
14
15             DEPOSITION OF DORIS KUBANYI
16           Taken Thursday, October 5, 2006
17      From the Hour of 1:32 p.m. to 2:38 p.m.
18           Pages 1 through 59, inclusive
                        Volume 1
19
            Taken by Counsel for Defendant GVEA
20
                           at
21
             Offices of Heartland Court Reporters
22              100 Cushman Street, Suite 308
                   Fairbanks, Alaska 99701
23
24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

EXHIBIT 7  
PAGE 1 OF 2

Deposition of Doris Kubanyi
Taken October 5, 2006

Kubanyi, et al. vs. GVEA, et al.
Case No. F04-0026 CIV (RRB)

Page 43

```
1    understanding?
2        A.    Yes.
3              MR. WALLERI:   Well --
4              THE WITNESS:   Sorry.
5              (Exhibit 1 marked.)
6    BY MR. KRAMER:
7        Q.    Where do you believe your 20 acres sits?
8        A.    We've never discussed it.   We just all --
9    there's like five cabins out there.   The younger ones
10   don't have cabins, but we've never discussed which
11   20 acres each person has.   We just all use the land
12   together.
13       Q.    When you're out there, you spend most of your
14   time on the north side of the lake beyond the airstrip,
15   right?
16       A.    Yes, I do.
17       Q.    Have you ever seen anyone other than your
18   family members out there on the lake?
19       A.    All the -- everybody's friends and relatives.
20       Q.    Okay.  Any strangers?
21       A.    No.
22       Q.    Never seen anybody that wasn't connected to
23   the Kubanyi family in some fashion?
24       A.    No.   There are "no trespassing" signs every
25   way you can get to that lake from where our Native
```

EXHIBIT 7
PAGE 2 OF 2