Case 4:04-cv-00026-RRB   Document 144-9   Filed 11/17/2006   Page 1 of 3

Deposition of Aileen Welton  
Taken October 6, 2006

Kubanyi, et al. vs. GVEA, et al.  
Case No. F04-0026 CIV (RRB)

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF ALASKA
 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI, and BRIAN        )
     BAGGETT,                          )
 6                                     )
             Plaintiffs,               )
 7                                     )
         vs.                           )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     Individually and d/b/a CRUZ       )
10   CONSTRUCTION, BLACK & VEATCH      )
     CORPORATION, JAKE COVEY and       )
11   PATRICK NELSON,                   )
                                       )
12           Defendants.               )
                                       )
13   Case No. F04-0026 CIV (RRB)
14
15              DEPOSITION OF AILEEN WELTON
16            Taken Friday, October 6, 2006
17      From the Hour of 3:47 p.m. to 4:44 p.m.
18           Pages 1 through 57, inclusive
                        Volume 1
19
          Taken by Counsel for Defendant GVEA
20
                            at
21
         Offices of Heartland Court Reporters
22          100 Cushman Street, Suite 308
                Fairbanks, Alaska 99701
23
24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

EXHIBIT 8  
PAGE 1 OF 3

Deposition of Aileen Welton  
Taken October 6, 2006

Kubanyi, et al. vs. GVEA, et al.  
Case No. F04-0026 CIV (RRB)

Page 23

```
 1   realized that, you know, you didn't want to go much
 2   further because you were worried about getting stuck?
 3        A.   I'd say somewhere around here.  (Indicating.)
 4        Q.   Okay.
 5        A.   I mean, is that a big dip or something?  I
 6   mean, I don't know.  Alls I know is it was real muddy
 7   and I didn't want -- I was by myself, and...
 8        Q.   Okay.  Well, let's talk about the incident
 9   there between the Cruz Construction folks and your
10   brother Don.  We understand that you were out there at
11   the time?
12        A.   Yes.
13        Q.   Prior to that incident on March 1st, when was
14   the last time that you had been out to the lake?
15        A.   I don't really know.
16        Q.   Okay.  You go out there about 12 times a year,
17   though, so roughly once a month?
18        A.   I'd say once a month.
19        Q.   Okay.
20        A.   Maybe twice a month and not another month.
21        Q.   In all the times you have been out there, have
22   you ever seen other people other than friends and
23   invited guests of the family on the allotment?
24        A.   No.  I mean, we had two kids come out by
25   four-wheeler, I think, last summer, drove in this way
```



Heartland Court Reporters  
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Telephone: 907-452-6727   Fax: 907-488-7701

Case 4:04-cv-00026-RRB   Document 144-9   Filed 11/17/2006   Page 3 of 3

Deposition of Aileen Welton  
Taken October 6, 2006

Kubanyi, et al. vs. GVEA, et al.  
Case No. F04-0026 CIV (RRB)

Page 24

```
 1   (indicating), and -- I think it was last summer, the
 2   summer before, two young kids.
 3        Q.   And did you talk to them?
 4        A.   Yeah.  We came out to ask what they were doing
 5   there because we didn't know them, and they just said
 6   they wanted to see what was back here.
 7        Q.   Okay.  And what happened?
 8        A.   We just told them they had to leave, it was
 9   private property.
10        Q.   Okay.  And they left?
11        A.   Yes.
12        Q.   And in order to get on that trail, did they
13   have to drive by some -- bunch of signs there at the
14   trailhead that said "private property"?
15        A.   Yes.  Road closed, private property.  One even
16   says "keep your ass out."
17        Q.   So there's at least three signs?  Various --
18        A.   Yeah.  Do not enter.  Yeah, there's at
19   least -- at least four, I'd say.
20        Q.   At the entrance to that trail?
21        A.   To this trail here, yes.
22        Q.   That these kids came up?
23        A.   Yes.
24        Q.   Okay.  And they had to have gone right by
25   those signs to get to where they were?
```