Officially Filed

DATE JUNE 17, 1992

ORIGINAL

# U.S. SURVEY No. 9954, ALASKA

This plat contains the entire survey record.

The survey of the East boundary and a portion of the North boundary of Township 8 South, Range 8 West, of the Fairbanks Meridian, Alaska, was surveyed by John T. Moran, Supervisory Cadastral Surveyor, in 1961.

This survey was executed by Robert H. Einarsen, Jr., Cadastral Surveyor, August 18, 1990 through October 12, 1991, in accordance with the specifications set forth in the Manual of Surveying Instructions, 1973, Special Instructions dated May 16, 1988, approved October 12, 1989, and Assignment Instructions dated June 20, 1990.

Field assistants were:

James W. Hawke, Jr., Land Surveyor
Larry V. Judd, Land Surveyor
Deborah J. McAtee, Land Surveyor
William D. Farmer, Surveying Technician
Daryl K. Molelner, Surveying Technician

Area: 159.98 Acres.

The azimuth was obtained from a mean of observations with Sperry North Finding Module No. 503, and refers to the true meridian.

The geographic position of corner No. 4, as determined from a tie to the quarter section corner of sections 7 and 12, Township 8 South, Ranges 7 and 8 West, of the Fairbanks Meridian, is:

Latitude: 64° 14' 04.78" North NAD 27

Longitude: 149° 01' 45.96" West

The mean magnetic declination was obtained from U.S. Geological Survey quadrangle map "FAIRBANKS (A-5)," Alaska, 1950 edition, minor revision in 1984.

This survey is situated on the easterly, southerly, and westerly shores of Seven Mile Lake, (local name), approximately 9 miles southeasterly from Anderson, Alaska.

The land is low rolling tundra plain and wooded upland, at elevations from 600 to 650 feet above sea level.

The soil is a thin layer of fine sandy loam, dark brown to black, rich in humus, underlain with muck and permafrost.

The vegetation consists of alder, willow, birch, poplar, spruce, grasses, and assorted low-bush growth typical to tundra plains.

The Bureau of Land Management Location Tag was found. The position of this survey was determined by the Cadastral Surveyor from the description given in the Special Instructions and the Land Examiners Report.

The term DEEP-1 magnet refers to a magnetic marker composed of strontium encased by a color coded plastic container. The units are 1 inch diameter and 2 1/2 inches long.

Access to the survey was by helicopter.

Acceptance of this survey does not purport to transfer any interest in submerged lands to which the State of Alaska is entitled under the Equal Footing Doctrine and Section 6(m) of the Alaska Statehood Act, P.L. 85-508, notwithstanding the use, location, or absence of meander lines to depict water bodies.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

The survey represented by this plat, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

[signature] June 9, 1992
Date

Deputy State Director for Cadastral Survey, Alaska
Acting

EAST 20.40 · SOUTH 17.31 · EAST 5.00 · SOUTH 35.30 · 46.87 · 20.30 · 26.57 · WEST · NORTH 30.50 · 30.55 · 61.05

W.C.M.C. NORTH 0.91 · W.C.M.C. EAST 2.50 · W.P.

U.S. SURVEY No. 9954

SEVEN MILE LAKE (Local Name)

TURF AIRSTRIPS · TRAILER · MEAT HOUSE · SATELLITE DISH · CABIN · TOWER · MEAT HOUSE · TRAILER · LOG CABIN

TRAIL, 20 LKS. WIDE, BEARS N. 64°E. AND S. 64°W. · TRAIL, 22 LKS. WIDE, BEARS EAST AND WEST · TRAIL, 22 LKS. WIDE, BEARS S. 70°E. AND N. 70°W. · TRAIL, 20 LKS. WIDE, BEARS N. 73°E. AND S. 73°W. · TRAIL, 20 LKS. WIDE, BEARS NORTH AND SOUTH · TRAIL, 22 LKS. WIDE, BEARS EAST AND WEST

N. 19° 32' W. 5.50

True Meridian

Mean Magnetic Declination 29° E.

**(A)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 8 ins. diam., bears N. 89° E., 69 lks. dist., mkd. X BT.

A spruce, 10 ins. diam., bears S. 18° W., 26 lks. dist., mkd. X BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(B)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 7 ins. diam., bears S. 70° W., 46 lks. dist., mkd. 59954 C2 BT.

A spruce, 8 ins. diam., bears N. 69° W., 35 lks. dist., mkd. X BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(C)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 10 ins. diam., bears S. 84° W., 21 lks. dist., mkd. X BT.

A spruce, 8 ins. diam., bears N. 23° W., 14 lks. dist., mkd. 59954 C3 BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(D)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 8 ins. diam., bears S. 80° W., 40 lks. dist., mkd. X BT.

A spruce, 6 ins. diam., bears N. 22° W., 17 lks. dist., mkd. X BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(E)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 4 ins. diam., bears N. 62° E., 150 lks. dist., mkd. X BT.

A birch, 6 ins. diam., bears N. 40° W., 33 lks. dist., mkd. X BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(F)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 24 ins. in the ground, with brass cap mkd. as shown, from which

A spruce, 4 ins. diam., bears N. 51° E., 24 lks. dist., mkd. X BT.

