Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>    Plaintiff(s),<br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>    Defendant(s). | NO. F-04-0026 CIV<br><br>DEFENDANT BLACK & VEATCH'S MOTION FOR ENTRY OF FINAL JUDGMENT |

    Defendant Black and Veatch, (B&V), by and through its attorneys, Preg O'Donnell & Gillett, hereby moves this court for Entry of Final Judgment as an Order has been obtained from the Court, granting B&V's Motion for Summary Judgment. Federal Rule of Civil Rule 54(b)

DEFENDANT BLACK & VEATCH'S MOTION FOR ENTRY OF FINAL JUDGMENT - 1
00567-4017 50124.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

provides that in claims involving multiple parties, the Court may order entry of a Final Judgment upon a determination that there is no just reason for delay, as follows:

> When more than one claim for relief is presented in an action, whether as a claim, counterclaim, cross-claim, or third-party claim, or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment. (Federal Rules of Civil Procedure 54(b)

A prerequisite to filing a Rule 54(b) Judgment requires resolution of at least one claim or resolution of the rights and liabilities of at least one party's interests which have been adjudicated to finality. Curtiss-Wright Corp. v. General Elec. Co. 446 U.S. 1, 7 (1980); State Street Bank & Trust Co. v. Brockrim, Inc., 87 F.3d 1487, 1489 (1st Cir. 1996). In this particular matter, the Court granted B&V's Motion for Summary Judgment and dismissal of both of plaintiff's claims. B&V requested dismissal of plaintiff's claims, and also dismissed B&V from this litigation.

Rule 54 (b) allows a court to finalize an order that completely disposes of one or more but fewer than all of the claims or parties. Securities & Exchange Commission v. Capital Consultants LLC, 453 F. 3rd 1166 (2006). Rule 54 (b) was amended to provide that "courts may make an express determination that there is no just reason for delay" and the that the court make "an express direction for the entry of judgment." Id. At 1174. The rule therefore avoids the confusion and waste of time created by uncertainty as to finality and "helps to ensure that a decision really is final" in the event that it is appealed. Id. It is appropriate to enter a final judgment in cases involving dismissal of actions pursuant to summary judgment which involve only one legal issue. Addidis America, Inc. v. Payless Shoeless Inc., 166 Fed. Appx. 268 (9th Cir. 2006). In Addidis, the court entered a final judgment pursuant to Civil Rule 54 (b) in which

DEFENDANT BLACK & VEATCH'S MOTION FOR ENTRY OF FINAL JUDGMENT - 2
00567-4017 50124.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

the court had previously dismissed claims following a summary judgment motion which involved the resolution of a single legal issue.

In the instant matter the Court Order of November 15, 2006 granted B&V's Motion for Summary Judgment, and concluded that (1) B&V did not assume sufficient control over Cruz Construction to be held liable for any alleged trespass by Cruz Construction, and B&V's Motion for Summary Judgment on Kubanyis' trespass claims was GRANTED.  The Court further determined that "as the Kubanyis' concede that B&V is not liable under 1983, B&V;s Motion for Summary Judgment on Kubanyis' 1983 claims is also GRANTED.  Further B&V's Motion for Summary Judgment at Docket 57 is hereby GRANTED and Kubanyis' cross motion for Partial Summary Judgment at Docket 88 is DENIED with respect to B&V.  B&V is therefore dismissed from this litigation."

Based upon the above it is apparent that there is no just cause or reason for delay in entering a final judgment as to B&V, as all claims against B&V have been adjudicated to finality.  Therefore, Black & Veatch  respectfully requests this court to enter final judgment,  as all claims have been dismissed against this entity.

DATED this 21st day of November, 2006.

PREG O'DONNELL & GILLETT PLLC

By     /S/  Eric P. Gillett
     Eric P. Gillett
     ABA 8611111
     Preg O'Donnell & Gillett PLLC
     1800 Ninth Ave., Suite 1500
     Seattle, WA  98101-1340
     egillett@pregodonnell.com
     P: 206-287-1775 F: 206-287-9113
Attorneys for Defendant Black & Veatch Corporation

DEFENDANT BLACK & VEATCH'S MOTION FOR ENTRY OF FINAL JUDGMENT - 3
00567-4017 50124.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1. **Defendant Black & Veatch's Motion for Entry of Final Judgment**

directed to the following individuals:

**Counsel for Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, et al.**:
Michael J. Walleri
Law Office of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

\_\_\_   **Via Messenger**
_X_   **Via Facsimile – (907) 452-4725**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_   **Via Overnight Mail, postage prepaid**
\_\_\_   **Via Email, with recipient's approval**

**Counsel for Defendant Golden Valley Electric Association**:
Cory Borgeson, Esq.
Borgeson & Burns, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK  99701

\_\_\_   **Via Messenger**
_X_   **Via Facsimile – (907) 456-5055**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_   **Via Overnight Mail, postage prepaid**
\_\_\_   **Via Email, with recipient's approval**

**Counsel for Defendants Trooper Jake Covey and Trooper Patrick Nelson**:
Venable Vermont, Jr., Esq.
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 20
Anchorage, AK  99501

\_\_\_   **Via Messenger**
_X_   **Via Facsimile – (907) 258-0760**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_   **Via Overnight Mail, postage prepaid**
\_\_\_   **Via Email, with recipient's approval**

**Counsel for Defendant/Third-party Plaintiff Dave Druz, d/b/a Cruz Construction**:
Dan Quinn, Esq.
Law Offices of Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2038

\_\_\_   **Via Messenger**
_X_   **Via Facsimile – (907) 276-2953**
_X_   **Via U.S. Mail, postage prepaid**
\_\_\_   **Via Overnight Mail, postage prepaid**
\_\_\_   **Via Email, with recipient's approval**

DEFENDANT BLACK & VEATCH'S MOTION FOR ENTRY OF FINAL JUDGMENT - 4
00567-4017  50124.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1   DATED at Seattle, Washington, this 21st day of November, 2006.

PREG O'DONNELL & GILLETT PLLC

By ____/s/ Eric P. Gillett_____
    Eric P. Gillett, ABA 8611111
    Preg O'Donnell & Gillett PLLC
    1800 Ninth Ave., Suite 1500
    Seattle, WA  98101-1340
    egillett@pregodonnell.com
    P: 206-287-1775 F: 206-287-9113
Attorneys for Defendant Black & Veatch Corporation

DEFENDANT BLACK & VEATCH'S MOTION FOR ENTRY OF FINAL JUDGMENT - 5
00567-4017  50124.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113