Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>     Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. F04-0026 CIV

### GVEA'S MOTION AND MEMORANDUM TO EXTEND TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO GVEA'S MOTION REGARDING WIDTH AND SCOPE OF EASEMENT (UNOPPOSED)

Defendant Golden Valley Electric Association moves this Court for an Order extending the time for GVEA to file its Reply to Plaintiffs' Opposition to GVEA's Motion Regarding the Width and Scope of Easement for reasons set forth in the following memorandum.

The former due date for GVEA's reply was November 24, 2006. GVEA's offices are to be closed on November 24, 2006 for the Thanksgiving Holiday. GVEA requests the Court extend the time by one week making the new due date December 1, 2006.

GVEA has contacted counsel for the Plaintiffs and counsel for Cruz Construction and David Cruz. Neither counsel opposes GVEA's Motion for this extension of time. GVEA did not contact counsel for the Troopers or counsel for Black and Veatch as those parties have been ordered dismissed from this action.

For the reasons set forth above, GVEA respectfully requests the Court extend the time for GVEA to file their reply to December 1, 2006.

DATED this 22nd day of November, 2006, at Fairbanks, Alaska.

By: s/ Cory R. Borgeson

BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, Alaska 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com
ABA #8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

**GVEA'S MOTION AND MEMORANDUM TO EXTEND TIME TO REPLY REGARDING EASEMENT WIDTH AND SCOPE**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 2 of 3

Eric P. Gillett egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

Dave Floerchinger dave_floerchinger@law.state.ak.us;TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501