Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 -- facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,           )
Aileen Welton, Elizabeth Tuzroyluk       )
Doris Kubanyi, Victor Kubanyi,           )
Bobby Kubanyi, Arlette Kubanyi and,      )
Brian Baggett,                           )
                                         )
                    Plaintiffs,          )
                                         )
        vs.                              )
                                         )   Case No. F04-0026 CIV RRB
Golden Valley Electric Association,      )
Dave Cruz, individually and d/b/a        )
Cruz Construction, Black & Veatch        )
Corporation, Jake Covey and              )
Patrick Nelson,                          )
                                         )
                    Defendants.          )
_____  )

## PROPOSED ORDER GRANTING GVEA'S MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO GVEA'S MOTION REGARDING WIDTH AND SCOPE OF EASEMENT

Upon GVEA's unopposed Motion to Extend Time to File GVEA's Reply to

Plaintiffs' Opposition to GVEA's Motion Regarding Width and Scope of Easement,

and the Court being advised of the premises,

IT IS HEREBY ORDERED that GVEA's request is GRANTED; and

IT IS HEREBY ORDERED that GVEA's Reply to Plaintiffs' Opposition to

GVEA's Motion Regarding Width and Scope of Easement shall be due on December

1, 2006.

DATED at Fairbanks, Alaska, this ___ day of November, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Eric P. Gillett egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

Dave Floerchinger dave_floerchinger@law.state.ak.us;TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501