Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi,<br>Aileen Welton, Elizabeth Tuzroyluk<br>Doris Kubanyi, Victor Kubanyi,<br>Bobby Kubanyi, Arlette Kubanyi and,<br>Brian Baggett,<br><br>           Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association,<br>Dave Cruz, individually and d/b/a<br>Cruz Construction, Black & Veatch<br>Corporation, Jake Covey and<br>Patrick Nelson,<br><br>           Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. F04-0026 CIV RRB |

### ~~PROPOSED~~ ORDER GRANTING GVEA'S MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO GVEA'S MOTION REGARDING WIDTH AND SCOPE OF EASEMENT

Upon GVEA's unopposed Motion to Extend Time to File GVEA's Reply to Plaintiffs' Opposition to GVEA's Motion Regarding Width and Scope of Easement, and the Court being advised of the premises,

IT IS HEREBY ORDERED that GVEA's request is GRANTED; and

IT IS HEREBY ORDERED that GVEA's Reply to Plaintiffs' Opposition to GVEA's Motion Regarding Width and Scope of Easement shall be due on December 1, 2006.

DATED at Fairbanks, Alaska, this 27 day of November, 2006.

/S/ RRB
_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE