Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>        Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>        Defendants. | Case No. F04-0026 CIV RRB |

## PROPOSED ORDER
## GRANTING GVEA'S MOTION FOR SUMMARY JUDGMENT DISMISSING PLAINTIFFS' CLAIMS AGAINST GVEA PREMISED ON WATER PERMIT BETWEEN GVEA AND THE STATE OF ALASKA

The Court, having considered GVEA's Motion for Summary Judgment dismissing Plaintiffs' claims against GVEA premised on the Temporary Water Use Permit issued to GVEA by the State of Alaska, and having considered any oppositions thereto,

IT IS HEREBY ORDERED that GVEA's Motion is GRANTED; and

IT IS HEREBY ORDERED that Plaintiffs' claim for trespass against GVEA is DISMISSED WITH PREJUDICE; and

IT IS HEREBY ORDERED that GVEA is dismissed from this litigation.

DATED this _____ day of _____, 2006.


_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Eric P. Gillett egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

Dave Floerchinger dave_floerchinger@law.state.ak.us;TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501