Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION**<br>[FRCP 60(b)]<br><br><br>Case No. FO4-0026 |

Plaintiffs seek reconsideration of the Court's orders at Docket 141, 142, and

143, granting summary judgment as to Golden Valley Electic Association, David

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Cruz, Cruz Construction and Troopers Covey and Nelson, respecting claims under 43 USC 1983.

Relief from judgment under FRCP 60(b) requires that the moving party show (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud or other misconduct; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) other "extraordinary circumstances" which prevented a party from making a timely appeal. *See United States v. Alpine Land & Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993).

Plaintiff's complaint alleges a cause of action under 43 USC 1983. The Plaintiff's argument is grounded in three theories: i.e. excessive force, deprivation of property, and false arrest. In regard to the Troopers the Court considered the excessive force and deprivation of property issues, but failed to address the false arrest theory and the motivation for the arrest.

The Troopers placed Mr. Kubanyi under arrest and physically attacked him with a stun gun and pepper spray merely because --- in their explanation --- he told

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

them to "Fuck You".[1]  In making its ruling, the Court did not consider this fact. This fact has two implications.  First, As the Ninth Circuit has instructed, the motivation for the arrest is a factor to be considered by the Court in determining whether excessive force was used.[2]  Second, the statement was constitutionally protected speech, and the arrest of Mr. Kubanyi for stating "Fuck you" violated Mr. Kubanyi's First Amendment rights, and was an illegal arrest *per se*.  Indeed, the arrest for this purpose is a basis for summary judgment, by itself, under §1983. *Stone v. Juarez, , 2006 U.S. Dist. LEXIS 27272 (D.N.M., Apr. 23, 2006) citing Houston v. Hill, 482 U.S. 451  (1987); See also   Duran v. Douglas, 904 F.2d 1372, 1378 (9th Cir. 1989)*  The Court did not address this question.

Additionally, in considering the liability of GVEA and Cruz, the Court did not consider the deprivation of right theory for 1983, nor the participation of Cruz, and by implication, GVEA, in misleading the Troopers to use the color of law to facilitate their illegal trespass upon the Kuybani allotment.

---

[1] Plt. Ex. 7(Covey Depo) 38:22-39:8
[2] *McKenzie v. Lamb*, 738 F.2d 1005, 1011 (9th Cir. 1984)., citing *Roberts v. Marino*, 656 F.2d 1112, 1114 (5th Cir. 1981).  Cited at p. 48 of Plt. Memo.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

As noted above, the failure of the Court to consider and address these theories, give rise to the need for the Court to reconsider its orders. The Plaintiff's request the Court to reconsider its prior orders appearing at Dockets 141, 142, and 143 on the narrow issues raised, and establish a briefing schedule on these issues.

DATED this 30th day of November, 2006.

        MICHAEL J. WALLERI

        /s/ Michael J. Walleri
        Law Offices of Michael J. Walleri
        330 Wendell Street, Suite E
        Fairbanks, Alaska 99701
        (907) 452-4716
        (907) 4524725 (Facsimile)
        walleri@gci.net
        AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on November 30th, 2006, via ECF to:

| Mr. David Floerchinger | Mr. Cory Borgeson |
| --- | --- |
| Assistant Attorney General | Boreson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak 99501 | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA 98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA, Dave Cruz, Cruz Construction, et al.*      4 of 4
Memo: Reconsideration