UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KUBANYI, et al.   v.   GVEA, et al.

DATE:   November 30, 2006      CASE NO.   4:04-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE MOTION FOR RECONSIDERATION**

---

The Court is in receipt of Plaintiff's Motion for Reconsideration at Docket 153. Pursuant to D. Ak. LR 59.1(d), Defendants have until **4:30 p.m.** on **December 15, 2006,** to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.

ORDER RE RECONSIDERATION