Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi,<br><br>        Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>        Defendants. | Case No. F04-0026 CIV |

### DEFENDANT GVEA'S AMENDED FINAL WITNESS LIST

Defendant, Golden Valley Electric Association, Inc. ("GVEA") provides the following Amended Final Witness List.

### LAY WITNESSES

1. Bob Fath
   c/o GVEA
   758 Illinois St.; P.O. Box 71249
   Fairbanks, Alaska 99707-1249
   T: (907) 452-1151
   **Attorney-Client Privilege applies.**

2.  Greg Wyman
    Transmission & Distribution: Manager of Construction Services
    c/o GVEA
    758 Illinois St.; P.O. Box 71249
    Fairbanks, Alaska 99707-1249
    T: (907) 452-1151, Ext. 5629
    **Attorney-Client Privilege applies.**

3.  Mike Wright
    Transmission & Distribution: Vice President
    c/o GVEA
    758 Illinois St.; P.O. Box 71249
    Fairbanks, Alaska 99707-1249
    T: (907) 452-1151, Ext. 5679
    **Attorney-Client Privilege applies.**

4.  Don M. Kubanyi
    c/o Michael J. Walleri
    Law Offices of Michael J. Walleri
    330 Wendell Street, Suite E
    Fairbanks, AK 99701
    T: (907) 452-4716
    **Attorney-Client Privilege applies.**

5.  Jimmy Kubanyi
    c/o Michael J. Walleri
    Law Offices of Michael J. Walleri
    330 Wendell Street, Suite E
    Fairbanks, AK 99701
    T: (907) 452-4716
    **Attorney-Client Privilege applies.**

6.  Aileen Welton
    c/o Michael J. Walleri
    Law Offices of Michael J. Walleri
    330 Wendell Street, Suite E
    Fairbanks, AK 99701
    T: (907) 452-4716
    **Attorney-Client Privilege applies.**

7. Elizabeth Tuzroyluk
c/o Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701
T: (907) 452-4716
**Attorney-Client Privilege applies.**

8. Doris Kubanyi
c/o Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701
T: (907) 452-4716
**Attorney-Client Privilege applies.**

9. Victor Kubanyi
c/o Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701
T: (907) 452-4716
**Attorney-Client Privilege applies.**

10. Bobby Kubanyi
c/o Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701
T: (907) 452-4716
**Attorney-Client Privilege applies.**

11. Arlette Kubanyi
c/o Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701
T: (907) 452-4716
**Attorney-Client Privilege applies.**

12.  Brian Baggett
     c/o Michael J. Walleri
     Law Offices of Michael J. Walleri
     330 Wendell Street, Suite E
     Fairbanks, AK  99701
     T: (907) 452-4716
     **Attorney-Client Privilege applies.**

13.  Eric Worthington
     Management
     Global Power and Communication
     3900 C Street, Suite 602
     Anchorage, Alaska  99503-5968
     **Attorney-Client Privilege applies.**

14.  Dave Cruz
     c/o Daniel T. Quinn
     Richmond & Quinn
     360 K Street, Suite 200
     Anchorage, Alaska 99501
     **Attorney-Client Privilege applies.**

15.  Dana Cruz
     c/o Daniel T. Quinn
     Richmond & Quinn
     360 K Street, Suite 200
     Anchorage, Alaska 99501

16.  Ron Keller
     c/o Daniel T. Quinn
     Richmond & Quin
     360 K Street, Suite 200
     Anchorage, Alaska 99501

17.  Michael Ebel
     c/o Daniel T. Quinn
     Richmond & Quin
     360 K Street, Suite 200
     Anchorage, Alaska 99501

18. Edward Diola
    c/o Daniel T. Quinn
    Richmond & Quin
    360 K Street, Suite 200
    Anchorage, Alaska 99501

19. Christopher Faeo
    c/o Daniel T. Quinn
    Richmond & Quin
    360 K Street, Suite 200
    Anchorage, Alaska 99501

20. Wayne Walters
    c/o Daniel T. Quinn
    Richmond & Quin
    360 K Street, Suite 200
    Anchorage, Alaska 99501

21. Trooper Patrick Nelson
    c/o Dave Floerchinger
    Assistant Attorney General, State of Alaska
    1031 W. 4th Avenue, Suite 200
    Anchorage, Alaska 99501
    **Attorney-Client Privilege applies.**

22. Trooper Jake Covey
    c/o Dave Floerchinger
    Assistant Attorney General, State of Alaska
    1031 W. 4th Avenue, Suite 200
    Anchorage, Alaska 99501
    **Attorney-Client Privilege applies.**

23. Trooper Dell Arnt
    c/o Dave Floerchinger
    Assistant Attorney General, State of Alaska
    1031 W. 4th Avenue, Suite 200
    Anchorage, Alaska 99501
    **Attorney-Client Privilege applies.**

24. Paul Mayo
    Tanana Chiefs Conference
    122 1st Avenue, Suite 600
    Fairbanks, Alaska 99701
    T: (907) 452-8251 ext. 3261

