# EXHIBIT A



## TANANA CHIEFS CONFERENCE, INC.
122 FIRST AVENUE
FAIRBANKS, ALASKA 99701-4897
PHONE (907) 452-8251   FAX (907) 451-8936

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

M E M O R A N D U M

TO:   Chief, Branch of Doyon Adj. (964)
      Bureau of Land Management

FROM: Susan Jones
      Allotment Specialist

DATE: March 8, 1991

RE:   Native Allotment of Nora Kubanyi, FF-14577

*************************************************************

Enclosed please find five affidavits from the heirs of Nora Kubanyi regarding the location of her Native Allotment FF-14577. Mrs. Kubanyi did not intend to claim the Rex-to-Bonnifield trail. They would like to correct the survey instructions so that Lines 3-4 are on the border of the 25' trail easement. They would like the adjustment line of the allotment to be Lines 4-5.

LOCATION CORRECTION FORM

State of Alaska            )
                           ) ss
Fourth Judicial District   )

I, _Elizabeth Tuzroyluk_, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

_Elizabeth Tuzroyluk_
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this _17th_ day of _february_, _1990_ at _Point Hope_, _AK_ _99766_.

_____          PO Box 25
Notary Public for the State of Alaska    Point Hope, AK 99766
My Commission Expires: _3-8-93_
                       #64763

RECEIVED
FEB 2? 1990
TCC Realty

## SURVEYED TOWNSHIP

MOVE 4-5, 5-6 $10 6 6 =
OUT TO INCL. AIRSTRIPS

AIRSTRIPS

IMPOUNDMENT

TRAILER
F-14577

↑ 25' Trail
TRAIL

BLM MARKER

FOR DECREASE
MOVE 3-4

Exclude the Rex to Bonnifield
50' centerline easement.
Expand lines 4-5 to make
up acreage difference.

John Kubanye
1/2/90

LOCATION CORRECTION FORM

State of Alaska            )
                           ) ss
Fourth Judicial District   )

I, __Bobby L. Kubanyi__, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

_____Bobby L. Kubanyi_____
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this __19th__ day of __January__, __1990__ at __Fairbanks__, __Alaska__.

_____Welton_____
Notary Public for the State of Alaska
My Commission Expires: 10/24/91

## LOCATION CORRECTION FORM

State of Alaska )
) ss
Fourth Judicial District )

I, __ARLETTE J. KUBANYI__, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this __5th__ day of __January__, __1990__ at __Fairbanks__, __Alaska__.

__Linda D. Chipman__
Dep. Clerk ~~Notary Public~~ for the State of Alaska
My Commission Expires: __w/office__

'91 MAR 12

## SURVEYED TOWNSHIP



Exclude the Rex to Bonnifield 50' centerline easement. Expand lines 4-5 to make up acreage difference.

John Kubanye
1/2/90

## LOCATION CORRECTION FORM

State of Alaska              )
                             ) ss
Fourth Judicial District     )

I, _Aileen L. Welton_, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

_____Welton_____
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this _8th_ day of _January_, _1990_ at _Fairbanks_, _Alaska_.

_____Susan B. _____
Notary Public for the State of Alaska
My Commission Expires: _10-24-91_

'91 MAR 12

## LOCATION CORRECTION FORM

State of Alaska              )
                             ) ss
Fourth Judicial District     )

I, __Victor J Kubanyi__, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

_____
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this __8th__ day of __January__, __1990__ at __Fairbanks__, __Alaska__.

_____
Notary Public for the State of Alaska
My Commission Expires: __10-24-91__



# TANANA CHIEFS CONFERENCE, INC.
122 FIRST AVENUE
FAIRBANKS, ALASKA 99701-4897
PHONE (907) 452-8251   FAX (907) 451-8936

MEMORANDUM

TO:   Chief, Branch of Doyon Adjudication (964)
      Bureau of Land Management
      Attn: Robin

FROM: Susan Paskvan, Allotment Specialist

DATE: August 21, 1992

RE:   Native Allotment of Nora Kubanyi, FF-14577

*************************************************************

As we discussed last week, the allotment has already been surveyed and the amendment request to leave out the Rex-to-Bonnifield Trail was not received in time to correct the survey instructions. As it is currently surveyed, this trail does cross the allotment.

The heirs have two options: 1) accept the survey as is and it will be approved under the 1906 act this year with the trail reserved or 2) request a new field examination and survey, which will delay adjudication for a couple of years or more.

I have discussed these two options with John Kubanyi, the husband of Nora Kubanyi. He stated that they do not object to the trail because it was there long before they were. However; he stated that the trail is in bad condition and people using it tend to go around the original trail onto the allotment. He has tried to block off the trail boundaries with fence and barb wire but they cut right through it. Can you please find out what can be done about

His decision is to accept option 1.

cc: Jimmy E. Kubanyi, Don M. Kubanyi, Aileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby Kubanyi, and Arlette J. Kubanyi