**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI and BRIAN BAGGETT

    Plaintiffs,

                              Case Number 4:04-cv-00026-RRB

v.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
and d/b/a CRUZ CONSTRUCTION,
BLACK & VECH CORPORATION, JAKE
COVEY and PATRICK NELSON

    Defendant.                   **JUDGMENT ON CONSENT**

Parties have notified the court that Offer of Judgment has been accepted. it is therefore ordered that the plaintiff Brian Baggett recover from the defendant Dave Cruz, d/b/a Cruz Construction the some of $1.00 for all claims, inclusive of prejudgment interest, attorneys fees and recoverable court costs.

_____
s/RALPH R. BEISTLINE
United States District Judge

_____
Date: November 29, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                              IDA ROMACK
                       Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}