**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI and BRIAN BAGGETT

      Plaintiffs,

                                   Case Number 4:04-cv-00026-RRB

v.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
and d/b/a CRUZ CONSTRUCTION,
BLACK & VECH CORPORATION, JAKE
COVEY and PATRICK NELSON

      Defendant.                   **JUDGMENT ON CONSENT**

Parties have notified the court that Offer of Judgment has been accepted. it is therefore ordered that the plaintiff Brian Baggett recover from the defendant Golden Valley Electric Association the some of $1.00 for all claims, inclusive of prejudgment interest, attorneys fees and recoverable court costs.

_____
s/RALPH R. BEISTLINE
United States District Judge

_____
Date: November 29, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                       IDA ROMACK
                                Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}