**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DON M. KUBANYI, JIMMY KUBANYI
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI and BRIAN
BAGGETT,
      Plaintiff,

v.
                                      Case Number 4:04-cv-00026-RRB

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ
individually and d/b/a
CRUZ CONSTRUCTION, BLACK
& VECH CORPORATION, JAKE
COVEY, and PATRICK NELSON,
      Defendant.                **JUDGMENT IN A CIVIL CASE**

__XX__ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiffs take nothing, that the action be dismissed on the merits regarding defendants Jake Covey and Patrick Nelson (Alaska State Troopers) and that the defendants, Covey and Nelson recover of the plaintiff, their costs of action.

APPROVED:

_s/RRB_
s/RALPH R. BEISTLINE
United States District Judge

_11/30/2006_
Date: November 30, 2006

*Note: Award of prejudgment interest,*        IDA ROMACK
*costs and attorney's fees are governed*
*by D.Ak. LR 54.1, 54.3, and 58.1.*        Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}