# EXHIBIT A



**TANANA CHIEFS CONFERENCE, INC.**
122 FIRST AVENUE
FAIRBANKS, ALASKA 99701-4897
PHONE (907) 452-8251 FAX (907) 451-8936

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

M E M O R A N D U M

TO: Chief, Branch of Doyon Adj. (964)
Bureau of Land Management

FROM: Susan Jones
Allotment Specialist

DATE: March 8, 1991

RE: Native Allotment of Nora Kubanyi, FF-14577

*************************************************************

Enclosed please find five affidavits from the heirs of Nora Kubanyi regarding the location of her Native Allotment FF-14577. Mrs. Kubanyi did not intend to claim the Rex-to-Bonnifield trail. They would like to correct the survey instructions so that Lines 3-4 are on the border of the 25' trail easement. They would like the adjustment line of the allotment to be Lines 4-5.

LOCATION CORRECTION FORM

State of Alaska )
) ss
Fourth Judicial District )

I, Elizabeth Tuzroyluk, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

Elizabeth Tuzroyluk
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this 17th day of february, 1990 at Point Hope, AK 99766.

[signature]
PO Box 25
Point Hope, AK 99766
Notary Public for the State of Alaska
My Commission Expires: 3-8-93
#64763

RECEIVED
FEB 2 1990
TCC Realty

SURVEYED TOWNSHIP




Exclude the Rex to Bonnifield 50' centerline easement.
Expand lines 4-5 to make up acreage difference.

John Kubanyi
1/2/90

LOCATION CORRECTION FORM

State of Alaska )
) ss
Fourth Judicial District )

I, Bobby L. Kubanyi, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

Bobby L. Kubanyi
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this 19th day of January, 1990 at Fairbanks, Alaska.

A Welton
Notary Public for the State of Alaska
My Commission Expires: 10/24/91

LOCATION CORRECTION FORM

State of Alaska )
) ss
Fourth Judicial District )

I, ARLETTE J. KUBANYI, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

Arlette J. Kubanyi
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this 5th day of January, 1990 at Fairbanks, Alaska.

Linda D. Chinman
Dep. Clerk ~~Notary Public~~ for the State of Alaska
My Commission Expires: w/office

'91 MAR 12

SURVEYED TOWNSHIP




Exclude the Rex to Bonnifield 50' centerline easement.

Expand lines 4-5 to make up acreage difference

John Kubanyi
1/2/90

LOCATION CORRECTION FORM

State of Alaska )
) ss
Fourth Judicial District )

I, Aileen L. Welton, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

AWelton
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this 8th day of January, 1990 at Fairbanks, Alaska.

Susan B. [illegible]
Notary Public for the State of Alaska
My Commission Expires: 10-24-91

'91 MAR 12

LOCATION CORRECTION FORM

State of Alaska )
) ss
Fourth Judicial District )

I, Victor J Kubanyi, first being duly sworn on oath, deposes and says that the following is true to the best of my knowledge and belief:

My mother, Nora Kubanyi, applied for a Native Allotment FF-014577. This allotment is located in Section 6 and 7, T. 8 S., R. 7 W., Fairbanks Meridian, containing 160 acres.

The Rex-to-Bonnifield Trail is along the southern boundary of this allotment. My mother did not intend to claim the trail. The allotment should be corrected to decrease lines 3-4 so it is not in conflict with the trail and increase lines 4-5 to make up the acreage difference. The attached map shows this correction.

Victor J Kubanyi
(signature)

Heirs of Nora Kubanyi:
James Kubanyi, Don M. Kubanyi, Eileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby L. Kubanyi, and Arlette J. Kubanyi

Subscribed and sworn to me this 8th day of January, 1990 at Fairbanks, Alaska.

Aileen L. Welton
Notary Public for the State of Alaska
My Commission Expires: 10-24-91