**EXHIBIT B**

Form 1541—3
(July 1965)
(formerly 4—1599 a)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

CONFIRMATION/REPORT OF TELEPHONE CONVERSATION

| T O | Name | F R O M | Name |
|---|---|---|---|
| | File F-14577 | | |
| | Office | | Office |
| | Nora Kubanyi (deceased) | | |
| | Location | | Location |
| | August 10, 1992 | | |
| | Telephone Number | | Telephone Number |

Purpose of Call:

Called Susan Paskvan at TCC to explain the two options regarding Trail #70 on Alaska Trail System #100. We could reserve the trail and 1906 approve the allotment and they would receive their allotment this year.

The other option would be to have a new (supplemental) field report and survey done to move the allotment excluding the trail. This would take approximately two to three years before they would receive title to their allotment.

She said she would talk with Mr. Kubanyi and the heirs and get back to me.

Explanatory Remarks:

Susan called back and said the allottee (heirs) will accept the survey as is, 1906 approve and reserve trail so that the heirs will receive title this year. She will send a follow-up memo. Allottee is worried about people veering off trail (trail is in bad condition) and onto allottee's property. Told her I would speak with my reviewer.
8/21/92

August 10, 1992
(Date)

(Signature)

CONFIRMATION COPY