# EXHIBIT C

Case 4:04-cv-00026-RRB     Document 161-4     Filed 12/01/2006     Page 1 of 2



**TANANA CHIEFS CONFERENCE, INC.**
122 FIRST AVENUE
FAIRBANKS, ALASKA 99701-4897
PHONE (907) 452-8251   FAX (907) 451-8936

# MEMORANDUM

TO: Chief, Branch of Doyon Adjudication (964)
Bureau of Land Management
Attn: Robin

FROM: Susan Paskvan, Allotment Specialist

DATE: August 21, 1992

RE: Native Allotment of Nora Kubanyi, FF-14577

*****************************************************************

As we discussed last week, the allotment has already been surveyed and the amendment request to leave out the Rex-to-Bonnifield Trail was not received in time to correct the survey instructions. As it is currently surveyed, this trail does cross the allotment.

The heirs have two options: 1) accept the survey as is and it will be approved under the 1906 act this year with the trail reserved or 2) request a new field examination and survey, which will delay adjudication for a couple of years or more.

I have discussed these two options with John Kubanyi, the husband of Nora Kubanyi. He stated that they do not object to the trail because it was there long before they were. However; he stated that the trail is in bad condition and people using it tend to go around the original trail onto the allotment. He has tried to block off the trail boundaries with fence and barb wire but they cut right through it. Can you please find out what can be done about

His decision is to accept option 1.

cc: Jimmy E. Kubanyi, Don M. Kubanyi, Aileen Welton, Elizabeth Tuzroyluke, Doris Kubanyi, Victor J. Kubanyi, Bobby Kubanyi, and Arlette J. Kubanyi