**EXHIBIT D**

① 

REX TRAIL

DAVID F POTT
10/9/92

MY PHYSICAL USE OF THE REX TRAIL ONLY GOES BACK TO 1983, HOWEVER FROM RESEARCH I HAVE DONE ON IT I KNOW THAT IT STARTED OUT AS AN ALASKA RAILROAD EXTENSION SURVEY LINE IN THE 1920'S, AND WAS AGAIN SURVEYED AS A POSSIBLE ALASKA RAILROAD EXTENSION FROM KOBE TO THE YUKON BORDER IN 1942. DURING THE 1920'S IT BEGAN TO BE USED AS AN ACCESS TO MINES ON GOLD KING, BONNIFIELD AND GRUBSTAKE CREEKS.

SINCE 1983 AND PROBABALLY MUCH EARLIER THE MINERS HAVE BLADED OFF THE SNOW IN THE EARLY SPRING (FEB-MARCH), AND DROVE HEAVY EQUIPMENT ALONG THE TRAIL TO THEIR MINES. I HAVE SEEN LARGE CATS, LOADERS, 18 WHEELER TRUCKS AND PICK UP TRUCKS ON THE REX TRAIL AS FAR IN AS GOLD KING CREEK, AND HAVE SEEN THEIR TRACKS TO BONNIFIELD CREEK. SOME HAVE EVEN TAKEN EQUIPMENT IN DURING THE SUMMER, BUT THAT REALLY TEARS UP THE TRAIL. NODWELLS AND OTHER TRACKED VEHICLES USE THE TRAIL EACH HUNTING SEASON, AS FAR AS THE WOOD RIVER. MINERS THAT I KNOW HAVE USED THE REX TRAIL AS FAR AS GOLD KING AND BONNIFIELD CREEKS ARE DON MAY, DEL JOHNSON, ALASKA UNLIMITED AND DON KIEL. DON WRIGHT TOLD ME OF DRIVING A CAT UP THE REX TRAIL PAST GOLD KING BACK IN THE EARLY 1950'S.

FOR THE MOST PART THE REX TRAIL IS ABOUT 20 FT. WIDE IN DRY AREAS, BUT THROUGH THE WET NIGGERHEAD AREAS THE TRAFFIC MAKES NEW TRAILS ON BOTH SIDES OF THE OLD WET RUTS, AND CAN BE UP TO 150 FT. IN WIDTH. IN THE VICINITY OF SEVEN MILE LAKE THE TRAIL IS ABOUT 150 FT. WIDE, DUE TO

②

people driving around wet spots and deep ruts. The trail also suffers from erosion problems and lack of maintenance. If the large cats and tracked vehicles are not kept off the trail during the summer, the trail will eventually turn into a 50 mile long, deep mud hole. The trail does see 79% of its heavy equipment use during February and March, on the ice road cleared by the miners.

The Rex Trail is an RS 2477 trail, and the state should assert its authority for a 100 ft. R.O.W. over the entire length.

David F. Pott

*David F. Pott*   10/9/92

Gold King property owner and part time resident of Gold King.