# EXHIBIT E

F915871

# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
### LAND USE AND WATER USE PERMITS AND MINING LICENSE



No. _____

## APPLICANT AND SITE INFORMATION

**Do you plan to do the following work?**
☐ Explore  ☒ Mine/Reclamation  ☐ Transport Equipment

**Coastal Zone:** ☐ Yes  ☒ No

**Are the mining claims:** ☐ Federal  ☒ State  ☐ Private

**Check box(es) and list number(s) if you had any of the following permits for these claims:**
☒ EPA-NPDES Wastewater Discharge Permit No.: Applied for
☒ Corps of Engineers 404 Permit: APPLIED FOR

| Field | Value |
|---|---|
| Claim owners full legal name | Carole Hickam |
| Street address or P.O. Box | P.O. Box 72496 |
| City | Fairbanks |
| State | AK |
| Zip Code | 99707 |
| Home Telephone | 488-3210 |
| Office Telephone | |

**Name of lease holder (if rights to claim are leased):** (blank)

| Field | Value |
|---|---|
| Name of operating company or authorized representative in field | Tim Kiehl |
| Street address or P.O. Box | 3210 Minnesota Ln NP AK |
| City | Fairbanks |
| State | AK |
| Zip Code | 99707 |
| Home Telephone | 488-6980 |

| Employer I.D./SSN | Month/day start-up | Month/day shut-down | Number people working claims |
|---|---|---|---|
| | May | Oct | 2 |

**On what creek(s) is your activity?** Gold King Creek
**Claim(s) location:** FM, T9S, R2W, Sec 8, 17.
**USGS Quad Map:** Fairbanks A2

## CLAIM LISTING

| No. | Claim Name | ADL/BLM No. | No. | Claim Name | ADL/BLM No. |
|---|---|---|---|---|---|
| 1 | Bench Claim 1 | 530286 | 7 | | |
| 2 | Bench Claim 2 | 530287 | 8 | | |
| 3 | Bench Claim 3 | 530288 | 9 | | |
| 4 | Bench Claim 4 | 530289 | 10 | | |
| 5 | | | 11 | | |
| 6 | | | 12 | | |

## DESCRIPTION OF OPERATION

**List type, size, purpose, and number of pieces of equipment to be used on the claim:**
1 D-8H Dozer / 1 6" water pump
1 950 loader / 1 20" Sluice Box

**Which equipment listed above is used for the removal of overburden?** D-8H Dozer

RECEIVED JAN 16 1991 — DOM

**Which equipment listed above will be used in the stream?** None

**Beginning and ending dates for transportation of equipment across country to a claim:** March - April 15

**Beginning and ending dates for transportation of equipment across country from a claim:** Nov. 15 - Jan.

**If using hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD:** None

**List type and amount of explosives to be used:** None

**If explosives will be used in or near streams or other bodies of water, indicate when, where, and why they will be used:** None

**Type of overburden:**
☐ None
☒ Gravel  Average thickness 3-5 ft
☒ Organic material  Average thickness 2-3 ft

**Amount of area to be disturbed:** ± 20 AC

**Amount of area to be reclaimed:** ± 20 AC

No. F915871

## PLACER MINING METHOD

Check method of mining and processing (O.K. to check more than one):
- ☐ Suction dredge   Suction line size ____ (in.) Engine HP ____
- ☐ Bucket line dredge   Size of buckets ____ (cu. ft.)
- ☒ Washing plant:   ☐ Slick plate   ☐ Shaker screen   ☐ Trommel
- ☒ Sluice box: Length 20 (ft.) Width 2
   Slope 1/2 (in./ft.) Number of channels 1
- ☐ Jig plant:   Cell Size ____
- ☐ Chemical treatment   ☐ Mercury   ☐ Cyanide   ☐ Other:

Number of sluice days per year 100
Daily volume of material processed 1200 (cubic yds.)
Estimated annual sluiced yardage 100,000 (cubic yds.)

