Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and Brian Baggett,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>　　　　　Defendants. | Case No. F04-0026 CIV |

### DEFENDANT GVEA'S SUPPLEMENT TO AMENDED FINAL WITNESS LIST

Defendant, Golden Valley Electric Association, Inc. ("GVEA") provides the following Supplement to its Amended Final Witness List.

### LAY WITNESSES

1.  Don May
    4545 Wood River Drive
    Fairbanks, Alaska 99709-3404
    (907) 479-2493

DATED at Fairbanks, Alaska, this 1st day of December, 2006.

BORGESON & BURNS, PC
Attorney(s) for Plaintiff GVEA

By: ____s/Cory Borgeson____
Cory Borgeson
ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Eric P. Gillett egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

David Floerchinger dave_floerchinger@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501