**EXHIBIT A**

**EXCERPT FROM
DEPOSITION OF ERIC STAHLKE**

                                                                    1

1                IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF ALASKA

3    DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
4    TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
5    ARLETTE KUBANYI, and BRIAN        )
     BAGGETT,                          )
6                                      )
              Plaintiffs,              )
7                                      )
         vs.                           )
8                                      )
     GOLDEN VALLEY ELECTRIC            )
9    ASSOCIATION, DAVE CRUZ,           )
     Individually and d/b/a CRUZ       )
10   CONSTRUCTION, BLACK & VEATCH      )
     CORPORATION, JAKE COVEY and       )
11   PATRICK NELSON,                   )
                                       )
12            Defendants.              )
     _____)
13   Case No. F04-0026 CIV (RRB)

14

15                 **DEPOSITION OF ERIC STAHLKE**

16              Taken Thursday, October 5, 2006

17         From the Hour of 9:16 a.m. to 11:47 a.m.

18             Pages 1 through 120, inclusive
                           Volume 1
19
              Taken by Counsel for Defendant GVEA
20
                               at
21
           Offices of Heartland Court Reporters
22              100 Cushman Street, Suite 308
                  Fairbanks, Alaska 99701
23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters                    **COPY**

Exhibit _A_
Page _1_ of _2_ Pages

```
 1              MR. KRAMER:  Let me finish, please.
 2              -- between 1988 and 1992.
 3              MR. WALLERI:  Excuse me.  I'm going to object
 4   on the basis of foundation.  Go ahead.
 5              THE WITNESS:  I'm not aware of any document
 6   that -- between those dates that addresses that
 7   question.
 8   BY MR. KRAMER:
 9        Q.    In Takotna, you said there was a dispute.  Is
10   that an RS-2477 trail, the Iditarod Trail?
11        A.    That's correct.
12        Q.    And you're aware that the Rex Trail is a
13   RS-2477 trail?
14        A.    That's correct.
15        Q.    You're aware the state defines the RS-2477
16   trail as being 100 foot in width; is that correct?
17              MR. WALLERI:  Objection, assumes -- lack of
18   foundation.  Go ahead.
19   BY MR. KRAMER:
20        Q.    Mr. Stahlke, as a professional surveyor, are
21   you aware of the state's regulations concerning RS-2477
22   trails?
23        A.    Yes.
24        Q.    You've read them?
25        A.    Not recently.
```

Exhibit _A_

Page _2_ of _2_ Pages