# EXHIBIT B

# DEPOSITION OF PAUL MAYO

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF ALASKA

3   DON M. KUBANYI, JIMMY KUBANYI,    )
    AILEEN WELTON, ELIZABETH          )
4   TUZROYLUK, DORIS KUBANYI,         )
    VICTOR KUBANYI, BOBBY KUBANYI,    )
5   ARLETTE KUBANYI, and BRIAN        )
    BAGGETT,                          )
6                                     )
                Plaintiffs,           )
7                                     )
         vs.                          )
8                                     )
    GOLDEN VALLEY ELECTRIC            )
9   ASSOCIATION, DAVE CRUZ,           )
    Individually and d/b/a CRUZ       )
10  CONSTRUCTION, BLACK & VEATCH      )
    CORPORATION, JAKE COVEY and       )
11  PATRICK NELSON,                   )
                                      )
12              Defendants.           )
    _____)
13  Case No. F04-0026 CIV (RRB)

14

15              **DEPOSITION OF PAUL MAYO**

16          Taken Friday, October 6, 2006

17      From the Hour of 10:32 a.m. to 2:13 p.m.

18          Pages 1 through 171, inclusive
                    Volume 1
19
        Taken by Counsel for Defendant GVEA
20
                        at
21
        Offices of Heartland Court Reporters   Exhibit _____ _B__
22          100 Cushman Street, Suite 308
                Fairbanks, Alaska 99701    Page __/_ of _2_ Pages
23

24  Reported by:
    CAROL A. McCUE, RMR                    **COPY**
25  Heartland Court Reporters

1    Bureau records do not reflect.   Is that relevant here?

2              MR. WALLERI:   Which page are we on?

3              THE WITNESS:   185.   Okay.   I'll read that

4    again.   Okay.   I read that.

5    BY MR. KRAMER:

6         Q.   Is that relevant here?

7         A.   Yes.

8         Q.   How?

9         A.   The RS-2477 is reserved in a certificate of

10   allotment.

11        Q.   Did the right-of-way exist before the Kubanyis

12   pursued their allotment?

13        A.   I'd say it did.

14        Q.   Certainly before the allotment was finalized

15   in '92, right?

16        A.   Yes.

17        Q.   Going to Page 186.   Paragraph 3 at the bottom

18   of the page talks about fair rental value or at least

19   nominal damages may be owed for periods of unauthorized

20   presence or restricted -- I'm sorry, unauthorized

21   presence -- I believe that's a typo, it should say "on"

22   restricted property, which deprive the owner of use and

23   enjoyment of his land and/or improvements.

24             And again, there's no evidence here that --

25   that this alleged unauthorized presence of the Cruz

Exhibit _____B_____