Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,

       Plaintiff(s),

 v.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,

       Defendant(s).

NO. F-04-0026 CIV

DEFENDANT BLACK & VEACH'S MOTION FOR ATTORNEY' FEES

DEFENDANT BLACK & VEACH'S MOTION FOR ATTORNEY' FEES - 1
00567-4017 50744.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  Defendants, by and through their attorneys, Preg O'Donnell & Gillett, hereby
2  move for attorneys' fees pursuant to CR 82.  This motion is supported by the
3  Memorandum filed herewith.
4  DATED this 6th day of December, 2006.

5  PREG O'DONNELL & GILLETT PLLC

7  By ____/s/_Eric P. Gillett_____
   Eric P. Gillett ABA 8611111
8  egillett@pregodonnell.com
   Preg O'Donnell & Gillett PLLC
9  1800 Ninth Ave., Suite 1500
   Seattle, WA  98101-1340
10 Phone: (206)287-1775
   Fax: (206)287-9113
11 Attorneys for Defendant Black & Veatch
12 Corporation

DEFENDANT BLACK & VEACH'S MOTION FOR ATTORNEY' FEES - 2
00567-4017 50744.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113