Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340
Phone:  (206) 287-1775
Fax:  (206) 287-9113

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,

                Plaintiff(s),

  v.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,

                Defendant(s).

NO.  F-04-0026 CIV

ORDER GRANTING DEFENDANT BLACK & VEATCH'S MOTION FOR ATTORNEYS' FEES & COSTS

(PROPOSED)

ORDER GRANTING DEFENDANT BLACK & VEATCH'S
MOTION FOR ATTORNEYS' FEES & COSTS - 1
00567-4017 50748.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Defendants, having applied for attorney's fees pursuant to CR 82 and costs pursuant to CR79 the Court being full advised in the premises of this motion, it is hereby

ORDERED, ADJUDGED AND DECREED that defendants are entitled to 20% of their reasonable actual attorneys' fees. The actual reasonable attorneys' fees are $31,243.50. Consequently, attorneys' fees in the amount of $6,106.20 and costs in the amount of $1,723.39 in favor of Black & Veatch and against plaintiffs jointly and severally.

DATED at Fairbanks, Alaska this _____ day of December, 2006.

_____
Ralph R. Beistline
United States District Court Judge

ORDER GRANTING DEFENDANT BLACK & VEATCH'S
MOTION FOR ATTORNEYS' FEES & COSTS - 2
00567-4017  50748.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113