Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,

    Plaintiff(s),

v.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,

    Defendant(s).

NO. F-04-0026 CIV

FINAL JUDGMENT

Defendant Black & Veach's Motion for Summary Judgment was granted, and all claims against Black & Veach have been dismissed. Further, the Court has dismissed Black & Beach from this litigation. While all claims against other parties remain unresolved, there is no just

FINAL JUDGMENT - 1
00567-4017 50727.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1 | reason to delay entry of final judgment with respect to this claim against Defendant Black &
2 | Veatch.  It is therefore
3 |     ORDERED ADJUDGED AND DECREED that final judgment is entered against plaintiffs.
4 | Plaintiffs' claims against Black & Veatch are hereby dismissed in their entirety with prejudice.
5 |     Defendants Black & Veach are hereby awarded attorneys fees against Plaintiffs in the
6 | amount of $_____, and costs against Plaintiffs in the total amount of
7 | $_____ for a total judgment against Plaintiffs jointly and severally in the amount of
8 | $_____.  Post judgment interest shall accrue at the rate of \_\_\_\_% per annum on the
9 | unpaid amount until paid in full.
10 |     DATED at Fairbanks, Alaska this \_\_\_\_\_ day of _____, 2006.

Signed: _____
The Honorable Ralph R. Beistline
United States Distinct Court Judge

FINAL JUDGMENT - 2
00567-4017 50727.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113