1  Eric P. Gillett, Esq.                                    Honorable Ralph Beistline
   Preg O'Donnell & Gillett PLLC
2  1800 Ninth Ave., Suite 1500
3  Seattle, WA  98101-1340
   Phone:  (206) 287-1775
4  Fax:  (206) 287-9113

5

6

7

8

9

10                  UNITED STATES DISTRICT COURT
11          FOR THE DISTRICT OF ALASKA AT FAIRBANKS

12

   DON M. KUBANYI, et al,
13
                              Plaintiff(s),    NO.  F-04-0026 CIV
14
        v.                                     BLACK & VEACH'S  MEMORANDUM
15                                             IN SUPPORT OF MOTION FOR
   GOLDEN VALLEY ELECTRIC                      ATTORNEY FEES
16  ASSOCIATION, et al.,

17                            Defendant(s).

18

19

20      Plaintiffs filed their Complaint with the U. S. District Court on October 5, 2004.

21  Since the commencement of this litigation, Black & Veatch (B&V) has participated in

22  discovery, attended depositions, and drafted and responded to several dispositive

23  motions and cross motions. B&V filed its Motion for Summary Judgment on April 5,

24  2006. After the filing of this motion, extensive additional discovery was conducted by all

25

parties. Additionally, at the request of the Plaintiffs, the Court granted several extensions to respond to B&V's motion for Summary Judgment as well as other Motions for Summary Judgments filed by other parties.  On November 16, 2006 the Court granted B&V's  Summary Judgment Motion dismissing B & V from this litigation.

I.    Attorneys' Fees

District of Alaska Local Rule 54.3(b) directs the District Court to apply the Alaska Rules of Civil Proedure to determine a fee award.  Alaska Civil Rule 82(a) allows for payment of attorney fees to the prevailing party calculated under the rule.   Pursuant to CR 82(b)(2), B&V is entitled to 20% of their actual reasonable actual attorney fees because Black & Veach is the prevailing party. Those fees are calculated from the date suit was filed on October 5, 2004.  As such, B&V is entitled to payment for reasonable attorney fees from October 5, 2004 through date of entry of the Final Judgment, which the Court has determined to be filed by December 15, 2006.

Attached is the affidavit of Eric P. Gillett, confirming the total fees incurred by B&V's attorneys to date are $31,243.50.  Defendants are entitled to 20% of the attorneys' fees incurred, which totals $6,248.70

II. Costs

Alaska Civil Rule 79 provides for the award of certain costs to the prevailing party. Attached is the Affidavit of Eric P. Gillett confirming the total recoverable costs are $1,723.39.

BLACK & VEACH'S  MEMORANDUM IN SUPPORT OF
MOTION FOR ATTORNEY FEES - 2
00567-4017 50657.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1

2

        Pursuant to CR 82, Defendants are entitled to a total award of attorney fees in the amount of $6,106.20.

3

        DATED this 6th day of December, 2006.

4

5

                                        PREG O'DONNELL & GILLETT PLLC

6

7                                       By _____/s/ Eric P. Gillett_____
                                           Eric P. Gillett ABA 8611111
                                           egillett@pregodonnell.com
8                                          Preg O'Donnell & Gillett PLLC
                                           1800 Ninth Ave., Suite 1500
9                                          Seattle, WA 98101-1340
                                           Phone: (206)287-1775
10                                         Fax: (206)287-9113
                                        Attorneys for Defendant Black & Veatch
11                                      Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BLACK & VEACH'S MEMORANDUM IN SUPPORT OF
MOTION FOR ATTORNEY FEES - 3
00567-4017 50657.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113