Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113

Honorable Ralph Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,

            Plaintiff(s),

v.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,

            Defendant(s).

NO. F-04-0026 CIV

AFFIDAVIT OF ERIC P. GILLETT

ERIC P. GILLETT declares, under the penalty of perjury under the laws of the State of Alaska, that the following is true and correct:

AFFIDAVIT OF ERIC P. GILLETT - 1
00567-4017 50667.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

The undersigned certifies and declares that the following costs and disbursements, exclusive of attorney's fees, were incurred in the above entitled action:

| Date | Description | Amount |
|---|---|---|
| 10/13/05 | Car rental for attorney Christine Tavares to attend deposition of Plaintiff Don Kubanyi in Fairbanks | $ 151.59 |
| 10/13/05 | Air fare for attorney Christine Tavares travel to deposition of Plaintiff Don Kubanyi in Fairbanks | 505.80 |
| 10/19/05 | Pacific Legal Inc. payment for audiotape reproduction of arrest of Plaintiff Don Kubanyi | 32.64 |
| 11/23/05 | Pacific Legal Inc. payment for second audiotape reproduction of arrest of Don Kubanyi | 16.32 |
| 1/24/06 | Car Rental for attorney Christine Tavares to attend depositions of State Troopers Covey and Nelson, and deposition of Dave Cruz | 57.57 |
| 1/24/06 | Air fare for attorney Christine Tavares travel to depositions of State Troopers Covey and Nelson, deposition of Dave Cruz | 492.70 |
| 2/24/06 | Metro Court Reporting; deposition transcript of Dave Cruz | 121.90 |
| 3/15/06 | Metro Court Reporting: deposition transcript of Patrick Nelson | 201.00 |
| 10/4/06 | Car rental for attorney Christine Tavares to attend depositions of five Kubanyi plaintiffs and plaintiffs' experts, Eric Stalke and Paul Mayo, in Fairbanks | 143.87 |
| TOTAL | | $1,723.39 |

AFFIDAVIT OF ERIC P. GILLETT - 2
00567-4017 50667.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1
2
3
4
5
6   The undersigned further declares that the total attorney fees declare that the
7   attorney fees for work expended are $31,243.50. Defendants are entitled to payment of
8   20% of these fees or $6,106.20.
9   DATED at Seattle, Washington, this 4th day of December, 2004.
10
11                                                    PREG O'DONNELL & GILLETT PLLC
12                                                    By _____
13                                                        Eric P. Gillett
                                                          ABA 8611111
14                                                        eg@pregodonnell.com
                                                          Attorneys for Defendant Black & Veatch
15                                                        Corporation
16
17  SUBSCRIBED AND SWORN to before me this 4th day of December, 2006.
18
19
20      [NOTARY SEAL:                                 Michelle M. Morgan
        MICHELLE MARIE MORGAN                        Print Name: Michelle M. Morgan
21      NOTARY PUBLIC                                 NOTARY PUBLIC in and for the State of
        STATE OF WASHINGTON                           Washington, residing at Lynnwood
22      COMMISSION EXPIRES                            My Appointment Expires May 7, 2009
        MAY 7, 2009]
23
24
25

AFFIDAVIT OF ERIC P. GILLETT - 3            PREG O'DONNELL & GILLETT PLLC
00567-4017 50667.doc                              1800 NINTH AVENUE, SUITE 1500
                                                  SEATTLE, WASHINGTON 98101-1340
                                            TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on the ___ day of November, 2006, copies of Defendant Black & Vech Corporation's STATEMENT OF COST BILL and a CERTIFICATE OF SERVICE BY MAIL, were sent via facsimile and United States mail in stamped envelopes, first class postage affixed, to the attorneys of record, addressed as follows:

**Counsel for Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, et al.:**
Michael J. Walleri
Law Office of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

__X__  Via Electronic Filing


**Counsel for Defendant Golden Valley Electric Association:**
Cory Borgeson, Esq.
Borgeson & Burns, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK  99701

__X__  Via Electronic Filing

AFFIDAVIT OF ERIC P. GILLETT - 4
00567-4017 50667.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**Counsel for Defendants Trooper Jake Covey and Trooper Patrick Nelson:**
Venable Vermont, Jr., Esq.
Assistant Attorney General
State of Alaska
Department of Law
1031 West Fourth Avenue, Suite 20
Anchorage, AK 99501

_X_ **Via Electronic Filing**

**Counsel for Defendant/Third-party Plaintiff Dave Druz, d/b/a Cruz Construction:**
Dan Quinn, Esq.
Law Offices of Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

__X__     **Via Electronic Filing**

Dated at Seattle, Washington, this 4th day of December, 2006.

_/s/ Sandy Hamilton_
Sandy Hamilton

AFFIDAVIT OF ERIC P. GILLETT - 5
00567-4017 50667.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113