Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett, <br><br> Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson, <br><br> Defendants. | Case No. F04-0026 CIV RRB |

## PROPOSED ORDER
## DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION
## ON PLAINTIFFS' CLAIMS UNDER 42 USC 1983

The Court, having considered Plaintiffs' Motion for Reconsideration of the Court's Order at Docket 143 granting summary judgment as to Golden Valley Electric Association ("GVEA") on Plaintiffs' claims against GVEA under 42 USC 1983, and having considered any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED; and

IT IS HEREBY ORDERED that Plaintiffs' claims against GVEA under 42 USC 1983 are DISMISSED WITH PREJUDICE.

DATED this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Eric P. Gillett egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

Dave Floerchinger dave_floerchinger@law.state.ak.us;TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

Page 2 of 2
Proposed Order Denying Plaintiffs' Motion for Reconsideration on Plaintiffs' 1983 Claims Against GVEA
*Kubanyi v. GVEA et al.*
Case No. F04-0026 CIV