Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>            Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>            Defendants. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

Case No. FO4-0026

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

**1.   Meeting.**  In accordance with Fed. R. Civ. P. 26(f), the following parties met telephonically and through e-mail regarding stipulated amendments to the Scheduling Order:

| Michael J. Walleri<br>330 Wendell Street, Suite E<br>Fairbanks, AK  99701<br>*Attorney for Plaintiffs* | Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK  99501-2038<br>*Attorney for Defendant Cruz Construction* |
|---|---|

Mr. David Floerchinger  
Assistant Attorney General  
Department of Law  
1031 W. Fourth Ave., Suite 200  
Anchorage, Ak  99501  
*Attorney for Troopers*

Mr. Cory Borgeson  
Boreson & Burns, P.C.  
100 Cushman Street, Suite 31  
Fairbanks, Alaska 99701  
*Attorney for Defendant GVEA*

The parties recommend the following amendments to the Scheduling Order:

**2.   Discovery Plan.**  The parties jointly propose to the Court the following amendments to the discovery plan.

   a. All discovery shall be commenced in time to be completed by **February 20, 2006**.

   b. Reports from retained experts shall be due before the close of discovery subject to Fed. R. Civ. P. 26 (a)(2)(C).

   Reports due from Plaintiffs by **January 5, 2007**.

   Reports from Defendants have already been distributed.

**3.   Pretrial Motions.**

**Michael J. Walleri**  
*Attorney at Law*  
330 Wendell St., Suite E  
Fairbanks, Alaska 99701  
(907) 452-4716  
FACSIMILE  
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026  
Stipulated Motion to Amend Scheduling Order

2 of 4

a. Motions under the discovery rules must be filed on or before **March 20, 2007**. Discovery motions will be stricken if the parties fail to comply with Fed. R. Civ. P. 37(a)(2) and D. Ak. LR 37.1.

b. Motions in limine must be filed on or before **March 20, 2007**.

**4.    Other Provisions.**

a. The parties do not request a conference with the Court before the entry of the Amended Scheduling Order.

**5.    Trial.**

a. The matter will be ready for trial any time after **April 22, 2007**.

b. This matter is expected to take **five (5) days** to try.

**WE SO STIPULATE:**

DATED this 8th day of December, 2006.

        BORGESON & BURNS, PC

        By: s/ Cory R. Borgeson(consented)
           Cory R. Borgeson
           ABA  8405009

DATED this 8th day of December, 2006

        RICHMOND & QUINN

        By: s/ Daniel T. Quinn (consented)

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

          Daniel T. Quinn
          ABA # 8211141

DATED this 8th day of December, 2006.

          MICHAEL J. WALLERI

          By: s/ Michael J. Walleri
          Michael J. Walleri
          ABA# 7906060

DATED this 8th day of December, 2006.

          DAVID FLOERCHINGER

          By: s/ David Floerchinger (consented)
          David Floerchinger
          ABA# 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 8, 2006 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725