Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>          Defendants. | **PROPOSED STIPULATED AMENDED SCHEDULING ORDER** |

Case No. FO4-0026

Based upon information available to the Court through the parties' Stipulated Motion to Amend Scheduling Order, submitted by the parties pursuant to Rules 16

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                 1 of 3
Stipulated Motion to Amend Scheduling Order

and 26(f), Federal Rules of Civil Procedure and D. Ak. LR 16.1, the Scheduling and Planning order for the pre-trial development of the case dated May 13, 2005 is amended as follows.

1. **Discovery Plan.**

    a. All discovery shall be commenced in time to be completed by **February 20, 2007**.

    b. Reports from retained experts shall be due before the close of discovery subject to Fed. R. Civ. P. 26 (a)(2)(C).

    Reports due from Plaintiffs by **January 5, 2007**.

    Reports from Defendants are completed and served.

3. **Pretrial Motions.**

    a. Motions under the discovery rules must be filed on or before **March 20, 2007**. Discovery motions will be stricken if the parties fail to comply with Fed. R. Civ. P. 37(a)(2) and D. Ak. LR 37.1.

    b. Motions in limine must be filed on or before **March 20, 2007**.

4. **Other Provisions.**

    a. The parties do not request a conference with the Court before the entry of the Amended Scheduling Order.

5. **Trial.**

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Stipulated Motion to Amend Scheduling Order

2 of 3

    a.   The matter will be ready for trial any time after **April 22, 2007**.

    b.   This matter is expected to take **five (5) days** to try.

DONE AND ORDERED this ____ day of _____, 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 8, 2006 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Stipulated Motion to Amend Scheduling Order