Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. F04-0026 CIV

## GVEA'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR PUNITIVE DAMAGES AND 2002 TRESPASS DAMAGES

Defendant Golden Valley Electric Association ("GVEA") moves this Court for an Order granting GVEA Summary Judgment on Plaintiffs' claims for Punitive Damges and for trespass in the year 2002. This motion is based on Fed. R. Civ. P. 12 and 56, the pleadings, Alaska Statute AS 09.17.020, and the attached memorandum of law.

**GVEA's Summary Judgment Motion on Punitive Damages Claims and 2002 Claims**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 1 of 2

For the reasons set forth in the attached Memorandum, GVEA respectfully requests the Court dismiss with prejudice Plaintiffs' claims against GVEA for Punitive Damages and for a 2002 trespass.

DATED this 8th day of December, 2006, at Fairbanks, Alaska.

By: s/ Cory R. Borgeson

BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, Alaska 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com
ABA #8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

Dave Floerchinger  dave_floerchinger@law.state.ak.us;TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

**GVEA's Summary Judgment Motion on Punitive Damages Claims and 2002 Claims**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 2 of 2