Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi,<br>Aileen Welton, Elizabeth Tuzroyluk<br>Doris Kubanyi, Victor Kubanyi,<br>Bobby Kubanyi, Arlette Kubanyi and,<br>Brian Baggett,<br><br>            Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association,<br>Dave Cruz, individually and d/b/a<br>Cruz Construction, Black & Veatch<br>Corporation, Jake Covey and<br>Patrick Nelson,<br><br>            Defendants. | Case No. F04-0026 CIV RRB |

## PROPOSED ORDER
## GRANTING GVEA'S MOTION FOR SUMMARY JUDGMENT ON PUNITVE DAMAGES AND 2002 TRESPASS

The Court, having considered GVEA's Motion for Summary Judgment dismissing Plaintiffs' claims against GVEA for Punitive Damages and for 2002 Trespass, and having considered any oppositions thereto,

IT IS HEREBY ORDERED that GVEA's Motion is GRANTED; and

ITI IS HEREBY ORDERED that Plaintiffs' claim for punitive damages against GVEA is DISMISSED WITH PREJUDICE; and

IT IS HEREBY ORDERED that Plaintiffs' claim for 2002 trespass against GVEA is DISMISSED WITH PREJUDICE.

DATED this ____ day of _____, 2006.

                                        _____
                                        RALPH R. BEISTLINE
                                        U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

Dave Floerchinger  dave_floerchinger@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501

Page 2 of 2
Proposed Order Granting Summary Judgment on Punitive Damages and 2002 Trespass
*Kubanyi v. GVEA et al.*
Case No. F04-0026 CIV