```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3  DON M. KUBANYI, JIMMY KUBANYI,    )
    AILEEN WELTON, ELIZABETH          )
 4  TUZROYLUK, DORIS KUBANYI, VICTOR  )
    KUBANYI, BOBBY KUBANYI, and       )
 5  ARLETTE KUBANYI,                  )
                                      )
 6            Plaintiffs,             )
                                      )
 7  v.                                )
                                      )
 8  GOLDEN VALLEY ELECTRIC            )
    ASSOCIATION, et al.,              )   Case No. F04-0026 CI
 9                                    )
              Defendants.             )
10                                    )
    CRUZ CONSTRUCTION, INC. and       )
11  DAVE CRUZ, individually,          )
                                      )
12            Defendant and Third-    )
              Party Plaintiffs,       )
13                                    )
    v.                                )
14                                    )
    GLOBAL POWER & COMMUNICATIONS,    )
15  LLC.,                             )
                                      )
16            Third-Party Defendant.  )
                                      )
17  _____

              VIDEOTAPED DEPOSITION OF DON KUBANYI
18                     October 14, 2005

19  APPEARANCES:

20       FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                                Attorney at Law
21                              330 Wendell Street
                                  Suite E
22                              Fairbanks, Alaska  99701
                                (907)   452-4716
23

24

25


                    LIZ D'AMOUR & ASSOCIATES, INC.
                       330 Wendell Street, Suite A
                         Fairbanks, Alaska 99701
                             (907) 452-3678
```

| | | |
|---|---|---|
| 1 | | moved all their surveyor markers to the valley and they |
| 2 | | were over the hill. |
| 3 | Q | Okay. All right. And was that -- did they make that |
| 4 | | change in response to your objection, do you know, |
| 5 | | or..... |
| 6 | A | I don't really know. |
| 7 | Q | Okay. |
| 8 | A | But, you know what? I suggested it. |
| 9 | Q | Yeah. |
| 10 | A | They never told me they were going to do that..... |
| 11 | Q | Okay. |
| 12 | A | .....which is -- but they did it. |
| 13 | Q | All right. All right. Did you have any other -- other |
| 14 | | than going to these public meetings, I guess, |
| 15 | | environmental meetings, did you have any other contact |
| 16 | | with -- with anyone at GVEA or any other contractors? |
| 17 | A | I had contact the year before when they worked on |
| 18 | | that..... |
| 19 | Q | Okay. |
| 20 | A | .....with a Wayne Walters. He was the safety and -- |
| 21 | | whatever. He came by my place and asked if they can |
| 22 | | cross our property to get water out of that lake. |
| 23 | Q | Okay. And what was your understanding of who Wayne |
| 24 | | Walters worked for? |
| 25 | A | GVEA is just my guess. |

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | He was with the powerline, you know. I don't know who |
| 3 | | employed him or what, but he was -- he told me his job |
| 4 | | was to check with the property owners and add on the |
| 5 | | crossing lane and that. |
| 6 | Q | All right. And his name is Wayne Walters? |
| 7 | A | Yes. |
| 8 | Q | And so what time of year would this have been that he |
| 9 | | came by? |
| 10 | A | It was, I'm pretty sure, in the spring. |
| 11 | Q | Okay. Now, this incident that we're here about |
| 12 | | happened on, I think it was March 1 of 2003. Does |
| 13 | | that..... |
| 14 | A | Yes. |
| 15 | Q | .....sound right? Okay. So this visit that you had |
| 16 | | with Mr. Walters, would that have been in the spring of |
| 17 | | '02? |
| 18 | A | Yes. |
| 19 | Q | All right. And tell me -- tell me what you remember |
| 20 | | about that conversation you had. |
| 21 | A | He came to me and said they were going to cross down |
| 22 | | there on the end of our property -- he understood was |
| 23 | | our property because we had some signs up there. And I |
| 24 | | said, well, there's the Rex Trail. You've got the |
| 25 | | right-of-way, but we own a little section of land -- it |

|    |   |                                                                          |
|----|---|--------------------------------------------------------------------------|
| 1  |   | ain't much, but we've got a little section between that                  |
| 2  |   | trail and this lake.  And then he said, well, they need                  |
| 3  |   | to get on that lake.  And I said, well, you know what,                   |
| 4  |   | I mean, I'm not that far.  They moved it over.  I -- I                   |
| 5  |   | mentioned to him if you can get me a job on this thing,                  |
| 6  |   | then I don't see any problem of crossing our property.                   |
| 7  |   | And then they never crossed it that year.  They either                   |
| 8  |   | didn't need water or anything, but they didn't -- never                  |
| 9  |   | offered me a job.  They said I had to be in the                          |
| 10 |   | electrical union.  But it didn't matter.  They never                     |
| 11 |   | gave me a job; they never crossed it.                                    |
| 12 | Q | Okay.                                                                    |
| 13 | A | You know, they probably drove down the Rex Trail, but                    |
| 14 |   | they didn't cross our property to get any water.                         |
| 15 | Q | All right.  During that year, that is, the '02 year,                     |
| 16 |   | were there -- were there people on the Rex Trail doing                   |
| 17 |   | work for this project?                                                   |
| 18 | A | In '02?  I can't really remember, but I'm sure.....                      |
| 19 | Q | Okay.                                                                    |
| 20 | A | .....they were because Wayne was out there.  There was                   |
| 21 |   | pickup trucks going by.  I.....                                          |
| 22 | Q | Okay.                                                                    |
| 23 | A | You know, I.....                                                         |
| 24 | Q | All right.                                                               |
| 25 | A | What they were doing is.....                                             |

