Case 4:04-cv-00026-RRB   Document 170-4   Filed 12/08/2006   Page 1 of 4
Deposition of Elizabeth Tuzroyluk    Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                 Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,         )
AILEEN WELTON, ELIZABETH               )
TUZROYLUK, DORIS KUBANYI,              )
VICTOR KUBANYI, BOBBY KUBANYI,         )
ARLETTE KUBANYI, and BRIAN             )
BAGGETT,                               )
                                       )
         Plaintiffs,                   )
                                       )
    vs.                                )
                                       )
GOLDEN VALLEY ELECTRIC                 )
ASSOCIATION, DAVE CRUZ,                )
Individually and d/b/a CRUZ            )
CONSTRUCTION, BLACK & VEATCH           )
CORPORATION, JAKE COVEY and            )
PATRICK NELSON,                        )
                                       )
         Defendants.                   )
_____)
Case No. F04-0026 CIV (RRB)


TELEPHONIC DEPOSITION OF

ELIZABETH PIKOK TUZROYLUK

Taken Thursday, October 5, 2006
From the Hour of 4:02 p.m. to 4:16 p.m.

Pages 1 through 18, inclusive
           Volume 1

Taken by Counsel for Defendant GVEA
                at
Offices of Heartland Court Reporters
     100 Cushman Street, Suite 308
        Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters                Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

0e5c8263-48f0-4f2c-b58e-2a10c3e9b225

Deposition of Elizabeth Tuzroyluk        Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                    Case No. F04-0026 CIV (RRB)

Page 5

1              DIRECT EXAMINATION
2   BY MR. KRAMER:
3      Q.   Ms. Tuzroyluk, where are you located at?
4      A.   Where do I live or where am I calling from?
5      Q.   Where are you at right now?
6      A.   Anchorage.
7      Q.   Okay.  Where do you live?
8      A.   I don't even know the address.
9      Q.   What community do you call home?
10     A.   Point Hope.
11     Q.   Okay.  And that's up near Barrow?
12     A.   No, up at Kotzebue.
13     Q.   Okay.  Along the western coast there?
14     A.   Uh-hum.
15     Q.   How long have you lived up there in Point
16  Hope?
17     A.   All my life.
18     Q.   Where were you born?
19     A.   Point Hope.
20     Q.   Okay.  What's your date of birth?
21     A.   9/14/56.
22     Q.   What's your Social Security number?
23     A.   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.
24     Q.   Have you ever been to Seven Mile Lake?
25     A.   No.

Heartland Court Reporters           Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

0e5c8263-48f0-4f2c-b58e-2a10c3e9b225

Deposition of Elizabeth Tuzroyluk        Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                    Case No. F04-0026 CIV (RRB)

Page 6

```
 1      Q.   We're here because you and seven other
 2   brothers and sisters have sued Golden Valley and some
 3   other folks for an alleged trespass that occurred in
 4   2003 at -- at the Seven Mile Lake Native allotment.
 5   Are you aware of that?
 6      A.   Yes.
 7      Q.   Do you understand that you're a -- that you're
 8   a plaintiff and that -- and that you're suing my client
 9   and the other clients that have been identified here?
10      A.   Yes.
11      Q.   Why do you think Golden Valley Electric
12   Association owes you more than $100,000 for what
13   happened out there at -- at Seven Mile Lake?
14      A.   Because they trespassed.
15      Q.   How did they trespass?
16      A.   They said they were there without asking.
17      Q.   Okay.  How did that -- how did that damage
18   you, Ms. Tuzroyluk?  How did that hurt you?
19      A.   I don't know what you just -- I think it's
20   what they did to Don.
21      Q.   Okay.  Did they -- did anybody do anything to
22   you?
23      A.   No.
24      Q.   Is it -- do you believe that any damage was
25   done to the property out there?
```

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

0e5c8263-48f0-4f2c-b58e-2a10c3e9b225

Deposition of Elizabeth Tuzroyluk      Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                  Case No. F04-0026 CIV (RRB)

Page 7

1   A.   I don't know, I haven't been there. I can't
2   answer that.
3   Q.   Do you think Golden Valley Electric
4   Association owes you money for what the Alaska State
5   Troopers did to your brother Don, is that -- do I
6   understand that correctly?
7   A.   Oh, you mean -- you're saying who?
8   Q.   Well, I rep -- I represent Golden Valley
9   Electric Association.
10  A.   Uh-hum.
11  Q.   And you've sued them under theories of breach
12  of your -- violation of your civil rights and for
13  trespass. What civil rights do you believe GVEA has
14  violated?
15  A.   I think it's trespassing.
16  Q.   Okay.
17  A.   Yeah. And what they did to Don was ugly.
18  Q.   Well, do you think GVEA did something to your
19  brother Don?
20  A.   You know, it wouldn't have happened if they
21  weren't there. Okay?
22  Q.   What makes you think Golden Valley Electric
23  Association was there at Seven Mile Lake when this
24  incident happened?
25  A.   Because that's -- that's what he said.

Heartland Court Reporters           Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

0e5c8263-48f0-4f2c-b58e-2a10c3e9b225