Case 4:04-cv-00026-RRB    Document 170-5    Filed 12/08/2006    Page 1 of 9

Deposition of Aileen Welton                Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                      Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,         )
AILEEN WELTON, ELIZABETH               )
TUZROYLUK, DORIS KUBANYI,              )
VICTOR KUBANYI, BOBBY KUBANYI,         )
ARLETTE KUBANYI, and BRIAN             )
BAGGETT,                               )
                                       )
            Plaintiffs,                )
                                       )
     vs.                               )
                                       )
GOLDEN VALLEY ELECTRIC                 )
ASSOCIATION, DAVE CRUZ,                )
Individually and d/b/a CRUZ            )
CONSTRUCTION, BLACK & VEATCH           )
CORPORATION, JAKE COVEY and            )
PATRICK NELSON,                        )
                                       )
            Defendants.                )
_____)
Case No. F04-0026 CIV (RRB)


DEPOSITION OF AILEEN WELTON

Taken Friday, October 6, 2006

From the Hour of 3:47 p.m. to 4:44 p.m.

Pages 1 through 57, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 2 of 9

Deposition of Aileen Welton          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                Case No. F04-0026 CIV (RRB)

Page 26

1    Q.   Why do you think Golden Valley Electric
2  Association owes you money for -- for what happened
3  there on March 1, 2003?
4    A.   Well, they purposefully came onto the -- onto
5  the Native land claims and put -- set up a -- their
6  trailer and their lights and everything. I mean, they
7  were there -- they set up a place to be.
8    Q.   Okay. Now, Golden Valley didn't do that, did
9  they?
10   A.   I don't know who did. Cruz Construction, I
11 believe.
12   Q.   Okay. Do you have any reason to believe that
13 Golden Valley owned any of the equipment that was out
14 there or had any trucks or vehicles parked on your
15 property or anything else associated with Golden
16 Valley?
17   A.   I -- I can't answer that. I don't know who --
18 I mean, I don't know if their vehicles had anything
19 written on them or what. I came from this end.
20 (Indicating.)
21       I mean, when we -- my husband and me were
22 pulling in, the place was just lit up. We didn't know
23 what was going on. We pulled off the side of the trail
24 to think that someone was coming down the trail. We
25 waited there and waited and no one came, so we just

Heartland Court Reporters           Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 3 of 9

Deposition of Aileen Welton      Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 27

1   came. Then we came into the lake and seen the whole
2   setup there.
3       Q.   Okay. When did you come onto the lake?
4       A.   What do you mean, when did I come on?
5       Q.   What day?
6       A.   I don't remember. I'd would -- I would say it
7   was a weekend. I mean, I work during the weekday so I
8   would say it was a weekend. That's just a guess.
9       Q.   We've learned that Don's incident occurred on
10  Saturday, excuse me, March 1. And we also learned from
11  your sister that you had apparently called her --
12      A.   Okay. Then I was down there Friday night. We
13  probably went down Friday night.
14      Q.   She said you called her Friday night and said,
15  you know --
16      A.   Right. People.
17      Q.   -- there's people down here on our land, and
18  get brother Don and you guys should come down here.
19      A.   Yes.
20      Q.   Was that accurate?
21      A.   Yes.
22      Q.   And do you remember -- do you remember saying
23  those words to her?
24      A.   I don't remember my exact words. I remember
25  telling them it was all lit up down there.

Heartland Court Reporters           Telephone: 907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701
ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 4 of 9

Deposition of Aileen Welton        Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006              Case No. F04-0026 CIV (RRB)

Page 28

1  Q. Okay. To the best of your recollection, I'd
2  like to hear what you told your sister Arlette when you
3  called her on Friday night from the lake.
4  A. To my best recollection that there were people
5  on Don's property, it's all lit up, come down. That's
6  the best -- I mean, that's the best of my knowledge.
7  Q. Now, you called it Don's property. Why did
8  you call it Don's property?
9  A. Because it's on this side of the -- where all
10 his stuff is.
11 Q. Okay. Where -- where was -- where was their
12 equipment and vehicles?
13 A. Where was their stuff set up?
14 Q. Yeah.
15 A. I would say -- I think it might have been
16 somewhere around here, and then there was -- I think
17 something else -- I know there were -- there were big
18 lights up, and I think there might have been something
19 out on the lake also. I think equipment here and
20 something on the lake.
21 Q. Okay. But your -- could the equipment have
22 been on the lake also?
23 A. I don't know that. What month was this? In
24 March? Probably -- the ice probably wouldn't have held
25 it. I don't know.

Heartland Court Reporters           Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 5 of 9

Deposition of Aileen Welton         Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006               Case No. F04-0026 CIV (RRB)

Page 29

1   Q.  Well, you were out there on February 28th or
2   29th?
3   A.  You know, I mean -- I would have been out
4   there on -- yeah, I don't know if it was a leap year or
5   not.
6   Q.  I don't think anybody here does.
7   A.  Yeah, I went down -- yeah, I went down -- I
8   would have been down on a Friday if that happened to
9   brother Don on Saturday.
10  Q.  Okay.  So you don't know whether the equipment
11  was parked on the lake or not, but it was an ice shack
12  or something, pumping station out there in the lake
13  that they had some lights set up, right?
14          MR. WALLERI:  Objection.  Mischaracterizes the
15  answer.  Go ahead and answer if you can.
16  BY MR. KRAMER:
17  Q.  Did I get that right?
18  A.  No.  Tell me the question again.
19  Q.  Well, I'm trying to -- you weren't sure where
20  the equipment was parked on the lake or not; is that
21  right?
22  A.  No, I don't remember.  I mean --
23  Q.  But -- but there was an ice shack of some sort
24  set up on the lake; you're quite certain about that?
25  A.  I believe there was something set up on the

