```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3  DON M. KUBANYI, JIMMY KUBANYI,      )
    AILEEN WELTON, ELIZABETH            )
 4  TUZROYLUK, DORIS KUBANYI, VICTOR    )
    KUBANYI, BOBBY KUBANYI, and         )
 5  ARLETTE KUBANYI,                    )
                                        )
 6            Plaintiffs,               )
                                        )
 7  vs.                                 )
                                        )
 8  GOLDEN VALLEY ELECTRIC              )
    ASSOCIATION, et al.,                )
 9                                      )
              Defendants,               )
10                                      )
    CRUZ CONSTRUCTION, INC., and        )
11  DAVE CRUZ, individually,            )
                                        )
12         Defendant and Third-party    )
              Plaintiffs,               )
13                                      )
    vs.                                 )
14                                      )
    GLOBAL POWER & COMMUNICATIONS,      )
15  LLC.,                               )
           Third-Party defendant.       )
16  _____ )
    Case No. F04-0026 CI
17
              VIDEOTAPED DEPOSITION OF BRYAN BAGGETT
18                     October 14, 2005

19  APPEARANCES:
        FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
20                               Attorney at Law
                                 330 Wendell Street
21                                 Suite E
                                 Fairbanks, Alaska 99701
22                               (907) 452-4716

23      FOR THE DEFENDANTS
        Golden Valley Electric:  MS. MARY SPIERS
24                               Borgeson & Burns
                                 100 Cushman Street, Suite 311
25                               Fairbanks, Alaska 99701
                                 (907) 452-1666
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

```
 1                         BRYAN BAGGETT
 2  having first been duly sworn under Oath, testified as follows
 3  on examination:
 4              COURT REPORTER:  For the record, please state
 5  your name and spell your last name.
 6  A     Bryan Stewart Baggett, B-a-g-g-e-t-t.
 7              COURT REPORTER:  And Stewart is spelled how?
 8  A     S-t-e-w-a-r-t.
 9              COURT REPORTER:  Okay.  And a mailing address?
10  A     1245 Lance Lane, Fairbanks, 99712.
11              COURT REPORTER:  A daytime telephone?
12  A     388-8009.
13              COURT REPORTER:  Thank you.  You may proceed.
14                       DIRECT EXAMINATION
15  BY MR. QUINN:
16  Q     Mr. Baggett, my name is Dan Quinn and I represent Dave
17        Cruz and Cruz Construction in the lawsuit that you and
18        others have brought.  It has to do with some incidents
19        on March 1st of 2003.  We're here to just ask you some
20        questions about -- a little bit about your background
21        and about what you remember -- events of that day.  And
22        let me just ask you first of all, have you ever had a
23        deposition before like this where you've been.....
24  A     No.
25  Q     Okay.  Well, it's just a chance that we have, as I say,
```

<mark>

8

| | | |
|---|---|---|
| 1 | A | We have one together and two other children that she |
| 2 | | had before I married her. |
| 3 | Q | Okay.  And your child is named? |
| 4 | A | Michaela Baggett. |
| 5 | Q | How old is Michaela? |
| 6 | A | Eight. |
| 7 | Q | And the two other children are? |
| 8 | A | Taylor Ness. |
| 9 | Q | Taylor..... |
| 10 | A | Ness. |
| 11 | Q | N-e..... |
| 12 | A | N-e-s-s. |
| 13 | Q | Okay. |
| 14 | A | And she's 12.  And Jamie Ness and she's 14. |
| 15 | Q | Okay.  Do they -- do these -- all three girls live with |
| 16 | | you? |
| 17 | A | Yes. |
| 18 | Q | All right.  We're here to ask some questions about..... |
| 19 | | MR. QUINN:  I suppose I should get wired up. |
| 20 | Q | .....events that happened on March 1 of 2003.  And I |
| 21 | | understand that you were at the Kubanyi Native |
| 22 | | allotment property on that day. |
| 23 | A | Correct. |
| 24 | Q | And what time did you get out there, if you remember? |
| 25 | | What brought you to that location? |

```
1              MR. WALLERI:  No, you don't need to.
2              MS. SPIERS:  There, is that good?
3              COURT REPORTER:  Yes.
4              MS. SPIERS:  Okay.  Just a couple short
5    questions here.
6                        BRYAN BAGGETT
7    testified as follows on:
8                       CROSS EXAMINATION
9    BY MS. SPIERS:
10   Q       You mentioned seeing some Cruz -- the Cruz workers that
11           were there and along the road.  Did you see any Golden
12           Valley workers there, GVEA vehicles or.....
13   A       Not that I can remember.  I didn't really -- I just
14           know there was red ones with Cruz on the side.  I don't
15           know whose big -- you know, I don't know who owned the
16           big water truck that was coming in and out.
17   Q       But you didn't see anything that you were aware
18           of -- any GVEA vehicles or anything?
19   A       (No audible response)
20             MS. SPIERS:  I guess I have no further
21   questions.
22                       BRYAN BAGGETT
23   testified as follows on:
24                      CROSS EXAMINATION
25   BY MS. TAVARES:
```

```
 1  Q     Good afternoon.  I just have a few questions.  I
 2        represent Black and Veatch Corporation.  That evening,
 3        March 1st, 2003, were there any vehicles -- Black and
 4        Veatch vehicles out at that particular location?
 5  A     I can't remember.
 6  Q     Is it your best recollection that the vehicles that you
 7        did identify were from Cruz Construction?
 8  A     Right -- yeah, that's from my best recollection.  Yeah.
 9  Q     And from the employees that you did see, those would
10        have been Cruz Construction employees?
11  A     As far as I know.  I only saw the guys working on the
12        water plant and the ones driving the truck up to it.
13  Q     Okay.
14             MS. TAVARES:  I think that's all the questions
15  I have as well.  Thank you.
16                       BRYAN BAGGETT
17  testified as follows on:
18                     CROSS EXAMINATION
19  BY MR. VERMONT:
20  Q     Mr. Baggett, I'm Venable Vermont from the Attorney
21        General's office for Troopers Covey and Nelson.  I just
22        have a few questions too.  Did you recognize either of
23        these troopers from any previous contacts?  Ever seen
24        them before?
25  A     No.
```