Case 4:04-cv-00026-RRB   Document 170-7   Filed 12/08/2006   Page 1 of 5

Deposition of Arlette Kubayni              Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                      Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,        )
AILEEN WELTON, ELIZABETH              )
TUZROYLUK, DORIS KUBANYI,             )
VICTOR KUBANYI, BOBBY KUBANYI,        )
ARLETTE KUBANYI, and BRIAN            )
BAGGETT,                              )
                                      )
        Plaintiffs,                   )
                                      )
   vs.                                )
                                      )
GOLDEN VALLEY ELECTRIC                )
ASSOCIATION, DAVE CRUZ,               )
Individually and d/b/a CRUZ           )
CONSTRUCTION, BLACK & VEATCH          )
CORPORATION, JAKE COVEY and           )
PATRICK NELSON,                       )
                                      )
        Defendants.                   )
_____)
Case No. F04-0026 CIV (RRB)


DEPOSITION OF ARLETTE KUBANYI

Taken Friday, October 6, 2006

From the Hour of 2:34 p.m. to 3:37 p.m.

Pages 1 through 67, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters                    Telephone: 907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

6d8d7d3d-61d1-436b-b676-70967ed582a5

Case 4:04-cv-00026-RRB   Document 170-7   Filed 12/08/2006   Page 2 of 5

Deposition of Arlette Kubayni       Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006               Case No. F04-0026 CIV (RRB)

Page 18

1  Association, and I guess the people that work for
2  Golden Valley Electric Association, how GVEA trespassed
3  on your Native Allotment?
4     A.   It was Cruz Construction, but isn't it -- I
5  mean, our incident -- if you're speaking about the
6  incident that happened out there --
7     Q.   Uh-hum.
8     A.   -- we were -- I was dealing with the Cruz
9  Construction people.
10    Q.   Okay.  So you never saw any GVEA person out
11 there or GVEA trucks or -- or anything with GVEA
12 stickers on it or anything that led you to believe that
13 GVEA itself had anything to do with this trespass, did
14 you?
15    A.   No.  The only thing that I would think of
16 is -- is Golden Valley had its -- has to do with the
17 intertie.
18    Q.   Right.  Golden Valley was --
19    A.   Yeah.
20    Q.   -- was the owner --
21    A.   Yeah.
22    Q.   -- or the bigwig in the intertie --
23    A.   Of the intertie.
24    Q.   -- project.  But Golden Valley itself, and its
25 employees, to the best of your knowledge, didn't have

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

6d8d7d3d-61d1-436b-b676-70967ed582a5

Case 4:04-cv-00026-RRB   Document 170-7   Filed 12/08/2006   Page 3 of 5

Deposition of Arlette Kubayni        Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                Case No. F04-0026 CIV (RRB)

Page 19

1  anything to do with this -- with this incident on the
2  lake, on March 1, 2003, correct?
3      A.   Oh, it was dealing with all Cruz Construction
4  vehicles --
5      Q.   Okay.
6      A.   -- and their employees.
7      Q.   At any time when you were dealing with the
8  Cruz Construction people, did any GVEA people, you
9  know, participate or -- or otherwise get involved?
10     A.   No.  Not that I recall.
11     Q.   Did GVEA -- the name "GVEA" even come up in
12  your discussions with Cruz Construction?
13     A.   No.
14     Q.   All right.  Well, tell me about your contacts
15  with Cruz Construction, then.  What -- when was -- and
16  let's start chronologically.  Were you out at the lake
17  when all this stuff happened?
18     A.   Yes.
19     Q.   Okay.  When did you go to the lake?
20     A.   I came to the lake -- okay.  This incident
21  happened on a Saturday.
22     Q.   Uh-hum.
23     A.   Because Friday night, my sister Babe called me
24  at home and said you need to get down here, and you
25  need to get brother Don down here because these people

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

6d8d7d3d-61d1-436b-b676-70967ed582a5

Case 4:04-cv-00026-RRB   Document 170-7   Filed 12/08/2006   Page 4 of 5

Deposition of Arlette Kubayni    Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 37

1   that Don had discussed it with these folks --
2       A.   Yeah.
3       Q.   -- at the end of the lake.  Was it Don that
4   told you that?
5       A.   I can't remember.
6       Q.   Okay.
7       A.   Most likely.
8       Q.   Okay.
9       A.   He probably said that he had talked with them,
10  and so I just thought he was handling the situation.
11      Q.   Okay.  Did he say that -- did he tell you that
12  he had asked them for a job or anything like that?
13      A.   Yeah, he'd asked them for a job the year
14  before.
15      Q.   Okay.  Tell us about that.
16      A.   He just -- that's all he told me is that he
17  asked these people for a job the year before because he
18  lives out there.
19      Q.   Okay.  And they didn't give him one, did they?
20      A.   Obviously not.
21      Q.   Was he upset about that?
22      A.   No.  He's -- he's -- he works.
23      Q.   Did he think he was -- did he think he
24  deserved or was entitled to a job on this project
25  because he lived out there?

Heartland Court Reporters            Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

6d8d7d3d-61d1-436b-b676-70967ed582a5

Case 4:04-cv-00026-RRB   Document 170-7   Filed 12/08/2006   Page 5 of 5

Deposition of Arlette Kubayni         Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                 Case No. F04-0026 CIV (RRB)

Page 38

```
 1     A.   No, he just probably wanted something to do
 2  since he's right there at the area, is how I took it.
 3     Q.   Okay.  So when he came back and discussed --
 4  he said, I've discussed it with these people, did he
 5  believe that the situation was resolved?
 6     A.   No.
 7     Q.   Okay.  What was your impression after hearing
 8  that he had discussed it with them?  What did you think
 9  that meant?
10     A.   I didn't think much of anything because it was
11  all in -- you know, he was handling it.
12     Q.   Okay.  Did he seem like he was upset or angry
13  or -- or the situation was -- was getting more serious?
14     A.   No, he's a real mellow person, brother Don is.
15  He's always mellow.
16     Q.   Okay.
17     A.   He's --
18     Q.   So then what happened or what do you remember?
19     A.   Then we just went on about doing our things,
20  and then me, my sister Babe, and Johnny Legerat took
21  off in a car and we went into Clear Sky Lodge for a
22  couple of hours.
23     Q.   Okay.  What did you do at Clear Sky Lodge?
24     A.   I don't know.
25     Q.   Did you have a couple drinks?
```

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

6d8d7d3d-61d1-436b-b676-70967ed582a5