Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,      )
AILEEN WELTON, ELIZABETH            )
TUZROYLUK, DORIS KUBANYI,           )
VICTOR KUBANYI, BOBBY KUBANYI,      )
ARLETTE KUBANYI, and BRIAN          )
BAGGETT,                            )
                                    )
          Plaintiffs,               )
                                    )
    vs.                             )
                                    )
GOLDEN VALLEY ELECTRIC              )
ASSOCIATION, DAVE CRUZ,             )
Individually and d/b/a CRUZ         )
CONSTRUCTION, BLACK & VEATCH        )
CORPORATION, JAKE COVEY and         )
PATRICK NELSON,                     )
                                    )
          Defendants.               )
_____)

Case No. F04-0026 CIV (RRB)


DEPOSITION OF BOBBY KUBANYI

Taken Friday, October 6, 2006

From the Hour of 9:08 p.m. to 10:13 a.m.

Pages 1 through 69, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters        Telephone:  907-452-6727
Carol A. McCue, RMR E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni      Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 23

1   occurred?  What do you believe happened out there that

2   caused the trespass?

3        A.    Well, okay.  Do you -- are you asking me did I

4   see them out there?

5        Q.    We know you didn't see them out there, right?

6        A.    Yes, I did.

7        Q.    Oh, you did.  Okay.  We'll talk about that --

8        A.    Okay.

9        Q.    -- a little later.  What do you think is the

10  nature of the trespass?

11       A.    There --

12       Q.    What do you think these people did and who did

13  it?

14       A.    They were on our property.

15       Q.    Who was?

16       A.    Well, the people who was pumping the water.

17       Q.    Okay.  Was there anyone from GVEA, Golden

18  Valley Electric Association, out there that you saw?

19       A.    There was one person, but I don't know who

20  he -- you know, who -- when -- who he was, offhand.

21       Q.    Okay.  There was one person total or one

22  person that you couldn't identify?

23       A.    One person that I seen.

24       Q.    Okay.  So you saw one person out there and

25  some equipment, apparently?

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni      Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 24

1    A.    Yes.

2    Q.    Okay.  And did you ever talk to that person?

3    A.    I was going by on my snow machine and -- and

4  he said -- or I believe, I -- he said something about

5  the water.

6          And I said that he would have to get ahold of

7  my brother Don because he lives out there.  You know,

8  he spends all his -- you know, my brother, he's the one

9  who stays out there.  I don't know which person it was,

10 but he was -- looked like he was a -- he was taking

11 care of all the equipment out there or something.

12   Q.    Okay.  But there was just one guy and

13 equipment?

14   A.    That I seen.

15   Q.    What kind of equipment was out there?

16   A.    Oh, shacks.

17   Q.    Was it on the lake?

18   A.    I seen there was -- there -- I seen it at this

19 corner, but I can't tell you how far it was out there.

20   Q.    Okay.

21   A.    But it was on the corner out here.

22 (Indicating.)

23         MR. QUINN:  And that's the corner actually in

24 the lake is what you're saying?

25         THE WITNESS:  Yes.

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni      Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 44

1    there and they called the cops.  I don't know what --

2    what -- you know, what happened, what happened out

3    there.  I wasn't there.

4         Q.    Okay.

5         A.    You know, I wasn't there physically right with

6    Don.

7         Q.    Are you claiming that you were damaged at all

8    personally or suffered any loss --

9         A.    No.

10        Q.    -- as a result of what happened to Don out

11   there?

12        A.    Not personally.

13        Q.    What losses did you suffer?

14        A.    Well, could I elaborate?

15        Q.    Absolutely.

16        A.    Okay.  I think that we should be entitled to

17   something for -- for what happened.  And I don't know

18   what figure, but I think we should be entitled to

19   something for trespassing and then -- and then what --

20   I believe what Don suffered through.  I -- just my own

21   thought.

22        Q.    Oh, so you think someone -- you think Golden

23   Valley Electric should give you money for what the

24   troopers did to Don?

25        A.    Well -- well, not -- okay.  Can I -- for --

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni        Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006              Case No. F04-0026 CIV (RRB)

Page 45

1  well, for trespassing, that's -- that's what started

2  everything.  You know, if they weren't there, nothing

3  would have happened.

4       Q.   Okay.  Because you're not -- you're not trying

5  to get money for -- for Don's injuries, right?

6       A.   No.  No.  No.  I'm not, no, trying to -- I

7  just think that for trespassing, you know, that's what

8  caused everything out of the whole thing.

9       Q.   Okay.

10      A.   You know, if -- if they weren't there, none of

11 this would have happened.

12      Q.   Was your -- do you believe that your -- that

13 your land that was trespassed on was damaged in any

14 way, physically?  Was any trees cut or anything like

15 that?

16      A.   Well, they were out -- they were out here,

17 they had equipment at the corner, I don't know, it was

18 in the winter, you can't tell what -- what happened.

19      Q.   Okay.

20      A.   But I -- I don't know.

21      Q.   You haven't seen any evidence that the claim

22 was damaged in any way?

23      A.   No.  Myself, no.

24      Q.   Have you yourself suffered any kind of money

25 loss?

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni     Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006     Case No. F04-0026 CIV (RRB)

Page 46

1    A.    No.

2    Q.    Have you had to pay money or have you lost any

3    money as a result of this incident?

4    A.    No.

5    Q.    Are you aware, there was some discussion

6    yesterday about GVEA offering your family $50,000.  Did

7    you ever hear about that?

