Case 4:04-cv-00026-RRB   Document 170-9   Filed 12/08/2006   Page 1 of 4

Deposition of Doris Kubanyi         Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006               Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, )
AILEEN WELTON, ELIZABETH )
TUZROYLUK, DORIS KUBANYI, )
VICTOR KUBANYI, BOBBY KUBANYI, )
ARLETTE KUBANYI, and BRIAN )
BAGGETT, )
             )
   Plaintiffs, )
             )
 vs. )
             )
GOLDEN VALLEY ELECTRIC )
ASSOCIATION, DAVE CRUZ, )
Individually and d/b/a CRUZ )
CONSTRUCTION, BLACK & VEATCH )
CORPORATION, JAKE COVEY and )
PATRICK NELSON, )
             )
   Defendants. )
_____)
Case No. F04-0026 CIV (RRB)


DEPOSITION OF DORIS KUBANYI

Taken Thursday, October 5, 2006

From the Hour of 1:32 p.m. to 2:38 p.m.

Pages 1 through 59, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters         Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

00535438-85e6-4c4e-92a9-d428b835ac2f

Case 4:04-cv-00026-RRB   Document 170-9   Filed 12/08/2006   Page 2 of 4

Deposition of Doris Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                Case No. F04-0026 CIV (RRB)

Page 10

1  Q. How would you describe that incident?
2  A. Well, I wasn't there, but I heard -- my
3  husband described the incident to me, who was out
4  there.
5  Q. That's Brian Baggett?
6  A. Yes.
7  Q. Why are you suing GVEA?
8  A. Because they trespassed over our private
9  property.
10 Q. Did you ever see anybody from GVEA trespassing
11 out there on your land?
12 A. I did not, I was not there.
13 Q. Who told you that GVEA had anything to do with
14 this alleged trespass?
15 A. I saw photos my husband took, they accessed
16 the property, they crossed over the property to get to
17 the lake, and my husband had photos of all the
18 equipment on the lake.
19 Q. And did they say GVEA on them or anything like
20 that?
21 A. I couldn't tell.
22 Q. How did you know they were GVEA equipment or
23 GVEA people?
24 A. I don't know if it's GVEA or Cruz or Black &
25 Veatch, or -- I don't know who would own the equipment.

Heartland Court Reporters                Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

00535438-85e6-4c4e-92a9-d428b835ac2f

Case 4:04-cv-00026-RRB   Document 170-9   Filed 12/08/2006   Page 3 of 4

Deposition of Doris Kubanyi                Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                      Case No. F04-0026 CIV (RRB)

Page 11

1  I'm not familiar with that aspect.
2      Q.  You just heard some folks were out on the lake
3  and they drove some stuff out there?
4      A.  No.  The people who were making the ice road,
5  I believe it was -- was -- I'm guessing is Cruz
6  Construction was making the ice road for Golden Valley.
7  So it would have been Cruz Construction out on the
8  lake, I'm guessing.  I wasn't there, so I don't know.
9      Q.  Okay.  And why do you think -- assuming that's
10 true, why do you think Golden Valley's responsible for
11 money to you and your brothers and sisters?
12     A.  Didn't they contract out to Cruz Construction?
13     Q.  Have you seen a contract --
14     A.  No.
15     Q.  -- anywhere?
16     A.  That's my guess.
17     Q.  You've sued Golden Valley for more than
18 $100,000 in this case.  Can you identify for us how
19 you -- how you calculate your personal damages as
20 exceeding $100,000 for this trespass.
21     A.  They trespassed and they shouldn't have.  Cruz
22 Construction was well aware, from what I was told, that
23 that's private property and they shouldn't have crossed
24 it.  And there were plenty of signs there.
25     Q.  Other than your husband Brian, who else gave

Heartland Court Reporters                  Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

00535438-85e6-4c4e-92a9-d428b835ac2f

Case 4:04-cv-00026-RRB   Document 170-9   Filed 12/08/2006   Page 4 of 4

Deposition of Doris Kubanyi                  Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                        Case No. F04-0026 CIV (RRB)

Page 40

1   we'll take it to the judge.  Go ahead and answer
2   questions on other issues.
3   BY MR. KRAMER:
4        Q.   Going to this lawsuit, you said Victor -- or
5   I'm sorry, who was -- who was the brother or sister
6   that was most responsible, you think, for putting all
7   of you together here and organizing this lawsuit
8   against GVEA and others?
9        A.   Victor.
10       Q.   Okay.  And when did he contact you about your
11  participation in this particular lawsuit?
12       A.   Well, when Golden Valley offered us 50,000, he
13  was the one who contacted everybody to see if we wanted
14  to accept it or not.
15       Q.   Okay.  And what did you say?
16       A.   I said no.
17       Q.   Why?
18       A.   Because it wasn't enough money for what
19  occurred.
20       Q.   Any brother and sister want to take that
21  money?
22       A.   They all said no.  That's why we're here
23  today.
24       Q.   And so was the decision made, then, that you
25  were going to file a lawsuit?

Heartland Court Reporters                    Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

00535438-85e6-4c4e-92a9-d428b835ac2f