Case 4:04-cv-00026-RRB   Document 170-10   Filed 12/08/2006   Page 1 of 8
Deposition of Jimmy Kubanyi                    Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                          Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,  )
AILEEN WELTON, ELIZABETH        )
TUZROYLUK, DORIS KUBANYI,       )
VICTOR KUBANYI, BOBBY KUBANYI,  )
ARLETTE KUBANYI, and BRIAN      )
BAGGETT,                        )
                                )
         Plaintiffs,            )
                                )
    vs.                         )
                                )
GOLDEN VALLEY ELECTRIC          )
ASSOCIATION, DAVE CRUZ,         )
Individually and d/b/a CRUZ     )
CONSTRUCTION, BLACK & VEATCH    )
CORPORATION, JAKE COVEY and     )
PATRICK NELSON,                 )
                                )
         Defendants.            )
                                )

Case No. F04-0026 CIV (RRB)


DEPOSITION OF JIMMY KUBANYI

Taken Thursday, October 5, 2006

From the Hour of 12:04 p.m. to 1:04 p.m.

Pages 1 through 60, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters                    Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

4786d8e8-090d-4c95-9b0c-10f3ae1591d6

Case 4:04-cv-00026-RRB   Document 170-10   Filed 12/08/2006   Page 2 of 8

Deposition of Jimmy Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                Case No. F04-0026 CIV (RRB)

Page 7

1   but I'm going to focus here on this -- on this south --
2   south end of the lake where the Rex Trail is.
3           Where you pointed, correct me if I'm wrong,
4   because we don't want to mark this up because I think
5   this is an original exhibit, but where you pointed, am
6   I accurate to say that there's -- that there's yellow
7   lines there apparently on the edge, drawn in on the
8   edge of the Rex Trail, and they appear to stop and
9   start again here after a gap, maybe, of a quarter inch?
10  Is that where you pointed to?
11       A.   I just pointed in that general area, right
12  around in here somewheres.  (Indicating.)
13       Q.   How did you learn that that's where the
14  alleged trespass took place?
15       A.   Because I went out there later on, I could see
16  the tracks where they drove in.
17       Q.   Okay.  When did you go out there?
18       A.   Maybe within a week after.
19       Q.   Do you know what -- can you give us a date, a
20  day, month, and year?
21       A.   I'd have to look at my log books in my plane
22  to find out when that day was, and I don't know.
23       Q.   Do you fly out there?
24       A.   Yep.
25       Q.   Is your plane on wheels or skis?

Deposition of Jimmy Kubanyi   Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006   Case No. F04-0026 CIV (RRB)

Page 8

1  A.  That time of year, it was on skis.
2  Q.  So did you land on the lake then?
3  A.  Yep.
4  Q.  Any idea what month it was, Mr. Kubanyi?
5  A.  It was in the spring of the year because I was
6  on skis.  Like I say, I'd have to look in my log book.
7  That's the only way I know when I fly.
8  Q.  Okay.  And your log book would show when you
9  flew up to Seven Mile Lake in the spring?
10  A.  Uh-hum.
11  Q.  What year was it?
12  A.  I don't keep track of years or stuff like
13  that.  It's just one big blur to me.  Since I'm
14  retired, every day's the same.
15  Q.  Who informed you about the incident?
16  A.  One of my brothers or sisters called.
17  Q.  Do you remember which one?
18  A.  Might have been Arly.
19  Q.  And that's Arlette Kubanyi?
20  A.  Uh-hum.
21  Q.  Do you remember what Arlette told you?
22  A.  More or less said that Don got arrested and
23  that, and they were taking water off the lake.
24  Q.  Is Arlette married to Brian Baggett?
25  A.  No.

Heartland Court Reporters   Telephone:  907-452-6727
Carol A. McCue, RMR E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

4786d8e8-090d-4c95-9b0c-10f3ae1591d6

Case 4:04-cv-00026-RRB   Document 170-10   Filed 12/08/2006   Page 4 of 8

Deposition of Jimmy Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                 Case No. F04-0026 CIV (RRB)

Page 41

1  Exhibit Number 2, Page 9, of Mr. Stahlke's report say
2  in purple, record meander line, U.S. Survey Number
3  9954, with an arrow pointing to that purple line
4  surrounding the lake?  Is that what that says?
5       A.    Uh-hum.
6       Q.    And does that purple line surrounding the lake
7  accurately show the shoreline of the lake, the mean
8  high water mark?
9            MR. WALLERI:  Objection.  Asks for a legal
10 conclusion.  Lack of foundation.  Go ahead and answer
11 if you can.
12           THE WITNESS:  Well, it looks like it's off.
13 BY MR. KRAMER:
14      Q.    How so?
15      A.    Well, like you said, it's coming across that
16 land there, ain't it?
17      Q.    Did it also go across open water?
18      A.    Well, certain years the level's way out there
19 and certain years it's up.  But just must be the way it
20 was when he was there.
21      Q.    Has your enjoyment of -- of your place and
22 your part of the allotment out there changed at all
23 since this alleged trespass took place?
24      A.    I don't notice no difference.
25      Q.    Do you think the property value of your

