Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 1 of 11

Deposition of Victor Kubanyi                Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                        Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,         )
AILEEN WELTON, ELIZABETH               )
TUZROYLUK, DORIS KUBANYI,              )
VICTOR KUBANYI, BOBBY KUBANYI,         )
ARLETTE KUBANYI, and BRIAN             )
BAGGETT,                               )
                                       )
           Plaintiffs,                 )
                                       )
    vs.                                )
                                       )
GOLDEN VALLEY ELECTRIC                 )
ASSOCIATION, DAVE CRUZ,                )
Individually and d/b/a CRUZ            )
CONSTRUCTION, BLACK & VEATCH           )
CORPORATION, JAKE COVEY and            )
PATRICK NELSON,                        )
                                       )
           Defendants.                 )
_____)

Case No. F04-0026 CIV (RRB)


DEPOSITION OF VICTOR KUBANYI

Taken Thursday, October 5, 2006

From the Hour of 2:49 p.m. to 3:45 p.m.

Pages 1 through 62, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters                    Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 2 of 11

Deposition of Victor Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                 Case No. F04-0026 CIV (RRB)

Page 8

1  why -- why it is you believe GVEA owes each of you more
2  than $100,000 for what happened out there at Seven Mile
3  Lake.
4          So I'd like to ask you that question, why do
5  you think GVEA owes you more than $100,000 for what
6  happened out there at the lake?
7     A.   Well, you know, the way I see it is, you know,
8  I'm a businessman.  You know, and what I see is a
9  savings, what they saved, you know, for pumping water
10 out of our lake when the farther watering hole was
11 around 15 miles away, they made a big savings on that.
12 You know, they'd have to go back all the way to Fish
13 Creek to pump that water and our -- our lake was
14 centrally located, and they -- they got water, you
15 know, at the nearest place and the cheapest place.
16    Q.   Okay.  Do you think you own the water in Seven
17 Mile Lake?
18    A.   We own the land which they trespassed across.
19    Q.   I'm going to show you a black and white, you
20 have a -- you have a color photo there that's been
21 marked as Photo Number 2 and marked as
22 Exhibit Number 2, and because that's an exhibit to
23 another document in this case, we've made some color --
24 or I'm sorry, some black and white copies.
25         Would you agree that that -- what I've just

Heartland Court Reporters          Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Deposition of Victor Kubanyi		Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006		Case No. F04-0026 CIV (RRB)

Page 9

1  laid in front of you there is an accurate black and
2  white copy of the original Photo Number 2, Exhibit 2?
3      A.   Well, what do you mean?  Where's Number 2?
4  What's this --
5      Q.   Well, I want you to look at this.
6      A.   Yeah.  Looks about the same.
7      Q.   Look at this one and tell me whether you see
8  any difference?
9      A.   Black and white, looks like the same to me.
10     Q.   Okay.  Does that picture accurately show Seven
11 Mile Lake and the Rex Trail?
12     A.   That looks like the area, yeah.
13     Q.   Okay.  Where do you believe this trespass took
14 place?
15     A.   Right there.  (Indicating.)
16     Q.   Can you take that red pen there and -- and
17 mark where you believe trespass occurred on your Native
18 allotment?
19     A.   Yeah, right about here.  Somewhere in there.
20 (Indicating.)
21     Q.   Why do you believe that a trespass occurred at
22 that particular location?
23     A.   I could see their tire tracks and everything
24 where they did it.  They had a little ice road put in
25 right there, you know, the problem was obvious where

Heartland Court Reporters		Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 4 of 11

Deposition of Victor Kubanyi         Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                 Case No. F04-0026 CIV (RRB)

Page 12

```
 1    Q.   Is yours the only cabin over there?
 2    A.   That's correct.
 3    Q.   From your cabin, can you see where the --
 4  where the -- where this alleged trespass took place?
 5    A.   Yes, I can.
 6    Q.   Did -- when was the next time you were out
 7  there after the trespass?
 8    A.   Day after.
 9    Q.   Why did you go out there the day after?
10    A.   Because I just went to town for one night to
11  get more supplies and I was scheduled to go back and I
12  heard they were having problems there anyway.
13    Q.   Okay.  Now, before you left -- I'm sorry, was
14  that your foot I just kicked?
15    A.   Yeah.  It's all right.
16    Q.   Before you left to go back and get supplies,
17  what had you observed, if anything, on the lake
18  regarding this road building exercise?
19    A.   Oh, I just see them on the trail, you know.
20  They were on the trail.  I'd pass them on the trail.
21    Q.   Who is "they"?
22    A.   The Cruz guys, mostly Cruz.
23    Q.   Did you ever see anybody from GVEA out there?
24    A.   No, never seen no GVEA guys.
25    Q.   Why do you think GVEA is responsible for this
```

