Case 4:04-cv-00026-RRB   Document 170-12   Filed 12/08/2006   Page 1 of 5

Deposition of Paul Mayo                    Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                       Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,        )
AILEEN WELTON, ELIZABETH              )
TUZROYLUK, DORIS KUBANYI,              )
VICTOR KUBANYI, BOBBY KUBANYI,         )
ARLETTE KUBANYI, and BRIAN             )
BAGGETT,                               )
                                       )
         Plaintiffs,                   )
                                       )
   vs.                                 )
                                       )
GOLDEN VALLEY ELECTRIC                 )
ASSOCIATION, DAVE CRUZ,                )
Individually and d/b/a CRUZ            )
CONSTRUCTION, BLACK & VEATCH           )
CORPORATION, JAKE COVEY and            )
PATRICK NELSON,                        )
                                       )
         Defendants.                   )
_____)
Case No. F04-0026 CIV (RRB)


DEPOSITION OF PAUL MAYO

Taken Friday, October 6, 2006

From the Hour of 10:32 a.m. to 2:13 p.m.

Pages 1 through 171, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Case 4:04-cv-00026-RRB   Document 170-12   Filed 12/08/2006   Page 2 of 5

Deposition of Paul Mayo          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 66

1   this -- if you look on -- I was talking about your
2   1:41 p.m. response, and it carries on to the second
3   page.  And I wanted to ask you about this, and
4   unfortunately, part of it got cut off with the --
5   because of the hole punching, but it says something
6   about, as to the value of -- I assume that word is
7   "permit."  Do you know from -- what that -- what that
8   word should be there where the hole punch is?
9        A.   As to the value of the permits, as to the
10  value of the -- I don't remember.  I'd have to look at
11  it for a bit.
12       Q.   All right.  I think it says as to the value of
13  the permits, permits are typically issued in the $600
14  to $1500 range.  The permit was a use permit only and
15  did not grant possessory rights or a right-of-way over
16  your property.
17            Can you -- what are you saying here?
18       A.   That was the rule of thumb.  It was like the
19  realty officer guessing the probate value of a
20  property --
21       Q.   Okay.
22       A.   -- trying to figure out if it was just
23  crossing through the allotment on a regular road, we
24  could maybe get a permit value, even though there was
25  access rights.  But in this case, there was much more

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Case 4:04-cv-00026-RRB   Document 170-12   Filed 12/08/2006   Page 3 of 5

Deposition of Paul Mayo                Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                  Case No. F04-0026 CIV (RRB)

Page 67

1  happening in our determination -- or my determination,
2  so...
3      Q.   All right.  So, I mean, is what you were
4  saying here is that the typical value of the type of
5  use permit that was being contemplated here, the
6  typical value would be in the 600 to $1500 range?
7      A.   Yes.  It was -- we only had one permit at the
8  time and that was in Galena, and that was a
9  construction company with dump trucks crossing an
10 allotment that had a road through it already.
11     Q.   Okay.
12     A.   So there wasn't any getting off the road or
13 crossing any of the property.  So...
14     Q.   And how much was that -- what was the -- what
15 was the payment made in that case?
16     A.   The Galena area, that was $1200, and that was
17 just for summer use on an existing road.
18     Q.   And that was for an entire summer?
19     A.   Yes.
20     Q.   Okay.  And this estimate that you gave of 600
21 to $1500, did you have in mind a duration of how long
22 it would last?
23     A.   No.
24     Q.   Okay.  All right.
25     A.   I was trying to make a good comparison of 50

Heartland Court Reporters                Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Case 4:04-cv-00026-RRB   Document 170-12   Filed 12/08/2006   Page 4 of 5

Deposition of Paul Mayo          Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006            Case No. F04-0026 CIV (RRB)

Page 68

1  to what the typical -- yeah.
2      Q.   All right.  So this was, in essence, you were
3  trying to say, look, this $50,000 is really a pretty
4  good offer?
5      A.   Yes.  And the reason I believe GVEA made that
6  was because of all the other issues --
7      Q.   Sure.
8      A.   -- they were involved in.  So just kind of
9  grouped it together at the time, so I guess that's a
10 good offer, let's take it, maybe.
11     Q.   All right.  Okay.  And then -- and then it
12 looks like she responded at 2:48, again, needing to
13 know if Tanana Chiefs would provide legal
14 representation.
15          And as I understand it, your position was, you
16 know, I can't help you with that, maybe you could talk
17 the general counsel into it, but that really would be
18 something that he would have to decide.  Is that --
19     A.   That's correct.  And apparently Ethan didn't
20 respond.  He must have been busy.
21     Q.   Okay.  All right.  All right.  And then your
22 final e-mail, it looks like at 3:02, it says, it would
23 be difficult to enforce trespass after the fact.
24          What -- what is -- what are you saying there?
25     A.   That I was going to exit the case, that if the

Heartland Court Reporters                Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Case 4:04-cv-00026-RRB   Document 170-12   Filed 12/08/2006   Page 5 of 5

Deposition of Paul Mayo                Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                  Case No. F04-0026 CIV (RRB)

Page 69

1  construction project was over for the time, then -- and
2  they didn't take the 50, I was not going to assist
3  anymore.
4       Q.   All right.
5       A.   And so I referred the complaint to my boss.
6       Q.   Okay. And by complaint, you mean to the
7  extent that they are mad at you for -- or TCC?
8       A.   Yeah, you could say that. Yes.
9       Q.   All right.
10      A.   And so my boss and then the administrative
11 complaints are 25 CFR.
12      Q.   Okay. All right. Did you have, after this,
13 any further contact with any of the Kubanyis?
14      A.   I don't remember. I told them I could assist
15 with communication, copying, give them things out of
16 the files, that's about it.
17      Q.   All right. And there's a reference to "no
18 trespassing" signs. Did they -- did you send some of
19 those out for them or did they pick any up, to your
20 knowledge?
21      A.   I don't remember.
22           MR. QUINN: All right. Okay. Let's mark this
23 as?
24           THE REPORTER: Exhibit 13.
25           (Exhibit 13 marked.)

Heartland Court Reporters                 Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01