

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT NENANA

STATE OF ALASKA )
Plaintiff, ) ORDER SUSPENDING IMPOSITION
) OF SENTENCE
versus )
)
Don Kubanyi )
Defendant, )
DOV 03/01/03         DOB:01/24/54 )
ATN # 106956171 )
AK DL/ID No. 0457360 )
CASE NO. 4NE-03-12CR

Offenses Charged:

| Count | Offense | Statute |
|---|---|---|
| I | AS11.41.230(a) | Assault IV |
| Reduced to | AS11.61.110(a)(6) | Disorderly Conduct |
| II | AS11.41.230(a) | Assault IV |
| III | AS11.41.230(a) | Assault IV |
| IV | AS11.41.230(a) | Assault IV |
| V | AS11.56.700(a) | Resisting Arrest |

The defendant came before the court June 26, 2003, and pursuant to a Rule 11 agreement, was convicted of a reduced Count I named above. Counts II, III, IV and V named above are dismissed.

DV Offense per AS 18.66.990(3) and (5) __ Yes  X No.

Any remaining appearance bond in this case is exonerated and all conditions of release not included in this judgment are vacated.

Imposition of sentence is suspended and defendant is placed on probation until December 26, 2003, subject to the following conditions:

Kubanyi v. GVEA
Plaintiff No.40

1. Comply with all direct court orders set out above.
2. Good behavior; Obey All Laws.

Exhibit __A__
Page __1__ of __2__



3. No similar violations.
4. Complete 24 hours of community work service with proof to the court by July 31, 2003.
5. Pay surcharge in the amount of $50 no later than July 31, 2003.

June 26, 2003
Effective date

Paul Verhagen
Magistrate
Date Signed: 7/7/04

I certify that on 7/8/03 a copy of this order was given or mailed to:
☑ Defendant
☑ DAO
☑ Defense Counsel
☐ Fairbanks Correctional Center
☐ FASAP
☑ DPS – Juneau for entry into database
☐ Other: _____

Clerk:

Kubanyi v. GVEA
Plaintiff No.41

Exhibit A
Page 2 of 2