CRAIG J. TILLERY
ACTING ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>      Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY and PATRICK NELSON,<br><br>      Defendants. | Case No. 4:04-cv-0026-RRB<br><br>**PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION ON CLAIMS UNDER 42 USC § 1983** |

The Court, having considered Plaintiffs' Motion for Reconsideration of the Court's Order at Docket 141 granting summary judgment as to Defendants Covey and Nelson on plaintiffs' claims under 42 USC § 1983, and having considered any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED; and

IT IS HEREBY ORDERED that Plaintiffs' claims against Covey and Nelson under 42 USC § 1983 are DISMISSED WITH PREJUDICE.

DATED _____

                                                Ralph R. Beistline
                                                U.S. District Court Judge

This is to certify that on this date, a copy of the foregoing Proposed Order is being served electronically on:

**Michael J. Walleri**
walleri@gci.net; christen_woodward@yahoo.com

**Daniel T. Quinn**
dquinn@richmondquinn.com; cesary@richmondquinn.com

**Cory Borgeson, Esq.**
cborgeson@bnblaw.com; kday@bnblaw.com

**Eric P. Gillett**
egillett@pregodonnell.com; mmorgan@pregodonell.com

s/ David D. Floerchinger Date