GVEA EXHIBIT A -1

STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES
DIVISION OF MINING, LAND & WATER

Northern Region
3700 Airport Way
Fairbanks, AK 99709
(907) 451-2740, fax (907) 451-2751

LAND USE PERMIT
Under AS 38.05.850

PERMIT #LAS 23614

Golden Valley Electric Association (GVEA), is issued this permit to use the following described land:
See *Attachment C with Maps*.

This permit is issued for the purpose of:
Winter transport of heavy power line construction equipment on ADL 415818 and ADL 412566 (RST #119 "Kobi-Bonnifield" (Rex) Trail) and Cosna Road, and construction of approximately 3/4 mile of temporary road extension of the Cosna Road for means of winter access to the Northern Intertie right of way.
See *Attachment B*

**This permit is issued subject to:**
- Payment of the use fee in the amount of: **not applicable;**
- Proof of a Performance Guarantee in the amount of: **$60,000**, (see Special Stipulation # 9, attached);
- Proof of insurance in the amount of: **$1,000,000/$2,000**, (see Special Stipulation #10, attached);
- Compliance with the **Special Stipulations** in *Attachment A*, and the Stipulations on page 2 of this document.

This permit is not a property right. It is a temporary authorization, revocable by the state with or without cause. This permit is effective beginning December 10, 2001, and ending on April 15, 2003, unless sooner terminated at the state's discretion.

_Nancy Rabener_     _Natural Resource Officer_     12/14/01
_[signature]_        Natural Resource Mgr.         12/14/01
Signature of Authorized State Representative   Title   Date

_[signature] Jensen for Greg Wyman_   Construction Manager   12/14/01
Signature of Permittee or Authorized Representative   Title   Date

P O Box 71249  Fairbanks, AK 99701-2999                   gwyman@gvea.com
Permittee's Address                                        email

(907) 451-5629                (907) 451-5629              Gregory E. Wyman
Message Phone                 Work Phone                  Contact Person

* Permittee is responsible for maintaining a current address with the division during the life of this authorization.
* Permittee is responsible for obtaining authorizations required by other agencies for the permitted activity.

## Special Stipulations

1. **Authorized Officer.**

   a. The Authorized Officer for the Department of Natural Resources is the Northern Regional Manager or designee. The Authorized Officer may be contacted at 3700 Airport Way, Fairbanks, Alaska 99709 or 907-451-2740.

   b. The Authorized Officer reserves the right to modify these stipulations or use additional stipulations as deemed necessary.

2. **Indemnification.** Land Use Permit Standard Stipulation 4 is amended to read:

   Permittee assumes all responsibility, risk and liability for all activities of Permittee, its employees, agents, invitees, contractors, subcontractors, or licensees directly or indirectly conducted in connection with this permit, including environmental and hazardous substance risks and liabilities, whether accruing during or after the term of this permit. Permittee shall defend, indemnify, and hold harmless the State of Alaska, its employees, and agents from and against any and all suits, claims, actions, losses, costs, penalties, and damages of whatever kind or nature, including all attorney's fees and litigation costs, arising out of, in connection with, or incident to any act or omission by Permittee, its employees, agents, invitees, contractors, subcontractors, or licensees, unless the sole proximate cause of the injury or damage is the negligence or willful misconduct of the State or anyone acting on the State's behalf. Within 15 days Permittee shall accept any such cause or action or proceeding upon tender by the State. This indemnification shall survive the termination of the permit.

3. **Valid Existing Rights.** This authorization is subject to all valid existing rights in and to the land under this authorization. The State of Alaska makes no representations or warranties whatsoever, either expressed or implied, as to the existence, number, or nature of such valid existing rights.

4. **Reservation of Rights.** The Division reserves the right to grant additional authorizations to third parties for compatible uses on or adjacent to the land under this authorization.

5. **Compliance with Governmental Requirements; Recovery of Costs.** Permittee shall, at its expense, comply with all applicable laws, regulations, rules and orders, and the requirements and stipulations included in this authorization. Permittee shall ensure compliance by its employees, agents, contractors, subcontractors, licensees, or invitees.

6. **Change of Address.** Any change of address must be submitted in writing to the Authorized Officer.

7. **Preference Right.** No preference right for use or conveyance of the land is granted or implied by this authorization.

8. **Alaska Historic Preservation Act.** The permittee shall consult the Alaska Heritage Resources Survey (907) 269-8718 so that known historic, archaeological and paleontological sites may be avoided.

   The Alaska Historic Preservation Act (AS 41.35.200) prohibits the appropriation, excavation, removal, injury, or destruction of any state-owned historic, prehistoric (paleontological) or archaeological site without a permit from the commissioner. Should any sites be discovered during the course of field operations, activities that may damage the site will cease and the Office of History and Archaeology in the Division of Parks and Outdoor Recreation (907) 269-8718 and shall be notified immediately.

9. **Performance Guaranty.** The permittee shall provide a surety bond or other form of security acceptable to the Division in the amount of $60,000 payable to the State of Alaska. Such performance guaranty shall remain in effect for the term of this authorization and shall secure performance of the permittee's obligations hereunder. The amount of the performance guaranty may be adjusted by the Authorized Officer upon approval of amendments to this authorization, changes in the development plan, upon any change in the activities conducted or performance of operations conducted on the premises. If Permittee fails to perform the obligations under this permit within a reasonable time, the State may perform Permittee's obligations at Permittee's expense. Permittee agrees to pay within 20 days following demand, all costs and expenses reasonably incurred by the State of Alaska as a result of the failure of the permittee to comply with the terms of this permit. The provisions of this permit shall not prejudice the State's right to obtain a remedy under any law or regulation. If the authorized officer determines that the permittee has satisfied the terms and conditions of this authorization the performance guaranty may be released. The performance guaranty may only be released in a writing signed by the Authorized Officer. This requirement may be satisfied by adding LAS 23614 to the bond retained by GVEA for permit ADL 415854. The bond must reference LAS 23614.

    h. Vehicle maintenance, and storage or stockpiling of material or equipment on the surface ice of lakes, ponds or rivers is prohibited.

    i   Storage of equipment, materials or supplies after the dates of authorized use is specifically prohibited.

