GVEA EXHIBIT A -2





Attachment C



Attachment C





