GVEA EXHIBIT D-3

LIST OF MATERIALS ORDERED BY OWNER BUT NOT DELIVERED - TANANA FLATS

Material:       Steel Towers and Accessories

Supplier:       Valmont Industries, Inc
                P.O. Box 358
                Valley, Nebraska  68064

Scheduled Delivery Date:  May 31, 2002

Delivered to:   Owner's storage yard in Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| SSX-0 Body | 80 | SSX-0 Tower Body (excluding Static Masts) | $7,423.00 | $593,840.00 |
| SSX-0 L70 | 24 | Leg for 70' SSX-0 Tower | $2,914.00 | $69,936.00 |
| SSX-0 L75 | 50 | Leg for 75' SSX-0 Tower | $3,075.00 | $153,750.00 |
| SSX-0 L80 | 16 | Leg for 80' SSX-0 Tower | $3,231.00 | $51,696.00 |
| SSX-0 L85 | 64 | Leg for 85' SSX-0 Tower | $3,379.00 | $216,256.00 |
| SSX-0 L90 | 4 | Leg for 90' SSX-0 Tower | $3,744.00 | $14,976.00 |
| SSX-0 L95 | 2 | Leg for 95' SSX-0 Tower | $3,918.00 | $7,836.00 |
| SSX-3 Body | 23 | SSX-3 Tower Body (excluding Static Masts) | $8,848.00 | $203,504.00 |
| SSX-3 L75 | 2 | Leg for 75' SSX-3 Tower | $5,386.00 | $10,772.00 |
| SSX-3 L80 | 20 | Leg for 80' SSX-3 Tower | $5,760.00 | $115,200.00 |
| SSX-3 L85 | 12 | Leg for 85' SSX-3 Tower | $6,130.00 | $73,560.00 |
| SSX-3 L90 | 6 | Leg for 90' SSX-3 Tower | $6,494.00 | $38,964.00 |
| SSX-3 L95 | 4 | Leg for 95' SSX-3 Tower | $6,852.00 | $27,408.00 |
| SSX-3 L100 | 2 | Leg for 100' SSX-3 Tower | $7,204.00 | $14,408.00 |
| SSX-3D Body | 9 | SSX-3D Tower Body (excluding Static Masts) | $9,100.00 | $81,900.00 |
| SSX-3D L80 | 4 | Leg for 80' SSX-3D Tower | $4,953.00 | $19,812.00 |
| SSX-3D L85 | 10 | Leg for 85' SSX-3D Tower | $5,328.00 | $53,280.00 |
| SSX-3D L90 | 4 | Leg for 90' SSX-3D Tower | $6,141.00 | $24,564.00 |
| SSX-0 SR | 320 | Shear Release Mechanism for SSX-0 Tower | $48.00 | $15,360.00 |
| SSX SR | 128 | Shear Release Mechanism for SSX-3 and SSX-3D Towers | $48.00 | $6,144.00 |
| AP-BRKT | 23 | Aerial Patrol Sign (S3) Bracket & Hardware | $44.00 | $1,012.00 |
| SSX-0 SM | 0 | Pair of Static Masts for SSX-0 Tower | $1,082.00 | $0.00 |
| SSX-3 SM | 0 | Pair of Static Masts for SSX-3 Tower | $1,072.00 | $0.00 |
| SSX-3D SM | 0 | Pair of Static Masts for SSX-3D Tower | $1,078.00 | $0.00 |

EXHIBIT GNEA-D 700021
Page 21 of 44

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLAT

Material:       Guy Assemblies and Pipe Pile Covers

Estimated Delivery Date:  February 1, 2002
Delivered to:     Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| G1 | 406 | G1 Assembly less Guy Strand & Shear Release Mechanisms | $146.00 | $59,276.00 |
| G2 | 14 | G2 Assembly less Guy Strand & Shear Release Mechanisms | $162.00 | $2,268.00 |
| G3 | 32 | G3 Assembly less Guy Strand | $108.00 | $3,456.00 |
| PC10 | 180 | Pipe Pile Cover for 10.75" OD Pile | $20.00 | $3,600.00 |
| PC12 | 406 | Pipe Pile Cover for 12.75" OD Pile | $22.00 | $8,932.00 |
| PC16 | 336 | Pipe Pile Cover for 16" OD Pile | $30.00 | $10,080.00 |

