GVEA EXHIBIT G

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,      )
     AILEEN WELTON, ELIZABETH            )
 4   TUZROYLUK, DORIS KUBANYI, VICTOR    )
     KUBANYI, BOBBY KUBANYI, and         )
 5   ARLETTE KUBANYI,                    )
                                         )
 6          Plaintiffs,                  )
                                         )
 7   v.                                  )
                                         )
 8   GOLDEN VALLEY ELECTRIC              )
     ASSOCIATION, et al.,                )   Case No. F04-0026 CI
 9                                       )
            Defendants.                  )
10   _____)
     CRUZ CONSTRUCTION, INC. and         )
11   DAVE CRUZ, individually,            )
                                         )
12          Defendant and Third-         )
            Party Plaintiffs,            )
13                                       )
     v.                                  )
14                                       )
     GLOBAL POWER & COMMUNICATIONS,      )
15   LLC.,                               )
                                         )
16          Third-Party Defendant.       )
                                         )
17   _____)

18              VIDEOTAPED DEPOSITION OF DON KUBANYI
                          October 14, 2005

19   APPEARANCES:

20        FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                                 Attorney at Law
21                               330 Wendell Street
                                  Suite E
22                               Fairbanks, Alaska  99701
                                 (907)  452-4716
23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA-G
Page 1 of 4

88

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | .....you know, I'm not totally aware of time. |
| 3 | Q | Yeah. All right. So in any case, let's -- so we'll say roughly 8:00 o'clock you went down another time. And what happened then? |
| 6 | A | Well, I told them people they were definitely not going to cross my land, you know, because I..... |
| 8 | Q | All right. |
| 9 | A | .....I -- I don't want to hear these back-up alarms or anything. And they told me they still -- they had all the right and they were going to cross it, so then I threatened them. I said, you know what, I'll -- you cross my property, I'll shoot your tires out. |
| 14 | Q | Okay. Did -- when you came down that, we'll call it 8:00 o'clock, that second time, did you have -- did you -- were you on a snowmachine or a four-wheeler or anything like that or were you on foot? |
| 18 | A | On my snowmachine. |
| 19 | Q | Your snowmachine. Okay. And the earlier times you'd come down, were you also on your snowmachine or did you walk down? |
| 22 | A | I think I just walked over there..... |
| 23 | Q | Okay. |
| 24 | A | .....the first -- first time, yeah. |
| 25 | Q | All right. |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA-G
Page 3 of 4

|    |   |                                                                        |
|----|---|------------------------------------------------------------------------|
| 1  |   | got to be near someone.  I didn't.....                                 |
| 2  | Q | Okay.                                                                  |
| 3  | A | I didn't know they put wires out.  But, hey, I was                     |
| 4  |   | drunk.  He could catch me pretty easy.                                 |
| 5  | Q | Yeah.                                                                  |
| 6  | A | But he hit me with that Taser, but he hit me in the arm                |
| 7  |   | and something, but I felt just a tingle, but I mean I'm                |
| 8  |   | pulling them wires out and then I mean I didn't move                   |
| 9  |   | too fast because the next thing I know, he had me in                   |
| 10 |   | the back with the Taser.  Holy smokes, he -- and that                  |
| 11 |   | thing put me down pretty good.  I mean real good.  I                   |
| 12 |   | never felt anything like that before.                                  |
| 13 | Q | All right.  What -- is it like an electric kind of a                   |
| 14 |   | shock sort of feeling?                                                 |
| 15 | A | Oh, yeah, it's electrical shock.....                                   |
| 16 | Q | Yeah.                                                                  |
| 17 | A | .....and it -- I mean it -- I had no power.  I mean it                 |
| 18 |   | just plain dropped me to my knees and I was down and                   |
| 19 |   | out.  I mean -- and I remember saying that's it, you                   |
| 20 |   | know, I mean, no more, and he just kept tazing me and                  |
| 21 |   | tazing me.                                                             |
| 22 | Q | Okay.                                                                  |
| 23 | A | And I go, wow, I -- yeah, and I mean I was telling him                 |
| 24 |   | I give up, no more.  You know, I mean.....                             |
| 25 | Q | Yeah.                                                                  |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA- G
Page 3 of 4

```
 1  A    .....but I don't know how many beers you need for that,
 2       but I know I had -- had to have at least eight, you
 3       know.
 4  Q    Okay.
 5  A    But I'm guessing, so.....
 6  Q    All right.
 7  A    You know, I might -- might have had more than eight.  I
 8       know I was -- I was drunk.  I don't know how drunk you
 9       want to say.....
10  Q    Yeah, okay.
11  A    But, yeah, I -- I had drank some.
12  Q    All right.
13  A    I mean.....
14  Q    Okay.  Good enough.  And then let me.....
15  A    That's kind of a high number, but I don't know.  I
16       don't know what.....
17  Q    I'm not sure you.....
18  A    I don't know why -- you know what, I remember him
19       having me blow in something, but I don't remember him
20       telling me.
21  Q    Right.  They never told you the results or anything?
22  A    No.
23  Q    Okay.
24  A    No.  He wasn't too friendly.
25  Q    All right.  Let me do this, then.  You were -- you were
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT GVEA-G
Page 4 of 4