GVEA EXHIBIT H

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                       FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,      )
     AILEEN WELTON, ELIZABETH            )
 4   TUZROYLUK, DORIS KUBANYI,           )
     VICTOR KUBANYI, BOBBY KUBANYI,      )
 5   ARLETTE KUBANYI and BRIAN           )
     BAGGETT,                            )
 6                                       )
                       Plaintiffs,       )
 7                                       )
          v.                             )
 8                                       )
     GOLDEN VALLEY ELECTRIC              )
 9   ASSOCIATION, DAVE CRUZ,             )
     individually, and d/b/a             )
10   CRUZ CONSTRUCTION, BLACK &          )
     VECH CORPORATION, JAKE COVEY,       )
11   and PATRICK NELSON,                 )
                                         )
12                     Defendants.       )
                                         )   Case No. F04-0026 CI
13

14                  DEPOSITION OF DAVE CRAMER CRUZ

15                         January 24, 2006

16   APPEARANCES:

17        FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                                 Attorney at Law
18                               330 Wendell Street, Suite E
                                 Fairbanks, Alaska  99701
19
          FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
20                               Assistant Attorney General
                                 STATE OF ALASKA DEP'T OF LAW
21                               Civil Division
                                 Special Litigation Section
22                               1031 West Fourth Avenue,
                                 Suite 200
23                               Anchorage, Alaska  99501-5903

24                                            Exhibit B
                                              Page 1 of 8
25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

EXHIBIT GVEA-H
Page 1 of 2



|   |   |   |
|---|---|---|
| 1 |   | project about going off the Rex Trail towards the Kubanyi |
| 2 |   | lands? |
| 3 | A | I don't recall. |
| 4 | Q | Okay. So once the troopers responded, do you remember |
| 5 |   | telling them that there was an Indian out there getting |
| 6 |   | wild? |
| 7 | A | I don't recall. I think that's probably what my mechanic |
| 8 |   | told me. I do remember telling him who it was, you know, |
| 9 |   | so..... |
| 10 | Q | Okay. And they asked you how many people were out there? |
| 11 | A | Yes. |
| 12 | Q | And what'd you tell them? |
| 13 | A | That was -- we thought there were -- now, when you're |
| 14 |   | talking people, you're talking my people or Kubanyi's? |
| 15 | Q | No, in terms of the Kubanyi's. |
| 16 | A | We -- we thought there was four. |
| 17 | Q | Okay. And did you tell them that -- whether or not they |
| 18 |   | were armed? |
| 19 | A | I -- the only thing that I recall is just passing on |
| 20 |   | exactly what I was told, that he threatened to kill them |
| 21 |   | and I think -- and on it -- now, as memory serves me |
| 22 |   | right, I think I'm going my -- you know, I'm going to go |
| 23 |   | get my gun and kill them. You know, I mean, it was -- |
| 24 |   | it's serious stuff. |
| 25 | Q | Okay. |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 3 of 8


EXHIBIT GVEA-H
Page 2 of 2