UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>KUBANYI, et al.</u>   v.   <u>GVEA, et al.</u>

DATE:   <u>December 27, 2006</u>     CASE NO.   <u>4:04-cv-0026-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE COVEY DEPOSITION**

---

      The parties' citations to the Covey deposition are confusing and likely mistaken. Therefore, in order to thoroughly consider Plaintiffs' Motion for Reconsideration, Plaintiff is hereby ordered to file a legible copy of the entire Covey deposition on or before **January 5, 2007.**

M.O. RE COVEY DEPOSITION