| | |
|---|---|
| Eric P. Gillett, Esq.<br>Preg O'Donnell & Gillett PLLC<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340<br>Phone: (206) 287-1775<br>Fax: (206) 287-9113 | Honorable Ralph Beistline |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELEZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, and ARLETTE KUBANYI,<br><br>                        Plaintiff(s),<br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>                        Defendant(s). | NO. F-04-0026 CIV<br><br>ORDER GRANTING DEFENDANT BLACK & VEATCH'S MOTION FOR ATTORNEYS' FEES & COSTS<br><br>(P~~ROPOS~~ED) |

ORDER GRANTING DEFENDANT BLACK & VEATCH'S
MOTION FOR ATTORNEYS' FEES & COSTS - 1
00567-4017 50748.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  Defendants, having applied for attorney's fees pursuant to CR 82 and costs
2  pursuant to CR79 the Court being full advised in the premises of this motion, it is hereby
3  ORDERED, ADJUDGED AND DECREED that defendants are entitled to 20% of
4  their reasonable actual attorneys' fees. The actual reasonable attorneys' fees are
5  $31,243.50. Consequently, attorneys' fees in the amount of $6,106.20 and costs in the
6  amount of $1,723.39 in favor of Black & Veatch and against plaintiffs jointly and
7  severally.
8  DATED at Fairbanks, Alaska this 29 day of December, 2006.

Ralph R. Beistline
United States District Court Judge

ORDER GRANTING DEFENDANT BLACK & VEATCH'S
MOTION FOR ATTORNEYS' FEES & COSTS - 2
00567-4017 50748.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113