Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR  KUBANYI,  BOBBY  KUBANYI, ARLETTE KUBANYI, and   BRIAN BAGGETT,<br><br>               Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>               Defendants. | **NOTICE OF FILING TRANSCRIPT OF DEPOSITION OF TROOPER COVEY** |

Case No. F04-0026

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

COMES NOW, Plaintiffs by and through their attorney, Michael J. Walleri

and respectfully notifies the Court and respective parties of the filing of a copy of the

Transcript of the Deposition of Trooper Covey.

*Kubanyi v. GVEA* Case No. F04-0026                                                    1 of 2
Notice to Court

DATED this 5th  day of January,  2007.


MICHAEL J. WALLERI


/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060


Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on January 5, 2007 via ECFl  to:

Mr. Venable Vermont, Jr.               Mr. Cory Borgeson
Assistant Attorney General             Boreson & Burns, P.C.
Department of Law                      100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200         Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett                    Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.         Richmond & Quinn
1800 Ninth Ave., Suite 1500            360 K Street, Suite 200
Seattle, WA  98101- 1340               Anchorage, AK 99501-2038


/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725