1      citizen's arrest form.  I would give the -- give them the

2      citizen's arrest form, provide them with that form.  They

3      would fill it out and that person would go to jail.

4   Q  And you would actually take the person in custody who

5      was.....

6   A  Yes.

7   Q  Okay.  Now, do you think most people know -- in your

8      experience with dealing with this system, are most people

9      familiar with it?

10  A  Most people are familiar that they can make a citizen's

11     arrest.  They may -- they may not be familiar with the

12     process but I think most people probably know they can

13     make a citizen's arrest.

14  Q  Okay.  Do you think that most -- are people, in your

15     experience, surprised when you have a form that actually

16     forces an arrest?

17  A  I'm not comfortable with the word forces.  I'm not -- I'm

18     not -- I'm not understanding what you're saying.

19  Q  Are they surprised when you have a form for a citizen's

20     arrest?

21  A  I've never seen anybody surprised by the fact that I give

22     them a form.  Seems to be kind of the standard.

23  Q  Okay.  So was it -- were -- when you -- you indicated

24     that the trespass issue at the time that you learned that

25     there was a trespass issue underlying the dispute, you

1        indicated that wasn't the first and foremost at your.....

2   A    Correct, if you listen to the tape, you can hear me.

3        Every time a trespass issue comes up, I say something to

4        the effect that's fine, let's get back to the assault.  I

5        -- I redirect the conversation back to the assault or the

6        threat of the use of a firearm because that, in my mind,

7        is the top priority here is preventing the loss of life

8        or -- or something to that effect.

9   Q    Okay.  Now, in the tape, you ask a number of times

10       whether or not people feel that they're threatened.

11   A    Correct.

12   Q    Some of the early responses people saying they aren't

13       feeling threatened like, for example, with Mr. Ed Denola.

14   A    Some guys said they weren't -- they didn't feel scared

15       but they were threatened.  Some people make a distinction

16       there.  Whether it's, you know, macho bravado or

17       whatever, some guys have a hard time saying they're

18       scared but they can definitely say that they're

19       threatened.  In my experience, that's what I've noticed.

20   Q    Well, when you were interviewing Mr. -- when you got to

21       the scene.....

22   A    Mm-hmm (affirmative).

23   Q    .....and you were interviewing Ed.....

24   A    Mm-hmm (affirmative).

25   Q    .....and you were inter -- actually interrupted by Mike

1       Able, correct?

2    A  I was interrupted by somebody.  I couldn't tell you

3       exactly who it was.

4    Q  And he was the one who basically said yes, I feel afraid.

5    A  Yes.  Yes.

6    Q  Okay.

7    A  Yeah, something to that effect.

8    Q  And do you remember him making a comment that when --

9       about Ed that Ed wasn't afraid of anything because he was

10      so big?

11   A  I remember something to the effect that not -- not that

12      you're not afraid but, you know, maybe something to the

13      effect that, you know, maybe, you know, you're such a big

14      guy, probably not much scares you.  I don't remember him

15      telling Ed what to think.....

16   Q  Mm-hmm (affirmative).

17   A  .....I just remember saying, you know, maybe if I was as

18      big as Ed, I wouldn't have been as scared or something to

19      that effect.

20   Q  Okay.  So Ed wasn't really -- Ed was basically saying he

21      wasn't afraid, right?

22   A  I -- I believe Ed said -- I asked him if he was scared.

23      He said well, maybe not scared so much as threatened or

24      something to that effect.

