| | | |
|---|---|---|
| 1 | A | At that point, the -- the Cruz company had showed me some |
| 2 | | paper work and I couldn't tell you exactly what it was. |
| 3 | | I'm not -- that's not my -- my expertise.  They showed me |
| 4 | | a map and some paper work that said they could be there. |
| 5 | | Based off of what I knew at the time and based off me not |
| 6 | | being an expert in that area, they showed me some paper |
| 7 | | work that said they could be there.  As far as I was |
| 8 | | concerned, they could be there. |
| 9 | Q | Okay.  And from that point on, what did you do for the |
| 10 | | rest -- what did you do after that? |
| 11 | A | I transported Mr. Kubanyi out to the highway where |
| 12 | | Trooper Arnsted met us and Trooper Arnsted either |
| 13 | | transported him all the way to Fairbanks or met up with |
| 14 | | another trooper.  I'm -- I'm unclear on that. |
| 15 | Q | Okay.  Now, after -- is it fair to say that the troopers |
| 16 | | never investigated whether or not there was a criminal |
| 17 | | trespass on the Kubanyi lands? |
| 18 | A | At -- I can -- I can tell you this, at that time, once |
| 19 | | they showed me the paper work, as far as I was concerned |
| 20 | | -- and, like I said, not being an expert in this area, as |
| 21 | | far as they -- as far as I was concerned, the -- the |
| 22 | | situation was resolved.  When I showed that paper work to |
| 23 | | Mr. Baggett and he -- I remember him looking at it and -- |
| 24 | | and not necessarily agreeing with it but saying oh, okay. |
| 25 | | Okay.  I see or something to that effect. |

1    Q    Okay.
2    A    And to me that resolved the situation. To me I was -- I was assured that probably nothing else bad was going to happen that night.
3    Q    Okay. But is it your -- are you aware as to whether or not the troopers ever investigated as to whether or not a criminal trespass had occurred?
4    A    I'm not aware of that.
5    Q    Okay. In other words, it didn't happen, to your knowledge?
6    A    I'm not -- to my knowledge, I'm unaware that it did happen.
7    Q    Okay. It certainly wasn't done by you?
8    A    It wasn't done by me.
9    Q    And you don't know that -- and you're -- and it wasn't done by Officer -- or Trooper Nelson?
10    A    Not to my knowledge.
11    Q    Okay. Do you know -- as you were leaving, did the Cruz people go back to work?
12    A    I -- I remember leaving and they were still standing there. I didn't see them actively working. I remember them just being there.
13    Q    Okay. How many canisters of spray did you deploy?
14    A    Just one.
15    Q    Could you describe what a canister looks like?

```
1   A   I can -- can I sta -- you mind if I stand up?
2   Q   As long as you don't pull out your OC.
3   A   Okay.  This is the -- this is the uniform I was wearing
4       that night.....
5   Q   Okay.
6   A   .....and here's where I keep my OC spray.  It's in this
7       canister.  In fact, this is the -- the same holder, not
8       the same can but the same holder that I had that night.
9       I only carry one can on me.
10  Q   Okay.
11  A   I carry multiple cans in my car but those are to replace
12      this one if I -- if I use it up.
13          MR. VERMONT:  And let me make sure the record's
14  clear.  He's standing up showing us his duty belt and the OC
15  is in a little holder that's on the right side right about
16  under his wrist as his arm hangs down.
17  Q   Could you pull out the OC?  Okay.  And that's with -- is
18      that the same type of OC you carried that night?
19  A   At the time -- at the time we had a different -- it's
20      just a different model.
21  Q   Okay.
22  A   It's -- it was a different company, basically.
23  Q   What did it look like?
24  A   It was the same size because it -- it.....
25          MR. VERMONT:  And the size is -- what is that, 3-1/2
```

```
 1    or four-inch can, something like that?
 2  A Approximately, yeah.
 3       MR. VERMONT: Yeah.
 4  Q Mm-hmm (affirmative).
 5  A It was the same size except the trigger mechanism was
 6    different.  Where this has the button that you push
 7    down.....
 8  Q Okay.
 9  A .....it had a trigger on the front of it.
10  Q Okay.
11  A But it was the same -- as far as I'm concerned, it was
12    the -- it had the same desired effect that this one does.
13  Q Glass or a canister.
14  A I'm sorry?
15  Q Is it glass or metal canister?
16  A It -- metal.  It was a metal canister.
17  Q Okay.  And do you know what color it was?
18  A The -- the canister?  It was black.
19  Q Okay.  And Trooper Nelson didn't -- would -- did not
20    deploy his OC at all?
21  A Correct.
22  Q Now, you've heard the tape, right, of the -- that you
23    made?
24  A Yes.
25  Q Okay.  There's a clicking sound in there while the arrest
```

