Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>         Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>         Defendants. | **MEMORANDUM IN SUPPORT OF FOURTH MOTION TO EXTEND DEADLINE FOR OPPOSITION  TO SUMMARY JUDGMENT RE: WATER PERMIT (Unopposed[1])** |

Case No. FO4-0026

Plaintiffs seek a fourteen day extension of deadline to respond to Defendant's Motion for Summary Judgment Re: Water Permit.  The Plaintiff's Opposition is due

---

[1] GVEA's Counsel's office has been notified and does not oppose this extension of time.

*Kubanyi v. GVEA* Case No. F04-0026                                                                 1 of 2
Memo in Support of Motion to Extend Deadline

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

January 24, 2007. The Plaintiffs request an extension until February 7, 2007. The undersigned will be in the hospital the week his Opposition is due.

Dated this 22nd day of January, 2007 at Fairbanks, Alaska.

                                    MICHAEL J. WALLERI

                                    /s/ Michael J. Walleri
                                    Law Offices of Michael J. Walleri
                                    330 Wendell Street, Suite E
                                    Fairbanks, Alaska 99701
                                    (907) 452-4716
                                    (907) 4524725 (Facsimile)
                                    walleri@gci.net
                                    AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 22, 2007 via ECF to:

| Mr. David Floerchinger | Mr. Cory Borgeson |
| --- | --- |
| Assistant Attorney General | Boreson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak 99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA 98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo in Support of Motion to Extend Deadline                         2 of 2