Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>             Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>             Defendants. | **MEMORANDUM IN SUPPORT OF FOURTH MOTION TO EXTEND DEADLINE FOR OPPOSITION TO GVEA'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR PUNITIVE DAMAGES & 2002 TRESPASS DAMAGES**<br>**(Unopposed[1])** |

Case No. FO4-0026  CIV RRB

Plaintiffs seek an extension of deadline to respond to GVEA's Motion for

Summary Judgment on Plaintiffs' Claims for Punitive Damages & 2002 Trespass

---

[1] GVEA's Counsel's office has been notified and does not oppose this extension of time.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                              1 of 2
Memo in Support of Motion to Extend Deadline

Damages. The Plaintiff's Opposition is due January 24, 2007. The Plaintiff's request an extension until February 7, 2007. The undersigned will be in the hospital undergoing testing the week his Opposition is due.

Dated this 22nd day of January, 2007 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on January 22, 2007 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger | Mr. Cory Borgeson |
| Assistant Attorney General | Boreson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak 99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA 98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725