Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>      Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>           Defendants. | **ANSWER TO GVEA COUNTERCLAIMS** |

Case No. 4:04-cv-0026- RRB

COMES NOW Don M. Kubanyi, Jimmy Kubanyi,Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi,  Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett, by and through the undersigned counsel of record, in answer to the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

counterclaims set forth in GVEA's Amended Answer to Amended Complaint, as follows:

1. Admit

2. Admit

3. Admit that Rex Trail lies to the South of end of the Kubanyi Alltotment. Deny that Rex Trail is an established RS 2477 Right of way.

4. Deny

5. Plaintiff's lack sufficient personal knowledge and therefore deny.

6. Admit.

7. Admit as to Plaintiff's property. Deny as to Seven Mile Lake.

8. Admit that Rex Trail enters Plaintiff's property on East and West boundaries, otherwise deny.

9. Admit, except as to the term "ordinary high water mark ("OHW")".

10. Deny

11. Admit

12. Admit

13. Admit

14. Admit

15. Admit

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Answer to Counterclaims

2 of 6

16. Admit

17. Admit

18. Deny

19. Deny

20. Deny

21. Deny

22. Deny

23. Admit

24. Admit

25. Deny

26. Deny

27. Deny

28. Admit that Plaintiff's intend to deny public access to Seven Mile Lake that cross the Plaintiff's lands, otherwise deny.

29. Deny

30. Admit that GVEA terminated crossing Plaintiff's land, otherwise deny.

31. Plaintiff's lack sufficient personal knowledge and therefore deny

32. Plaintiff's lack sufficient personal knowledge and therefore deny.

33. Plaintiff's lack sufficient personal knowledge and therefore deny

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

34. Deny

35. Deny

36. Deny

37. Deny

38. Admit except for the term "valid", otherwise deny.

39. Plaintiff's lack sufficient personal knowledge and therefore deny

40. Plaintiff's lack sufficient personal knowledge and therefore deny

41. Deny as to Plaintiff's knowledge prior to the filing of the initial complaint in the present lawsuit, otherwise admit.

42. Admit

43. Deny

44. Deny

45. Deny

46. Admit

47. Plaintiff's lack sufficient personal knowledge and therefore deny

48. Plaintiff's lack sufficient personal knowledge and therefore deny

49. Plaintiff's lack sufficient personal knowledge and therefore deny

50. Plaintiff's lack sufficient personal knowledge and therefore deny

51. Plaintiff's lack sufficient personal knowledge and therefore deny

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Answer to Counterclaims

4 of 6

52. Deny

53. Deny

## AFFIRMATIVE DEFENSES

1) GVEA has failed to state a cognizable cause of action.

2) The Court lacks Jurisdiction to decide the counterclaims.

3) GVEA has failed to join necessary parties to adjudicate its claims

4) Plaintiff Don Kubanyi was privileged to take any and all alleged actions.

5) Laches.

6) GVEA lacks standing to bring counterclaims.

7) Statute of limitations.

DATED this 23rd day of January, 2007.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on January 23, 2007 via ECM to:

| | |
|---|---|
| Mr. David Floerrchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Answer to Counterclaims