Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi, )
Aileen Welton, Elizabeth Tuzroyluk )
Doris Kubanyi, Victor Kubanyi, )
Bobby Kubanyi, and Arlette Kubanyi, )
)
     Plaintiffs, )
)
vs. )
) Case No. F04-0026 CIV
Golden Valley Electric Association and )
Dave Cruz, individually and d/b/a )
Cruz Construction, )
)
     Defendants. )
_____ )

### DEFENDANT GVEA'S MOTION TO STRIKE HANS AXELSSON FROM PLAINTIFFS' SECOND AMENDED EXPERT WITNESS LIST

Defendant, Golden Valley Electric Association, Inc. ("GVEA") moves to Strike Hans Axelsson from Plaintiffs' Second Amended Expert Witness List. This motion is based on Fed. R. Civ. P. 12(f), and the attached memorandum of law.

For the reasons set forth in the attached Memorandum, GVEA respectfully requests this Court strike Hans Axelsson from Plaintiffs' Second Amended Expert Witness List.

DATED at Fairbanks, Alaska, this 1st day of February, 2007.dismiss with prejudice

                                        BORGESON & BURNS, PC
                                        Attorney(s) for Plaintiff GVEA

                              By:    s/Cory Borgeson
                                        Cory Borgeson
                                        ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028