Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi,<br><br>     Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>     Defendants. | Case No. F04-0026 CIV |

### PROPOSED ORDER STRIKING HANS AXELSSON FROM PLAINTIFFS' SECOND AMENDED EXPERT WITNESS LIST

The Court, having considered Defendant GVEA's Motion to Strike Hans Axelsson from Plaintiffs' Second Amended Expert Witness List, and having considered any oppositions thereto,

IT IS HEREBY ORDERED that GVEA's Motion is GRANTED; and

IT IS HEREBY ORDERED that Hans Axelsson is stricken from Plaintiffs' Second Amended Expert Witness List.

Proposed Order Striking Axelsson from Plaintiffs' Second Amended Expert Witness List
F04-00026 CI
Page 1 of 2

DATED this _____ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028