GVEA EXHIBIT B

Case 4:04-cv-00026-RRB   Document 211-3   Filed 02/01/2007   Page 1 of 9

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br><br>Defendants. | PLAINTIFF'S AMENDED FINAL WITNESS LIST AND EXPERT WITNESS DISCLOSURE |

Case No. FO4-0026

COMES NOW Plaintiffs to disclose the identification of fact and expert witnesses who may be called at trial. However, Plaintiffs reserve the right not to call

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

every witness listed.  As to any expert witness whom Plaintiffs elect not to call at trial, such expert is expressly declared to be a consulting witness, whether hereafter deposed or not.  No other party may call such consulting expert without the Plaintiff's express permission.  Plaintiffs reserve the right to designate additional witnesses as they are identified through discovery or investigation.

### FACT WITNESSES

1) Don M. Kubanyi
   C/o Law Offices of Michael J. Walleri
   330 Wendell Street, Suite E
   Fairbanks, Alaska 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

2) Jimmy Kubanyi
   C/o Michael J. Walleri
   Attorney at Law
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

3) Aileen Welton
   C/o Michael J. Walleri
   Attorney at Law
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Amended Plaintiffs' Final Witness Disclosures

2 of 8

4) Elizabeth Tuzroyluk
   C/o Michael J. Walleri
   Attorney at Law
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

5) Doris Kubanyi
   C/o Michael J. Walleri
   Attorney at Law
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

6) Victor Kubanyi
   C/o Michael J. Walleri
   Attorney at Law
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

7) Bobby Kubanyi
   C/o Michael J. Walleri
   Attorney at Law
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

8) Arlette Kubanyi
   C/o Michael J. Walleri
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Amended Plaintiffs' Final Witness Disclosures

3 of 8

9) Brian Baggett
   C/o Michael J. Walleri
   Attorney at Law
   330 Wendell Street, Suite E
   Fairbanks, AK 99701
   (907) 452-4716
   Attorney-Client Privilege Applies

10) David Cruz
    C/o Daniel T. Quinn
    Richmaond & Quinn
    360 K Street, Suite 200
    Anchorage, AK 99501
    (907) 276-5727
    Attorney-Client Privilege Applies

11) Trooper Patrick Nelson
    C/o Venable Vermont, Jr.
    Assistant Attorney General for the State of Alaska
    1031 W. 4th Ave., Suite 200
    Anchorage, AK 99501
    (907) 269-5190
    Attorney-Client Privilege Applies

12) Trooper Jake Covey
    C/o Venable Vermont, Jr.
    Assistant Attorney General for the State of Alaska
    1031 W. 4th Ave., Suite 200
    Anchorage, AK 99501
    (907) 269-5190
    Attorney-Client Privilege Applies

13) Michael Ebel
    C/o Daniel T. Quinn
    Richmond & Quinn
    360 K Street, Suite 200
    Anchorage, AK 99501
    (907) 276-5727

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Attorney-Client Privilege Applies

14) Edward Diola
C/o Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Attorney-Client Privilege Applies

15) Christopher Faeo
C/o Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
(907) 276-5727
Attorney-Client Privilege Applies

16) Nathan Ludwig
Address: Unknown
Telephone: Unknown
Attorney – Client Privilege Does Not Apply

17) Don Welton
Address: Unknown
Telephone: Unknown
Attorney – Client Privilege Does Not Apply

18) John Legerat
78 Timberland Drive
Fairbanks, AK
(907) 456-7138
Attorney – Client Privilege Does Not Apply

19) Wayne Walters
Mile 289.5 Parks Hwy.
(907) 582-2662
Attorney-Client Privilege Does Not Apply

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

20) Representatives of Black & Veatch
    C/o Eric Gillett and Christine Tavares
    Preg, O'Donnell & Gillett
    1800 9th Ave., Suite 1500
    Seattle, WA 98101
    (206) 287-1775
    Attorney – Client Privilege Does Apply

21) Representatives of Golden Valley Electric Association
    C/o Cory Borgeson
    Borgeson & Burns, P.C.
    100 Cushman Street, Suite 311
    Fairbanks, AK 99701
    (907) 452-1666
    Attorney – Client Privilege Does Apply

22) Greg Wyman
    C/o Cory Borgeson
    Borgeson & Burns, P.C.
    100 Cushman Street, Suite 311
    Fairbanks, AK 99701
    (907) 452-1666
    Attorney – Client Privilege Does Apply

23) Trooper Dell Arnt
    Address and Telephone: Unknown
    Attorney-Client Privilege Does Not Apply

24) Booking Officer and/or Nurse from Fairbanks Correctional Facility
    1931 Eagan Drive
    Fairbanks, AK
    (907) 458-6700
    Attorney-Client Privilege Does Not Apply

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

## RETAINED EXPERT WITNESS

25) Paul Mayo
    Tanana Chiefs Conference
    122 1st Ave., Suite 600
    Fairbanks, AK 99701
    (907) 452-8251 ext. 3261

Mr. Mayo will be testifying as to facts relating to the management of Native Allotment Lands, rights of way acquisition on Native Allotments trespass management and calculations of damages.

2) Eric Stahlke
   Tanana Chiefs Conference
   122 1st Ave., Suite 600
   Fairbanks, AK 99701
   (907) 452-8251 ext. 3261

Mr. Stahlke is a certified and licensed surveyor and will be testifying as to the locations of property lines and rights of way upon the subject premises and measurements he will undertake in regards to the rights of way and property lines involved in this case.

2) Hans Axelsson
   Tanana Chiefs Conference
   122 1st Ave., Suite 600
   Fairbanks, AK 99701
   (907) 452-8251 ext. 3261

Mr. Axelsson is a certified General Real Estate Appraiser, currently employed by Tanana Chiefs Conference. He will be testifying to issues damages from trespass.

## RESERVATION OF RIGHTS

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Amended Plaintiffs' Final Witness Disclosures

7 of 8

Further, Plaintiffs reserve the right to call any other witnesses listed by all other parties in their witness disclosures, as well as any other witnesses as may become known following further investigation, discovery or trial preparation.

DATED this 2nd day of May, 2006.

                MICHAEL J. WALLERI

                /s/ Michael J. Walleri
                AK Bar No. 7906060
                Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on May 2, 2006 via ECF to:

Mr. Venable Vermont, Jr.
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Kubanyi v. GVEA Case No. F04-0026
Amended Plaintiffs' Final Witness Disclosures

8 of 8