GVEA EXHIBIT C

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT, <br><br> Plaintiff(s), <br><br> vs. <br><br> GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON, <br><br> Defendants. | **PLAINTIFF'S AMENDED EXPERT WITNESS LIST** |

Case No. F04-0026

COMES NOW Plaintiffs to disclose the identification of expert witnesses who may be called at trial. However, Plaintiffs reserve the right not to call every witness listed. As to any expert witness whom Plaintiffs elect not to call at trial,

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Plaintiffs' Amended Expert Witness List

1 of 3

such expert is expressly declared to be a consulting witness, whether hereafter deposed or not. No other party may call such consulting expert without the Plaintiff's express permission. Plaintiffs reserve the right to designate additional witnesses as they are identified through discovery or investigation.

### RETAINED EXPERT WITNESS

1) Paul Mayo
   Tanana Chiefs Conference
   122 1st Ave., Suite 600
   Fairbanks, AK 99701
   (907) 452-8251 ext. 3261

Mr. Mayo will be testifying as to facts relating to the management of Native Allotment Lands, rights of way acquisition on Native Allotments trespass management and calculations of damages.

2) Eric Stahlke
   Tanana Chiefs Conference
   122 1st Ave., Suite 600
   Fairbanks, AK 99701
   (907) 452-8251 ext. 3261

Mr. Stahlke is a certified and licensed surveyor and will be testifying as to the locations of property lines and rights of way upon the subject premises and measurements he will undertake in regards to the rights of way and property lines involved in this case.

3) Mark Sherman
   3745 Geist Road, Suite B
   Fairbanks, Alaska 99709
   Phone: (907) 458-7747
   Fax: (907) 458-7748

Mr. Sherman is a licensed professional civil engineer, currently employed by Summit Consulting Services. He will be testifying to issues regarding damages from trespass.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite 4
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

## RESERVATION OF RIGHTS

Further, Plaintiffs reserve the right to call any other witnesses listed by all other parties in their witness disclosures, as well as any other witnesses as may become known following further investigation, discovery or trial preparation.

DATED this 3rd day of October, 2006.

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska, 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
walleri@GCI.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on 3 October, 2006 via ECF to:

Mr. David D. Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Borgeson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubnnyi v. GVEA* Case No. F04-0026
Plaintiffs' Amended Expert Witness List

3 of 3