GVEA EXHIBIT D


Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>               Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>               Defendants. | Case No. F04-0026 CIV |

## AMENDED NOTICE OF TAKING DEPOSITION

TO: Michael J. Walleri
    330 Wendell Street, Suite E
    Fairbanks, AK 99701
    *Attorney for Plaintiffs*

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038
*Attorney for Defendant Cruz Construction*

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340
*Attorney for Black and Veatch*

David Floerchinger
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
*Attorney for Defendants Covey and Nelson*

Please take notice that at **10:30 a.m. on Friday, October 6, 2006**, at the offices of Heartland Court Reporters, 100 Cushman Street, Suite 308, Fairbanks, Alaska 99701, Defendant GVEA in the above-entitled cause will take the deposition of **Paul Mayo** before Heartland Court Reporters. The deposition will continue for approximately two (2) hours, and you are entitled to attend and cross-examine.

DATED at Fairbanks, Alaska, this 2nd day of October, 2006.

>BORGESON & BURNS, P.C.
>Attorney(s) for Defendant GVEA
>
>By: _/s/ Cory R. Borgeson_
>Cory R. Borgeson
>ABA# 8405009

CERTIFICATE OF SERVICE

I hereby certify that a copy of the
Foregoing document was mailed/ FAXED
Hand delivered this 2nd day of October,
2006, to:

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

David Floerchinger
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

By: _/s/ Karen Day_

Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi, )
Aileen Welton, Elizabeth Tuzroyluk )
Doris Kubanyi, Victor Kubanyi, )
Bobby Kubanyi, Arlette Kubanyi and, )
Brian Baggett, )
 )
                Plaintiffs, )
 )
vs. )
 )   Case No. F04-0026 CIV
Golden Valley Electric Association, )
Dave Cruz, individually and d/b/a )
Cruz Construction, Black & Veatch )
Corporation, Jake Covey and )
Patrick Nelson, )
 )
                Defendants. )
_____ )

## AMENDED NOTICE OF TAKING DEPOSITION

TO:  Michael J. Walleri
      330 Wendell Street, Suite E
      Fairbanks, AK 99701
      *Attorney for Plaintiffs*

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038
*Attorney for Defendant Cruz Construction*

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340
*Attorney for Black and Veatch*

David Floerchinger
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
*Attorney for Defendants Covey and Nelson*

NOTICE OF TAKING DEPOSITION
*Kubanyi v. GVEA et al.*
Case No. F04-0026 CIV Civil
Page 1 of 2

Please take notice that at **9:00 a.m. on Thursday, October 5, 2006**, at the offices of Heartland Court Reporters, 100 Cushman Street, Suite 308, Fairbanks, Alaska 99701, Defendant GVEA in the above-entitled cause will take the deposition of **Eric Stahlke** before Heartland Court Reporters. The deposition will continue for approximately two (2) hours, and you are entitled to attend and cross-examine.

DATED at Fairbanks, Alaska, this 2nd day of October, 2006.

                                                BORGESON & BURNS, P.C.
                                                Attorney(s) for Defendant GVEA

                                                By: _____
                                                       Cory R. Borgeson
                                                       ABA# 8405009

CERTIFICATE OF SERVICE

I hereby certify that a copy of the
Foregoing document was mailed/ FAXED
Hand delivered this 2nd day of October,
2006, to:

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

David Floerchinger
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

By: _____

NOTICE OF TAKING DEPOSITION
*Kubanyi v. GVEA et al.*
Case No. F04-0026 CIV Civil
Page 2 of 2