GVEA EXHIBIT A

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ALASKA

3   DON M. KUBANYI, JIMMY KUBANYI,        )
    AILEEN WELTON, ELIZABETH              )
4   TUZROYLUK, DORIS KUBANYI, VICTOR      )
    KUBANYI, BOBBY KUBANYI, and           )
5   ARLETTE KUBANYI,                      )
                                          )
6            Plaintiffs,                  )
                                          )
7   v.                                    )
                                          )
8   GOLDEN VALLEY ELECTRIC                )
    ASSOCIATION, et al.,                  )   Case No. F04-0026 CI
9                                         )
             Defendants.                  )
10  _____      )
    CRUZ CONSTRUCTION, INC. and           )
11  DAVE CRUZ, individually,              )
                                          )
12           Defendant and Third-         )
             Party Plaintiffs,            )
13                                        )
    v.                                    )
14                                        )
    GLOBAL POWER & COMMUNICATIONS,        )
15  LLC.,                                 )
                                          )
16           Third-Party Defendant.       )
    _____      )

17

18          VIDEOTAPED DEPOSITION OF DON KUBANYI
                    October 14, 2005

19  APPEARANCES:

20       FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
                                  Attorney at Law
21                                330 Wendell Street
                                   Suite E
22                                Fairbanks, Alaska  99701
                                  (907)  452-4716

23

24

25

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1   A   So it might have been '91 or something.

2   Q   Okay.

3   A   It must be just before this because I see they state

4       how many exact acres.

5   Q   Yeah.

6   A   They had it figured.  I mean they gave us a map.

7   Q   Yeah.  Okay.  And were you present when these -- when

8       the surveyors were out there?

9   A   Yes, I was.

10  Q   Okay.  And who else was there besides you?  Any other

11      family members?

12  A   There might be -- they were there in the fall during

13      hunting season.

14  Q   Okay.

15  A   So that's generally when a lot of us are out there, in

16      hunting season.

17  Q   Okay.  All right.  On the second page of this document,

18      they talk about the grant of the above-described land

19      is subject to, and then it says it's the continued

20      right of public access along the nonexclusive use Rex

21      to Bonnifield trail, and it says not to exceed 50 feet

22      in length, and I'm going to ask you some questions

23      about that.

24  A   Okay.

25  Q   But do you know what trail they're talking about there?

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | All right. |
| 3 | A | I mean it's obvious.  It's..... |
| 4 | Q | Okay. |
| 5 | A | .....a regular trail.  Been there..... |
| 6 | Q | All right.  Been there for as long as you can remember? |
| 7 | A | Yeah. |
| 8 | Q | All right.  And..... |
| 9 | A | As long as I've been there. |
| 10 | Q | All right.  And what is that trail used for? |
| 11 | A | I think it goes to Gold King.  They put it in, the gold |
| 12 | | miners back there, to get their equipment and that. |
| 13 | | And the military used it to bring stuff to Blair Lakes |
| 14 | | on it, but it's pretty well an old gold mine trail, I |
| 15 | | think. |
| 16 | Q | Okay.  And nowadays what do people use it for? |
| 17 | A | Well, the gold miners still take their stuff in the |
| 18 | | spring.  They haul fuel and all their stuff.  Don Kraft |
| 19 | | (ph) does.  He's in...... |
| 20 | Q | And is that -- what do they use, four-wheelers or..... |
| 21 | A | He -- he run a dozer or else he's got big 65 trucks |
| 22 | | or..... |
| 23 | Q | Okay. |
| 24 | A | .....now he's got a Nodwells he pulls trailers with it, |
| 25 | | which..... |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1   Q   So this is pretty heavy stuff coming through there

2       then?

3   A   Yeah, and they only come through in the spring when

4       it's frozen, you know, or before it thaws out.

5   Q   Okay.  And this is a trail that -- does it take you all

6       the way out to the Parks Highway and then does it also

7       cross the Park -- I mean does it pick up again on the

8       other side of the Parks Highway?

9   A   There's another trail on the other side of the Parks

10      Highway.....

11  Q   Okay.

12  A   .....that goes along -- I don't -- it's -- I don't

13      think they call it the Rex Trail.

14  Q   All right.

15  A   It's a different one.  The Rex Trail, it comes to the

16      Parks Highway.  Now they've got a few other roads that

17      come onto the Rex Trail because there's a Windy Creek

18      homesite.....

19  Q   Okay.

20  A   .....that people use that to get onto the Rex Trail.

21  Q   Okay.  So where does.....

22  A   And then.....

23  Q   Where does that connect to the Rex Trail?  I mean

24      how is that -- it sounds.....

25  A   Well, it comes in.....

1   Q       .....like it's about six miles.....

2   A       Yeah, it starts at right.....

3   Q       .....from the Parks Highway?

4   A       Right near Rochester Lodge.  It comes right in from

5           there.

6   Q       Okay.

7   A       And then.....

8   Q       How many miles would that be from your place?

9   A       Right around six miles.

10  Q       Oh, all right.  All right.

11  A       Right around.  It -- the trail pretty well is used for

12          hunters going back there now.

13  Q       Okay.

14  A       I mean there's a million of them back there.

15  Q       All right.

16  A       You know, so.....

17  Q       And this trail actually -- does it actually pass

18          through your property?

19  A       Yes, it does.

20  Q       All right.  And it's your understanding that that's --

21          the public has access to that trail?

22  A       They do have access.

23  Q       Okay.

24  A       Yeah, in this..... (Pause)

25  Q       All right.  Now, I'm going to mark as exhibit B -- this