# GVEA EXHIBIT B

Case 4:04-cv-00026-RRB   Document 212-3   Filed 02/02/2007   Page 2 of 4

Deposition of Paul Mayo            Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006              Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,     )
AILEEN WELTON, ELIZABETH           )
TUZROYLUK, DORIS KUBANYI,          )
VICTOR KUBANYI, BOBBY KUBANYI,     )
ARLETTE KUBANYI, and BRIAN         )
BAGGETT,                           )
                                   )
         Plaintiffs,               )
                                   )
    vs.                            )
                                   )
GOLDEN VALLEY ELECTRIC             )
ASSOCIATION, DAVE CRUZ,            )
Individually and d/b/a CRUZ        )
CONSTRUCTION, BLACK & VEATCH       )
CORPORATION, JAKE COVEY and        )
PATRICK NELSON,                    )
                                   )
         Defendants.               )
_____)
Case No. F04-0026 CIV (RRB)


DEPOSITION OF PAUL MAYO

Taken Friday, October 6, 2006

From the Hour of 10:32 a.m. to 2:13 p.m.

Pages 1 through 171, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters                    Telephone: 907-452-6727
Carol A. McCue, RMR E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Case 4:04-cv-00026-RRB    Document 212-3    Filed 02/02/2007    Page 3 of 4

Deposition of Paul Mayo                    Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                      Case No. F04-0026 CIV (RRB)

Page 41

```
 1   BY MR. QUINN:
 2        Q.   All right.  All right.  So this is -- this is
 3   a document, and is this -- this is one that actually
 4   has a woman's signature on it, right, on the second
 5   page?
 6        A.   Sharon.
 7        Q.   Sharon Fleek?
 8        A.   Yes.
 9        Q.   All right.  And it says, the continued right
10   of access -- the grant of the -- I'm sorry.  I'll start
11   over.
12             On Page 2 it says, the grant of the
13   above-described land is subject to, colon, the combined
14   right of public access along the nonexclusive use Rex
15   to Bonnifield Trail not to exceed 25 feet in width.
16             And was it this document that you relied on in
17   determining the 25 foot width?
18        A.   Yes.
19        Q.   Okay.  And have you discovered since then that
20   the width is something different than 25 feet?  Are you
21   aware of a -- of a subsequent determination that it's
22   50 feet?
23        A.   No.  My assertion was 25, it says 25.
24   I believe it's 25.  The state will say something
25   different.
```

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01

Case 4:04-cv-00026-RRB   Document 212-3   Filed 02/02/2007   Page 4 of 4

Deposition of Paul Mayo                    Kubanyi, et al. vs. GVEA, et al.
Taken October 6, 2006                      Case No. F04-0026 CIV (RRB)

Page 96

1   of -- of trees and land, and then the lake starts, I'm
2   asking you to adopt a hypothetical set of facts, or the
3   facts as GVEA believes them to be, and that is, okay,
4   you agree that Cruz had a right to be on the Rex Trail,
5   however wide that is?
6       A.   I agree that there was a right of access to
7   pass through and beyond Rex Trail.
8       Q.   But they could camp there, they could park
9   their trucks there, they could do just about anything
10  they wanted to do on the Rex Trail and the Kubanyis
11  don't have any power to stop that, right?
12      A.   I'd -- we'd have to look at the DNR website.
13  I -- I didn't see any definition for the Rex Trail yet.
14      Q.   It's an RS-2477?
15      A.   In general, yes, but it's not defined.
16  I believe if we go to the website we could show that
17  they haven't made a determination, a legal
18  determination of the width for the use.
19      Q.   Okay.  Well, based on what we know now, or
20  what's been determined now, the Kubanyis cannot prevent
21  Cruz Construction or anyone else, you or me, from
22  driving tanks --
23      A.   No.  No.
24      Q.   -- vehicles, four-wheelers, walking, dragging,
25  you know, fuel tanks, anything like that, they can't

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail:  carol.mccue@acsalaska.net   Fax: 907-488-7701

4abe7933-89ad-40f6-a848-001fb12b7f01