GVEA EXHIBIT C

Case 4:04-cv-00026-RRB    Document 212-4    Filed 02/02/2007    Page 2 of 4

Deposition of Eric Stahlke                Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006                     Case No. F04-0026 CIV (RRB)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,        )
AILEEN WELTON, ELIZABETH              )
TUZROYLUK, DORIS KUBANYI,             )
VICTOR KUBANYI, BOBBY KUBANYI,        )
ARLETTE KUBANYI, and BRIAN            )
BAGGETT,                              )
                                      )
        Plaintiffs,                   )
                                      )
    vs.                               )
                                      )
GOLDEN VALLEY ELECTRIC                )
ASSOCIATION, DAVE CRUZ,               )
Individually and d/b/a CRUZ           )
CONSTRUCTION, BLACK & VEATCH          )
CORPORATION, JAKE COVEY and           )
PATRICK NELSON,                       )
                                      )
        Defendants.                   )
_____)
Case No. F04-0026 CIV (RRB)


DEPOSITION OF ERIC STAHLKE

Taken Thursday, October 5, 2006

From the Hour of 9:16 a.m. to 11:47 a.m.

Pages 1 through 120, inclusive
Volume 1

Taken by Counsel for Defendant GVEA

at

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters          Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

f33718cf-9f6f-4aee-92b1-15d6a13ba9a4

Case 4:04-cv-00026-RRB   Document 212-4   Filed 02/02/2007   Page 3 of 4

Deposition of Eric Stahlke          Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006               Case No. F04-0026 CIV (RRB)

Page 21

1  between the width of the RS-2477 going to the --
2      A.   I believe I told you it was not a dispute.
3      Q.   Oh.
4      A.   The question was whether the RS-2477
5  constituted a legal access to the allotment because the
6  unorganized borough platting authority requires
7  legal -- legal access before a property can be
8  subdivided.
9      Q.   Was it determined that the RS-2477 going
10 through the Denny property was, in fact, a public
11 access to the 2477 trail?
12     A.   It satisfied the state.
13     Q.   Did it satisfy the federal government?
14     A.   Federal government's not involved.
15     Q.   How wide is that RS-2477?
16     A.   I'd have to check my notes on that.
17     Q.   If the RS-2477 Rex Trail turns out to be
18 100 foot in width, does that change or would that
19 change any portion of your report or change any of your
20 opinions?
21         MR. WALLERI:  Objection.  Assumes facts not in
22 evidence.  Requests speculation.  Go ahead.
23         THE WITNESS:  I -- I would just have to say
24 that's a non-likely scenario seeing as how the
25 allotment has been certified.

Heartland Court Reporters                Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

f33718cf-9f6f-4aee-92b1-15d6a13ba9a4

Case 4:04-cv-00026-RRB   Document 212-4   Filed 02/02/2007   Page 4 of 4

Deposition of Eric Stahlke         Kubanyi, et al. vs. GVEA, et al.
Taken October 5, 2006              Case No. F04-0026 CIV (RRB)

Page 25

1    Q.   Could the Kubanyis prevent me from taking my
2    clothes off out there, doing any number of other
3    acts -- let's get them a little more reasonable here.
4    Could they stop me from, you know, standing and
5    stomping down, you know, some vegetation that I -- that
6    I may encounter in the trail?
7    A.   If you're in a public easement, you have a
8    right to be there.  But that doesn't give you other
9    rights.
10   Q.   Do I have a right to stomp down some
11   vegetation if I encounter some on the trail?
12   A.   I think we're getting beyond --
13   Q.   Can I drive a truck on it?
14   A.   Can you drive a truck on it.  I think you'd
15   probably get stuck.
16   Q.   Can the Kubanyis prevent me from driving a
17   truck on it?
18   A.   If the -- it's an access easement.  You're
19   allowed to be -- to cross property through an access
20   easement.
21   Q.   So I can drive Caterpillars through there?
22   A.   Well, the -- I really can't answer that
23   question because perhaps the Department of
24   Environmental Conservation would have a law against
25   that.  Perhaps the --

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

f33718cf-9f6f-4aee-92b1-15d6a13ba9a4