Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, BLACK & VEACH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>　　　　　Defendants. | **CRUZ DEFENDANTS' JOINDER IN GVEA'S MOTION TO STRIKE HANS AXELSSON FROM PLAINTIFFS' SECOND AMENDED EXPERT WITNESS LIST**<br><br><br>Case No. 4:04-cv-26-RRB |

For the reasons outlined by GVEA, the Cruz Defendants (Dave Cruz and Cruz Construction, Inc.) hereby join in GVEA's Motion to Strike Hans Axelsson from Plaintiffs'

Second Amended Expert Witness List.  In Supplement, Cruz Defendants attach their January 23, 2007 letter to plaintiffs' counsel, Michael Walleri.  (The documents and deposition testimony referenced in that letter are attached as exhibits to GVEA's Motion, and are therefore not again attached.)  For completeness, the Cruz Defendants attach also Mr. Walleri's responsive letter dated January 25, 2007.  Respectfully, this responsive letter in no way justifies a reintroduction of a previously withdrawn expert at this late date.

Accordingly, the Cruz Defendants join GVEA's Motion to Strike Hans Axelsson as an expert witness for the plaintiffs.

DATED this 7th day of February, 2007, at Anchorage, Alaska.

<div style="margin-left:3em">
RICHMOND & QUINN<br>
Attorneys for Defendants Dave<br>
Cruz individually, and d/b/a<br>
Cruz Construction, Inc.

By:   s/Daniel T. Quinn<br>
RICHMOND & QUINN<br>
360 K Street, Suite 200<br>
Anchorage, AK  99501<br>
Ph:  907-276-5727<br>
Fax: 907-276-2953<br>
dquinn@richmondquinn.com<br>
ABA #8211141
</div>

CRUZ DEFENDANTS' JOINDER IN GVEA'S MOTION TO STRIKE HANS AXELSSON FROM PLAINTIFFS' SECOND AMENDED EXPERT WITNESS LIST

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this  7th  day of February, 2007, on:

Michael J. Walleri
WALLERI LAW OFFICES
330 Wendell St., Suite E
Fairbanks, AK 99701

Cory Borgeson
BORGESON & BURNS, PC
100 Cushman, Suite 311
Fairbanks, AK 99701

David D. Floerchinger
ASSISTANT ATTORNEY GENERAL
STATE OF ALASKA
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

Eric Gillett
PREG, O'DONNELL & GILLETT
1800 9th Ave., Ste. 1500
Seattle, WA 98101

     s/Daniel T. Quinn
     RICHMOND & QUINN

2073\038\pld\JOINDER GVEA MTN TO STRIKE

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

CRUZ DEFENDANTS' JOINDER IN GVEA'S MOTION TO STRIKE HANS AXELSSON FROM PLAINTIFFS' SECOND AMENDED EXPERT WITNESS LIST
KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 3