SUPPLEMENT 2
Letter from Mike Walleri
dated January 25, 2007

## MICHAEL J. WALLERI

*Attorney-at-Law*
*330 Wendell St., Suite C*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email: walleri@gci.net*

January 25, 2007

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

Re: *Kubanyi v GVEA et. al.*
     *Alexson Witness.*

Dear Dan:

I do not agree with your characterization of past events respecting Mr. Axelsson. As you may remember, Mr. Axelsson offered the opinion that the damages sustained by the Kubanyi's, from a traditional valuation methodology, were nominal. He has not changed his opinion. At the time, we deleted him from the witness list, Cruz, as well as other defendants took the position that the Kubanyi's suffered nominal damages. However, I now understand that some defendants in the above case contend that there were no nominal damages. Hence, we find it necessary to add Mr. Axelsson. We have no problem with deleting Mr. Axelsson from the witness list, if we can reach agreement on the issue of nominal damages under the traditional damage to property issue. I understand that is not your issue, however, as your cc indicates, you and GVEA have been discussing this issue. If GVEA and Cruz can reach agreement, I think we can accommodate your request. In the absence of agreement between these defendants, I am afraid that we will need to add Mr. Axelsson to the witness list. Please discuss this with Mr. Kramer or Borgeson, and advise as to your thoughts.

Thank your for your assistance and your courtesy.

Sincerely,

Michael J. Walleri