Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi, <br><br>  Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction, <br><br>  Defendants. | Case No. F04-0026 CIV |

### DEFENDANT GVEA'S MOTION TO DISMISS
### PLAINTIFFS' AFFIRMATIVE DEFENSES

Defendant, Golden Valley Electric Association, Inc. ("GVEA") moves to Dismiss Plaintiffs' Affirmative Defenses as set out in Paragraphs 1 through 7 of the Affirmative Defenses Section of Plaintiffs' Answer to GVEA's Counterclaims, Docket 205. This motion is based on Fed. R. Civ. P. 12(c), 12(h)(2) and the attached memorandum of law.

For the reasons set forth in the attached Memorandum, GVEA respectfully requests this Court grant GVEA's Motion to Dismiss Plaintiffs' Affirmative Defenses and Dismiss Plaintiffs' Affirmative Defenses as set out in Paragraphs 1 through 7 of

the Affirmative Defenses Section of Plaintiffs' Answer to GVEA's Counterclaims, Docket 205.

DATED at Fairbanks, Alaska, this 15th day of February, 2007.

BORGESON & BURNS, PC
Attorney(s) for Plaintiff GVEA


By: s/Cory Borgeson
Cory Borgeson
ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028