Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi,<br>Aileen Welton, Elizabeth Tuzroyluk<br>Doris Kubanyi, Victor Kubanyi,<br>Bobby Kubanyi, and Arlette Kubanyi,<br><br>          Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and<br>Dave Cruz, individually and d/b/a<br>Cruz Construction,<br><br>          Defendants. | Case No. F04-0026 CIV |

## PROPOSED ORDER GRANTING GVEA'S MOTION TO DISMISS
## PLAINTIFFS' AFFIRMATIVE DEFENSES

The Court, having considered Defendant Golden Valley Electric Association's (GVEA's) Motion to Dismiss Plaintiffs' Affirmative Defenses, and having considered any oppositions thereto,

IT IS HEREBY ORDERED that GVEA's Motion is GRANTED; and

IT IS HEREBY ORDERED that Plaintiffs' Affirmative Defenses set out in Paragraphs 1 through 7 of the Affirmative Defenses section of Plaintiffs' Answer to GVEA's Counterclaims, Docket 205, are DISMISSED.

DATED this _____ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028