Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi, <br><br>          Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction, <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. F04-00026 CIV |

### DEFENDANT GVEA'S REQUEST FOR ORAL ARGUMENTS ON PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS AT DOCKET 206

Defendant, Golden Valley Electric Association, Inc. ("GVEA") respectfully requests that this Court hear Oral Arguments regarding Plaintiffs' Motion to Dismiss GVEA's Counterclaims at Docket 206 and any other pending Motions for which this Court determines Oral Arguments are necessary. This request is based on Local Civil Rule 7.2 regarding hearings.

DATED at Fairbanks, Alaska, this 16th day of February, 2007.

BORGESON & BURNS, PC
Attorney(s) for Plaintiff GVEA

By:    s/Cory Borgeson
Cory Borgeson
ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028