Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>           Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>           Defendants. | **NON OPPOSITION TO GVEA'S MOTION FOR ORAL ARGUMENTS ON PLAIANTIFF'S MOTION TO DISMISS GVEA'S COUNTERCLAIMS** |

Case No. 4:04-cv-0026 RRB

The Plaintiff's do not oppose Golden Valley's (GVEA)  request for an oral argument on the Plaintiff's Motion to Dismiss Defendant's Counterclaims.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                 1 of 2
Reply: Dismiss GVEA's Counterclaims

DATED this 20th day of February, 2007.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on February 20, 2007 via ECF to:

Mr. David Floerchinger           Mr. Cory Borgeson
Assistant Attorney General       Boreson & Burns, P.C.
Department of Law                100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200   Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett              Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.   Richmond & Quinn
1800 Ninth Ave., Suite 1500      360 K Street, Suite 200
Seattle, WA  98101-1340          Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                    2 of 2
Reply: Dismiss GVEA's Counterclaims