Case 4:04-cv-00026-RRB   Document 227-2   Filed 02/21/2007   Page 1 of 4

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al  
F04-0026 CI

DEPOSITION OF DAVE C. CRUZ  
JANUARY 24, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, )
AILEEN WELTON, ELIZABETH )
TUZROYLUK, DORIS KUBANYI, )
VICTOR KUBANYI, BOBBY KUBANYI, )
ARLETTE KUBANYI and BRIAN )
BAGGETT, )
 )
            Plaintiffs, )
 )
   v. )
 )
GOLDEN VALLEY ELECTRIC )
ASSOCIATION, DAVE CRUZ, )
individually, and d/b/a )
CRUZ CONSTRUCTION, BLACK & )
VECH CORPORATION, JAKE COVEY, )
and PATRICK NELSON, )
 )
            Defendants. )
_____) Case No. F04-0026 CI

DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MICHAEL J. WALLERI  
                                   Attorney at Law  
                                   330 Wendell Street, Suite E  
                                   Fairbanks, Alaska   99701

    FOR THE DEFENDANTS:    VENABLE VERMONT, JR.  
                                   Assistant Attorney General  
                                   STATE OF ALASKA DEP'T OF LAW  
                                   Civil Division  
                                   Special Litigation Section  
                                   1031 West Fourth Avenue,  
                                   Suite 200  
                                   Anchorage, Alaska   99501-5903

EXHIBIT 1  
PAGE 1 OF 4

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al
F04-0026 CI
DEPOSITION OF DAVE C. CRUZ
JANUARY 24, 2006

Page 6

```
 1   Q      Okay.  I'm just going to launch right into it.  Where
 2          do you -- what do you do for a living?
 3   A      I'm president of Cruz Construction, Inc. and we are a
 4          heavy snow and ice road contractor.
 5   Q      Okay.  And where is your principal place of business?
 6   A      Palmer, Alaska.
 7   Q      Okay.  And in 19 -- or in 2002, was that your place of
 8          business also -- or 2003?
 9   A      Palmer is our base.  I have two other offices and
10          facilities.
11   Q      And where are they?
12   A      Fairbanks, Alaska, 4001 South Cushman, and Deadhorse,
13          Alaska, Prudhoe Bay.
14   Q      Okay.  And could you describe your involvement with
15          the construction of the GVA intertie?
16   A      Was contracted on two different occasions, one as a
17          direct contract with GVA for right-of-way clearing in
18          the summer of 2002 and we cleared various sections of
19          the intertie under direct contract to Golden Valley
20          and in the winter of 2001/2002 and 2002/2003, we were
21          contracted to Global Power and Communications for
22          construction and maintenance of 78 miles of ice road
23          for the project.
24   Q      And that was for 2000, 2001 and 2003?
25   A      Right, it was -- it was a two-year contract.
```

EXHIBIT 1
PAGE 2 OF 4

METRO COURT REPORTING
907.276.3876  745 West 4th Avenue, Suite 425, Anchorage, Alaska 99501 metro@gci.net

31ed7817-ff52-4f89-8cd1-c798b03d55cf

Case 4:04-cv-00026-RRB   Document 227-2   Filed 02/21/2007   Page 3 of 4

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al                DEPOSITION OF DAVE C. CRUZ
F04-0026 CI                                                            JANUARY 24, 2006

Page 16

```
 1            Seven Mile Lake for -- to obtain water?
 2      A     We obtained water in January of 2002 off of Seven Mile
 3            Lake so I can't specifically remember if I went and
 4            talked to Don about it but we did extract water from
 5            Seven Mile.
 6      Q     And what -- how did you access the lake?
 7      A     Well, the lake flows right into the trail and as you
 8            come by -- as you come down the trail, you're running
 9            on ice for quite a ways there. I could show you on a
10            map and there's a -- the lake comes right in the trail
11            and you just turn and go right on the lake right on
12            the ice.
13      Q     Okay. And so you were accessing the lake the same way
14            that you accessed it in 2003?
15      A     Yes.
16      Q     Okay. And did anybody ever say anything to you?
17      A     Nope, never had any discontent, any problems. Nobody
18            said anything to us. We hauled for several days. I -
19            - I don't recall exactly the spe -- specifics how many
20            days we hauled but, you know, it wasn't a whole great
21            amount.
22      Q     Okay. Do you know how many days you were on the
23            allotment?
24                  MR. VERMONT: Objection.
25      A     I don't know that I was on the allotment.
```

Case 4:04-cv-00026-RRB   Document 227-2   Filed 02/21/2007   Page 4 of 4

DON M. KUBANYI, et al vs. GOLDEN VALLEY ELECTRIC, et al                DEPOSITION OF DAVE C. CRUZ
F04-0026 CI                                                            JANUARY 24, 2006

Page 17

```
 1   Q       Or, excuse me, how many days you were hauling water
 2           off of Seven Mile Lake.
 3   A       In 2002?
 4   Q       Right.
 5   A       I'm going to estimate, just go out and hazard a guess,
 6           that we probably hauled three days and we probably had
 7           an ice shack out there for week and half, two weeks.
 8   Q       Were any of the Kubanyi's present at that time?
 9   A       The only one that I -- well, I don't know. I don't
10           know.
11   Q       You never met any of them at that time?
12   A       I don't specifically recall having a conversation with
13           Don -- it would have been Don, you know -- during that
14           period of time, you know, when we were hauling. I was
15           further on up the line and so I would have heard if
16           there was anything bad but.....
17   Q       Was it ever reported to you that any of your employees
18           had contact with Don during that January of 2002 about
19           the -- accessing Seven Mile Lake?
20   A       No.
21   Q       Okay. Have any of your employees discussed with you -
22           - other than the incidences in 2000 -- in March, 2003,
23           have any of your employees reported any discussions
24           that they've had with any of the Kubanyi's about
25           accessing the lake?
```