Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi, <br><br> Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction, <br><br> Defendants. | Case No. F04-0026 CIV |

### REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT GVEA'S MOTION TO STRIKE HANS AXELSSON FROM PLAINTIFFS' SECOND AMENDED EXPERT WITNESS LIST

Mr. Axelsson is a land appraiser for Tanana Chiefs Council who provided an opinion, free of charge, to Mr. Walleri. His written opinion was attached as Exhibit E to the original motion to strike.

Because Mr. Axelsson was never a retained expert for the Plaintiffs, GVEA believes he is "open game" and because Axelsson's opinion (no damage to the Plaintiffs' property) is helpful to GVEA, GVEA wants to call Axelsson as a witness.

Reply to Plaintiffs' Opposition to GVEA's Motion to Strike Expert from Plaintiffs' Second Amended Expert Witness List
F04-00026 CI
Page 1 of 2

The removal of Mr. Axelsson from Plaintiffs' expert witness list confirmed Mr. Axelsson's free agent status.

After GVEA named Axelsson as its witness, Plaintiffs hastily added him back to their "Second Amended Witness List."

GVEA believes the only purpose of this late "amendment" is to prevent GVEA from calling Axelsson or otherwise bringing his opinion to the jury's attention.

Plaintiffs decided not to use Axelsson and GVEA thinks he will be useful to its defense. Plaintiffs should not be permitted to "re-name" Axelsson as their expert to prevent GVEA from calling him. Mr. Axelsson is GVEA's witness and he should be stricken from Plaintiffs' "Second Amended Expert Witness List" to avoid any future confusion or arguments concerning this issue.

DATED at Fairbanks, Alaska, this 27th day of February, 2007.

BORGESON & BURNS, PC
Attorney(s) for Plaintiff GVEA


By:     s/Cory Borgeson
        Cory Borgeson
        ABA # 8405009

This is to certify that on this date, a copy of the foregoing document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028