**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

 KUBANYI, et al.   v.   GVEA, et al. 

DATE:   March 6, 2007   CASE NO.    4:04-cv-0026-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

===============================================================

        Pursuant to counsel's request, oral argument (60 minutes)
on Plaintiffs' Motion to Dismiss GVEA Counterclaims (Docket 206)
will be held on **Thursday, April 5, 2007, at 10:00 a.m.**, in
Courtroom 1 in Fairbanks, Alaska.  Counsel and parties needing to
attend telephonically are to call Meet Me Bridge A - 677-6246 - at
the time scheduled for the hearing.