Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>  Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>  Defendants. | **MOTION FOR SUMMARY JUDGMENT AS TO GVEA'S COUNTERCLAIMS, OR, IN THE ALTERNATIVE, LEAVE TO JOIN THE UNITED STATES** |

Case No. 4:04-cv-0026 RRB

Comes now, the Kubanyis, plaintiffs in the above matter to move for summary judgment as to Golden Valley's (GVEA) counterclaims, or in the alternative, leave to join the United States as a party defendant under the Federal Tort Claims Act, for the reasons set forth in the accompanying memorandum.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                             1 of 2
Mot: SJ GVEA's Counterclaims

DATED this 6th day of March, 2007.

           MICHAEL J. WALLERI

           /s/ Michael J. Walleri
           Law Offices of Michael J. Walleri
           330 Wendell Street, Suite E
           Fairbanks, Alaska 99701
           (907) 452-4716
           (907) 4524725 (Facsimile)
           walleri@gci.net
           AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 6, 2007 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725