

EXHIBIT 1
PAGE 1 OF 1