```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,      )
AILEEN WELTON, ELIZABETH            )
TUZROYLUK, DORIS KUBANYI,           )
VICTOR KUBANYI, BOBBY KUBANYI,      )
ARLETTE KUBANYI and BRIAN           )
BAGGETT,                            )
                                    )
                    Plaintiffs,     )
                                    )
     v.                             )
                                    )
GOLDEN VALLEY ELECTRIC              )
ASSOCIATION, DAVE CRUZ,             )
individually, and d/b/a             )
CRUZ CONSTRUCTION, BLACK &          )
VECH CORPORATION, JAKE COVEY,       )
and PATRICK NELSON,                 )
                                    )
                    Defendants.     )
_____)   Case No. F04-0026 CI
```

### DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

FOR THE PLAINTIFFS:     **MICHAEL J. WALLERI**
                        Attorney at Law
                        330 Wendell Street, Suite E
                        Fairbanks, Alaska  99701

FOR THE DEFENDANTS:     **VENABLE VERMONT, JR.**
                        Assistant Attorney General
                        STATE OF ALASKA DEP'T OF LAW
                        Civil Division
                        Special Litigation Section
                        1031 West Fourth Avenue,
                        Suite 200
                        Anchorage, Alaska  99501-5903

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 2
PAGE 1 OF 6

COPY

| | | |
|---|---|---|
| 1 | | that you accessed it in 2003? |
| 2 | A | Yes. |
| 3 | Q | Okay.  And did anybody ever say anything to you? |
| 4 | A | Nope, never had any discontent, any problems.  Nobody |
| 5 | | said anything to us.  We hauled for several days.  I -- I |
| 6 | | don't recall exactly the spe -- specifics how many days |
| 7 | | we hauled but, you know, it wasn't a whole great amount. |
| 8 | Q | Okay.  Do you know how many days you were on the |
| 9 | | allotment? |
| 10 | | MR. VERMONT:  Objection. |
| 11 | A | I don't know that I was on the allotment. |
| 12 | Q | Or, excuse me, how many days you were hauling water off |
| 13 | | of Seven Mile Lake. |
| 14 | A | In 2002? |
| 15 | Q | Right. |
| 16 | A | I'm going to estimate, just go out and hazard a guess, |
| 17 | | that we probably hauled three days and we probably had an |
| 18 | | ice shack out there for week and half, two weeks. |
| 19 | Q | Were any of the Kubanyi's present at that time? |
| 20 | A | The only one that I -- well, I don't know.  I don't know. |
| 21 | Q | You never met any of them at that time? |
| 22 | A | I don't specifically recall having a conversation with |
| 23 | | Don -- it would have been Don, you know -- during that |
| 24 | | period of time, you know, when we were hauling.  I was |
| 25 | | further on up the line and so I would have heard if there |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

