1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,    )
     AILEEN WELTON, ELIZABETH          )
 4   TUZROYLUK, DORIS KUBANYI,         )
     VICTOR KUBANYI, BOBBY KUBANYI,    )
 5   ARLETTE KUBANYI, and BRIAN        )
     BAGGETT,                          )
 6                                     )
                  Plaintiffs,          )
 7                                     )
          vs.                          )
 8                                     )
     GOLDEN VALLEY ELECTRIC            )
 9   ASSOCIATION, DAVE CRUZ,           )
     Individually and d/b/a CRUZ       )
10   CONSTRUCTION, BLACK & VEATCH      )
     CORPORATION, JAKE COVEY and       )
11   PATRICK NELSON,                   )
                                       )
12                Defendants.          )
     _____)
13   Case No. F04-0026 CIV (RRB)

14

15             **DEPOSITION OF VICTOR KUBANYI**

16            Taken Thursday, October 5, 2006

17        From the Hour of 2:49 p.m. to 3:45 p.m.

18            Pages 1 through 62, inclusive
                       Volume 1
19
           Taken by Counsel for Defendant GVEA
20
                            at
21
          Offices of Heartland Court Reporters
22           100 Cushman Street, Suite 308
                Fairbanks, Alaska 99701
23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT 3
PAGE 1 OF 2

```
 1     there.  (Indicating.)
 2        Q.   Along that whole southern edge?
 3        A.   Yeah.
 4        Q.   Okay.  And it's that one point where the
 5     trucks went in?
 6        A.   That's correct.
 7        Q.   Okay.  What does this show, 104?
 8        A.   One of my "no trespassing" signs.
 9        Q.   You took that picture?
10        A.   Correct.
11        Q.   Are you sure that all those signs are on your
12     property?
13        A.   Yes, sir.
14        Q.   How do you know?
15        A.   I told you, 12 and a half feet from the center
16     of the trail, you can see right where the regular trail
17     is.  Then all these other little trails is where they
18     have been trespassing on our land for years.
19        Q.   What does this 105 show?
20        A.   That's Cruz's equipment on our -- on our
21     property again.
22        Q.   I can't tell where this is.  Can you show us
23     on the -- on the Photo Number 2.
24        A.   Parked right in that little indentation right
25     there.
```