


# T̶ ̶ ̶ A CHIEFS CONFEREN̶ ̶, I̶ ̶.

122 FIRST AVENUE, SUITE 600
FAIRBANKS, ALASKA 99701-4897
PHONE 907/452-8251 • FAX 907/459-3850

March 4, 2003

Golden Valley Electric Association
Attn. Greg Wyman, Engineering
758 Illinois Street
PO Box 71249
Fairbanks, AK 99707-1249          Fax: 457-5638; 451-5638

RE: Temporary Water Use Authorization, Kubanyi property

Dear Wyman:

The purpose of this letter is notify GVEA, the State DNR, and Cruz Construction to stop water pumping activity on the Native Allotment owned by the Heirs of Nora Kubanyi. The family has requested this action based on a questionable water permit authorized by the State to GVEA.

As we discussed on Monday, March 4, 2003 we mutually agreed that a temporary work stop would ensure the safety of the landowners and the contractors. As we are all aware, the Alaska State Troopers arrested one of the landowners who attempted to block a crossing of his land from the Rex trail to 7 Mile Lake.

Although the State has jurisdiction over water resources and public access over Rex trail, at issue is the sliver of land between the Rex Trail and 7 Mile Lake. As you are aware, the allotment is under federal jurisdiction with Tanana Chiefs Realty acting under a contract with the Department of the Interior. Both the State DNR and GVEA indicated that they had not provided notice, or a courtesy letter to Tanana Chiefs regarding the water permit.

As you indicated, GVEA may be willing to work with the landowner about the unanswered question of access rights to the lake. Because the construction season is short, I will be working with the family this week about possible solutions to this complicated issue.

Because the water permit was already issued, I will be focusing on item no. 7 of the permit that indicates the permittee will obtain landowner permission for certain acts within private property. Number 10 of the permit is important also since GVEA is responsible for the actions of contractors, agents, or other persons.

EXHIBIT 4
PAGE 1 OF 2

Kubanyi v. GVEA
Plaintiff No.58

EXHIBIT ___
PAGE ___ OF ___

Again, I will be working with the 8 owners; I have already spoken with three members of the family and they will come to an agreement regarding the property.

My contact phone number is (907) 452-8251 extension 3261 if you have questions.

Tanana Chiefs Conference, Inc.

*Paul Mayo*
Paul Mayo
Realty Director

Cc: Heirs of Nora Kubanyi
    State of Alaska, Stuart Pechek, DNR, Fax: 451-2751
    State of Alaska, District Attorneys Office, Fax: 451-5996
    Ethan Schutt, General Counsel, Tanana Chiefs Conference, Inc.

Kubanyi v. GVEA
Plaintiff No.59

EXHIBIT 7
PAGE 2 OF 2