```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3   DON M. KUBANYI, JIMMY KUBANYI,      )
     AILEEN WELTON, ELIZABETH            )
 4   TUZROYLUK, DORIS KUBANYI, VICTOR    )
     KUBANYI, BOBBY KUBANYI, and         )
 5   ARLETTE KUBANYI,                    )
                                         )
 6              Plaintiffs,              )
                                         )
 7   v.                                  )
                                         )
 8   GOLDEN VALLEY ELECTRIC              )
     ASSOCIATION, et al.,                )  Case No. F04-0026 CI
 9                                       )
                Defendants.              )
10   _____)
     CRUZ CONSTRUCTION, INC. and         )
11   DAVE CRUZ, individually,            )
                                         )
12              Defendant and Third-     )
                Party Plaintiffs,        )
13                                       )
     v.                                  )
14                                       )
     GLOBAL POWER & COMMUNICATIONS,      )
15   LLC.,                               )
                                         )
16              Third-Party Defendant.   )
                                         )
17   _____)
              VIDEOTAPED DEPOSITION OF DON KUBANYI
18                     October 14, 2005
19   APPEARANCES:
20         FOR THE PLAINTIFFS:     MR. MICHAEL J. WALLERI
                                   Attorney at Law
21                                 330 Wendell Street
                                     Suite E
22                                 Fairbanks, Alaska  99701
                                   (907)  452-4716
23
24                                              EXHIBIT  6
25                                              PAGE  1  OF 2
```

Page 88

```
 1    Q        Okay.
 2    A        .....you know, I'm not totally aware of time.
 3    Q        Yeah.  All right.  So in any case, let's -- so we'll
 4             say roughly 8:00 o'clock you went down another time.
 5             And what happened then?
 6    A        Well, I told them people they were definitely not going
 7             to cross my land, you know, because I.....
 8    Q        All right.
 9    A        .....I -- I don't want to hear these back-up alarms or
10             anything.  And they told me they still -- they had all
11             the right and they were going to cross it, so then I
12             threatened them.  I said, you know what, I'll -- you
13             cross my property, I'll shoot your tires out.
14    Q        Okay.  Did -- when you came down that, we'll call it
15             8:00 o'clock, that second time, did you have -- did
16             you -- were you on a snowmachine or a four-wheeler or
17             anything like that or were you on foot?
18    A        On my snowmachine.
19    Q        Your snowmachine.  Okay.  And the earlier times you'd
20             come down, were you also on your snowmachine or did you
21             walk down?
22    A        I think I just walked over there.....
23    Q        Okay.
24    A        .....the first -- first time, yeah.
25    Q        All right.
```

EXHIBIT 6
PAGE 2 OF 2