Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>              Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>              Defendants. | **MOTION  TO DISMISS GVEA'S COUNTERCLAIMS FOR FAILURE TO STATE A COGNIZABLE CAUSE OF ACTION**<br>**[FRCP 12(B)(6)]** |

Case No. 4:04-cv-0026 RRB

  Comes now, the Kubanyis, plaintiffs in the above matter to move for dismissal of Golden Valley's (GVEA)  counterclaims pursuant to FRCP 12(b)(6) for the reasons set forth in the accompanying memorandum.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DATED this 6th   day of March,  2007.

                    MICHAEL J. WALLERI

                    /s/ Michael J. Walleri
                    Law Offices of Michael J. Walleri
                    330 Wendell Street, Suite E
                    Fairbanks, Alaska 99701
                    (907) 452-4716
                    (907) 4524725 (Facsimile)
                    walleri@gci.net
                    AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 6, 2007 via ECF to:

| | |
|---|---|
| Mr. David Hoerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak  99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA  98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Mot: Dismiss GVEA's Counterclaims