Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>           Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>           Defendants. | **ORDER DISMISSING GVEA'S COUNTERCLAIMS** |

Case No. FO4-0026

      **UPON** Plaintiff's motion to dismiss GVEA's counterclaims, and the Court being apprised of the premises therein,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

  IT IS HEREBY ORDERED, that Plaintiff's motion to dismiss GVEA's counterclaims is hereby GRANTED.

Date: _____       _____
                    United States District Court Judge

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 6, 2007 via ECF to:

Mr. David Floerchinger  
Assistant Attorney General  
Department of Law  
1031 W. Fourth Ave., Suite 200  
Anchorage, Ak 99501

Mr. Cory Borgeson  
Boreson & Burns, P.C.  
100 Cushman Street, Suite 31  
Fairbanks, Alaska 99701

Mr. Eric P. Gillett  
Preg O'Donnell & Gillett, P.C.  
1800 Ninth Ave., Suite 1500  
Seattle, WA 98101-1340

Mr. Daniel T. Quinn  
Richmond & Quinn  
360 K Street, Suite 200  
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026  
Order: Dismissal