```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3   DON M. KUBANYI, JIMMY KUBANYI,     )
     AILEEN WELTON, ELIZABETH           )
 4   TUZROYLUK, DORIS KUBANYI,          )
     VICTOR KUBANYI, BOBBY KUBANYI,     )
 5   ARLETTE KUBANYI and BRIAN          )
     BAGGETT,                           )
 6                                      )
                    Plaintiffs,         )
 7                                      )
          v.                            )
 8                                      )
     GOLDEN VALLEY ELECTRIC             )
 9   ASSOCIATION, DAVE CRUZ,            )
     individually, and d/b/a            )
10   CRUZ CONSTRUCTION, BLACK &         )
     VECH CORPORATION, JAKE COVEY,      )
11   and PATRICK NELSON,                )
                                        )
12                  Defendants.         )
     _____)  Case No. F04-0026 CI
13

14               DEPOSITION OF DAVE CRAMER CRUZ

15                     January 24, 2006

16   APPEARANCES:

17      FOR THE PLAINTIFFS:    MICHAEL J. WALLERI
                               Attorney at Law
18                             330 Wendell Street, Suite E
                               Fairbanks, Alaska  99701
19
        FOR THE DEFENDANTS:    VENABLE VERMONT, JR.
20                             Assistant Attorney General
                               STATE OF ALASKA DEP'T OF LAW
21                             Civil Division
                               Special Litigation Section
22                             1031 West Fourth Avenue,
                               Suite 200
23                             Anchorage, Alaska  99501-5903

24

25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



## Page 12

1  A  And it -- I should clarify that, Mr. Walleri. In my
2     participation, I took my orders from Global Power and no
3     one else.
4  Q  Okay.
5  A  That's who I was contracted to so I should clarify that
6     but a lot of this I don't know for a fact because I'm not
7     privileged to that. I'm a subcontractor to Global and
8     Global is the one that tells me go to work, don't go to
9     work.
10 Q  Okay. You know Don Kubanyi, correct?
11 A  Yes, I do.
12 Q  And how long have you known him?
13 A  I personally met Don in the -- December of 2001.
14 Q  And what was all that about?
15 A  I.....
16 Q  Why did you meet him?
17 A  Don lived out at Seven Mile Lake and he's the only one
18    that -- that I know that lived out that trail unless you
19    went further out there around -- I think it's Gold
20    Canyon, there was a few people.
21 Q  And that's the area known as the Kubanyi allotment?
22 A  Yes, Seven Mile Lake, yes.
23 Q  Okay. That's where the incident occurred that brought us
24    all together.
25 A  Yup.

## Page 13

1  Q  Okay. And in terms of the -- and so this would have been
2     -- you first met him when you mobilized the first year on
3     your contract?
4  A  Don himself. I met Victor two years prior -- or had --
5     had conversations with Victor two years prior.
6  Q  Well, what was that about?
7  A  In 1999, the intertie was advertised for bid and it was
8     advertised some time in late September, early October,
9     and so we all looked at the job at that time frame and I
10    -- I contacted Victor because that's the only guy that I
11    could find that had a phone out -- or that he was from
12    Fairbanks and we had looked at putting a construction
13    camp in on -- on Victor's land.
14 Q  And that's the Kubanyi allotment?
15 A  I -- I'm not certain how it's per -- how it's cut up. I
16    was just dealing with Victor and that's who I talked to
17    about -- far as I knew, it was his land.
18 Q  Okay. And what happened with that?
19 A  Victor was very interested in providing us with, you
20    know, land to put it -- put this camp on.....
21 Q  Mm-hmm (affirmative).
22 A  .....very interested in participating and, you know, no
23    big deal and then the job was canceled, bids were
24    returned and they were not opened in '99 and the project
25    sat for a year and a half or whatever it was before it

## Page 14

1     was advertised again.
2  Q  Did you ever have an agreement with Victor to locate the
3     camp on the property?
