Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>          Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE LATE NOTICE OF APPEAL** |

Case No. F04-0026

UPON Plaintiff's motion leave to file a late notice of appeal, and the Court being apprised of the premises therein,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                      1 of 2
Order: Late Notice of Appeal.

IT IS HEREBY ORDERED, that Plaintiff's motion for leave to file a late notice of appeal is hereby GRANTED.  The lodged notice of appeal shall be entered.  Plaintiff shall pay the filing fee for the appeal within ____ days of entry of this order.

Date: _____                    _____
                                      United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on March 12, 2007 via ECF to:

Mr. David Floerchinger                 Mr. Cory Borgeson
Assistant Attorney General             Boreson & Burns, P.C.
Department of Law                      100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200         Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett                    Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.         Richmond & Quinn
1800 Ninth Ave., Suite 1500            360 K Street, Suite 200
Seattle, WA  98101- 1340               Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725