Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| DON M. KUBANYI, et. al. | |
|---|---|
| Plaintiff(s), | |
| vs. | **MEMORANDUM IN SUPPORT OF MOTION TO ACCEPT LATE FILING OF NOTICE OF APPEAL** |
| GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al | |
| Defendants. | |

Case No. 4:04-cv-0026 RRB

Plaintiffs seek leave for acceptance of late filing of appeal with regard to the final judgment entered in this matter on November 30, 2007 with respect to Jake Covey and Patrick Nelson.  The Plaintiff's moved for reconsideration and the Court entered its amended order denying reconsideration on January 8, 2007.  The period for filing an appeal terminated on February 8, 2007.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Memo: Late Notice of Appeal
*Kubanyi v. GVEA* Case No. F04-0026.

Page 1 of 3

As indicated in accompanying affidavit, during this period, the undersigned attorney was diagnosed with chest pain, and underwent various medical procedures including a cardio catheterization in Anchorage, Alaska on January 23-25, 2007. The court order denying reconsideration was entered during a period when the undersigned attorney was under restricted work activity. As a result, the order was overlooked because of the undersigned attorney's attention to the above mentioned medical issues. The oversight was only recently noted, when the undersigned attorney was reviewing the record in this case with regard to other matters.

Fed. R. App. Proc. 4(a)(5) allows the District Court discretion to file a motion to accept a late appeal upon a showing of good cause. The failure to file a notice of appeal was clearly an oversight by the undersigned counsel, for which the represented party should not be prejudiced. The oversight was clearly related to a medical emergency beyond the control of the undersigned. As a result, the Court should exercise its discretion to allow filing of a late notice of appeal.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Memo: Late Notice of Appeal                                    Page 2 of 3
*Kubanyi v. GVEA* Case No. F04-0026.

DATED this 12th day of March, 2007.

          MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 12, 2007 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Memo: Late Notice of Appeal
*Kubanyi v. GVEA* Case No. F04-0026.

Page 3 of 3