Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>    Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>    Defendants. | **AFFIDAVIT OF COUNSEL** |

Case No. 4:04-cv-0026 RRB

STATE OF ALASKA    )
                   )ss
FAIRBANKS          )

I, Michael J. Walleri, after being duly sworn state as follows:

1. I am the Plaintiffs' attorney in the above captioned matter.

2. Prior to this Court's order of January 8, 2007, the undersigned was admitted to Fairbanks Memorial Hospital and diagnosed with chest pains.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

3. Shortly thereafter, the undersigned attorney was seen by several doctors, who disagreed respecting the medical condition of the undersigned

4. In response to this condition, the undersigned was placed by his doctors on a restricted work status for medical reasons for the first three weeks of January 2007.

5. On January 23-25, 2007, the undersigned traveled from Fairbanks to Anchorage, Alaska to undergo examination by a heart specialist, and ultimately underwent a cardio catheterization.

6. As a result of these tests, the undersigned doctors withdrew the work restrictions.

7. Because of the above work restrictions and medical procedures, the undersigned attorney overlooked the entery of this Court's order of January 8, 2007.

8. The undersigned noticed the entry of the order recently when the undersigned reviewed the case with regard to other motion practice.

Michael J. Walleri

Sworn and subscribed to this 12th day of March, 2007.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725



_Christine L Woodward_
Notary Public for the State of Alaska.

My commission expires on _March 9, 2010_

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725