Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, et. al.

        Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, et. al
        Defendants.

Case No. 4:04-cv-0026 RRB

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA    )
                      )ss
FAIRBANKS           )

I, Michael J. Walleri, after being duly sworn state as follows:

1. I am the Plaintiffs' attorney in the above captioned matter.

2. Prior to this Court's order of January 8, 2007, the undersigned was admitted to Fairbanks Memorial Hospital and diagnosed with chest pains.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Aff't of Counsel
*Kubanyi v. GVEA* Case No. F04-0026

Page 1 of 3

3. Shortly thereafter, the undersigned attorney was seen by several doctors, who disagreed respecting the medical condition of the undersigned

4. In response to this condition, the undersigned was placed by his doctors on a restricted work status for medical reasons for the first three weeks of January 2007.

5. On January 23-25, 2007, the undersigned traveled from Fairbanks to Anchorage, Alaska to undergo examination by a heart specialist, and ultimately underwent a cardio catheterization.

6. As a result of these tests, the undersigned doctors withdrew the work restrictions.

7. Because of the above work restrictions and medical procedures, the undersigned attorney overlooked the entery of this Court's order of January 8, 2007.

8. The undersigned noticed the entry of the order recently when the undersigned reviewed the case with regard to other motion practice.

*[signature]*

Michael J. Walleri

Sworn and subscribed to this 12th day of March, 2007.

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725



_Christine L Woodward_
Notary Public for the State of Alaska.

My commission expires on _March 9, 2010_

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>Defendants. | NOTICE OF ATTACHMENT |

Case No. 4:04-cv-0026 RRB

**CERTIFICATE OF SERVICE**

I, Chris Woodward, am an employee at The Law Offices of Michael J. Walleri.

1. I am over the age of eighteen and am not a party in this matter.

2. I certify that true and correct copy of the <u>AFFIDAVIT OF COUNSEL</u> and a copy of this Certificate of Service were served via ECF on March 14, 2007 upon the following:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Certificate of Service
*Kubanyi v. GVEA* Case No. F04-0026

Page 1 of 2

Mr. Eric P. Gillett  
Preg O'Donnell & Gillett, P.C.  
1800 Ninth Ave., Suite 1500  
Seattle, WA 98101-1340  

Mr. Daniel T. Quinn  
Richmond & Quinn  
360 K Street, Suite 200  
Anchorage, AK 99501-2038  

DATED this 14th day of March, 2007.

MICHAEL J. WALLERI

/s/ Michael J. Walleri  
Law Offices of Michael J. Walleri  
330 Wendell Street, Suite E  
Fairbanks, Alaska 99701  
(907) 452-4716  
(907) 4524725 (Facsimile)  
walleri@gci.net  
AK Bar No. 7906060  

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 14, 2007 via ECF to:

Mr. David Floerchinger  
Assistant Attorney General  
Department of Law  
1031 W. Fourth Ave., Suite 200  
Anchorage, Ak 99501  

Mr. Cory Borgeson  
Boreson & Burns, P.C.  
100 Cushman Street, Suite 31  
Fairbanks, Alaska 99701  

Mr. Eric P. Gillett  
Preg O'Donnell & Gillett, P.C.  
1800 Ninth Ave., Suite 1500  
Seattle, WA 98101-1340  

Mr. Daniel T. Quinn  
Richmond & Quinn  
360 K Street, Suite 200  
Anchorage, AK 99501-2038  

/s/ Michael J. Walleri

Michael J. Walleri  
Attorney at Law  
330 Wendell St., Suite E  
Fairbanks, Alaska 99701  
(907) 452-4716  
FACSIMILE  
(907) 452-4725

Certificate of Service  
*Kubanyi v. GVEA* Case No. F04-0026

Page 2 of 2