Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi,<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. F04-00026 CIV<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT GVEA'S OPPOSITION TO
## MOTION FOR LEAVE TO FILE NOTICE OF APPEAL

Defendant, Golden Valley Electric Association, Inc. ("GVEA") replies to

Plaintiffs' Motion for Leave to File Notice of Appeal (at Docket 238) as follows:

This court dismissed the State of Alaska and Troopers Covey and Nelson on

November 15, 2006 (at Docket 141).  The final Judgment regarding Trooper Covey and

Nelson was entered on November 30, 2006 (at Docket 160).  Those orders

considerably streamlined the case by removing at least some of the frivolous claims.

Plaintiffs filed a motion to reconsider on November 30, 2006 (at Docket 153).  That

motion was denied on January 8, 2007 (at Docket 199).

Plaintiffs had plenty of time in the ensuing thirty (30) days to file a simple notice of appeal, both before, and after, their attorney's illness. During those thirty (30) days, Plaintiffs managed to prepare and file twelve pleadings including a lengthy Answer to GVEA's Counterclaims (at Docket 205), and a Motion and Memorandum to Dismiss GVEA's Counterclaims (Docket 206). Plaintiffs also sent written correspondence to opposing counsel. Plaintiffs certainly could have filed a timely notice of appeal or secured an extension.

Federal Rule of Appellate Procedure 4(a)(5) permits the district court to extend the deadline for filing a notice of appeal "upon a showing of excusable neglect or good cause." Fed. R. App. R. 4(a)(5). When a party moves for more time after the deadline for appealing has passed, it must show excusable neglect; good cause does not suffice. See, *Allied Steel, Gen. Contractor v. City of Abilene*, 909 F.2d 139, 143 n. 3 (5th Cir.1990).

Here, Plaintiffs obtained several extensions on other pending deadlines, filed numerous pleadings and otherwise actively participated in the case between January 8th and February 8th. The appeal deadline either was not calendared by Plaintiffs' counsel or was overlooked. That does not constitute "excusable neglect".

GVEA never should have been dragged into this lawsuit in the first place. GVEA has tried diligently to extract itself from this burdensome litigation and awaits rulings on several pending dispositive motions. GVEA would suffer prejudice in the form of additional attorney's fees and extended litigation involvement if required to participate in a late filed appeal. Plaintiffs have not demonstrated why they should be relieved from a missed deadline at the expense of remaining parties such as GVEA. GVEA is

sympathetic to the health problems of counsel, but counsel should have attended to this deadline, as he tended to other deadlines, during his illness.

Plaintiffs have not shown excusable neglect in failing to file a simple notice of appeal within the time prescribed by the civil rules. Plaintiff's motion for leave to file a late notice of appeal should be denied.

### CONCLUSION

For the reasons set forth above, GVEA respectfully requests this Court deny Plaintiff's Motion for Leave to File a Late Notice of Appeal.

DATED at Fairbanks, Alaska, this 15th day of March, 2007.

BORGESON & BURNS, PC
Attorney(s) for Plaintiff GVEA


By:_____s/Cory Borgeson_____
    Cory Borgeson
    ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028