Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi,<br><br>           Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. F04-0026 CIV<br>)<br>)<br>)<br>)<br>)<br>) |

### PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF APPEAL

The Court, having considered Plaintiffs' Motion for Leave to File Notice of Appeal and having considered any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED.

DATED this ____ day of _____, 2007.

                                                                      _____
                                                                      RALPH R. BEISTLINE
                                                                      U.S. DISTRICT COURT JUDGE

Proposed Order Denying Plaintiffs' Motion for Leave to File Notice of Appeal
F04-00026 CI
Page 1 of 2

This is to certify that on this date, a copy of the foregoing document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028