TALIS J. COLBERG
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Trooper Jake Covey, Trooper Patrick Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY and PATRICK NELSON,<br><br>Defendants. | Case No. 4:04-cv-0026-RRB<br><br>**PROPOSED ORDER REGARDING MOTION TO ACCEPT LATED FILING OF APPEAL** |

This court entered its Amended Order denying plaintiffs' motion for reconsideration on January 8, 2007. (Docket 199) Plaintiffs had 30 days thereafter or until February 7, 2007 within which to file a notice of appeal. Plaintiffs did not file a notice of

appeal.

Pursuant to Appellate Rule 4(a)(5)(A) plaintiffs had an additional 30 days or until March 9, 2007 within which to file a motion for extension of time to file a notice of appeal. Plaintiffs did not file their Motion to Accept Late Filing of Notice of Appeal until March 12, 2007.

Pursuant to *Vahan v. Shalala*, 30 F.3d 102 (9th Cir. 1994) this court has no authority to extend the time to file a notice of appeal. Plaintiffs' motion is THEREFORE DENIED.


Dated: _____          _____
                                  Ralph R. Beistline
                                  U.S. District Court Judge



This is to certify that on this date, a copy of the foregoing
Proposed Order is being served electronically on:

**Michael J. Walleri**
walleri@gci.net; christen_woodward@yahoo.com

**Daniel T. Quinn**
dquinn@richmondquinn.com; cesary@richmondquinn.com

**Cory Borgeson, Esq.**
cborgeson@bnblaw.com; kday@bnblaw.com

**Eric P. Gillett**
egillett@pregodonnell.com; mmorgan@pregodonell.com

s/ David D. Floerchinger 3/16/07