UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  Kubanyi   v.   Golden Valley Electric Assoc., et al.

DATE:   March 16, 2007         CASE NO.   4:04-CV-00026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS REGARDING MOTION AT DOCKET 113 REGARDING WIDTH AND SCOPE OF EASEMENT**

---

GVEA's "motion in limine" at Docket 113 does not seek the exclusion of evidence prior to trial. It is therefore treated as a motion for summary judgment. GVEA concedes in its Reply Brief "that a material issue of fact exists concerning whether the Rex Trail Easement is fifty feet or one hundred feed wide." Docket 161 at 1. Plaintiffs similarly agree that this Court "need not address the issue of easement width." Docket 144 at 20. This aspect of GVEA's motion is therefore DENIED.

GVEA obtained permits from the Alaska Department of Natural Resources which specifically permitted "transport of heavy powerline construction equipment on existing trails and on new temporary access routes for means of winter access to the Northern Intertie right of way." Docket 113, Ex. E; see also Ex. F. These permitted uses are within the scope of the easement. However, the exact location of the easement and whether Cruz Construction trespassed on Plaintiffs' allotment factual questions to be resolved by the trier of fact. GVEA's motion regarding the scope of the easement is GRANTED consistent with this order.