Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>          Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINES** |

Case No. F04-0026

**UPON** Plaintiff's motion for a 90- day extension of deadline for discovery as to GVEA's counterclaims and reset deadlines for discovery  and in limine motions and the Court being apprised of the premises therein,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                 1 of 2
Order: Extension of Deadlines

   IT IS HEREBY ORDERED, that Plaintiff's motion to extend deadlines is hereby **GRANTED**. Plaintiff's discovery limited to GVEA's counterclaims shall be completed on or before 90 days after the issuance of this order. Motions related to discovery and Motions in limine are due on or before 30 days after the close of discovery.

Date: _____       _____
                  United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 20, 2007 via ECF to:

Mr. David Floerchinger  
Assistant Attorney General  
Department of Law  
1031 W. Fourth Ave., Suite 200  
Anchorage, Ak 99501

Mr. Cory Borgeson  
Boreson & Burns, P.C.  
100 Cushman Street, Suite 31  
Fairbanks, Alaska 99701

Mr. Eric P. Gillett  
Preg O'Donnell & Gillett, P.C.  
1800 Ninth Ave., Suite 1500  
Seattle, WA 98101-1340

Mr. Daniel T. Quinn  
Richmond & Quinn  
360 K Street, Suite 200  
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**  
*Attorney at Law*

330 Wendell St., Suite E  
Fairbanks, Alaska 99701  
(907) 452-4716  
FACSIMILE  
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026  
Order: Extension of Deadlines

2 of 2