Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>          Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DISCOVERY AS TO COUNTERCLAIMS AND IN LIMINE MOTIONS** |

Case No. FO4-0026

   Plaintiffs seek a 90- day extension of deadline for discovery as to GVEA's counterclaims and to reset deadlines for discovery in limine motions accordingly.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                        1 of 3
Memo in Support of Motion to Extend Deadline

The current deadline for discovery ended on February 20, 2007. Motion's in limine and discovery motions are due today.

On December 20, 2006, Golden Valley (GVEA) filed its amended answer asserted counterclaims against the Plaintiff's alleging wrongful interference with an express right of way easement (Count I) and interference with a prospective business advantage (Count II).[1] In January, 2007, the Plaintiff's filed motions to dismiss the counterclaims.[2] Yesterday, the Court entered orders denying Plaintiff's motion to dismiss the counterclaims.[3]

Discovery closed on February 20, 2007, which was before the Court ruled upon Plaintiff's motion to dismiss the counterclaims. Plaintiff cannot undertake discovery. Indeed, the Defendant's have not provided supplemental intial disclosures detailing the full basis of the claims, and damage claims. Plaintiff's have not had an opportunity to undertake normal discovery with regard to the counterclaims. As a result, the Plaintiff's request that the court grant a 90 day

---

[1] Docket 182
[2] Docket 206
[3] Docket 247

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo in Support of Motion to Extend Deadline

2 of 3

extension to allow discovery, and to reset discovery motions and in limine motions deadlines accordingly.

Dated this 20th day of March, 2007 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 20, 2007 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo in Support of Motion to Extend Deadline