**CRUZ CONSTRUCTION, INC.**
HEAVY CONSTRUCTION CONTRACTOR

CCI Job # 1150

March 5, 2003

HC 04  BOX 9323
PALMER, ALASKA 99645-9504
TEL (907) 746-3144  FAX (907) 746-5557

Global Power & Communications, LLC
1300 Van Horn Road
Fairbanks, Alaska 99701
Fax:  (907) 452-5216

Subject: **Northern Intertie Project, Ni-8**
Re: **Request for Change Orders**

Dear Mr. Gearhart:

On March 4, 2003, at approximately 5:15 p.m., you contacted me by telephone and directed Cruz Construction, Inc. to stop work on the Intertie ice road and snow-making operation. We were poised to begin working north at structure 164 as the stoppage went into effect. This letter is a request for change orders for the two issues that arise directly from this work stoppage.

1) **REQUEST FOR CHANGE ORDER FOR STANDBY CHANGES.** Cruz Construction, Inc. requests compensation for standby costs due to the work stoppage. The cost per day comprises Cruz Construction, Inc.'s equipment standing idle, contracted lodging, and one crew member working four hours a day to monitor our on-site generators. Cruz Construction, Inc. requests compensation of the amount daily, from the start of the shift that was to begin at 9:00 pm, March 4, 2003, and continuing until the issue over use of the permitted Seven Mile Lake water source is resolved.
**Cost per day: $ 21,750.00**

Additionally, we discussed the possibility of Cruz Construction, Inc. abandoning the Seven Mile Lake water source, mobilizing to the water source at structure 222 at Fish Creek, then hauling water for snow and ice road construction back to structure 184, working southward to 164 to complete the trail. You requested a cost for this approach.

As you know, the issues involved in this remobilization include: 1) Changing lodging to a higher priced area and buying out the contract of the present lodging, 2) hauling all equipment back to Cosna Road access, 3) a considerable increase in labor costs resulting from a) greatly increased travel time between lodging and work area and b) substantially increased cycle times hauling water from structure 222 to the work areas. This change of venue would require an additional eight shifts to remobilize and finish the work from the new location.

2) **REQUEST FOR CHANGE ORDER FOR COST DIFFERENTIAL COMPRISING REMOBILIZATION TO STRUCTURE 222 WATER SOURCE, AND SNOW-MAKING AND ICE ROAD CONSTRUCTION COMMENCING SOUTHWARD FROM STRUCTURE 184.**
**Lump Sum  $ 131,500.00**

Please respond at your earliest convenience. Time is of the essence.

Sincerely,

*[signature]*

David C. Cruz
President

**GOLDEN VALLEY ELECTRIC ASSOCIATION INC.**  PO Box 71249 • Fairbanks, Alaska 99707-1249 • 907-452-1151 • www.gvea.com

March 6, 2003

Mike Gearhart
Global Power
3824 Schacht St.
Fairbanks, AK 99701

GP-CE JV LLC
MAR 0 6 2003
RECEIVED

Subject: NI8 – Work Authorization NI8-2

Mike,

Enclosed is a copy Work Authorization NI8-2.

If there are any questions, please call at (907)458-5731.

Very truly yours,

Rick Mucha

rjm

enclosure

cc:   Greg Wyman, enclosure
      Del LaRue, enclosure
      Dick Warner, enclosure
      File, enclosure

# WORK AUTHORIZATION

**Golden Valley Electric Association**
Northern Intertie – Foothills Section
Project No. NI-8

File No. _____
Date: March 6, 2003

To: Global/City Electric Joint Venture
    *Contractor Company*

Contract For: Northern Intertie – Tanana Flats Section

Contract/P.O. No. NI-8

Contractor Proposal No. _____

WA No. WA NI8-2

Prepared By: Rick Mucha

Authorized By: *[Signature]*

Request for Modification No. _____

Backcharge No. _____

You are hereby directed to ☒ perform ☐ delete the below described work in accordance with contract specifications. The below work shall be valued on a lump sum, unit price, or cost plus basis as indicated below. All labor and material expended in the pursuit of work performed on a cost plus basis shall be verified a daily basis. A separate billing request including all associated backup data shall be prepared and submitted approval upon the ☒ completion ☐ deletion of this work.

## WORK DESCRIPTION

Remobilizaton of the snow making operation from the 7 Mile Lake area to the Fish Creek area. And payment for the increased cycle time to transport water from that location. To a maximum of $131,500.00

☐ Continued on Page 2

Basis for contract price adjustment:
    ☐ Lump sum
    ☐ Unit adjustment prices
    ☐ Cost plus

The above work shall be performed for the agreed lump sum price of _____

The estimated cost of the above work performed on a cost plus or unit price basis is | $131,500.00

The cost of the work authorized by this work authorization shall not exceed the above estimated amount without additional written authorization.

Distribution:
_____ Project Manager _____
_____ Project Cost Engineer _____