Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>　　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br>Case No. F04-0026 CIV |

## AFFIDAVIT OF COUNSEL

STATE OF ALASKA　　　　)
　　　　　　　　　　　　) ss.
FOURTH JUDICIAL DISTRICT )

　　Michael C. Kramer, being first duly sworn on oath deposes and states:

1.　I am Co-Counsel for Defendant Golden Valley Electric Association, Inc.;

2.　The hourly rates for the attorneys and paralegals in this matter, from March 12, 2007 through March 21, 2007, are set forth below:

| Name | Position | Hourly Rate |
|---|---|---|
| Cory Borgeson | Attorney | $235 |
| Michael Kramer | Attorney | $235 |
| Renner Eberlein | Attorney | $160 |

3. GVEA's attorneys spent a significant amount of time on research and drafting as necessary and reasonable for GVEA's opposition to Plaintiffs' frivolous second motion to dismiss GVEA's counterclaims.

4. The work performed by GVEA's counsel was necessary and reasonable to oppose Plaintiffs' second motion to dismiss GVEA's counterclaims;

5. The amount for attorney's fees sought for GVEA's opposition to Plaintiffs' second Motion to Dismiss GVEA's Counterclaims was $2,016.50. These fees are taken from the detailed narratives that were prepared for all of the monthly billings. These detailed monthly billings contain information in the nature of attorney-client communication and work product. However, the monthly billings may be submitted to the Court *in camera*, if it is deemed necessary and appropriate by the Court.

Dated this 21st day of March, 2007.

_____
Michael C. Kramer

Subscribed and sworn to or affirmed before me at Fairbanks, Alaska, on the 21st day of March, 2007.

[STATE OF ALASKA NOTARY PUBLIC — Karen A. Day — My Commission Expires January 13, 2008]

Karen A. Day
Notary Public in and for the State of Alaska
My Commission Expires: 1-13-2008