Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi,<br>Aileen Welton, Elizabeth Tuzroyluk<br>Doris Kubanyi, Victor Kubanyi,<br>Bobby Kubanyi, Arlette Kubanyi,<br>and Brian Baggett<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and<br>Dave Cruz, individually and d/b/a<br>Cruz Construction,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0026 CIV<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER DENYING PLAINTIFFS' MOTION
## TO DISMISS GVEA'S COUNTERCLAIMS FOR FAILURE TO STATE
## A COGNIZABLE CAUSE OF ACTION AT DOCKET 234

The Court, having considered Plaintiffs' Motion to Dismiss GVEA's Counterclaims for Failure to State a Cognizable Cause of Action at Docket 234, and having considered any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED; and

IT IS HEREBY ORDERED that Plaintiffs' pay GVEA's reasonable attorneys' fees of $2,016.50, associated with defending Plaintiffs' second Motion to Dismiss GVEA's Counterclaims.

Proposed Order Denying Plaintiffs Motion to Dismiss GVEA's Counterclaims for Failure to State a Cognizable Cause of Action at Docket 234
F04-00026 CI
Page 1 of 2

DATED this _____ day of _____, 2007.


_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE




This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Proposed Order Denying Plaintiffs Motion to Dismiss GVEA's Counterclaims for Failure
to State a Cognizable Cause of Action at Docket 234
F04-00026 CI
Page 2 of 2