Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi, <br><br> Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction, <br><br> Defendants. | Case No. F04-0026 CIV |

### PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO GVEA'S COUNTERCLAIMS, OR, IN THE ALTERNATIVE, LEAVE TO JOIN THE UNITED STATES, AT DOCKET 231

The Court, having considered Plaintiffs' Motion for Summary Judgment as to GVEA's Counterclaims, or, in the Alternative, Leave to Join the United States, at Docket 231, and having considered any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED;

IT IS HEREBY ORDERED that Plaintiffs' alternative Motion for Leave to Join the United States is DENIED; and

IT IS HEREBY ORDERED that Plaintiffs pay GVEA's reasonable attorneys' fees of $1,258.00, associated with defending Plaintiffs' Motion for Summary Judgment or Alternative Motion for Leave to Join the United States as a Party.

DATED this \_\_\_\_ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Proposed Order Denying Plaintiffs Motion for Summary Judgment on GVEA's
Counterclaims, or, in the Alternative, Leave to Join the U.S. at Docket 231
F04-00026 CI
Page 2 of 2