Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett <br><br> Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction, <br><br> Defendants. | Case No. F04-0026 CIV |

### PROPOSED ORDER DENYING PLAINTIFFS' MOTION TO EXTEND DISCOVERY AS TO COUNTERCLAIMS AND IN LIMINE MOTIONS, AT DOCKET 248

The Court, having considered Plaintiffs' Motion to Extend Discovery as to Counterclaims and in Limine Motions, at Docket 248, and having considered any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Discovery as to Counterclaims and in Limine Motions is DENIED.

DATED this ____ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028