Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, and Arlette Kubanyi,<br><br>              Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>              Defendants. | Case No. F04-00026 CIV |

### DEFENDANT GVEA'S MOTION TO FILE LATE MOTION IN LIMINE TO EXCLUDE TESTIMONY AND REPORT OF PLAINTIFFS' EXPERT MARK SHERMAN

Defendant, Golden Valley Electric Association, Inc. ("GVEA") moves this Court to allow GVEA to file a late motion in limine to exclude the testimony and report of Plaintiffs' civil engineer expert, Mark Sherman, PE ("Sherman") based on the following.

## MEMORANDUM

GVEA asks that this Court allow GVEA to file a motion in limine two days after the deadline for filing in limine motions as set out in the Stipulated Amended Scheduling Order.[1]  According to the Scheduling Order, the last day to file motions in limine was to be March 20, 2007.[2]

GVEA has not yet received the transcript of Mark Sherman's deposition. GVEA hoped to include excerpts from that deposition in support of its *Daubert* motion to exclude the report and testimony of Mark Sherman. GVEA still has not received the transcripts, but wishes to file the *Daubert* motion and intends to supplement the motion with deposition transcript excerpts once GVEA receives the document.

GVEA does not wish to delay trial in this matter by extending the deadlines for all motions in limine. GVEA does, however, want this Court to exercise its evidence "gatekeeping" function in advance of trial in the interest of saving time during the trial phase. GVEA asks this Court to consider GVEA's motion in limine two days late in the interest of deciding an important evidentiary issue prior to the trial rather than during that trial.

Plaintiffs' civil engineer expert, Sherman, lacks sufficient knowledge, skill, experience, training, or education to testify with regard to trespass damages.

---

[1] Stipulated Amended Scheduling Order Dated December 12, 2006, at Docket 174.
[2] *Id.*

Plaintiffs' civil engineer expert has no experience in accounting, real estate appraisal, rental values of like property, or the measure of damages from trespass.

GVEA's Motion In Limine to Exclude the Testimony and Report of Plaintiffs' Expert Mark Sherman would ask that this Court exclude Sherman's testimony entirely pursuant to Rules 702, 703, and 403 of the Federal Rules of Evidence.

## CONCLUSION

For the reasons set forth above, GVEA respectfully requests this Court allow GVEA to file a late motion in limine to exclude the testimony and report of Plaintiffs' expert Mark Sherman.

DATED at Fairbanks, Alaska, this 22nd day of March, 2007.

BORGESON & BURNS, PC
Attorney(s) for Defendant GVEA

By:    s/Cory Borgeson
         Cory Borgeson ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028