Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett,<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>Defendants. | Case No. F04-0026 CIV |

### PROPOSED ORDER GRANTING GVEA'S MOTION
### TO FILE LATE MOTION IN LIMINE

The Court, having considered GVEA's Motion to File Late In Limine Motion, and having considered any opposition thereto,

IT IS HEREBY ORDERED that GVEA's Motion to File Late Motion In Limine is GRANTED; and

IT IS HEREBY ORDERED that GVEA shall be allowed to file its Motion to Exclude the Report and Testimony of Plaintiffs' Expert Mark Sherman.

DATED this _____ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE


This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028