Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>        Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>        Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**<br><br>**[FRCP 60 (b)]** |

Case No. 4:04-cv-0026 RRB

    Plaintiffs seek relief from judgment entered upon the order of March 19th, 2007[1]

---

[1] Docket 247

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo: FRCP 60(b)

1 of 4

## I. STANDARD OF REVIEW.

FRCP 60(b) allows a party to seek relief from judgment upon a showing (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud or other misconduct; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) other "extraordinary circumstances" which prevented a party from making a timely appeal. *See United States v. Alpine Land & Reservoir Co., 984 F.2d 1047, 1049 (9th Cir. 1993).* In this case, the Court's order and decision in this case contains a significant error of law.

## I. COURT DID NOT CLARIFY WHETHER THE CLAIMS AROSE UNDER STATE OR FEDERAL LAW.

In reaching its decision as to the cognizability of GVEA's counterclaims, the Court overlooked the issued raised in the pleadings respecting the source of law. This is critical to the legal analysis. The Court found that the liability was at "common law", without articulating whether the source of that law was state or federal law. The Plaintiff's believe that the counterclaims clearly sound in State law, and in responding to the motions to dismiss, state that the liability arises under state law.[2] However, the Court's treatment of *Heffle*, suggests that the Court assumed the

---

[2] Docket 250 at 3. et. seq.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026          2 of 4
Memo: FRCP 60(b)

issue arose under federal common law.[3] The failure of the Court to address whether these claims arose under state law or federal law significantly affects the rationale of the decision. The Kubanyi's request the Court to clarify this issue for review.

## II.  THE UNCERTAINTY OF THE EASEMENT WAS OVERLOOKED BY THE COURT

The Court contrasted the matter in *Heffle* from the present case by noting that the issue being addressed in *Heffle* was adjudication of 'valid existing rights' that remained undetermined and necessary for adjudication.[4] In this case, the Court has previously held that the location and width of the easement is uncertain, and requires adjudication.[5] These orders are inconsistent in that the order at Docket 247 l assumes that the easement need not be adjudicated, but the order at Docket 247 expressly reserves the location and width of the easement for adjudication at trial. The Court should reconsider the order at Docket 247 in light of the holding at Docket 246.

---

[3] See Docket 247, at 3
[4] Docket 247, at 5
[5] Docket 246

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo: FRCP 60(b)

DATED this 29th day of March, 2007.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 29, 2007 via ECF to:

| Mr. David Floerchinger | Mr. Cory Borgeson |
| Assistant Attorney General | Boreson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak 99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA 98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725