Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>            Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>            Defendants. | **REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DISCOVERY AS TO COUNTERCLAIMS AND IN LIMINE MOTIONS**<br>**[Docket 248]** |

Case No. FO4-0026

     GVEA opposes Plaintiff's Motion for a 90- day extension of deadlines for

discovery as to GVEA's counterclaims and to reset deadlines for discovery in limine

motions accordingly. Oddly, however, GVEA next filing in this case is a motion to

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

accept late filing of a motion in limine.[1]  It is rather obvious that GVEA is taking an inconsistent and illogical position, and its refusal to stipulate/non-oppose the motion to extend deadlines is frivolous.  It should be noted that Cruz Construction has not filed an opposition to the motion to extend deadlines.  The Court should grant the motion for an extension.

Of course, the Kubanyi's believe that this court should have dismissed the counter claims on a number of legal grounds, and have filed several motions to that effect.[2]  As GVEA acknowledges, the Kubanyi's served their only set of discovery on GVEA in October 19, 2005.[3]  Counsel for the parties have been very cooperative and met and discussed and resolved all previous discovery issues.  Depositions of Dave Cruz and the Troopers were completed in January 2006.[4]  However, <u>after</u> this early discovery, GVEA filed its counterclaims.  The Kubanyis seek limited discovery to address these counterclaims.

The problem for the Kubyani's is illustrated in the pending motion practice related to the Motion at Docket 227 and 230.  GVEA's counsel has made unspecified

---

[1] See Docket 253.
[2] See Order Docket 247; See Pending Motions at Dockets 227 and 230
[3] Docket 252, at 2
[4] Copies of depos on file

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                2 of 4
Reply: Motion to Extend Deadline [Doc. 248]

allegations of law and fact, but not supported any of the allegations with any cognizable evidence.  Indeed, GVEA has not even put forward a simple affidavit from Greg Wyman stating his knowledge of facts related to the issuance of the stop work order to Cruz in opposition to the Kubanyis' motion for summary judgment.  Indeed, GVEA has not supplemented its FRCP 26 Initial Disclosures to set out the alleged facts upon which its claims are based. The Kubanyis are entitled to discovery, which need only include a single round of written discovery requests followed by a deposition of Greg Wyman.  Attached is a letter from the undersigned from March 6, 2007 proposing a limited discovery schedule.  Unfortunately, no response was ever made to this request.

    The Kubanyi's are entitled to discovery respecting the late filed counterclaims.  The Court should extend the deadlines to allow the same.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Dated this 30th day of March, 2007 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 30, 2007 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Borgeson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725