# MICHAEL J. WALLERI

*Attorney-at-Law*
330 Wendell St., Suite C
Fairbanks, AK 99701
(907) 452-4716
fax: (907) 452-4725
email: walleri@gci.net

March 6, 2007

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

Mr. Cory Borgeson
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Re: Kubanyi v GVEA et. al.
Discovery

Dear Sirs:

Discovery is closed in the above matter, however, I believe that we are still entitled to discovery respecting GVEA's counterclaims. Is there an objection to continuing discovery to address these matters.

Enclosed are discovery requests to GVEA.

Finally, I would like to do the deposition of Greg Wyman. I would propose doing his deposition March 28 through 30. Please advise as to availability.

Thank your for your assistance and your courtesy.

Sincerely,

Michael J. Walleri

EXHIBIT 1
PAGE 1 OF 1