Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,        )
Aileen Welton, Elizabeth Tuzroyluk    )
Doris Kubanyi, Victor Kubanyi,        )
Bobby Kubanyi, and Arlette Kubanyi,   )
                                      )
                  Plaintiffs,         )
                                      )
       vs.                            )
                                      )  Case No. F04-00026 CIV
Golden Valley Electric Association and)
Dave Cruz, individually and d/b/a     )
Cruz Construction,                    )
                                      )
                  Defendants.         )
_____)

## DEFENDANT GVEA'S MOTION TO FILE SURREPLY TO PLAINTIFFS' MOTION TO EXTEND DISCOVERY AS TO COUNTERCLAIMS AND IN LIMINE MOTIONS

Defendant, Golden Valley Electric Association, Inc. ("GVEA") moves this Court to allow GVEA to file a Surreply to Plaintiffs' Motion to Extend Discovery as to Counterclaims and In Limine Motions, at Docket 248, based on the following.

**MEMORANDUM**

Plaintiffs' Reply Memorandum in Support of Motion to Extend Discovery as to counterclaims and In Limine Motions states that Plaintiffs sent a letter to GVEA regarding extending discovery, to which was attached Plaintiffs' interrogatories on GVEA's counterclaims. That "letter" is attached as an exhibit to Plaintiffs' Reply Memorandum at Docket 260.

GVEA never received that letter and never received any interrogatories from Plaintiffs, other than Plaintiffs discovery requests of October 19, 2005. No one at GVEA's counsel's offices had seen the letter Plaintiffs' claim they sent until it showed up as an attachment to Plaintiffs' Reply Memorandum in Support of Motion to Extend Discovery as to Counterclaims and In Limine Motions, at Docket 260. More importantly, no one at GVEA's counsel's offices has ever seen any propounded discovery requests from Plaintiffs regarding the Counterclaims.

GVEA disputes Plaintiffs' claim that any such letter and interrogatories were sent to GVEA. Therefore, GVEA seeks this Court's permission to file a Surreply to respond to Plaintiffs' false assertion to this Court that a letter with attached some interrogatories was received and ignored by GVEA. This Court should not accept as true Plaintiffs assertion that any "letter" or phantom interrogatories were received by GVEA prior to April 30, 2007.

## CONCLUSION

For the reasons set forth above, GVEA respectfully requests this Court allow GVEA to file a Surreply to Plaintiffs' Motion to Extend Discovery as to Counterclaims and In Limine Motions.

DATED at Fairbanks, Alaska, this 30th day of March, 2007.

                BORGESON & BURNS, PC
                Attorney(s) for Defendant GVEA

                By:____s/Cory Borgeson_____
                    Cory R. Borgeson
                    ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028