Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett,<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>Defendants. | Case No. F04-0026 CIV |

## PROPOSED ORDER GRANTING GVEA'S MOTION TO FILE SURREPLY ON PLAINTIFFS' MOTION TO EXTEND DISCOVERY ON COUNTERCLAIMS AND IN LIMINE MOTIONS

The Court, having considered GVEA's Motion to File a Surreply on Plaintiffs' Motion to Extend Discovery on Counterclaims and In Limine Motions, and having considered any opposition thereto,

IT IS HEREBY ORDERED that GVEA's Motion to File a Surreply is GRANTED; and

IT IS HEREBY ORDERED that GVEA shall be allowed to file its Surreply by ___ April, 2007.

DATED this \_\_\_\_ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028