Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY ) 
KUBANYI, AILEEN WELTON, )
ELIZABETH TUZROYLUK, DORIS )
KUBANYI, VICTOR KUBANYI, BOBBY )
KUBANYI, ARLETTE KUBANYI, and )
BRIAN BAGGETT, )
 )
             Plaintiffs, )
 )
     v. )
 )
GOLDEN VALLEY ELECTRIC ) **CRUZ DEFENDANTS' JOINDER**
ASSOCIATION, DAVE CRUZ ) **IN GVEA'S MOTION TO**
individually and d/b/a CRUZ ) **EXCLUDE TESTIMONY AND**
CONSTRUCTION, BLACK & VEACH ) **REPORT OF PLAINTIFFS'**
CORPORATION, TROOPER JAKE COVEY ) **EXPERT MARK SHERMAN**
AND TROOPER PATRICK NELSON, )
STATE OF ALASKA, )
 )
             Defendants. ) Case No. 4:04-cv-26-RRB
 )

The Cruz defendants hereby join GVEA's Motion to Exclude the Testimony and Report of Plaintiffs' Damages Expert Mark Sherman, for the reasons stated in that motion.

In further support, the Cruz defendants point out that the underlying assumption in plaintiffs' damages theory – i.e., that their recovery is measured not by damages to them or their property, but rather by a benefit conferred on the defendants, is flawed. The measure of damages for trespass is "the loss in value of the land or the cost of restoration," unless "there is total destruction of the value of the land" in which case the owner may recover the entire value of the land." Ostrem v. Alyeska Pipeline Service Co., 648 P.2d 986, 990 (Alaska 1982). Plaintiffs' theory does not measure their harm due to the alleged trespass, and for this additional reason, Mr. Sherman's testimony must be stricken.

DATED this __2nd__ day of April, 2007, at Anchorage, Alaska.

          RICHMOND & QUINN
          Attorneys for Defendants Dave
          Cruz individually, and d/b/a
          Cruz Construction, Inc.

By:    s/Daniel T. Quinn
          RICHMOND & QUINN
          360 K Street, Suite 200
          Anchorage, AK  99501
          Ph: 907-276-5727
          Fax: 907-276-2953
          dquinn@richmondquinn.com
          ABA #8211141

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

CRUZ DEFENDANTS' JOINDER IN GVEA'S MOTION TO
EXCLUDE TESTIMONY AND REPORT OF PLAINTIFFS'
EXPERT MARK SHERMAN

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this __2nd__ day of April, 2007 on:

| | |
|---|---|
| Michael J. Walleri<br>WALLERI LAW OFFICES<br>330 Wendell St., Suite E<br>Fairbanks, AK 99701 | Cory Borgeson<br>BORGESON & BURNS, PC<br>100 Cushman, Suite 311<br>Fairbanks, AK 99701 |
| David D. Floerchinger<br>ASSISTANT ATTORNEY GENERAL<br>STATE OF ALASKA<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 | Eric Gillett<br>PREG, O'DONNELL & GILLETT<br>1800 9th Ave., Ste. 1500<br>Seattle, WA 98101 |

  s/Daniel T. Quinn
  RICHMOND & QUINN

2073\038\PLD\JOINDER IN GVEA'S MTN TO EXCLUDE SHERMAN TESTIMONY

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

CRUZ DEFENDANTS' JOINDER IN GVEA'S MOTION TO
EXCLUDE TESTIMONY AND REPORT OF PLAINTIFFS'
EXPERT MARK SHERMAN

KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 3