Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>Defendants. | **PARTIAL NON-OPPOSITION TO GVEA's MOTION TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO KUBANYI'S MOTION TO EXTEND DISCOVERY AS TO COUNTERCLAIMS AND IN LIMINE MOTIONS**<br>**[Docket 261]** |

Case No. FO4-0026

   The Kubanyi's do not oppose, in part, GVEA's request to file a sur-reply respecting the Motion at Docket 248.  Unfortunately, the sur-reply lacks appropriate candor with the Court.   There is, of course, "the rest of the story."

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                 1 of 3
Partial Non Opp [Doc. 261]

The Kubanyi's are fully willing to accept the possibility that opposing counsel did not receive the letter requesting an extension. As most practitioners in Fairbanks are aware, postal service has recently been a problem. However, opposing counsel's suggestion that the letter was never sent and that he was unaware of the request prior to the motion are both factually inaccurate.

Attached is a letter received from opposing counsel in which he acknowledges that we discussed extending discovery at Mark Sherman's deposition, (i.e. February 13, 2007) which was nearly a week prior to the close of discovery. As opposing counsel admits in the letter, opposing council did not respond to this oral request.

Second, Mr. Quinn's (Cruz's attorney) office has confirmed that they received their copy of the letter requesting extension of discovery.[1] Ms. Woodward expressly remembers sending the letter, with discovery requests.[2] Mistakes in the office occur, but they did not occur in this case. It may be that opposing council did not receive

---

[1] See Affidavit of Christine Woodward (Attached)
[2] Id.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                 2 of 3
Partial Non Opp [Doc. 261]

the letter. Notwithstanding that possibility, however, it is highly inappropriate to suggest to this court that the letter was never sent, nor that opposing counsel did not know about the request to extend discovery deadlines.

Dated this 5th day of April, 2007 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on April 5, 2007 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Borgeson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026         3 of 3
Partial Non Opp [Doc. 261]