LAW OFFICES
# Borgeson & Burns
A PROFESSIONAL LEGAL CORPORATION
KEYBANK CENTER · 100 CUSHMAN STREET · SUITE 311 · FAIRBANKS, ALASKA 99701

TELEPHONE (907) 452-1666
FACSIMILE (907) 456-5055

**ATTORNEYS**
Cory R. Borgeson
John J. Burns
Renner J. Eberlein*
Michael C. Kramer
Nikole V. Schick †
 * licensed only in NC, SC
 † licensed also in WA

**LAW CLERKS**
Soraya F. Rudofsky

**LEGAL ASSISTANTS**
Patrick B. Carroll, CLA
Sue Fagan

March 30, 2007

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

Re: Kubanyi, et al. v GVEA, et al.

Dear Mike:

We do not oppose reasonable extensions and have provided you several opportunities to do discovery before the deadline passed. At Mr. Sherman's deposition you mentioned wanting some discovery and I invited you to make whatever requests you wanted. You never sent over any requests, nor advised us what you were looking for until your recently filed reply brief.

We are more than happy to accommodate your request for a round of written discovery, followed by the deposition of Mr. Wyman. Our conditions include receipt of the written discovery questions by next Friday, April 6th and the scheduling of Mr. Wyman's deposition in mid-May so as not to derail our trial. We also ask that you stipulate to the court addressing our Motion in Limine to exclude Sherman.

If you agree with the terms of this proposed stipulation, please draft one up and send it over for us to sign.

Very truly yours,

BORGESON & BURNS, PC

Michael C. Kramer

EXHIBIT  1
PAGE  1  OF  1