Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br>        Plaintiff(s),<br>vs.<br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VEATCH CORPORATION, JAKE COVEY AND PATRICK NELSON.<br>        Defendants. | **AFFIDAVIT OF CHRISTINE WOODWARD** |

Case No. F04-0026

STATE OF ALASKA              )
                             )ss
FOURTH JUDICIAL DISTRICT     )

    I, Christine Woodward, after being duly sworn, state as follows:

1)    I am employed as a paralegal in the Law Office of Michael J. Walleri and am not a party in this matter and have prepared this affidavit in connection with the above captioned litigation.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Kubanyi v. GVEA Case No. F04-0026
Affidavit of Christine Woodward

EXHIBIT 2
PAGE 1 OF 2

1 of 2

2) My duties include preparing documents, discovery requests and correspondence for filing and mailing.

3) On March 7, 2007, I prepared a set of Discovery Requests and a letter from Michael J. Walleri regarding proposing to extend discovery deadlines.

4) The Discovery Requests and the letter were mailed together from this office on March 7, 2007.

5) On March 30, 2007, I downloaded Defendant GVEA's Motion to File Surreply to Plaintiff's Motion to Extend Discovery as to Counterclaims and In Limine Motions at Docket 261.

6) After I reviewed the Motion, I called Dan Quinn's office and he assured me that his office did receive a copy of the Discovery Request and the letter dated March 7, 2007.

Christine Woodward

Sworn and subscribed to me this 5th day of April, 2007

Notary Public for the State of Alaska
My Commission Expires on 03/21/09

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

EXHIBIT 2
PAGE 2 OF 2