Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| DON M. KUBANYI, et. al. | SUGGESTION TO SEEK OPINION OF U.S. GOVERNMENT |
|---|---|
| Plaintiff(s), | |
| vs. | |
| GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al Defendants. | |

Case No. 4:04-cv-0026 RRB

There are two current motions before the Court respecting participation of the United States Government in this case: i.e. Motion at Docket 231 respecting possible joinder under the Federal Tort Claims Act, and Motion to Reconsider Motion to Dismiss for failure to join federal government respecting the title challenges to the Native allotment at Docket 258.  It might be helpful to the court to solicit the opinion of the United States Government, through the U.S. Attorney, as to the position of the U.S. Government on these two motions prior to ruling.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                    1 of 2
Suggestion to Solicit Position of U.S. Government

DATED this 5th day of April, 2007.

        MICHAEL J. WALLERI

        /s/ Michael J. Walleri
        Law Offices of Michael J. Walleri
        330 Wendell Street, Suite E
        Fairbanks, Alaska 99701
        (907) 452-4716
        (907) 4524725 (Facsimile)
        walleri@gci.net
        AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on April 5, 2007 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Suggestion to Solicit Position of U.S. Government

2 of 2