Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, ) <br> Aileen Welton, Elizabeth Tuzroyluk ) <br> Doris Kubanyi, Victor Kubanyi, ) <br> Bobby Kubanyi, Arlette Kubanyi, ) <br> and Brian Baggett ) <br> ) <br>       Plaintiffs, ) <br> ) <br>  vs. ) <br> ) <br> Golden Valley Electric Association and ) <br> Dave Cruz, individually and d/b/a ) <br> Cruz Construction, ) <br> ) <br>       Defendants. ) <br> _____) | Case No. F04-00026 CIV |

### PROPOSED ORDER DENYING PLAINTIFFS' MOTION
### FOR RELIEF FROM JUDGMENT, AT DOCKET 258

The Court, having considered Plaintiffs' Motion for Relief from Judgment, at Docket 258, and having considered any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Relief from Judgment is DENIED.

DATED this _____ day of _____, 2007.

                                                    _____
                                                    RALPH R. BEISTLINE
                                                    U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Proposed Order Denying Plaintiffs' Motion for Relief from Judgment, at Docket 258
F04-00026 CI
Page 2 of 2