Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, et. al.

        Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al
        Defendants.

Case No. 4:04-cv-0026 RRB

**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

**[FRCP 60 (b)]**

      Plaintiffs moved[1] to seek relief from judgment entered upon the order of March 19th, 2007,[2] which is opposed by the Defendants because no final judgment has been entered and FRCP 60 (b) is inapplicable.  The objection is not well taken. "As long as a district court has jurisdiction over the case, then it possesses the inherent procedural power to reconsider, rescind, or modify an interlocutory order for cause seen by it to be sufficient." *City of L.A. v Santa Monica BayKeeper*, 254 F3d

---

[1] Docket 258
[2] Docket 247

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026      1 of 3

Reply: FRCP 60(b) [Docket 258]

*882, 885 (9th Cir., 2001)*  The Court clearly has the desertion to review its earlier order.  In particular, central to the issue raised in the original motion was the source of common law --- federal or state --- upon which the Court relied.  This Court failed to clarify the source of such law, which goes directly to jurisdictional issues, and would be a critical issue upon review.  A secondary purpose of the motion is to seek this clarification to allow proper review on the merits.  If the Court denies the motion, the Plaintiff's would request that the court certify the question decided in its for interlocutory review under 28 U.S.C. § 1292(b).  A separate motion on this issue accompanies this reply.

DATED this 20th day of April, 2007.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026

2 of 3

Reply: FRCP 60(b) [Docket 258]

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on April 20, 2007 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026

3 of 3

Reply: FRCP 60(b) [Docket 258]