Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>          Plaintiff(s),<br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>          Defendants. | **ALTERNATIVE MOTION TO STAY AND CERTIFY FOR INTERLOCUTORY REVIEW**<br><br>**[28 USC § 1292(b)]** |

Case No. 4:04-cv-0026 RRB

Plaintiffs move for stay proceedings in the above matter, and certification of review respecting issues raised in Plaintiffs Motions at Docket 231 and Docket 258. The reasons for this motion are set out in the accompanying memorandum.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                1 of 3
Motion: Stay & Cert 28 USC § 1292(b)

DATED this 20th day of April, 2007.

        MICHAEL J. WALLERI

        <u>/s/ Michael J. Walleri</u>
        Law Offices of Michael J. Walleri
        330 Wendell Street, Suite E
        Fairbanks, Alaska 99701
        (907) 452-4716
        (907) 4524725 (Facsimile)
        walleri@gci.net
        AK Bar No. 7906060

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on April 20, 2007 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725