Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| DON M. KUBANYI, et. al. | **ORDER GRANTING ALTERNATIVE MOTION TO STAY AND CERTIFY FOR INTERLOCUTORY REVIEW [28 USC § 1292(b)]** |
|---|---|
| Plaintiff(s), | |
| vs. | |
| GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al    Defendants. | |

Case No. 4:04-cv-0026 RRB

   Upon motion of the Plaintiff for stay of all proceedings, including entry of an order respecting Plaintiffs Motions at Docket 231 and Docket 258, and the Court intending to deny one or more of such motions but believing that such motions involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation such that the Court intends to

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                              1 of 2
Order: Stay & Cert 28 USC § 1292(b)

certify the question for interlocutory review pursuant to 28 USC §1292(b), and the unavailability of the Plaintiff's counsel until May 15, 2007,

IT IS HEREBY ORDERED, the Court shall stay all proceedings in this matter until May 15, 2007, including the entry of any order respecting Plaintiffs Motions at Docket 231 and Docket 258.

_____
Honorable Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on April 20, 2007 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger<br>Assistant Attorney General<br>Department of Law<br>1031 W. Fourth Ave., Suite 200<br>Anchorage, Ak 99501 | Mr. Cory Borgeson<br>Boreson & Burns, P.C.<br>100 Cushman Street, Suite 31<br>Fairbanks, Alaska 99701 |
| Mr. Eric P. Gillett<br>Preg O'Donnell & Gillett, P.C.<br>1800 Ninth Ave., Suite 1500<br>Seattle, WA 98101-1340 | Mr. Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Order: Stay & Cert 28 USC § 1292(b)

2 of 2