Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>　　　　　Plaintiff(s),<br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>　　　　　Defendants. | **MEMORANDUM IN SUPPORT OF ALTERNATIVE MOTION TO STAY AND CERTIFY FOR INTERLOCUTORY REVIEW**<br><br>**[28 USC § 1292(b)]** |

Case No. 4:04-cv-0026 RRB

　　　　Plaintiffs move for stay proceedings in the above matter, and certification of review respecting issues raised in Plaintiffs Motions at Docket 231 and Docket 258. There are two current motions before the Court respecting participation of the United States Government in this case: i.e. Motion at Docket 231 respecting possible joinder under the Federal Tort Claims Act, and Motion to Reconsider Motion to Dismiss for failure to join federal government respecting the title challenges to the Native allotment at Docket 258.  Additionally, the Plaintiff's have filed a suggestion

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026　　　　　　　　　　　　　　　　　　　　　　　　　　1 of 4
Memo: Stay & Cert 28 USC § 1292(b)

to obtain the opinion of the United States Government as to the issues raised in these motions.  Both motions involve controlling questions of law as to which there is substantial ground for difference of opinion.  If the Court denies one or both of the motions and the suggestion to obtain the opinion of the United States Government, the Plaintiffs believe that an immediate interlocutory appeal to the Ninth Circuit from such order may materially advance the ultimate termination of this litigation, and that the Court should make such a finding in the order(s).   Additionally, if the Court were to deny the motion(s), and proceed to trial allowing consideration of the counterclaims, an appeal is most likely.  Allowing consideration of the issues through interlocutory review would be a more efficient use of judicial resources.  Consequently, if the Court denies one or both of the motions, plaintiff requests that the Court certify both questions for review under 28 USC §1292(b).

Unfortunately, the undersigned attorney will be out of the country between April 23, 2007 and May 15, 2007.  Of course, a request for review under 28 USC §1292(b) must be filed within ten (10) days of entry.   Therefore, if the Court intends to deny one or both of the motions and Plaintiff's are to effectuate such a review, the Court should stay entry of any decision until the undersigned attorney returns to the United States.    As a result, if the Court intends to deny either or both of the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                    2 of 4
Memo: Stay & Cert 28 USC § 1292(b)

motions, the undersigned requests the Court to stay all matters, including the stay of entry of any order respecting Plaintiffs Motions at Docket 231 and Docket 258 until May 15, 2007.

DATED this 20th day of April, 2007.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on April 20, 2007 via ECF to:

| Mr. David Floerchinger | Mr. Cory Borgeson |
| Assistant Attorney General | Boreson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak 99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA 98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725