Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, et. al.<br><br>        Plaintiff(s),<br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, et. al<br>        Defendants. | **AFFIDAVIT OF COUNSEL IN SUPPORT OF ALTERNATIVE MOTION TO STAY AND CERTIFY FOR INTERLOCUTORY REVIEW**<br><br>**[28 USC § 1292(b)]** |

Case No. 4:04-cv-0026 RRB

## AFFIDAVIT OF COUNSEL

Comes now, Michael J. Walleri, Plaintiff's counsel in the above action, after being duly sworn, to state as follows:

1. I am Plaintiff's counsel of record in the above captioned matter.

2. I will be out of the country from April 23, 2007 until May 15, 2007.

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Affidavit of Counsel

1 of 2


3. The above travel has been a long standing commitment originally set over six months previous.

*[signature]*
Michael J. Walleri

Sworn and subscribed to this __30__ day of __April__, 2007.

*[signature]* Christine L Woodward
Notary Public for the State of Alaska
My commission expires: Mar 9, 2010

*[Notary seal: Christine L Woodward, Notary Public, State of Alaska]*

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Affidavit of Counsel