Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br>            Plaintiff(s),<br>    vs.<br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>            Defendants. | **PARTIAL OPPOSITION TO DEFENDANT'S MOTION TO FILE LATE MOTION IN LIMINE [Mark Sherman Testimony] [Docket 253]** |

Case No. FO4-0026

The parties agree that i*n limine* motion deadlines should be extended. Both GVEA[1] and the Kubanyis[2] have filed motions to extend deadlines. The Kubanyis also request extension of deadlines to permit discovery respecting GVEA's late filed

---
[1] Docket 253 (current motion)
[2] Docket 248

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                1 of 4
Op: Motion to Extend GVEA Deadline Only [Doc. 253]

counterclaims. The Court should deal with these matters in a comprehensive and even handed manner.

GVEA wants deadlines extended only for GVEA and opposes extension of *in limine* deadlines for the Kubanyi's.[3] This is simply unrealistic. While GVEA engages in this unnecessary motion practice, GVEA expresses that it does not want to delay trial proceedings. GVEA filed its counterclaims long after timelines allowed under the pre-trial order, and in so doing raised issues respecting the Federal Quiet Title Act (including expanding the claimed easement for the 50 foot easement in the Kubanyi Patent to a 100 foot easement) and the Federal Tort Claims Act (i.e. whether GVEA stopped pumping activities because of the absent Kubanyis or the notice to cease and desist sent by TCC). This court granted GVEA leave to file its late counterclaims, thereby engendering substantial motion practice respecting the legal implications of these counterclaims. Delays in this case are specifically related to GVEA not filing it's counterclaims in the beginning of the case as required by the Federal rules and this court's scheduling orders.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

---

[3] Docket 252

*Kubanyi v. GVEA* Case No. F04-0026
Op: Motion to Extend GVEA Deadline Only [Doc. 253]

2 of 4

The Court should deny GVEA's motion, and either require counsel to confer and submit a comprehensive scheduling order, or set the matter for a scheduling conference.

The undersigned counsel wishes to bring to the Court's attention that he will be out of the country from April 24, 2007 until May 14, 2007.  Therefore, if the court grants GVEA's motion, the undersigned would request that the Court allow Plaintiff's to file their reply on or before June 1, 2007.

Dated this 23rd  day of April, 2007 at Fairbanks, Alaska.

      MICHAEL J. WALLERI

      /s/ Michael J. Walleri
      Law Offices of Michael J. Walleri
      330 Wendell Street, Suite E
      Fairbanks, Alaska 99701
      (907) 452-4716
      (907) 4524725 (Facsimile)
      walleri@gci.net
      AK Bar No. 790606

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026　　　　　　　　　　　　　　　　　　　　　　　　3 of 4
Op: Motion to Extend GVEA Deadline Only [Doc. 253]

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on April 23, 2007 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger | Mr. Cory Borgeson |
| Assistant Attorney General | Borgeson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak  99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA  98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725