UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>   Kubanyi   </u>  v.  <u>   Golden Valley Electric Assoc., et al.   </u>

DATE:  <u>   April 30, 2007   </u>      CASE NO.   <u>   4:04-CV-00026-RRB   </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER AMENDING CAPTION TO REMOVE DISMISSED PARTIES**

---

      Pursuant to this Court's Final Judgments at Dockets 160 and 196, the caption in this matter is amended to remove Defendants Black & Veatch Corporation (referred to in the case caption as "Black & Vech Corporation"), Jake Covey, and Patrick Nelson.

M.O. AMENDING CAPTION TO REMOVE DISMISSED PARTIES