UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Kubanyi   v.   Golden Valley Electric Assoc., et al.

DATE:   May 7, 2007     CASE NO.   4:04-CV-00026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **AMENDED MINUTE ORDER AMENDING CAPTION TO REMOVE DISMISSED PARTIES**

---

Pursuant to this Court's judgments at Dockets 160 and 196, the caption in this matter is amended to remove Defendants Black & Veatch Corporation (referred to in the case caption as "Black & Vech Corporation"), Jake Covey, and Patrick Nelson.