IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI; JIMMY KUBANYI;
AILEEN WELTON; ELIZABETH
TUZROYLUK; DORIS KUBANYI;
VICTOR KUBANYI; BOBBY KUBANYI;
ARLETTE KUBANYI; and BRIAN
BAGGETT,

        Plaintiffs,

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION; and DAVE CRUZ,
individually and d/b/a CRUZ
CONSTRUCTION,

        Defendants.

Case No. 4:04-0026 CV (RRB)

**ORDER DENYING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE**
**LATE NOTICE OF APPEAL**
**AT DOCKET 238**

        Before the Court are Plaintiffs with a Motion to Accept
Late Filing of Notice of Appeal (Docket 238) with regard to this
Court's order entered on November 15, 2006, in which the Court
granted summary judgment in favor of Alaska State Troopers Jake
Covey and Patrick Nelson ("Troopers") on all claims which
Plaintiffs asserted against them (Docket 141).

Plaintiffs' motion is not ripe because no final appealable order has been sought or entered in favor of the Troopers.  An order dismissing one party while allowing suit to continue against the remaining defendants is not a final, appealable order, absent an "express determination that there is no just reason for delay and . . . an express direction for entry of judgment.'" Fed. R. Civ. P. 54(b); <u>Special Investments Inc. v. Aero Air Inc.</u>, 360 F.3d 989, 993 (9th Cir. 2004).

Accordingly, the Court's orders granting summary judgment to the Troopers (Docket 141) and denying Plaintiffs' motion for reconsideration (Docket 199) are not final and appealable. Plaintiffs' motion is therefore **DENIED**.

**IT IS SO ORDERED**.

ENTERED this 8th day of May, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE