IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI; JIMMY KUBANYI; AILEEN WELTON; ELIZABETH TUZROYLUK; DORIS KUBANYI; VICTOR KUBANYI; BOBBY KUBANYI; ARLETTE KUBANYI; and BRIAN BAGGETT,<br><br>      Plaintiffs,<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION; DAVE CRUZ, individually and d/b/a CRUZ CONSTRUCTION,<br><br>      Defendants. | Case No. 4:04-0026 CV (RRB)<br><br>**ORDER RE MOTIONS AT 248, 253, AND 261** |

      Before the Court are Plaintiffs with a Motion to Extend Discovery as to Counterclaims and In Limine Motions at Docket 248. GVEA opposes at Docket 252. Also before the Court is GVEA with a Motion for Leave to File Motion in Limine to Exclude Testimony and Report of Plaintiffs' Expert Mark Sherman at Docket 253 and a Motion to File a Surreply to Plaintiffs' Motion to Extend Discovery at Docket 261.

ORDER RE DOCKETS 248, 253 and 261 - 1
4:04-CV-0026-RRB

Plaintiffs' Motion at Docket 248 is hereby **GRANTED**. The time for filing motions in limine and conducting discovery relating to GVEA's counterclaims is hereby extended until the close of business on **July 13, 2007**.

GVEA's Motion at Docket 253 is also **GRANTED**. GVEA's Motion in Limine to Exclude Testimony and Report of Plaintiffs' Expert Mark Sherman has already been filed at Docket 253, Ex. A. Plaintiffs' Opposition shall be filed on or before the close of business on **June 1, 2007**.

GVEA's Motion at Docket 261 is **DENIED**.

ENTERED this 14th day of May, 2007.

                           S/RALPH R. BEISTLINE
                           UNITED STATES DISTRICT JUDGE