IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI; JIMMY KUBANYI; AILEEN WELTON; ELIZABETH TUZROYLUK; DORIS KUBANYI; VICTOR KUBANYI; BOBBY KUBANYI; ARLETTE KUBANYI; and BRIAN BAGGETT,<br><br>            Plaintiffs,<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION; DAVE CRUZ, individually and d/b/a CRUZ CONSTRUCTION,<br><br>            Defendants. | Case No. 4:04-0026 CV (RRB)<br><br>**ORDER DENYING PLAINTIFFS' ALTERNATIVE MOTION TO STAY AND CERTIFY FOR INTERLOCUTORY REVIEW (DOCKET 269)** |

      Before the Court are Plaintiffs with an Alternative Motion to Stay and Certify for Interlocutory Review at Docket 269 in which Plaintiffs move to stay proceedings in the present matter and certify for review issues raised in Plaintiffs' motions at Dockets 231 and 258.

The Court ruled on Plaintiffs' motions on May 14, 2007. An immediate appeal from these orders would substantially prolong rather than "materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292.  Plaintiffs' motion is **DENIED**.

ENTERED this 14th day of May, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE