Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>Defendants. | Case No. F04-0026 CIV |

### DEFENDANT GVEA'S SUPPLEMENTAL EXHIBITS TO GVEA'S MOTION IN LIMINE TO EXCLUDE TESTIMONY AND REPORT OF PLAINTIFFS' EXPERT MARK SHERMAN AT DOCKET 253, EXHIBIT A

Defendant, Golden Valley Electric Association, Inc. ("GVEA") supplements GVEA's Motion In Limine to Exclude Testimony and Report of Plaintiffs' Expert Mark Sherman, at Docket 253, Exhibit A, with the following exhibits:

Exhibit A - Excerpt of Mark Sherman's Deposition;

Exhibit B - Mark Sherman's Report.

DATED at Fairbanks, Alaska, this 15th day of May, 2007.

                                                 BORGESON & BURNS, PC
                                                 Attorney(s) for Plaintiff GVEA

                                                 By:      s/Cory Borgeson
                                                         Cory Borgeson
                                                         ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

GVEA's Supplemental Exhibits to Motion In Limine to Exclude Testimony and
Report of Plaintiffs' Expert Mark Sherman, at Docket 253, Exhibit A
F04-00026 CI
Page 2 of 2