Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>    Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>    Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR OPPOSITION TO MOTION IN LIMINE TO EXCLUDE TESTIMONY AND REPORT OF PLAINTIFF'S EXPERT MARK SHERMAN** |

Case No. 4:04-cv-0026 RRB

**UPON** Plaintiff's motion for a 4- day extension of deadline to respond to

Motion *in Limine* to Exclude Testimony and Report of Plaintiffs' Expert Mark

Sherman and the Court being apprised of the premises therein,

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                 1 of 2
Order: Extend Deadline

IT IS HEREBY ORDERED, that Plaintiff's motion to extend deadline is hereby **GRANTED**. Plaintiff's Opposition to Motion *in Limine* to Exclude Testimony and Report of Plaintiffs' Expert Mark Sherman shall be completed on or before Tuesday, June 5, 2007

Date: _____                              _____
                                                United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on June 1, 2007 via ECF to:

Mr. David Floerchinger                  Mr. Cory Borgeson
Assistant Attorney General              Boreson & Burns, P.C.
Department of Law                       100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200          Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett                     Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.          Richmond & Quinn
1800 Ninth Ave., Suite 1500             360 K Street, Suite 200
Seattle, WA  98101-1340                 Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                    2 of 2
Order: Extend Deadline