Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>Defendants. | ORDER GRANTING MOTION TO EXTEND DEADLINE FOR OPPOSITION TO MOTION IN LIMINE TO EXCLUDE TESTIMONY AND REPORT OF PLAINTIFF'S EXPERT MARK SHERMAN |

Case No. 4:04-cv-0026 RRB

**UPON** Plaintiff's motion for a 4- day extension of deadline to respond to Motion *in Limine* to Exclude Testimony and Report of Plaintiffs' Expert Mark Sherman and the Court being apprised of the premises therein,

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Order: Extend Deadline

1 of 2

IT IS HEREBY ORDERED, that Plaintiff's motion to extend deadline is hereby **GRANTED**. Plaintiff's Opposition to Motion *in Limine* to Exclude Testimony and Report of Plaintiffs' Expert Mark Sherman shall be completed on or before Tuesday, June 5, 2007

Date: 6/4/07

S/RALPH R BEISTLINE
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 1, 2007 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Kubanyi v. GVEA Case No. F04-0026
Order: Extend Deadline

2 of 2