Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>            Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>            Defendants. | **STIPULATION TO EXTEND DEADLINE FOR SUPPLEMENTAL BRIEFING TO THE COURT RE DOCKET 152** |

Case No. 4:04-cv-0026 RRB

Upon motion of the parties seeking to extend the deadline in the above captioned matter, and the Court having been apprised of the premises therein,

IT IS HEREBY ORDERED that the deadline will be extended as follows:

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Stipulation to Extend Deadline

1 of 2

1. Supplemental Briefing re Docket 152 is due June 7, 2007.


Date: _____                    _____
                                        United States District Court Judge



Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on June 5, 2007 via ECF  to:

Mr. David Floerchinger                 Mr. Cory Borgeson
Assistant Attorney General             Boreson & Burns, P.C.
Department of Law                      100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200         Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett                    Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.         Richmond & Quinn
1800 Ninth Ave., Suite 1500            360 K Street, Suite 200
Seattle, WA  98101-1340                Anchorage, AK 99501-2038


/s/ Michael J. Walleri


**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                    2 of 2
Stipulation to Extend Deadline