Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**ORDER**

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,

    Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,
    Defendants.

Case No. 4:04-cv-0026 RRB

COMES NOW, Plaintiffs by and through their attorney, Michael J. Walleri, and Defendants GVEA and Dave Cruz, by and through their attorneys, Cory

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Stipulation to Extend Deadline

1 of 3

Borgensen and Daniel Quinn, respectively, to hereby stipulate and request that the Court extend the following deadline:

1. Supplemental Briefing re Docket 152 until June 7, 2007, (currently due June 5, 2007.)

The reason for this extension is that the Plaintiffs' attorney is still involved in an emergency with Tanana Chiefs Conference.

Dated: June 5, 2007        MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Dated: June 5, 2007        CORY BORGESON

/s/ Cory Borgeson (By Consent)
Borgeson & Burns
100 Cushman St., Suite 311
Fairbanks, Alaska 99701
(907) 452-1666
(907) 456-5055 (Facsimile)
AK Bar No. 8405009

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                              2 of 3
Stipulation to Extend Deadline

Dated: June 5, 2007                    DANIEL T. QUINN

/s/ Daniel T. Quinn (By Consent)
Richmond & Quinn
360 K St., Suite 200
Anchorage, Alaska 99501
(907) 276-5727
(907) 276-2953 (Facsimile)
AK Bar No. 8211141

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 5, 2007 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak  99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Stipulation to Extend Deadline