IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,  )
AILEEN WELTON, ELIZABETH        )
TUZROYLUK, DORIS KUBANYI,       )
VICTOR KUBANYI, BOBBY KUBANYI,  )
ARLETTE KUBANYI and BRIAN       )
BAGGETT,                        )
                                )
                Plaintiffs,   )
                                )
   v.                           )
                                )
GOLDEN VALLEY ELECTRIC           )
ASSOCIATION, DAVE CRUZ,         )
individually, and d/b/a         )
CRUZ CONSTRUCTION, BLACK &      )
VECH CORPORATION, JAKE COVEY,   )
and PATRICK NELSON,             )
                                )
                Defendants.   )
_____)   Case No. F04-0026 CI

## DEPOSITION OF DAVE CRAMER CRUZ

January 24, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:     MICHAEL J. WALLERI
                                     Attorney at Law
                                     330 Wendell Street, Suite E
                                     Fairbanks, Alaska  99701

    FOR THE DEFENDANTS:     VENABLE VERMONT, JR.
                                     Assistant Attorney General
                                     STATE OF ALASKA DEP'T OF LAW
                                     Civil Division
                                     Special Litigation Section
                                     1031 West Fourth Avenue,
                                     Suite 200
                                     Anchorage, Alaska  99501-5903

EXHIBIT 1
PAGE 1 OF 9

COPY

1  Q   Yeah.
2  A   Just what I told you, maybe 5,000 bucks.
3  Q   Okay. And in -- of course, it would have been a whole
4      lot -- it would have been longer to haul too, right?
5  A   Longer to haul.....
6  Q   Yeah.
7  A   Not necessarily. This was pretty rough ground and a
8      bunch of hills in here. It would just depend -- depend
9      on where the access was.
10 Q   Okay.
11 A   Without looking at a whole map overview that shows
12     section lines or maybe there was a dedicated public
13     access or something, you don't know that, you know.
14 Q   So if you were going across public lands, you'd make that
15     kind of inquiry?
16 A   If I was going to go and cut down a bunch of trees and
17     that, you're darned right I would.
18 Q   Okay. The -- okay. How -- in terms of the water that --
19     in terms of your contract, was there a -- can -- is it
20     possible for you to determine how much money you made
21     just off of the water, the -- that portion of the
22     contract related to the drawing of water off of Seven
23     Mile Lake?
24 A   I'd have to -- you know, it'd be difficult because I have
25     to look back and see how many loads of water we hauled

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 1
PAGE 2 OF 9

```
 1         and, you know, what did we gain on it, you know?
 2   Q    Mm-hmm (affirmative).
 3   A    You'd -- you'd have to look at something like that.
 4   Q    Okay.  And that was.....
 5   A    Like I said, I had water sources all along this.
 6   Q    Okay.  But if you had to go to another water source --
 7         why is it that you wanted to use that water source?
 8   A    Well, the on -- the -- one of the main reasons is is we
 9         did some improvements to the Rex Trail for access and --
10         but it was a long haul.  See, it's about six miles, if I
11         remember right, from right here up to get to the intertie
12         so, you know, it's -- that's a fairly long haul.
13   Q    And that was the closest.....
14         MR. VERMONT:  The record -- excuse me a minute, the
15   record can reflect that he's talking about from the scene of
16   where this Kubanyi incident occurred up to the.....
17   A    To the intersection of the intertie, six.....
18         MR. VERMONT:  Yeah.
19   A    Six miles sticks in my mind.  I could be wrong but.....
20   Q    Was there another water source?
21   A    Oh, I had many of them.
22   Q    Was -- closer to the Rex Trailhead.....
23   A    I would -- I don't.....
24   Q    .....up to the Rex -- the intersection of the intertie
25         and the Rex Trail?
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 1
PAGE 3 OF 9

-46-

| | | |
|---|---|---|
| 1 | A | What I remember correctly, this was probably the closest |
| 2 | | one we had at that point. We had Fish Creek which I |
| 3 | | don't recall the distance from Fish Creek to the end of |
| 4 | | the project..... |
| 5 | Q | Okay. |
| 6 | A | .....but, you know..... |
| 7 | Q | Okay. Do you know whether or not the Rex Trail crosses |
| 8 | | any of lands that are owned by any Native corporations? |
| 9 | A | I think Toghotthele Corporation has some land up north of |
| 10 | | Nenana. It seems like we crossed a portion of their |
| 11 | | land. I'm not certain without going back and trying to |
| 12 | | figure out ownership and who owns what where things are |
| 13 | | at there. |
| 14 | Q | Did you ever talk to Toghotthele about access across |
| 15 | | their lands? |
| 16 | A | No, I did not. |
| 17 | Q | Okay. Were you on rights-of-way, established rights-of- |
| 18 | | way? |
| 19 | A | Yes. Mm-hmm (affirmative). |
| 20 | Q | On the Rex Trail? |
| 21 | A | Yes. |
| 22 | Q | Okay. And what steps did you make to make sure that you |
| 23 | | were on the Rex Trail right-of-way when you were crossing |
| 24 | | Toghotthele lands? |
| 25 | A | That's the -- we had to build -- our ice road had to |

