

EXHIBIT 2
PAGE 1 OF 1