Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, et. al.

      Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, et. al
      Defendants.

Case No. 4:04-cv-0026 RRB

**AFFIDAVIT OF MARK SHERMAN**

STATE OF ALASKA    )
                            )ss
FOURTH JUDICIAL DISTRICT  )

Comes now, Mark Sherman, after being duly sworn, state as follows

1. I am not a party in the above captioned matter.

2. I have been retained as an expert in the field of construction contract administration and construction cost estimating in this matter.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Affidavit of Counsel

EXHIBIT 3
PAGE 1 OF 2

1 of 2

3. I have been performing construction cost estimates and managing and administering construction projects similiar to this for approximately 25 years in the normal course of my career.

4. In my review of the contract file made available to me it was my conclusion that the cost impact to the project as a result of the loss of use of 7-Mile Lake as a water source was documented by the contractor and it was unnecessary for me to develop an independent cost estimate.

5. The attached is a true and correct copy of my resume.

Mark Sherman

Sworn and subscribed to this 7th day of June, 2007.

Christine L Woodward
Notary Public for the State of Alaska
My commission expires: March 9, 2010

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Affidavit of Counsel

EXHIBIT 3
PAGE 2 OF 7

2 of 2

**SUMMIT**
CONSULTING SERVICES, Inc.

# *MARK B. SHERMAN, P.E.*
## CIVIL ENGINEER / FAIRBANKS OFFICE MANAGER

**EDUCATION**

B.S. Civil Engineering, 1980, College of Engineering,
Master of Civil Engineering, 1983, College of Engineering,
University of Alaska Fairbanks, Fairbanks, Alaska

**REGISTRATION**

Registered Professional Engineer, State of Alaska, CE 6508 (1984)

**SPECIFIC SKILLS AND EXPERIENCE**

- **Project Management** – Experienced project manager for civil and multi-discipline projects involving architectural, mechanical, structural, electrical, geotechnical and environmental planning and design. Projects have included civil earthwork and site construction, piped water and sewer systems, district hot water and steam heating, on-site water and wastewater systems, water supply and wastewater disposal, water and wastewater treatment, surface water hydrology, flood control, environmental assessments, land development, housing, commercial buildings and recreational facilities, and telephone projects. Experience also includes management of subconsultants and management of quality control/quality assurance, on-site inspection; and field engineering projects, contract scope and fee preparation and negotiations.
- **Construction Project Management and Administration** – Significant experience in construction administration and project engineering support for commercial facilities, schools, subdivisions, civil earthwork projects, utility infrastructure systems, roads and streets. Experience includes construction contract development and administration including periodic site inspections, full time site observation, review and approval of submittals, change order analysis and preparation, contractor pay request review and approvals and formal substantial and final completion inspections and construction claim preparation, evaluation and negotiations.
- **Civil Engineering Design and Planning Experience** – Technical experience in preparing master plans, feasibility studies, contract drawings and specifications for municipal utility systems, piped water/sewer systems, district heat systems, civil site design and landscaping, parking lots, site excavations, storm water and flood control projects, conventional water and wastewater treatment process design, constructed and natural wetland wastewater treatment, water supply, wastewater disposal, sewage lift stations and water pumping stations, roads, streets, airports, and residential structural design projects. Experienced in water, sewer and thermal modeling, arctic utility system design, concrete and asphalt design, and cost estimating for a wide variety of design projects.
- **Construction Inspection** – Experienced in asphalt, concrete and soil testing, concrete, steel and wood construction inspection, foundations, and all aspects of quality assurance and quality control for commercial structures, including electrical, mechanical, and architectural system inspections, evaluation, and testing.
- **Technical Proposals** - Analysis, development, and proposal preparation for a wide variety of engineering projects. Skills include project team selection and development, fee proposal preparation and presentations of project submittals in public and private forums, including broadcast media.
- **Environmental** – Planning and performance of contaminated site investigations, assessments and environmental permitting for construction projects.
- **Geotechnical** – Project scope development, field investigations, drilling, sampling and logging test holes, geotechnical analysis and recommendations and on-site observation for earthwork, concrete and asphalt projects.

