# Tanana Chiefs Conference
### Chief Peter John Tribal Building
122 First Avenue, Suite 600
Fairbanks, Alaska 99701-4897
(907) 452-8251    Fax: (907) 459-3850

**SUBREGIONS**

**UPPER KUSKOKWIM**
McGrath
Medfra
Nikolai
Takotna
Telida

**LOWER YUKON**
Anvik
Grayling
Holy Cross
Shageluk

**UPPER TANANA**
Dot Lake
Eagle
Healy Lake
Northway
Tanacross
Tetlin
Tok

**YUKON FLATS**
Arctic Village
Beaver
Birch Creek
Canyon Village
Chalkyitsik
Circle
Fort Yukon
Venetie

**YUKON KOYUKUK**
Galena
Huslia
Kaltag
Koyukuk
Nulato
Ruby

**YUKON TANANA**
Alatna
Allakaket
Evansville
Fairbanks
Hughes
Lake
   Minchumina
Manley Hot
   Springs
Minto
Nenana
Rampart
Stevens Village
Tanana

August 2, 2006

Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701

Re: Kubanyi v. GVEA

Dear Mr. Walleri,

After reviewing the legal memorandum filed for this case and the damages you are seeking I must kindly decline the assignment. As a licensed real estate appraiser I perform real estate valuations and am by the Uniform Standards of Professional Appraisal Practice held to certain standards. An appraisal of the trespass would from a real estate appraiser's view involve a "before and after" valuation of the property. As you know, the value of such small area and short trespass period would result in a nominal value. In your case where damages in the amounts of profits received by the trespasser would include cost estimates for ice road construction is something that I'm not competent and qualified to do. My recommendation would be to find a professional civil engineer with ice road construction experience. I believe such person would be a very credible and convincing for your case.

Sincerely,

*[signature]*

Hans Axelsson
Alaska Certified General Appraiser No. 432

EXHIBIT 1  PAGE 1 OF 1

Tanana Chiefs Conference is a unified voice advancing Tribal governments, economic and social development, promoting physical and mental wellness, educational opportunities and protecting language, traditional and cultural values.