IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI,
AILEEN WELTON, ELIZABETH
TUZROYLUK, DORIS KUBANYI,
VICTOR KUBANYI, BOBBY KUBANYI,
ARLETTE KUBANYI, and BRIAN
BAGGETT,

        Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC
ASSOCIATION, DAVE CRUZ, individually
and d/b/a/ CRUZ CONSTRUCTION,
BLACK & VECH CORPORATION, JAKE
COVEY AND PATRICK NELSON,

        Defendants.

Case No. F04-0026

## PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO GOLDEN VALLEY ELECTRIC ASSOCIATION,

**To: Golden Valley Electric Association**

    Plaintiff, Don Kubanyi, by and through counsel, Michael J. Walleri, pursuant to Federal Rules of Civil Procedure, submits the following discovery requests to Defendant Golden Valley Electric Association.

Michael J. Walleri
Attorney at Law
[address]
Fairbanks, Alaska 99701
(907) 452-7716
FACSIMILE
907 452-[illegible]

EXHIBIT 1
PAGE 1 OF 6

*Kubanyi v. GVEA*
Plaintiff's Second Set of Discovery Requests: GVEA

1 of 6

I. **INTERROGATORIES:** Pursuant to and incorporating the Federal Rules of Civil Procedure, Rules 26 and 33, and in accordance with the procedures and definitions below, plaintiff Don Kubanyi requests that you respond to the following Interrogatories under oath and deliver your answers to the Law Offices of Michael J. Walleri, 330 Wendell Street, Suite E, Fairbanks, AK 99701, within thirty (30) days of receipt.

II. **PRODUCTION REQUESTS:** Pursuant to and incorporating the terms of the Federal Rules of Civil Procedure, 26 and 34, and in accordance with the procedures and definitions below, please produced the documents or materials requested below at the Law Offices of Michael J. Walleri, 330 Wendell Street, Suite E, Fairbanks, AK 99701 on or before thirty (30) days of receipt.

III. **DEFINITIONS**

"Identify" means to state the person's full name, any business name with which the person is associated, present address and telephone number.

"You" or "your" or "yours" means Golden Valley Electric Association, or his agents, assigns and successors in interest, any associated or affiliated persons or corporation, any past and present employees, officers, agents, directors and principals, and any independent but employed, hired or retained agents, consultants or experts.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

EXHIBIT 1
PAGE 2 OF 6

## INTERROGATORIES

### Interrogatory Number 18:

Please state the factual basis for GVEA's counterclaims against the Plaintiff's, excluding any and all facts specifically alleged in GVEA's counterclaim filed in Court.

Answer:

### Interrogatory Number 19:

Please describe the conduct of each named plaintiff giving rise to GVEA's counterclaims against the Plaintiffs.

Answer:

### Interrogatory Number 20:

EXHIBIT 1
PAGE 3 OF 6

Michael J. Walleri
Attorney at Law
Wendell St., Suite
Fairbanks, Alaska
FACSIMILE

Kubanyi v. GVEA
Plaintiff's Second Set of Discovery Requests: GVEA

3 of 6

Please describe the amount of damages claimed by GVEA in is counterclaims. The term describe means to state

a) the categories of damages (compensatory, liquidated, consequential, etc.)

b) the amount of each such category

c) whether such damages reflect costs actually incurred by GVEA,

d) if such damages reflect costs incurred by GVEA, the date, amount, identity of payee, and description of goods or services received in exchange for such costs.

**Answer:**

## REQUEST FOR PRODUCTION

**Request for Production Number 4:**

Please provide copies of all invoices, receipts, reports, communications, contract modifications, and daily logs respecting activities of GVEA, its contractors, which

Michael J. Walleri
Attorney at Law
...Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4715
FACSIMILE
(907) 452-4725

EXHIBIT 1
PAGE 4 OF 6

*Kubanyi v. GVEA*
Plaintiff's Second Set of Discovery Requests: GVEA

4 of 6

document costs incurred by GVEA in support of its claimed counterclaims against the above named Plaintiffs.

Dated this 6th day of March, 2007, at Fairbanks, Alaska.

                                                  Michael J. Walleri
                                                  Attorney for Plaintiff
                                                  Alaska Bar No. 7906060

STATE OF ALASKA        )
                                 ) ss.
FOURTH JUDICIAL DISTRICT  )

I, _____, the authorized agent for GVEA, being first duly sworn this _____ day of _____, 2005, upon oath, depose and state:

GVEA am a defendant in the above-entitled action, I have read the answers to the interrogatories and know the contents thereof. The answers contained herein are true and correct to the best of my knowledge, except such answers as are stated to be upon information and belief, and as to those answers, I believe them to be true.

                                                  _____
                                                  Authorized Agent

Michael J. Walleri
Attorney at Law
[address illegible]
Fairbanks, Alaska 99701
[phone illegible]
FACSIMILE
[phone illegible]

EXHIBIT 1
PAGE 5 of 6

Kubanyi v. GVEA
Plaintiff's Second Set of Discovery Requests: GVEA                      5 of 6

SUBSCRIBED AND SWORN TO before me on this ____ day of _____, 2007.

_____
Notary Public in and for Alaska
My commission expires: _____

Certificate of Service:
I certify that a copy of this document was mailed on the 7th day of March, 2007 to:

Cory Borgeson
Borgeson & Burns
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

_____

Michael J. Walleri
Attorney at Law

[address illegible]
Fairbanks, Alaska 99701
[phone illegible]
FACSIMILE
[illegible]

EXHIBIT ___1___
PAGE __6__ OF __6__