## MICHAEL J. WALLERI

Attorney at Law
[address illegible]
Fairbanks, AK 99701
907-452-4[illegible]
fax 907-452-4[illegible]
email: walleri@gci.net

July 3, 2007

Cory Borgeson
Borgeson & Burns
Key Bank Center
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Re: *Kubanyi v. Golden Valley Electric Association*

Dear Cory:

    As per our agreement earlier today at Greg Wyman's deposition, you agreed to provide all weekly progress meeting reports on the Intertie Project after January 24, 2003; any and all notes, communications, and or internal or external memorandum's with contractors regarding the Kubanyi's or the relocation of watering points from 7 Mile Lake to Fish Creek after the March 1, 2003 incidents. Thank you for your cooperation, which is intended to avoid discovery motion practice.

Sincerely,

Michael J. Walleri