# MICHAEL J. WALLERI

*Attorney-at-Law*
*330 Wendell St., Suite C*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email: walleri@gci.net*

July 11, 2007

Michael C. Kramer
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

                Re:    *Kubanyi v GVEA et. al.*
                         *Discovery & Deadline Extension*

Dear Mike:

During our last depo of Greg Wyman, Cory indicated that indicated that GVEA would provide copies of the weekly progress meeting notes, copies of all correspondence (interal and external) relating to the Kuybani's, etc. We have not received this information. Could you please advise as to when this information will be forth coming.

Friday is our deadline for motions in limine and discovery motions. Will you agree to extend these deadlines to three weeks following production of the above referenced documents. If not, we will be forced to file motions to compel and motions to extend in limine motions deadlines to meet our deadline.

Sincerely,

*[signature]*
Michael J. Walleri

EXHIBIT 3
PAGE 1 OF 1