WEEKLY PROGESS MEETING MINUTES
Dryden & LaRue, Inc./GVEA/Global Power & Communications
February 28, 2003

Attendees:

| | |
|---|---|
| Black & Veatch (BV) | Rick Mucha |
| Golden Valley Electric (GVEA) | Bob Fath |
| Dryden and LaRue (DL) | Dick Warner |
| | Mike Nies |
| | Brenda Hansen |
| Global Power & Communications (GPC) | Mike Gearhart |
| | Eric Worthington |
| | Aaron Combs |
| | Kelly Ott |
| | Chris Curnow – City Electric (CE) |
| | Dave Cruz - Cruz Construction (CC) |
| DNR | Stu Pechek |

This meeting took place at the GVEA office in Fairbanks on Friday, February 28, 2003.

## NI-8  NORTHERN INTERTIE TANANA FLATS:

1. BV has contacted Range Control and set up our access authorization through the month of March.

2. BV announced that we have been given the authorization from DNR to groom the ROW section from Structures # 184 - # 156. DNR additionally authorizes CC to make snow to fulfill the 12" of snow requirement before constructing this portion of the ice road, and preparing the surface before making snow.

3. DNR gave authorization to enter the Rex Trail from Structure # 155 with the snow making machine and rollagon. CC said he is set up (for hauling water) at 7-Mile Lake about 150' from shore. There is 32" of ice over 10" of water on the lake for a total of 42". A land owner expressed concern regarding our access to the lake, but our DNR permit allows us access on the southwest corner.

4. DNR asked that GPC place safety signs (15 mile/hour) warnings where we have curves and/or blind spots on the ROW. This might help to slow vehicles down – we need to beware of snow mobiles and dog mushers.

5. CE informed GVEA they were short twelve (12) clevis bells and Y-balls. A shipment of Y-balls was just received and was ready for pickup at GVEA's warehouse. GVEA said he will check on the clevis bells, but for CE to continue to look for them.

6. GPC asked again about the missing marker balls. The first shipment of plastic failed the voltage test. GVEA may supply balls issued to PAR as a stop gap measure. GPC has been directed to put up marker balls from the north going south on the ROW until they run out.

7. DC asked about PAR's scheduling and access. They will be parking on ROW and then using snowcats to take personnel to top of hill. They will be aware of the tower setting schedule to avoid confusion. PAR has received permission to take a D7 with ice grouser's to Str #155. GPC and CC were concerned about damage to the Rex Trail and to the access road to Str #156. PAR will truck in their dozer to Str #157 on a lowboy to minimize damage to GPC/CE's access road per GVEA.

8. CE asked which of the ROW signs moved. The sign on the staking sheet at Structure # 473 moves north to the south side of the Tanana River.

9. DL discussed coordination of demobilization of the northern section of NI-8 from the Wood River north which is expected to begin 3/5/03.

## NI-9   NORTHERN INTERTIE RIVER CROSSING:

10. BV asked CE if they could take down the yard light (the one in the conflicting location) at North Star yard. CE responded he would, just as soon as his crew gets back from Nenana.

11. CC said he would be hauling rip rap in at Structure # 505 on Monday, next week. CC said the clearance limits were checked and it had not been cleared back far enough, so he will push that debris back a little further. BV told him to be sure and knock off any snow and ice that had accumulated at the site also. See Spec. section 2210, 3.01.

12. BV announced that a maintenance crew from GVEA will be going through sometime soon and taking down any "danger" trees.

13. GPC presented a two-week look ahead schedule, e-mail copies were received.

14. Next meeting is Friday, March 7, 2003 at 9:30 a.m. in Nenana.

EXHIBIT 4
PAGE 2 OF 3

## SIGN-IN SHEET FOR PROJECT STATUS MEETING

NI-8 and NI-9

DATE: Fri 28 Feb 03

| ***** NAME ***** | ***** COMPANY ***** | ***** PHONE ***** |
|---|---|---|
| Rich Masha | B&V | 458-5731 |
| R S Warner | W/LR | 452 5242 |
| Brenda Jansen | D & LR | 452-5242 |
| Stu Pechek | DNR | 451-2733 |
| Kelly Ott | GPC | 452-5210 ext 40 |
| Aaron Combs | GPC | 590-3013 |
| Mike Nies | Dryden & La Rue | 378-8310 |
| Dave Cruz | Cruz Construction | 373-8209 |
| Chris Luxnow | CEI | 452-7158 |
| Bob Fath | GVEA | 451-5620 |
| Mike Gebhardt | GPC/CEI | 452-5210 |
| Eric Worthington | GPC | 452-5210 |



EXHIBIT 4
PAGE 3 of 3