LAW OFFICES
# Borgeson & Burns
A PROFESSIONAL LEGAL CORPORATION
KEYBANK CENTER · 100 CUSHMAN STREET · SUITE 311 · FAIRBANKS, ALASKA 99701

TELEPHONE (907) 452-1666
FACSIMILE (907) 456-5055

**ATTORNEYS**
Cory R. Borgeson
John J. Burns
Renner J. Eberlein*
Michael C. Kramer
Nikole V. Schick †
\* licensed only in NC, SC
† licensed also in WA

**LAW CLERKS**
Soraya F. Rudofsky

**LEGAL ASSISTANTS**
Patrick B. Carroll, CLA
Sue Fagan

March 30, 2007

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

Re: Kubanyi, et al. v GVEA, et al.

Dear Mike:

We do not oppose reasonable extensions and have provided you several opportunities to do discovery before the deadline passed. At Mr. Sherman's deposition you mentioned wanting some discovery and I invited you to make whatever requests you wanted. You never sent over any requests, nor advised us what you were looking for until your recently filed reply brief.

We are more than happy to accommodate your request for a round of written discovery, followed by the deposition of Mr. Wyman. Our conditions include receipt of the written discovery questions by next Friday, April 6th and the scheduling of Mr. Wyman's deposition in mid-May so as not to derail our trial. We also ask that you stipulate to the court addressing our Motion in Limine to exclude Sherman.

If you agree with the terms of this proposed stipulation, please draft one up and send it over for us to sign.

Very truly yours,

BORGESON & BURNS, PC

Michael C. Kramer

LAW OFFICES
# Borgeson & Burns
A PROFESSIONAL LEGAL CORPORATION
KEYBANK CENTER · 100 CUSHMAN STREET · SUITE 311 · FAIRBANKS, ALASKA 99701

TELEPHONE (907) 452-1666
FACSIMILE (907) 456-5055

ATTORNEYS
Cory R. Borgeson
John J. Burns
Renner J. Eberlein*
Michael C. Kramer
Soraya F. Rudofsky ‡
Nikole V. Schick †
 * licensed also in NC, SC
 ‡ licensed only in NY
 † licensed also in WA

LEGAL ASSISTANTS
Patrick B. Carroll, CLA
Sue Fagan

July 12, 2007

Michael Walleri
330 Wendell Street
Fairbanks, AK  99701

Re:   Kubanyi v GVEA

Dear Mike:

Enclosed are the weekly progress meeting reports you requested. I have checked again with Mr. Wyman and we are not aware of any correspondence involving the Kubanyis other than that already exchanged. We cannot agree to another extension of deadlines. If the enclosed material provided raises any significant issues, please call and discuss before filing any more motions. We are very concerned about the escalating cost of pretrial litigation and extending deadlines again at your request will only serve to unnecessarily increase expenses for all parties.

We hope to certify this case ready for trial next week and hope you can join in a request for a trial date.

Very truly yours,

BORGESON & BURNS, PC

Michael C. Kramer

MCK.kad

Enclosures:   As stated

The following minutes were sent to Walleri

March 14, 2003
March 7, 2003
February 28, 2003
February 21, 2003
February 14, 2003
February 7, 2003
January 31, 2003
January 24, 2003
January 17, 2003
January 10, 2003
January 3, 2003
December 13, 2002
December 9, 2002
November 22, 2002
November 15, 2002
November 1, 2002
October 9, 2002