LAW OFFICES
# Borgeson & Burns
A PROFESSIONAL LEGAL CORPORATION
KEYBANK CENTER • 100 CUSHMAN STREET • SUITE 311 • FAIRBANKS, ALASKA 99701

TELEPHONE (907) 452-1666
FACSIMILE (907) 456-5055

**ATTORNEYS**
Cory R. Borgeson
John J. Burns
Renner J. Eberlein*
Michael C. Kramer
Nikole V. Schick †
 * licensed also in NC, SC
 † licensed also in WA

**LAW CLERKS**
Soraya F. Rudofsky

**LEGAL ASSISTANTS**
Patrick B. Carroll, CLA
Sue Fagan

June 21, 2007

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

Re: Kubanyis v GVEA

Dear Mike:

Upon receipt of your letter unilaterally setting Mr. Wyman's deposition for July 3rd, I called Chris at your office and suggested we agree on a mutually agreeable date. We focused on July 12th or 13th as dates everyone was available. Chris never confirmed a time and when I spoke with her today, she indicated the July 3rd date would stand. This letter is to advise you we cannot be there and to again ask you to schedule at a date convenient for Mr. Wyman and all counsel.

Our belief is that you only tried to schedule this deposition with one letter dated March 6th (that we received through Mr. Quinn) (enclosed). We responded to your deposition request by stating we wanted it complete by mid May (letter of March 30th enclosed). You never responded. It is now mid June and you unilaterally impose a time on us when we cannot attend. Please reschedule for July 12th or 13th as we discussed with Chris and advise us the time.

We appreciate your anticipated courtesy.

Very truly yours,

BORGESON & BURNS, PC

Michael C. Kramer

Enclosures:  As stated