# MICHAEL J. WALLERI

Attorney-at-Law
330 Wendell Street, Suite E
Fairbanks, AK 99701
(907) 452-4716
fax: (907) 452-4725
email: walleri@gci.net

June 19, 2007

Michael C. Kramer
Borgeson & Burns
Key Bank Center
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Re: *Kubanyi v. Golden Valley Electric Association*

Dear Mr. Kramer:

I have attempted repeatedly to schedule a mutually convenient time to depose Greg Wyman with no response from your office. My office has scheduled Mr. Wyman's deposition for July 3, 2007 at the office of Liz D'Amour. My paralegal will be faxing the notice before noon. Thank you for your time. If you should have any questions, please do not hesitate to contact our office.

Sincerely,

Michael J. Walleri