LAW OFFICES
# Borgeson & Burns
A PROFESSIONAL LEGAL CORPORATION
KEYBANK CENTER · 100 CUSHMAN STREET · SUITE 311 · FAIRBANKS, ALASKA 99701

TELEPHONE (907) 452-1666
FACSIMILE (907) 456-5055

ATTORNEYS
Cory R. Borgeson
John J. Burns
Renner J. Eberlein*
Michael C. Kramer
Soraya F. Rudofsky ‡
Nikole V. Schick †
  * licensed also in NC, SC
  ‡ licensed only in NY
  † licensed also in WA

LEGAL ASSISTANTS
Patrick B. Carroll, CLA
Sue Fagan

July 12, 2007

Michael Walleri
330 Wendell Street
Fairbanks, AK 99701

Re: Kubanyi v GVEA

Dear Mike:

Enclosed are the weekly progress meeting reports you requested. I have checked again with Mr. Wyman and we are not aware of any correspondence involving the Kubanyis other than that already exchanged. We cannot agree to another extension of deadlines. If the enclosed material provided raises any significant issues, please call and discuss before filing any more motions. We are very concerned about the escalating cost of pretrial litigation and extending deadlines again at your request will only serve to unnecessarily increase expenses for all parties.

We hope to certify this case ready for trial next week and hope you can join in a request for a trial date.

Very truly yours,

BORGESON & BURNS, PC

Michael C. Kramer

MCK.kad

Enclosures: As stated