Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR  KUBANYI,  BOBBY  KUBANYI, ARLETTE KUBANYI, and   BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINES FOR FILING DISCOVERY MOTIONS AND MOTIONS IN LIMINE RELATING TO GVEA'S COUNTERCLAIMS** |

Case No. 4:04-cv-0026 RRB

**UPON** Plaintiffs' motion for a 30-day extension of deadlines for Filing

Discovery Motions and Motions *in Limine* Relating to GVEA's Counterclaims and

the Court being apprised of the premises therein,

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo to Extend Deadline

IT IS HEREBY ORDERED, that Plaintiff's motion to extend deadline is hereby

**GRANTED.** Plaintiffs' Discovery Motions and Motions *in Limine* Relating to

GVEA's Counterclaims shall be filed on or before Monday, August 27, 2007.

Date: 8/24/07

S/ RALPH R BEISTLINC
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on July 13, 2007 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo to Extend Deadline

2 of 2