**KALEN & ASSOCIATES, INC. :**   *Engineers & Surveyors*

1941 Chena Ridge Road
Fairbanks, Alaska 99709
(907) 479-2623   Fax (907) 479-8830

*Land Surveys   Mineral Surveys   Subdivisions*
*Civil Engineering   Forensic Expertise   CADD*

## SURVEYOR'S REPORT

## ORDINARY HIGH WATER AT SEVEN MILE LAKE ON THE REX TRAIL

By Patrick Kalen, PLS, for Case No. F04-0026
October 18, 2006

**What is at issue:** The location of the ordinary high water line of Seven Mile Lake is to be determined. The owners of USS 9954 maintain there cannot be access to Seven Mile Lake from the Rex Trail because they own the land abutting the lake where the trail passes by, and that their land lies between the lake and the fifty foot wide trail right of way. Verbal testimony made to the surveyors in the field indicate that the owners requested the BLM surveyors to make sure the lake meander separated the lake from the trail. They have always believed that there can be no access to the lake from the Rex Trail. A report by Eric Stahlke, PLS, in the employment of Tanana Chiefs Conference was written. It supports the position of the owners of USS 9954, reporting an opinion that the ordinary high water is located 44.7 feet from the Rex Trail right of way. We read this report and studied exhibits that are attached to it. Our initial impression was that there may be discrepancies, as Photo No 2 of the TCC report, derived from an aerial photograph taken by Aeromap on May 17, 2002 showed what appeared to be water continuous from Seven Mile Lake into the Rex Trail.

The definition of ordinary high water is found in both federal and state law. The Federal definition is in **33 CFR § 329.11 – Geographic and jurisdictional limits of rivers and lakes,** as follows:

> **a. Jurisdiction over entire bed.** Federal regulatory jurisdiction, and powers of improvement for navigation, extend laterally to the entire water surface and bed of a navigable waterbody, which includes all the land and waters below the ordinary high water mark. Jurisdiction thus extends to the edge (as determined above) of all such waterbodies, even though portions of the waterbody may be extremely shallow, or obstructed by shoals, vegetation or other barriers. Marshlands and similar areas are thus considered navigable in law, but only so far as the area is subject to inundation by the ordinary high waters.
>
> **1.** The **"ordinary high water mark"** on non-tidal rivers is the line on the shore established by the fluctuations of water and indicated by physical characteristics such as a clear, natural line impressed on the bank; shelving; changes in the character of soil; destruction of terrestrial vegetation; the presence of litter and debris; or other appropriate means that consider the characteristics of the surrounding areas.

EXHIBIT __1__
PAGE __1__ OF __32__

2. **Ownership** of a river or lake bed or of the lands between high and low water marks will vary according to state law; however, private ownership of the underlying lands has no bearing on the existence or extent of the dominant Federal jurisdiction over a navigable waterbody.

The State of Alaska has a similar legal definition of the term in **11 AAC 53.900 DEFINITIONS**. It is quoted as follows:

(23) "ordinary high water mark" means the mark along the bank or shore up to which the presence and action of the nontidal water are so common and usual, and so long continued in all ordinary years, as to leave a natural line impressed on the bank or shore and indicated by erosion, shelving, changes in soil characteristics, destruction of terrestrial vegetation, or other distinctive physical characteristics;

Because of the use of the term "mean high water" in the TCC report, we also take note of what the legal meaning of that term is in Alaska law, as follows:

(14) "mean high water" means the tidal datum plane of the average of all the high tides, as would be established by the National Geodetic Survey, at a place subject to tidal influence;

(15) "mean high water line" means the intersection of the datum plane of mean high water with the shore;

Our initial task was to make an ordinary high water determination, and verify whether or not the Rex Trail intersected the south shore of Seven Mile Lake. If it did not, the task would be essentially complete. Further investigation would be justified should we find that the ordinary high water line did overlap the Rex easement. We are aware of the State of Alaska position that RS 2477 trail rights of way are 100 feet wide. However, for this case, we use the Federally recognized right of way through USS 9954 of 50 feet.

**Field surveys:** Survey Control at Seven Mile Lake was established using static differential GPS methods with ties to NGS control monuments Z117 and Field, both 1st Order horizontal control and 1st Order, Class 2 vertical control. They are located close to the Parks Highway along the way from Fairbanks to the Rex Trail entrance. The basis for coordinates is NAD 27 and the vertical reference is Mean Sea Level, or NGVD 29. While it is increasingly an industry standard to use NAD 83 and the NGVD 88, we use the older NAD 27 because all BLM work is conducted using it.

