GAP #1
7 MILE LAKE

EXHIBIT E

KAREN & ASSOCIATES
JOB # 2006056

Labels on sketch:
- SEDGE TUSSOCKS
- OHW
- 602.0
- INLET
- 602.7 (BASE OF BIRCH TREE)
- LAKE BOTTOM

17 32

Exhibit C

Gary —
7 Mile Lake

Spruce & Birch
(Terrestrial)

Willow (Partially Hydrophytic Transitional)

Willow, Transitional Grasses

(One) Willow

Transitional Grasses

OHW

OHW

Hydrophytic Plants

Hydrophytic Plants

Shoal

Kalen & Associates
Job # 2006056

18 / 32



000002





000003





- 000004









EXHIBIT 1
PAGE 24 of 32

000006