



25/32

000007









000009













000011





000012





EXHIBIT 1
PG 31 of 32

000013



