Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>              Defendants. | **MEMORANDUM IN SUPPORT OF MOTION IN LIMINE: EVIDENCE INCONSISTENT WITH BLM MANUAL [25 USC §176]**<br><br>Case No. 4:04-cv-0026 RRB |

   The Plaintiff's seek a motion in limine to exclude any and all evidence, or

argument that may be offered by the Defendants respecting the location and width

of the Rex Trail based upon survey techniques and conclusions that are inconsistent

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

with the BLM Manual of Surveying Instructions for the Surveying of Public Lands 1973 (hereinafter referred to as the BLM Manual).  The land in question is a Native Allotment. Federal law requires that survey techniques and conclusions on Native Allotments must be consistent with the BLM manual.  Specifically, 25 USC § 176 provides,

> Whenever it becomes necessary to survey any Indian or other reservations, or any lands, the same shall be surveyed under the direction and control of the General Land-Office [Bureau of Land Management], and as nearly as may be in conformity to the rules and regulations under which other public lands are surveyed.

This statute requires that the determination of mean-high water mark on Indian lands are to be determined in conformance with federal survey instructions *United States v. Mackey, 214 F. 137, 148 (D. Okla. 1913)*.  The Secretary of the Interior has exclusive authority to determine the methods and means to survey Indian lands. *Pueblo of Taos v. Andrus, 475 F. Supp. 359, 366 (D.D.C. 1979) See also Pueblo of Sandia v. Babbitt, 1996 U.S. Dist. LEXIS 20619 (D.D.C. Dec. 10, 1996)*

As a general matter, The Manual of Instructions for the Survey of the Public Lands of the United States, … is recognized by the BLM as the Bible of government resurveys …"  *Keller v. United States, 6 Cl. Ct. 724,  725 (1984)*  As a result,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

independent survey conducted not in accordance with the BLM manual "are not significant". Id., at 730.  See also *Alaska v. United States, 754 F.2d 851 (9th Cir. 1985)*

Therefore, the Court should not allow evidence, or argument that may be offered by the Defendants respecting the location and width of the Rex Trail based upon survey techniques and conclusions that are inconsistent with the BLM Manual of Surveying Instructions for the Surveying of Public Lands 1973

DATED this 27th day of August, 2007.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
AK Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on August 27, 2007 via ECM to:

Mr. Venable Vermont, Jr.
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak  99501

Mr. Cory Borgeson
Borgeson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725