Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,

Plaintiff(s),

vs.

GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,

Defendants.

**MEMORANDUM IN SUPPORT OF MOTION TO DETERMINE BURDEN OF PROOF**

Case No. 4:04-cv-0026 RRB

The Plaintiff's seek a motion to determine that GVEA has the burden of proof as to the existence, width and location of any claimed easement over the

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Kubanyi allotment.  Federal law imposes upon GVEA this burden at 25 USC § 194, which provides:

> In all trials about the right of property in which an Indian may be a party on one side, and a white person on the other, the burden of proof shall rest upon the white person, whenever the Indian shall make out a presumption of title in himself from the fact of previous possession or ownership.

The statute creates a clear legal presumption in favor of the Indian title holder, which is consistent with the general principles of Indian law that the terms of land grant to Native American's should be liberally construed in favor of the Native American beneficiaries *Antoine v. Washington, 420 U.S. 194, 199-200, 95 S. Ct. 944, 43 L. Ed. 2d 129 (1975); Passamaquoddy Tribe v. Morton, 388 F. Supp. 649, 660 (D.Me.), Aff'd, 528 F.2d 370 (1st Cir. 1975).*

There is no question that the Rex Trail passes through the Kubanyi Native allotment. As a result, the Court should impose the burden of proof upon GVEA with regard to any and all issues related to the Allottee's ownership of the land in question.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DATED this 27th day of August, 2007.

                              MICHAEL J. WALLERI

                              /s/ Michael J. Walleri
                              AK Bar No. 7906060
                              Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on August 27, 2007 via ECM to:

Mr. Venable Vermont, Jr.  
Assistant Attorney General  
Department of Law  
1031 W. Fourth Ave., Suite 200  
Anchorage, Ak  99501

Mr. Cory Borgeson  
Borgeson & Burns, P.C.  
100 Cushman Street, Suite 31  
Fairbanks, Alaska 99701

Mr. Eric P. Gillett  
Preg O'Donnell & Gillett, P.C.  
1800 Ninth Ave., Suite 1500  
Seattle, WA  98101-1340

Mr. Daniel T. Quinn  
Richmond & Quinn  
360 K Street, Suite 200  
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725