Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, BLACK & VEACH CORPORATION,<br><br>　　　　　Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br><br>Case No. 4:04-cv-26-RRB |

COME NOW plaintiffs and defendants DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION and CRUZ CONSTRUCTION, INC. by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal

of all individual claims of plaintiffs against defendants DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, and CRUZ CONSTRUCTION, INC., in the above-captioned case with prejudice, each side to bear its own costs and attorney fees. This Stipulation is intended to dismiss plaintiffs' claims against DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION and CRUZ CONSTRUCTION, INC., and is not intended to dismiss plaintiffs' claims against any other party.

The undersigned counsel certify that the settlement information required under AS 09.68.130 and Civil Rule 41(a)(3) has been submitted to the Alaska Judicial Council.

|  |  |
|---|---|
|  | WALLERIE LAW OFFICE<br>Attorney for Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett |
| Dated: 8/30/07 | By:   s/Michael J. Walleri<br>     Walleri Law Office<br>     330 Wendell Street, Suite E<br>     Fairbanks, AK  99701<br>     Ph:  907-452-4716<br>     Fax:  907-452-4725<br>     walleri@gci.net |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATINO FOR DISMISSAL WITH PREJUDICE
KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2

                                        RICHMOND & QUINN
                                        Attorneys for Defendants Dave Cruz
                                        individually, and d/b/a Cruz
                                        Construction, Inc.

Dated: 8/30/07             By:    s/Daniel T. Quinn
                                               RICHMOND & QUINN
                                               360 K Street, Suite 200
                                               Anchorage, AK  99501
                                               Ph:  907-276-5727
                                               Fax: 907-276-2953
                                               dquinn@richmondquinn.com
                                               ABA #8211141

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this ___30th___ day of August, 2007 on:

Cory Borgeson                              Eric Gillett
BORGESON & BURNS, PC               PREG, O'DONNELL & GILLETT
100 Cushman, Suite 311            1800 9th Ave., Ste. 1500
Fairbanks, AK 99701                 Seattle, WA 98101

David D. Floerchinger
ASSISTANT ATTORNEY GENERAL
STATE OF ALASKA
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

    s/Daniel T. Quinn
    RICHMOND & QUINN

2073\038\pld\STIPULATION FOR DISMISSAL WITH PREJUDICE
**STIPULATINO FOR DISMISSAL WITH PREJUDICE**
KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 3