Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>　　　　　　　Defendants. | Case No. F04-0026 CIV<br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

　　　　I, Cory R. Borgeson, hereby declare and state under oath as follows:

1.　　Judgment for $7,829.59 was entered on December 29, 2006 in favor of Black and Veatch Corporation, as judgment creditor, and against Plaintiffs, Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi and Arlette Kubanyi, as judgment debtors.

2.　　An Assignment of Rights to Collect Judgment from Black and Veatch to Golden Valley Electric Association, Inc. ("GVEA") was executed by Black and Veatch on July 11, 2007 (See attached Exhibit 'A').

3.　　I am the attorney for judgment creditor GVEA, and request issuance of a Writ of Execution on the judgment.

4.　　The judgment debtors were represented by Counsel.

5. The judgment entered was not a default judgment.

6. ACCRUED since the entry of judgment are the following sums:

269.74 accrued interest, computed at 4.99%.

7. CREDIT must be given for payments and partial satisfaction in the total amount of $0.00 which is to be first credited against total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $8,099.33 ACTUALLY DUE on this date. Of this total, $7,829.59 is the amount of the original judgment as entered still remaining due and bearing interest at 4.99% in the amount of $1.07 per day from this date.

I declare under penalty of perjury under the laws of the United Stated that the foregoing is true and correct.

DATED Fairbanks, Alaska this 7th day of September, 2007.

BORGESON & BURNS, PC
Attorney(s) for Defendant GVEA

By: __s/Cory Borgeson_____
Cory Borgeson
ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028
F:\303869\286\00009954.DOC