## ASSIGNMENT OF RIGHTS TO COLLECT JUDGMENT

Black & Veatch Corporation is the judgment creditor of Don M Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and Brian Baggett as a result of the attached judgment obtained in litigation captioned *Don M Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and Brian Baggett vs Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,* Case Number F04-cv-00026 RRB and recorded on June 27, 2007, document 2007-01275-0 in the Fairbanks Recording District

For adequate consideration, receipt acknowledged, Black & Veatch Corporation, through its authorized agent below, assigns all of its rights to the judgment to Golden Valley Electric Association, Inc ("GVEA") This assignment is complete and without reservation or condition GVEA shall have all rights as Black & Veatch Corporation to pursue satisfaction of this judgment Black & Veatch Corporation warrants and represents it has not encumbered, assigned or satisfied the judgment it is assigning to GVEA and it is not and will not pursue any collection efforts

EXHIBIT A PAGE 1 OF 2

Assignment of Rights to Collect Judgment
Page 1 of 2

DATED this \_11\_ day of July, 2007

BLACK & VEATCH CORPORATION

By _Orville E Finnigan_
Its _Vice President_

STATE OF                    )
                            ) ss
_OREGON_                    )

On this \_11\_ day of July, 2007, before me, a Notary Public in and for the State of _OREGON_, personally appeared _ORVILLE E FINNIGAN_, to me known to be the _Vice President_ of _Black & Veatch Corporation_ a _Delaware_ corporation that executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned and on oath stated that he was authorized to execute said instrument

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written



_Ruth S Lyons_
Notary Public in and for the State of _OREGON_
My Commission Expires _September 11, 2007_

FAIRBANKS RECORDING DISTRICT

After recording, return to

Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, Alaska  99701

EXHIBIT \_A\_ PAGE \_2\_ OF \_2\_

Assignment of Rights to Collect Judgment
Page 2 of 2



2 of 2
2007-019038-0