Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>　　　　　　Defendants. | Case No. F04-0026 CIV |

## WRIT OF EXECUTION

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On December 29, 2006, a judgment was entered in the docket of the above-entitled court and action, in favor of Defendant, Black and Veatch Corporation, as judgment creditor and against Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi and Arlette Kubanyi as judgment debtors, jointly and severally. The judgment was subsequently assigned to Golden Valley Electric Association, Inc. on July 11, 2007. The judgment was for:

| | |
|---|---|
| $ 6,106.20 | principal |
| $ 1,723.39 | costs against Plaintiffs |
| $7,829.59 | JUDGMENT AS ENTERED |

According to a filed declaration of costs after judgment, the following sums have accrued since the entry of judgment:

| | |
|---|---|
| $ 269.74 | accrued Interest |
| $   0.00 | acrued costs, for a total amount of |
| $ 269.74 | ACCRUED INTEREST AND COSTS |

CREDIT must be given for payments and partial satisfaction in the amount of:

$0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

$8,099.33, ACTUALLY DUE ON September 7, 2007, the date of the request for issuance of this writ, of which

$7,829.59 is due on the judgment as entered, and bears interest at 4.99% per annum in the amount of

$269.74, or $1.07 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtors in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of their real property.

DATED _____

By: _____
    Deputy Clerk

[SEAL]

This is to certify that on this date, a copy of the foregoing document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

F:\303869\286\00009948.DOC