Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi, and Brian Baggett<br><br>Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association and Dave Cruz, individually and d/b/a Cruz Construction,<br><br>Defendants. | Case No. F04-0026 CIV<br>**CREDITOR'S AFFIDAVIT** |

I, Cory R. Borgeson, hererby declare and state under oath as follows:

1. I am the attorney for the judgment creditor, Golden Valley Electric Association, Inc. ("GVEA")

2. Defendant, GVEA is the judgment creditor by way of an Assignment of Rights to Collect Judgment, from Co-Defendant, Black and Veatch Corporation dated July 11, 2007.

3. The judgment creditor has obtained a judgment against judgment debtors, Plaintiffs Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi and Arlette Kubanyi, jointly and severally, in the amount of $7,829.59.

4. I have knowledge of the facts of the collection efforts made to date by the judgment creditor on the judgment.

5. I will attempt to satisfy the judgment in part by levying against the following property, which the creditor believes is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.020.

<u>Description of Property:</u>

Settlement check in the name of the judgment debtors listed above, received by attorney Michael Walleri, and currently believed to be in attorney Walleri's possession and/or trust account.

6. The judgment creditor believes the above-listed property is not exempt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Fairbanks, Alaska this 7th day of September, 2007.

BORGESON & BURNS, PC
Attorney(s) for Defendant GVEA

By: ___s/Cory Borgeson_____
    Cory Borgeson ABA # 8405009

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028
F:\303869\286\00010776.DOC