Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>    Plaintiffs,<br><br> vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. F04-0026 CIV

## PROPOSED ORDER DENYING PLAINTIFFS'
## MOTION TO DETERMINE BURDEN OF PROOF

The Court, having considered Plaintiffs' Motion To Determine Burden Of Proof, and any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED.

DATED this ____ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
**Proposed Order Denying Plaintiffs' Motion To Determine Burden Of Proof**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 1 of 2

I hereby certify that on the 14th day of September, 2007, a true and correct copy of the foregoing document was provided to the following attorneys/parties of record:

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028


By: _____

**Proposed Order Denying Plaintiffs' Motion To Determine Burden Of Proof**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 2 of 2