Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett, <br><br> Plaintiffs, <br><br> vs. <br><br> Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. F04-0026 CIV

### PROPOSED ORDER DENYING PLAINTIFFS' MOTION IN LIMINE:
### EVIDENCE INCONSISTENT WITH BLM MANUAL

The Court, having considered Plaintiffs' Motion In Limine: Evidence Inconsistent With BLM Manual, and any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED.

DATED this ____ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2007, a true and correct copy of the foregoing document was provided to the following attorneys/parties of record:

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028


By: _____

**Proposed Order Denying Plaintiffs' Motion In Limine: Evidence Inconsistent With BLM Manual**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 2 of 2