Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,           )
Aileen Welton, Elizabeth Tuzroyluk       )
Doris Kubanyi, Victor Kubanyi,           )
Bobby Kubanyi, Arlette Kubanyi and,      )
Brian Baggett,                           )
                                         )
                    Plaintiffs,          )
                                         )
        vs.                              )
                                         )
Golden Valley Electric Association,      )
Dave Cruz, individually and d/b/a        )
Cruz Construction                        )
                                         )
                    Defendants.          )
_____  )
Case No. F04-0026 CIV

### PROPOSED ORDER DENYING PLAINTIFFS' MOTION IN LIMINE:
### EVIDENCE WIDTH OF EASEMENT [25 U.S.C. SECTION 313]

The Court, having considered Plaintiffs' Motion In Limine:  Evidence Width of

Easement [25 U.S.C. Section 313], and any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED to the extent that it

seeks to exclude any evidence or argument that the total width of the Rex Trail exceeds

fifty feet.  A clear reading of the statute nullifies the Plaintiffs' argument, and

accordingly, their motion is DENIED.

DATED this _____ day of _____, 2007.


_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE


CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2007,
a true and correct copy of the foregoing document was
provided to the following attorneys/parties of record:

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028


By: _____