Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,            )
Aileen Welton, Elizabeth Tuzroyluk        )
Doris Kubanyi, Victor Kubanyi,            )
Bobby Kubanyi, Arlette Kubanyi and,       )
Brian Baggett,                            )
                                          )
              Plaintiffs,                 )
                                          )
       vs.                                )
                                          )
Golden Valley Electric Association,       )
Dave Cruz, individually and d/b/a         )
Cruz Construction                         )
                                          )
              Defendants.                 )
_____)
Case No. F04-0026 CIV

### MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
### TO PLAINTIFFS MOTION IN LIMINE: KALEN REPORT [DAUBERT]

Defendant, Golden Valley Electric Association ("GVEA") moves the court for an order granting an unspecified extension of time within which to respond to Plaintiffs' Motion in Limine seeking to exclude the Kalen Report. The primary reason for this requested extension is that GVEA believes the underlying motion will be rendered moot by the Court's prospective denial of Plaintiffs' Motion in Limine to exclude evidence concerning the location and width of the Rex Trail based upon

**Motion for Extension of Time to File Opposition**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 1 of 3

survey techniques and conclusions that are inconsistent with the BLM manual. This motion is supported by the attached memorandum.

### MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION IN LIMINE: KALEN REPORT

On the motion deadline, the Plaintiffs filed a slew of motions. One motion in limine sought to exclude any and all evidence, or argument that may be offered by GVEA regarding the location and width of the Rex Trail based upon survey techniques and conclusions that are inconsistent with the Bureau of Land Management ("BLM") manual of instructions for the survey of public lands of the United States. A companion motion, filed on the same day, was Plaintiffs' Motion in Limine: Kalen Report [Daubert]. Because the motion to exclude the Kalen survey report is dependent upon the court first finding that the BLM manual applies exclusively in this case, it would be premature, and a waste of the Court's and counsel's resources to fully brief and decide the Motion in Limine: Kalen Report, until the issues surrounding the applicability of the BLM manual have been decided.

If, and only if, the Court grants Plaintiffs' Motion in Limine to exclude any and all evidence based on survey techniques and conclusions that are inconsistent with the BLM manual, will it need to address the Motion in Limine to exclude Pat Kalen's report. At that time, Kalen's deposition will need to be transcribed and utilized in opposition to the motion.

In the interest of judicial economy, the court should first rule on Plaintiffs' motion regarding the BLM manual, and, if the motion is granted, allow GVEA the

**Motion for Extension of Time to File Opposition**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 2 of 3

opportunity to study the order, request the Kalen transcript and then fully brief its opposition to the Plaintiffs' Motion in Limine to strike the report of its surveyor, Pat Kalen. If, on the other hand, the court denies Plaintiffs' motion, there exists no factual or legal basis to strike the Kalen Report under the Daubert scientific standard and the court should simply deny both motions without requiring further briefing regarding the Kalen Report. An order is lodged.

DATED this 14th day of September, 2007, at Fairbanks, Alaska.

BORGESON & BURNS, PC

By: _____
 Cory R. Borgeson
 ABA # 9405009

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2007,
a true and correct copy of the foregoing document was
provided to the following attorneys/parties of record:

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax
 Michael Walleri
 330 Wendell Street, Suite E
 Fairbanks, AK  99701

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax
 Daniel T. Quinn
 Richmond & Quinn
 360 K Street, Suite 200
 Anchorage, AK  99501-2028

By: _____
 Legal Secretary
F:\303869\286\00011175.DOC

**Motion for Extension of Time to File Opposition**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 3 of 3