Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, <br> Aileen Welton, Elizabeth Tuzroyluk <br> Doris Kubanyi, Victor Kubanyi, <br> Bobby Kubanyi, Arlette Kubanyi and, <br> Brian Baggett, <br><br>            Plaintiffs, <br><br>   vs. <br><br> Golden Valley Electric Association, <br> Dave Cruz, individually and d/b/a <br> Cruz Construction <br><br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. F04-0026 CIV

## ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION
## TO PLAINTIFFS MOTION IN LIMINE: KALEN REPORT [DAUBERT]

Upon Motion of Defendant, Golden Valley Electric Association ("GVEA") and the court having considered any opposition thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED. If an opposition is necessary, the Court will issue a further order setting the deadline for such opposition to be filed.

DATED this _____ day of _____, 2007.

**Order Granting Motion for Extension of Time to File Opposition**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 1 of 2

_____
Ralph R. Beistline
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2007,
a true and correct copy of the foregoing document was
provided to the following attorneys/parties of record:

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax
    Michael Walleri
    330 Wendell Street, Suite E
    Fairbanks, AK  99701

☐ Mail  ☐ Hand Delivery  ☐ Courier  ☐ Telefax
    Daniel T. Quinn
    Richmond & Quinn
    360 K Street, Suite 200
    Anchorage, AK  99501-2028

By: _____
    Legal Secretary
F:\303869\286\00011177.DOC

**Order Granting Motion for Extension of Time to File Opposition**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 2 of 2