Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>          Defendants. | **PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION IN LIMINE: KALEN REPORT [DAUBERT]**<br><br>Case No. 4:04-cv-0026 RRB |

GVEA seeks an extension of time to file its opposition to Plaintiff's *Daubert* motion.  Plaintiff does not oppose an extension of time, but believes that the Court should set a date certain for the extension.  GVEA complains about that Plaintiff's

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Partial Op:  Motion to Extend Time Re Daubert Motion

1 of 3

filed a "slew" of motions.  The Plaintiffs only filed four (4) in limine motions and have withdrawn one.  The motion practice has not been excessive given the complexity of the case.

GVEA argues that the Court should first address Plaintiff's motion to exclude evidence under 25 USC §176.  The Plaintiff's have no opposition to this, however, GVEA incorrectly argues that if the Court denies the 25 USC §176 motion, it must deny the *Daubert* motion.   GVEA offers no explanation as to why this is the case.   GVEA assumes, incorrectly, that Kalen's report employs readily cognizable scientific methodology.  The purpose of the *Daubert* motion is to test that hypothesis.

Kalen admits in his deposition that he is using novel methodologies in the survey of lands that is generally not used for survey of federal lands.  Indeed, Kalen makes the rather preposterous claim that the entire United States Government is wrong, doesn't know how to survey land, but that he does.  Plaintiffs contend that Kalen's methodology is "junk science'.  Clearly, even if the Court were to allow alternative scientific methodologies in violation of 25 USC §176, junk science is not permissible.   GVEA must demonstrate the reliability of Mr. Kalen's measurements.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Partial Op:  Motion to Extend Time Re Daubert Motion

2 of 3

Of course, if the Court grants the 25 USC §176 motion, Kalen's evidence is out and the *Daubert* motion is moot.   In the event that the Court denies the 25 USC §176 motion, the Court should require GVEA to file its opposition to the *Daubert* motion within twenty (20) days of such order.

DATED this 24rd day of September, 2007.

                                        MICHAEL J. WALLERI

                                      /s/ Michael J. Walleri
                                      AK Bar No. 7906060
                                      Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on September 24, 2007  via ECM to:

Mr. Venable Vermont, Jr.  
Assistant Attorney General  
Department of Law  
1031 W. Fourth Ave., Suite 200  
Anchorage, Ak  99501  

Mr. Cory Borgeson  
Borgeson & Burns, P.C.  
100 Cushman Street, Suite 31  
Fairbanks, Alaska 99701  

Mr. Eric P. Gillett  
Preg O'Donnell & Gillett, P.C.  
1800 Ninth Ave., Suite 1500  
Seattle, WA  98101-1340  

Mr. Daniel T. Quinn  
Richmond & Quinn  
360 K Street, Suite 200  
Anchorage, AK 99501-2038  

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725