Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br><br>          Defendants. | **PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT (Second)**<br><br>Case No. 4:04-cv-0026 RRB |

FRCP 15(a) provides that after a certain point in the proceedings, a "party may amend the party's pleading only by leave of court or by written consent of the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

adverse party; and leave shall be freely given when justice so requires."   A FRCP 15 leave to amend may not denied on the sole ground that the proposed amendment will substantially change the cause of action or defenses or introduce a different claim or defense.  *International Ladies Garment Workers v Donnelly Garment Co., 1121 F. 2d 561 (8th Cir. 1941): See generally Moore's Manual: Federal Practice and Procedure, §9.09.*  In this case, Plaintiff's do not amend the complaint to plead radically different facts. Rather, the nuisance claim is merely recasting the same alleged facts with an alternative theory of liability – i.e. nuisance.

Defendants principle argument is that the amendment comes late.  The same may be said of Defendants counterclaim.  Nonetheless, the Court allowed the amendment, which delayed trial substantially.  There is no argument from GVEA that the alternative theory of liability based upon the same facts will necessarily require additional discovery, or otherwise delay the proceedings in any way.  The Court should grant the motion.

DATED this 24th day of September, 2007.

                                      MICHAEL J. WALLERI

                                      /s/ Michael J. Walleri
                                      AK Bar No. 7906060
                                      Attorney for Plaintiffs

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA, Dave Cruz, Cruz Construction, et al.*                    2 of 3
Reply: Mot. to Amend Complaint (Second)

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on September 24, 2007 via ECM to:

| | |
|---|---|
| Mr. Venable Vermont, Jr. | Mr. Cory Borgeson |
| Assistant Attorney General | Borgeson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak 99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA 98101-1340 | Anchorage, AK 99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA, Dave Cruz, Cruz Construction, et al.*    3 of 3
Reply: Mot. to Amend Complaint (Second)