MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DON KUBANYI et al    vs. GOLDEN VALLEY ELECTRIC ASSOCIATION

BEFORE THE HONORABLE   RALPH R. BEISTLINE
CASE NO.                4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF: MICHAEL WALLERI

               DEFENDANT: MICHAEL KRAMER for Cory Borgeson

PROCEEDINGS: STATUS/TRIAL DATE SETTING        HELD:11/21/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:15 a.m. court convened.

Court and counsel heard re: Plaintiff's request for leave to file
written Motion to Recuse court; **GRANTED**. Court **ORDERED** motion to
be filed as soon as possible.

Court and counsel heard re: Defendant's oral motion to Dismiss
case. Court **ORDERED** motion to be filed in writing by next week.

Court and counsel heard re: Scheduling.  Trial by Jury set for
May 19, 2008 at 8:30 a.m.  Final Pretrial Conference set for May
13, 2008 at 9:00 a.m. in Fairbanks, Courtroom 1 before Ralph R.
Beistline.

At 10:37 a.m. court adjourned.

DATE: NOVEMBER 21, 2007 DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07