Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,            )
Aileen Welton, Elizabeth Tuzroyluk        )
Doris Kubanyi, Victor Kubanyi,            )
Bobby Kubanyi, Arlette Kubanyi and,       )
Brian Baggett,                            )
                                          )
                Plaintiffs,                  )
                                          )
   vs.                                    )
                                          )
Golden Valley Electric Association,       )
Dave Cruz, individually and d/b/a         )
Cruz Construction,                        )
                                          )
                Defendants.                  )
_____)
Case No. F04-0026 CIV

### GVEA'S MOTION AND MEMORANDUM TO EXTEND TIME TO FILE A MOTION TO DISMISS ALL REMAINING CLAIMS AGAINST GVEA

      Defendant, Golden Valley Electric Association, Inc. ("GVEA"), through counsel, moves this Court for an Order extending the time for GVEA to file its Motion to Dismiss all remaining claims against GVEA. The reasons for GVEA's Motion for an Extension are set forth in the following Memorandum.

## MEMORANDUM IN SUPPORT OF GVEA'S MOTION TO EXTEND TIME TO FILE A MOTION TO DISMISS ALL REMAINING CLAIMS AGAINST GVEA

On November 21, 2007 this Court held that GVEA would be permitted to file a motion to dismiss due to Plaintiffs' recent settlement with Defendants Dave Cruz and Cruz Construction, Inc. This Court ordered that GVEA's motion to dismiss was to be filed the week of November 26, 2007. However, in light of the complexity of the issue, and due to the fact that GVEA has not yet received a copy of the settlement agreement between Plaintiffs and Cruz,[1] GVEA respectfully requests the Court to extend the time to file the motion making the new due date Tuesday, December 4, 2007.

For the reasons set forth above, GVEA respectfully requests the Court to extend the time for GVEA to file their motion to December 4, 2007.

DATED this 30th day of November, 2007, at Fairbanks, Alaska.

BORGESON & BURNS, PC

By: s/ Cory R. Borgeson
 CORY R. BORGESON
 ABA # 9405009

---

[1] GVEA has requested a copy of the settlement agreement.

**GVEA'S MOTION AND MEMORANDUM TO EXTEND TIME TO FILE A MOTION TO DISMISS**
Kubanyi, et al. v. GVEA, et al.
Case No.: F04-0026 CIV
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2007,
a true and correct copy of the foregoing document was
electronically provided to the following attorneys/parties of record:

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

**GVEA'S MOTION AND MEMORANDUM TO EXTEND TIME TO FILE A MOTION TO DISMISS**
Kubanyi, et al. v. GVEA, et al.
Case No.:  F04-0026 CIV
Page 3 of 3