Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>        Plaintiffs,<br><br>   vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. F04-0026 CIV

### ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE A MOTION TO DISMISS ALL REMAINING CLAIMS AGAINST GVEA

The Court, having considered Defendant's Motion to Extend Time to File a Motion to Dismiss all Remaining Claims Against GVEA, and opposition thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

DATED this _____ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2007,
a true and correct copy of the foregoing document was
electronically provided to the following attorneys/parties of record:

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE A MOTION TO DISMISS**
Kubanyi v. GVEA, et al.
Case No. F04-0026 CIV
Page 2 of 2