Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, <br> Aileen Welton, Elizabeth Tuzroyluk <br> Doris Kubanyi, Victor Kubanyi, <br> Bobby Kubanyi, Arlette Kubanyi and, <br> Brian Baggett, <br><br>      Plaintiffs, <br><br>  vs. <br><br> Golden Valley Electric Association, <br> Dave Cruz, individually and d/b/a <br> Cruz Construction, <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. F04-0026 CIV

## NOTICE TO THE COURT THAT GVEA DOES NOT INTEND TO FILE A MOTION TO DISMISS IN LIGHT OF PLAINTIFFS' SETTLEMENT WITH DEFENDANT DAVE CRUZ, D/B/A CRUZ CONSTRUCTION, INC.

Defendant, Golden Valley Electric Association, Inc. ("GVEA"), through counsel, files this notice to the Court that GVEA is prepared to proceed to trial and does not intend to file a motion to dismiss in light of Plaintiffs' settlement with Defendant Dave Cruz, d/b/z Cruz Construction, Inc.

DATED this 4th day of December, 2007, at Fairbanks, Alaska.

BORGESON & BURNS, PC


By:    s/ Cory R. Borgeson
         CORY R. BORGESON
         ABA # 9405009


CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2007,
a true and correct copy of the foregoing document was
electronically provided to the following attorneys/parties of record:


Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701


**NOTICE TO COURT THAT GVEA DOES NOT INTEND TO FILE A MOTION TO DISMISS**
Kubanyi, et al. v. GVEA, et al.
Case No.:  F04-0026 CIV
Page 2 of 2