```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

DON M. KUBANYI, et al  vs.  GOLDEN VALLEY ELECTRICAL ASSOCIATION

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER:        LYNN GROVES-KELLEY

APPEARANCES:    PLAINTIFF:    MICHAEL J. WALLERI

                DEFENDANT:    CORY R. BORGENSON

PROCEEDINGS: STATUS CONFERENCE              HELD: 04/18/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:30 a.m. court convened.

Court and counsel heard re: Length of trial, scheduling, pretrial order dates, GVEA counterclaim, Cruz Construction settlement, Counsel advised court of pending bankruptcy case.


At 11:54 a.m. court adjourned.




DATE: April 18, 2008              DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07