Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>    Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION,  JAKE COVEY AND PATRICK NELSON,<br>    Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO VACATE TRIAL** |

Case No. 4:04-cv-0026 RRB

Plaintiff's seek to vacate the trial date that has been set in the above captioned matter.  As the Court was informed, Mr. Bobby Kubanyi has filed for bankruptcy and a bankruptcy stay is in effect, which prevents any action in furtherance of these proceedings.  As previously indicated, the undersigned counsel was unaware of

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo: Vacate Trial

1 of 3

this development until the April 18, 2008, when it was independently learned from a review of court records. Since learning of this development, undersigned counsel has attempted to contact Mr. Jason Crawford, Mr. Kuybani's bankruptcy counsel. Mr. Jason Crawford, Mr. Kubanyi's bankruptcy counsel, has not returned calls or e-mail to the undersigned attorney.

    GVEA was aware of this development for some time, and attended the Creditor's hearing. GVEA has been working with the Bankruptcy Trustee to obtain a waiver of the stay as to these proceedings, but has not processed such a waiver as of yet. GVEA counsel has not returned phone calls to the undersigned counsel on this date in efforts to resolve the timing issues.

    According to the pre-trial order, trial memoranda and evidentiary motions are due today. Exhibit exchange is due this week. The inability of the parties to proceed with pre-trial preparation and the inability to contact relevant parties to resolve the waiver in a timely manner means that the trial cannot proceed in an orderly manner. Additionally, it is unreasonable to schedule witnesses, particularly expert witnesses, when it is unclear whether the trial will proceed.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

The parties are otherwise prepared to go to trial and the Court should re-set the trial as soon as the waiver is approved by the bankruptcy court.   The Plaintiff will request a status hearing upon the entry of the waiver or other lifting of the stay.

For the reason stated above the Court should issue an order vacating the trial set to start May 19, 2008 until a date to be determined.

DATED this 21st day of April, 2008.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on April 21, 2008 via ECF to:

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Memo: Vacate Trial

3 of 3