Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK  99701
(907) 452-1666
(907) 456-5055 – Facsimile

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Golden Valley Electric Association,<br><br>　　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. F04-0026 CIV

## NOTICE OF FILING MOTION FOR RELIEF FROM STAY

Notice is hereby given that Golden Valley Electric Association (hereafter "GVEA") has filed a Motion for Relief of Stay in U.S. Bankruptcy Court for the District of Alaska. Plaintiff Bobby Kubanyi filed Chapter 7 Bankruptcy on March 14, 2008, and all proceedings involving Bobby Kubanyi, including this action, have been automatically stayed pursuant to 11 U.S.C. §362(a). GVEA has requested that the U.S. Bankruptcy Court lift the stay and allow this litigation to proceed as scheduled. To the best of GVEA's knowledge and belief, Bobby Kubanyi does not oppose such relief.

**Notice of Filing Motion for Relief From Stay**
*Kubanyi et al. v. GVEA*
Case No.: F04-0026CI
Page 1 of 2

Upon receipt of an Order from the U.S. Bankruptcy Court removing the stay, GVEA will notify this Court accordingly.

Dated this 23rd day of April, 2008, at Fairbanks, Alaska.

BORGESON & BURNS, PC

By:   s/ Cory R. Borgeson
CORY R. BORGESON
ABA # 9405009

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2008,
a true and correct copy of the foregoing document was
electronically provided to the following attorneys/parties of record:

Michael Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701

F:\303869\286\00017845.DOC

**Notice of Filing Motion for Relief From Stay**
*Kubanyi et al. v. GVEA*
Case No.: F04-0026CI
Page 2 of 2