```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

DON M. KUBANYI, et al   vs.   GOLDEN VALLEY ELECTRICAL ASSOCIATION

BEFORE THE HONORABLE RALPH R. BEISTLINE/TELEPHONIC
CASE NO. 4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

APPEARANCES:    PLAINTIFF: MICHAEL J. WALLERI/TELEPHONIC

                DEFENDANT: MICHAEL KRAMER/TELEPHONIC

PROCEEDINGS: FINAL PRETRIAL CONFERENCE         HELD: 05/06/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:02 a.m. court convened.

Court and counsel heard re: status of the U.S. Bankruptcy Court Stay, scheduling, length of trial, remaining pretrial order matters.

Trial by Jury set for May 19, 2008 is **VACATED**.

**Trial by jury is reset to August 18, 2008 at 8:30 a.m. in Courtroom 1, Fairbanks.**

**Final Pretrial Conference is set for August 7, 2008 at 2:00 p.m. in Courtroom 1, Fairbanks.**

Court and counsel heard re: Plaintiffs Oral motion re: extension of time to file remaining pretrial order matters: **GRANTED**. Parties have 10 business days from the date that the Stay is lifted to file all remaining matters that need to be filed.

At 11:25 a.m. court adjourned.

DATE: May 6, 2008           DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07