Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK  99701
(907) 452-1666
(907) 456-5055 – Facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,           )
Aileen Welton, Elizabeth Tuzroyluk       )
Doris Kubanyi, Victor Kubanyi,           )
Bobby Kubanyi, Arlette Kubanyi and,      )
Brian Baggett,                           )
                                         )
                    Plaintiffs,      )
                                         )
   vs.                                   )
                                         )
Golden Valley Electric Association,      )
                                         )
                    Defendant.       )
_____)
Case No. F04-0026 CIV

## NOTICE OF ORDER GRANTING RELIEF FROM STAY

Notice is hereby given that the Order Granting Relief from Stay was granted by Judge MacDonald of the U. S. Bankruptcy Court on May 15, 2008.  A copy of the order is attached as Exhibit "1."  Pursuant to Judge Beistline's Minute Order of May 6, 2008, all remaining pretrial order matters shall be filed within ten business days (May 30, 2008) of the stay being granted.  Plaintiffs disagree with this date (Exhibit "2") however GVEA intends to comply with this court's order (Exhibit "3") and file its pretrial documents on May 30th.  If Plaintiffs choose to not file on that date, and therefore gain a litigation and trial preparation advantage, GVEA is confident the court can and will impose an appropriate remedy.

**Notice of Order Granting Relief From Stay**
*Kubanyi et al. v. GVEA*
Case No.: F04-0026CI
Page 1 of 2

Dated this 20th day of May 2008, at Fairbanks, Alaska.

                         BORGESON & BURNS, PC

                By:   s/ Cory R. Borgeson
                       CORY R. BORGESON
                       ABA # 9405009

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2008,
a true and correct copy of the foregoing document was
electronically provided to the following attorneys/parties of record:

    Michael Walleri
    330 Wendell Street, Suite E
    Fairbanks, AK  99701


F:\303869\286\00018857.DOC