Cory R. Borgeson
Borgeson & Burns, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 (facsimile)

**RECEIVED**
MAY 19 2008

**LODGED**
APR 23 2008
CLERK
U.S. BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

**FILED**
MAY 15 2008
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

In re                                  )
                                       )
BOBBY L. KUBANYI                       )   Case No.: F08-00140-DMD
                                       )   Chapter 7
            Debtor.                    )
                                       )

## ORDER FOR RELIEF FROM STAY

Golden Valley Electric Association (hereafter "GVEA") has filed with this Court a motion for relief from the automatic stay imposed by 11 U.S.C. 362(a). It appearing that the Motion for Relief from Stay was duly noticed, and it further appearing that no objections have been received by this Court, therefore,

IT IS HEREBY ORDERED that GVEA's Motion for Relief from Stay is GRANTED. The case between Debtor and GVEA shall proceed in the U.S. District Court for the District of Alaska as scheduled.

DATED this 14th day of May, 2008.

_____
United States Bankruptcy Judge

*No execution shall be issued against the debtor or property of the bankruptcy estate without further order of this court. Dmd

Order for Relief From Stay
In Re: Bobby L. Kubanyi
Case No. F08-01440-DMD
Page 1 of 2

Serve: J. Crawford, Esq.
C. Borgeson, Esq.
L. Compton, Trustee
U.S. Trustee

SCANNED

Exhibit __1__
Page __1__ of __1__
5/15/08 M.B.

23