# MICHAEL J. WALLERI

*Attorney-at-Law*
*330 Wendell St., Suite C*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email: walleri@gci.net*

May 20, 2008

Cory Borgesen
Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

           Re:    Kubanyi v GVEA et. al.

Dear Cory:

I received your fax along with the Order for Relief from Stay and your letter regarding deadline dates. I disagree with the calculations put forth in your letter. My calculations show that ten (10) <u>business</u> days from the date of distribution is June 4, 2008. Please confirm this understanding in writing.

Sincerely,

Michael J. Walleri

Exhibit __2__
Page _1_ of _1_