Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>         Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>         Defendants. | **ORDER GRANTING MOTION TO DETERMINE DEADLINE TO FILE ALL REMAINING MATTERS THAT NEED TO BE FILED IN PREPARATION OF THE UPCOMING TRIAL** |

Case No. 4:04-cv-0026 RRB

**UPON** Plaintiff's motion for a determination of deadline to file all remaining matters that need to be filed in preparation of the upcoming trial and the Court being apprised of the premises therein,

*Michael J. Walleri*
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Order: Extend Deadline

1 of 2

IT IS HEREBY ORDERED, that Plaintiff's motion to determine deadline is hereby **GRANTED**. Plaintiff's remaining matters that need to be filed in preparation of the upcoming trial shall be completed on or before Wednesday, June 04, 2008

Date: _____                                    _____
                                                                              United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on May 21, 2008 via ECF to:

Mr. David Floerchinger                          Mr. Cory Borgeson
Assistant Attorney General                   Borgeson & Burns, P.C.
Department of Law                               100 Cushman Street, Suite 31
1031 W. Fourth Ave., Suite 200            Fairbanks, Alaska 99701
Anchorage, Ak  99501

Mr. Eric P. Gillett                                   Mr. Daniel T. Quinn
Preg O'Donnell & Gillett, P.C.              Richmond & Quinn
1800 Ninth Ave., Suite 1500                 360 K Street, Suite 200
Seattle, WA  98101-1340                      Anchorage, AK 99501-2038

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                               2 of 2
Order: Extend Deadline