Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>         Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>         Defendants. | **MEMORANDUN IN SUPPORT OF MOTION TO DETERMINE DEADLINE TO FILE ALL REMAINING MATTERS THAT NEED TO BE FILED IN PREPARATION OF THE UPCOMING TRIAL**<br>**{Expedited Request}** |

Case No. FO4-0026

Plaintiff's seek determination of time to file all remaining matters that need to be filed in preparation of the upcoming trial.  The Court distributed a Minute Entry regarding the Final Pretrial Conference held on May 6, 2008.  According to the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                                                    1 of 4
Motion to Determine Deadline

Minute Entry See Attached) the parties have ten business days from the date that the Bankruptcy Stay is lifted to file all remaining matters that need to be filed in preparation of the upcoming trial. The Order for Relief from Stay was distributed on May 15, 2008. (See Attached) In ordinary circumstances, deadline calculations start on the day of distribution, not the day the Order is signed. The Court served Borgesen and Burns a copy of the Signed Order for Relief from Stay, unfortunately, the undersigned counsel did not receive any notice that the order was signed as Borgesen & Burns did not have the professional courtesy to pass along that information until May 20, 2008 by faxing a copy of the signed Order of Relief . (See Attached) According to the received stamp at the top of the order it appears that Opposing counsel received the Order May 19, 2008; however, his office failed to serve a copy to this office until today.

    At Docket 362, the opposing counsel files as exhibits the Order, a letter from this office, and the lognotes from the hearing in question. The plaintiff's would like to offer the rest of the story as evidenced by the Plaintiffs' exhibits. These include the signed letter by Cory Borgesen which was faxed to this office at 2:10pm with the signed order. This office wrote and faxed the letter found as an exhibit in Docket 362. Shortly there after Michael Kramer's letter was faxed to this office in which he explained that if this office wasn't happy with the calculations to "please take it up

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

with Judge Beistline.  Once again the Defendant's counsels are playing a game of good cop, bad cop.

Plaintiff's counsel is preparing for a three (3) week trial scheduled to start on June 30, 2008, 4FA-04-2761 CI.  The issues in this trial are complicated and there is a language barrier.  The instant case is not schedule for trial until August.  Neither party will be harmed by the longer deadline.

Plaintiff's are merely requesting the Court to determine the deadline for filing pretrial filings no later than Wednesday, June 4, 2008, which is ten (10) business days following the Plaintiff's discovery of the ruling that the stay is lifted.  Plaintiff's have no objection to the deadlines being universal of course.

Dated this 21st day of May, 2008 at Fairbanks, Alaska.

                MICHAEL J. WALLERI

                /s/ Michael J. Walleri
                Law Offices of Michael J. Walleri
                330 Wendell Street, Suite E
                Fairbanks, Alaska 99701
                (907) 452-4716
                (907) 4524725 (Facsimile)
                walleri@gci.net
                AK Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026                                                         3 of 4
Motion to Determine Deadline

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on May 21, 2008 via ECF to:

| | |
|---|---|
| Mr. David Floerchinger | Mr. Cory Borgeson |
| Assistant Attorney General | Boreson & Burns, P.C. |
| Department of Law | 100 Cushman Street, Suite 31 |
| 1031 W. Fourth Ave., Suite 200 | Fairbanks, Alaska 99701 |
| Anchorage, Ak  99501 | |
| | |
| Mr. Eric P. Gillett | Mr. Daniel T. Quinn |
| Preg O'Donnell & Gillett, P.C. | Richmond & Quinn |
| 1800 Ninth Ave., Suite 1500 | 360 K Street, Suite 200 |
| Seattle, WA  98101-1340 | Anchorage, AK  99501-2038 |

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725