Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>Golden Valley Electric Association, <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. F04-0026 CIV

## DEFENDANT'S DEPOSITION DESIGNATIONS

Defendant Golden Valley Electric Association, Inc., hereinafter "GVEA"

through their undersigned counsel, hereby submits its deposition designations.

### ARLETTE KUBANYI

### October 6, 2006

Page 10; Lines 15-25

Page 12; Lines 3-25

Page 13; Lines 1-3

Page 17; Lines 24-25

Page 18; Lines 1-25

Page 19; Lines 1-25

Page 20; Lines 1-25

Page 21; Lines 1-23

Page 22; Lines 15-25

Page 23; Lines 1-4

Page 26; Lines 16-25

Page 27; Lines 1-25

Page 28; Lines 1-25

Page 30; Lines 21-25

Page 31; Lines 1-25

Page 32; Lines 1-25

Page 33; Lines 1-25

Page 34; Lines 1-18

Page 35; Lines 2-25

Page 36; Lines 1-25

Page 37; Lines 1-25

Page 38; Lines 1-25

Page 39; Lines 1-25

Page 40; Lines 1-25

Page 41; Lines 1-25

Page 45; Lines 15-25

Page 46; Lines 1-6

Page 52; Lines 2-25

Page 53; Lines 1-25

Page 54; Lines 1-15

Page 59; Lines 13-25

Page 60; Lines 1-25

Page 61; Lines 1-25

## DORIS KUBANYI

### October 5, 2006

Page 6; Lines 10-21

Page 12; Lines 3-25

Page 13; Lines 1-25

Page 14; Lines 1-17

Page 28; Lines 15-25

Page 29; Lines 1-25

Page 30; Lines 1-8

## JIMMY KUBANYI

### October 5, 2006

Page 4; Lines 5-8

Page 5; Lines 17-25

Page 6; Lines 1-6

Page 10; Lines 8-25

Page 11; Lines 1-14 and Lines 22-25

Page 12; Lines 1-14

Page 40; Lines 24-25

Page 41; Lines 1-8 and Lines 12-25

Page 42; Lines 1-3

# VICTOR KUBANYI

## October 5, 2006

Page 4; Lines 5-10

Page 5; Lines 20-25

Page 6; Lines 1-25

Page 7; Lines 1-22

Page 12; Lines 3-25

Page 13; Lines 1-25

Page 14; Lines 1-25

Page 15; Lines 1-25

Page 16; Lines 1-6

Page 23; Lines 8-25

Page 24; Lines 1-25

Page 26; Lines 12-21

Page 34; Lines 24-25

Page 35; Lines 1-6

Page 43; Lines 15-25

Page 44; Lines 1-25

Page 45; Lines 1-25

Page 46; Line 1

Page 47; Lines 17-25

Page 48; Lines 1-10

Page 49; Lines 2-22

Page 53; Lines 11-25

## ELIZABETH TUZROYLUK

### October 5, 2006

Page 10; Lines 13-25

Page 11; Lines 1-25

Page 12; Lines 1-13

## AILEEN WELTON

### OCTOBER 6, 2006

Page 13; Lines 2-25

Page 14; Lines 1-25

Page 15; Lines 1-8

Page 30; Lines 6-25

Page 31: Lines 1-20

## WAYNE WALTERS

### JANUARY 27, 2006

Page 7; Lines 16-25

Page 8; Lines 1-25

Page 9; Lines 1-25

Page 10; Lines 1-25

Page 11; Lines 1-25

Page 12; Lines 1-25

Page 13; Lines 1-25

Page 14; Lines 1-25

Page 15; Lines 1-25

Page 16; Lines 1-25

Page 17; Lines 1-25

Page 18; Lines 1-25

Page 19; Lines 1-25

Page 20; Lines 1-8

Page 30; Lines 23-25

Page 31; Lines 1-25

Page 32; Lines 1-25

Page 33; Lines 1-9

## JACOB STEWART COVEY

## JANUARY 25, 2006

Page 5; Lines 18-25

Page 6; Lines 1-2 and Lines 18-25

Page 7; Lines 1-25

Page 8; Lines 1-23

Page 10; Lines 16-25

Page 11; Liens 1-25

Page 12; Lines 1-25

Page 13; Lines 1-25

Page 14; Lines 1-20

Page 18; Lines 20-25

Page 19; Lines 1-25

Page 20; Lines 1-25

Page 21; Lines 1-25

Page 22; Lines 1-25

Page 23; Lines 1-25

Page 24; Lines 1-25

Page 25; Lines 1-25

Page 26; Lines 1-25

Page 27; Lines 1-24

Page 29; Lines 9-25

Page 30; Lines 1-25

Page 31; Lines 1-25

Page 32; Lines 1-25

Page 33; Lines 1-25

Page 35; Lines 5-25

Page 36; Lines 1-25

Page 37; Lines 1-25

Page 38; Lines 1-4

Page 39; Lines 9-25

Page 40; Lines 1-4

Page 46; Lines 5-13

Page 47; Lines 4-25

Page 48; Lines 1-4

DATED this 4th day of June, 2008, at Fairbanks, Alaska.

s/Cory R. Borgeson
100 Cushman Street, Suite 311
Fairbanks, AK  99701
(907) 452-1666
Fax:  (907) 456-5055
Email:  cborgeson@bnblaw.com
ABA # 8405009

Certificate of Service

I hereby certify that on the 4th day of June, a copy of the foregoing document was served electronically on:

Michael Walleri

F:\303869\286\00017862.DOC

**Defendant's Deposition Designations**
Case No.:  F04-0026 Civ
Page 8 of 8