Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, <br> Aileen Welton, Elizabeth Tuzroyluk <br> Doris Kubanyi, Victor Kubanyi, <br> Bobby Kubanyi, Arlette Kubanyi and, <br> Brian Baggett, <br> <br>               Plaintiffs, <br> <br> vs. <br> <br> Golden Valley Electric Association, <br> <br>               Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. F04-0026 CIV

## DEFENDANT GVEA'S PROPOSED VOIR DIRE QUESTIONS

Defendant, Golden Valley Electric Association (GVEA), through counsel, requests that the following voir dire questions be asked of the prospective jurors in addition to any standard questions asked by the Court.

    1.    How long have you lived in Alaska and what brought you to the state?

    2.    Did any members of the jury panel know one another before assembling for this jury panel? If so, in what way?

3. Have you ever served previously as a member of a trial jury? If so, when and in which court? Was it on a civil or criminal case? Were you allowed to reach a verdict? What was the outcome of the trial? Have you ever served as a foreperson on a jury? Was there anything about your experience on a jury that would make it difficult for you to sit on this jury?

4. Do you know any of the parties or their lawyers?

5. Do you know any of the following persons, who may be witnesses in this case: Dave Cruz, Christopher Faeo, Jake Covey, Paul Mayo, Elliot Lowe, Stu Pechek, Hans Axelsson, John Ellis, or Patrick Kalen?[1]

6. This case concerns events which occurred in on or near Seven Mile Lake, on March 1, 2003 during the construction of the Northern Intertie Transmission Line located between Healy and Fairbanks. Have any of you heard anything about this case before today? If so, how did you hear about it? Did you form any opinion about this case? Do you believe that your ability to serve impartially as a juror in this case has been affected by what you have heard or read about this case?

7. Have you had any experiences with Defendant GVEA that might interfere with your ability to serve as an impartial juror in this case? If so, please explain.

8. Do you hold any opinions or views of Defendant GVEA that might interfere with your ability to serve as an impartial juror in this case? If so, please explain.

9. Do you now or have you ever owned any property that was trespassed upon by another? If so, please tell us about it.

10. Does any member of your family now own or has any family member ever owned any property that was trespassed upon? If so, please tell us about it.

---

[1] This list of names may have to be altered after the parties exchange their final witness lists prior to the start of the trial.

**DEF. GVEA'S PROPOSED VOIR DIRE QUESTIONS**
*Kubanyi, et al. v. GVEA*
F04-0026 CIV
Page 2 of 4

11. Have you, any member or your family, or any close friend ever committed a trespass? If so, please tell us about it.

12. Do you believe that a property owner should have the right to do whatever he or she wants in order to defend his or her property?

13. Do you use Alaska's public waterways for boating, swimming, fishing, or other recreation? If so, please tell us about it.

14. Do you use public trails or easements for hiking, hunting, or other purposes? If so, please tell us about it.

15. Do you hold any view or opinion about the Northern Intertie Transmission Line project? If so, please tell us about it.

16. Has anyone interfered or tried to interfere with a contract you were a party to? If so, tell us about it. How did you feel?

17. What social, civic, fraternal, or political organizations are you a member of?

18. Do you regularly listen to any radio talk program? If so, who is the host of that program?

19. To admit to having some sympathy for the Plaintiffs or the Defendant is nothing to be ashamed of and does not reflect badly on you as a person. However, both the Plaintiffs and the Defendant are entitled to have this case heard by a fair and impartial jury that will decide the case solely according to the evidence admitted in this Court and the Court's instructions on the law. The jury may not be governed by sympathy, prejudice, or public opinion. With this in mind, do any of you know of any reason why you would be unable to give either the Plaintiffs or the Defendant a fair trial based solely on the evidence admitted at trial and the instructions given by the Court?

20. Any other voir dire questions that may be formulated between now and the final pre-trial conference.

DATED this 4th day of June, 2008, at Fairbanks, Alaska.

                  s/Cory R. Borgeson
                  100 Cushman Street, Suite 311
                  Fairbanks, AK  99701
                  (907) 452-1666
                  Fax:  (907) 456-5055
                  Email:  cborgeson@bnblaw.com
                  ABA # 8405009

Certificate of Service

I hereby certify that on the 4th day of June, a copy of the foregoing document was served electronically on:

Michael Walleri

**DEF. GVEA'S PROPOSED VOIR DIRE QUESTIONS**
*Kubanyi, et al. v. GVEA*
F04-0026 CIV
Page 4 of 4