Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,            )
Aileen Welton, Elizabeth Tuzroyluk        )
Doris Kubanyi, Victor Kubanyi,            )
Bobby Kubanyi, Arlette Kubanyi and,       )
Brian Baggett,                            )
                                          )
              Plaintiffs,                 )
                                          )
   vs.                                    )
                                          )
Golden Valley Electric Association,       )
                                          )
              Defendant.                  )
_____)
Case No. F04-0026 CIV

**DEFENDANT, GOLDEN VALLEY ELECTRIC ASSOCIATION, INC.'S TRIAL EXHIBIT LIST**

Defendants, by and through undersigned counsel, hereby submits their Trial Exhibit List as follows:

A. 2/27/85 Letter from Polar Mining, Inc./Evan Miller to the Department of Natural Resources regarding R.S. 2477 Public Access –

B. 3/8/91 Memorandum from Susan Jones/TCC to BLM re: Native Allotment of Nora Kubanyi, FF-14577 (with attachments) – Admitted.

C. 9/21/92 Decision, Modified in Part (with attachments) – Admitted.

D. 8/5/99 BLM Right-of-Way Grant/Temporary Use Permit (with exhibits) –

Admitted.

E.    7/6/99 Engineering Services Continuing Agreement between GVEA and Black & Veatch Corporation – Admitted.

F.    11/21/01 GVEA Northern Intertie Project Contract NI-8 – Admitted.

G.    12/3/01 Agreement Subcontract No. 2002-01 between contractor Global Power & Communications, LLC and sub-contractor Cruz Construction, Inc. – Admitted.

H.    1/08/02 ADNR Temporary Water Use Authorization (with attachments) – Admitted.

I.    Not used.

J.    Various Cruz General Foreman's Construction Daily Reports from 2/27/03 to 3/11/02 – Admitted.

K.    Various Cruz Construction Daily Reports from 2/27/03 to 3/11/03 – Admitted.

L.    2/27/03, 2/28/03 and 3/7/03 Cruz Construction Daily Water Load Count Sheets – Admitted.

M.    Vaiours NI-8 Dryden & LaRue Inspectors Daily Reports from 2/27/03 to 3/14/03 – Admitted.

N.    3/4/03 Letter from Richard Warner to Eric Worthington re: discontinue the use of Seven Mile Lake. – Admitted.

O.    Not used.

P.    3/5/03 Letter from David Cruz to Global Power &

Communications/Gearhart re: request for change orders – Admitted.

    Q.    3/7/03 Letter from GVEA to R.M. Gearhart re RFI#127 – Admitted.

    R.    3/7/03 Memorandum from Nancy Rabener re Dave Cruz Altercation – Admitted.

    S.    8/2/06 Letter from Tanana Chiefs Conference/Hans Axelsson to Michael Walleri re: valuation – Admitted.

    T.    Status Plat – Seven Mile Lake and Rex Trail – Admitted.

    U.    Deposition Designations of Arlette Kubanyi 10/6/06 –

    V.    Deposition Designations of Doris Kubanyi 10/5/06 –

    W.    Deposition Designations of Jimmy Kubanyi 10/5/06 –

    X.    Deposition Designations of Victor Kubanyi 10/5/06 –

    Y.    Deposition Designations of Trooper Jacob S. Covey 1/25/06 -

    Z.    Deposition Designations of Elizabeth Tuzroyluk 105/06 -

    AB.    Deposition Designations of Aileen Welton 10/6/06 –

    AC.    Deposition Designations of Wayne Walters 1/27/06 -

    AD.    10/18/06 Surveyor's Report by Patrick Kalen, PLS –

    AE.    Audio cassette tape of arrest of Don Kubanyi by the Alaska State Troopers –

    All exhibits submitted by Plaintiffs

    All pleadings filed in this matter

    All exhibits needed for rebuttal

    All discovery answers provided by Plaintiff

DATED this 16th day of June, 2007, at Fairbanks, Alaska.

                                                   s/Cory R. Borgeson
100 Cushman Street, Suite 311
Fairbanks, AK  99701
(907) 452-1666
Fax:  (907) 456-5055
Email:  cborgeson@bnblaw.com
ABA # 8405009

Certificate of Service

I hereby certify that on the 16th day of June, a copy of the foregoing document was served electronically on:

Michael Walleri