Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>        Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>        Defendants. | **PLAINTIFF'S EXHIBIT LIST** |

Case No. 4:04-cv-0026 RRB

| 1 | Order approving Will and Decree of Distribution | Objected |
|---|---|---|
| 2 | Native Allotment Decision Dated September 21, 1992 | Objected |
| 3 | Native Allotment | Objected |
| 4 | Addendum to 51 BIAM Supplement 1 | Objected |

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

| 5 | Administration Decision | Objected |
|---|---|---|
| 6 | Count Sheet Dated: February 27, 2003 | Admitted |
| 7 | Daily Reports | Objected |
| 8 | 7 Mile Lake Work Stoppage | Objected |
| 9 | Cruz Construction Letter Dated: March 6, 2003 | Objected |
| 10 | Request for Information | Objected |
| 10A | RFI Response No. 128 | Objected |
| 11 | DNR Letter  Dated: February 4, 2002 | Objected |
| 12 | DNR Letter Re: TWUP Dated: January 8, 2002 | Objected |
| 13 | Map | Objected |
| 14 | Global and Cruz Agreement | Admitted |
| 15 | TWUP Dated: March 4, 2003 | Objected |
| 16 | Water Authorization Dated: March 6, 2003 | Admitted |
| 17 | Cruz Construction Letter Dated: March 6, 2003 | Objected |
| 18 | RFI Response No 127 | Objected |
| 19 | Request for Information | Objected |
| 20 | Cruz Construction Letter Dated: March 5, 2003 | Objected |
| 21 | Trespass Complaint | Objected |
| 22 | Trespass Compliant | Objected |
| 23 | BIA Investigation | Objected |
| 24 | Maps | Admitted |
| 25 | Memorandum regarding Discontinue Use | Admitted |
| 26 | Memorandum regardingDiscontinue Use | Objected |
| 27 | Weekly Progress Report | Objected |
| 28 | Mark Sherman Report | Objected |
| 29 | Eric Stahlke ExpertReport | Objected |
| 30 | Eric Stahkle Expert Report Supplemental | Objected |
| 31 | Victor's Pictures | Objected |
| 32 | Pictures | Objected |
| 33 | Pictures | Objected |

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

| 34 | 2007 Pictures | Objected |
|---|---|---|
| 35 | Maps | Objected |
| 36 | Deposition of Wayne Walters<br>Dated: January 27, 2006 | Objected |
| 37 | Deposition of Gregory Wyman<br>Dated: July 3, 2007 | Objected |
| 38 | Deposition of David Cruz<br>Dated: January 24, 2006 | Objected |
| 39 | Deposition of Eric Stahlke<br>Dated: October 5, 2007 | Objected |
| 40 | Deposition of Kalen<br>Dated: February 13, 2007 | Objected |
| 41 | Deposition of Paul Mayo<br>Dated: October 6, 2006 | Objected |
| 42 | Multi Picture Board | Objected |
| 43 | Photo 1 on Board | Objected |
| 44 | Photo 2 on Board | Objected |
| 45 | Photo 3 on Board | Objected |
| 46 | Detail Drawing on Board | Objected |
| 47 | 7 Mile Lake Access Road | Objected |
| 48 | Compact Disc of Pictures | Objected |

DATED this 16th day of June, 2008.


MICHAEL J. WALLERI


/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Certificate of Service

I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on June 16, 2008 via ECF to:

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725