Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,            )
Aileen Welton, Elizabeth Tuzroyluk        )
Doris Kubanyi, Victor Kubanyi,            )
Bobby Kubanyi, Arlette Kubanyi and,       )
Brian Baggett,                            )
                                          )
    Plaintiffs,       )
                                          )
 vs.                                 )
                                          )
Golden Valley Electric Association,       )
                                          )
    Defendant.        )
_____)
Case No. F04-0026 CIV

### NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEMS
**(Local Rule 39.3)**

  Defendants, Golden Valley Electric Association, Inc., hereby gives notice of their intent to use the Digital Evidence Presentation System (DEPS) during the trial set to start on August 18, 2008 in Fairbanks, Alaska.

DATED this 18th day of July, 2008, at Fairbanks, Alaska.

                s/Cory R. Borgeson
100 Cushman Street, Suite 311
Fairbanks, AK  99701
(907) 452-1666
Fax:  (907) 456-5055
Email:  cborgeson@bnblaw.com
ABA # 8405009

Certificate of Service

I hereby certify that on the 18th day of July, a copy of the foregoing document was served electronically on:

Michael Walleri
David Floerchinger
Eric P. Gillett
Daniel T. Quinn

**NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEMS**
*Kubanyi, et al. v. GVEA*
F04-0026 CIV
Page 2 of 2