Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,            )
Aileen Welton, Elizabeth Tuzroyluk        )
Doris Kubanyi, Victor Kubanyi,            )
Bobby Kubanyi, Arlette Kubanyi and,       )
Brian Baggett,                            )
                                          )
                    Plaintiffs,           )
                                          )
   vs.                                    )
                                          )
Golden Valley Electric Association,       )
                                          )
                    Defendant.            )
_____ )
Case No. F04-0026 CIV

### OBJECTION TO PLAINTIFFS' EXHIBITS

Defendants, Golden Valley Electric Association, Inc., hereby objects to Plaintiffs' Trial Exhibits as follows:

1. Hearsay, Fed. R. Evid. 801 authentication, Fed. R. Evid. 901

2. Fed. R. Evid. 801, Fed. R. Evid. 901, and relevance Fed. R. Evid. 402

3. Fed. R. Evid. 801, Fed. R. Evid. 901, Fed. R. Evid. 402 and Fed. R. Evid.403

4. Fed. R. Evid. 801, Fed. R. Evid.901, Fed. R. Evid. 402 and Fed. R.

Evid. 403

    5.    Fed. R. Evid. 801, Fed. R. Evid. 901, Fed. R. Evid. 402, and Fed. R. Evid. 403

    6.    No objection.

    7.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    8.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    9.    No objection.

    10.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    11.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    12.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    13.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    14.    No objection.

    15.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    16.    No objection.

    17.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    18.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    19.    No objection

    20.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    21.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    22.    Fed. R. Evid. 801 and Fed. R. Evid. 901

    23.    Fed. R. Evid. 801 and Fed. R. Evid. 901

24. No objection.

25. No objection.

26. No objection.

27. Fed. R. Evid. 801 and Fed. R. Evid. 901

28. Fed. R. Evid. 801 and Fed. R. Evid. 901

29. Fed. R. Evid. 801 and Fed. R. Evid. 901

30. Fed. R. Evid. 801 and Fed. R. Evid. 901

31. Fed. R. Evid. 801 and Fed. R. Evid. 901

32. Fed. R. Evid. 801 and Fed. R. Evid. 901

33. Fed. R. Evid. 801 and Fed. R. Evid. 901

34. Fed. R. Evid. 801 and Fed. R. Evid. 901

35. Fed. R. Evid. 801 and Fed. R. Evid. 901

36. Fed. R. Evid. 801 and Fed. R. Evid. 901

37. Fed. R. Evid. 801 and Fed. R. Evid. 901

DATED this 21st day of July, 2008, at Fairbanks, Alaska.

s/Cory R. Borgeson
100 Cushman Street, Suite 311
Fairbanks, AK  99701
(907) 452-1666
Fax:  (907) 456-5055
Email:  cborgeson@bnblaw.com
ABA # 8405009

Certificate of Service

I hereby certify that on the 21st day of
July, a copy of the foregoing document
was served electronically on:

Michael Walleri
David Floerchinger
Eric P. Gillett
Daniel T. Quinn

**OBJECTIONS TO PLAINTIFFS' EXHIBITS**
*Kubanyi, et al. v. GVEA*
F04-0026 CIV
Page 4 of 4