Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,            )
Aileen Welton, Elizabeth Tuzroyluk        )
Doris Kubanyi, Victor Kubanyi,            )
Bobby Kubanyi, Arlette Kubanyi and,       )
Brian Baggett,                            )
                                          )
                 Plaintiffs,  )
                                          )
  vs.                                     )
                                          )
Golden Valley Electric Association,       )
                                          )
               Defendant.    )
_____)
Case No. F04-0026 CIV

### STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE

The parties, through counsel, stipulate to rescheduling the Pretrial Conference in the above referenced matter.  Counsel for Defendant will not be able to participate in the Pretrial Conference presently set for August 15, 2008 at 8:30 a.m. in Courtroom 1.   The parties agree that August 18, 19, or 20, 2008 are alternative dates that the court may consider.

DATED this 5th day of August, 2008.

>s/Cory R. Borgeson
>100 Cushman Street, Suite 311
>Fairbanks, AK  99701
>(907) 452-1666
>Fax:  (907) 456-5055
>Email:  cborgeson@bnblaw.com
>ABA # 8405009

DATED this 5th day of August, 2008.

>s/Michael J. Walleri
>330 Wendell Street, Suite E
>Fairbanks, AK  99701
>(907) 452-4716
>Fax:  (907) 452-4725
>Email:  walleri@gci.net
>ABA# 7906060