Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,       )
Aileen Welton, Elizabeth Tuzroyluk   )
Doris Kubanyi, Victor Kubanyi,       )
Bobby Kubanyi, Arlette Kubanyi and,  )
Brian Baggett,                       )
                                     )
                    Plaintiffs,      )
                                     )
        vs.                          )
                                     )
Golden Valley Electric Association,  )
                                     )
                    Defendant.       )
_____)
Case No. F04-0026 CIV

## ORDER RESCHEDULING THE PRETRIAL CONFERENCE

The court, having reviewed the parties' stipulation requesting that the Pretrial

Conference be rescheduled;

IT IS HEREBY ORDERED that the Pretrial Conference presently set for

August 15, 2008 at 8:30 a.m. in Courtroom 1 is now rescheduled for August _____,

2008, at _____ a.m./p.m. in Courtroom 1.

DATED this _____ day of August, 2008.


_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE