```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

<u>DON M. KUBANYI, ET AL</u> vs. <u>GOLDEN VALLEY ELECTRIC ASSOCIATION</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTLINE</u> CASE NO.<u>4:04-CV-00026 RRB</u>

DEPUTY CLERK/RECORDER:          LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF:       MICHAEL WALLERI

               DEFENDANT:       MICHAEL KRAMER

PROCEEDINGS: FINAL PRETRIAL CONFERENCE    HELD: 08/20/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:00 p.m. court convened.

Court and counsel heard re: length of trial, trial procedures, jury selection procedures, witnesses, potential witness testimony, depositions, jury instructions, use of cell phones.

Trial by Jury: 8:30 a.m. August 25, 2008, Courtroom 1, Fairbanks.

At 1:59 p.m. court adjourned.

DATE: <u>August 20, 2008</u>      DEPUTY CLERK'S INITIALS:<u>   LGK   </u>

Revised 6/18/07