```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 DON M. KUBANYI, ET AL   vs. GOLDEN VALLEY ELECTRIC ASSOCIATION

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER:    LYNN GROVES-KELLEY

APPEARANCES:    PLAINTIFF: MICHAEL WALLERI

                DEFENDANT: MICHAEL KRAMER

PROCEEDINGS: STATUS CONFERENCE                HELD: 08/22/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:15 a.m. court convened.

Court and counsel heard re: property easement, property value, case outline, potential witnesses, nuisance claim.

At 11:54 a.m. court adjourned.

DATE: August 22, 2008      DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07