```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 DON M. KUBANYI, ET AL   vs. GOLDEN VALLEY ELECTRIC ASSOCIATION

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER:       LYNN GROVES-KELLEY

APPEARANCES:    PLAINTIFF:    MICHAEL WALLERI

                DEFENDANT:    MICHAEL KRAMER

PROCEEDINGS: TRIAL BY JURY- DAY 1           HELD: 08/25/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened without the prospective panel present.

Court and counsel heard re: easement, damages, values, witness testimony, case summary, jury selection procedures.

At 8:54 a.m. court recessed until 8:58 without the prospective panel present.

Court and counsel heard re: opening statements.

At 9:08 a.m. 41 prospective jurors entered the courtroom.

Court welcomed prospective jurors and introduced parties.

Court read summary of case.

Qualifying oath administered.

General voir dire conducted.

At 9:24 a.m. juror excused.
At 9:34 a.m. juror excused.
At 9:40 a.m. juror excused.
At 9:42 a.m. juror excused.
At 9:44 a.m. juror excused.
At 10:03 a.m. juror excused.

                    CONTINUED ON PAGE 2

DATE: August 25, 2008        DEPUTY CLERK'S INITIALS:   LGK

Revised 6/18/07

```
                     CONTINUATION PAGE 2
     DON B. KUBANYI, ET AL V. GOLDEN VALLEY ELECTRIC ASSOCIATION
                        4:04-CV-00026 RRB
                      TRIAL BY JURY - DAY 1
                         AUGUST 25, 2008
```
---

At 10:15 a.m. the prospective jury panel exited the courtroom.

Court and counsel heard re: prospective jurors.

At 10:29 a.m. court recessed until 10:39 a.m. without the prospective jury panel present.

At 10:41 a.m. 35 prospective jurors entered the courtroom.

Clerk called 16 prospective jurors into jury panel box.

Individual voir dire begun.

At 11:04 a.m. court excused remaining jurors not used.

At 11:05 a.m. prospective jurors exited the courtroom

At 11:07 a.m. court recessed until 11:22 a.m. without the prospective panel present.

Court and counsel heard re: peremptory challenges.

At 11:26 a.m. 16 prospective jurors entered the courtroom.

Jury panel of 8 selected and seated in jury box.

At 11:28 a.m. Court thanked and excused remaining jurors.

Oath as to trial jurors administered.

Court read preliminary instructions

At 11:40 a.m. jury panel exited courtroom.

Court and counsel heard re: witness testimony.

CONTINUED ON PAGE 3

DATE: August 25, 2008            DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07

```
              CONTINUATION PAGE 3
 DON B. KUBANYI, ET AL V. GOLDEN VALLEY ELECTRIC ASSOCIATION
                  4:04-CV-00026 RRB
                 TRIAL BY JURY - DAY 1
                   AUGUST 25, 2008
```
---

At 11:51 a.m. court recessed until 1:02 p.m. without the jury panel present.

Court and counsel heard re: plaintiffs oral motion to restrict portions of defense opening statement pertaining to Don Kubanyi: **DENIED**.

At 1:07 p.m. the jury panel entered the courtroom.

Opening statements heard.

Leonard Paul Mayo sworn and testified on behalf of plaintiff. Plaintiff's exhibits 1,2,3,4,15, 21 and 24 **IDENTIFIED** and **ADMITTED**.

At 2:50 p.m. court recessed until 3:07 p.m. without the jury present.

Court and counsel heard re: exhibits.

At 3:13 p.m. the jury panel entered the courtroom.

Leonard Paul Mayo resumed the stand and testified further on behalf of plaintiff. Plaintiff's exhibit 23 IDENTIFIED. Plaintiff's exhibit 44 **IDENTIFIED AND ADMITTED.**

At 4:42 p.m. the jury exited the courtroom to reconvene Tuesday, August 26, 2008 at 8:30 a.m.

Court and counsel heard re: witness and trial scheduling.

AT 4:49 p.m. court recessed to reconvene **Tuesday, August 26, 2008 at 8:30 a.m.**

DATE: August 25, 2008          DEPUTY CLERK'S INITIALS:    LGK

Revised 6/18/07