```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

DON M. KUBANYI, ET AL  vs. GOLDEN VALLEY ELECTRICAL ASSOCIATION

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER:       LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF:    MICHAEL WALLERI

               DEFENDANT:    MICHAEL KRAMER

PROCEEDINGS: TRIAL BY JURY - DAY 2           HELD: 08/26/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:32 a.m. court convened without jury present.

Court and counsel heard re: witness schedule, jury instructions.

At 8:36 a.m. the jury entered the courtroom.

Eric Stahlke sworn and testified as an expert, on behalf of plaintiff. Plaintiffs exhibits 29, 42 **IDENTIFIED** and **ADMITTED**.

At 9:10 a.m court recessed until 9:10 a.m. with the jury panel present.

Eric Stahlke resumed the stand and testified further on behalf of plaintiff. Plaintiffs exhibits 43, 45 and 46 **IDENTIFIED** and **ADMITTED**.

AT 9:54 a.m. court recessed until 10:15 a.m. without the jury present.

Court and counsel heard re: witness schedule.

At 10:16 a.m. the jury entered the courtroom.

David Kramer Cruz sworn and testified on behalf of plaintiff. Plaintiffs exhibits 6, 9, 19, 27 and 33a **IDENTIFIED** and **ADMITTED**. Plaintiffs exhibits 7 and 18 **IDENTIFIED**.

CONTINUED ON PAGE 2

DATE: AUGUST 26, 2008              DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07

```
                    Continuation - page 2
      DON M. KUBANYI, ET AL V. GOLDEN VALLEY ELECTRIC ASSOCIATION
                         4:04-CV-00026 RRB
                       TRIAL BY JURY - DAY 2
                         AUGUST 26, 2008
--------------------------------------------------------------------
```

Plaintiffs oral motion to treat witness as hostile witness: **DENIED**.

At 12:02 p.m. court recessed until 1:18 p.m. without the jury present.

At 1:19 p.m. the jury entered the courtroom.

David Kramer Cruz resumed the stand and testified further on behalf of plaintiff. Defendant's exhibit AF **IDENTIFIED** and **ADMITTED**.

At 2:37 p.m. court recessed until 2:55 p.m without the jury present.

AT 2:55 p.m. the jury entered the courtroom.

Eric Stahlke resumed the stand and testified further on behalf of plaintiff.

At 3:53 p.m. court recessed until 4:08 p.m. without the jury present.

At 4:09 p.m. the jury entered the courtroom.

Wayne H. Walters sworn and testified on behalf of plaintiff.

At 4:42 p.m. the jury exited the courtroom to reconvene Wednesday, August 27, 2008 at 8:30 a.m.

At 4:42 p.m. court recessed until 4:42 p.m. without the jury panel present.

Court and counsel heard re: scheduling.

At 4:49 p.m. court recessed to reconvene **Wednesday, August 27, 2008 at 8:30 a.m.**


DATE: AUGUST 26, 2008            DEPUTY CLERK'S INITIALS: LGK


Revised 6/18/07