```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>DON M. KUBANYI, ET AL</u> vs. <u>GOLDEN VALLEY ELECTRIC ASSOCIATION</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTLINE</u> CASE NO.<u>4:04-CV-00026 RRB</u>

DEPUTY CLERK/RECORDER:       LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF:    MICHAEL WALLERI

               DEFENDANT:    MICHAEL KRAMER

PROCEEDINGS: TRIAL BY JURY - DAY 3        HELD: 08/27/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:34 a.m. court convened without the jury present.

Court and counsel heard re: Defendant's oral motion for limine instruction: **DENIED**.

At 8:38 a.m. the jury entered the courtroom.

Patrick Stephen Nelson sworn and testified on behalf of defendant.

At 9:58 a.m. court recessed until 10:15 a.m. without the jury present.

At 10:15 a.m. the jury entered the courtroom.

Patrick Stephen Nelson resumed the stand and testified further on behalf of defendant.

John M. Legerat sworn and testified on behalf of plaintiff.

Brian Stewart Baggett sworn and testified on behalf of plaintiff.

At 11:52 a.m. court recessed until 1:05 p.m. without the jury present.

At 1:05 p.m. the jury entered the courtroom.

                    CONTINUED ON PAGE 2

DATE: <u>August 27, 2008</u>     DEPUTY CLERK'S INITIALS: <u>  LGK  </u>

Revised 6/18/07

```
                    CONTINUATION PAGE 2
      DON M. KUBANYI, ET AL V. GOLDEN VALLEY ELECTRIC ASSOCIATION
                        4:04-CV-00026 RRB
                      TRIAL BY JURY - DAY 3
                        AUGUST 27, 2008
```

Arlette Kubanyi testified and sworn on behalf of plaintiff.

Don Michael Kubanyi testified and sworn on behalf of plaintiff.

At 2:13 p.m. court recessed until 2:25 p.m. without the jury present.

Court and counsel heard re: Exhibit 48.

At 2:48 p.m. the jury entered the courtroom.

Don Michael Kubanyi resumed the stand and testified further on behalf of plaintiff. Plaintiff exhibit 48 **IDENTIFIED** and **ADMITTED.**

At 4:31 p.m. the jury exited the courtroom to reconvene Thursday, August 28, 2008 at 8:45 a.m.

At 4:31 p.m. court recessed until 4:32 p.m. without the jury present.

Court and counsel heard re: Exhibit 48, jury instructions, witness scheduling.

At 4:46 p.m. court recessed to reconvene **Thursday, August 28, 2008 at 8:45 am.**

DATE: August 27, 2008        DEPUTY CLERK'S INITIALS:    LGK

Revised 6/18/07