```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

DON M. KUBANYI, ET AL vs.   GOLDEN VALLEY ELECTRICAL ASSOCIATION

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER:       LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF:    MICHAEL WALLERI

               DEFENDANT:    MICHAEL KRAMER

PROCEEDINGS: TRIAL BY JURY - DAY 4           HELD: 08/28/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:42 a.m. court convened without the jury present.

Court and counsel heard re: scheduling, proposed testimony.

At 8:46 a.m. the jury entered the courtroom.

Mark Sherman sworn and testified as an expert on behalf of plaintiff. Plaintiffs exhibits 18 and 28 IDENTIFIED and ADMITTED.

At 9:43 a.m. the jury exited the courtroom.

Court and counsel heard re: exhibit 18.

At 9:46 a.m. court recessed until 9:56 a.m. without the jury present.

AT 9:57 a.m. the jury entered the courtroom.

Mark Sherman resumed the stand and testified further on behalf of plaintiff.

Christopher Faeo sworn and testified on behalf of defendant.

At 11:34 a.m. court recessed until 11:43 a.m. with the jury present.

Patrick Henry Kalen sworn and testified, as an expert, on behalf of defendant.

CONTINUED ON PAGE 2

DATE: August 28, 2008         DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07

```
            CONTINUATION - PAGE 2
DON M. KUBANYI, ET AL V. GOLDEN VALLEY ELECTRICAL ASSOCIATION
                 4:04-CV-00026 RRB
                TRIAL BY JURY - DAY 4
                  AUGUST 28, 2008
```
---

At 12:14 p.m. court recessed until 1:32 p.m. without the jury present.

Court and counsel heard re: Defendant's oral motion for directed verdict on all claims: UNDER ADVISEMENT.

At 1:34 p.m. the jury entered the courtroom.

Patrick Henry Kalen resumed the stand and testified further, as an expert, on behalf of defendant.

At 2:45 p.m. court recessed until 3:02 p.m. without the jury present.

At 3:02 p.m. The jury entered the courtroom.

Patrick Henry Kalen resumed the stand and testified further, as an expert, on behalf of defendant.

At 4:52 p.m. the jury exited the courtroom to reconvene, Friday, August 29, 2008 at 8:30 a.m.

At 4:53 p.m. court recessed until 4:53 p.m. without the jury present.

Court and counsel heard re: special verdict form, jury instructions.

At 5:20 p.m. court recessed to reconvene **, August 29, 2008 at 8:30 a.m.**

DATE: August 28, 2008          DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07