Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Don M. Kubanyi, Jimmy Kubanyi,           )
Aileen Welton, Elizabeth Tuzroyluk       )
Doris Kubanyi, Victor Kubanyi,           )
Bobby Kubanyi, Arlette Kubanyi and,      )
Brian Baggett,                           )
                                         )
                Plaintiffs,  )
                                         )
   vs.                                   )
                                         )
Golden Valley Electric Association,      )
                                         )
                Defendant.   )
_____)
Case No. F04-0026 CIV

## DEFENDANT GVEA'S DOCUMENTS SUPPLEMENTING THE RECORD

Defendant, GVEA, by and through undersigned counsel hereby submits the following documents to supplement the record:

Exhibit A – November 22, 2006 letter to Michael J. Walleri; Proposed Stipulated Dismissal with Prejudice and Proposed Order; Proposed Agreement and Mutual Release of Claims; Offer of Judgment to Brian Baggett from GVEA; Notice of Acceptance of Offer of Judgment to GVEA from Michael Walleri; Offer of Judgment to Brian Baggett from Richmond & Quinn; Notice of Acceptance of Offer of Judgment to Richmond & Quinn from Michael Walleri

Exhibit B – March 4, 2003 letter to GVEA from Tanana Chiefs Conference;

March 5, 2003 letter to Tanana Chiefs Conference from GVEA; March 5, 2003 letter from Tanana Chiefs Conference to GVEA; March 6, 2003 letter to GVEA from Tanana Chiefs Conference.

      DATED this 29th day of August, 2008 at Fairbanks, Alaska.

                                          s/Cory R. Borgeson  
                                          100 Cushman Street, Suite 311  
                                          Fairbanks, AK  99701  
                                          (907) 452-1666  
                                          Fax:  (907) 456-5055  
                                          Email:  cborgeson@bnblaw.com  
                                          ABA # 8405009

Certificate of Service

I hereby certify that on the 29th day of August, a copy of the foregoing document was served electronically on:

Michael Walleri