LAW OFFICES
# Borgeson & Burns
A PROFESSIONAL LEGAL CORPORATION
KEYBANK CENTER • 100 CUSHMAN STREET • SUITE 311 • FAIRBANKS, ALASKA 99701

TELEPHONE (907) 452-1666
FACSIMILE (907) 456-5055

ATTORNEYS
Cory R. Borgeson
John J. Burns
Renner J. Eberlein*
Michael C. Kramer
Nikole V. Schick †
* licensed only in NC
† licensed also in WA

LAW CLERKS
Soraya F. Rudofsky

LEGAL ASSISTANTS
Patrick B. Carroll, CLA
Sue Fagan

November 22, 2006

Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701

Re: Kubanyi v GVEA
Our File No.: 303,869.286

Dear Mike:

Enclosed is our check for $1.00 for Brian Baggett pursuant to Mr. Baggett's acceptance of our Offer of Judgment. Please forward the check to Mr. Baggett. I have enclosed a Release of all Claims for his signature. I am also enclosing a proposed Stipulation for Dismissal with Prejudice for your review. Upon execution of the Release and your approval of the Proposed Stipulation, we will electronically file the proposed Stipulation for Dismissal. Please return the original Release signed by your client at your earliest convenience. We will then have our client sign and send you a fully executed copy for your records.

Very truly yours,

BORGESON & BURNS, PC

Michael C. Kramer /kab

Michael C. Kramer

MCK.kad

Enclosures: As stated

Exhibit A
Page 1 of 18

Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>　　　　　　　Defendants. | DRAFT<br><br><br>Case No. F04-0026 CIV RRB |

### PLAINTIFF BRIAN BAGGETT AND DEFENDANT GVEA'S
### STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Brian Baggett ("Baggett") and Defendant Golden Valley Electric Association ("GVEA"), stipulate and agree that all claims in this matter asserted by or in any way involving Baggett and GVEA should be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

//

//

//

DATED at Fairbanks, Alaska, this 21st day of November, 2006.

By: s/ Cory R. Borgeson    DRAFT

    BORGESON & BURNS, P.C.
    100 Cushman Street, Suite 311
    Fairbanks, Alaska 99701
    Telephone: (907) 452-1666
    Facsimile: (907) 456-5055
    E-mail: cborgeson@bnblaw.com
    ABA #8405009

DRAFT

By: s/ Michael Walleri (Consent)

    LAW OFFICES OF MICHAEL WALLERI
    330 Wendell Street, Suite E
    Fairbanks, AK 99701
    Telephone: (907) 452-4716
    Facsimile: (907) 452-4725
    E-Mail: walleri@gci.net
    ABA #7906060

This is to certify that on this date, a copy of the foregoing document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>　　　　　　　　　　Defendants. | DRAFT<br><br>Case No. F04-0026 CIV RRB |

### PROPOSED ORDER DISMISSING WITH PREJUDICE THE CLAIMS AND COUNTERCLAIMS OF PLAINTIFF BRIAN BAGGETT AND DEFENDANT GVEA

Based on Plaintiff Brian Baggett's and Defendant' Golden Valley Electric Association's *Stipulation for Dismissal with Prejudice* filed herewith, all claims of Plaintiff Brian Baggett and Defendant' Golden Valley Electric Association against one another are hereby ordered DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

Exhibit  A
Page  5  of  18

DATED at Fairbanks, Alaska, this ___ day of November, 2006.

DRAFT
_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

This is to certify that on this date, a copy of the foregoing
document is being served electronically on:

Michael Walleri  walleri@gci.net; christin_woodward@yahoo.com
330 Wendell Street, Suite E
Fairbanks, AK  99701

Daniel T. Quinn  dquinn@richmondquinn.com; cesary@richmondquinn.com
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501-2028

Eric P. Gillett  egillett@pregodonnell.com; mmorgan@pregodonell.com
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340

Dave Floerchinger  dave_floerchinger@law.state.ak.us; TWC.ECF@law.state.ak.us
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501

**Exhibit** A
**Page** 6 **of** 18

## AGREEMENT AND MUTUAL RELEASE OF CLAIMS

This Agreement and Mutual Release of Claims ("Agreement") is entered into by and between Golden Valley Electric Association ("GVEA") and Mr. Brian Baggett ("Baggett") and shall become effective on the date signed below.

