

# TANANA CHIEFS CONFERENCE, INC.

122 First Avenue, Suite 600
Fairbanks, Alaska 99701-4897
Phone 907/452-8251 • Fax 907/459-3850



March 4, 2003

Golden Valley Electric Association
Attn. Greg Wyman, Engineering
758 Illinois Street
PO Box 71249
Fairbanks, AK 99707-1249          Fax: 457-5638; 451-5638

RE: Temporary Water Use Authorization, Kubanyi property

Dear Wyman:

The purpose of this letter is notify GVEA, the State DNR, and Cruz Construction to stop water pumping activity on the Native Allotment owned by the Heirs of Nora Kubanyi. The family has requested this action based on a questionable water permit authorized by the State to GVEA.

As we discussed on Monday, March 4, 2003 we mutually agreed that a temporary work stop would ensure the safety of the landowners and the contractors. As we are all aware, the Alaska State Troopers arrested one of the landowners who attempted to block a crossing of his land from the Rex trail to 7 Mile Lake.

Although the State has jurisdiction over water resources and public access over Rex trail, at issue is the sliver of land between the Rex Trail and 7 Mile Lake. As you are aware, the allotment is under federal jurisdiction with Tanana Chiefs Realty acting under a contract with the Department of the Interior. Both the State DNR and GVEA indicated that they had not provided notice, or a courtesy letter to Tanana Chiefs regarding the water permit.

As you indicated, GVEA may be willing to work with the landowner about the unanswered question of access rights to the lake. Because the construction season is short, I will be working with the family this week about possible solutions to this complicated issue.

Because the water permit was already issued, I will be focusing on Item no. 7 of the permit that indicates the permittee will obtain landowner permission for certain acts within private property. Number 10 of the permit is important also since GVEA is responsible for the actions of contractors, agents, or other persons.

Kubanyi v. GVEA<br/>Plaintiff No.58

Exhibit B<br/>Page 1 of 5

Again, I will be working with the 8 owners; I have already spoken with three members of the family and they will come to an agreement regarding the property.

My contact phone number is (907) 452-8251 extension 3261 if you have questions.

Tanana Chiefs Conference, Inc.

*Paul Mayo*
Paul Mayo
Realty Director

Cc: Heirs of Nora Kubanyi
    State of Alaska, Stuart Pechek, DNR, Fax: 451-2751
    State of Alaska, District Attorneys Office, Fax: 451-5996
    Ethan Schutt, General Counsel, Tanana Chiefs Conference, Inc.



**GOLDEN VALLEY ELECTRIC ASSOCIATION INC.** PO Box 71249 • Fairbanks, Alaska 99707-1249 • 907-452-1151 • www.gvea.c

March 5, 2003

Paul Mayo
Tanana Chiefs Conference, Inc.
122 First Ave., Suite 600
Fairbanks, AK 99701-3850

Subject: NI8 – Temporary water use authorization

Mr. Mayo,

Regarding your letter of March 5, 2003, GVEA is making a one time counter offer of $50,000.00 for access to, and use of the waters of 7 Mile Lake. This will also include the dropping of charges against Mr. Kubanyi provided that no trespass or other charges are filled against GVEA and/or their associated contractors.

If there are any questions, please call at (907)458-5731.

Very truly yours,

Rick Mucha

rjm

enclosure

cc:   Greg Wyman
      File

Kubanyi v. GVEA
Plaintiff No.56

Exhibit B
Page 3 of 5



# TANANA CHIEFS CONFERENCE, INC.

122 FIRST AVENUE, SUITE 600
FAIRBANKS, ALASKA 99701-4897
PHONE 907/452-8251 • FAX 907/459-3850

March 5, 2003

Golden Valley Electric Association
Attn. Greg Wyman, Engineering
758 Illinois Street
PO Box 71249
Fairbanks, AK 99707-1249                Fax: 457-5638; 451-5638

RE: Temporary Water Use Authorization, Kubanyi property

Dear Wyman:

The Kubanyi family has come to an agreement regarding the water permit and access issues on their property at 7 Mile Lake. The family is responding to a potential settlement offer from GVEA regarding their private property rights.

The Kubanyi family directed me to propose a total $100,000 (One-Hundred Thousand Dollar) settlement to close several legal issues that occurred at 7 Mile Lake. This amount is agreeable in total for all eight family members whom own the property.

If accepted, upon receipt, the questions of access and unresolved issues regarding access across the allotment and to the water source are final. The agreement would be immediate with a valid permit signed by all eight owners.

The proposed settlement is be disbursed in the following manner and delivered by checks to my office:

| | |
|---|---|
| Jimmy E. Kubanyi | $12,500 |
| Don M. Kubanyi | $12,500 |
| Aileen Welton | $12,500 |
| Elizabeth Kubanyi Tuzroyluke | $12,500 |
| Doris M. Kubanyi | $12,500 |
| Victor J. Kubanyi | $12,500 |
| Bobby L. Kubanyi | $12,500 |
| Arlette J. Kubanyi | $12,500 |

My contact phone number is (907) 452-8251 extension 3261 if you have questions.

Tanana Chiefs Conference, Inc.

Paul Mayo
Realty Director

Cc: Heirs of Nora Kubanyi
    Ethan Schutt, General Counsel, Tanana Chiefs Conference, Inc.

Kubanyi v. GVEA
Plaintiff No.57

Exhibit  B
Page  4  of  5

# TANANA CHIEFS CONFERENCE, INC.

122 FIRST AVENUE, SUITE 600
FAIRBANKS, ALASKA 99701-4897
PHONE 907/452-8251 ○ FAX 907/459-3850

March 6, 2003

Golden Valley Electric Association
Attn: Greg Wyman, Engineering
758 Illinois Street
PO Box 71249
Fairbanks, AK 99707-1249                    Fax. 457-5638; 451-5638

RE: Temporary Water Use Authorization, Kubanyi property

Dear Wyman: -

The Kubanyi family has decided to reject the $50,000 (Fifty-Thousand Dollar) one-time counteroffer to settle property rights on their Native Allotment for access. The family stands firm on the $100,000 (One-Hundred Thousand Dollar) original offer.

The prime contact/negotiator for the Kubanyi family will be **Victor Kubanyi** who can be reached on his cell phone at **347-5409**, or home no 451-0700, his work phone is 450-5383, or 450-5377. GVEA or Cruz Construction will be negotiating with Victor Kubanyi as the prime contact for the Kubanyi family.

My position here at Tanana Chiefs will be as a facilitator for communication by **fax (459-3852)** if you are not able to contact Victor or other family members.

I will be available the rest of the week, this weekend, and next week if Kubanyi family and GVEA needs assistance with processing paperwork. My cell phone for the weekend will be 460-7643, or e-mail: paulmayo49@yahoo.com or work at pmayo@tananachiefs.org of which I will be checking throughout the coming days.

If the Kubanyi family or GVEA needs further assistance beyond my office, Robin Renfroe, Chief Administrative Officer for Tanana Chiefs is my supervisor.

If you need further assistance please call 452-8251 extension 3261.

Tanana Chiefs Conference, Inc.

Paul Mayo
Realty Director

Cc: Heirs of Nora Kubanyi
    Ethan Schutt, General Counsel, Tanana Chiefs Conference, Inc

Kubanyi v GVEA
Plaintiff No 55

Exhibit B
Page 5 of 5