```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

DON M. KUBANYI, ET AL vs. GOLDEN VALLEY ELECTRICAL ASSOCIATION

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 4:04-CV-00026 RRB

DEPUTY CLERK/RECORDER:    LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF: MICHAEL WALLERI

               DEFENDANT: MICHAEL KRAMER

PROCEEDINGS: TRIAL BY JURY - DAY 5         HELD: 08/29/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:31 a.m. court convened without the jury present.

Court and counsel heard re: procedures.

At 8:33 a.m. the jury entered the courtroom.

Gregory Earl Wyman sworn and testified on behalf of Defendant.

At 10:17 a.m. the jury exited the courtroom.

Court and counsel heard re: testimony.

At 10:22 a.m. court recessed until 10:39 a.m. without the jury present.

At 10:40 a.m. the jury entered the courtroom.

Gregory Earl Wyman resumed the stand and testified further on behalf of defendant.

Eric Stahlke recalled and testified on behalf of Plaintiff on rebuttal.

At 11:03 a.m. the jury exited the courtroom.

Court and counsel heard re: verdict form, allocation of fault provision issue, counterclaim.

CONTINUED ON PAGE 2

DATE: August 29, 2008       DEPUTY CLERK'S INITIALS:    LGK

Revised 6/18/07

```
             CONTINUATION - PAGE 2
DON M. KUBANYI, ET AL V. GOLDEN VALLEY ELECTRICAL ASSOCIATION
                   4:04-CV-00026 RRB
                  TRIAL BY JURY - DAY 5
                    AUGUST 29, 2008
```

At 11: 26 a.m. the jury entered the courtroom.

Court advised jury re: scheduling.

At 11:27 a.m. the jury exited the courtroom.

Court and counsel heard re: jury instructions.

At 11:33 a.m. court recessed until 11:58 a.m. without the jury present.

Court and counsel heard re: Defendants oral motion for directed verdict: **DENIED WITHOUT PREJUDICE**.

Court and counsel heard re: jury instructions, verdict form, closing arguments, Defendant's oral motion to supplement the record: **GRANTED**.

At 12:18 p.m. court recessed until 1:11 p.m. without the jury present.

Court and counsel heard re: jury instructions, closing arguments.

At 1:17 p.m. court recessed until 1:23 p.m without the jury present.

At 1:24 p.m. the jury entered the courtroom.

Closing arguments heard.

At 3:01 court recessed until 3:13 p.m without the jury present.

Court and counsel heard re: closing arguments.

At 3:16 p.m. the jury entered the courtroom.

CONTINUED ON PAGE 3

DATE: August 29, 2008          DEPUTY CLERK'S INITIALS:    LGK

Revised 6/18/07

```
               CONTINUATION - PAGE 3
 DON M. KUBANYI, ET AL V. GOLDEN VALLEY ELECTRICAL ASSOCIATION
                   4:04-CV-00026 RRB
                  TRIAL BY JURY - DAY 5
                    AUGUST 29, 2008
```

Closing arguments heard.

Court read jury instructions.

At 3:56 p.m. court the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re: exhibits, jury instructions.

All admitted exhibits, blank jury notes, original verdict form and original jury instructions forwarded to the jury panel via the bailiff.

At 4:06 p.m. court recessed until 4:58 p.m. without the jury present.

Court and counsel heard re: jury note.

At 5:00 p.m. court recessed until 5:01 p.m. without the jury present.

Court and counsel heard re: playback, jury notes.

At 5:03 p.m. court recessed to reconvene **Tuesday, September 2, 2008 at 9:00 a.m.**

DATE: August 29, 2008        DEPUTY CLERK'S INITIALS:    LGK

Revised 6/18/07