MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>DON M. KUBANYI, ET AL</u>   vs. <u>GOLDEN VALLEY ELECTRICAL ASSOCIATION</u>

BEFORE THE HONORABLE <u>RALPH R. BEISTLINE</u> CASE NO.<u>4:04-CV-00026 RRB</u>

DEPUTY CLERK/RECORDER:       LYNN GROVES-KELLEY

APPEARANCES:    PLAINTIFF:    MICHAEL WALLERI

                DEFENDANT:    CORY BORGESON

PROCEEDINGS: TRIAL BY JURY - DAY 6          HELD: 09/02/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:00 a.m. the jury panel convened to continue deliberations.

At 10:48 a.m. court convened without the jury panel present.

Court and counsel heard re: jury note.

At 11:08 a.m. court recessed until 2:40 p.m. without the jury panel present.

Court and counsel heard re: jury note.

At 2:44 p.m. the jury panel entered the courtroom.

Court read hung jury instruction to jury panel.

Court inquired of jury panel if further deliberations would be of assistance in reaching a verdict.

Court declared a **MISTRIAL**.

At 2:53 p.m. Court thanked and excused the jurors.

At 2:54 p.m. court adjourned.

Off Record: All admitted exhibits returned to counsel.
List of Exhibits and List of witnesses to be filed separately.


DATE:<u> September 2, 2008 </u>   DEPUTY CLERK'S INITIALS:<u>   LGK   </u>


Revised 6/18/07