(Rev 8/08)                                         **LIST OF EXHIBITS**

Case No. 4:04-CV-00026 RRB          Judge: **RALPH R. BEISTLINE**

Title
DON B. KUBANYI, ET AL
vs.
GOLDEN VALLEY ELECTRIC ASSOCIATION

Dates of Hearing/Trial: 8/25/2008 - 9/2/2008

Deputy Clerk/Recorder: Lynn Groves-Kelley

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Michael Walleri | Michael Kramer |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | X | 1988 Probate Decision | A | | | Letter from Polar mining |
| 2 | X | X | 1992 Native Allotment Decision | B | X | previously | memo from Susan Jones |
| 3 | X | X | Native Allotment | C | X | previously X | 9/21/92 Decision |
| 4 | X | X | Addendum Manual 51 BIAM Supplement | D | X | previously X | 8/5/99 BLM Right of way Grant/temp use permit |
| 5 | | | Administration Decision | E | X | previously X | Engineering Services cont. agreement GVEA & Black & Veatch |
| 6 | X | previously X | Water and Consent Sheet | F | X | previously X | GVEA Northern Intertie project Contract |
| 7 | X | | Foremans Report | G | X | previously X | 12/3/01 agreement Subcontract |
| 8 | | | 7mile Lake Work Stoppage | H | X | previously X | 1/8/02 ADNR temp water use |
| 9 | X | X | Letter - Cruz Construction | I | | | |
| 10 | | | Request for Information | J | X | previously X | 2/27/03 - 3/11/02 Cruz - Daily Reports |
| 11 | | | DNR letter - 2/4/02 | K | X | previously X | 2/27/03 - 3/11/03 Cruz Daily Reports |

Page: _____

| Case No: 4:04-CV-00026 RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | | | DNR letter re: Twup 1/8/02 | L | X | previously X | waterload count sheets Cruz construction |
| 13 | | | MAP | M | X | previously X | Dryden and Carue Daily reports |
| 14 | X | previously X | Global & Cruz Agreement 3/4/03 | N | X | previously X | letter 3/4/03 |
| 15 | X | X | letter written by Paul Mapp | O | | | |
| 16 | X | previously X | Water Authorization 3/6/03 | P | X | previously X | letter |
| 17 | | | Cruz Const. letter 3/6/03 | Q | X | previously X | letter 3/7/03 |
| 18 | X | X | RFI response #127 | R | X | previously X | memo 3/7/03 |
| 19 | X | X | Request for Information | S | X | previously X | letter 8/2/06 |
| 20 | | | Cruz const. letter 3/5/03 | T | X | previously X | very large MAP |
| 21 | X | X | Trespass Complaint written statements | U | | | Arlette Kubanyi Deposition Designation |
| 22 | | | Trespass Complaint | V | | | Doris Kubanyi Depo Designation |
| 23 | X | | memo | W | | | Jimmy Kubanyi Depo Designation |
| 24 | X | previously X | Survey MAP | X | | | Victor Kubanyi Depo Designation |
| 25 | X | previously X | memorandum | Y | | | Jacob Cory Depo Designation |
| 26 | | | memorandum | Z | | | Elizabeth Pitzroyluk Depo Designation |
| 27 | X | X | Weekly Progress Rpt. | Aa | | | |
| 28 | X | X | Mark Sherman Report | Ab | | | Aileen Welter Depo Designation |
| 29 | X | X | 3-28-06 Report of Field Survey | Ac | | | Wayne Welters Depo Designation |
| 30 | X | X | Stabilize Supplemental Report | Ad | X | X | Survey report of Kalen |
| 31 | | | Victor's pictures | Ae | X | X | tape of arrest |

Page: _____

| Case No: 4:04-CV-00026 RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 32 | | | pictures | AF | X | X | map |
| *33 | | | Pictures | Ag | X | X | Standard operating procedure excerpt - |
| 34 | | | 2007 pictures | AH | X | X | Blowup map |
| 35 | | | maps | | | | |
| 36 | | | Deposition Wayne Walters | | | | |
| 37 | | | Deposition Gregory Wyman | | | | |
| 38 | | | Deposition David Cruz | | | | |
| 39 | | | Deposition Eric Stahlke | | | | |
| 40 | | | Deposition of Kalen | | | | |
| 41 | | | Deposition of Paul Mayo | | | | |
| 42 | X | X | large poster w/photos | | | | |
| 43 | X | X | Large photo | | | | |
| 44 | X | X | large map | | | | |
| 45 | X | X | satellite photo large map - clarkincold | | | | |
| 46 | X | X | large map - drawing | | | | |
| 47 | | | 7 mile lake access rd. | | | | |
| *33a | X | X | photo | | | | |
| 48 | X | X | series of photos | | | | |
| 49 | X | X | photo | | | | |