A spruce, 3 ins. diam., bears N. 46° W., 8 lks. dist., mkd. X BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(G)** Drive an alum. rod, 8 1/2 ft. long, 5/8 in. diam., 8 ft. in the ground, with alum. cap mkd. as shown, from which

A birch, 4 ins. diam., bears N. 40° E., 74 lks. dist., mkd. X BT.

A birch, 8 ins. diam., bears S. 24 1/2° E., 260 lks. dist., mkd. 59954 C5 BT.

Bury a clear DEEP-1 magnet along side the aluminum rod.

**(H)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 26 ins. in the ground, with brass cap mkd. as shown, from which

A birch, 4 ins. diam., bears S. 68 1/2° E., 28 lks. dist., mkd. X BT.

A birch, 4 ins. diam., bears S. 35° W., 68 lks. dist., mkd. 59954 C6 BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(I)** Set a stainless steel post, 28 ins. long, 2 1/2 ins. diam., 28 ins. in the ground, with brass cap mkd. as shown, from which

A birch, 8 ins. diam., bears N. 72° E., 47 lks. dist., mkd. X BT.

A birch, 7 ins. diam., bears N. 40° W., 52 lks. dist., mkd. X BT.

Bury a clear DEEP-1 magnet at the base of the stainless steel post.

**(J)** Found iron post, 2 1/2 ins. diam., firmly set, projecting 7 ins. above the ground with brass cap mkd. as shown, from which the original bearing trees

A spruce, 5 ins. diam., bears S. 13° W., 145 lks. dist., mkd. 1/4 S12 BT, visible on a partially healed blaze.

A spruce, 8 ins. diam., bears N. 49° W., 30 lks. dist., mkd. X BT, visible on a partially healed blaze.

## IMPROVEMENTS

From Corner No. 4:

The most northerly end of a turf airstrip, 66 x 1010 ft., bears N. 7°57' E., 58.91 chs. dist., airstrip extends S. 8 1/2° E.

The most easterly end of a turf airstrip, 60 x 900 ft., bears N. 20°34' E., 50.51 chs. dist., airstrip extends S. 89 1/2° W.

The base of a satellite dish, 13 ft. in diam., bears N. 24°48' E., 30.46 chs. dist.

The most easterly cor. of a meat house, 8 x 12 ft., bears N. 25°35' E., 31.37 chs. dist., long side extends S. 60° W.

The most easterly cor. of a trailer, 8 x 17 ft., bears N. 26°30' E., 32.08 chs. dist., long side extends S. 10° W.

The most southerly cor. of a cabin, 20 x 20 ft., bears N. 21°04' E., 30.90 chs. dist., long side extends N. 72° E.

The center of an observation tower, 12 x 12 x 36 ft. high, bears N. 27°15' E., 31.54 chs. dist., sides extend in cardinal directions.

The most northerly cor. of a meat house, 8 x 12 ft., bears N. 29°33' E., 26.10 chs. dist., long side extends S. 15° W.

The most easterly cor. of a trailer, 10 x 27 ft., bears N. 30°22' E., 25.91 chs. dist., long side extends S. 25° W.

The most northeasterly cor. of a log cabin, 26 x 36 ft., bears N. 31°07' E., 16.87 chs. dist., long side extends East.

## MEANDERS

Along a well defined bank, 1 to 5 ft. high, at the line of ordinary high water.

| No. | Course | Distance |
|---|---|---|
| 1. | S. 84°45' W. | 1.71 chs. |
| 2. | S. 23°20' W. | 8.08 chs. |
| 3. | S. 1°30' W. | 7.78 chs. |
| 4. | S. 14°17' W. | 6.71 chs. |
| 5. | S. 14°09' E. | 7.41 chs. |
| 6. | S. 10°31' E. | 3.29 chs. |
| 7. | S. 17°05' W. | 8.12 chs. |
| 8. | S. 19°22' E. | 3.85 chs. |
| 9. | N. 67°45' E. | 6.67 chs. |
| 10. | S. 89°31' E. | 3.16 chs. |
| 11. | S. 84°16' E. | 6.14 chs. |
| 12. | N. 13°51' E. | 3.25 chs. |
| 13. | N. 8°20' E. | 9.83 chs. |
| 14. | N. 29°12' W. | 4.01 chs. |
| 15. | N. 51°13' W. | 2.74 chs. |
| 16. | N. 2°11' E. | 2.17 chs. |
| 17. | N. 84°12' E. | 0.72 chs. |
| 18. | S. 78°29' E. | 1.62 chs. |
| 19. | N. 34°06' E. | 5.04 chs. |
| 20. | N. 41°20' E. | 6.20 chs. |
| 21. | N. 44°18' E. | 6.15 chs. |

0 1 2 3 4 5 10 15 20
Chains

I, Robert H. Einarsen, Jr., HEREBY CERTIFY upon honor that in pursuance of Special Instructions dated May 16, 1988, I have executed the survey depicted on this plat in strict conformity with said Special Instructions, the Manual of Instructions for the Survey of the Public Lands of the United States, 1973, and in the specific manner described on this plat.

APRIL 16, 1992
Date

[signature]
Cadastral Surveyor

Ruppert v. GVEA
Plaintiff No. 8
EXHIBIT 9
PAGE 1 OF 1