25. Rick Mucha and
    Representatives of Black & Veatch
    c/o Preg O'Donnell & Gillett, PLLC
    1800 Ninth Avenue, Suite 1500
    Seattle Washington 98101-1340
    T: (206) 287-1775
    F: (206) 287-9113
    **Attorney-Client Privilege applies.**

26. Dick Warner
    Dryden & LaRue, Inc
    3305 Arctic Blvd.
    Anchorage, Alaska 99503-1008
    T: (907) 349-6653
    F: (907) 522-2534

27. Gary Foreman
    Bureau of Land Management
    University Avenue, Bldg. 1150
    Fairbanks, Alaska 99709
    T: (907) 474-2200

28. Elliott Lowe
    Bureau of Land Management
    University Avenue, Bldg. 1150
    Fairbanks, Alaska 99709
    T: (907) 474-2200

29. Robin Rodriquez
    Land Law Examiner
    222 West Seventh Avenue #13
    Anchorage, Alaska 99513-7504
    T: (907) 271-3768
    F: (907) 271-3334

30. Stu Pechek
    Department of Natural Resources
    3700 Airport Way
    Fairbanks, Alaska 99709
    T: (907) 451-2705

31. Mark Musial
    Golder & Associates
    1750 Abbott Road
    Anchorage, Alaska
    T: (907) 344-6001
    F: (907) 344-6011

32. Johnny Legerat
    78 Timberland Drive
    Fairbanks, Alaska
    T: (907) 456-7138

33. Cathy Legerat
    78 Timberland Drive
    Fairbanks, Alaska
    T: (907) 456-7138

34. Guy Carter
    2376 Peede Rd.
    North Pole, Alaska 99705
    (907) 488-7742

35. Nathan Ludwig
    141 Dunkel Street
    Fairbanks, Alaska 99701-4858
    (907) 374-2957

36. Hans Axelsson
    P.O. Box 75332
    Fairbanks, Alaska 99707

37. David F. Pott
    PO Box 60354
    Fairbanks, AK
    (907) 488-3249

38. Joseph P. Sullivan
    State of Alaska Department of Natural Resources, Northern Region
    3700 Airport Way
    Fairbanks, Alaska 99709-4699

39. Tim Kiehl
    P.O. Box 72496
    Fairbanks, Alaska 99707

40. Don Kiehl
    Gold King, Alaska

41. Butch Kiehl
    Gold King, Alaska

42. James W. Cude
    P.O. Box 876
    Pleasanton, Texas 78064

43. Philip Kib Cannon
    P.O. Box 60675
    Fairbanks, Alaska 99706

44. Jack Dunshie
    P.O. Box 60675
    Fairbanks, Alaska 99706

45. Richard Karr
    P.O. Box 60782
    Fairbanks, Alaska 99706

46. Robert Southwood
    P.O. Box 60782
    Fairbanks, Alaska 99706

47. Mike Pearson
    Middle Nenana River A.C.
    Box 3037
    Anderson, AK 99744

48. Evan L. Miller
    4545 Wood River Dr.
    Fairbanks, Alaska 99701

49. Lynn Thompson
    Fairbanks, Alaska
    460-2847

50. Carol Hickam
    PO Box 72496
    Fairbanks, AK   99707
    (907) 488-3210

51. Del Johnson
    PO Box 61537
    Fairbanks, AK  99706

52. Robert Southwood
    PO Box 60782
    Fairbanks, AK  99706

## EXPERT WITNESSES

### Surveying Consulting Experts

53. Stutzmann Engineering Associates, Inc.
    9 Adak Avenue
    Fairbanks, Alaska 99701
    T: (907) 452-4094

54. Photogrammatrist John Ellis, Aerometric, Inc.,
    ANCHORAGE DIVISION
    2014 Merrill Field Drive
    Anchorage, Alaska 99501-4116
    T: (907) 272-4495

### Surveying Expert

55. Kalen & Associates, Inc.
    1041 Chena Ridge Rd.
    Fairbanks, Alaska 99709
    T:  (907) 479 – 2628

### Realty Experts

56. Robert Fox Realty
    1121 First Avenue
    Fairbanks Alaska, 99701
    T: (907) 456-8000

57. Hans Axelsson
P.O. Box 75332
Fairbanks, Alaska 99707

58. Paul Mayo
Tanana Chiefs Conference
122 1st Avenue, Suite 600
Fairbanks, Alaska 99701

## Accounting Expert

59. Walsh, Kelliher and Sharp
330 Barnette Street
Fairbanks, Alaska 99701
T: (907) 456-2222

## Other Witnesses

60. All witnesses listed by all parties.

61. All witnesses necessary for authentication of documents or exhibits including but not limited to records custodians.

62. Rebuttal witnesses as they become known and relevant.

63. Any and all witnesses revealed through on-going discovery.

DATED at Fairbanks, Alaska, this 30th day of November, 2006.

BORGESON & BURNS, PC
Attorney(s) for Plaintiff GVEA


By:    s/Cory Borgeson
Cory Borgeson
ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

David Floerchinger  dave_floerchinger@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501