## MAKE UP WATER SUPPLY

- ☒ Stream   ☒ Groundwater seepage   ☐ Surface runoff   ☐ Waterwell
- ☐ Natural pond or lake   ☐ Manmade reservoir   ☒ Other: _____

Method of taking water: ☐ Seepage infiltration
☒ Pump   Pump intake size 6 inches
☐ Diversion ditch from stream w/headgate   ☐ Other: _____ (Specify)

Volume of make up water N/A gpm ____ gpd
Make up water will be added N/A hours per day
Make up water reservoir storage capacity: N/A
Length ____ Width ____ Average depth of water ____
Size of dam (in feet) N/A Existing ____ To be constructed ____
Length ____ Width at crest ____ Width at base ____ Height ____

## RECYCLE/SETTLING POND SYSTEM

Capacity of pond(s): Indicate length, width, and average depth of each pond. Do not include information on reclaimed ponds.
Presettling pond ☒ Yes ☐ No
Length ____ Width ____ Depth ____
1. 100 x 50 x 10' DEEP   2. 100 x 50 x 10' DEEP
3. 50 x 50 x 10' DEEP   4. (20 x 50 x 4' DEEP PRE-SETTLING)
Recycle pond is pond number 2

## FUEL

Volume stored 10,000
Type of storage:
- ☐ 55 gallon drums   ☒ Tanks larger than 660 gallons
- ☐ Tanks smaller than 660 gallons   ☐ Fuel bladder
- ☐ Other (Specify):

Are fuel containment berms constructed around storage containers?
☒ Yes   ☐ No will be constructed   Is berm area lined? ☒ Yes ☐ No
Method of transporting fuel: Truck
Distance from stored fuel to nearest body of water: 1/2 mile
Amount of fuel transported per trip 10,000
Number of trips 1

## WATER USEAGE

What % of stream is bypassed around operation? 100 %
Of water used for mining, what % is recycled? 100 %
Will bypass be constructed? ☐ Yes ☒ No   BENCH MINE
If "Yes" indicate: Length ____ Width ____ Depth ____
Expected length of time stream bypass will be in place:
____ Months ____ Years

Source of excess water
- ☐ Operation has no excess water   ☐ High water events from rain
- ☒ Groundwater gain from cut   ☒ Runoff from hillsides
- ☐ Seepage infiltration from stream
- ☐ Other: _____ (Specify)

Excess water discharged: ____ GPM
Discharge: N/A Hours/Day N/A Days/Weeks
Recycle pump: Horsepower: ____ Return line size: 6 inches
Water recycled: 1200 GPM
If water gain to mine site is not needed for make up, is it diverted or routed around recycle treatment pond system? ☐ Yes ☐ No N/A

## ACCESS   ☒ EXISTING   ☐ NEW

- ☐ Road   ☐ All weather trail   ☒ Winter only trail   ☐ Cross country
- ☐ Airstrip   Number of round trips ____
If being built: Length ____ Width ____ Depth ____

## DRILLING

Estimated maximum depth: N/A (ft.)   Number of holes drilled: N/A
Diameter of holes drilled: N/A (in.)   Type of drill used: N/A

## RECLAMATION

Indicate method of reclaiming area of operation and methods of stream rehabilitation
- ☒ Contour tailings and strippings to approximate surrounding valley contours.
- ☐ Reestablish stream channel.
- ☐ Reclaim ponds by mucking fines and spreading them over coarser tailings.
- ☐ Reclaim ponds by covering with coarse tailings.
- ☐ Stockpile and respread topsoil over contoured site.
- ☒ Stabilize and protect ponds from erosion.
- ☐ Other (Specify):

RECEIVED
JAN 16 1991
F___, DOM

- ☐ Revegetation (Specify):
  ☒ Natural   ☐ Reseed   ☐ Fertilize

| Signature of Applicant | Relationship to claims(s) | Date |
|---|---|---|
| Jim Riehl | ☐ Owner ☐ Lessee ☒ Operator | 11/19/90 |



# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
## LAND USE AND WATER USE PERMITS AND MINING LICENSE

F88 5767
No. 854096

### APPLICANT AND SITE INFORMATION

| DO NOT MARK IN THIS SPACE | Do you plan to do the following work on the claim(s)? | Is claim patented? | Are the mining claims: |
|---|---|---|---|
| B.W.C. 12/15/87 | [X] Explore  [X] Mine  [X] Transport Equipment | [ ] Yes  [X] No | [ ] Federal  [X] State |