| | | |
|---|---|---|
| 1 | Q | All right. |
| 2 | A | .....beyond me, but..... |
| 3 | Q | All right. |
| 4 | A | .....I'm sure they were doing something. |
| 5 | Q | But other than -- you had -- you had this communication |
| 6 | | with Wayne Walters. Did you have any conversations or |
| 7 | | communications with anybody else out there on the trail |
| 8 | | having to do with this project? |
| 9 | A | I talked to someone with Cruz, but it wasn't Dave Cruz; |
| 10 | | it was one of his workers. |
| 11 | Q | All right. And this would have been -- this would have |
| 12 | | been in the '02 year? |
| 13 | A | Yes. |
| 14 | Q | Would it have been in the wintertime? |
| 15 | A | Spring, I'm pretty sure. |
| 16 | Q | Spring? |
| 17 | A | It was in the spring. |
| 18 | Q | Okay. All right. In any case, during that year of |
| 19 | | '02, nobody got any water from that -- from the lake as |
| 20 | | far as you know? |
| 21 | A | No, they -- no, they didn't. |
| 22 | Q | All right. And so at least in terms of '02, there's no |
| 23 | | issues of anybody trespassing or anything like that? |
| 24 | A | No issues. |
| 25 | Q | Okay. All right. When -- when Wayne Walters came and |

| | | |
|---|---|---|
| 1 | | Valley and it looks like Golden Valley at least |
| 2 | | responded at one point, and it sounds like you were |
| 3 | | trying to work out a -- work out an arrangement to |
| 4 | | resolve this problem and allow access to the lake |
| 5 | | for -- in exchange for some money.  Is that -- is that |
| 6 | | right? |
| 7 | A | Yes.  You know what, I was in that ice sculpture and it |
| 8 | | pretty well takes us 18-, 20-hour days..... |
| 9 | Q | Okay. |
| 10 | A | .....trying to make a sculpture that..... |
| 11 | Q | All right. |
| 12 | A | My brother, Victor, was the one that talked to him all |
| 13 | | the time in this case. |
| 14 | Q | Okay. |
| 15 | A | I did not have time.  I was committed to this ice |
| 16 | | sculpturing. |
| 17 | Q | All right.  So pretty much Victor was the point man for |
| 18 | | dealing..... |
| 19 | A | Yes. |
| 20 | Q | .....with Tanana Chiefs? |
| 21 | A | Yes. |
| 22 | Q | All right.  And at one point, it looks like Golden |
| 23 | | Valley offered to pay $50,000 for access to the Seven |
| 24 | | Mile Lake.  Were you informed of that?  Did you know |
| 25 | | about that? |

| | | |
|---|---|---|
| 1 | A | Yeah, we took last year off -- well, and, yeah, we're |
| 2 | | talking going back this spring. |
| 3 | Q | Okay. |
| 4 | A | Look for us.  We're going to go for first.  We already |
| 5 | | know what we're going to do, too.  That year -- well, |
| 6 | | that year we knew what we were going to do. |
| 7 | Q | I've never been up to the Fairbanks ice sculptures, but |
| 8 | | I heard they're really good. |
| 9 | A | You know, if not, you can get on the Internet or |
| 10 | | something. |
| 11 | Q | Yeah.  Oh, yeah, that's a good idea. |
| 12 | A | They got -- see, they're getting more and more cameras. |
| 13 | | You can watch the people work, too. |
| 14 | Q | Uh-huh. |
| 15 | A | It's -- yeah, check it out on the Internet. |
| 16 | Q | That'd be interesting.  All right.  But in any case, |
| 17 | | these negotiations between the Tanana Chiefs and Golden |
| 18 | | Valley, it sounds like you just -- you let your brother |
| 19 | | take care of that? |
| 20 | A | Yep. |
| 21 | Q | You didn't have any involvement? |
| 22 | A | I didn't even know we were offered..... |
| 23 | Q | Yeah. |
| 24 | A | .....50,000.  I just said you do what you have..... |
| 25 | Q | All right. |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | A | .....you have to do, because..... |
| 2 | Q | All right.  Let me ask you this:  In terms of your -- and I understand that it's your position that the Cruz Construction people went across your property to get onto the lake and then also it sounds like for a period of time they were putting some -- some of their property on -- on -- on kind of that swampy part of..... |
| 9 | A | Yes. |
| 10 | Q | .....land that was outside the lake, but it's on your property?  That's your position? |
| 12 | A | Yes. |
| 13 | Q | All right. |
| 14 | A | It might look like part of that lake because it's all swamp. |
| 16 | Q | Okay.  Did they do any damage to your property? |
| 17 | A | Right now, no.  No, I would say there's -- it's all frozen then. |
| 19 | Q | Okay. |
| 20 | A | They didn't cut any trees down.  I mean there's a grassy spot, they got on there, but, no, they didn't no, it was frozen.  They didn't..... |
| 23 | Q | Okay. |
| 24 | A | They didn't destroy anything. |
| 25 | Q | All right.  Let me just ask you -- I think I'm really |