Heartland Court Reporters              Telephone: 907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701
ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 6 of 9

Deposition of Aileen Welton          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                Case No. F04-0026 CIV (RRB)

Page 30

1  lake.
2     Q.   Okay.  And is that where the lights were?
3     A.   I don't remember where the -- if the lights
4  were out here (indicating) or some setup on the lake or
5  what.  I don't remember.
6     Q.   Okay.  Did you observe any physical damage to
7  your property by these activities going on at the lake?
8     A.   To my property?  No.
9     Q.   Okay.  To anybody's properties?  Don's
10 property?
11    A.   I didn't physical -- I mean, I didn't go over
12 and check out what was -- I mean, I didn't go up to --
13 to whatever -- the equipment.
14    Q.   Okay.  Did the activities that occurred out
15 there on March 1, has that interfered with your
16 enjoyment of -- of your property out there?
17    A.   Well, I mean, you come out there and you've
18 got all these strangers set up with their big
19 spotlights and everything at your place.  I mean, this
20 is a -- you know, it's private property, and you get
21 these people out there, you don't know who they are or
22 anything.
23    Q.   Can you see from your cabin -- could you see
24 either the shack or the equipment?
25    A.   You could see all the lights.  It was lit up.

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 7 of 9

Deposition of Aileen Welton          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                Case No. F04-0026 CIV (RRB)

Page 31

1    Q.   You could see the glow off the lights or the
2  lights themselves?
3    A.   The glow, I'd say.  I don't remember.  I'd say
4  the glow.
5    Q.   And so that interfered with your enjoyment of
6  the lake, at least --
7    A.   Yeah.
8    Q.   -- Friday night?
9    A.   I mean, people out there.  You don't know who
10 they are, and we're all -- yeah, I mean, strangers out
11 there.
12   Q.   Okay.  Have you spent any money or has this
13 incident cost you any -- any money losses in any -- in
14 any way?
15   A.   I don't think so.
16   Q.   Since this incident, has your ability to enjoy
17 the lake, to hunt, you know, to gather wood, to do any
18 of the things you do out there, has it been negatively
19 affected?
20   A.   No.
21   Q.   The Complaint here filed against Golden Valley
22 Electric says that Golden Valley Electric violated your
23 civil rights.  What -- what civil rights did Golden
24 Valley Electric violate?
25   A.   My civil rights going on our personal

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net  Fax:  907-488-7701
ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 8 of 9

Deposition of Aileen Welton          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                Case No. F04-0026 CIV (RRB)

Page 49

```
 1   had told the police to leave?
 2       A.   Yes.
 3       Q.   Okay.  All right.  Any other details about --
 4   about what happened there with your brother that you've
 5   heard from anybody?
 6       A.   No.  I mean, it just happened so long ago,
 7   I --
 8       Q.   Yeah, all right.  And it sounds like you --
 9   the information that you're telling us about was
10   communicated to you on that night when you got back
11   from Clear Sky?
12       A.   Yes.
13       Q.   Since that time, have you gained any other
14   information?  Have you learned any other information
15   other than what you learned on that night about what
16   happened?
17       A.   I don't believe so.
18       Q.   Okay.  Have you ever talked to your brother
19   Don directly about what happened?
20       A.   Yes.
21       Q.   And what -- what do you remember him telling
22   you?
23       A.   Just that he kept telling the police he gave
24   up when they were chasing him, and they didn't, and
25   continued to stun him and spray him --
```

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

ae9d72ee-59a1-487b-a02d-b558997162b0

Case 4:04-cv-00026-RRB   Document 170-5   Filed 12/08/2006   Page 9 of 9

Deposition of Aileen Welton           Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                 Case No. F04-0026 CIV (RRB)

Page 50

```
 1    Q.   Okay.
 2    A.   -- is really all I can remember.
 3    Q.   All right.  How about have you ever talked to,
 4  like, Brian Baggett directly about what happened?
 5    A.   I don't believe so.
 6    Q.   Okay.  Anybody -- anybody else who was an eye
 7  witness that you've talked to?
 8    A.   No.  There would have been no one else.
 9    Q.   And this conversation or maybe two
10  conversations that you had with these workers out there
11  on the lake, can you remember how many workers there
12  were, how many folks you talked to?
13    A.   I'm going to take a guess, two or three.
14    Q.   Okay.
15    A.   Because I recognized one of them.
16    Q.   All right.  Do you know who it was and do you
17  know the name or just you recognize the face?
18    A.   I recognized him, and no, I couldn't tell you
19  his name.
20    Q.   All right.  How did you recognize him?
21    A.   From -- from through the Legerats.
22    Q.   He was someone that knew the Legerats?
23    A.   I believe so.  He was -- I would say it was
24  one of the Legerats' friends.  See, I don't -- I'm
25  thinking of one last guy, last name Kardinof (ph), or
```

Heartland Court Reporters                Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

ae9d72ee-59a1-487b-a02d-b558997162b0