8    A.    I haven't heard that.  There was offers over

9    the year and I haven't heard, you know, what was the

10   latest.

11   Q.    Okay.  Did anyone communicate that to you --

12   A.    No.

13   Q.    -- that GVEA had offered $50,000 to your

14   family?

15   A.    No.  No one got ahold of me specifically.

16   Q.    Who -- has anyone communicated any type of

17   offer to you on behalf of GVEA?

18   A.    Well -- you mean your -- your -- you mean

19   GVEA?  Or --

20   Q.    Well, see, for us, it's kind of a complicated

21   case because there's eight different people suing us.

22   A.    Yeah.

23   Q.    And, you know, this is the first time we've

24   had a chance to talk to you guys --

25   A.    Yes.

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                Case No. F04-0026 CIV (RRB)

Page 47

1    Q.    -- and obviously, you're represented by

2    counsel --

3    A.    Yes.

4    Q.    -- so we can't talk to you other than a

5    setting like this.

6    A.    Yes.

7    Q.    But we're curious as to, you know, which of

8    your brothers and sisters are kind of in charge of this

9    thing, or how much information is getting shared with

10   you guys.  And -- and so you weren't aware --

11   A.    Well, I heard there -- there was several

12   offers throughout the years, but -- but they -- you

13   know, they are different -- different money figures.

14   Q.    Okay.  What have you heard?

15   A.    I heard a dollar, $5,000 apiece, you know, and

16   you know, I believe -- I believe there was another

17   figure, but I can't remember what it was, you know,

18   through the years.

19   Q.    You don't recall hearing about a $50,000 --

20   A.    No.  I haven't specifically heard about that.

21   Q.    Okay.

22   A.    Is --

23   Q.    Have you been able to value what you think

24   your -- you're entitled to as a result of this

25   trespass?

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR E-mail:  carol.mccue@acsalaska.net  Fax:  907-488-7701
03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                Case No. F04-0026 CIV (RRB)

Page 48

1     A.    You mean what I -- what would I figure myself?

2     Q.    Yeah.  What do you think your losses are as a

3   result of what happened?

4     A.    To tell you the truth, I don't know a set

5   figure for my -- you know, for myself.  I -- I --

6   well -- well --

7     Q.    One of your -- I'm sorry, go ahead.

8     A.    Oh, go ahead.

9     Q.    One of your claims in the lawsuit is that GVEA

10  violated your civil rights.

11    A.    Oh.

12    Q.    Can you tell us how you believe your civil

13  rights were violated.

14    A.    Well, for that, for the Native allotment, but

15  I -- you know.  Trespass.

16    Q.    Well, there's one for trespass.

17    A.    Yes.

18    Q.    And we all understand that.  You're saying

19  that some people and equipment crossed your property --

20    A.    Yeah.  Yes.

21    Q.    -- and for that, you're entitled to some

22  money?

23    A.    Yes.

24    Q.    But there's another claim in there that says

25  these people, or GVEA, in particular, violated your

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net  Fax:  907-488-7701

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni      Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 49

1    civil rights.  And I'm trying to understand what

2    civil --

3               MR. WALLERI:  I'm going to object.

4               MR. KRAMER:  Let me finish my question,

5    please.  I'm trying to understand what rights, civil

6    rights you believe were violated by GVEA.

7               MR. WALLERI:  Objection.  Mischaracterizes the

8    nature of the Complaint.  Go ahead and answer, if you

9    can.

10              THE WITNESS:  I can't -- well, I can't really.

11   I don't understand -- well, I can't answer it.

12              MR. WALLERI:  Okay.

13   BY MR. KRAMER:

14        Q.    You've been out there many times since this

15   happened to Don, right?

16        A.    No.  Once.

17        Q.    Just once.  I'm sorry.  At that time you were

18   out there, did -- did this incident that happened to

19   Don in 2003, did that interfere with your -- with your

20   enjoyment of the lake this last time?

21        A.    I just -- I haven't had a chance to really get

22   out there.  I believe not.

23        Q.    Okay.  When information is conveyed to you,

24   when people talk to you about this case, which of your

25   brothers and sisters primarily talks to you about it?

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

03769304-cbb0-4530-a680-93870bcbd01b

Deposition of Bobby Kubayni          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                 Case No. F04-0026 CIV (RRB)

Page 50

1    A.    Arlette.  She brings me paperwork.

2    Q.    Where -- where do you live?

3    A.    2019 McCullum Avenue, right by Denny's.

4    Q.    Okay.  And do you get mail there, too?

5    A.    Yes.

6    Q.    But Arlette usually brings you paperwork --

7    A.    Yes.

8    Q.    -- related to this case?  Why -- why do you

9    think -- why do you think GVEA is responsible for --

10   for what happened out there?

11   A.    Well, you're -- you're the -- the company

12   that -- that, you know, the tie line, and then they

13   were -- I believe, what, Cruz Construction was working

14   under you, right?  Under GVEA's thing.  And they are

15   the -- they trespassed.

16   Q.    Cruz trespassed?

17   A.    Yeah.  Yeah.  But there were -- but that is

18   how I believe that they were under contract to you or

19   that, and then they trespassed, and that started, you

20   know, the whole -- the whole affair.

21   Q.    Other than this information you occasionally

22   get from Arlette, have you -- have you participated in

23   any other way as far as, you know, contacting TCC or --

24   or you know, talking with anyone else about -- about

25   this case?

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

03769304-cbb0-4530-a680-93870bcbd01b