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

4786d8e8-090d-4c95-9b0c-10f3ae1591d6

Deposition of Jimmy Kubanyi        Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006              Case No. F04-0026 CIV (RRB)

Page 53

1    A.   Yeah.  They are -- they spend just as much
2  time out there now, maybe more than we do now -- or I
3  do.
4    Q.   So the plan is this property will just sort of
5  be inherited by -- by the next generation?
6    A.   Uh-hum.
7    Q.   Okay.
8         MR. QUINN:  All right.  That's all I have.
9  Thanks for coming in.
10                  REDIRECT EXAMINATION
11 BY MR. KRAMER:
12   Q.   I just had one -- one follow up.  Have you
13 lost any money as a result of this alleged trespass?
14 Has it cost you anything?
15   A.   No.  Not that I could say.
16   Q.   Have you paid anything as a result of this
17 lawsuit related to this alleged trespass?
18   A.   Nope, not that I could remember.
19   Q.   Okay.  I have a medical records release here
20 I'll hand to your attorney, but we'd like to you sign
21 that, and we can make a copy for you.
22   A.   What record?
23   Q.   Medical records.
24        MR. WALLERI:  We'll go ahead and -- we'll talk
25 about it afterwards.

Heartland Court Reporters           Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

4786d8e8-090d-4c95-9b0c-10f3ae1591d6

Deposition of Jimmy Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                Case No. F04-0026 CIV (RRB)

Page 54

1    MR. FLOERCHINGER: I have a couple questions,
2  if I may I slip in here.
3    MR. WALLERI: Sure. It's up to you guys. Are
4  you done?
5    MR. KRAMER: Yeah. And you'll return that
6  medical records release to us?
7    MS. TAVARES: I have one question.
8                CROSS-EXAMINATION
9  BY MS. TAVARES:
10   Q.   Mr. Kubanyi, you are not alleging that Black &
11 Veatch trespassed upon your property; is that correct?
12   A.   I don't even know who Black & Veatch is.
13   MS. TAVARES: Okay. Thank you. That's the
14 only question I had.
15               CROSS-EXAMINATION
16 BY MR. FLOERCHINGER:
17   Q.   Mr. Kubanyi, this is Dave Floerchinger, I'm an
18 Assistant Attorney General.
19        You said that you learned about this incident
20 shortly after it happened, and I think you said that
21 you thought you heard about it from Arlette; is that
22 right?
23   A.   I do believe she was the one who called and
24 told me about it.
25   Q.   Okay. And have you ever talked to Don about

Heartland Court Reporters              Telephone: 907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

4786d8e8-090d-4c95-9b0c-10f3ae1591d6

Case 4:04-cv-00026-RRB   Document 170-10   Filed 12/08/2006   Page 7 of 8

Deposition of Jimmy Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                Case No. F04-0026 CIV (RRB)

Page 55

```
 1   it?
 2        A.    Yeah.
 3        Q.    How many times?
 4        A.    Maybe around 10 times or so, something like
 5   that.
 6        Q.    Okay.  And what does Don say?
 7        A.    What does Don say?
 8        Q.    What has he told you about the incident?
 9        A.    Well, they were on the lake and he told them
10   to get off.
11        Q.    Yeah.  What else?
12        A.    That's basically it.
13        Q.    Okay.  Did he talk to you about being
14   arrested?
15        A.    Yeah, he showed me the marks on his back from
16   them phaser deals, pictures of them.
17        Q.    Uh-hum.  What did he say about those?
18        A.    He said they were just pressing that button
19   and running the juice through him.
20        Q.    Uh-hum.  Did he talk to you about anything
21   about having to go to court?
22        A.    I don't know.  I don't know if he went to
23   court or not.
24        Q.    Okay.  Okay.  But would it be fair to say that
25   what you know about it is basically just what Don's
```

Case 4:04-cv-00026-RRB   Document 170-10   Filed 12/08/2006   Page 8 of 8

Deposition of Jimmy Kubanyi        Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006              Case No. F04-0026 CIV (RRB)

Page 56

1  told you?
2      A.   More or less.
3      Q.   Have you heard about it from anybody else who
4  was out there?
5      A.   No, I never talked to anyone else.
6      Q.   Okay.
7           MR. FLOERCHINGER:  That's all I have.
8           MR. QUINN:  Let me just ask you briefly, I
9  think I probably know the answer to this.
10                    RECROSS-EXAMINATION
11 BY MR. QUINN:
12     Q.   Have you ever talked to -- to Dave Cruz ever,
13 at any time, to your knowledge?
14     A.   I've never talked to -- maybe I might have
15 talked to one of your crew members that was driving
16 down the trail once, I met him on the trail, and that's
17 it.
18     Q.   Do you remember when that would have been?
19     A.   No.
20     Q.   Was it that same -- that same time frame when
21 this happened or would it have been a different year,
22 or do you know?
23     A.   I can't remember.  It might have been -- been
24 a year earlier.  They were out there a year before,
25 too.

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

4786d8e8-090d-4c95-9b0c-10f3ae1591d6