Heartland Court Reporters            Telephone:  907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 5 of 11

Deposition of Victor Kubanyi                Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                       Case No. F04-0026 CIV (RRB)

Page 13

1  trespass?
2      A.   Well, you know, my point of view is, you know,
3  GVEA, you know, that they should have been the main
4  contractor, they are the people that are working for
5  them, they should be in charge, you know.  And if I
6  read that water permit right, you know, they said
7  they'd have a supervisor on site at all times so they
8  wouldn't have a problem like this.
9      Q.   When did you look at this water permit?
10     A.   I looked at it, I don't know, I ain't sure
11  when, but I remember looking at it sometime and there
12  was around 10 stipulations there.
13     Q.   Who showed it to you?
14     A.   I have no idea.  I can't remember.  But I
15  remember looking at it one place or another.
16     Q.   Okay.  Before you went to town, had anybody
17  trespassed on your land?
18     A.   Yeah, you know, I ain't sure exactly how they
19  went about it, how many days I was in town, but I
20  thought I went in one day, I may have been there in
21  town a couple days, I ain't sure, but apparently they
22  are set up there for a while, so maybe I was in town
23  for a couple days, I don't know.
24     Q.   Okay.  My question was before you went to
25  town, no matter how long it was, when you were -- and

Heartland Court Reporters          Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 6 of 11

Deposition of Victor Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                  Case No. F04-0026 CIV (RRB)

Page 14

1  you were out at the lake, did you observe any trespass
2  going on before you came to town?
3      A.   No.  If I did, there -- I'd be probably in the
4  same boat -- same boat Don was in.
5      Q.   And then you came back from town, you said you
6  heard they were having problems out there.  What did
7  you hear and how did you hear it?  That's a compound
8  question.  I can ask it twice, but --
9      A.   Well, I don't know.  One of my buddies called
10 up and said your brother -- my brother was arrested for
11 whatever.  You know.  And I -- I went out there next
12 morning.
13     Q.   Okay.  Let me stop you there because you said
14 "one of your buddies."  Who was the buddy?
15     A.   I ain't sure.  I ain't sure which one called
16 me.  One of -- either one of the family members or
17 either my brother-in-law, I ain't sure which one did,
18 but somebody called me.  Like I say, I don't have the
19 best memory.
20     Q.   Could it have been Brian?
21     A.   Could have been Brian.
22     Q.   Was it someone who was out -- out there who
23 actually saw it or was it somebody who was giving you
24 secondhand information?
25     A.   Probably secondhand.  No, probably somebody --

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 7 of 11

Deposition of Victor Kubanyi                Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                       Case No. F04-0026 CIV (RRB)

Page 22

1  your lake instead of somewhere else?  Am I correct in
2  that or am I wrong?
3      A.   Well, yes, in some ways, that's what I --
4  that's what I based it on.  I figure their savings were
5  a lot -- lot more than $50,000 pumping out of there.
6      Q.   What do you think they are?
7      A.   More than 50,000.
8      Q.   Okay.  Do you feel you were damaged in any
9  other way other than the measure of -- of what it cost
10 GVEA to get water out of your lakes as opposed to
11 somewhere else?
12     A.   It was big headache, you know, big old
13 headache, you know.  You know, not only, you know,
14 trespass across our land, you know, then they beat my
15 brother up and, you know, it's just a bunch of
16 bullshit.
17     Q.   Why do you think GVEA's responsible for -- for
18 beating your brother up?
19     A.   Well, whose power line is it?  Who are they
20 getting the water for?  You tell me.
21     Q.   Who -- who do you believe beat up your
22 brother?
23     A.   State Troopers did, but the State Troopers for
24 the reason if it wasn't for your guys' power line going
25 through there, we wouldn't have had this problem.