14. RS 2477 Right of Way (RST). RST #119 "Kobi-Bonnefield" (Rex) Trail has been identified by DNR as a qualifying RS 2477 right of way. Based on the information available to DNR, it appears that this trail meets the requirements for acceptance of the right of way grant, and the legislature in AS 19.30.400 listed it as a valid, state owned right-of-way. However, there has been no judicial determination that this route is valid. Therefore, any use of the trail is at the users' own risk.

    DNR has not made determinations of the width of individual RS 2477 routes. Under Alaska law, the legal width of an RS 2477 right-of-way is the applicable public highway width at the time an individual RS 2477 grant was accepted by construction and/or use or by a positive act of the part of a public authority. In some cases, the RS 2477 width may increase due to the elimination of reservations that previously prescribed a narrower width. To be on the safe side, any user should proceed as if the right-of-way width is confined to ditch-to-ditch width until a width determination is made following additional research. In addition, because none of these routes has been surveyed, their exact location remains unclear.

    Uses allowed without a state permit on valid RS2477 rights-of-way are those that are generally allowed on state land (11AAC96). These "generally allowed" activities include winter travel when there is adequate snow cover, typically 12 inches, and summer travel with approved vehicles, as long as use does not damage the vegetative mat or root system. Usually, DNR requires no permit if these conditions are present.

    Private landowners whose land the rights-of-way cross may not accept the validity of the rights-of-way, the use of a right-of-way listed in the statute is not without risk. That risk could include criminal or civil liability. AS19.30.420 holds the State harmless for damages, injury, or death arising from the use of the right-of-way.

15. Road Construction.

    a. Construction of new roads or trails across state land is not allowed, except for construction of the approximately ¾ mile long temporary winter access, which will extend from the east end of Cosna Road and connect to the Intertie right of way.

    b. Route selection for construction of the Cosna Road extension will be made for the route that requires the least disturbance to the land and vegetation.

    c. Trail width shall be kept to the minimum necessary. Trail surface may be cleared of timber, brush, stumps and snags.

    d. Ice roads and ice pads must be thick enough to prevent damage to the tundra and underlying substrate.

16. Public Access. All operations must be conducted in a manner that will ensure minimum conflict with other users of the area. There shall be no interference with free public use of state lands and waters, or of the RST#119 route. Whenever possible, The permittee should utilize one side of the road so as to allow the free passage of snow machines, dog teams, and other winter vehicles, on an undisturbed running surface.

17. Route Condition. The permittee shall leave the Cosna Road and Rex Trail routes in a serviceable condition, conducive to travel by local residents using snow machines, dog teams, and other winter vehicles. For instance, in the event of disturbance to the route surface, to accomplish reconditioning, the permittee may grade or drag the route without removing the snow bed.

18. Destruction of Markers. All survey monuments, witness corners, reference monuments, mining claim posts, bearing trees, and unsurveyed lease corner posts shall be protected against damage, destruction, or obliteration. The permittee shall notify the Authorized Officer of any damaged, destroyed, or obliterated markers and shall reestablish the markers at the permittee's expense in accordance with accepted survey practices of the Division.

23. **Inspection.**

    a. Authorized representatives of the State of Alaska shall have reasonable access to the subject area for purposes of inspection.

    b. The permittee may be charged fees under 11 AAC 05.010(a)(7)(M) for inspections concerning non-compliance.

24. **Completion Report.**

    a. A completion report shall be submitted within 30 days of termination/expiration of the authorized activities. The report shall contain the following information:

        i. A statement of restoration activities and methods of debris disposal.

        ii. A statement that the permittee has removed all improvements and personal property from the authorized area.

        iii. A report covering any known incidents of damage to the vegetative mat and underlying substrate, and follow-up corrective actions that may have taken place while operating under this authorization.

    c. Failure to submit the required report may subject the permitted site to a final field inspection. The permittee shall be assessed a fee for this inspection per 11 AAC 05.010 (a)(7)(M).

    d. The performance guarantee will not be released until a satisfactory completion report has been received.

25. **Notification.** The permittee shall immediately notify DNR and DEC by phone of <u>any</u> unauthorized discharge of oil to water, <u>any</u> discharge of hazardous substances (other than oil), and <u>any</u> discharge of oil greater than 55 gallons on land. All fires and explosions must also be reported.

    The DNR 24 hour spill report number is (907) 451-2678; the Fax number is (907) 451-2751. The DEC spill report number is (800) 478-9300. DNR and DEC shall be supplied with all follow-up incident reports.

26. **Violations.** This authorization is revocable immediately upon violation of any of its terms, conditions, stipulations, nonpayment of fees, or upon failure to comply with any other applicable laws, statutes and regulations (federal and state). Should any unlawful discharge, leakage, spillage, emission, or pollution of any type occur due to permittee's, or its employees', agents', contractors', subcontractors', licensees', or invitees' act or omission, permittee, at its expense shall be obligated to clean the area to the reasonable satisfaction of the State of Alaska.