Material:       Guy Assemblies and Pipe Pile Covers

Estimated Delivery Date:  February 1, 2002
Delivered to:     Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| G1 | 206 | G1 Assembly less Guy Strand & Shear Release Mechanisms | $146.00 | $30,076.00 |
| G3 | 18 | G3 Assembly less Guy Strand | $108.00 | $1,944.00 |
| PC12 | 206 | Pipe Pile Cover for 12.75" OD Pile | $22.00 | $4,532.00 |
| PC16 | 260 | Pipe Pile Cover for 16" OD Pile | $30.00 | $7,800.00 |

Material:       Guy Wire and Overhead Shield Wire

Estimated Delivery Date:  June 15, 2002
Delivered to:     Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| GW 7#7 | 110,000 | Feet of 7#7 Alumoweld Guy Wire, furnished on eleven wood, non-returnable reels. | $0.51 | $56,100.00 |
| GW 7#5 | 6,200 | Feet of 7#5 Alumoweld Guy Wire and OHSW, furnished on one wood, non-returnable reel | $0.81 | $5,022.00 |
| GW 19#8 | 9,200 | Feet of 19#9 Alumoweld Guy Wire, furnished on two wood non-returnable reels | $1.11 | $10,212.00 |

Material:       Guy Wire and Overhead Shield Wire

Estimated Delivery Date:  June 15, 2002
Delivered to:     Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| GW 7#7 | 50,000 | Feet of 7#7 Alumoweld Guy Wire, furnished on five wood, non-returnable reels | $0.51 | $25,500.00 |
| GW 7#5 | 0 | Feet of 7#5 Alumoweld Guy Wire and OHSW | $0.81 | $0.00 |
| GW 19#8 | 4,600 | Feet of 19#9 Alumoweld Guy Wire, furnished on one wood, non-returnable reel | $1.11 | $5,106.00 |

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLATS

EXHIBIT Gvea-D
Page 22 of 44

700022

Material:        Conductor and Accessories

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| Cardinal | 720,000 | Feet of 954 kcmil, 54/7 ASCR | $1.92 | $1,382,400.00 |
| Card. Splice | 72 | Splice for Cardinal | $32.00 | $2,304.00 |
| Card. Reel | 75 | Returnable Reel for Cardinal | $700.00 | $52,500.00 |
| Card. Sleeve | 0 | Repair Sleeve for Cardinal | $25.00 | $0.00 |
| DC1 | 762 | Damper for Protected Cardinal | $25.00 | $19,050.00 |
| DC2 | 12 | Damper for Bare Cardinal | $25.00 | $300.00 |

Material:        Conductor and Accessories

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| Cardinal | 345,600 | Feet of 954 kcmil, 54/7 ASCR | $1.92 | $663,552.00 |
| Card. Splice | 33 | Splice for Cardinal | $32.00 | $1,056.00 |
| Card. Reel | 36 | Returnable Reel for Cardinal | $700.00 | $25,200.00 |
| Card. Sleeve | 0 | Repair Sleeve for Cardinal | $25.00 | $0.00 |
| DC1 | 396 | Damper for Protected Cardinal | $25.00 | $9,900.00 |
| DC2 | 12 | Damper for Bare Cardinal | $25.00 | $300.00 |