25   Q  Okay.  And in terms of your assessment of the situation,

```
 1        in terms of the hierarchy of people on the site, where
 2        would you put Mike Able?
 3   A    Just as a person that was at the scene.  I wouldn't -- I
 4        wouldn't treat him any differently than I would anybody
 5        else.
 6   Q    Would you identi -- given that he was an inspector, did
 7        you see him as being more in control of the situation
 8        than say Ed or Faio?
 9   A    No, I -- I -- I look at everybody -- everybody at a scene
10        who's a vi -- who could potentially be the victim of a
11        crime or is the victim of the crime the same whether
12        they're, you know, the vice president of the United
13        States or Joe Blow off the street there.
14   Q    Okay.  Now, you were also here for Mr. Cruz' deposition.
15   A    Correct.
16   Q    Okay.  And you've reviewed the tape.
17   A    The tape?
18   Q    The tape that you made of the.....
19   A    Certain portions of it, yes.
20   Q    Okay.  Do you remember Mr. Cruz telling you that he had
21        talked to this chief inspector?
22   A    I don't remember that, to be honest with you.
23   Q    Okay.  Did -- do you remember why Mr. Cruz said that he
24        called 911?
25   A    I remember him saying that he was -- that somebody had
```

1        threatened to shoot his -- his employees.

2  Q   And that was primary -- that's primarily what you took

3      away from that conversation?

4  A   Correct.

5  Q   Okay.  Have you ever -- in your experience as a trooper,

6      have you ever been -- let's -- I don't know how best to

7      put this but have you ever felt used by people?

8  A   I've felt at time that people have attempted to use the

9      troopers to -- to -- or the law, let's say, to -- to kind

10     of get what they want.

11  Q  Okay.  Did you have a -- any sense that that's what was

12     going on in this case?

13  A  Not at all.

14  Q  I'm cur -- now, when you were driving in, you were in

15     front of Trooper Nelson's car.

16  A  Correct.

17  Q  Okay.  And you were behind Mr. Cruz.....

18  A  Correct.

19  Q  .....in his truck.

20  A  Mm-hmm (affirmative).

21  Q  Okay.  Did you see any signs?

22  A  I don't remember seeing any signs.

23  Q  Okay.  Were you looking for signs?

24  A  No, I wasn't.

25  Q  Okay.  So is it fair to say a -- I'm getting the

1    impression and I know I'm repeating myself but I just

2    want to make this clear that in your response to the

3    situation, you weren't really concerned so much about any

4    alleged trespasses but you were really focusing on the

5    question of whether or not Mr. Kubanyi was threatening

6    somebody with killing them?

7  A  I'd say it's fair to say that I was prioritizing the

8    issues.  I knew there was a underlying trespass

9    issue.....

10  Q  Mm-hmm (affirmative).

11  A  .....but at the time, what was occupying me and -- at the

12    time was the -- the threat of the use of force -- or the

13    -- the firearm.

14  Q  Now, it wasn't just Mr. Cruz that told you there was a

15    trespass issue, right?

16  A  To the.....

17  Q  I mean, do you know how many people told you that the

18    underlying conflict was over trespass before you

19    encountered Mr. .....

20  A  I couldn't give you a definitive number.

21  Q  Sou -- would four sound about right?

22  A  I -- I couldn't tell you, to be honest with you.

23  Q  Okay.  So -- and you -- when you arrived at the scene,

24    the -- you went up to the -- you -- well, tell me how you

25    came to encounter Mr. Kubanyi.

```
 1   A   Well, I was -- I was conducting some interviews and

 2       somebody in the background kind of said oh, here he comes

 3       now or something to that effect.  I looked out onto the

 4       lake.  It was dark but I could see a -- a figure walking

 5       towards me and the thought in my mind was he threatened

 6       to come back with a firearm so I walked out onto the

 7       lake.  I -- because it was an unknown threat to me

 8       whether he had a firearm or not -- I could not tell by

 9       looking at him -- I drew my -- my handgun out to what is

10       a low guard and ordered Mr. Kubanyi to show me his hands

11       and this was to make -- for me to see that he didn't have

12       any weapons.

13   Q   Mm-hmm (affirmative).

14   A   I ordered Mr. Kubanyi to show me his -- his hands.  He

15       said something to the effect of fuck you.  I asked him to

16       turn around or I ordered him to turn around.  He -- I

17       couldn't remember if he said fuck you again or why or

18       something to that effect but he was definitely hostile

19       towards me.  He -- he stopped advancing on me.  I had my

20       gun out to a low guard, like I said, and I kept giving

21       him orders to comply with me and he kept saying fuck you

22       or -- or why or something like that.  Trooper Nelson

23       arrived on -- was oh, I'd say, 10 seconds behind me.  He

24       arrived on -- where -- where I was with Mr. Kubanyi and

25       Trooper Nelson got his taser out and the -- the taser has
```