1      is being made. What is that clicking sound?
2   A  Those are the handcuffs.....
3   Q  Okay.
4   A  .....going around his wrists. They make that noise.....
5   Q  Okay.
6   A  .....which is distinctive on the tape. You could hear us
7      put one on because you heard this noise and then a couple
8      seconds, you hear this noise again and that was
9      handcuffing his other wrist.
10  Q  Okay. Does the taser make a noise?
11  A  Yes, it does.
12  Q  And what is that noise like? Can you describe it?
13  A  It's kind of a -- it's -- it's an electric sounding
14     noise.
15  Q  Okay.
16  A  It sounds like electricity.
17  Q  Okay. And you can hear that on the tape, right?
18  A  Yes.
19  Q  In your experience as a trooper, have you ever -- are you
20     ever aware of a situation in which the troopers have
21     investigated a criminal trespass on Native lands?
22  A  In my -- no, I'm not.
23  Q  Are you ever -- have you ever -- are you aware of -- at
24     any time that the troopers have investigated trespass on
25     non-Native lands?

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay. |
| 3 | A | That's not to say that it doesn't happen but in my -- in |
| 4 | | my experience, I have -- when I was in Kotzebue, it was |
| 5 | | the same -- basically the same SOP. It was a different |
| 6 | | detachment but SOP was similar in effect and so I'm |
| 7 | | basing my answers off that and based off my experience |
| 8 | | with the troopers. |
| 9 | Q | Now, after the arrest, did you follow up with any other |
| 10 | | investigations into the incidents of those nights -- of |
| 11 | | that night? |
| 12 | A | The investigation was complete. |
| 13 | Q | Okay. |
| 14 | | MR. WALLERI: Why don't we go off record for just a |
| 15 | | minute and I'll just make sure that I..... |
| 16 | | COURT REPORTER: Okay. |
| 17 | | MR. WALLERI: You want to grab a..... |
| 18 | | COURT REPORTER: Off record. |
| 19 | | (Off record at 10:08 o'clock a.m.) |
| 20 | | (On record 10:12 o'clock a.m.) |
| 21 | | COURT REPORTER: Back on record. |
| 22 | Q | Looking back at this, would you do anything differently? |
| 23 | A | As far as -- as far as what goes, the whole thing or |
| 24 | | just..... |
| 25 | Q | That night. Yeah. |

1  A   Maybe a couple small things but as far as the core
2      transaction and everything, I think it -- I think we did
3      the right thing.
4  Q   Okay. That's all I have.
5          COURT REPORTER: Would you hook that on you, sir?
6  It's picking up this -- it's pretty sensitive.

### CROSS EXAMINATION

BY MR. BORGESON:
9  Q   Trooper Covey, my name is Cory Borgeson. I'm attorney
10     for Golden Valley Electric Association. A few questions
11     for you. Do citizens of the state, under state law, have
12     to comply with orders of a state trooper?
13 A   They have to. In -- in what sense?
14 Q   Well, if you order somebody to stop or do something, are
15     they required to do that?
16 A   It dep -- if I was conducting an investigation, yes.
17 Q   Okay. So was his refusal to submit to your orders a
18     violation of Alaska law in this situation?
19 A   Yes. Yes.
20 Q   So you would have had grounds to arrest him for that?
21 A   Disorderly conduct.
22 Q   The refusal to submit to an order of a trooper is
23     considered disorderly conduct?
24 A   It -- like I said, it -- it really depends on the
25     situation. If -- if -- you know, I -- I was in a pursuit