EXHIBIT 2
PAGE 2 OF 6

| | | |
|---|---|---|
| 1 | | March of 2003 about the boundary of the Kubanyi lands? |
| 2 | A | No. |
| 3 | Q | Can you tell me how you came to be in the area on |
| 4 | | March 1st of 2003? |
| 5 | A | Well, I managed the project on a daily basis so I was on |
| 6 | | that route, on that intertie route almost every day, |
| 7 | | seven days a week. |
| 8 | Q | Okay.  And on March 1st, what happened -- of 2003? |
| 9 | A | I'd have to look back in my -- in the field notes to..... |
| 10 | Q | Okay.  Well, let's put it this way, when did you start |
| 11 | | drawing water -- do you know when you started drawing |
| 12 | | water off of Seven Mile? |
| 13 | A | We -- somewhere towards the end of February, we had moved |
| 14 | | our pump shack down there.  We hauled some water, if I |
| 15 | | recall right, and we were going to make some snow up on |
| 16 | | the right-of-way and then the weather kind of was very, |
| 17 | | very warm and snow making is not conducive to warm |
| 18 | | weather so we just kind of ceased operations so -- we had |
| 19 | | done some in -- hauling on -- watering on the Rex Trail |
| 20 | | and we were thinking -- Mike said we just ceased |
| 21 | | operations till the weather got a little colder. |
| 22 | Q | Do you know when you started -- re-started then? |
| 23 | A | Sometime within that time frame, some -- you know, I'd -- |
| 24 | | I'd have to look at the date on my daily report but it |
| 25 | | was somewhere in -- towards the end of February or first |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 2
PAGE 3 OF 6

```
1              of March.
2     Q        And what -- can you tell me how you -- what happened on
3              the 1st?
4     A        Is -- do you have a -- any copies of my daily reports I
5              can look back on to refresh my memory?
6     Q        No, it's -- they don't.
7     A        Okay.  Whenever we had the incident with Don, is that the
8              date we're talking about?
9              MR. VERMONT:  That was March 1st, yeah.  Just.....
10    A        Okay.  All right.  Then I can probably tell you pretty
11             good then.  We had switched our operations for quite
12             awhile to nights, trying to take advantage of colder
13             weather and we had a section to finish.  I don't remember
14             the exact stationings but the last section going into the
15             end of our project which we went about a mile and a half
16             south of the Rex Trail to structure 156 I think it was
17             and I can't -- I don't remember the distance in miles
18             north of the Rex Trail we went.  You know, I'm sure my
19             records would maintain -- you know, I would know that.
20             So we were going to fire up and go ahead and -- and run
21             water at night.  That morning, I was out on the Rex Trail
22             checking things.  I'd probably been up at -- on the main
23             line and I visited with Don himself probably at oh, 10:00
24             o'clock, 11:00 o'clock in the morning, somewhere in that
25             time frame.  Had a nice conversation with him.  The only
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska  99501
(907) 276-3876

EXHIBIT 2
PAGE 4 OF 6

-57-

```
 1             was a nice guy.  You'd stop and talk to him, you know?
 2             It wasn't anything that was -- you know, we were not
 3             adversaries at all.  Like I said, I was willing to help
 4             him with one of my loaders.  It didn't -- no big deal.
 5   Q         While you're out there on the property -- excuse me, on
 6             -- accessing water from Seven Mile Lake, did you do any
 7             damage to the ground?
 8   A         No, we did not.
 9   Q         Okay.  Can you think of any damage the crews did to any
10             of the property that was out there adjacent to Seven Mile
11             Lake?
12   A         No, we did not.  None.
13   Q         Okay.  Did you ever assist Don Kubanyi with the loader
14             like he had requested?
15   A         No, we didn't.  That was -- like I said, that was the --
16             the morning of the incident and I never did see Don -- I
17             haven't seen him since.
18   Q         You testified that you took your directions solely from
19             Global Power Communication, is that correct?
20   A         That's who my contract was with, yes.
21   Q         So you didn't take direction from Golden Valley?
22   A         No.
23   Q         And they didn't tell you how to build the ice road, isn't
24             that correct?
25   A         That's correct.
```

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

EXHIBIT 2
PAGE 5 OF 6

```
 1   Q   Did anyone -- Golden Valley ever tell you what water
 2       sources to use?
 3   A   Yes.  Not -- well, Jeff Jensen gave us the permit -- or
 4       gave Global the permit and all those water sources were
 5       available for our use.  So that's the ones we could use.
 6   Q   Okay.  They gave you a list that you could use but they
 7       didn't tell you which ones to use?
 8   A   That's correct.
 9   Q   And the permits that they gave you told you that you had
10       to acquire access from any property owners that would be
11       necessary, isn't that correct?
12   A   I -- I think that's what -- I'd have to read the
13       stipulations of the permit but that's generally what they
14       say.
15   Q   Anyone at Golden Valley ever tell you to disregard the
16       terms of the permit?
17   A   No.
18   Q   Anyone ever tell you from Golden Valley to trespass on
19       people's property?
20   A   No.
21   Q   Or from Black and Vech?
22   A   No.
23   Q   At any time that you're aware of, did Don Kubanyi ever
24       try to block your crew's access to Seven Mile Lake?
25   A   After the incident, they placed a log -- we had pulled
```