4  A  We never got that far.
5  Q  Okay. Did you know what type of property it was?
6  A  No, I didn't know -- I just knew that he had some
7     property there.
8  Q  Okay. When was the -- well, when was the next time you
9     had any contact with the Kubanyi's?
10 A  In December.....
11 Q  Well, let's back up. Excuse me. How many conversations
12    did you have with Victor about this proposed construction
13    of the camp?
14 A  We probably had, I would say, a couple on it in '99.
15 Q  And when did you have -- and then what happened after
16    that? When was your next contact with the Kubanyi's?
17 A  My contact would have been December with Don when we
18    started the winter road in December of 2001.
19 Q  And can you describe that contact?
20 A  Just met Don there. He was very cordial right there at
21    Seven Mile Lake. We were doing improvements to the Rex
22    Trail to get it passable and Don was, you know, just out
23    there visiting.
24 Q  And were you accessing the Seven Mile Lake at that time?
25 A  Not in December. We were using -- we were accessing the

## Page 15

1     Rex Trail at that time.
2  Q  Okay. But you didn't go into Seven Mile Lake?
3  A  Not in December.
4  Q  Okay. And then -- so he was just visiting at that time?
5  A  Right.
6  Q  And what about your next meeting with Mr. Kubanyi or any
7     of the Kubanyi's?
8  A  My own personal self, I probably saw Don several times
9     back in there, you know, on the trail or he'd come by and
10    visit with one of my operators. So.....
11 Q  Did he seem hostile to you?
12 A  Not at that time.
13 Q  Okay. And did you ever talk to him about accessing Seven
14    Mile Lake for -- to obtain water?
15 A  We obtained water in January of 2002 off of Seven Mile
16    Lake so I can't specifically remember if I went and
17    talked to Don about it but we did extract water from
18    Seven Mile.
19 Q  And what -- how did you access the lake?
20 A  Well, the lake flows right into the trail and as you come
21    by -- as you come down the trail, you're running on ice
22    for quite a ways there. I could show you on a map and
23    there's a -- the lake comes right in the trail and you
24    just turn and go right on the lake right on the ice.
25 Q  Okay. And so you were accessing the lake the same way

Page 16

1  that you accessed it in 2003?
2  A  Yes.
3  Q  Okay. And did anybody ever say anything to you?
4  A  Nope, never had any discontent, any problems. Nobody
5     said anything to us. We hauled for several days. I -- I
6     don't recall exactly the spe -- specifics how many days
7     we hauled but, you know, it wasn't a whole great amount.
8  Q  Okay. Do you know how many days you were on the
9     allotment?
10     MR. VERMONT: Objection.
11 A  I don't know that I was on the allotment.
12 Q  Or, excuse me, how many days you were hauling water off
13    of Seven Mile Lake.
14 A  In 2002?
15 Q  Right.
16 A  I'm going to estimate, just go out and hazard a guess,
17    that we probably hauled three days and we probably had an
18    ice shack out there for week and half, two weeks.
19 Q  Were any of the Kubanyi's present at that time?
20 A  The only one that I -- well, I don't know. I don't know.
21 Q  You never met any of them at that time?
22 A  I don't specifically recall having a conversation with
23    Don -- it would have been Don, you know -- during that
24    period of time, you know, when we were hauling. I was
25    further on up the line and so I would have heard if there

Page 17

1  was anything bad but.....
2  Q  Was it ever reported to you that any of your employees
3     had contact with Don during that January of 2002 about
4     the -- accessing Seven Mile Lake?
5  A  No.
6  Q  Okay. Have any of your employees discussed with you --
7     other than the incidences in 2000 -- in March, 2003, have
8     any of your employees reported any discussions that
9     they've had with any of the Kubanyi's about accessing the
10    lake?
11 A  I don't know about accessing the lake. I would say I'm
12    not privileged to that. I know that there was numerous
13    conversations, niceties, you know, the blade-operated C-
14    dawn out there or this and that so just more like
15    friendly stuff, how're you doing and how's the project
16    going.