```
 1            meander, it couldn't be a straight road all the way up
 2            there, it had to meander, basically, right-of-way to
 3            right-of-way.  There was -- there was supposed to be
 4            constructed an existing trail.  It wasn't constructed in
 5            a lot of places within the cleared right-of-way so we
 6            constructed it but it was a meandering road, it didn't
 7            run straight for very long so as long as we stayed within
 8            the clearing limits, we were within the right-of-way.
 9    Q       And how did you know that?
10    A       Where you were and just what I said, as long as we stayed
11            within the cleared limits of the right-of-way that were
12            already cleared, we were on the intertie route.
13    Q       So you didn't bring out a surveyor or a.....
14    A       Well, they have -- they have plenty of surveyors there.
15    Q       Okay.  Was there a location done?
16    A       A location?
17    Q       In other words, did they do a location for you?  The --
18            did the surveyors do a location?
19    A       There was stationing all along the right-of-way where the
20            tower sites and that's what we used as the stationing was
21            the tower sites.
22    Q       Okay.  Now, you said there.....
23    A       This -- this was so -- I think you're getting confused on
24            something.  Golden Valley took care of this clearing in-
25            house.  They contracted out.  We did part of it.  TJ's
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 1
PAGE 5 OF 9

|   |   |   |
|---|---|---|
| 1 |   | Land Clearing did part of it. Proast did part of it and |
| 2 |   | this was all cleared prior to this contract being let. |
| 3 | Q | Okay. |
| 4 | A | So the existing clearing was in there. We didn't do any |
| 5 |   | clearing, you know, a new right-of-way or anything like |
| 6 |   | that. We followed the -- followed the routes. |
| 7 | Q | Okay. |
| 8 | A | We did do some where there was -- on a change order that |
| 9 |   | year but nothing -- you know, it -- it was in and done. |
| 10 | Q | And that was not -- you -- none of that change order |
| 11 |   | related to lands around the Kubanyi allotment? |
| 12 | A | No. |
| 13 | Q | Okay. In terms of the -- you said you did some |
| 14 |   | improvements in and around the Kubanyi allotment. |
| 15 | A | Mm-hmm (affirmative). |
| 16 | Q | Could you describe what those were? |
| 17 | A | In the fall of '02, I took my excavator and one of my |
| 18 |   | operators and I had him walk that excavator in all the |
| 19 |   | way from the highway to the right-of-way. The swamp |
| 20 |   | buggies running back and forth and four-wheelers tear up |
| 21 |   | the Rex Trail something fierce and we had a -- what's |
| 22 |   | called a cleanup bucket on it and we basically backed up |
| 23 |   | all the way out that trail and got rid of the depressions |
| 24 |   | that the swamp buggies made, filled the -- more or less |
| 25 |   | filled the tire ruts and that so it was a smooth surface |