**PROFESSIONAL WORK EXPERIENCE**

**July 2003 to Present:    Summit Consulting Services, Inc.**
**Design Professional/Fairbanks Office Manager**
Principal duties include planning, engineering design, and engineering project management for tasks associated with remote project construction; and management of the Fairbanks office of Summit Consulting, providing a principal point of contact in Fairbanks and interior Alaska.

EXHIBIT 3
PAGE 3 OF 7

**1984 to Present:**       Sherman Engineering, Fairbanks, Alaska
**Principal, Sole Proprietor**
Sherman Engineering is a small consulting civil engineering firm specializing in water supply, wastewater disposal, environmental, geotechnical, construction management, contract management, and general civil engineering consulting work for residential, commercial, small business and government projects. Emphasis has been on providing engineering services for small-to-medium size remote facilities, including villages and lodges.

**April 2001 – April 2003:**       ASCG, Inc. – Anchorage, Alaska
**Associate Vice President, Sanitation Facilities Department Manager**
Supervised up to 10 engineers, planners and technicians in the development of plans, specifications, permitting and reports; prepared and presented proposals and conducted public hearings and presentations; responsible for project budgets, schedules, contract negotiations client/program development and marketing, and staff training and development.

**August 1995 – April 2001**       Design Alaska, Inc. - Fairbanks, Alaska
**Chief Civil Engineer**
Supervised up to 4 engineers and technicians in the preparation of engineering plans, specifications and reports; conducted construction progress inspections and provided construction administration support for a wide variety of construction projects, prepared design proposals and fee estimates, and presented project-related design and construction issues in public and governmental forums. Responsible for project budgets, schedules, contract negotiations and client development.

**July 1992 to July 1995:**   Nortech Environmental and Engineering Consultants, Fairbanks, Alaska
**Director of Civil Engineering and Project Manager.**
Principal-in-charge of all civil engineering design, construction management, and field engineering services; and project manager for environmental engineering services. Supervised and directed staff engineers, technicians and subconsultants.

**March 1991 to January 1992:**       CMH Consultants, Fairbanks, Alaska
**Design Civil Engineer and Project Manager**
Provided civil design expertise and overall project management for design projects.

**May 1990 to October 1990:**       Alyeska Pipeline Service Company
**Construction Supervisor**
Principal on-site representative for APSC at Pump Station No. 1 in Prudhoe Bay for a major pipeline renovation project involving the releveling and reinsulation of below-ground mainline oil pipe connections to the Pump Station. Responsible for day-to-day supervision of the Contractor Construction Superintendent and all related construction activities. Assumed primary responsibility for contractor compliance with Alyeska requirements regarding employee safety and the protection of Alyeska property and environment.

**July 1989 to May 1990:**   RG & B Contractors, Inc.
**Contractor Quality Control Engineer**
Provided contractor quality control and field engineering services on new and renovated military construction projects, and conducted on-site inspections of all work to verify compliance with Contract plans and Specifications.

**1987 to 1989:**   City of Fairbanks Municipal Utilities System,
**Civil Engineer/Right-of-Way Agent, Telecommunications Division**
Contract Manager and Civil Engineer for Telephone Outside Plant contract and in-house construction projects.

**1983-1987:**   City of Fairbanks Engineering Division
**Project Engineer/Project Manager**
Provided project engineering and project management for a wide variety of municipal capital improvement projects.

**1979 to 1983:**   Shannon and Wilson, Inc., Fairbanks, Alaska
**Staff Engineer**
Prepared proposals and performed field work for geotechnical site investigations throughout Alaska, including drilling, logging, sampling, field surveying, laboratory testing, and final report and recommendation preparation.