Since Z117 was closer to the project, we used it as the basis of coordinates and elevations, tying to Field, a monument at the Nenana airport for redundancy. The tie to Field verified that our elevations were acceptable, checking in within 0.3' in elevation. We also check into the Kalen office antenna. While this observation was not long enough to develop a precise elevation, it did confirm the survey elevations.

EXHIBIT  1
PAGE 2 OF 32

2

In the course of the project we used the USGS map for the area, Fairbanks A-5, for navigation and project planning. It shows a contour running near the lake with a value of 650'. Based on our survey, we believe this to be a cartographic error, probably resulting from limited photo control in the area at the time it was flown for mapping (1950). Another contributing factor is the shallow gradient in the area. A relatively small error in elevation determination would cause a relatively large shift in the horizontal location of a contour line in areas with little slope.

After noticing the difference between our results and the USGS quad map, we double-checked our computations. We are confident our results are correct.

One will notice that a difference exists between our surveyed elevations and those surveyed by TCC. This difference only exists in absolute measurement; that is, for instance, we say a point is at elevation 603.5', and they say it is at 643.2'. For the purposes of this survey, these absolute differences do not matter, since they are uniform throughout the scope of the survey. Relative elevations on site shown by both firms correlate quite well for many points. It appears that TCC utilized assumed elevations in a local coordinate system. We used actual elevations and State Plane Coordinates based on survey control.

We traveled to the Rex Trail area on September 8, 2006 with two crews. GPS ties were made to a control monument Z-117 along the Parks Highway to monuments on the south line of USS 9954 and to two points along the Rex Trail near the lake. Using a total station, the trail was located, and a creek that drains into the lake through a gap in the trees lining the south edge of the lake, hereinafter referred to as Gap #1. The vegetation was examined,. Two species of grass were observed, a fatter stemmed type that grows low and in association with a type of horsetail, *Equisetum fluviatile*. At the transition zone between ordinary high water in the lake bed and true uplands with spruce and birch trees, a common dwarf willow, *Salix Pulchra* was noted. We determined that the ordinary high water line is at the place where the horsetail begins to merge into the willows. The transition from lake bed to forest is obvious.

It was noted that sedge tussocks in the gap made the determination somewhat ambiguous at first glance, as some brush can be seen in the Gap #1. One's immediate impression was that the trail and the lake appear to be separated by scattered brush in Gap #1, but that the brush sprouts are suspiciously far apart from each other and small. Closer examination revealed drowned trees and litter. We observed that the ground one stands on is much lower than the visual impression of the grass tops. There is a range of up to nearly 2 feet from the ground to the top of sedge tussocks; they average about 1.5 feet taller than the lake bed. We note the fact that the brush grows only on the tops of a few of the tallest tussocks, more frequently on those closer to the tree line. It is clear that a small creek flows into the lake. It has two branches that join at the Rex Trail about 200 feet west of Gap #1, runs east right in the trail, then turns northeasterly and runs through the gap. It is clear that the lake and the creek are merged right to the trail, and that the gap is where the creek drains into the lake.

Our attempts to measure the ground elevation in the middle of the trail were stymied by deep water in the trail. It forms a long pond all along the portion tangent to the south shore of the lake. We estimated the depth of the water to be 1.7 to 2 feet deep by tossing sticks into the water and

EXHIBIT 1
PAGE 3 OF 32

3

also by observing hunters on ATV's traversing the trail branches. The trail is branched into a south and a north trail, separated by the creek. The trail is well over 50 feet in width near the gap, 60 to 80 feet, and more, counting detours.

On September 10, 2006, with full permission to survey on property where we felt was necessary, Patrick Kalen and David Ciampa obtained more survey data. A GPS survey system was utilized, two Thales Z-Max receivers set up to work in RTK on the same two points used for the total station work on September 8. GPS ties were made to two benchmarks and to our office in Fairbanks with other receivers while the field location survey was being performed. The plan was to take shots all along ordinary high water, at a cabin up on the property, out to the low water line. A sample was taken of a birch tree growing in the top of a sedge tussock in Gap #1. Plants and soil were closely examined. A meander line was then run, beginning in Gap #1. The hydrophytic plants abruptly cease to grow about three to five feet from the tree line. That is where the ordinary high water line is.

The meander line was continued to the east along the south shore of the lake until it suddenly looped south, then west and became the north side of the trail. At this point we recognized that the trees that we were looking at comprised an island. The gap, hereinafter called Gap #2, is about forty feet wide. The ordinary high water meander was picked up in the north edge of the trail at the east side of Gap #2 and run out to the main body of the lake and continued along its southern shore, following the ordinary high water line along the hydrophytic plants, primarily observing the horsetail, a plant with air cells in the stems that is a reliable aquatic indicator that cannot grow in uplands. At a few locations we also looked at mosses that grow down in the water and also up near the tree line, and the two types of grasses. The distance from the OHW line to the edge of trees is generally ragged, ranging from a foot to five feet, mostly less than three feet. As we ran this line it was noted that the trail itself was almost within arm's reach. A third gap was noted, Gap #3. While the ordinary high water does not quite connect to the trail, it comes very close, within 3 feet. It is not certain that the lake body crosses into the trail at this gap, although it is very close. So even if the lake is not in the trail here, the <u>trail is in the lake</u>. Several profiles were run out to the lake. We were limited by the depth of water, as we did not want to wade deeper than our boot tops.