**WHEREAS,** on or about March 1, 2003, GVEA owned the Northern Intertie Project ("Project") and GVEA contracted with Global Power Company, Inc., ("Global") to do construction on the Project and Global contracted with Cruz Construction Company, Inc., ("Cruz") to build ice roads;

**WHEREAS,** Cruz employees entered onto Seven Mile Lake to pump water in conjunction with the performance of its contract with Global for the construction of ice roads;

**WHEREAS,** in pumping water from Seven Mile Lake, Cruz workers and Don Kubanyi got into an altercation resulting in Cruz workers calling the State Troopers;

**WHEREAS,** Baggett subsequently filed suit against GVEA for Civil Rights violations;

**WHEREAS,** GVEA subsequently filed counterclaims against Brian Baggett for wrongful interference with a public right of way;

**NOW THEREFORE,** for and in consideration of the parties' agreement to dismiss all claims alleged in the Lawsuit filed by Baggett against GVEA, and any and all other claims arising out of the foregoing events and circumstances that any party hereto could have asserted in the Lawsuit against any other party hereto, and the parties' agreement to dismiss the Lawsuit with prejudice, the parties agree as follows:

1.   GVEA shall pay to Baggett by certified or cashier's check the sum of $1.00, said payment to be made concurrent with the delivery of this Agreement and the accompanying Stipulation for Dismissal duly executed by GVEA to Baggett's counsel. Immediately following the payment by GVEA to Baggett, Baggett shall cause its counsel to file the Stipulation for Dismissal with the Court, and shall forward duplicate originals of this Agreement, fully executed, to each party's counsel.

2   GVEA and Baggett hereby forever and fully release, discharge, and acquit, with prejudice, one another, and all of the other parties' agents, heirs, assigns, or other associated persons and all of the other parties' officers, directors, shareholder, employees, affiliated companies, representatives, attorneys, insurers, reinsurers, sureties, successors,

Settlement Agreement and Mutual Release
Page 1 of 4

Exhibit   A
Page  7  of  18

and assigns (hereinafter referred to collectively as the "Released Parties") from any and all demands, claims, causes of action, lawsuits, and liabilities of any nature whatsoever, resulting from or arising out of the events which occurred on or around March 1, 2003. This mutual release of claims includes, without limitation, any and all claims for any kind of loss or damages whatsoever alleged, pled, or set forth or which might have been alleged, whether any such claim is now existing or hereafter arising, conditional or unconditional, liquidated or unliquidated, contingent or matured, known or unknown, suspected or unsuspected, disclosed or undisclosed, arising out of or related to the events which occurred on or around March 1, 2003.

3.  Each party hereto warrants and represents that:

a). It is capable of executing this Agreement and that the person executing this Agreement on its behalf has full authority to do so and that this Agreement shall bind the party on whose behalf it is executed;

b). The consideration given for this Agreement is for the purpose of terminating further controversy between the parties and resolving disputed claims, and that this Agreement shall not to be construed as an admission of liability by any party;

c). It has not sold, assigned, granted, or otherwise transferred or hypothecated to any other person or entity, any claim, demand, action, or cause of action, or any part thereof which could affect the party's right to execute this Agreement;

d). No promises or inducements have been offered or made except as herein specifically set forth and that the terms of this Agreement have been fully read, understood and voluntarily accepted;

e). It will not, either individually or in concert with others, bring or maintain or cause to be maintained any further demands, actions, claims, lawsuits, arbitrations, or other similar proceedings in any capacity whatsoever against any of the parties released herein as a result of or pertaining to or arising out of the facts or claims covered by this Agreement.

f). It is familiar with the decision of the Alaska Supreme Court in <u>Witt v Watkins</u>, 579 P.2d 1065 (Alaska 1978), but nevertheless intends that this Agreement shall fully discharge all parties herein from any and all liability or damages caused, contributed to

or arising out of the facts or claims asserted, or which could have been asserted, in the Lawsuit, and/or that are covered by this Agreement.

4. This Agreement is intended to be interpreted and applied broadly in favor of all of the "Released Parties". Any legal action regarding this Agreement shall be brought in the Fourth Judicial District, Fairbanks, Alaska, and the terms of this Agreement shall be interpreted and construed under the laws of the State of Alaska.

5. Counterparts. This Agreement may be executed in counterparts, in which event all executed copies taken together or a copy with all of the signature pages attached thereto, shall constitute one and the same instrument, and shall become effective when one or more counterparts have been signed by each party and delivered to all other parties hereto.