| | Check box(es) and list number(s) if you have had any of the following permits for these claims: | Check the mining district in which the claims are located: | Check the box to indicate who controls the land on which the claim(s) are located and which is crossed for access: |
|---|---|---|---|
| RECEIVED DEC 15 1987 Fbks. DOM | [X] DNR Land Use Permit No.: N/A | [X] Circle N/A | [X] U.S. National Park Service N/A |
| | [X] Fish & Game - Habitat Protection Permit No.: N/A | [X] Fairbanks N/A | [X] U.S. Military N/A |
| | [X] DNR - Water Use Permit ADL No.: N/A  NONE | [X] Forty Mile N/A | [X] U.S. Forest Service N/A |
| | | [X] Hot Springs N/A | [X] U.S. Bureau of Land Management N/A |
| | [X] DEC - Wastewater Discharge Permit No.: N/A | [X] Iditarod N/A | [X] U.S. Fish & Wildlife Service N/A |
| | | [X] Innoko N/A | [X] State of Alaska |
| | | [X] Koyukuk N/A | |
| | [X] Revenue - Alaska Mining License No.: N/A | [X] Kuskokwim N/A | [X] City (Specify): N/A |
| | | [X] Seward N/A | [X] Borough (Specify): N/A |
| | [X] EPA-NPDES Wastewater Discharge Permit No.: N/A | [X] Seward Peninsula N/A | [X] Native Corporation (Specify): N/A |
| | | [X] Other (Specify): Bonnifield | [X] Other (Specify): N/A |

| Claim Owner's Full Legal Name | Street Address or P.O. Box | | | |
|---|---|---|---|---|
| James W. Cude | P.O. Box 876 | | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| Pleasanton | Texas | 78064 | 512-569-2015 | 512-569-5581 |

| Name of Lease Holder (if rights to claim are leased) | Street Address or P.O. Box | | | |
|---|---|---|---|---|
| NONE | NONE | | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| NONE | NONE | NONE | NONE | NONE |

| Name of Operating Company or Authorized Representative in Field | Street Address or P.O. Box (Specify if Summer Address is different from Winter) | | | |
|---|---|---|---|---|
| James W. Cude Mining | P.O. Box 876 | | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| Pleasanton | Texas | 78064 | 512-569-2015 | 512-569-5581 |

| Employer I.D./Social Security Number | Month Start Up This Year | Month Shut Down This Year | Number of People Working Claim |
|---|---|---|---|
| | March, 1988 | November, 1988 | 12 |

| On what creek(s) are your claim(s) located? | Claim(s) Location: Section(s), Township(s), Range(s), Meridian: |
|---|---|
| No Name Creek    (Tatlanika Creek) | Wells #1 - #2   Section 10, Township 9 S., Range 4 W., Fairbanks |

### DESCRIPTION OF OPERATION

List type, size, purpose and number of pieces of equipment to be used on the claim.

D8K CAT Dozer
D6 Track Loader                              (4)
225 CAT Excavator
820 Vardax Washing-plant

Which equipment listed above is used for the removal of overburden?

D8K CAT Dozer
225 CAT Excavator

Which equipment listed above will be used in the stream?

NONE

| Beginning and ending dates for transportation of equipment across country TO a claim: | If using a hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD: |
|---|---|
| Beginning March, 1988 To April 15, 1988 | |
| Beginning and ending dates for transportation of equipment across country FROM a claim: | |
| November 1, 1988 to December 20, 1988 | NONE |

| List type and amount of explosives to be used: | If explosives will be used in or near streams or other bodies of water, indicate when, where and why they will be used; |
|---|---|
| NONE | NONE |

| Type of overburden: (O.K. to check more than one) | Depth of Overburden | Amount of Overburden to be removed: 40,000 (yds.) |
|---|---|---|
| [X] Rock  [X] Sand  [X] Silt  [X] Clay  [ ] Organic Material  [ ] Other (Specify): | 3' to 12' | Number of acres: 4  Average depth in feet: 6' |

Form 00-001 (Rev. 1/83)

No. F885767
No. 854096

### PLACER MINING METHOD

Check method of mining and processing: (O.K. to check more than one.)

- N/A Suction Dredge   Intake Size N/A (in.)   Pump Capacity N/A (GPM)
- N/A Sluice Pump   Intake Size N/A (in.)   Pump Capacity N/A (GPM)
- N/A Bucket Line Dredge   Size of Buckets N/A (cu. ft.)
- [X] Washing Plant   Type vardax 820   Vol. Material Processed/hr. 50.0 (cu. yd.)
- N/A Sluice Box   Length N/A (ft.)   Width N/A (in.)
  - Depth of Water in Box N/A (in.)   Slope N/A (in./ft.)
- N/A Chemical Treatment   N/A Mercury   N/A Cyanide   N/A Other
  - Describe process on a separate sheet.