|   |   |   |
|---|---|---|
| 1 |   | Fairbanks.  But at least in Anderson, it was more one |
| 2 |   | on one, but..... |
| 3 | Q | All right.  After Mr. Walters came to talk to you in |
| 4 |   | 2002, did you talk to anyone else from Golden Valley? |
| 5 | A | No, I didn't.  I don't know when I talked to Greg.  I |
| 6 |   | can't -- I think it was before then. |
| 7 | Q | Do you have any reason to believe that any Golden |
| 8 |   | Valley employees trespassed on your property? |
| 9 | A | I can't -- I did -- I don't know who was working for |
| 10 |   | who, so I can't say.  So I couldn't say if it's GVEA. |
| 11 |   | I -- I don't know who everyone worked for.  You know, I |
| 12 |   | mean the trucks had different stickers on them and..... |
| 13 | Q | Did you see any trucks that had the name Golden Valley |
| 14 |   | Electric on them? |
| 15 | A | I don't remember that.  Them -- no trucks with GVEA on |
| 16 |   | them. |
| 17 | Q | Well, you've talked about Big Ed.  Do you know who he |
| 18 |   | worked for? |
| 19 | A | He worked for Cruz. |
| 20 | Q | Okay.  And can you think of anybody else that you saw |
| 21 |   | that you believe was trespassing on your property let's |
| 22 |   | say in March of 2003. |
| 23 | A | That I knew? |
| 24 | Q | Anyone else that you saw. |
| 25 | A | Well, there was all their employees were crossing. |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



1  Q     Whose employees?
2  A     Well, I'm going to say they're Cruz's. They were --
3        yeah, they were driving Cruz's machinery.
4  Q     Okay. So the people that were driving onto the lake
5        that you described and were obtaining water were trucks
6        that were noted to be Cruz trucks?
7  A     Well, their equipment. The trucks -- there were
8        different trucks. I mean I remember -- I think they
9        said Global on them. I -- them and other -- Dave
10       Cruz's trucks. I mean he came out. But it was -- the
11       people that were there were the employees doing the
12       work, which I'm pretty sure they had Cruz equipment on
13       them.
14 Q     So you can't point to anyone specifically that you know
15       worked for Golden Valley that had trespassed on your
16       property?
17 A     No, I don't. I mean Wayne Walters worked for them. He
18       didn't trespass; he came to talk to me. I mean he
19       wasn't trespassing.
20 Q     Okay.
21 A     You know, I'm guessing he worked for GVEA. I don't
22       know who he worked for.
23 Q     Okay.
24 A     But he was checking on it.
25 Q     Now, you told Mr. Walters that the crew -- whoever was

& ASSOCIATES, INC.
dell Street, Suite A
ks, Alaska 99701
07) 452-3678

```
 1  A      No, I don't have any information on it.
 2  Q      Same question.  Do you have any evidence that Black &
 3         Veatch trespassed on your property in March 2003?
 4  A      No, I have no evidence.
 5  Q      And you are claiming that no one trespassed on your
 6         property in 2002?
 7  A      Yeah, no -- no -- they didn't cross that property then.
 8         I would have saw the tracks there.  All that
 9         happened -- I saw them go on the Rex Trail, but nobody
10         crossed our property there then.
11  Q      Looking at your complaint and your amended complaint,
12         it maintains only two causes of action: one for
13         trespass and a second for civil rights violation.  In
14         terms of the civil rights violation, are those directed
15         at the police officers in this litigation?
16  A      I would think so, you know.  I mean they're the ones I
17         feel violated me, but I'm going to say yes.
18  Q      All right.
19  A      But.....
20              MS. TAVARES:  Thank you.  I have no further
21  questions.
22              DON MICHAEL KUBANYI
23  testified as follows on:
24              CROSS EXAMINATION
25  BY MR. VERMONT:
```