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 8 of 11

Deposition of Victor Kubanyi        Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006               Case No. F04-0026 CIV (RRB)

Page 23

1   Q.   You don't think the GVEA told the State
2   Troopers to go beat up your brother or anything like
3   that, do you?
4   A.   Well, you know, you didn't hear me the first
5   time.  I said if you guys wouldn't put that power line
6   in there, we wouldn't have this problem.  So think
7   about it that way.
8   Q.   In the time you were out there before the
9   incident and the time you were out there after the
10  incident, did you ever see anybody from GVEA, any GVEA
11  vehicle, any GVEA equipment out there on the lake or on
12  the Rex Trail or on the disputed area between the two?
13  A.   Nope.
14  Q.   Do you think you personally deserve some money
15  from GVEA for what the troopers did to your brother?
16  A.   I don't know.  I don't know how to answer that
17  question.
18  Q.   Did anybody -- did you suffer any physical
19  harm, yourself, from anybody related to this incident?
20  A.   No, just the headaches that go with it, you
21  know.
22  Q.   Did you -- did you suffer any emotional harm?
23  Did you have any other kind of --
24  A.   You know, it bothers me, you know.  The more
25  problems, you know, more problems, you know, all that

Heartland Court Reporters            Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 9 of 11

Deposition of Victor Kubanyi         Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                Case No. F04-0026 CIV (RRB)

Page 26

1    Q.   Three.
2    A.   Can you tell me if you were upset at something
3    three years ago, how long you were upset about it?
4    Q.   When would you say you got over the stress
5    problems associated with this incident?
6    A.   Oh, it went on for a while.
7    Q.   A month?  A year?
8    A.   Maybe a month, you know, it bothers me.
9    Q.   Did you lose any money out of pocket?  Did you
10   have to pay for anything as a result of this?
11   A.   No.
12   Q.   Did it interfere with your hunting or trapping
13   activities out there in any way?
14   A.   Yeah, it did when they put that intertie in,
15   yeah, they -- they punched that intertie in, they
16   opened up -- some of these trails I cut by hand.  They
17   accessed it, you know.
18   Q.   Did the trespass incident affect --
19   A.   No.
20   Q.   -- your hunting or trapping?
21   A.   No, it didn't affect it at all.
22   Q.   Now, we're trying to sort out TCC's
23   involvement in this case.  When did you first contact
24   TCC or did TCC ever contact you about this claim or
25   potential lawsuit against all of us?

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 10 of 11

Deposition of Victor Kubanyi          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                 Case No. F04-0026 CIV (RRB)

Page 42

1  this information to you before that?
2       A.   That's correct.
3       Q.   Okay.  Did -- did he recommend that you
4  contact a lawyer?
5       A.   I don't know.  I can't remember.
6       Q.   Did Harold Buddy Brown, Robin Renfroe, Ethan
7  Schutt -- Schutt recommend that you guys contact a
8  lawyer about this?
9       A.   I ain't sure what they said.
10      Q.   Doris here asked Paul Mayo, can you please ask
11 Buddy Brown or Robin Renfroe to please explain to us
12 why Tanana Chiefs will not provide the Kubanyi family
13 with legal representation.  Did you discuss that
14 question with Doris?
15      A.   What have you got in that?  What do you mean
16 by that?
17      Q.   Well, did you expect TCC to give you a lawyer
18 to help you sue GVEA?
19      A.   We wanted them to try to help us here, but
20 they have got too many trespass cases going on or
21 something, I don't know.  I don't know what was
22 going -- I don't remember what was the whole answer on
23 that.
24      Q.   But they said, no, we can't help you?
25      A.   Yeah, they said, can't help.

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax:  907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2

Case 4:04-cv-00026-RRB   Document 170-11   Filed 12/08/2006   Page 11 of 11

Deposition of Victor Kubanyi                Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                       Case No. F04-0026 CIV (RRB)

Page 43

1   Q.   Did they -- did they say they could help you
2   by giving you a free survey or anything like that?
3   A.   They just said that's as much as they could
4   do, as far as they could help us.
5   Q.   Which is what?
6   A.   Try to work it out with the first offer Golden
7   Valley gave us.
8   Q.   Okay.  After that, have they offered you any
9   assistance whatsoever?
10  A.   They gave us some more -- more "no
11  trespassing" signs.
12  Q.   You weren't out there when it was surveyed by
13  the BLM, right, in '92?
14  A.   Pardon?
15  Q.   Were you out there when it was surveyed by the
16  BLM in '92?
17  A.   Yes, I was.
18  Q.   What did you -- what do you remember about
19  that?
20  A.   I remember them landing the helicopter.  We
21  let them store their gas and their supplies right there
22  when they were surveying.
23  Q.   You -- you let them?
24  A.   Yeah.
25  Q.   Did they use a boat?

Heartland Court Reporters                  Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

9d66e650-037b-4cee-924e-8e906ccd37a2