Material:        Insulator Assemblies

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| II3 | 657 | I-String Insulator Assembly | $390.00 | $256,230.00 |
| IJ | 18 | Jumper Insulator Assembly | $335.00 | $6,030.00 |
| IV25 | 21 | V-String Insulator Assembly for SSX-25 Towers | $850.00 | $17,850.00 |
| IDF | 39 | Full Tension Deadend Insulator Assembly | $970.00 | $37,830.00 |
| IB1 | 250 | Spare individual Ball-Socket Insulator Unit | $25.00 | $6,250.00 |
| IC1 | 12 | Spare individual Clevis-Eye Insulator Unit | $25.00 | $300.00 |

EXHIBIT GVEA-D
Page 23 of 44

700023

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLATS

Material:    Insulator Assemblies

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| II3 | 336 | I-String Insulator Assembly | $390.00 | $131,040.00 |
| IJ | 9 | Jumper Insulator Assembly | $335.00 | $3,015.00 |
| IDF | 21 | Full Tension Deadend Insulator Assembly | $970.00 | $20,370.00 |
| IB1 | 150 | Spare individual Ball-Socket Insulator Unit | $25.00 | $3,750.00 |
| IC1 | 6 | Spare individual Clevis-Eye Insulator Unit | $25.00 | $150.00 |

Material:    Signs

Estimated Delivery Date:  June 15, 2002
Delivered to:    Nenana, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| S1 | 480 | Danger Sign Assembly | $60.00 | $28,800.00 |
| S2 | 233 | Structure Number Sign Assembly | $60.00 | $13,980.00 |
| S3 | 46 | Aerial Patrol Sign with Hardware | $360.00 | $16,560.00 |
| S4 | 35 | Infrared Sign Assembly | $100.00 | $3,500.00 |

Material:    Signs

Estimated Delivery Date:  June 15, 2002
Delivered to:    Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| S1 | 240 | Danger Sign Assembly | $60.00 | $14,400.00 |
| S2 | 116 | Structure Number Sign Assembly | $60.00 | $6,960.00 |
| S3 | 23 | Aerial Patrol Sign with Hardware | $360.00 | $8,280.00 |
| S4 | 116 | Infrared Sign Assembly | $100.00 | $11,600.00 |
| SR1 | 5 | Right-of-Way Sign Assembly | $300.00 | $1,500.00 |

EXHIBIT GVEA-D
Page 24 of 44

700024

LIST OF MATERIALS TO BE ORDERED BY OWNER - TANANA FLATS

Material:     Overhead Shield Wire Accessories and Aerial Marker Balls

Estimated Delivery Date:  June 15, 2002
Delivered to:     Nenana, Alaskas

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|-----------|----------------|
| SI | 0 | OHSW Assembly SI | $60.00 | $0.00 |
| SD | 0 | OHSW Assembly SD | $100.00 | $0.00 |
| DS1 | 0 | OHSW Vibration Damper (Protected) | $25.00 | $0.00 |
| DS2 | 0 | OHSW Vibration Damper (Bare) | $25.00 | $0.00 |
| M1-O | 15 | Orange Aerial Marker Ball | $525.00 | $7,875.00 |
| M1-W | 9 | White Aerial Marker Ball | $525.00 | $4,725.00 |
| M1-Y | 9 | Yellow Aerial Marker Ball | $525.00 | $4,725.00 |
| M2 | 0 | Bird Flight Diverter | $4.50 | $0.00 |

Material:     Overhead Shield Wire Accessories and Aerial Marker Balls

Estimated Delivery Date:  June 15, 2002
Delivered to:     Fairbanks, Alaska

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|-----------|----------------|
| SI | 0 | OHSW Assembly SI | $60.00 | $0.00 |
| SD | 0 | OHSW Assembly SD | $100.00 | $0.00 |
| DS1 | 0 | OHSW Vibration Damper (Protected) | $25.00 | $0.00 |
| DS2 | 0 | OHSW Vibration Damper (Bare) | $25.00 | $0.00 |
| M1-O | 11 | Orange Aerial Marker Ball | $525.00 | $5,775.00 |
| M1-W | 7 | White Aerial Marker Ball | $525.00 | $3,675.00 |
| M1-Y | 7 | Yellow Aerial Marker Ball | $525.00 | $3,675.00 |
| M2 | 0 | Bird Flight Diverter | $4.50 | $0.00 |