1    a -- a -- a laser is what we point with.  He -- I

2    distinctly remember the -- the laser being on Mr.

3    Kubanyi's chest.  I remember Trooper Nelson giving him

4    orders and this is where Trooper Nelson took over giving

5    him the orders.  Trooper Nelson was giving him orders and

6    he -- and Mr. Kubanyi's response was the same, fuck you,

7    why, you know, basically not complying with us.  At this

8    point, I still didn't know that he -- if he did or did

9    not have a weapon.

10  Q    Mm-hmm (affirmative).

11  A    And, based off his demeanor, I was -- I was -- you know,

12   I didn't know and he was still an unknown threat to us at

13   this point.  Trooper Nelson gave him several -- several

14   chances to -- to comply by telling him he's going to

15   controlled with 10,000 volts of electricity.  Mr. Kubanyi

16   still was with -- had his -- he took a combative stance

17   with -- with Trooper Nelson, an aggressive combative

18   stance which tells me that, you know, this guy's,

19   obviously, not going to comply with what we're telling

20   him to do and, you know, Trooper Nelson gave him several

21   -- several warnings of what was going to happen.  Mr.

22   Kubanyi's attitude stayed the same.  Trooper Nelson

23   deployed the taser.  Do you want me to keep going or.....

24  Q    Why don't we hold off a little for a second?

25  A    Okay.

```
 1   Q   Now, when I heard the tape, I kept hearing Mr. Kubanyi
 2       ask why.  Did you feel that you had to explain why you
 3       were asking him to do this?
 4   A   Not at the time that -- that -- to me at the time, I
 5       wanted to make my world safe.  That's -- that's my main
 6       priority, I want to make my world safe.  I want to make
 7       sure he doesn't have a gun.  I'll be more than happy to
 8       sit down with him a half hour and explain it to him why
 9       but at the time, he wasn't complying with making my world
10       safe so I didn't feel at that time that I needed to
11       explain anything to him.  He needed to do what I told him
12       to do.
13   Q   Now, my understanding here is that you asked him to show
14       his hands.
15   A   I -- I didn't ask him, I told him.
16   Q   You to -- oh, you told him to show his hands and my
17       listening to the tape is that you told him to get down on
18       the ground.
19   A   Correct.
20   Q   That you did not ask him to show his hands.
21   A   I said something to the effect of put your hands up or --
22       or show your hands.  I had di -- I had several different
23       orders there.  If somebody doesn't comply with show me
24       your hands, then we're going to go to the next step.
25       We're going to put you on the ground because when you're
```

```
 1           laying on your belly on the ground, I have more control

 2           than you standing up.

 3    Q      Mm-hmm (affirmative).  Now, prior to that, you had been

 4           told by Mr. Cruz that those -- that the people out there

 5           had been drinking all day, right?

 6    A      Correct.

 7    Q      And that was your understanding of the facts at that

 8           time?

 9    A      At that time, yes.

10    Q      That was the best available information you had.

11    A      That's all the information I had.

12    Q      Did you have any information about the situation from

13           anybody else other than Mr. Cruz and the other

14           complainants that were working for Mr. Cruz and Mr. Able?

15    A      No, I didn't.

16    Q      Okay.  So everything that you knew going into that

17           situation was information that had been given to you by

18           Mr. Cruz and his associates?

19    A      Correct.

20    Q      Okay.  From the information that Mr. Cruz's associates

21           gave you, did you draw any conclusions about the

22           potential for danger?

23    A      I -- I felt -- after conducting the interviews, I felt

24           that there's definitely a potential for danger.

25    Q      And that made you want to be -- that is -- is that the
```

1         reason why you wanted your world to be safe?