| | | |
|---|---|---|
| 1 | | a -- a couple months ago where the lady didn't want to |
| 2 | | stop when I turned my lights on and when I caught her, |
| 3 | | she got charged with a lot more than disorderly conduct |
| 4 | | so it really depends on the situation. |
| 5 | Q | What did you charge Mr. Kubanyi with? |
| 6 | A | I charged him with resisting and four counts of assault. |
| 7 | Q | Okay. You didn't charge him with refusing to submit to |
| 8 | | an order of an officer? |
| 9 | A | That -- well, I kind of -- I -- I put that in with the |
| 10 | | assault on Trooper Nelson. |
| 11 | Q | And is your testimony that you actually saw Mr. Kubanyi |
| 12 | | hit Trooper Nelson with a closed fist? |
| 13 | A | He punched him with a closed fist. I saw it. |
| 14 | Q | Mr. Walleri asked you why you just didn't have Cruz pull |
| 15 | | his crews -- pull his crew, work crews, off the lake. |
| 16 | | Could it have been dangerous for his crews to go onto the |
| 17 | | lake and pull their equipment off with Mr. Kubanyi out |
| 18 | | there? |
| 19 | A | At -- at the time, I really didn't consider where his |
| 20 | | crew was. I didn't know if they were still on the lake |
| 21 | | and -- and looking back, that's -- that's probably one |
| 22 | | thing that I would -- would have done differently is to |
| 23 | | tell him -- ask him where his crew was and to get them |
| 24 | | out of the area but at the time I didn't do that. |
| 25 | Q | Well, couldn't it have been dangerous to send his crew |

| | | |
|---|---|---|
| 1 | | out on the lake if Mr. Kubanyi was out there with a |
| 2 | | weapon? |
| 3 | A | Yes, it could have been. |
| 4 | Q | Do you know if Mr. Kubanyi had weapons in his home? |
| 5 | A | It's -- as far as I'm concerned, it's Alaska.  Every |
| 6 | | house in Alaska has a gun in it..... |
| 7 | Q | Well..... |
| 8 | A | .....but I was not aware that he did or did not. |
| 9 | Q | Would it surprise you if he testified he had more than 30 |
| 10 | | firearms in his home out there at Seven Mile Lake? |
| 11 | A | In that part of the state, not in the slightest. |
| 12 | Q | And included that he had automatic weapons in his home? |
| 13 | A | I -- I wasn't aware of that but..... |
| 14 | Q | Could it have been dangerous if Mr. Kubanyi had gotten |
| 15 | | back to his house in an intoxicated, excited state and |
| 16 | | had all those weapons available to him? |
| 17 | A | Yes. |
| 18 | Q | Did anyone ever file a complaint against Cruz |
| 19 | | Construction that they trespassed? |
| 20 | A | Not to me.  Not that I'm aware of. |
| 21 | Q | So did Mr. Baggett ever tell you that he wanted to file a |
| 22 | | complaint of trespass when you talked to him that night? |
| 23 | A | No. |
| 24 | Q | Did Mr. Kubanyi ever tell you he wanted to file a |
| 25 | | complaint of trespass that night? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you ever receive a call from dispatch that there was |
| 3 | | a complaint of a trespass occurring? |
| 4 | A | No. |
| 5 | Q | Did you ever see that night when you were out there any |
| 6 | | vehicles that indicated that they belonged to Golden |
| 7 | | Valley Electric Association? |
| 8 | A | I -- I just remember seeing vehicles. I didn't really |
| 9 | | look at the door to see who they belonged to. |
| 10 | Q | Do you know if you spoke to anyone that night that worked |
| 11 | | for Golden Valley Electric Association? |
| 12 | A | I think I talked to one guy. I cou -- I don't remember |
| 13 | | his name but I think he said he worked for Golden Valley |
| 14 | | Electric. |
| 15 | Q | And you don't recall his name? |
| 16 | A | From reviewing the report, I think his name was Able but |
| 17 | | I couldn't -- at the time -- you know, if you would have |
| 18 | | asked me 20 minutes after the whole incident happened, I |
| 19 | | could have told you which guy it was. |
| 20 | Q | And that would be on the tape? |
| 21 | A | I believe so, yes. |
| 22 | Q | Okay. Other than Mr. Able, can you think of anyone else |
| 23 | | who identified themselves as working for Golden Valley |
| 24 | | Electric? |
| 25 | A | No. |