17 Q  Okay. And were you aware of and signs in the area
18    identifying the Kubanyi land?
19 A  The only signs that I recall seeing there were the signs
20    -- Don had signs going down his driveway which was
21    probably a thousand feet to maybe 1,200 feet from where
22    we went on the lake and the signs were very much no pres
23    -- trespassing and it was for his driveway. They were
24    very adamant. There was a gate and all that to that
25    driveway.

Page 18

1  Q  Did you ever see a large white sign talking about not
2     accessing the lake?
3  A  No, I did not.
4  Q  So you -- did you ever talk to Mr. Walters about any of
5     this?
6  A  I remember conversations with Wayne but I -- I don't
7     recall anything specific about accessing Seven Mile.
8  Q  Okay. Did you -- who did you discuss with regards to the
9     permitting of accessing Seven Mile Lake for water?
10 A  The only person that I discussed was with Jeff Jensen of
11    Black and Vech and they -- we had maps of the intertie
12    route. We wanted any piece of water, any -- that we
13    could get ahold of that either bisected, came into the
14    right-of-way, any rivers that we were going to cross, any
15    lakes that we could get water out of for it and Black and
16    Vech took care of getting the permits.
17 Q  Did Mr. Jensen make any representation of getting those
18    permits for you to you?
19 A  He -- he got the permits, yes.
20 Q  Okay. Did he discuss with you access across any lands
21    that he.....
22 A  No, he did not.
23 Q  Did you discuss that -- did you talk to him about that?
24 A  No.
25 Q  Okay. In terms of -- did anybody talk to you prior to

Page 19

1  March of 2003 about the boundary of the Kubanyi lands?
2  A  No.
3  Q  Can you tell me how you came to be in the area on
4     March 1st of 2003?
5  A  Well, I managed the project on a daily basis so I was on
6     that route, on that intertie route almost every day,
7     seven days a week.
8  Q  Okay. And on March 1st, what happened -- of 2003?
9  A  I'd have to look back in my -- in the field notes to.....
10 Q  Okay. Well, let's put it this way, when did you start
11    drawing water -- do you know when you started drawing
12    water off of Seven Mile?
13 A  We -- somewhere towards the end of February, we had moved
14    our pump shack down there. We hauled some water, if I
15    recall right, and we were going to make some snow up on
16    the right-of-way and then the weather kind of was very,
17    very warm and snow making is not conducive to warm
18    weather so we just kind of ceased operations so -- we had
19    done some in -- hauling on -- watering on the Rex Trail
20    and we were thinking -- Mike said we just ceased
21    operations till the weather got a little colder.
22 Q  Do you know when you started -- re-started then?
23 A  Sometime within that time frame, some -- you know, I'd --
24    I'd have to look at the date on my daily report but it
25    was somewhere in -- towards the end of February or first

Page 20

1   of March.
2   Q   And what -- can you tell me how you -- what happened on
3       the 1st?
4   A   Is -- do you have a -- any copies of my daily reports I
5       can look back on to refresh my memory?
6   Q   No, it's -- they don't.
7   A   Okay. Whenever we had the incident with Don, is that the
8       date we're talking about?
9           MR. VERMONT: That was March 1st, yeah. Just.....
10  A   Okay. All right. Then I can probably tell you pretty
11      good then. We had switched our operations for quite
12      awhile to nights, trying to take advantage of colder
13      weather and we had a section to finish. I don't remember
14      the exact stationings but the last section going into the
15      end of our project which we went about a mile and a half
16      south of the Rex Trail to structure 156 I think it was
17      and I can't -- I don't remember the distance in miles
18      north of the Rex Trail we went. You know. I'm sure my
19      records would maintain -- you know, I would know that.