-70-

```
 1  A   I don't recall him saying that to me.  No, and we -- we
 2      talked quite a long time about things.  It was mainly
 3      about Don is what we talked about.
 4  Q   Okay.  But you did talk about this hundred thousand
 5      dollars that they -- TCC was asking on behalf of the
 6      Kubanyi's?
 7  A   Later on we did that, not that next day.
 8  Q   Okay.
 9  A   It was several days later.
10  Q   Okay.  With regards to that conversation, did Victor ever
11      tell you that he thought that you had been trespassing on
12      the Kubanyi allotment?
13  A   I don't specifically recall that, you know?
14  Q   Okay.  Do you know whether or not TCC ever advised either
15      you or GVA or any of the other people associated with the
16      project that they were in trespass on the allotment?
17  A   No, I don't know that.
18  Q   Okay.  In terms of that stretch from Seven Mile to Six
19      Mile or from Seven Mile to the intersection of the
20      intertie, how -- what percentage of that is -- what is
21      the entire -- that's six miles, right?
22  A   I believe it is.
23  Q   Okay.  In terms of the other length of road that you were
24      responsible for building and maintaining, do you know
25      what the other portion -- remaining portion would have
```

```
 1              been?
 2    A    Well, approximate -- we had 78 miles, approximate,
 3         overall.  That was the Causna (ph) access, the Rex Trail
 4         access and the main line itself.
 5    Q    Okay.  And that's what the $3 million was over two years?
 6    A    Yeah.  Percentage wise, this was a very easy stretch
 7         because it's an existing trail.
 8    Q    Okay.
 9    A    Like I said, we did the improvements in October to it.
10         All I'm doing is just putting a little bit of surface on
11         it and going.
12    Q    Okay.  That's all I had.
```

### RECROSS EXAMINATION

BY MR. BORGESON:

```
15    Q    I -- well, I ju -- one question, you've said you took
16         direction from Mike Gearhart.  Did you work with Eric
17         Worthington as a representative of Global Power and
18         Communication?
19    A    Yes, I did.
20    Q    Okay.  So you'd take direction from him as well?
21    A    Yeah.  It -- it got to be more on that job that Mike, you
22         know, is who I -- I reported to.
23    Q    Okay.
24    A    But yeah, Eric -- I've known Eric for many years and if
25         Eric would asked me something, we would have responded to
```

-72-

```
 1              Eric also.
 2     Q    Okay.  I have no further questions on it.
 3              MR. VERMONT:  I don't have any.
 4              MS. TAVARES:  I don't have a question.
 5              MR. VERMONT:  Okay.  You're a free man.  Thank you.
 6              MR. WALLERI:  Just -- can I ask one more question?
 7              MR. VERMONT:  Oh, oh, I was afraid of that.
 8              MR. WALLERI:  I will be -- just one more question.
```

### REDIRECT EXAMINATION

BY MR. WALLERI:

```
11     Q    In terms of -- did you have a week -- well, two
12          questions.  Did you have a weekly project meeting prior
13          to the commencement of drying off -- water off of Seven
14          Mile?
15     A    We -- yes, we had a weekly meeting in a -- it was Friday
16          afternoons.
17     Q    Okay.  Did you -- would -- did you inform the project
18          team that you were going to be mobilizing and drawing
19          water off of Seven Mile at that weekly meeting?
20     A    I don't know if I specifically told them I'm going to
21          Seven Mile but they knew where our progress was.  It was
22          discussed at -- at the meetings.
23     Q    Okay.  And was Greg Lyman there?
24     A    He was at a lot of them.  I can't tell you that he was at
25          that one, you know, because Greg did miss some of them
```