*Resume of Mark B. Sherman, P.E.* *Page 3*

**Project Management, Engineering Design,**
**Field Engineering, and Engineering Planning and Investigation**

*Sherman Engineering*
- Nulato Lower Townsite Teacher Housing Water/Sewer Improvements
- Birch Creek Village Sewage Lagoon and Water System
- Hangar No. 1 Fire Sprinkler Supply Main, Ft. Wainwright
- Northstar Center Water Treatment System, Fairbanks
- Homestead Rentals Water Treatment System, Fairbanks
- 30th Avenue Sewer Main, Fairbanks
- GSA/U.S. Customs Alcan Border Facility Housing Upgrade
- FNSB Aurora Elementary School Site Inspections, Ft. Wainwright
- McKinley Raft Tours, Denali Park
- Grizzly Bear Campground, Denali Park
- McKinley Village Hotel, Denali Park
- Denali View Hotel, Denali Park
- Denali Cabins, Denali Park
- Otto Lake RV Park, Healy

*ASCG, Inc.*
- Japonski Island Infrastructure Master Plan – City and Borough of Sitka
- Stevens Village Sanitation Feasibility Study/Landfill Design – Village Safe Water
- Venetie Haul System Feasibility Study – Alaska Native Tribal Health Consortium
- Venetie Sanitation Master Plan – Alaska Native Tribal Health Consortium
- Arctic Village Sanitation Feasibility Study – Village Safe Water
- Gulkana Sanitation Master Plan – Alaska Native Tribal Health Consortium
- Lime Village Sanitation Master Plan – Alaska Native Tribal Health Consortium
- Ekuk/Clark's Point Sanitation Master Plan – Village Safe Water
- Environmental Assessments, 5 North Slope Villages – North Slope Borough Housing
- Talkeetna Sewer Improvements and Wetland Wastewater Treatment – Matanuska-Susitna Borough
- Ambler Sewage Lagoon and Force Main - – Alaska Native Tribal Health Consortium
- Ambler Water Well Design – Alaska Native Tribal Health Consortium
- Ambler Water Treatment Plant Design – Alaska Native Tribal Health Consortium
- Barrow Utility System Improvements (2002-2003) – BUECI
- Badger-Richardson Safe Water Association Water System - Geotechnical, Hydraulic, Thermal Design

*Design Alaska*
- Clear Air Station POL Fire Line Extension
- Clear Air Station Maintain and Upgrade Existing Parking and Landscaping
- Clear Air Station Radar Upgrade, Water/Wastewater Systems
- EAFB Repair Hardstands
- EAFB Utilidor Phase I Upgrade
- EAFB Contaminated Snow Storage Facility
- AKANG Area wide Landscape and Storm Water Planning, EAFB
- AKANG Fuel Systems Maintenance Hangar - Eielson AFB, Alaska
- FWW Power Plant Site Upgrades
- FWW Repair Utilidors, Phase I
- FWW Military Operations in Urban Terrain (MOUT) Collective Training Facility
- Valley Water System Analysis, North Pole, Alaska
- Aurora Energy, District Hot Water Line Extension, Fairbanks, Alaska
- Doyon Industrial Facility, Fairbanks
- Doyon Estates Subdivision, Fairbanks
- Doyon - Morris Thompson Building
- Doyon - Chief Peter John Tribal Hall
- LDS Church Education Center, Fairbanks
- LDS Church, North Pole Stake Structural Repairs and Parking Lot Improvements
- Mapco Refinery Asphalt Loading Dock Structural Repairs