The data were processed at our Fairbanks office, and an AutoCAD map was produced. The data gathered allowed us to compare our registration with that of the TCC survey, using a combination of a cabin, two monuments recovered, and the boundary of USS 9954, including the BLM meander line. We verified that our survey registers to that of TCC closely. We agree with TCC on the locations of the cabin and Rex Trail near Gap #2; our surveys are in harmony. Our plot of the centerline matches that of TCC at this gap. The TCC survey does not address Gap #1, the trail at that location or the creek running into the lake. Overlays we prepared show that the location of the ordinary high water as depicted on the TCC survey appear to be well down into the lake, nearer to low water than high water. We could now see where the photos taken for TCC Exhibit 2, page 12 of 12 were taken. It was clear that since we agreed with the registration of planimetric details, we could now easily stake the TCC ordinary high water line in the field.

EXHIBIT 1
PAGE 4 OF 32

4

We see that the lake is full of water about to the edge of the outermost willow branches in the airphotos taken on May 17, 2002, almost exactly at the ordinary high water line. Additional airphotos were obtained to verify facts regarding the Rex Trail. Because this area is far from urban centers, it does not get aerial photographic missions as often as one might wish. A sample of airphotos that show both high and low water at various stages and times of year is not available. We obtained copies of photos taken on August 6, 1970, and May 21, 1981, and obtained fresh versions of the May 17, 2002 airphotos.

After studying these photos, we met with John Ellis, a photogrammetrist at Aerometric, Inc. We examined the May 17, 2002 airphoto with special regard to our opinion that the lake is full to an elevation that fills the gaps and is merged into the trail on the date the photo was taken. Mr. Ellis expressed his opinion that the lake is full, flooded to the trail. He pointed out where all the water was likely to be at the same elevation on May 17, 2002 in other locations around the lake. We discussed what control would be required should it become advisable to place stereo pairs of the May 17, 2002 flight mission in a stereoplotter and determine water surface elevations at various locations on that date. We noted where a sufficient number of postmarks could be located by a ground survey should we want to do this.

We completed our field investigation of the Rex Trail in the vicinity of Seven Mile Lake with a final trip on September 28, 2006 by Patrick Kalen and David Ciampa. Additional topographic points were obtained to make it practical to produce a topographic map with contours. Wearing hip boots to venture deeper in the water, topo shots were taken in the Rex Trail, the ordinary high water line as determined by Tanana Chiefs was staked on the ground, and shots were taken out to the limit of vegetation that protrudes from the surface of the lake. There is a point that one reaches while wading in shallow water that the fat stemmed grasses cease to grow and what is visible is nearly pure horsetails, *Equisetum fluviatile*. We observed that some grasses are hydrophytic, one with close spaced nodes and fatter stems grows right out into the water at low water to a depth of 0.8'. A grass with longer spacing and thin stems becomes dominant as one goes upslope.

The trouble is, there will be several species mixed together. Grasses are good at crossing the transition areas. Any opinion based on grasses must be corroborated by other indicator evidence. Extra shots were taken along the tree line, soils samples taken, drowned trees located and samples taken of drowned trees and new growth. A profile was run from the trees south of the trail out to the end of emergent plants in the lake (also near hip boot limit) at Gap #3. A fourth gap was noted, with grass growing from the lake to the trail. The OHW at Gap #4 does not merge into the trail, but it is well within the trail ROW, and one can see the lake through the gap while traveling on the trail.

Points were located that would allow a photogrammetrist to provide confirmation of our assertions regarding the locations of the water surface on May 17, 2002, should that become necessary. The lake was checked for level at its southeastern corner to compare with one taken near the cabin on the western shore to verify the validity of the elevation data gathered by GPS methods. We insured that samples could be keyed to point numbers for location on our CAD drawing. Patrick Kalen and Dave Ciampa each made an independent estimate of the surface area elevation of the ground in Gap #1 near the birch tree sample, that is, how much is lake bed, how much is sedge tussock?