With the above stated consideration conferred upon the undersigned, the parties hereto do hereby forever relinquish any right to modify or rescind this Agreement based upon any act or alleged unilateral or mutual mistake of fact in its formation.

IN WITNESS WHEREOF, this Agreement is executed by the parties hereto on the dates set forth below.

**GOLDEN VALLEY ELECTRIC ASSOCIATION**
An Alaska Co-operative

Dated: November ____, 2006        By:_____

                                  Its:_____

**Approved as to form:**

_____
Cory R. Borgeson
Attorney for GVEA

STATE OF ALASKA            )
                           ) ss:
FOURTH JUDICIAL DISTRICT   )

On this ____ day of November, 2006, before me , a Notary Public in and for the State of Alaska, personally appeared _____, to me known to be the _____ of Golden

Settlement Agreement and Mutual Release
Page 3 of 4

Exhibit  A
Page  9  of  18

Valley Electric Association, an Alaska co-operative, that executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said co-operative for the uses and purposes therein mentioned and on oath stated that s/he was authorized to execute said instrument.

    WITNESS MY HAND and official notarial seal on the day, month and year in this certificate first above written.

                                        Notary Public in and for the State of Alaska
                                        My commission expires: _____

                                        **BRIAN BAGGETT**
                                        An Individual Alaska Citizen

Dated: November ____, 2006        By:_____

                                        Its:_____

**Approved as to form:**

_____
    Michael Walleri
    Attorney for Brian Baggett

STATE OF ALASKA            )
                                  ) ss:
FOURTH JUDICIAL DISTRICT  )

    On this ____ day of November, 2006, before me , a Notary Public in and for the State of Alaska, personally appeared _____, who executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said individual for the uses and purposes therein mentioned.

    WITNESS MY HAND and official notarial seal on the day, month and year in this certificate first above written.

                                          Notary Public in and for the State of Alaska
                                        My commission expires: _____

11-2-dean

Borgeson & Burns, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701
(907) 452-1666
(907) 456-5055 – facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Don M. Kubanyi, Jimmy Kubanyi, Aileen Welton, Elizabeth Tuzroyluk, Doris Kubanyi, Victor Kubanyi, Bobby Kubanyi, Arlette Kubanyi and, Brian Baggett,<br><br>               Plaintiffs,<br><br>vs.<br><br>Golden Valley Electric Association, Dave Cruz, individually and d/b/a Cruz Construction, Black & Veatch Corporation, Jake Covey and Patrick Nelson,<br><br>               Defendants. | Case No. F04-0026 CIV |

## OFFER OF JUDGMENT

To: **Plaintiff Brian Baggett**
c/o Michael J. Walleri, Atty.
330 Wendell St., Suite E
Fairbanks, Alaska, 99701

Without admitting any fault or liability of any kind or nature, but solely for the purpose of resolving this litigation without further expense, Defendant, Golden Valley Electric Association ("GVEA"), makes an offer of judgment in the amount of One Dollar ($1.00) to Plaintiff Brian Baggett for all claims, inclusive of prejudgment

DEFENDANT GVEA'S OFFER OF JUDGMENT TO BRIAN BAGGETT
Case No.: F04-0026 CI
Page 1 of 2

Exhibit _A_
Page _11_ of _18_

interest, attorneys fees, and recoverable court costs.

DATED at Fairbanks, Alaska this ___ day of November, 2006.

BORGESON & BURNS, PC

By: _____
Michael C. Kramer
ABA# 9605031

CERTIFICATE OF SERVICE

I hereby certify that a copy of the
Foregoing document was mailed/
Hand delivered this ___ day of
November, 2006, to:

Michael Walleri – Hand delivery
330 Wendell Street, Suite E
Fairbanks, AK 99701

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2028

Christine Tavares
Eric P. Gillett
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340

David Floerchinger
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

By: Karen Day

DEFENDANT GVEA'S OFFER OF JUDGMENT TO BRIAN BAGGETT
Case No.: F04-0026 CI
Page 2 of 2

Exhibit 4
Page 12 of 18

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON,<br>   Defendants. | NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT<br>[F.R.C.P. Rule 68] |

Case No. 4:04-cv-0026- RRB

To:   Cory Borgeson
      Borgeson & Burns, PCV
      100 Cushman St, Suite 311
      Fairbanks, Alaska 99701
      Attorney for Defendant

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Notice of Acceptance

1 of 2

Exhibit  A
Page 13 of 18

COMES NOW, Plaintiff, Brian Baggett, to accept the offer of Defendant, Golden Valley Electric Association (GVEA) dated November 2, 2006, allowing Plaintiff to take judgment in this action in the amount of $1.00 for all claims, inclusive of prejudgment interest, attorneys fees and recoverable court costs..