Daily Volume of Material Processed: 1,000.0 (cu. yds.)

### WATER SUPPLY

Type of Dam (Exclude settling ponds):
- [X] Earthfill   N/A Timbercrib   N/A Concrete   N/A Other: N/A
- [X] Temporary   N/A On-stream
- [ ] Permanent   [X] Off-stream

Size of Dam (in feet)
Length 20'   Width at Crest 8'   Width at Base 12'   Height 4'

Storage Capacity: (Indicate Length and Width of Area and Depth of Water)
Spillway Dimensions (in feet)   NONE
Depth   Width at Base   Side Slope

### FUEL

Fuel Stored: (List type of fuel)
Diesel - 30,000 Gals.   Gas - 500 Gals.

| Amount of fuel stored: | Distance from stored fuel to nearest body of water: |
|---|---|
| 30,500 Gals. | 500' |
| Method of transporting fuel: | Amount of fuel transported per trip: |
| Sled by D8K Dozer | 5,000 Gals. |

### RECLAMATION

Indicate method of reclaiming area of operation.
(O.K. to check more than one)
- [X] Level tailings piles
- [X] Reestablish stream channels
- N/A Regrade contours
- N/A Remove toxic materials
- N/A Respread topsoil
- N/A Other: (Specify)
- N/A Revegetate or reseed

### WATER USAGE

| What % of a natural stream is diverted for any reason: | What % of diverted water is used for mining: | Of water used for mining what % is recycled: |
|---|---|---|
| 25 % | 25 % | 50 % |

| Amt. of water required: | Usage: Hours/Day | Usage: Days/Week |
|---|---|---|
| Qty: 600  [X] GPM  [ ] GPD  [ ] CFS | 20 hrs. | 6 |

| Date commenced operations: | Years needed to mine out claim: |
|---|---|
| May 1 Month 1988 Year | 20 |

If water is not used for mining, is it routed around the treatment pond?
[X] YES   [ ] NO

When wastewater is returned to a stream, is it treated?
[ ] YES   [X] NO

Condition of stream above claim, prior to discharge of wastewater:
N/A Clear   [X] Murky   N/A Muddy
If "muddy", is it: N/A Natural   N/A Manmade
N/A Other: (Describe)

Method of taking water:
[X] Diversion Ditch   N/A Headgate   N/A Capacity _____ (GPM)

### WASTE WATER TREATMENT

Capacity of Settling Pond(s): Indicate length and width of area and depth of water for each pond.

1. 50' X 50' X 4'
2. 50' X 50' X 4'
3. 50' X 50' X 4'
4.

### Existing trail ACCESS

If access roads or airstrips will be built to the claim, indicate:
Length 1,000 (ft.)   Depth of Material 3 (ft.)
Width 50 (ft.)   Kind of Material Used Gravel

### DRILLING

| Estimated maximum depth: | Number of holes drilled: |
|---|---|
| NONE (ft.) | NONE |
| Diameter of holes drilled: | Type of drill used: |
| NONE (in.) | NONE |

### CLAIM LISTING

Please list all claim names within this claim group. If claim numbers are not known, attach copies of location notices. Each claim will be specifically named on your water permit or certificate. You may use the number of each claim on your sketch and USGS map for convenience.

| No. | CLAIM NAME | ADL/BLM No. if known | No. | CLAIM NAME | ADL/BLM No. if known |
|---|---|---|---|---|---|
| 1. | Wells #1 | Not Known | 9. | | |
| 2. | Wells #2 | Not Known | 10. | | |
| 3. | | | 11. | | |
| 4. | | | 12. | | |
| 5. | | | 13. | | |
| 6. | | | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

| Signature of Applicant | Relationship to Claim(s): [X] Owner [ ] Leasee [ ] Operator | Date 12/7/87 |
|---|---|---|
| James W. Caudle | | |

Form 00-001 (Rev. 1/83)



United States Department of the Interior Geological Survey — Fairbanks (A-3) 1950. Handwritten annotations: (b) Township-9S Range-4W Meridian-Fairbanks Section-10-11; (c) Northeast 1/4 Section-10-11. APMAF88526.

# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
## LAND USE AND WATER USE PERMITS AND MINING LICENSE

**No. 23632**

### APPLICANT AND SITE INFORMATION

| DO NOT MARK IN THIS SPACE | Do you plan to do the following work on the claim(s)? ☐ Explore  ☒ Mine  ☒ Transport Equipment | Is claim patented? ☐ Yes  ☒ No | Are the mining claims: ☐ Federal  ☒ State |
|---|---|---|---|
| RECEIVED AUG 02 1984 Fbks. DOM | Check box(es) and list number(s) if you have had any of the following permits for these claims:<br>☐ DNR Land Use Permit No.:<br>☐ Fish & Game - Habitat Protection Permit No.:<br>☐ DNR - Water Use Permit ADL No.:<br>☐ DEC - Wastewater Discharge Permit No.:<br>☐ Revenue - Alaska Mining License No.:<br>☐ EPA-NPDES Wastewater Discharge Permit No.:<br><br>RECEIVED JUL 6 1984 Fbks. DOM | Check the mining district in which the claims are located:<br>☐ Circle<br>☒ Fairbanks<br>☐ Forty Mile<br>☐ Hot Springs<br>☐ Iditarod<br>☐ Innoko<br>☐ Koyukuk<br>☐ Kuskokwim<br>☐ Seward<br>☐ Seward Peninsula<br>☐ Other (Specify): | Check the box to indicate who controls the land on which the claim(s) are located and which is crossed for access:<br>☐ U.S. National Park Service<br>☐ U.S. Military<br>☐ U.S. Forest Service<br>☐ U.S. Bureau of Land Management<br>☐ U.S. Fish & Wildlife Service<br>☒ State of Alaska<br>☐ City (Specify):<br>☐ Borough (Specify):<br>☐ Native Corporation (Specify):<br>☐ Other (Specify): |

| Claim Owner's Full Legal Name | Street Address or P.O. Box | | |
|---|---|---|---|
| *Philip Kib Cannon / Jack Dunshie* | *P.O. Box 60675* | | |
| City | State | Zip Code | Home Telephone | Office Telephone |
| *Fairbanks* | *AK* | *99706* | *907-479-6862* | |

| Name of Lease Holder (if rights to claim are leased) | Street Address or P.O. Box |
|---|---|
| *NONE* | *NONE* |
| City | State | Zip Code | Home Telephone | Office Telephone |

| Name of Operating Company or Authorized Representative in Field | Street Address or P.O. Box (Specify if Summer Address is different from Winter) |
|---|---|
| *Arctic Knight Mining Company* | *P.O. Box 60675* |
| City | State | Zip Code | Home Telephone | Office Telephone |
| *Fairbanks* | *AK* | *99706* | *907-479-6862* | |

| Employer I.D./Social Security Number | Month Start Up This Year | Month Shut Down This Year | Number of People Working Claim |
|---|---|---|---|
| | *May 1, 1985* | *Oct. 31, 1985* | *2* |

| On what creek(s) are your claim(s) located? | Claim(s) Location: Section(s), Township(s), Range(s), Meridian: |
|---|---|
| *Saint George Creek* | *TOWNSHIP: 9s  RANGE: 3w  SECTION: 23*<br>*Fairbanks A-3* |

### DESCRIPTION OF OPERATION

List type, size, purpose and number of pieces of equipment to be used on the claim.

*1 each of a John Deere 410 Backhoe*

*1 each of a 8" suction derdge*

Which equipment listed above is used for the removal of overburden?

*John Deere 410 backhoe*

Which equipment listed above will be used in the stream?

*NONE*

| Beginning and ending dates for transportation of equipment across country TO a claim: | If using a hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD: |
|---|---|
| *April 1, 1985* | |
| Beginning and ending dates for transportation of equipment across country FROM a claim:<br>*NONE* | |

| List type and amount of explosives to be used: | If explosives will be used in or near streams or other bodies of water, indicate when, where and why they will be used: |
|---|---|
| *NONE* | |

| Type of overburden: (O.K. to check more than one) | Depth of Overburden | Amount of Overburden to be removed |
|---|---|---|
| ☒ Rock  ☐ Sand  ☐ Silt  ☐ Clay  ☐ Organic Material<br>☒ Other (Specify): *Gravel* | *2' TO 8'* | Number of acres: *5 acres*<br>Average depth in feet: *3 feet*  *8/8/84* |