EXHIBIT GVEA-D
Page 25 of 44

700025

Public reporting burden for the collection of information is estimated to average .1 an hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Dept. of Agriculture, Clearance Officer, OIRM, AG Box 7630, Washington, DC 20250; and to the Office of Management and Budget. Paperwork Reduction Project (OMB #0572-0107), Washington, DC 20503.  OMB FORM NO. 0572-0107,  Expires 11/30/97.

U.S. Department of Agriculture
Rural Utilities Service

# MATERIALS RECEIPT

PAGE _____ OF _____ PAGES

DATE

Instructions: *Prepare three (3) copies.  Forward original to Owner, one copy to Contractor and one copy to Engineer.*

| ITEM* | QUANTITY | DESCRIPTION OF ITEM | MANUFACTURER AND CATALOG NUMBER | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL |  |  |  |  |

| RECEIVED BY | FOR |
|---|---|
|  | CONTRACTOR |
|  | OWNER |

* Item corresponds with item in list of materials in construction drawings.

Final 11/21/01                20                RUS Form **831** *(Rev. 02-95) [Modified]*

EXHIBIT GVEA-D 700026
Page 26 of 44

# ARTICLE II - CONSTRUCTION

**Section 1.     Time and Manner of Construction**

a.      *The Bidder agrees to commence construction of the Project on a date (hereinafter called the "Commencement Date")* see "Notice and Instructions to Bidders" *which shall be determined by the* ~~Engineer~~ Owner *after notice in writing of approval of the Contract* ~~by the Administrator~~ *and notice in writing from the Bidder that the Bidder has sufficient materials to warrant commencement and continuation of construction, but in no event will the Commencement Date be later than* ten (10) *calendar days after date of approval of the Contract* ~~by the Administrator~~. *The Bidder further agrees to prosecute diligently and to complete construction in strict accordance with the Plans, Specifications and Construction Drawings* on or before April 1, 2003 ~~within _____ (_____) calendar days (excluding Sundays) after Commencement Date. Provided, however, that the Bidder will not be required to dig holes, set poles or install anchors if there are more than six (6) inches of frost in the ground nor to perform any construction on such days when in the judgment of the Engineer snow, rain, or wind, or the results of snow, rain, or frost make it impracticable to perform any operation of construction and to the extent of the time lost due to the conditions described herein and approved in writing by the Engineer, the time of completion set out above will be extended if the Bidder makes a written request therefore to the Owner as provided in subsection b of this Section 1.~~

The Bidder agrees to adhere to the stipulations in the right-of-way grants (see Appendix B) including, but not limited to, the following:

1)   (Vehicles and heavy equipment will not be allowed on the right-of-way unless there is at least twelve (12) inches of ground frost and twelve (12) inches of snow cover. The only travel allowed when these conditions are not satisfied is by helicopter or foot.

2)   (No work will be permitted on the right-of-way from April 15 to June 15.

3)   (Helicopters will not be permitted to fly within one mile of active swan's nests from May 1 to August 31.