2  A    Well, I like to go.....

3  Q    Or you had concern.  Let's put it this way -- strike

4         that.  Is that the reason why you felt that you were --

5         had a heightened sense of wanting to make your world

6         safe?

7  A    Yes, the threat was that he was going to come back with a

8         firearm.  I saw him coming back.  I didn't know if he had

9         a firearm or not.  I need to make my world safe, make

10       sure nothing bad's going to happen.

11  Q    Okay.  And you were also concerned about the -- were you

12       also concerned about the other people there?

13  A    Yes.

14  Q    Okay.  And that's because they had reported to you that

15       he had threatened to kill them?

16  A    Yes.

17  Q    Now, once Mr. Kubanyi -- let's -- one other -- had you

18       ever -- in talking to Cruz at -- prior to Mr. Kubanyi,

19       did you ever suggest to Mr. Cruz -- or you or Officer

20       Nelson suggest to Mr. Cruz that he pull he crew out of

21       there and reso -- and try and sort out the title issue

22       later on?

23  A    Not at the time.  My -- my -- my main concern was -- was

24       just getting to the scene and controlling the scene.

25  Q    Wouldn't it have been controlling the scene to tell Mr.

1      Cruz to withdraw?

2  A  I -- I -- you know, to be honest with you, I didn't know

3      where his guys were.  I didn't know if they were still on

4      the lake.  I didn't know where they were.  I mean,

5      hindsight 20/20, it probably would have been.

6  Q  Now, it was rather obvious -- well, as you approached,

7      there was an awful lot of equipment there, right?

8  A  Yes.

9  Q  Okay.  And you were aware that this was part of the GVA

10     intertie project, correct?

11  A  Just vaguely.  Just basically off what Mr. Cruz had told

12     me.

13  Q  Okay.  Given the sheer size of the equipment, number of

14     people there and its connection with the GVA intertie,

15     did you draw any conclusions as to the probability of

16     legitimacy of those people being there properly?

17  A  Didn't concern me at the time.

18  Q  Okay.  The -- when you talked to Mr. Cruz initially and

19     he started talking about -- do you remember him talking

20     about -- telling you that there's an Indian out there

21     getting wild?

22  A  Something to that effect.  I can't remember his words

23     verbatim.

24  Q  What did you think about that comment?

25  A  I just considered the -- the fact that somebody was

1    threatening to shoot somebody.

2  Q  Okay.  You disregarded the obvious ethnic implications of

3     the comment?

4  A  When people get excited, people say a lot of things.  I

5     don't take that -- I take that at face value.  You know,

6     we all say things.  It didn't concern me at the time.  I

7     was more concerned about the -- the threat of the use of

8     the firearm.

9  Q  Okay.  The -- now, when you -- and I'm curious about when

10     you actually made the arrest.  When do you consider the

11     fact -- when do you consider that Mr. Kubanyi was under

12     arrest?

13  A  The first time he said fuck you.  That's disorderly

14     conduct.  At that point, I was -- when Mr. Kubanyi came

15     out, I was still conducting my investigation.  I

16     determined that the individuals felt threatened.  At that

17     point, I didn't know if Mr. Kubanyi was going to go to

18     jail or if he was going to receive a summons to appear in

19     court because there was no firearm.  When I went out and

20     -- and confronted Mr. Kubanyi and his attitude was fuck

21     you, at that point, I knew that he was going to go to

22     jail.

23  Q  So if anybody tells an officer to fuck you, that that's a

24     -- that's disorderly conduct?