| | | |
|---|---|---|
| 1 | Q | I don't have any further questions. |
| 2 | | **CROSS EXAMINATION** |
| 3 | BY MR. QUINN: | |
| 4 | Q | Trooper Covey, I just have a couple of questions here to |
| 5 | | -- let me just ask you this. As I understand it, to your |
| 6 | | knowledge, nobody made a complaint for criminal trespass; |
| 7 | | that is, that no complaint was made to you or to Trooper |
| 8 | | Nelson about a criminal trespass? |
| 9 | A | Nobody told us that these people were trespassing on our |
| 10 | | lot. |
| 11 | Q | Okay. And there were some questions about rights that |
| 12 | | Alaska citizens have to make citizen's arrests. Did |
| 13 | | anybody that evening express a desire to make a citizen's |
| 14 | | arrest? |
| 15 | A | No. |
| 16 | Q | All right. So Mr. Kubanyi never indicated to you in any |
| 17 | | way that he wanted to make a citizen's arrest of anybody? |
| 18 | A | No. |
| 19 | Q | And that's true of Mr. Baggett as well? |
| 20 | A | That's correct. |
| 21 | Q | And true over everybody there on the scene? |
| 22 | A | Correct. |
| 23 | Q | Did you notice any signs of intoxication with regard to |
| 24 | | Mr. Kubanyi? |
| 25 | A | Just the slurred speech and the smell of alcohol once we |

| | | |
|---|---|---|
| 1 | | contacted him. |
| 2 | Q | All right. Did you do any alcohol testing of him? |
| 3 | A | You mean like a field sobriety test or something to that |
| 4 | | effect? |
| 5 | Q | Like a -- yeah, that kind of thing or a breathalyzer or |
| 6 | | anything like that. |
| 7 | A | No. I -- I think a breathalyzer was done somewhere or a |
| 8 | | -- a Data Master. I'm not sure whether it was done. |
| 9 | Q | All right. But that was after your involvement? |
| 10 | A | That -- yeah, that was after he was gone. |
| 11 | Q | Okay. But you did notice slurred speech and you noticed |
| 12 | | the smell of alcohol on his breath? |
| 13 | A | Definitely. |
| 14 | Q | All right. Was it your impression that he was |
| 15 | | intoxicated? |
| 16 | A | Yes. |
| 17 | Q | All right. And is that a factor that in your mind can |
| 18 | | increase the danger of violence? |
| 19 | A | In -- in my experience, people who are under the |
| 20 | | influence of alcohol or drugs have less inhibitions and |
| 21 | | more things seem like a good idea and seem more rational |
| 22 | | at the time they're making the decisions. |
| 23 | Q | All right. Okay. That's all I have. Thank you very |
| 24 | | much. |
| 25 | | MR. VERMONT: Chris may need the microphone too. |

1       MR. BORGESON:  Okay.

2                    **CROSS EXAMINATION**

3   BY MS. TAVARES:

4   Q   Sir, I just have one question.  That evening, did you
5       have any conversations or see any trucks from anyone from
6       Black and Vech Corporation?
7   A   No.
8   Q   Thank you.

9                    **CROSS EXAMINATION**

10  BY MR. VERMONT:

11  Q   I want to ask you about listening to the tape that you
12      mentioned several times that you did.  Did you, in going
13      back here in the last few days listening to it, attempt
14      to time the length of this incident from say the initial
15      deployment of the taser as you could hear it on the tape
16      to the time that you heard the clicking of the handcuffs?
17  A   Just kind of a rough estimate.
18  Q   What was that rough estimate?
19  A   I'd say between 30 and 35 seconds.
20  Q   Okay.  And that was conclu -- Mr. Kubanyi was subdued at
21      the end of that time.  Once you got him in the handcuffs,
22      it was pretty much over?
23  A   Correct.
24  Q   Yeah.  Okay.  That's all I have.  Thanks.
25          MR. WALLERI:  I am done.

```
 1        MR. VERMONT:  Anybody else?

 2        MS. TAVARES:  No.

 3        MR. VERMONT:  Okay.

 4        COURT REPORTER:  We're off record.

 5        (Off record at 10:22 o'clock a.m.)

 6

 7             * * * END OF PROCEEDINGS * * *
```

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*