20      So we were going to fire up and go ahead and -- and run
21      water at night. That morning, I was out on the Rex Trail
22      checking things. I'd probably been up at -- on the main
23      line and I visited with Don himself probably at oh, 10:00
24      o'clock, 11:00 o'clock in the morning, somewhere in that
25      time frame. Had a nice conversation with him. The only

Page 21

1   thing that really sticks out in my mind, that Don wanted
2   to work for Golden Valley and Golden Valley didn't hire
3   him and that was really the only thing I remember about
4   it. I did tell him we were going to extract water. He
5   knew our ice shack was out there and he didn't have any
6   opposition at all to us doing that. He knew we had valid
7   permits to do it and, you know, we actually had a nice
8   conversation.
9       I probably talked with him a half an hour or 45
10  minutes right there by his place. Don asked me if he
11  could use our loader to move some logs. I told him well,
12  we couldn't use -- he couldn't use it today but we'd come
13  and help him the next day. We literally volunteered to
14  help him out, you know, so we had that kind of
15  relationship with him, you know. And then a little later
16  in the day, I got a call from my grader operator, Lance
17  Williamson -- and I'm going to estimate it, it was
18  probably 2:30 to 3:00 o'clock, somewhere within that time
19  frame -- it could have been maybe 3:30 -- and Don and his
20  brother-in-law and a sister and Don's girlfriend or some
21  other gal there, they were -- they were partying and Don
22  wanted -- Lance told me Don wanted 500 gallons of diesel,
23  two cases of beer and whiskey and I said well, I said I
24  can't get him any of that stuff today so, you know, I'll
25  deal with Don tomorrow. So anyway, Lance indicated that

Page 22

1   Don was definitely getting drunk and so about -- I didn't
2   go back and see him or take him any alcohol or anything
3   but, you know, we were still going to help him the next
4   day. About -- our night shift was se -- set to start, I
5   believe, at 8:00 p.m. That's what we work, 8:00 to 6:00
6   in the morning. That would be 10 hours, 6:30. 8:00 to
7   6:30 is what we were going to work and the crew went out
8   that night and I was staying down at Rochester's Lodge is
9   the name of it, just right across from Clear Sky Lodge,
10  and I went in to check on the crew. Everything was going
11  relatively good. Weather looked like it was going to go
12  and my mechanic at that time, Lynn McCoyne, called me and
13  said Don was kind of starting to raise some trouble out
14  there and wanted -- wanted to talk to me. I think that's
15  what it was and so I told Lynn, I said well, tell Don
16  I'll come and talk to him tomorrow, that I'm going home,
17  I've worked all I can today. So anyway, I went on out
18  the road and then I got a call from Mike Able who was
19  Dryden and Larue's inspector very upset and said Don had
20  threatened to kill them. He was going to get his gun and
21  kill them and they were fearing for their life and that
22  was the direct -- I remember that very vividly. So I
23  thought about it for a second. I had to insure the
24  safety of my crew out there. I got on my cell phone and
25  I called 911 and I met both of these gentlemen out. I

Page 23

1       went to the Parks Highway, sat there waiting for them to
2       come, met both of them at the Parks Highway, explained to
3       them who we were, what we were doing and.....
4   Q   Okay. Hold off there for a second. So at -- right after
5       Mike Able called you, your next call was on 911?
6   A   When he threatened to kill the crew, yes.
7   Q   Okay. Did you talk to anybody else about what to do?
8   A   No.
9   Q   Did you talk to the chief inspector?
10  A   Nope.
11  Q   Okay. Did somebody tell you to call the troopers?
12  A   I made that judgment as the president of my company and
13      to insure the safety of my people.....
14  Q   Okay.
15  A   .....and the Golden Valley inspector.
16  Q   Did you tell Officer Covey that the general inspector had
17      told you to call?
18  A   I wouldn't be the general inspector, I would have told
19      him the Golden Valley inspector.....
20  Q   Okay.
21  A   .....you know, was fearing for his life so I may have
22      said the Golden Valley inspector.
23  Q   If on the tape, you refer to two separate inspectors and
24      that one -- that the chief inspector told you to call, do
25      you know who that would have been?