EXHIBIT 3
PAGE 5 OF 7

*Design Alaska (continued)*
- GVEA North Pole refinery Water System Extension
- GVEA Zhender Plant Bulk Fuel Storage Improvements
- GVEA Spill Prevention, Control and Countermeasure Plans
- Mountain Village Bulk Fuel Storage
- UAF Poker Flat Research Range DataLynx Project
- UAF Taku Tunnel Renovation
- UAF Fine Arts Complex Renewal
- UAF Brooks Building Renewal
- ADOT/PF Cordova AARF Onsite Water and Wastewater Design
- ADOT/PF Wendell, Lacey, Noble and 1st Ave. Street Intersection Design
- ADOT/PF Valdez AARF Facility
- Fairbanks Gold – True North and Ryan Lode Site Design
- Fairbanks Gold – Ryan Load Access Road design
- Fairbanks Gold – True North/Steese Highway Underpass
- FNSB Hunter School Renovation
- FNSB Tanana Middle School Sewer Repair
- FNSB Dennis Road Flood Control
- FNSB North Pole High School Sewer Repair
- FNSB Salcha Elementary School Renovations
- FNSB Nordale Elementary School Renovations
- FNSB Denali Elementary School Renovations
- FNSB Ryan Middle School Renovations
- FNSB Lathrop High School Additions and Renovations
- FNSB Randy Smith Middle School
- FNSB Noel Wien Library Expansion, Fairbanks
- FNSB Barnette Elementary School Renovation
- Interior Regional Housing Authority Ft. Yukon Subdivision Housing Project
- Interior Regional Housing Authority Fairbanks Headquarters Vehicle Maintenance Shop
- Interior Regional Housing Authority Otter Road Subdivision
- Nulato Health Center, Nulato, Alaska
- State of Alaska Fairbanks Courthouse Excavation and Site Design
- AHFC Beringvue Subdivision Improvements, Nome
- AHFC Bethel Heights Road Improvements, Bethel
- Nulato Lower Townsite Lagoon and Wastewater Wetland Treatment System - VSW
- North Star Center Water and Wastewater Systems, Fairbanks
- Wastewater Lagoon Expansion, Kipnuk School, Kipnuk
- Lake Minchumina Water and Sewer Master Plan – VSW
- Badger-Richardson Safe Water Association Water System Design – Village Safe Water
- Sewer and Water System Expansion, City of Nenana
- Wastewater System, GSA/US Customs Haines Border Station
- Wastewater Lagoon and Treatment Plant, Newtok School, Newtok
- Kantishna Roadhouse Septic System Upgrades.
- Golden Heart Softball Association Softball Complex and Field House

*Nortech*
- Kasigluk School Water Treatment Plant Design
- Cantwell Lodge Wastewater System
- Chena Hot Springs Wastewater Disposal System Upgrade
- Summit Paving Dewatering Permit
- Summit Paving Storm Water Pollution and Prevention Plans
- Barricades Groundwater Contamination Investigation
- Alaska Gateway School District Lead and Copper Studies

EXHIBIT 3
PAGE 6 OF 7

*CMH Consultants*
- EAFB E-11 Tank Farm Upgrade
- EAFB Power Plant Water Treatment Renovation
- EAFB Central Heat and Power Plant Slab Repair
- EAFB Central Heat and Power Plant Conveyor Replacement
- West Valley High School Condensate Return Redesign
- West Valley High School Buried Fuel Tank Replacement
- Alaska Fire Service Ventilation Upgrade

*RG&B Construction*
- Combat Vehicle and Field Maintenance Facility, Kanehoe Marine Corps Air Station, Hawaii
- Barracks Renovation, Ft. Wainwright
- Barracks & Admin. Renovation, Ft. Wainwright

*City of Fairbanks/Municipal Utilities System Telecommunications*
- Downtown Utilidor and Street Upgrade
- Water Treatment Plant Expansion
- South Fairbanks Community Center
- 10th Avenue Upgrade
- 3rd Avenue Steamline Rehabilitation
- Citywide Fire Hydrant Improvements
- Barnette Street Parking Lot
- Barnett Street Telephone Duct bank
- Telephone Outside Plant System Expansion Contracts

*Shannon & Wilson, Inc*
- Noatak River Fish Hatchery, Kotzebue
- Homer High School
- West Anchorage Sewer Interceptor
- Nome-Teller Road
- Fox Island Fish Hatchery, Cordova
- North Pole High School
- Nome-Beltz High School Swimming Pool
- Nome-Council Road
- Campbell Creek Industrial Park, Anchorage
- Kalifonsky Point Grade School
- East Ramp, Fairbanks International Airport
- Birch Creek Airport
- Alascom Microwave Transmitter, Glennallen
- Usibelli Coal Mine Slope Stability, Healy
- Alaska Northwest Gas Transportation System Laboratory Frost Heave Testing

EXHIBIT 3
PAGE 7 OF 7