EXHIBIT 1
PAGE 5 OF 32

We both thought that there is about 60% surface area that is lake bed, 40% that is sedge tussock, ranging from 1.5 to nearly 2 feet higher that the bed of the lake. Tufts of grass growing to three feet high and spreading outward greatly exaggerate the appearance of the area. It can be mistaken for uplands, even when the lake is a foot deep in water. The appearance of the water around sedge tussocks is particularly obscure when viewing an airphoto because the grass spreads out much wider than the tussock upon which it is growing. Yet from a hydraulic point of view, the tussocks provide no barrier whatsoever to the flow of water in the vicinity of the gap. They are islands, albeit very tiny ones. This could not be observed in the winter, when TCC performed their survey.

**Areas of agreement:**
We note from Eric Stahlke's resume that he has considerable experience in the field of land surveying, particularly in the executions of surveys conducted for the BLM, such as the Native Allotment that comprises USS 9954. He conducted a survey in March of 2006. We conducted our survey in September of 2006. We tied the same monuments for boundary as they did, located the tree line and some of the same structures. We used GPS in a very similar fashion. The resulting surveys have been overlaid on each other, using the boundary monuments on the south line of USS 9954. We made transparencies so that one can easily move from drawing to drawing and then to airphotos The boundaries, including the BLM meander line are used to register the two surveys.

Things that we agree on are as follows:

Registration - The location of the general tree line and one of the four gaps noted, and planimetric details such as the structures, the edge of the Rex Trail near Gap #2 and the centerline of the Rex Trail at this gap. The Kalen survey and the TCC survey overlap with a positional error of less that a foot.

Relative elevation - We agree on the difference of elevation within a tenth of a foot or so at locations where both firms have taken shots. There are many.

The statement that there are "sloping banks along much of the shore. At one time in the past the lake shore probably extended to the edge of the tree line." The lake has gentle sloping banks along much of its shore up to the tree line. Drowned trees all along the edge of the tree line confirm that the lake shore extended to the edge of the tree line. The question is, when?

The statement regarding use of airphotos "…however this distortion is a function of distance so objects relatively close to one another can be reliably represented at true scale." It is common to waste time in discussion over uncontrolled airphotos regarding distortion.

The BLM meander line depicted for USS 9954 is not a very good approximation of the actual ordinary high water line.

**Areas of disagreement:**
Using the <u>BLM Manual of Surveying Instructions for the Surveying of Public Lands 1973</u> as a guide to ordinary high water determination. It is the wrong book. The BLM methods are focused on production, not on fine detail.

EXHIBIT 1
PAGE 6 OF 32

The section on meanders contains an erroneous term, "mean high water", and has scant detail on the determination of contested ordinary high water line locations. The BLM used the term "mean high water" in the 1973 Manual because it appears in various court cases, even if it is incorrect in modern usage. It is likely to be removed from the next version of the Manual. We used Jim Simpson's River and Lake Boundaries as a primary reference.

Lake vegetation. The floating plants and the emergent plants grow out in water over knee deep at low water, making the lake appear much smaller in airphotos. The water can range from 3 feet deep to a fraction of a foot and appear to be "land" when viewed from above, as in an airphoto. TCC has not addressed this fact.

Lake vegetation also grows well above the low water line as seen in an airphoto. Hydrophytic plants grow right up to the tree line because for part of the year they are in water.

We see four gaps, not one. The first two are clearly connected hydraulically and by elevation to the lake bed. Gap #3 is so almost connected to the lake, it may be, it is too close to call. The trail ROW extends out into the lake from Gap #2 easterly past Gap #3 and Gap #4 for over 300 feet.

Two of the airphotos used by TCC are of poor quality, #1 and #3. Better photos that depict the facts are available. We do not agree with conclusive statements made regarding these two photos.

TCC PHOTO #2 has the most information. This photograph clearly shows that the lake surface was merged into the Rex Trail on that date. Two surveyors and one photogrammetrist have studied this photo and believe that the photo clearly shows this. There appears to be substantial disagreement between Kalen and Tanana Chiefs over the location of the ordinary high water line. Interpretation of this photo is a primary issue.

The transition zone where OHW is fuzzy is not addressed by TCC. It is a "vegetation battle" area. If floods are frequent, and trees drown repeatedly, OHW goes up, the water body is "wresting away terrestrial vegetation". Conversely, during extended droughts, as trees begin to grow at lower elevations at the edge of the lake, OHW may go down. If droughts are protracted, or lake hydraulics change so that water levels remain low, the succession of upland vegetation into the lake bed is permanent. And thus the process of reliction would be occurring. At Seven Mile Lake tree drowning is more prevalent than upland plant succession down into the lake, reliction is <u>not</u> occurring. At least not in the period from 1970 to the present, for which we have photographs.

**Factual Errors in the TCC report:**
We find that there are a number of statements in the TCC report that are a matter of measurement, not opinions based on facts. Some require skill in photo interpretation. They are as follows:

1) "However, as evidenced by new and established upland vegetation growing on the exposed shore, the lake level has dropped somewhat in recent years".