Dated this 15th day of November, 2006 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on November 15, 2006 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Notice of Acceptance

2 of 2

Exhibit A
Page 14 of 18



Daniel T. Quinn
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendants and Third-
Party Plaintiffs CRUZ CONST., INC.
and DAVE CRUZ, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, TROOPER JAKE COVEY AND TROOPER PATRICK NELSON, STATE OF ALASKA,<br><br>Defendants. | Case No. 4:04-cv-26-RRB |

<u>OFFER OF JUDGMENT</u>

COMES NOW defendants, DAVE CRUZ individually and d/b/a CRUZ CONSTRUCTION, INC., by and through counsel, Richmond & Quinn, and pursuant to Federal R. Civ. P. 68,

Exhibit 4
Page 15 of 18

hereby offers to allow entry of judgment for plaintiff, Brian Baggett, in this action for the sum of ONE DOLLAR and NO/100 ($1.00), inclusive of all allowable costs, interest and Rule 82 attorney fees to date hereof. This is an offer of compromise only, and is not to be construed as an admission of liability.

RICHMOND & QUINN
Attorneys for Defendants Dave
Cruz individually, and d/b/a
Cruz Construction, Inc.

DATED: 11/9/06   By: /s/ Daniel T. Quinn
ABA #8211141

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 9th day of November, 2006 on:

Michael J. Walleri
WALLERI LAW OFFICES
330 Wendell St., Suite E
Fairbanks, AK 99701

Cory Borgeson
BORGESON & BURNS, PC
100 Cushman, Suite 311
Fairbanks, AK 99701

David D. Floerchinger
ASSISTANT ATTORNEY GENERAL
STATE OF ALASKA
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

Eric Gillett
PREG, O'DONNELL & GILLETT
1800 9th Ave., Ste. 1500
Seattle, WA 98101

/s/ Charlene Esary
RICHMOND & QUINN
2073\038\PLD\OFFER OF JUDGMENT BRIAN BAGGETT

OFFER OF JUDGMENT
KUBANYI, ET AL. v. GVEA, ET AL., Case No. 4:04-cv-26
Page 2

Exhibit A
Page 16 of 18

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DON M. KUBANYI, JIMMY KUBANYI, AILEEN WELTON, ELIZABETH TUZROYLUK, DORIS KUBANYI, VICTOR KUBANYI, BOBBY KUBANYI, ARLETTE KUBANYI, and BRIAN BAGGETT, <br><br>                Plaintiff(s), <br><br> vs. <br><br> GOLDEN VALLEY ELECTRIC ASSOCIATION, DAVE CRUZ, individually and d/b/a/ CRUZ CONSTRUCTION, BLACK & VECH CORPORATION, JAKE COVEY AND PATRICK NELSON, <br>                Defendants. | NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT <br> [F.R.C.P. Rule 68] |

Case No. 4:04-cv-0026- RRB

To: Daniel T. Quinn
    Richmond & Quinn
    360 K Street, Suite 200
    Anchorage, Alaska 99501
    Attorney for Defendant

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Notice of Acceptance

1 of 2

Exhibit  A
Page  17 of 18

COMES NOW, Plaintiff, Brian Baggett, to accept the offer of Defendant, Dave Cruz, d/b/a Cruz Construction, Inc., dated November 2, 2006, allowing Plaintiff to take judgment in this action in the amount of $1.00 for all claims, inclusive of prejudgment interest, attorneys fees and recoverable court costs..

Dated this 15th day of November, 2006 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 4524725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on November 15, 2006 via ECF to:

Mr. David Floerchinger
Assistant Attorney General
Department of Law
1031 W. Fourth Ave., Suite 200
Anchorage, Ak 99501

Mr. Cory Borgeson
Boreson & Burns, P.C.
100 Cushman Street, Suite 31
Fairbanks, Alaska 99701

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, P.C.
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340

Mr. Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

/s/ Michael J. Walleri

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Kubanyi v. GVEA* Case No. F04-0026
Notice of Acceptance

2 of 2

Exhibit A
Page 18 of 18