Form 00-001 (Rev. 1/83)



# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
## LAND USE AND WATER USE PERMITS AND MINING LICENSE

No. F 896988

### APPLICANT AND SITE INFORMATION

Check # 2855

**DO NOT MARK IN THIS SPACE**

WEU 1/16/89

**Do you plan to do the following work on the claim(s)?**
☐ Explore  ☒ Mine  ☐ Transport Equipment

**Coastal Zone:** ☐ Yes ☒ No

**Are the mining claims:** ☐ Federal ☒ State ☐ Private

**Check box(es) and list number(s) if you have had any of the following permits for these claims:**
- ☒ DNR Land Use Permit No.:
- ☒ Fish & Game - Habitat Protection Permit No.: 884702
- ☒ DNR - Water Use Permit ADL No.: F884702
- ☒ DEC - Wastewater Discharge Permit No.:
- ☒ Revenue - Alaska Mining License No.:
- ☒ EPA-NPDES Wastewater Discharge Permit No.: AK0044873

**Check the mining district in which the claims are located:**
☐ Circle  ☒ Fairbanks  ☐ Forty Mile  ☐ Hot Springs  ☐ Iditarod  ☐ Innoko  ☐ Koyukuk  ☐ Kuskokwim  ☐ Seward  ☐ Seward Peninsula  ☐ Other (Specify):

**Check the box to indicate who controls the land on which the claim(s) are located and which is crossed for access:**
☐ U.S. National Park Service  ☐ U.S. Military  ☐ U.S. Forest Service  ☐ U.S. Bureau of Land Management  ☐ U.S. Fish & Wildlife Service  ☒ State of Alaska  ☐ City (Specify):  ☐ Borough (Specify):  ☐ Native Corporation (Specify):  ☐ Other (Specify):

**Claim Owner's Full Legal Name:** DELL E. Johnson
**Street Address or P.O. Box:** P.O. Box 61537
**City:** Fairbanks  **State:** AK  **Zip Code:** 99706  **Home Telephone:** 457-2096  **Office Telephone:** —

**Name of Lease Holder (if rights to claim are leased):**
**Street Address or P.O. Box:**
**City:**  **State:**  **Zip Code:**  **Home Telephone:**  **Office Telephone:**

**Name of Operating Company or Authorized Representative in Field:** Karl J. Bossett
**Street Address or P.O. Box:** P.O. Box 61652
**City:** Fairbanks  **State:** AK  **Zip Code:** 99706  **Home Telephone:** 479-2451  **Office Telephone:** —

**Employer I.D./Social Security Number:**
**Month/Day of Start Up This Year:** June 1, 1989
**Month/Day of Shut Down This Year:** Oct 1, 1989
**Number of People Working Claim:** 4

**On what creek(s) are your claim(s) located?** Gold King Creek
**Claim(s) Location: Township(s), Ranges(s), Section(s), Meridian(s):** T9S, R2W, Sec 17, 19, 20 FM
**USGS Quad Map:** A-2 Fairbanks A-3

### DESCRIPTION OF OPERATION

**List type, size, purpose and number of pieces of equipment to be used on the claim.**
D-9
D-8
690 JD Backhoe 3/4 CY

**Which equipment listed above is used for the removal of overburden?** D-9

**Which equipment listed above will be used in the stream?** N/A

**Beginning and ending dates for transportation of equipment across country TO a claim:** N/A

**Beginning and ending dates for transportation of equipment across country FROM a claim:** N/A

**If using a hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD:** None

**List type and amount of explosives to be used:** None

**If explosives will be used in or near streams or other bodies of water, indicate when, where and why they will be used:** None

**Type of overburden:** (O.K. to check more than one)
☐ Rock  ☒ Sand  ☐ Silt  ☐ Clay  ☒ Organic Material  ☐ Other (Specify):

**Depth of Overburden:** 3 to 7'

**Amount of Area to be disturbed: Number of acres:** 13

Form 00-001 (Rev. 10/88)

No. F896988

## PLACER MINING METHOD

Check method of mining and processing: (O.K. to check more than one.)