b.      FORCE MAJEURE

Except for the payment of money due under this Contract, the indemnity obligations hereunder, and the obligation hereunder to comply with all applicable local, state, and federal laws, regulations, rules, codes, right-of-way agreements, engineering and safety rules, practices and standards, no delay or failure of performance by a Party to this Contract or the directors, officers, employees, agents, and contractors of either, shall constitute a breach of this Contract or give rise to any claim for damages if such delay or failure is caused by any of the following: an act, delay or failure to act on the part of any governmental authority, including any delay or failure to obtain any rights-of-way, leases or other interest in land necessary for the location or installation of facilities; acts of God, including inclement weather, rendering imprudent the commencement or continuation of work; any accident or disruption such as fire, explosion, earthquake, flood, or major equipment breakdown; any failure or delay beyond the reasonable control of GVEA or Contractor or their directors, officers, employees, agents, or contractors in securing necessary materials, equipment, labor, services, or facilities; present or future laws, orders, regulations, directives, or policies enacted, adopted, instituted or sponsored by any governmental organization, agency, bureau, or commission which delay, restrict, or prevent performance hereunder; labor difficulties, including strikes, lockouts, or slowdowns; any delay or failure of transportation, including storage of transportation facilities or equipment; and any other like cause beyond the reasonable control of GVEA or Contractor or their directors, officers, employees, agents, or contractors which restrict or prevent performance hereunder.

In the event of any delay or failure of performance hereunder, the party delayed shall immediately inform the other party of such occurrences relied upon and shall use due diligence in remedying any of the causes set forth above; however, settlement of strikes, lockouts, slowdowns, or other labor difficulties shall be wholly within the discretion of the party incurring the delay.

As used in this Contract, "Force Majeure" means unforeseeable causes beyond the reasonable control of and without fault or negligence of the party claiming Force Majeure. If either party is rendered wholly or

**EXHIBIT** GVEA-D
**Page** 27 **of** 44          700027

partly unable to perform its obligation under this Contract because of Force Majeure, that party shall be excused from whatever performance is affected by the Force Majeure to the extent so affected, provided that:

(1) The non-performing party, within five (5) working days after the occurrence of the Force Majeure, gives the other party written notice describing the particulars of the occurrence;
(2) the suspension of performance must be of no greater scope and of no longer duration than is required by the Force Majeure;
(3) no obligations of either party, including the payment of money, which arose before the occurrence causing the suspension of performance will be excused as a result of the occurrence; and
(4) the non-performing party uses its best efforts to remedy its inability to perform.

~~The time for Completion of Construction shall be extended for the period of any reasonable delay which is due exclusively to causes beyond the control and without the fault of the Bidder, including Acts of God, fires, floods, inability to obtain materials and acts or omissions of the Owner with respect to matters for which the Owner is solely responsible: Provided, however, that no such extension of time for completion shall be granted the Bidder unless within ten (10) days after the happening of any event relied upon by the Bidder for such an extension of time the Bidder shall have made a request therefore in writing to the Owner, and provided further that no delay in such time of completion or in the progress of the work which results from any of the above causes except acts or omissions of the Owner, shall result in any liability on the part of the Owner.~~

c.      The sequence of construction shall be as set forth below, the numbers or names being the designations of extensions or areas (hereinafter called the "Section" corresponding to the numbers or names shown on the maps attached hereto, or if no Sections are set forth below, the sequence of construction shall be as determined by the Bidder, subject to the approval of the Engineer.

(1) Erecting of Structure #504 at PI-AN1 shall be completed on or before April 14, 2002.
(2) Erecting of Structure #156 POT-AD4A shall be completed at on or before April 14, 2002.
(3) One hundred percent (100%) of the foundation and anchor piles required in the Work shall be installed prior to April 15, 2002.

d.      The Owner, acting through the Engineer ~~and with the approval of the Administrator~~[1], may from time to time during the progress of the construction of the Project make such changes in, additions to or subtractions from the Plans, Specifications, Construction Drawings, List of Materials and sequence of construction provided for in the previous paragraph which are part of the Contractor's Proposal as conditions may warrant:  Provided, however, that if any change in the construction to be done shall require an extension of time, a reasonable extension will be granted if the Bidder shall make a written request therefore to the Owner within ten (10) days after any such change is made.  And provided further, that if the cost to the Bidder of construction of the Project shall be materially increased by any such change or addition, the Owner shall pay the Bidder for the reasonable cost thereof in accordance with a Construction Contract Amendment signed by the Owner and the Bidder ~~and approved by the Administrator~~[2], but no claim for additional compensation for any such change or addition will be considered unless the Bidder shall have made a written request therefore to the Owner prior to the commencement of work in connection with such change or addition.