25  A  It depends on the situation.  You know, everybody's

1    entitled to their opinion.  If somebody's walking down

2    the street and he looks over at me, says you're an A-

3    hole, you know, that's his opinion.  He's -- he's -- as

4    an American citizen, he's entitled to that.  When I'm

5    conducting an investigation and somebody's impeding my

6    investigation with their attitude, that's disorderly

7    conduct.

8    Q    Okay.  Now, the -- in terms of the actual arrest, why

9         don't you tell me how that went down?

10   A    Starting at what point?

11   Q    Starting at the point that Mr. Kubanyi told you to fuck

12        you.

13   A    Okay.  I ordered him to, you know, either show me his

14        hands or get on the ground which he -- which his response

15        was why or fuck you or something to that effect.  At that

16        point, Trooper Nelson showed up, drew his taser out, put

17        the -- the laser light on Mr. Kubanyi's chest.  At that

18        point, he took over giving Mr. Kubanyi his orders and Mr.

19        Kubanyi's response was the same to Trooper Nelson as it

20        was to me.  I heard Trooper Nelson give him at least two

21        distinct warnings that hey, this is what's going to

22        happen if you don't comply with me and his attitude was

23        fuck you.  That was his response.  Why, why or -- or

24        something to that effect.  At that point after Trooper

25        Nelson gave him ample -- ample opportunity to comply with

1    us, he -- he deployed his taser.  The -- when the taser

2    didn't have the desired effect for whatever reason that

3    is, Mr. Kubanyi started running backwards.  We went to --

4    I -- I put my firearm -- at that point, I had put my

5    firearm back in my holster because we don't run or fight

6    with our firearm out.  We went to lay hands on Mr.

7    Kubanyi and I dis -- I distinctly remember Mr. Kubanyi

8    clenching his fist and punching Patrick Nel -- or Trooper

9    Nelson in the face.  At that point, we -- that's as we

10   were approaching him.  At that point, we just basically

11   jumped on him and fell down to the ice.

12 Q  Okay.  Now, Mr. -- that's somewhat different than Officer

13   Covey's [sic] statement that he was struck in the face

14   while they were wrestling -- while you were wrestling.

15 A  Trooper Nelson you mean.

16 Q  Or, excuse me, yeah.

17 A  Yeah.  Everybody remembers things a little bit

18   differently.

19 Q  Okay.  When did you deploy your chemical spray?

20 A  When we were on the ice, I got up to -- I got up to my

21   knee.  I got on my -- one of my knees and Mr. Kubanyi at

22   this point was still actively resisting arrest, trying to

23   force -- use force to get away from us.  I pulled out my

24   -- my OC spray, aimed it at his face and discharged it.

25 Q  Now, as I understand it, when you approached him though,

1    you had -- you had had your gun out earlier.

2  A  Correct.

3  Q  Okay.  And you had it at low guard.

4  A  Correct.

5  Q  And then when Mr. Kubanyi started moving away from you,

6    you put your gun in your holster.

7  A  Correct.

8  Q  Okay.  But you did not take out your OC spray at that

9    time.

10 A  Correct.

11 Q  And then the wrestling commenced.

12 A  Then we fought onto the ice.

13 Q  Okay.  Do you know when was -- do you know what Trooper

14    Nelson was doing with the taser at that time?

15 A  I don't.

16 Q  Okay.  And what you're telling me is that you got up on

17    your knees -- okay -- so you're still on your knees at

18    this point?

19 A  I.....

20 Q  When did you withdraw your chemical spray?

21 A  I couldn't tell you the exact moment.  I remember being

22    on my knee when I discharged the -- the -- the OC.

23 Q  Okay.  And where was Mr. -- or where was Officer Nelson?

24 A  Trooper Nelson was on the ground be -- somewhere behind

25    me or out of my -- when -- I was basically in tunnel

1       vision.  I was dealing with the situation.  I need --

2       Trooper Nelson was there.  I knew that I wasn't going to

3       end up spraying Trooper Nelson directly.