EXHIBIT 1
PAGE 7 OF 32

Actually, the open water of the lake is farther out in the airphotos of 1970 and 1981. This is a feature of low water in early spring, or a dry summer combined with lush growth of hydrophytic plants at the margin of the lake. The earlier photos are just good depictions of low water. There is no new and established upland vegetation, just horsetails, grass and mosses at the TCC ordinary high water line.

2) "the elevation of the lake is approximately 1.5 feet below the Rex trail......"

Actually this is only true of the elevation of the upper edge of the trail <u>at the tree line</u>. The center 10 feet of the trail, that is, where it is most heavily traveled by ATV's, is over a foot lower. The traveled portion of the trail is at just about the same elevation as many or most of the TCC OHW meander line shots. The lowest portions of the trail are actually <u>lower</u> than most of the TCC meander line elevations.

3) Regarding photo No 1 – "As can be seen in the photo, the current OHW and that shown in photos are in close agreement"

We do not see the close agreement. It is forty feet or more, in numerous locations, to OHW as we see it. We see much of the TCC OHW line to be out in the water in the August 19, 1998 photo.

4) Regarding photo No 1, a comment about Gap #2 - "Also, it can be determined that when the photo was taken there was no tree line break."

Two surveyors at the Kalen office can see the break at Gap #2 in TCC Photo No 1. Although it really is a poor quality airphoto, features are fuzzy and indistinct, it is there. We obtained the same photo from the Internet to verify what we could see. Gap #2 is visible in August 26,1970 airphotos. In airphotos taken on May 21, 1981, it is <u>very</u> clear. Both Gap #1 and Gap #2 existed in 1971.

5) Photo No 2 – "The photo confirms that the water line in the area of the cabin remains essentially in the same location as depicted in the USGS photo and the present day survey."

This is the biggest factual misstatement of the TCC report. The TCC OHW is way out in the water when overlaid on this photo. And the fact that the lake is full to the tree line and merged into the trail is missed completely. We do not find it difficult to see the water. A layman can actually see it once the tree shadows are pointed out (the dark clean water along the eastern shore resembles tree shadows).

6) "It also depicts that a tree line break has been made between the Rex Trail and the lake."

Reference item 4 - the break referred to as Gap #2 shows up in August of 1970, and is confirmed by May 1981 airphotos. It was not "made" between 1998 and 2002 as suggested by Mr. Stahlke.

EXHIBIT 1
PAGE 8 of 32

7) "One can't say for sure, but it appears that this break is filled with "brown ice" resulting from the flooding and ice road construction of the prior winter."

We have made some calculations that indicate that the volume of water produced from a foot of ice would be quite trivial in volume. The lake receives runoff water from an area at least 0.7 miles wide by over 3 miles deep. A good estimate of the water placed on the ice road is less than one foot deep and 0.7 miles long, 25 feet wide, truly trivial by comparison. Very little new ice was needed for an ice road in the winter of 2001-2002 in the Rex Trail near Seven Mile Lake, because it already was ice; the trail there is has a strip of water about twelve feet wide and one to two feet deep in the fall at freeze up.

The ice road was constructed with clean water. "Brown ice" comes from ATV traffic and erosion caused by running water, will be found only in the traveled way. Weather records confirm that by May 17, 2002, it had been above freezing for weeks. No upland ice surrounded the lake, it had all melted. Only some of the center lake ice that had frozen up to 4 feet thick remained to thaw. The ice outside of the traveled way would have been mostly snow, actually, and very thin, brown ice would not have formed there at all. The gap is filled with lake water, not "brown ice".

8) Photo No 3. "It shows that the water level has receded slightly.......... and is also lower than the ordinary high water location of the present day survey."

In mid July the plant growth is lush. The elevation was not actually measured. What TCC sees are hydrophytic plants, the floating and emergent plants that grow thick along the shore. A close examination of this photo compared to 1970 and 1981 airphotos leads one to an opposite conclusion. It is certainly a fact that the open water in Photo No 3, July 2002 is higher than it is in the 1970 and 1981 airphotos.

9) Ground level photos, Exhibit 2 p 12 of 12, top row left - "The right edge of the snowmachine track is the current ordinary high water line location. A gentle slope containing upland grasses and brush rises toward the tree line."

It is a shoal. Grasses are poor terrestrial or aquatic indicators. There will usually be more than one species growing across habitats mixed with each other. The grass in the photo at the OHW indicated by TCC is hydrophytic. It is evidenced by the fact that the plants at the location shown in this photo were found to be growing in water in September of 2006 during our field survey. There is pronounced shelving of the lake here. The shelving can be seen in the TCC photo, and it is confirmed by both TCC and Kalen surveys. There is no brush in the photo near the snowmachine track. It is growing no more than a few feet from the tree line. Compare this to TCC Ground Photo, third row right. The shoal and the shelving, and the small brush growing at the tree line are all evident. See Kalen photo pages No 9, 11, 12 and 14.