- ☐ Suction Dredge   Intake Size _____ (in.)   Water Used _____ (GPM)
- ☒ Sluice Pump   Intake Size 6 (in.)   Water Used 900 (GPM)
- ☐ Bucket Line Dredge   Size of Buckets _____ (cu. ft.)
- ☒ Washing Plant   Type Shaker Screen - 1/2"   Vol. Material Processed/hr. 135 (cu. yd.)
- ☒ Sluice Box   Length 40 (ft.)   Width 36 (in.)
- Depth of Water in Box 2 (in.)   Slope 1 1/2 (in./ft.)
- ☐ Chemical Treatment   ☐ Mercury   ☐ Cyanide   ☐ Other
  Describe process on a separate sheet.
- Daily Volume of Material Processed: 1,000 (cu. yds.)

## WATER SUPPLY

Type of Reservoir
- ☐ Earthfill Dam   ☐ Settling Pond   ☐ Sump   ☐ Other Pump as needed
- ☐ Temporary   ☐ On-stream    or
- ☐ Permanent   ☒ Off-stream   Seepage -

Size of Dam (in feet)
Length   Width at Crest   Width at Base   Height
Storage Capacity: (Indicate Length and Width of Area and Depth of Water)
Spillway Dimensions (in feet)
Depth   Width at Base   Side Slope

## FUEL

Fuel Stored: (List type of fuel) Diesel
Amount of fuel stored: 7500 Gals
Distance from stored fuel to nearest body of water: 400 ft
Method of transporting fuel: Truck
Amount of fuel transported per trip: 1000 Gals

## RECLAMATION

Indicate method of reclaiming area of operation. (O.K. to check more than one)
- ☒ Level tailings piles   ☐ Reestablish stream channels
- ☐ Regrade contours   ☐ Spread fines on tailings
- ☐ Respread topsoil   ☐ Other: (Specify)
- ☐ Natural Revegetation

## WATER USAGE

| What % of a natural stream is diverted for any reason: 5 % | What % of diverted water is used for mining: 100 % | Of water used for mining what % is recycled: 100 % |

Amt of water discharged: Qty: 300   ☒ GPM   ☐ GPD   ☐ CFS
Usage: Hours/Day 10   Usage: Days/Week 7

Date commenced operations: 6 Month 76 Year
Years needed to mine out claim: 3+

If water is not used for mining, is it routed around the treatment pond? ☒ YES ☐ NO
When wastewater is returned to a stream, is it treated? ☒ YES ☐ NO

Condition of stream above claim, prior to discharge of wastewater:
☐ Clear   ☒ Murky   ☐ Muddy
If "muddy", is it: ☐ Natural ☐ Manmade   ☐ Other: (Describe)

Method of taking water: Pipe as Needed
☐ Diversion Ditch   ☐ Headgate   ☐ Capacity   900 (GPM)

## WASTE WATER TREATMENT

Capacity of Settling Pond(s): Indicate length and width of area and depth of water for each pond.

1. Presettling 100x100x3   2. 150x250x8
3. 150x150x8   4. 150x150x8

## ACCESS   ☒ EXISTING   ☐ TO BE BUILT

Indicate type of access if being built:   ☐ Road   ☐ Airstrip
Length ____ ft.   Width ____ ft.   Depth ____

## DRILLING None

Estimated maximum depth: (ft.)   Number of holes drilled:
Diameter of holes drilled: (in.)   Type of drill used:

## CLAIM LISTING

(Indicate with an asterik (*) those claims to be worked this season)

Please list all claim names within this claim group. If claim numbers are not known, attach copies of location notices. Each claim will be specifically named on your water permit or certificate. You may use the number of each claim on your sketch and USGS map for convenience.

| No. | CLAIM NAME | ADL/BLM No. if known | No. | CLAIM NAME | ADL/BLM No. if known |
|---|---|---|---|---|---|
| 1. | 25 Below Disc. | 304760 | 9. | 23 | 304758 |
| 2. | 31 " " | 309435 | 10. | 22 | 304757 |
| 3. | 30 " " | 434 | 11. | 21 | 304756 |
| 4. | 29 " " | 433 | 12. | | |
| 5. | 28 " " | 432 | 13. | H2O Rights | 400204 |
| 6. | 27 | 431 | 14. | | |
| 7. | 26 | 430 | 15. | | |
| 8. | 24 | 304759 | 16. | | |

Signature of Applicant: Dell Johnson
Relationship to Claim(s): ☒ Owner ☐ Leasee ☐ Operator
Date: 1-13-89