e.      ~~The Bidder will not perform any work hereunder on Sundays unless there is urgent need for such Sunday work and the Owner consents thereto in writing. The time for completion specified in subsection a of this Section 1 shall not be affected in any way by inclusion of this subsection nor by the Owner's consent or lack of consent to Sunday work hereunder.~~

---

11
   As long as the total price of this contract including all amendments is less than 120 percent of the original contract price as stated in the acceptance hereto, amendments executed on RUS Form 238 are not subject to the approval of the Administrator.  Whenever an amendment to this contract causes the total amended contract to exceed 120 percent of the original contract price, that amendment and all subsequent amendments to this contract shall be made subject to the approval of the Administrator.
22
   See Footnote 1.

**EXHIBIT** GVEA-D
**Page** 28 **of** 44

700028

**Section 2.** **Environmental Protection.** *The Bidder shall perform work in such a manner as to maximize preservation of beauty, conservation of natural resources and minimize marring and scarring of the landscape and silting of streams. The Bidder shall not deposit trash in streams or waterways, and shall not deposit herbicides or other chemicals or their containers in or near streams, waterways or pastures. The Bidder shall follow, under the general direction of the ~~Engineer~~ Owner, the criteria relating to environmental protection as specified herein by the ~~Engineer~~ Owner. See also Section 01550 and 01564.*

**Section 3.** **The Bidder** *agrees that in the event this Proposal is accepted it will make available for use in connection with the proposed construction all necessary tools and equipment and qualified superintendents and foremen.*

**Section 4.** **Changes in Construction.** *The Bidder agrees to make such changes in construction previously installed in the Project by the Bidder as required by the Owner for prices arrived at as follows:*

a.    *For substations and other units where only a portion of the complete unit is affected by the change, the compensation for such change shall be as agreed upon in writing by the Bidder and the Owner ~~and approved by the Administrator~~[3] prior to the commencement of work in connection with such change.*

b.    *For all other units, the compensation for such change shall be the reasonable cost thereof as agreed upon in writing by the Bidder and the Owner prior to the commencement of work in connection with such change, but in no event shall it exceed two (2) times the labor price quoted in the Proposal for the installation of the unit to be changed. Such compensation shall be in lieu of any other payment for the installation and removal of the original unit. (If a new or replacing unit is installed, payment for such new or replacing unit shall be made as shown in the final inventory.)*

*No payment shall be made to the Bidder for materials or labor involved in correcting errors or omissions on the part of the Bidder which result in construction not in accordance with the Plans and Specifications.*

**Section 5.** **Construction Not in Proposal.** *The Bidder also agrees that when it is necessary to construct units not shown in the Proposal it will construct such units for a price arrived at as follows:*

a.    *The cost of materials shall be determined by the invoices.*

b.    *The Cost of labor shall be the reasonable cost thereof, but in no event shall it exceed an amount determined by calculating the ratio of the total labor costs to the total material Costs in the section of the Proposal involved, and multiplying the cost of materials for the unit in question by this ratio.*

**Section 6.** **Supervision and Inspection.**

a.    *The Bidder shall cause the construction work on the Project to receive constant supervision by a competent superintendent (hereinafter called the "Superintendent") who shall be present at all times during working hours where construction is being carried on. The Bidder shall also employ, in connection with the construction of the Project, capable, experienced and reliable foremen and such skilled workmen as may be required for the various classes of work to be performed. Directions and instructions given to the Superintendent shall be binding upon the Bidder.*

b.    *The Owner reserves the right to require the removal from the Project of any employee of the Bidder if in the judgment of the Owner such removal shall be necessary in order to protect the interest of the Owner. The Owner or the Supervisor, if any, shall have the right to require the Bidder to increase the number of its employees and to increase or change the amount or kind of tools and equipment if at any time the progress of the work shall be unsatisfactory to the Owner or Supervisor; but the failure of the Owner or Supervisor to give any such directions shall not relieve the Bidder of its obligations to complete the work within the time and in the manner specified in this Proposal.*