4   Q  Mm-hmm (affirmative).

5   A  But I -- as to exactly where he was I couldn't tell you.

6   Q  Okay.  But he was not in the process of tasing Mr. .....

7   A  I don't know, to be honest with you.

8   Q  Okay.  So what happened when you deployed your chemical

9       spray?

10  A  It hit -- it -- it had the desired effect.  Mr. Kubanyi

11      submitted when he got sprayed.

12  Q  Okay.  And how was it that he submitted?

13  A  He -- he quite actively fighting us.

14  Q  Okay.  When did Mr. -- when did Trooper Nelson directly

15      apply the taser to Mr. Kubanyi?

16  A  I don't know.

17  Q  Do you know whether it was before or after the spray?

18  A  No, I don't.

19  Q  Okay.  You sprayed Mr. Kubanyi in the eyes, right?

20  A  In the face area.  That's what I aimed at.

21  Q  That's what you're supposed to aim at, right?

22  A  In the upper chest, face area, yeah.

23  Q  And that's because that usually has a -- the desired

24      effect?

25  A  Usually, yes.

-34-

1    Q    Okay.  When Mr. Kubanyi was sprayed, do you know what he

2         did other than -- did he grab his eyes?

3    A    I don't remember, I just remember him -- when he got

4         sprayed, he -- he quite resisting us.  He quit using

5         force to resist us.

6    Q    Okay.  Did he say anything?

7    A    I don't remember that he said anything.

8    Q    Okay.  When did you switch off your recorder?

9    A    I -- I believe I switched of my recorder after we had

10        gotten Mr. Kubanyi back to -- back to my patrol car.  At

11        that point, I think -- I mean, I can hear my tape

12        recorder go off.  I couldn't -- I think that's when it

13        happened.  I couldn't tell you for sure though.

14   Q    Okay.  Do you -- now, I notice that you switched the

15        recorder back on.

16   A    Mm-hmm (affirmative).

17   Q    And why did you do that?

18   A    Basically, the -- the tape recorder's a tool that we use.

19        If something doesn't need to be on tape like a private

20        discussion with another trooper, then, frankly, it's not

21        going to be on the tape.  If I have a conversation with

22        Trooper Nelson reference the case that doesn't

23        necessarily need to be on the tape, then I shut the tape

24        recorder off.

25   Q    Did you talk to Mr. -- or did you talk to Trooper Nelson

1    after you turned the tape off?

2  A  I -- you know, I couldn't tell you.  I -- that's

3    typically when I turn the tape off.  In this case, it was

4    three years ago.  I don't remember exactly.

5  Q  Okay.  And after you got Mr. Kubanyi back to the car,

6    what happened after that?

7  A  We put his -- basically, we leaned him over on the hood

8    of my car so that his head was resting on my hood and

9    Trooper Nelson proceeded to -- to help him wash his eyes

10   out and -- and it's kind of -- it's -- it was very

11   obvious because the -- the patrol cars that we have have

12   black hoods on them, as you've probably seen, and all the

13   -- all the -- the OC spray coming off Mr. Kubanyi's head

14   left a -- kind of like a -- a -- the imprint of --

15   outline of his head on the hood of my car that was

16   permanently stained there.  While Trooper Nelson was

17   doing that, somebody pointed out that somebody else was

18   coming across the lake.  I didn't know who it was.

19   Again, I didn't know if he was armed.  I didn't know if

20   he was intoxicated or whatever the case may be so I went

21   out to -- to confront that person while Trooper Nelson

22   continued to help Mr. Kubanyi with the -- with the water

23   and the paper towels.