EXHIBIT 1
PAGE 9 OF 32

10) Ground level photos. Exhibit 2 p 12 of 12, 2nd row right – "Looking northwest, shows the west edge of the tree line break. The left edge of the snowmachine track is the current ordinary high water line location. A gentle slope containing upland grasses and brush rises toward the tree line."

The TCC report repeats the error they made with regard to the brush. Again, it is far from the snowmachine track. Here the sedge tussocks and the creek inlet to the lake at Gap #1 are in the area of the photos. These have not been noticed by TCC. We investigated this area and found water over one foot deep along the TCC meander line that we staked in the field on September 18, 2006. The biggest thing that TCC missed is that the lake drops in elevation during the summer and fall in most years, and continues to drop throughout the winter. In late winter it is typically at a seasonal low.

11) Ground level photos. Exhibit 2 p 12 of 12, 3rd row left – "The break had been cleared of vegetation,....."

The break was there in 1970, confirmed in 1981. There are actually four breaks.

12) Ground level photos. Exhibit 2 p 12 of 12, 3rd row left – "but a remaining blueberry bush can be seen on the far right of the photo."

It is not a blueberry bush. It is a common dwarf willow, *Salix Pulchra*. This tiny shrub, sprouting on the shoal, is the only upland indicator found in the vicinity of Gap #2. It lies on the high point of the shoal. This species of willow is not a purely terrestrial shrub, it is found along the margins of creeks and lakes and is an aggressive colonizer, highly tolerant of water, a poor upland indicator. It is four years old. No other willows grow anywhere away from the tree line in the vicinity of Gap #2. See Kalen photo #2 for the same view as TCC photo in the summer.

13) The BLM Manual is not cited in the report by TCC. When one turns a page, in the TCC report (which is not numbered) one abruptly makes a transition from reading a report authored by Eric Stahlke to reading what looks like a downloaded computer version of the <u>Manual of Surveying Instructions 1973</u> by the U.S. Department of the Interior, Bureau of Land Management. This book is commonly referred to in the surveying world as the "BLM Manual". The excerpt is Chapter 3-115 and 3-116, the first two sections under the heading **MEANDERING**. The term "mean high water" is found here. It is an incorrect term, which only has meaning in discussion of tidal boundaries. The TCC excerpt ends in mid sentence. In spite of the unfortunate use of the term "mean high water", much of the rest of chapter 3-116 actually describes shelving and other detail that bears on ordinary high water determination. The final sentence of Chapter 3-116 of the BLM Manual states that "All timber growth normally ceases at the margin of permanent water."

### Our findings of fact:
There is an inlet to the lake, a small stream that grows substantially in the spring and during heavy rain events. A second inlet lies to the east, beyond the scope of our ground survey. Both are relevant to lake hydraulics.

EXHIBIT 1
PAGE 10 OF 32

There is a change in slope right at the edge of the tree line, where the brush begins. Then the slope through the transition zone and the ordinary high water line to the open water is gradual, with flattened areas, or shoals.

The lake inlet sedge tussocks range from 1 to 2 feet high. The tops of some of the tallest ones have terrestrial plants sprouting. The ground around them is the lake bed.

At Gap #1 there are sedge tussocks protruding above the lake bottom. Their tops reach an elevation over 602 feet as one progresses from the lake inlet to the tree line on either side.

There is an error in the USGS Fairbanks quadrangle, A-5 map - the contours near Seven Mile Lake are wrong. The elevations are confirmed by ties to two benchmarks along the Parks Highway and the Kalen office antenna. This is a systematic error, and does not in any way affect the validity of the TCC differences in elevation between data points.

Gap #1 and Gap #2 existed in 1971, the earliest low level airphoto found. There are two more gaps, labeled as Gap #3 and Gap #4 on our drawing.

The elevation of the traveled way in the center of the Rex Trail from Gap #1 to Gap #2 is at about the same as the elevation of the TCC ordinary high water line.

Tanana Chiefs tree line was taken at the outer edge of the branches of the small willows.

The birch tree growing near the creek inlet in Gap #1 began to form rings in 2003, it is four years old. That means that it began to grow after the 2002 airphoto.

Dead trees are found all along the margin of the lake, in the transition zone between the standing live spruce forest and the lowest edges of the willows. A group of drowned trees was located and sample taken at an elevation of 602 feet. The drowned trees ranged from 7 to 12 years old at the time of death. A willow started growing in a group of drowned trees near Gap #2 in 2002, plus or minus one year; it is 4 years old.