Form 00-001 (Rev. 10/88)



# STATE OF ALASKA
## ANNUAL PLACER MINING APPLICATION
## LAND USE AND WATER USE PERMITS AND MINING LICENSE

No. F894636

### APPLICANT AND SITE INFORMATION

**DO NOT MARK IN THIS SPACE**

ACCEPTED OCT 11 1988 Fbks. DOM
W.U. 10/11/88

**Do you plan to do the following work on the claim(s)?**
- [ ] Explore
- [X] Mine
- [ ] Transport Equipment

**Check box(es) and list number(s) if you have had any of the following permits for these claims:**
- [ ] DNR Land Use Permit No.: NC83-121
- [ ] Fish & Game - Habitat Protection Permit No.:
- [ ] DNR - Water Use Permit ADL No.: 49682-P-C
- [ ] DEC - Wastewater Discharge Permit No.: 8231-DB568
- [ ] Revenue - Alaska Mining License No.: F884380
- [ ] EPA-NPDES Wastewater Discharge Permit No.:

**Is claim patented?**
- [ ] Yes
- [X] No

**Check the mining district in which the claims are located:**
- [ ] Circle
- [ ] Fairbanks
- [ ] Forty Mile
- [ ] Hot Springs
- [ ] Iditarod
- [ ] Innoko
- [ ] Koyukuk
- [ ] Kuskokwim
- [ ] Seward
- [ ] Seward Peninsula
- [X] Other (Specify): Bonnifield

**Are the mining claims:**
- [ ] Federal
- [X] State

**Check the box to indicate who controls the land on which the claim(s) are located and which is crossed for access:**
- [ ] U.S. National Park Service
- [ ] U.S. Military
- [ ] U.S. Forest Service
- [ ] U.S. Bureau of Land Management
- [ ] U.S. Fish & Wildlife Service
- [X] State of Alaska
- [ ] City (Specify):
- [ ] Borough (Specify):
- [ ] Native Corporation (Specify):
- [ ] Other (Specify):

**Claim Owner's Full Legal Name:** Alaska Unlimited Company / RICHARD KARR / ROBERT SOUTHWOOD
**Street Address or P.O. Box:** P.O. Box 60782
**City:** Fairbanks  **State:** AK  **Zip Code:** 99706  **Home Telephone:** 457-3346  **Office Telephone:** 488-2750

**Name of Lease Holder (if rights to claim are leased):** N/A

**Name of Operating Company or Authorized Representative in Field:** Robert L. Southwood
**Street Address or P.O. Box:** P.O. Box 60782
**City:** Fairbanks  **State:** AK  **Zip Code:** 99706  **Home Telephone:** 457-3346  **Office Telephone:** 488-2750

**Employer I.D./Social Security Number:** 92-0073733
**Month Start Up This Year:** May 1989
**Month Shut Down This Year:** September 1989
**Number of People Working Claim:** 6

**On what creek(s) are your claim(s) located?** Gold King Creek
**Claim(s) Location: Section(s), Township(s), Range(s), Meridian:** Section 31  T9S-2W  F.M.

### DESCRIPTION OF OPERATION

**List type, size, purpose and number of pieces of equipment to be used on the claim.**

2-966D Cat Loaders
2-235 Cat Backhoes
2-D-9H Cat Dozers
1-988 Cat Loader

**Which equipment listed above is used for the removal of overburden?**
D-9H Dozer & 966D Loader

**Which equipment listed above will be used in the stream?**
None

**Beginning and ending dates for transportation of equipment across country TO a claim:**
March 20 to April 5, 1989

**Beginning and ending dates for transportation of equipment across country FROM a claim:**
None

**If using a hydraulic giant, list nozzle size, number of nozzles, feet of head and total amount of water CFS or GPD:**
N/A

**List type and amount of explosives to be used:**
None

**If explosives will be used in or near streams or other bodies of water, indicate when, where and why they will be used:**
N/A

**Type of overburden:** (O.K. to check more than one)
- [ ] Rock
- [ ] Sand
- [X] Silt
- [ ] Clay
- [ ] Organic Material
- [ ] Other (Specify):

**Depth of Overburden:** 6 Inches

**Amount of Area to be disturbed:**
Number of acres: 4 Acres

Form 00-001 (Rev. 12/86)