---

33
  See Footnote 1.

EXHIBIT GVEA-D          700029
Page 29 of 44

c.  The manner of construction of the Project, and all materials and equipment used therein, shall be subject to the inspection, tests and approval of the Owner ~~and the Administrator~~, and the Bidder shall furnish all information required by the ~~Owner or by the Administrator~~ concerning the nature or source of any materials incorporated or to be incorporated in the Project. The Owner and the Administrator shall have the right to inspect all payrolls, invoices of materials, and other data and records of the Bidder and of any subcontractor, relevant to the construction of the Project. The Bidder shall provide all reasonable facilities necessary for such inspection and tests and shall maintain an office at the site of the Project, with telephone service where obtainable and at least one office employee to whom directions and instructions of the Owner may be delivered. Delivery of such directions or instructions in writing to the employee of the Bidder at such office shall constitute delivery to the Bidder. The Bidder shall have an authorized agent accompany the Engineer when final inspection is made and, if requested by the Owner, when any other inspection is made.

d.  In the event that the Owner, ~~or the Administrator~~, shall determine that the construction contains or may contain numerous defects, it shall be the duty of the Bidder and the Bidder's Surety or Sureties, if any, to have an inspection made by an engineer approved by the Owner ~~and the Administrator~~ for the purpose of determining the exact nature, extent and location of such defects.

e.  The Engineer may recommend to the Owner that the Bidder suspend the work wholly or in part for such period or periods as the Engineer may deem necessary due to unsuitable weather or such other conditions as are considered unfavorable for the satisfactory prosecution of the work or because of the failure of the Bidder to comply with any of the provisions of the Contract: Provided, however, that the Bidder shall not suspend work pursuant to this provision without written authority from the Owner so to do. The time of completion hereinabove set forth shall be increased by the number of days of any such suspension, except when such suspension is due to the failure of the Bidder to comply with any of the provisions of this Contract. In the event that work is suspended by the Bidder with the consent of the Owner, the Bidder before resuming work shall give the Owner at least twenty-four (24) hours notice thereof in writing.

**Section 7.    Defective Materials and Workmanship.**

a.  The acceptance of any materials, equipment (except owner furnished materials) or any workmanship by the Owner or the Engineer shall not preclude the subsequent rejection thereof if such materials, equipment, or workmanship shall be found to be defective after delivery or installation, and any such materials, equipment or workmanship found defective before final acceptance of the construction shall be replaced or remedied, as the case may be, by and at the expense of the Bidder. Any such condemned material or equipment shall be immediately removed from the site of the Project by the Bidder at the Bidder's expense. The Bidder shall not be entitled to any payment hereunder so long as any defective materials, equipment or workmanship in respect to the Project, of which the Bidder shall have had notice, shall not have been replaced or remedied, as the case may be.

b.  Notwithstanding any certificate which may have been given by the Owner or the Engineer, if any materials, equipment (except owner-furnished materials) or any workmanship which does not comply with the requirements of this Contract shall be discovered within one (1) year after Completion of Construction of the Project, the Bidder shall replace such defective materials or equipment or remedy any such defective workmanship within thirty (30) days after notice in writing of the existence thereof shall have been given by the Owner. If the Bidder shall be called upon to replace any defective materials or equipment or to remedy defective workmanship as herein provided, the Owner, if so requested by the Bidder shall deenergize that section of the Project involved in such work. In the event of failure by the Bidder so to do, the Owner may replace such defective materials or equipment or remedy such defective workmanship, as the case may be, and in such event the Bidder shall pay to the Owner the cost and expense thereof.