24  Q  Could you describe that conversation?

25  A  With Mr. Baggett?

| | | |
|---|---|---|
| 1 | Q | Please. |
| 2 | A | Okay.  I went out.  I gave Mr. Baggett pretty much the |
| 3 | | same orders that I gave to Don Kubanyi and Mr. Baggett |
| 4 | | complied with them.  Once I -- I approached Mr. Baggett, |
| 5 | | I padded him down to make sure he didn't have any |
| 6 | | weapons.  Once he didn't have any weapons, then the whole |
| 7 | | -- the conversation kind of shifted to once I -- once I |
| 8 | | woke -- made sure my world was safe, then we -- we walked |
| 9 | | back over to where everybody was. |
| 10 | Q | And what happened after that? |
| 11 | A | He wanted to know what was going on.  To the -- to the |
| 12 | | best of my knowledge, I told him, I said listen, this is |
| 13 | | -- Don's going to jail or something to that effect and I |
| 14 | | told him why and I -- and I remember saying something |
| 15 | | like, you know, these guys have a map saying that they |
| 16 | | can be here or something to that effect and that was more |
| 17 | | -- that was, more or less, to diffuse the situation so |
| 18 | | that we didn't have a repeat of -- you know, I didn't -- |
| 19 | | I knew that there were multiple people over there.  I |
| 20 | | didn't want every person coming over with the -- with the |
| 21 | | same -- you know, I was kind of hoping that Mr. Baggett |
| 22 | | would -- would calm down and -- and diffuse the |
| 23 | | situation. |
| 24 | Q | Was Mr. Baggett excited? |
| 25 | A | I think at first he was because he -- he reacted a |

1    different way.  Like -- like Trooper Nelson said

2    yesterday, there's the fight or flight and he decided

3    that when I went out there, I had my gun out to a low

4    guard again because I was dealing with it as the same

5    threat that Mr. Kubanyi was.  I don't know if he saw that

6    because it was dark out there but he -- whatever --

7    whatever motivation he had he complied with -- with what

8    I told him to do.

9  Q  Now, on the tape, there's a discussion about where you're

10   explaining to Mr. Baggett, I believe, that everything

11   that you did was reasonable?

12 A  Mm-hmm (affirmative).

13 Q  Okay.  Why were you asking him about that?

14 A  Mr. Baggett?

15 Q  Yeah.

16 A  In what -- in what sense was that?  I don't remember the

17   conversation.  What.....

18 Q  Basically asking about whether or not -- or was that the

19   Cruz people that you were talking.....

20 A  That was the Cruz people.  That was Trooper Nelson asking

21   the witnesses if -- if what we -- they had -- they had

22   witnessed what we -- what had happened and that's common

23   for us to after we use force on somebody and there's

24   witnesses, we walk over to those people and we ask them

25   hey, did you see what happened?  Yes.  Do you think we

1        used excessive force?  Yes or no and -- or something to

2        that effect.  It's -- it's common.  I've done it multiple

3        times and -- and they said no, we -- we thought you guys

4        acted reasonably.

5    Q   Mm-hmm (affirmative).  Okay.  Now, when you were talking

6        to Mr. Baggett, didn't you tell him that you didn't

7        expect any more trouble?

8    A   I don't remember saying those words exactly.

9    Q   Okay.  Did you make a reference to the fact that Mr.

10       Kubanyi had gotten himself into trouble and that he --

11       you didn't expect any more trouble to the Cruz people

12       from Mr. Baggett?

13   A   I -- I don't remember saying that, no.

14   Q   Was that your intention?

15   A   My intention was to diffuse the situation and -- and not

16       have a repeat of what had just happened.  I would prefer

17       that -- you know, at the time, that that didn't happen,

18       that Mr. Kubanyi would come across the lake, we could

19       have a civil conversation with him and the Cruz people.

20       That was my preference.  That didn't happen and so I -- I

21       basically wanted diffuse the situation.

22   Q   Well, I have a question here at this point.  Once Mr.

23       Baggett came over and -- why didn't you investigate as to

24       whether or not there was, in fact, a trespass at that

25       point?