The Rex Trail is an RS 2477 trail. It was constructed many years before the entry to USS 9954. It is a braided trail with many widened portions, including at Seven Mile Lake. It is wider than the Federally recognized right of way of 50 feet. It is actually more than 100 feet wide in USS 9954 near the southwest corner of Seven Mile Lake.

There is no visible impression, no change of vegetation or natural line, no change in soil characteristics, nor any other distinctive physical characteristic at the ordinary high water line determined by Tanana Chefs Conference. The vegetation at the TCC OHW line is uniform hydrophytic plants growing in water and in totally saturated soils. The grass species that grows at this line continues out into the water of the lake for another ten feet or more. It is twenty-five to thirty-five feet, sometimes more, from the TCC OHW line to the open water, through a stand of horsetails protruding from the water. The survey data do indicate that there is a shelf at the TCC line, which is typical of low water elevations. The gradient is very mild out into the lake.

EXHIBIT 1
PAGE 11 OF 32

The thirty to forty feet of lake water that contains grass and horsetails makes a strong contrast line quite obvious in airphotos at the open water, where the lake is typically two feet deep. The open water looks black or quite dark in airphotos.

The willows along the shore of Seven Mile Lake are the diamond leafed willows, *Salix Pulchra*. It is a hydrophytic plant, found primarily in areas subject to annual inundation, such as on stream sandbars, by small swampy creeks and along lake shores in Alaska. We consulted with Michelle Hebert, a botanist with the Cooperative Extension Service, Tanana District Office, with regard to identifying this and other plants.

The horsetail species found in Seven Mile Lake is *Equisetum fluviatile*. It is a wholly hydrophytic plant. This species of horsetail is a strong aquatic indicator. It cannot survive without frequent inundation. If the inundation is continuous, the plant will become dominant for a certain range, as in water ranging from 0.8' to 1.6' deep in September 2006 at this lake.

There is a grass species growing from an elevation of 599.5 or so under 0.8' of water across the TCC meander line to about an elevation of 601'. Another type of grass grows at higher elevations, above 601'. It crosses the ordinary high water line.

The ground elevation at the TCC meander line ranges from 0.5' above to 0.8' below the surface of the lake level in September 2006. We measured it along the south shore at four locations and found elevations of about 599.5 to 600.8'. The water elevation of Seven Mile Lake in September, 2006 was at 600.3'.

Lake hydraulics: Seven Mile Lake receives all the water generated from an area of 11 square miles, from elevations starting 2000 feet above the lake and 3 to 4 miles south of it. The grade is steep for most of the area, flattening to 3% in the last half mile to the Rex Trail. This means that it fills rapidly during events. See the USGS map, Exhibit D for a depiction of this.

Seven Mile Lake does not have a true outlet (a stream with banks). It fluctuates in volume each year, and has risen to the elevation of the spruce forest around it in the recent past. The slope to the north is very gradual, about 0.4%. This very mild slope makes it impossible for the lake to develop a real outlet. Water does run into ATV trails at the north side of the lake. The forest surrounding the lake impounds water.

As this report neared completion on October 18, 2006, we estimated that the water elevation was close to 602 feet on May 17, 2002, close to the ordinary high water line. On that date, the water filled Gap #1 and Gap #2. On October 19, 2006 Aeromap determined the elevation to be 601.6 feet, using photogrammetric methods.

### Our opinion:
The ordinary high water is located at the margin of hydrophytic plants, the moss and the horsetails. Brush begins to grow slightly above this line, willows reach into the transition zone, dead horsetails from spring or mid summer reach into the willows. The trees (spruce and birch) are found one to five feet from and above the ordinary high water line.

EXHIBIT 1
PAGE 12 of 32

There are numerous drowned trees of at least three species in the transition zone between the upland woods and the ordinary high water line, indicating that trees begin to grow outward, and then are killed by water when flooding events take place that are above the ordinary high water line. The number of drowned trees and the age of new trees growing in the transition zone indicates that the latest floods above the ordinary high water line are relatively recent.

If upland plants manage to survive and self propagate, the ordinary high water line would be lower; reliction is occurring. We see the opposite of reliction over the time period observed, from 1970 to 2006. The water of the lake has destroyed terrestrial vegetation at its margin. New trees indicate that the latest tree killing episode is less than 5 years old. The lake is "wresting terrestrial vegetation" into the transition zone, stopping its progression. This is a primary OHW test.

There is litter, mostly in Gap #1. A 10" log grounded in Gap #2 is exactly where one would expect it to be if it grounded on the shoal during high water. Most litter is more likely to be found on the north shore of the lake, carried by winds coming down from the hills south of the lake.