EXHIBIT GVEA-D
Page 30 of 44

700030

# ARTICLE III - PAYMENTS AND RELEASE OF LIENS

**Section 1.**     **Payments to Bidder.**

*a.*     *Within the first fifteen (15) days of each calendar month, the Owner shall make partial payment to the Bidder for construction accomplished during the preceding calendar month on the basis of Assembly Units furnished and certified to by the Bidder, ~~recommended by the Engineer~~ and approved by the Owner solely for the purposes of payment: Provided, however, that such approval shall not be deemed approval of the workmanship or materials. Only ninety percent (90%) of each such estimate approved during the construction of the Project shall be paid by the Owner to the Bidder prior to Completion of the Project: Provided, however, that at any time after work, which, in the sole determination of the ~~Engineer~~ Owner, amounts to fifty percent (50%) of the Maximum Contract Price has been completed, the Owner may elect, in lieu of paying ninety percent (90%) of each such subsequent estimate, to pay each such subsequent estimate in full. Upon completion by the Bidder of the construction of the Project, the ~~Engineer~~ Owner will prepare a Final Inventory of the Project showing the total number and character of Assembly Units and, after checking such Inventory with the Bidder, will certify it ~~to the Owner~~, together with a certificate of the total cost of the construction performed. Upon the approval of such certificates by the Owner ~~and the Administrator~~, the Owner shall make payment to the Bidder of all amounts to which the Bidder shall be entitled thereunder which shall not have been paid: Provided, however, that such final payment shall be made not later than ninety (90) days after the date of Completion of Construction of the Project, as specified in the Certificate of Completion, unless withheld because of the fault of the Bidder. Requests for payment shall be submitted with the attached "Application for Payment".*

*b.*     *The Bidder shall be paid on the basis of the number of Construction Units actually installed at the direction of the Owner shown by the inventory based on the staking sheets or structure lists:  Provided, however, that the total cost shall not exceed the maximum Contract price for the construction of the Project as set forth in the Acceptance, ~~unless such excess shall have been approved in writing by the Administrator~~[4].*

*c.*     *Notwithstanding the provisions of Section 1a above, the Bidder may, by giving written notice thereof to the Owner, elect to receive payment in full for any Section of the Project upon:*

    *(1)*     *completion of construction of such Section as ~~certified by the Engineer and~~ approved by the Owner and the Administrator;*

    *(2)*     *submission to the Owner and the Administrator of the releases of lien and the certificate referred to in Section 2 hereof;*

    *(3)*     *approval by the Owner and the Administrator of the inventory in respect of such Section;  and*

    *(4)*     *submission to the Owner and the Administrator of the consent in writing by the Surety or Sureties, if any, on the Contractor's Bond to payment in full for such Section prior to Completion of the Project.*

       *If no Sections are designated in Article II, Section 1c, the term "Section" shall mean for purposes of this subsection c and Article IV, Section 3b only, a part of the Project as designated by the Owner which represents at least twenty-five percent (25%) of the maximum Contract price as stated in Article III, Section 1, and which is capable of being energized and operated by the Owner.*

*d.*     *Interest at the rate of one and one-half[5] percent ( 1.5 %) per ~~annum~~ month shall be paid by the Owner to the Bidder on all unpaid balances due on monthly estimates, commencing fifteen (15) days after the due date; provided the delay in payment beyond the due date is not caused by any condition within the control of the Bidder. The due date for purposes of such monthly payment shall be the fifteenth day of each calendar month provided (1) the Bidder on or before the fifth day of such month shall have submitted its certification of Construction Units completed during the preceding month and (2) the Owner on or before*

---

44   See Footnote 1.

55   The Owner shall insert a rate equal to the lowest "Prime Rate" listed in the "Money Rates " section of the Wall street Journal on the date such invitation to bid is issued.

EXHIBIT GVEA-D 700031
Page 31 of 44