There are shoals at the gaps, most pronounced at Gap #1 and Gap #2. We believe that they form as water carrying silt and organic material during spring breakup and heavy rain events transport it to the lake and that it tends to settle out during high water events where the water velocity turns to nearly zero as the streams merge with the lake.

There is ample evidence of shelving along the south shore of the lake. It is visible in the TCC ground photo exhibits, it shows more distinctly in winter photos than summer photos.

The soils in the lake bed are uniform, dark and saturated, from the transition zone at the margin of willow bushes down to the TCC meander line. The soils undergo a sharp transition from the ordinary high water line at the willow brush to the tree line, becoming light in color, highly organic and fluffy, with a much lower water content.

The land in the lake bed below our ordinary high water line is not suitable for Alaskan agriculture. The land above the ordinary high water line is.

The elevation of 602 feet is very close to an average of our ordinary high water calls. While means are not exact, because ordinary high water is a fuzzy zone, precedent has made it a useful tool in confirming ordinary high water and applying it along the boundaries (See *State v. Pankratz, C.A. 71-3620*).

Attached to this report is a diagram obtained from Jim Simpson, author of <u>River and Lake Boundaries</u> that he prepared for his lectures on this subject. It is intended to make it clear how to use aquatic and upland indicators to determine the ordinary high water line. See Exhibit A.

EXHIBIT 1
PAGE 13 of 32

**Exhibit list:**

Exhibit A.  Indicator diagram, courtesy of James Simpson

Exhibit B.  Sketch of Gap #1, vegetation cross section across lake inlet channel

Exhibit C.  Sketch of Gap #2, vegetation cross section of lake boundary

Exhibit D.  USGS map, composite of Fairbanks Quad A4 and A5, in 1"=4000 scale

Exhibit E.  Airphoto, 8-26-70, Tanana Valley ETS51, exp #51-133.  Blowup showing all of Seven Mile Lake to approximately 1"=400'

Exhibit F.  Airphoto, 8-26-70, Tanana Valley ETS51, exp #51-133.  Blowup of a portion of Seven Mile Lake to approximately 1"=200'

Exhibit G.  Airphoto, 5-21-81, North Intertie 81-43NP, Exp #6-3-9.  Blowup showing all of Seven Mile Lake to approximately 1"=400'

Exhibit H.  Airphoto, 5-21-81, North Intertie 81-43NP, Exp #6-3-9.  Blowup of a portion of Seven Mile Lake to approximately 1"=200'

Exhibit I.  Airphoto, 5-17-02, Tanana Valley 2002-27c, Exp #11-1.  Blowup showing all of Seven Mile Lake to approximately 1"=400'

Exhibit J.  Airphoto, 5-17-02, Tanana Valley 2002-27c, Exp #11-1.  Blowup of a portion of Seven Mile Lake to approximately 1"=200'

Exhibit K.  Airphoto, 5-17-02, Tanana Valley 2002-27c, Exp #11-1.  Blowup of a portion of Seven Mile Lake to approximately 1"=50'

Exhibit L.  Airphoto, Unknown date, from Google Earth.  Blowup showing all of Seven Mile Lake to approximately 1"=800'

Exhibit M.  USGS photo of June 18, 1998, same as Tanana Chief's Photo No. 1.

Exhibit N.  Survey map, incorporating Kalen survey, BLM survey and TCC surveys, on 1"=20' map.  Clear overlays from this map will be used

Exhibit O.  Survey map, incorporating Kalen survey, BLM survey and TCC surveys, on 1"=200' map.  Clear overlays from this map will be used.

Exhibit P.  Survey map, incorporating Kalen survey, BLM survey and TCC surveys, on 1"=55" map.  A clear overlays from this map will be used.

Photos selected from our investigation are numbered pages 1 to 14. They show the vegetation and lake water at the TCC meander line as staked in the field, the actual ordinary high water line and transition zone near the tree line, various views of the lake, the gaps and trail and close-ups of the vegetation.

It is intended that the exhibits that accompany the Tanana Chiefs Conference report of March 28, 2006 be observed, they are used extensively for this report. Those exhibits should be laid out where there is ample space for viewing when reading this report. The transparencies were made so that the surveys can be compared by using it as an overlay. We place the overlay over the photo or map being examined. A transparency has been made of the 1"=20' TCC detail drawing of their March 28, 2006 survey for the same purpose.

Surveyor's Certification

I hereby certify that the facts cited in this Report are true, to the best of my knowledge, and that the opinions rendered are based on these facts, and that they advise procedures based on common Law and precedent.

_____
Date

[Seal: STATE OF ALASKA, 49TH, PATRICK KALEN, 4603-S, REGISTERED PROFESSIONAL LAND SURVEYOR]

